**Laura T. Morse**, OSB No. 196230
laura.morse@jmblawyers.com
**JENSEN MORSE BAKER PLLC**
1809 Seventh Ave., Suite 410
Seattle, WA 98101
Telephone: (206) 682-1678
Facsimile: (206) 682-1496

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| JENNIFER E. MUELLER,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:22-cv-01132-SB<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO:  The Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and, without waiving any rights or defenses, I appear in this case as counsel of record on behalf of defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY.

Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other materials related to this lawsuit should be directed and served upon:

///

///

///

PAGE 1 – NOTICE OF APPEARANCE OF COUNSEL

Laura T. Morse, OSB No. 196230
Laura.morse@jmblawyers.com
Jensen Morse Baker PLLC
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
Telephone: (206) 682-1678
Facsimile: (206) 682-1496


DATED:   August 15, 2022

                                JENSEN MORSE BAKER PLLC

                                By: *s/Laura T. Morse*
                                    Laura T. Morse, OSB No. 196230
                                Attorney for Defendant Hartford Life and
                                Accident Insurance Company

PAGE 2 – NOTICE OF APPEARANCE OF COUNSEL

CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Megan E. Glor, OSB No. 930178  
MEGAN E. GLOR, ATTORNEYS AT LAW  
707 NE Knott Street; Suite 101  
Portland, OR 97212  
megan@meganglor.com

                                               *s/Laura T. Morse*  
                                               Laura T. Morse, OSB No. 196230

PAGE 3 – NOTICE OF APPEARANCE OF COUNSEL