**Laura T. Morse**, OSB No. 196230
**Sarah E. Swale,** *Admitted Pro Hac Vice*
laura.morse@jmblawyers.com
sarah.swale@jmblawyers.com
**JENSEN MORSE BAKER PLLC**
1809 Seventh Ave., Suite 410
Seattle, WA  98101
Telephone: (206) 682-1678
Facsimile: (206) 682-1496

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| JENNIFER E. MUELLER,<br><br>                          Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                        Defendant. | Case No. 3:22-cv-01132-SB<br><br>STIPULATED RECORD FOR JUDICIAL REVIEW |

In compliance with the Court's Minute Order dated October 26, 2022 (Dkt. No. 11), the parties are herein filing the Stipulated Record in this ERISA matter.  The Stipulated Record is attached hereto in four parts as follows:

| | **Document** | **Bates Numbers** |
|---|---|---|
| 1. | The LTD Plan: | PLAN 000001-43 |
| 2. | The STD Plan: | STD PLAN 000001-21 |
| 3. | LTD Record for Judicial Review | HART 000001-936 |
| 4. | STD Record for Judicial Review | STD AR 000001-131 |

The parties further certify that they have made a good faith effort to redact the documents in compliance with Fed. R. Civ. P. 5.2.

Defendant is working to produce better copies of the Comments sections of the LTD and STD Records for Judicial Review and will supplement this Stipulated Record as appropriate.

DATED:   February 23, 2023

        JENSEN MORSE BAKER PLLC

        By: *s/Sarah E. Swale*
           Laura T. Morse, OSB No. 196230
           Sarah E. Swale, *Admitted Pro Hac Vice*
        Attorney for Defendant Hartford Life and
        Accident Insurance Company


        MEGAN E. GLOR, ATTORNEYS AT LAW

        By: *s/Megan E. Glor*
           Megan E. Glor, OSB No. 930178
        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing STIPULATED RECORD FOR JUDICIAL REVIEW with the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Megan E. Glor, OSB No. 930178
MEGAN E. GLOR, ATTORNEYS AT LAW
707 NE Knott Street; Suite 101
Portland, OR 97212
megan@meganglor.com

                                        *s/Sarah E. Swale*
                                        Sarah E. Swale, *Admitted Pro Hac Vice*