```
Report: E401773R                 The Hartford - Benefit Management Services                    Page 1
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

01/14/2022 09:33:26 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Other-EDM

       14-JAN-22: Received Electronic Document with PCN: 30051202201145090160
       Content : Other -  DCN : 30051202201145090160001

01/14/2022 09:01:58 a.m. ET Shallu Kakkar Examiner Maitland  GENERAL
Type: Miscellaneous

       ROI Comments; Completed on 1/14/2022
       Sent to EE via MFT
       madamezola@gmail.com

01/12/2022 07:55:31 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

       Recvd ROI request. Forward for processing.

01/10/2022 08:46:24 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

       10-JAN-22: Received Electronic Document with PCN: 30051202201102000094
       Content : Correspondence -  DCN : 30051202201102000094001
       Medical Records -  DCN : 30051202201102000094002

01/07/2022 03:35:28 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

       07-JAN-22: Received Electronic Document with PCN: 30051202201071001570
       Content : Medical Records -  DCN : 30051202201071001570001

11/04/2021 09:22:30 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Invoices-EDM

       04-NOV-21: Received Electronic Document with PCN: 30051202111042000095
       Content : Correspondence -  DCN : 30051202111042000095001
       Invoices -  DCN : 30051202111042000095002

Report: E401773R                    The Hartford - Benefit Management Services                              Page 2
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022             Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

10/06/2021 10:17:44 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

        Recvd additional Brain Rehab records. Issued post appeal response.

10/05/2021 06:41:55 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Correspondence-EDM

        05-OCT-21: Received Electronic Document with PCN: 30051202110051002814
        Content : Correspondence -  DCN : 30051202110051002814001

10/05/2021 06:41:54 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

        05-OCT-21: Received Electronic Document with PCN: 30051202110051002800
        Content : Medical Records -  DCN : 30051202110051002800001

10/05/2021 03:30:38 p.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation             Sign off required: N

        e-mailed the claimant a copy of the policy

10/05/2021 01:43:54 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        05-OCT-21: Received Electronic Document with PCN: 30051202110052001145
        Content : Correspondence -  DCN : 30051202110052001145001

09/24/2021 03:26:13 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        24-SEP-21: Received Electronic Document with PCN: 30051202109242001217
        Content : Correspondence -  DCN : 30051202109242001217001

09/24/2021 02:16:51 p.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

        Appeal Determination

Report: E401773R                    The Hartford - Benefit Management Services                                    Page 3
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
                 Claimant: Jennifer Mueller  Insured Id : 9005440032  Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling  Role: Examiner  Office: Simsbury


O:
The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The appeal was completed on 08/16/2021.

Claimant is a 48 year old Family Med Physician
Dx: Maxillary Fracture

ASO/FI: FI
ERISA: ERISA
Date of Term/Denial Letter: 10/06/2020
Guide: Yes
Pre/Post: ERISA
L/A: 3 Years
Situs: OR
Claimant Resides: OR
DOD: 03/18/2019
BED: 09/14/2019
AED: Denied

<<DEF of DB>>
Prevented from performing one or more of the Essential Duties of Your Occupation during the Elimination Period and
following the Elimination Period.

?Your Occupation means Your Occupation, as it is recognized in the general workplace, that You were routinely performin
prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer o
at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there
is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which
You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in
the general specialty category.?

<<SS>>
Unknown

<<Providers>>
Dr. Kathleen Laughlin (FP)
Kaiser Permanente (family prac, neuro optometry, PM&R)
Phone: 503-813-2000
Fax: 503-571-2624

Neuropsych performed by Dr. Christopher Tongue
649 NE Hood Ave Gresham, OR 97030
P: 503-318-5568
F: 503-658-3835

Report: E401773R                    The Hartford - Benefit Management Services                         Page 4
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                  Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

A:
The claimant initially filed a Long Term Disability (LTD) claim following an accident resulting in a maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of the symptoms, the claimant?s working hours were reduced, but she gradually increased them to 25 hours a week. Preliminary medical included an Attending Physician?s Statement from Dr. Laughlin. The provider noted a primary diagnosis of post-concussion syndrome requiring the claimant to be limited to working 5 hours a day 5 days a week.

Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated 03/13/2020. The report acknowledged the claimant?s self-described symptoms consistent with mid uncomplicated TBI following her accident. The results identified no deficits.

To better understand both the physical and psychiatric complaints, it was felt the file would benefit from a co-morbid independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond the LTD Elimination Period.

As a courtesy, a copy of the report was issued to Dr. Laughlin for review and response. The provider issued a response that was shared with Dr. Getz. The reviewer?s 10/06/2020 addendum continued to note no evidence of functional impairment.

Without support for functional loss through and beyond the Elimination Period, the claimant did not satisfy the Policy definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The Appeal Specialist had the opportunity to speak directly with the claimant on 07/13/2021. During the phone conversation, the claimant confirmed her intent to provide medical from a brain rehabilitation facility and Kaiser. The claimant also confirmed she continues to work 25 hours a week.

Additional information was received and the appeal was completed on 08/16/2021. The additional documents included:
-Received Brain Rehab Network record dated 06/22/2021;
-Kaiser records from 01/08/2021 to 08/26/2021;

With the updated medical, and to address the historical period in question, the file was forwarded for an updated co-morbid IMR. The review was completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain Medicine) and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021 with an addendum completed 09/13/2021.

Dr. Kohan acknowledged the claimant?s medical history including her history of concussion and maxillary fracture following a bicycle accident. The reviewer also noted residual symptoms of headaches, fatigue, and impaired concentration. Despite the self-reported complaints, the reviewer found no neurological deficits or motor loss or sensory loss. Additionally, Dr. Kohan found no deficits in strength, range of motion, or gait. In conclusion, the reviewer found no support for functional loss beyond 03/22/2019.

Dr. Jasso also considered all available medical documentation and acknowledged the claimant?s accident with trauma and loss of consciousness. Dr. Jasso noted reported symptoms consistent with post-concussion syndrome but as of 04/11/2019

Report: E401773R                    The Hartford - Benefit Management Services                    Page 5
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Mental Status Examination findings were unremarkable. The reviewer also pointed to a language and speech pathology
evaluation completed 05/29/2019 but the objective results displayed no abnormalities with 100% intact speech and
comprehension. Similarly, the 03/13/2020 Neuropsychological evaluation with normal cognitive and psychiatric results.
After taking into consideration multiple normal evaluations and measurable results, Dr. Jasso found no support for
functional loss related to cognitive or psychiatric complaints.

P:
The question at hand is whether the medical information supports limitations precluding the claimant from her occupatio
through and beyond the Elimination Period. As noted in the co-morbid independent reports, the available medical does no
support limitations through and beyond the Elimination Period. Because of this, the denial of the claim is considered
appropriate and the claim will remain closed on appeal.

09/23/2021 12:14:15 p.m. ET Edward G Ebeling Examiner Simsbury   PHONE CALL
Type of Call: Outgoing        Date of Call: 09/23/2021                     Call To/From: Claimant
Name: Jennifer Mueller                                                    Conversation with:
Phone: (503) 217-9161        Extension:       Fax Number:

Call out to the claimant to adv of Share Tolling via e-mail. Claimant acknowledged recving the info and looking at the
information. claimant noted no additional info to provide. adv that I will be moving forward with my review shortly.
claimant thanked and call ended.

09/21/2021 08:30:22 a.m. ET Bryiana Hightower Examiner Maitland   GENERAL
Type: Miscellaneous

ROI Completed 09/21/2021

ERISA Records Request

Per sharepoint sent via email Through MFT to : madamezola@gmail.com

09/20/2021 01:27:29 p.m. ET Edward G Ebeling Examiner Simsbury   CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

O:
The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The appeal was completed on 08/16/2021.

Claimant is a 48 year old Family Med Physician
Dx: Maxillary Fracture

ASO/FI: FI
ERISA: ERISA

Report: E401773R                      The Hartford - Benefit Management Services                        Page 6
Office: Simsbury Disability Claim Office         Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                      Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Date of Term/Denial Letter: 10/06/2020
Guide: Yes
Pre/Post: ERISA
L/A: 3 Years
Situs: OR
Claimant Resides: OR
DOD: 03/18/2019
BED: 09/14/2019
AED: Denied

<<DEF of DB>>
Prevented from performing one or more of the Essential Duties of Your Occupation during the Elimination Period and
following the Elimination Period.

?Your Occupation means Your Occupation, as it is recognized in the general workplace, that You were routinely performin
prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer o
at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there
is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which
You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in
the general specialty category.?

<<Occupational>>

<<SS>>
Unknown

<<Providers>>
Dr. Kathleen Laughlin (FP)
Kaiser Permanente (family prac, neuro optometry, PM&R)
Phone: 503-813-2000
Fax: 503-571-2624

Neuropsych performed by Dr. Christopher Tongue
649 NE Hood Ave Gresham, OR 97030
P: 503-318-5568
F: 503-658-3835

A:
The claimant initially filed a Long Term Disability (LTD) claim following an accident resulting in a maxillary fracture
with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of the
symptoms, the claimant?s working hours were reduced, but she gradually increased them to 25 hours a week. Preliminary
medical included an Attending Physician?s Statement from Dr. Laughlin. The provider noted a primary diagnosis of
post-concussion syndrome requiring the claimant to be limited to working 5 hours a day 5 days a week.

Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated

Report: E401773R                    The Hartford - Benefit Management Services                    Page 7
Office: Simsbury Disability Claim Office            Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

03/13/2020. The report acknowledged the claimant?s self-described symptoms consistent with mid uncomplicated TBI following her accident. The results identified no deficits.

To better understand both the physical and psychiatric complaints, it was felt the file would benefit from a co-morbid independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond the LTD Elimination Period.

As a courtesy, a copy of the report was issued to Dr. Laughlin for review and response. The provider issued a response that was shared with Dr. Getz. The reviewer?s 10/06/2020 addendum continued to note no evidence of functional impairment.

Without support for functional loss through and beyond the Elimination Period, the claimant did not satisfy the Policy definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The Appeal Specialist had the opportunity to speak directly with the claimant on 07/13/2021. During the phone conversation, the claimant confirmed her intent to provide medical from a brain rehabilitation facility and Kaiser. The claimant also confirmed she continues to work 25 hours a week.

Additional information was received and the appeal was completed on 08/16/2021. The additional documents included:
-Received Brain Rehab Network record dated 06/22/2021;
-Kaiser records from 01/08/2021 to 08/26/2021;

P:
With the updated medical, and to address the historical period in question, the file was forwarded for an updated co-morbid IMR. The review was completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain Medicine) and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021 with an addendum completed 09/13/2021.

Dr. Kohan acknowledged the claimant?s medical history including her history of concussion and maxillary fracture following a bicycle accident. The reviewer also noted residual symptoms of headaches, fatigue, and impaired concentration. Despite the self-reported complaints, the reviewer found no neurological deficits or motor loss or sensory loss. Additionally, Dr. Kohan found no deficits in strength, range of motion, or gait. In conclusion, the reviewer found no support for functional loss beyond 03/22/2019.

Dr. Jasso also considered all available medical documentation and acknowledged the claimant?s accident with trauma and loss of consciousness. Dr. Jasso noted reported symptoms consistent with post-concussion syndrome but as of 04/11/2019 Mental Status Examination findings were unremarkable. The reviewer also pointed to a language and speech pathology evaluation completed 05/29/2019 but the objective results displayed no abnormalities with 100% intact speech and comprehension. Similarly, the 03/13/2020 Neuropsychological evaluation with normal cognitive and psychiatric results. After taking into consideration multiple normal evaluations and measurable results, Dr. Jasso found no support for functional loss related to cognitive or psychiatric complaints.

P:
Issued No Contact

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 8
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

Issued Share Tolling

```
        -------Transmission Fax Report-------
        To:             Dr Kathleen Laughlin,15035712624
        Subject:        Jennifer Mueller DOB: **REDACTED** ID: 9005440032 [CONFIDENTIAL]
        Result:         Successful
        Explanation:    All Pages OK

        Sent:           "#hig_std cover page","110911203.TIF"
        Pages Sent:     23
        Connect Time:   814
        Transmit Time:  09/20/21 14:02
        Transfer Rate:  9600
        Retry Count:    1
        Job Number:     1904113241
```

09/15/2021 04:40:15 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

        15-SEP-21: Received Electronic Document with PCN: 30051202109152001657
        Content : Correspondence -  DCN : 30051202109152001657001
        Medical Records -  DCN : 30051202109152001657002

09/15/2021 08:34:27 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

        O:
        The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

        The appeal was completed on 08/16/2021.

        Claimant is a 48 year old Family Med Physician
        Dx: Maxillary Fracture

        ASO/FI: FI
        ERISA: ERISA
        Date of Term/Denial Letter: 10/06/2020
        Guide: Yes
        Pre/Post: ERISA
        L/A: 3 Years
        Situs: OR
        Claimant Resides: OR

Report: E401773R
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        DOD: 03/18/2019
        BED: 09/14/2019
        AED: Denied

        <<DEF of DB>>
        Prevented from performing one or more of the Essential Duties of Your Occupation during the Elimination Period and
        following the Elimination Period.

        ?Your Occupation means Your Occupation, as it is recognized in the general workplace, that You were routinely performin
        prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer o
        at a specific location.

        If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there
        is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which
        You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in
        the general specialty category.?

        <<Occupational>>

        <<SS>>
        Unknown

        <<Providers>>
        Dr. Kathleen Laughlin (FP)
        Kaiser Permanente (family prac, neuro optometry, PM&R)
        Phone: 503-813-2000
        Fax: 503-571-2624

        Neuropsych performed by Dr. Christopher Tongue
        649 NE Hood Ave Gresham, OR 97030
        P: 503-318-5568
        F: 503-658-3835

        A:
        The claimant initially filed a Long Term Disability (LTD) claim following an accident resulting in a maxillary fracture
        with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of the
        symptoms, the claimant?s working hours were reduced, but she gradually increased them to 25 hours a week. Preliminary
        medical included an Attending Physician?s Statement from Dr. Laughlin. The provider noted a primary diagnosis of
        post-concussion syndrome requiring the claimant to be limited to working 5 hours a day 5 days a week.

        Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated
        03/13/2020. The report acknowledged the claimant?s self-described symptoms consistent with mid uncomplicated TBI
        following her accident. The results identified no deficits.

        To better understand both the physical and psychiatric complaints, it was felt the file would benefit from a co-morbid
        independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain
        Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The

Report: E401773R                    The Hartford - Benefit Management Services                        Page 10
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond
the LTD Elimination Period.

As a courtesy, a copy of the report was issued to Dr. Laughlin for review and response. The provider issued a response
that was shared with Dr. Getz. The reviewer?s 10/06/2020 addendum continued to note no evidence of functional
impairment.

Without support for functional loss through and beyond the Elimination Period, the claimant did not satisfy the Policy
definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The Appeal Specialist had the opportunity to speak directly with the claimant on 07/13/2021. During the phone
conversation, the claimant confirmed her intent to provide medical from a brain rehabilitation facility and Kaiser. The
claimant also confirmed she continues to work 25 hours a week.

Additional information was received and the appeal was completed on 08/16/2021. The additional documents included:
-Received Brain Rehab Network record dated 06/22/2021;
-Kaiser records from 01/08/2021 to 08/26/2021;

P:
With the updated medical, and to address the historical period in question, the file was forwarded for an updated
co-morbid IMR. The review was completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain
Medicine) and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021 with an addendum completed 09/13/2021.

Dr. Kohan acknowledged the claimant?s medical history including her history of concussion and maxillary fracture
following a bicycle accident. The reviewer also noted residual symptoms of headaches, fatigue, and impaired
concentration. Despite the self-reported complaints, the reviewer found no neurological deficits or motor loss or
sensory loss. Additionally, Dr. Kohan found no deficits in strength, range of motion, or gait. In conclusion, the
reviewer found no support for functional loss beyond 03/22/2019.

Dr. Jasso also considered all available medical documentation and acknowledged the claimant?s accident with trauma and
loss of consciousness. Dr. Jasso noted reported symptoms consistent with post-concussion syndrome but as of 04/11/2019
Mental Status Examination findings were unremarkable. The reviewer also pointed to a language and speech pathology
evaluation completed 05/29/2019 but the objective results displayed no abnormalities with 100% intact speech and
comprehension. Similarly, the 03/13/2020 Neuropsychological evaluation with normal cognitive and psychiatric results.
After taking into consideration multiple normal evaluations and measurable results, Dr. Jasso found no support for
functional loss related to cognitive or psychiatric complaints.

P:
Follow up for clarification.

Once recvd, will consider no contact and/or Share Tolling


09/14/2021 12:03:46 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM

```
Report: E401773R                    The Hartford - Benefit Management Services                          Page 11
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
                  Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                       Case: Northwest Permanente, P.C.
                      Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

Type: Medical Records-EDM

        14-SEP-21: Received Electronic Document with PCN: 30051202109142000538
        Content : Correspondence -  DCN : 30051202109142000538001
        Medical Records -  DCN : 30051202109142000538002
        Invoices -  DCN : 30051202109142000538003


09/14/2021 11:49:03 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        14-SEP-21: Received Electronic Document with PCN: 30051202109142000451
        Content : Correspondence -  DCN : 30051202109142000451001


09/07/2021 03:46:05 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        07-SEP-21: Received Electronic Document with PCN: 30051202109072001425
        Content : Correspondence -  DCN : 30051202109072001425001


09/07/2021 01:35:45 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        07-SEP-21: Received Electronic Document with PCN: 30051202109072000930
        Content : Correspondence -  DCN : 30051202109072000930001


09/07/2021 01:35:45 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        07-SEP-21: Received Electronic Document with PCN: 30051202109072000927
        Content : Correspondence -  DCN : 30051202109072000927001


09/07/2021 09:30:35 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Correspondence-EDM

        07-SEP-21: Received Electronic Document with PCN: 30051202109031001676
        Content : Correspondence - Appeals DCN : 30051202109031001676001


08/31/2021 10:09:45 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

Report: E401773R                          The Hartford - Benefit Management Services                          Page 12
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022                Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

          31-AUG-21: Received Electronic Document with PCN: 30051202108312000224
          Content : Correspondence -  DCN : 30051202108312000224001

08/31/2021 09:54:41 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

          31-AUG-21: Received Electronic Document with PCN: 30051202108312000144
          Content : Correspondence -  DCN : 30051202108312000144001
          Medical Records -  DCN : 30051202108312000144002

08/31/2021 07:52:53 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                          Sign off required: N

          O:
          Recvd Kaiser Med with additional visit dated 08/26/2021

          Recvd co-morbid IMR completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain Medicine)
          and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021.

          A:
          Dr. Kohan acknowledged the claimant?s medical history including her history of concussion and maxillary fracture
          following a bicycle accident. The reviewer also noted residual symptoms of headaches, fatigue, and impaired
          concentration. Despite the self-reported complaints, the reviewer found no neurological deficits or motor loss or
          sensory loss. Additionally, Dr. Kohan found no deficits in strength, range of motion, or gait. In conclusion, the
          reviewer found no support for functional loss beyond 03/22/2019.

          Dr. Jasso also considered all available medical documentation and acknowledged the claimant?s accident with trauma and
          loss of consciousness. Dr. Jasso noted reported symptoms consistent with post-concussion syndrome but as of 04/11/2019
          Mental Status Examination findings were unremarkable. The reviewer also pointed to a language and speech pathology
          evaluation completed 05/29/2019 but the objective results displayed no abnormalities with 100% intact speech and
          comprehension. Similarly, the 03/13/2020 Neuropsychological evaluation with normal cognitive and psychiatric results.
          After taking into consideration multiple normal evaluations and measurable results, Dr. Jasso found no support for
          functional loss related to cognitive or psychiatric complaints.

          P:
          Refer additional Kaiser record to vendor for addendum.

          Will wait for addendum to issue no contact and/or Share Tolling

08/30/2021 08:01:25 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

Report: E401773R                    The Hartford - Benefit Management Services                            Page 13
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


          30-AUG-21: Received Electronic Document with PCN: 30051202108302001847
          Content : Correspondence -  DCN : 30051202108302001847001
          Medical Records -  DCN : 30051202108302001847002

08/30/2021 12:58:27 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

          30-AUG-21: Received Electronic Document with PCN: 30051202108301001002
          Content : Correspondence -  DCN : 30051202108301001002001
          Claim Form - Authorizations DCN : 30051202108301001002002
          Medical Records -  DCN : 30051202108301001002003

08/24/2021 09:17:00 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

          A/P:
          recvd duplicate Kaiser Med. no action needed att.


08/23/2021 06:21:13 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

          23-AUG-21: Received Electronic Document with PCN: 30051202108231002632
          Content : Medical Records -  DCN : 30051202108231002632001
          Claim Form - Authorizations DCN : 30051202108231002632002


08/17/2021 08:27:19 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                    Sign off required: N

          O:
          The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

          The appeal was completed on 08/16/2021.

          Claimant is a 48 year old Family Med Physician
          Dx: Maxillary Fracture

          ASO/FI: FI
          ERISA: ERISA
          Date of Term/Denial Letter: 10/06/2020
          Guide: Yes
          Pre/Post: ERISA

Report: E401773R                    The Hartford - Benefit Management Services                         Page 14
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

L/A: 3 Years
Situs: OR
Claimant Resides: OR
DOD: 03/18/2019
BED: 09/14/2019
AED: Denied

<<DEF of DB>>
Prevented from performing one or more of the Essential Duties of Your Occupation during the Elimination Period and
following the Elimination Period.

?Your Occupation means Your Occupation, as it is recognized in the general workplace, that You were routinely performin
prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer o
at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there
is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which
You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in
the general specialty category.?

<<Occupational>>

<<SS>>
Unknown

<<Providers>>
Dr. Kathleen Laughlin (FP)
Kaiser Permanente (family prac, neuro optometry, PM&R)
Phone: 503-813-2000
Fax: 503-571-2624

Neuropsych performed by Dr. Christopher Tongue
649 NE Hood Ave Gresham, OR 97030
P: 503-318-5568
F: 503-658-3835

A:
The claimant initially filed a Long Term Disability (LTD) claim following an accident resulting in a maxillary fracture
with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of the
symptoms, the claimant?s working hours were reduced, but she gradually increased them to 25 hours a week. Preliminary
medical included an Attending Physician?s Statement from Dr. Laughlin. The provider noted a primary diagnosis of
post-concussion syndrome requiring the claimant to be limited to working 5 hours a day 5 days a week.

Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated
03/13/2020. The report acknowledged the claimant?s self-described symptoms consistent with mid uncomplicated TBI
following her accident. The results identified no deficits.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 15
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

To better understand both the physical and psychiatric complaints, it was felt the file would benefit from a co-morbid independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond the LTD Elimination Period.

As a courtesy, a copy of the report was issued to Dr. Laughlin for review and response. The provider issued a response that was shared with Dr. Getz. The reviewer?s 10/06/2020 addendum continued to note no evidence of functional impairment.

Without support for functional loss through and beyond the Elimination Period, the claimant did not satisfy the Policy definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

The Appeal Specialist had the opportunity to speak directly with the claimant on 07/13/2021. During the phone conversation, the claimant confirmed her intent to provide medical from a brain rehabilitation facility and Kaiser. The claimant also confirmed she continues to work 25 hours a week.

Additional information was received and the appeal was completed on 08/16/2021. The supplemented documents included:
-Received Brain Rehab Network record dated 06/22/2021;
-Kaiser records from 01/08/2021 to 08/13/2021;

P:
With the updated medical, and to address the historical period in question, the file would benefit from an updated co-morbid IMR.

Dr. Kathleen Laughlin (FP)
Phone: 503-813-2000
Fax: 503-571-2624

        -------Transmission Fax Report-------
To:                 Dr Kathleen Laughlin,15035712624
Subject:            Jennifer Mueller DOB: **REDACTED** ID: 9005440032 [CONFIDENTIAL]
Result:             Successful
Explanation:        All Pages OK

Sent:               "#hig_std cover page","110819526.TIF"
Pages Sent:         5
Connect Time:       235
Transmit Time:      08/17/21 08:52
Transfer Rate:      9600
Retry Count:        1
Job Number:         1614531150

```
Report: E401773R                      The Hartford - Benefit Management Services                          Page 16
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022             Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

```
08/16/2021 02:45:32 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

           16-AUG-21: Received Electronic Document with PCN: 30051202108161001521
           Content : Medical Records -  DCN : 30051202108161001521001
           Correspondence -  DCN : 30051202108161001521002
           Claim Form - Authorizations DCN : 30051202108161001521003

08/13/2021 09:41:46 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                     Sign off required: N

           Issued 3rd requst for missing med to complete the appeal

           -------Transmission Fax Report-------
           To:          Kaiser Permanente,15035712624
           Subject:     Jennifer Mueller DOB: REDACTED ID: 9005440032  [CONFIDENTIAL]
           Result:      Successful
           Explanation: All Pages OK

           Sent:        "#hig_std cover page","110737418.TIF"
           Pages Sent:  6
           Connect Time: 295
           Transmit Time: 08/13/21 09:46
           Transfer Rate: 9600
           Retry Count: 1
           Job Number:  1941054375

08/10/2021 11:54:52 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

           10-AUG-21: Received Electronic Document with PCN: 30051202108102000634
           Content : Correspondence -  DCN : 30051202108102000634001

08/05/2021 12:36:34 p.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                     Sign off required: N

           Issued 2nd requst for missing med to complete the appeal
```

```
Report: E401773R                          The Hartford - Benefit Management Services                                      Page 17
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022                 Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                          Case: Northwest Permanente, P.C.
                      Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

```
        -------Transmission Fax Report-------
        To:             Kaiser Permanente,15035712624
        Subject:        Jennifer Mueller DOB: REDACTED ID: 9005440032  [CONFIDENTIAL]
        Result:         Successful
        Explanation:    All Pages OK

        Sent:           "#hig_std cover page","110737418.TIF"
        Pages Sent:     5
        Connect Time:   259
        Transmit Time:  08/05/21 12:42
        Transfer Rate:  9600
        Retry Count:    1
        Job Number:     1514596833
```

```
07/29/2021 09:00:55 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                       Sign off required: N

        O:
        Received Brain Rehab Network records from 06/22/2021

        Brain Rehab Network
        Phone: 503-352-5555
        Fax: 503-941-9869

        Kaiser Permanente
        Phone:
        Fax: 503-571-2624

        A:
        Still pending records from Kaiser to complete the appeal. Will request directly as a courtesy

        -------Transmission Fax Report-------
        To:             Kaiser Permanente Records,15035712624
        Subject:        Jennifer Mueller DOB: REDACTED ID: 9005440032 [CONFIDENTIAL]
        Result:         Successful
        Explanation:    All Pages OK

        Sent:           "#hig_std cover page","110737418.TIF"
        Pages Sent:     5
        Connect Time:   229
        Transmit Time:  07/29/21 09:10
        Transfer Rate:  9600
        Retry Count:    1
        Job Number:     1512935415
```

Report: E401773R                    The Hartford - Benefit Management Services                           Page 18
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


07/29/2021 06:32:22 a.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

            28-JUL-21: Received Electronic Document with PCN: 30051202107281002863
            Content : Claim Form - Authorizations DCN : 3005120210728100286300
            Medical Records -  DCN : 3005120210728100286302

07/28/2021 09:31:54 a.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Claim Form-EDM

            28-JUL-21: Received Electronic Document with PCN: 30051202107281000122
            Content : Claim Form - Authorizations DCN : 3005120210728100012200

07/26/2021 11:41:58 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

            26-JUL-21: Received Electronic Document with PCN: 30051202107262000351
            Content : Correspondence -  DCN : 3005120210726200035100

07/26/2021 09:21:34 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                        Sign off required: N

            Issued additional request for contact info. fu set.

07/19/2021 01:49:02 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

            19-JUL-21: Received Electronic Document with PCN: 30051202107192000795
            Content : Correspondence -  DCN : 3005120210719200079500

07/19/2021 10:05:17 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

            19-JUL-21: Received Electronic Document with PCN: 30051202107192000096
            Content : Correspondence -  DCN : 3005120210719200009600

07/19/2021 08:21:52 a.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation                        Sign off required: N

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 19
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

recvd auth. fu for contact info

07/16/2021 04:51:41 p.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Claim Form-EDM

    16-JUL-21: Received Electronic Document with PCN: 30051202107163000623
    Content : Claim Form - Authorizations DCN : 30051202107163000623001

07/13/2021 04:16:32 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

    13-JUL-21: Received Electronic Document with PCN: 30051202107132001622
    Content : Correspondence -  DCN : 30051202107132001622001
    Medical Records -  DCN : 30051202107132001622002
    Claim Form - Authorizations DCN : 30051202107132001622003

07/13/2021 03:16:37 p.m. ET Edward G Ebeling Examiner Simsbury  PHONE CALL
Type of Call: Outgoing          Date of Call: 07/13/2021                    Call To/From: Claimant
Name: Jennifer Mueller                                                     Conversation with:
Phone: (503) 217-9161      Extension:        Fax Number:

    co to the claimant to confirm additional info is pending to complete the appeal. The claimant noted additional info is
    needed from Kaiser and Brain Rehab Network. made note. adv that the appeal is pending this additional info. claimant
    expressed understanding. asked the claimant is she has rtw full time. the claimant said she continues to work 25 hours
    week. made note. adv that I will e-mail her the ack letter and for her to send me the contact info for Kaiser and Brain
    rehab and I will request records as a courtesy. claimant thanked and call ended.

07/13/2021 03:13:09 p.m. ET Edward G Ebeling Examiner Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Appeal Specialist Recommendation              Sign off required: N

    Initial Appeal Review.

    O:
    The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

    Claimant is a 48 year old Family Med Physician
    Dx: Maxillary Fracture

    ASO/FI: FI
    ERISA: ERISA

```
Report: E401773R                    The Hartford - Benefit Management Services                          Page 20
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permakente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

Date of Term/Denial Letter: 10/06/2020
Guide: Yes
Pre/Post: ERISA
L/A: 3 Years
Situs: OR
Claimant Resides: OR
DOD: 03/18/2019
BED: 09/14/2019
AED: Denied

<<DEF of DB>>
Prevented from performing one or more of the Essential Duties of Your Occupation during the Elimination Period and
following the Elimination Period.

?Your Occupation means Your Occupation, as it is recognized in the general workplace, that You were routinely performin
prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer o
at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there
is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which
You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in
the general specialty category.?

<<Occupational>>

<<SS>>
Unknown

<<Providers>>
Dr. Kathleen Laughlin (FP)
Kaiser Permanente (family prac, neuro optometry, PM&R)
Phone: 503-813-2000
Fax: 503-571-2624

Neuropsych performed by Dr. Christopher Tongue
649 NE Hood Ave Gresham, OR 97030
P: 503-318-5568
F: 503-658-3835

A:
The claimant initially filed a Long Term Disability (LTD) claim following an accident resulting in a maxillary fracture
with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of the
symptoms, the claimant?s working hours were reduced, but she gradually increased them to 25 hours a week. Preliminary
medical included an Attending Physician?s Statement from Dr. Laughlin. The provider noted a primary diagnosis of
post-concussion syndrome requiring the claimant to be limited to working 5 hours a day 5 days a week.

Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated

Report: E401773R                    The Hartford - Benefit Management Services                        Page 21
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
            Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

03/13/2020. The report acknowledged the claimant?s self-described symptoms consistent with mid uncomplicated TBI following her accident. The results identified no deficits.

To better understand both the physical and psychiatric complaints, it was felt the file would benefit from a co-morbid independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond the LTD Elimination Period.

As a courtesy, a copy of the report was issued to Dr. Laughlin for review and response. The provider issued a response that was shared with Dr. Getz. The reviewer?s 10/06/2020 addendum continued to note no evidence of functional impairment.

Without support for functional loss through and beyond the Elimination Period, the claimant did not satisfy the Policy definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from the claimant on 07/01/2021.

P:
Will call out to the claimant to confirm the appeal is pending additional medical.


07/06/2021 12:52:01 p.m. ET Marie Tofeldt Examiner Maitland  GENERAL
Type: Miscellaneous

        Rcvd task dated 7-2-2021 in the Appeals Task Group Queue - Rcvd appeal from clmt in vcf on 7-2-2021

        Will send acknw letter  (req auth be attached)

        Placed in Appeals Work Queue to be pulled by AS


07/02/2021 11:17:48 a.m. ET Joe F Simeone Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        ** APPEAL **

        From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
        Sent: Thursday, July 01, 2021 5:32 PM
        To: Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com>; Simeone, Joseph F (GB and WC Claims) <joe.simeone@thehartford.com>
        Subject: Re: Appeals process [HIGHLY RESTRICTED]

        CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Report: E401773R                              The Hartford - Benefit Management Services                                    Page 22
Office: Simsbury Disability Claim Office         Comments: Summary Detail Report
Date Of Report:08/23/2022                        Date Range: 09/18/2019 - 01/14/2022
                                                    For business Role: Examiner
                       Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                                 Case: Northwest Permanente, P.C.
                             Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        This email is to request an appeal to the previous denial of benefit coverage for my TBI resulting in my bicycle
        accident March 2019. There is additional documentation for my follow up visits within the Kaiser Permanente system, but
        I have since been referred outside of KP for additional evaluation and treatment. I am awaiting their documentation and
        can forward this to you once I have it. If there is a specific ROI form that I need to complete for this, otherwise, le
        me know the easiest way to forward the additional documentation once I have it available.

        Thanks,
        Jennifer E Mueller, MD


07/02/2021 06:32:18 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        02-JUL-21: Received Electronic Document with PCN: 30051202107012002011
        Content : Correspondence -  DCN : 30051202107012002011001


07/02/2021 06:32:18 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        02-JUL-21: Received Electronic Document with PCN: 30051202107012002010
        Content : Correspondence -  DCN : 30051202107012002010001


06/29/2021 02:03:29 p.m. ET Katelyn Pevehouse MANAGER Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                               Sign off required: N

        E-mail response to EE appeal question.
        *****************************************************************************************************************************
        **
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Tuesday, June 29, 2021 11:02 AM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: RE: Appeals process [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        Typically the appeal deadline is 180 days from the date you received the denial decision letter. However, due to COVID
        your letter communicates a 60 day tolling period from the date of the end of the National Emergency Declaration. I spok
        with our appeals team and they advised me that because the COVID-19 National Emergency Declaration has not yet ended yo
        are still within your appeal submission deadline. We don?t know when this will end we do not have a specific deadline
        date for you at this time. Due to this, I would recommend that you submit your appeal request now. You would simply nee
        to send a written statement either via fax or mail noted on your denial letter or via e-mail to me and I will forward i
        to our appeals unit. If you have all of the additional information already I would include it with your appeal
        submission. However, if you do not have the additional information I would just note in your appeal request that you

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 23
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022           Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

have additional medical documentation that will be submitted shortly.

Once your e-mail, fax, or mail with the written request of your appeal is received it will be sent to our appeals team for review. It typically takes 2-3 weeks before it is assigned to a specific appeals specialist for review. They will then be your point of contact while the appeal is taking place.

Additionally, I have moved into another position with the company since you and I last spoke and I am no longer handlin claims. There is a new analyst assigned to your claim, Joe Simeone. His e-mail is joe.simeone@thehartford.com . If you would like to coordinate with him regarding your appeal you are more than welcome to. However, I am also happy to assis since I was the one that handled your claim initially.

Please let Joe or myself know if you have any additional questions or concerns.

Thank you,

KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims
The Hartford
PO Box 14302
Lexington, KY 40512-4302
W: (602) 333-6164
F: (866) 411-5613
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford


The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Thursday, June 24, 2021 5:37 PM
To: Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com>
Subject: Appeals process

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Katelyn,

It's been awhile, but I've finally been able to get an additional evaluation with a new team and have additional information and medical records to support my appeal. I didn't send anything prior to now as I didn't have any additional information to submit so didn't really expect a different outcome. I'm not sure how I go about starting this

Report: E401773R                    The Hartford - Benefit Management Services                         Page 24
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                  Case: Northwest Permanente, P.C.
                Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        and requesting new records be sent, so any help you have would be great.


        Thanks,
        Jennifer Mueller



11/23/2020 11:48:38 a.m. ET Katelyn Pevehouse Examiner Sacramento   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                         Sign off required: N

        AA e-mail update to EE.
        ****************************************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Monday, November 23, 2020 9:48 AM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        I just heard back from the ROI team. Apparently they already 2 day mailed a paper copy of your file on 11/16/2020. Did
        you receive this?

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

        If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
        866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

Report: E401773R                      The Hartford - Benefit Management Services                          Page 25
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

11/16/2020 02:49:55 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                              Sign off required: N

        AA e-mail update to EE.
        ***********************************************************************************************************
        *************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Monday, November 16, 2020 12:49 PM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        I requested our release of information team resend your claim file. I did indicate that you are unable to open the
        information the CD and your preference was for an e-mail with the documents. My understanding is that because it is
        protected health information they usually are unable to send it via e-mail. However, I am waiting to hear back from the
        regarding what they are able to do. I will send you an additional e-mail once I hear back from them.

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

        If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
        866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

Report: E401773R                      The Hartford - Benefit Management Services                        Page 26
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                           For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

11/16/2020 11:39:48 a.m. ET Kathy Go Examiner Simsbury  PHONE CALL
Type of Call: Incoming        Date of Call: 11/16/2020                       Call To/From: Claimant
Name: Jennifer Mueller                                                       Conversation with:
Phone: (503) 217-9161      Extension:       Fax Number:

        EE c/i to let us know that she already rcvd the CD but she don't have a disc drive and she prefer receiving the
        information thru email
        Set task to AA

10/14/2020 12:05:10 p.m. ET Arlene Castaneda Examiner Minneapolis  GENERAL
Type: Miscellaneous

        ROI COMPLETED 10/14/20
        INSURED REQUEST
        UPS TRACKING# 1Z30V0F50293479878
        ROI CD PASSWORD  Mueller20 (case sensitive)
        COMMENTS, MEDICAL, LETTERS

10/14/2020 09:30:56 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Other-EDM

        14-OCT-20: Received Electronic Document with PCN: 30051202010145090146
        Content : Other -  DCN : 30051202010145090146001

10/12/2020 11:53:49 a.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        CLAIM UPDATE:
        AA submitted EE ROI request.

10/12/2020 09:00:12 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        addendum invoice paid-#667444-2
        _____----

10/09/2020 07:38:23 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

Report: E401773R                        The Hartford - Benefit Management Services                        Page 27
Office: Simsbury Disability Claim Office       Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        09-OCT-20: Received Electronic Document with PCN: 30051202010092001699
        Content : Correspondence -  DCN : 30051202010092001699001


10/09/2020 01:46:57 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 10/09/2020                 Call To/From: Claimant
Name: Jennifer Mueller                                                  Conversation with:
Phone: (503) 217-9161       Extension:       Fax Number:

        EE LVM asking AA to clarify prior VM. AA RTCT EE. Discussed peer supported R/L's for a portion of the timeframe EE was
        out but this did not go through the date her LTD benefits would have started. EE ack. Discussed EE can e-mail AA reques
        for a copy of claim file if she would like. EE ack. EE advised this was all very overwhelming and felt like a full time
        job. AA ack. AA advised that EE can have atty rep for appeal if she would like assistance with appeal HIG would just
        need notice of rep to coordinate with atty directly. EE ack and advised unsure if she would want legal rep. AA stated E
        can file appeal with or without rep it is up to her. EE ack and thanked AA for help. AA thanked and ended call.


10/07/2020 12:48:22 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 10/07/2020                 Call To/From: Claimant
Name: Jennifer Mueller                                                  Conversation with:
Phone: (218) 428-0953       Extension:       Fax Number:                 Not Contacted: Left Message

        AA c/o to EE to advise that claim was denied. Unable to reach. Confirmed VM auth. Advised EE that claim was denied.
        Denial letter sent with appeal rights. Provided return contact number if EE had additional questions/concerns.


10/06/2020 07:02:18 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: Y

        DENIAL RECOMMENDATION
        PS ENHANCED CONTRACT
        RI SITUS
        GLT 767135
        *VR is mandatory*

        SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states
        postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
        decreased interest in reading from 09/13/2019.
        --per STD comments, EE has remained at part-time work capacity since DOD.

        Light Occ
        Essential duties: ??
        Physical demands: ??

        CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture

Report: E401773R                    The Hartford - Benefit Management Services                      Page 28
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

and concussion. Should review 3rd party w/ EE during CI.
--AA to request ISO

CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE 05/01/2010. No elig/enrollment issues. No rule failures.

ADDITIONAL BENEFITS:
Family Care Credit Benefit
Survivor Income Benefit
Workplace Modification Benefit
Infectious And Contagious Disease Benefit
Progressive Illness Benefit
Accidental Dismemberment and Loss of Sight Benefit

FINANICAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age 65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.
--- 3rd Party/MVA: ISO found an open claim for EE's injury with farmer's. Unclear if EE receiving benefits.

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd
Clackamas, OR 97015

Report: E401773R                    The Hartford - Benefit Management Services                         Page 29
Office: Simsbury Disability Claim Office       Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

P: 800-813-2000

OHSU (ED, imaging, fracture reduction)
3181 Sw Sam Jackson Park Rd.
Portland, OR 97239-3098
Tx dates: 03/18/2019-03/19/2019

Kaiser Permanente (family prac, neuro optometry, PM&R)
P: 503-813-2000
F: 503-571-2624
Tx dates: 03/18/2019-Present

A: PEER addendum indicates no changes to prior opinion of no functional impairment. Claim is not supported. AA submitting denial rec w/ letters for TL sign-off.

P:
--Submit denial for TL sign-off
--Contact EE once denial completed

10/07/2020 10:10:19 a.m. ET Timothy Enriquez MANAGER Sacramento  CLAIM MANAGEMENT

Agree w/Denial as PEER states 3/18/19 ?5/14/19 the claimant?s impairments were of the severity that would preclude functioning outside of activities of daily living.

From 5/15/19 ? 7/1/20, and within the realm of PM&R/Pain Medicine, documentation does not support any restrictions and/or limitations.

Benefit effective date for LTD is 09/14/2020, as such EE would not be considered disabled throughout and beyond the elimination period out outlined in the LTD policy.

Letter review: ok to send

10/06/2020 04:20:48 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Invoices-EDM

06-OCT-20: Received Electronic Document with PCN: 30051202010061002507
Content : Invoices -  DCN : 30051202010061002507001

10/06/2020 03:50:17 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                              Sign off required: N

MCM ackl new MR on file
R3C 10/6/20 peer addendum completed by Dr Getz, Board Cert Neuropsych
See SIR for full report

Report: E401773R                    The Hartford - Benefit Management Services                    Page 30
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        Peer notes review of Dr Laughlin?s response and based on the totality of evidence provided the addtl info provided by D
        Laughlin does not alter peer opinion. MR do not substantiate work impairment.


        MCM returning file to AA for further handling and no change recommended at this time.


10/06/2020 03:44:56 p.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous


        vendor update
        _____


        From: Referral [mailto:referral@r3c.com]
        Sent: Tuesday, October 6, 2020 10:46 AM
        To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
        Subject: RE: 9005440032 [HIGHLY RESTRICTED]

        Good Morning Ryan,

        Thank you for requesting a status update. This report is currently undergoing quality assurance checks and is on track
        be submitted by COB today. If we foresee any delays, however, we will be sure to let you know as soon as identified.

        Have a great day,

        Ashley Stevenson
        Client Services Coordinator II
        Pronouns: she, her, hers


        Phone: 952-641-0669
        Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.

        From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
        Sent: Tuesday, October 6, 2020 7:27 AM
        To: Referral <referral@r3c.com>
        Subject: RE: 9005440032 [HIGHLY RESTRICTED] (Encrypted Delivery)

        Good morning,

Report: E401773R                    The Hartford - Benefit Management Services                        Page 31
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022           Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


Is this still due back today?  Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Referral [mailto:referral@r3c.com]
Sent: Tuesday, September 29, 2020 12:30 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: 9005440032 [HIGHLY RESTRICTED]

Good Morning Ryan,

Thank you for sending over this Neuropsychology addendum referral and for providing records to be reviewed  by Dr. Glen
Getz! The final report is due to you on 10/6.

Have a great day,

Ashley Stevenson
Client Services Coordinator II
Pronouns: she, her, hers


Phone: 952-641-0669
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is

Report: E401773R                           The Hartford - Benefit Management Services                          Page 32
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
                  Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                       Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
and destroy all copies of the original message.
From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Sent: Tuesday, September 29, 2020 7:42 AM
To: Alina Zhaivoronok <Alina.Zhaivoronok@r3c.com>
Subject: RE: 9005440032 [HIGHLY RESTRICTED] (Encrypted Delivery)

Good morning Alina,

We are seeking an addendum n the Neuropsych report for this case.  Please find the ref form and additional records
attached.  Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.

**********************************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary,
confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure,
dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender
immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************************************
**********************************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary,
confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure,
dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender
immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************

Report: E401773R                      The Hartford - Benefit Management Services                          Page 33
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
                 Claimant: Jennifer Mueller  Insured Id : 9005440032  Claim Event Id: 16630803
                                       Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling  Role: Examiner  Office: Simsbury

10/06/2020 02:14:52 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

         06-OCT-20: Received Electronic Document with PCN: 30051202010061001746
         Content : Medical Records -  DCN : 30051202010061001746001


10/06/2020 08:27:38 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

         request for update sent to vendor
         _____



         From: GB Claim Clinical Vendor Coordinator (Claim)
         Sent: Tuesday, October 6, 2020 8:27 AM
         To: 'Referral' <referral@r3c.com>
         Subject: RE: 9005440032 [HIGHLY RESTRICTED]

         Good morning,

         Is this still due back today?  Thank you!



         RYAN TOLBERT
         Claims Technician
         Centralized Operations
         The Hartford
         200 Colonial Center Parkway | Suite 500
         Lake Mary, FL 32746
         W: 800-303-9744 Ext. 230-9189
         Ryan.Tolbert@thehartford.com
         www.thehartford.com
         www.facebook.com/thehartford
         twitter.com/thehartford


         The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
         Company.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 34
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
                Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

From: Referral [mailto:referral@r3c.com]
Sent: Tuesday, September 29, 2020 12:30 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: 9005440032 [HIGHLY RESTRICTED]

Good Morning Ryan,

Thank you for sending over this Neuropsychology addendum referral and for providing records to be reviewed  by Dr. Glen Getz! The final report is due to you on 10/6.

Have a great day,

Ashley Stevenson
Client Services Coordinator II
Pronouns: she, her, hers


Phone: 952-641-0669
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co and destroy all copies of the original message.
From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Sent: Tuesday, September 29, 2020 7:42 AM
To: Alina Zhaivoronok <Alina.Zhaivoronok@r3c.com>
Subject: RE: 9005440032 [HIGHLY RESTRICTED] (Encrypted Delivery)

Good morning Alina,

We are seeking an addendum n the Neuropsych report for this case.  Please find the ref form and additional records attached.  Thank you!



RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com

```
Report: E401773R                  The Hartford - Benefit Management Services                    Page 35
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022             Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

*********************************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************

09/29/2020 03:08:40 p.m. ET Ryan W Tolbert Examiner Maitland   GENERAL
Type: Miscellaneous


vendor acknowledgement
_____


From: Referral [mailto:referral@r3c.com]
Sent: Tuesday, September 29, 2020 12:30 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: 9005440032 [HIGHLY RESTRICTED]

Good Morning Ryan,

Thank you for sending over this Neuropsychology addendum referral and for providing records to be reviewed  by Dr. Glen Getz! The final report is due to you on 10/6.

Have a great day,

Ashley Stevenson
Client Services Coordinator II
Pronouns: she, her, hers


Phone: 952-641-0669
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

Report: E401773R                    The Hartford - Benefit Management Services                        Page 36
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022           Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
            Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.
        From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
        Sent: Tuesday, September 29, 2020 7:42 AM
        To: Alina Zhaivoronok <Alina.Zhaivoronok@r3c.com>
        Subject: RE: 9005440032 [HIGHLY RESTRICTED] (Encrypted Delivery)

        Good morning Alina,

        We are seeking an addendum n the Neuropsych report for this case.  Please find the ref form and additional records
        attached.  Thank you!


        RYAN TOLBERT
        Claims Technician
        Centralized Operations
        The Hartford
        200 Colonial Center Parkway | Suite 500
        Lake Mary, FL 32746
        W: 800-303-9744 Ext. 230-9189
        Ryan.Tolbert@thehartford.com
        www.thehartford.com
        www.facebook.com/thehartford
        twitter.com/thehartford


        The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
        Company.


        *****************************************************************************************************
        This communication, including attachments, is for the exclusive use of addressee and may contain proprietary,
        confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure,
        dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender
        immediately by return e-mail, delete this communication and destroy all copies.

        *************************************************************

09/29/2020 08:52:10 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Medical Records-EDM

Report: E401773R                    The Hartford - Benefit Management Services                        Page 37
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        29-SEP-20: Received Electronic Document with PCN: 30051202009295090104
        Content : Medical Records -  DCN : 30051202009295090104001


09/29/2020 08:43:02 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous


        Addendum ref and recs sent to vendor
        _____



        From: GB Claim Clinical Vendor Coordinator (Claim)
        Sent: Tuesday, September 29, 2020 8:42 AM
        To: 'Alina Zhaivoronok' <Alina.Zhaivoronok@r3c.com>
        Subject: RE: 9005440032 [encrypt] [HIGHLY RESTRICTED]

        Good morning Alina,

        We are seeking an addendum n the Neuropsych report for this case.  Please find the ref form and additional records
        attached.  Thank you!



        RYAN TOLBERT
        Claims Technician
        Centralized Operations
        The Hartford
        200 Colonial Center Parkway | Suite 500
        Lake Mary, FL 32746
        W: 800-303-9744 Ext. 230-9189
        Ryan.Tolbert@thehartford.com
        www.thehartford.com
        www.facebook.com/thehartford
        twitter.com/thehartford


        The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
        Company.

Report: E401773R                      The Hartford - Benefit Management Services                              Page 38
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022                    Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
                 Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                        Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


09/28/2020 06:50:38 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

          28-SEP-20: Received Electronic Document with PCN: 30051202009282001805
          Content : Correspondence -  DCN : 30051202009282001805001
          Medical Records -  DCN : 30051202009282001805002


09/28/2020 06:21:35 p.m. ET Katelyn Pevehouse N/A Sacramento  GENERAL
Type: Initial Decision Tracker

          EE Statement: 20-JUL-20
          ER Statement: 18-SEP-19
          AP Statement: 18-SEP-19
          1st Erisa Date: 03-SEP-20
          2nd Erisa Date: 03-OCT-20
          3rd Erisa Date: 02-NOV-20
          Extension First Letter: 25-AUG-20
          Extension Second Letter: 28-SEP-20


09/28/2020 02:28:41 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: Y

          SECOND ERISA EXTENSION RECOMMENDATION
          PS ENHANCED CONTRACT
          RI SITUS
          GLT 767135
          *VR is mandatory*

          SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states
          postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
          decreased interest in reading from 09/13/2019.
          --per STD comments, EE has remained at part-time work capacity since DOD.

          Light Occ
          Essential duties: ??
          Physical demands: ??

          CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture
          and concussion. Should review 3rd party w/ EE during CI.
          --AA to request ISO

```
Report: E401773R                    The Hartford - Benefit Management Services                     Page 39
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                       Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE 05/01/2010. No elig/enrollment issues. No rule failures.

ADDITIONAL BENEFITS:
Family Care Credit Benefit
Survivor Income Benefit
Workplace Modification Benefit
Infectious And Contagious Disease Benefit
Progressive Illness Benefit
Accidental Dismemberment and Loss of Sight Benefit

FINANICAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age 65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.
--- 3rd Party/MVA: ISO found an open claim for EE's injury with farmer's. Unclear if EE receiving benefits.

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd
Clackamas, OR 97015
P: 800-813-2000

OHSU (ED, imaging, fracture reduction)

Report: E401773R                    The Hartford - Benefit Management Services                        Page 40
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        3181 Sw Sam Jackson Park Rd.
        Portland, OR 97239-3098
        Tx dates: 03/18/2019-03/19/2019

        Kaiser Permanente (family prac, neuro optometry, PM&R)
        P: 503-813-2000
        F: 503-571-2624
        Tx dates: 03/18/2019-Present

        A: PEER report indicated EE not disabled. However, AP requested addtl time to respond to PEER report. Based on AP
        response, MCM indicates neuropsych PEER addendum needed.

        P:
        Short term:
        --Submit extension rec and letter for TL sign-off
        --Send EE e-mail update w/ copy of letter for ERISA compliance

        Long term:
        --Ongoing review of appropriate referrals.

09/28/2020 04:21:32 p.m. ET Joe Simeone Examiner Sacramento  CLAIM MANAGEMENT

        Agree w/ need for ERISA extension as outlined by the AA.  Letter reviewed and okay to send w/out correction.

09/28/2020 01:46:07 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                                          Sign off required: N

        MCM ackl new MR on file
        Dr Laughlin response to Neuropsych peer questions for Dr Laughlin.
        Given AP response to Peer questions MCM will upload request for rush Neuropsych peer addendum and notified AA of MCM
        review plan.

09/28/2020 12:44:53 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                             Sign off required: N

        CLAIM UPDATE:
        AP response to PEER recvd. AA unclear on if MCM would consider this sufficient to request addendum. AA reassigned MRs
        task to MCM and sent e-mail requesting review ASAP as either ERISA extension or decision letter must be sent to EE by
        10/1/20 for ERISA compliance. If addendum is to be requested, AA will submit ERISA extension. MCM completed final
        assessment which supports claim denial due to EE not disabled from own occ. If no further clinical involvement warrante
        then AA to proceed w/ claim denial recommendation.

```
Report: E401773R                    The Hartford - Benefit Management Services                Page 41
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

09/28/2020 06:30:41 a.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

        25-SEP-20: Received Electronic Document with PCN: 30051202009251002913
        Content : Medical Records - DCN : 30051202009251002913001

09/23/2020 03:34:53 p.m. ET Paola Choute Nurse Simsbury  PHONE CALL
Type of Call: Incoming         Date of Call: 09/23/2020                    Call To/From: Medical Provider
Name: Dr Laughlin                                                          Conversation with:
Phone:              Extension:          Fax Number:

        MCM rcvd call from APO advising the peer report was rcvd and AP would like an extension to respond as AP is in the
office only 1x/wk and did not get to review the report until this weekend. AP agreed to respond by Friday 9/25/20. MCM
agreed. Dr. Laughlin states she reviewed the reports and states that even people with normal physical exam can?t
function as a physician with her condition. EE is doing her upmost to try to do as much as she can and EE is not
malingering or exaggerating. EE assessment should be based on everything to date not just 7/1/20. AP inquired if all MR
have been provided to the peer reviewers. MCM advised AP all MR provided by EE were provided to the peer reviewers.  AP
ackl and states she will provide her response. MCM thanked AP for CB and pending response.

09/23/2020 01:50:31 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Incoming         Date of Call: 09/23/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                    Conversation with:
Phone: (218) 428-0953      Extension:          Fax Number:

        EE immediately RTCT AA. AA reviewed info left in VM. Discussed AA will have update 9/28/2020. EE thanked. AA thanked an
ended call.

09/23/2020 01:46:30 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing         Date of Call: 09/23/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                    Conversation with:
Phone: (218) 428-0953      Extension:          Fax Number:                 Not Contacted: Left Message

        AA c/o to EE to advise AP did make contact w/ MCM and HIG giving AP through Friday to send in response for review. AA t
have update on claim decision 9/28/2020. Provided return contact number.

09/23/2020 07:32:32 a.m. ET Paola Choute Nurse Simsbury  PHONE CALL
Type of Call: Incoming         Date of Call: 09/23/2020                    Call To/From: Medical Provider
Name: Dr Laughlin                                                          Conversation with:
Phone: (949) 633-3419      Extension:          Fax Number:

Report: E401773R                    The Hartford - Benefit Management Services                        Page 42
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2020
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

AP CI and LVM for MCM advising she just rcvd the report on Friday and has been seeing patient's virtually. AP reports she is not seeing patient's in the office and did not get a chance to review the report until yesterday and requesting 48hrs to respond to the report. AP provided cell number for RC.

09/22/2020 04:37:08 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Final Clinical Assessment                    Sign off required: N

All medical reviewed included in comments and VCF through date and time of this review.
A/A question:  Are R/L?s per Dr. Laughlin electronic APS supported based on medical info, why or why not? What is the prognosis for improvement? Is the expected duration per Dr. Laughlin reasonable? Is the treatment plan appropriate? Wha is the appropriate primary Dx; secondary Dx?
DOD 3/18/19
LDW 3/16/19
BEFD 9/14/19


Conclusion: EE is a 47yo OOW as a Family Physician (class 2) dx with post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo, and Maxillary Fracture. EE was involved in a bike accident on DOD and was inpatient 3/18/19-3/19/19. Head imaging on DOD were unremarkable. MR On file indicates EE rcvd speech, physical, and occupation therapy 4/2019-2/2020 however a majority of the visits were telehealth visits and EE was noted to have unremarkable objective exams including Unremarkable Neuro and vestibular testing at PT, Cognition grossly intact at OT, and speech and cognition appear grossly WNL at ST but therapist indicated EE may be impacted by other post-concussive symptoms suc as fatigue, pain, stress, and cognitive overload. EE was seen by Optometry with unremarkable VA and IOP noted on exams and AP ordered new near vision glasses with prism and blue block tint which EE was noted to do well with at the f/u exams. Given EE unremarkable objective exam findings therapy visits, limited in person visits with Fam Med AP throughou elim, Neuropsych eval recently completed noting high to above average and normal testing, and unclear support for total and PT impairment for greater than 1yr in the past through RRTW FD 7/2/20 MCM deferred external contact to EE and AP fo clarification and proceeded with comorbid peer review for review of totality of evidence provided. MCM confirmed with A all MR on file for review as large gaps noted at multiple AP OVs. 7/23/20 EE interview EE confirmed that post-concussio syndrome is primary disabling condition and maxillary fracture was disabling initially but not after it healed. EE reported that she has still not been able to RRTW f/t f/d however AP work status report indicated FD RRTW 7/2/20.

R3C 9/14/20 comorbid peer review completed by Dr. Herzog, Board Cert PMR and Dr Getz, Board Cert Neuropsych. PMR peer opine impairment for closed timeframe of 3/18/19-5/14/19 noting EE had impairment of the severity that would preclude E from functioning outside of basic ADL.  PMR peer notes from 5/15/19-9/13/19 and 9/14/19-7/1/20 MR does not support any r/ls. No impairment supported by Neuropsych peer reviewer. Unsuccessful PMR and Neuropsych peer reviewers contacts to D Stelmach?s office as AP is no longer in the practice and the new AP that took over care for EE also left the facility o 8/31/20. Successful PMR peer response from Dr Laughlin correspondence however unsuccessful Neuropsych peer to Dr Laughlin contacts. Successful peer to peer contacts. MCM faxed the peer report to Dr Laughlin for review and fu in 5 business days for AP response and no response was rcvd. Given no treating APs at Dr Stelmach's office MCM deferred faxing the report to the office. Function clarified by Peer and supported by totality of evidence provided for review.

Recommendation: MCM returning file to AA for further handling. No f/u recommended as MR does not support r/ls throughou

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 43
Office: Simsbury Disability Claim Office       Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

and beyond elim.


09/22/2020 12:55:05 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 09/22/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                     Conversation with:
Phone: (218) 428-0953       Extension:       Fax Number:

        EE LVM requesting c/b. Discussed that PCP wants to try and reach PEER via telephone. AA ack. Advised HIG is waiting for
        PCP to respond to HIG fax of report. If addtl info provided then they can request PEER addendum, but if this is not
        received today claim recommended to be denied. EE ack. Thanked AA for update and ended call.


09/18/2020 04:29:42 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        18-SEP-20: Received Electronic Document with PCN: 30051202009182001524
        Content : Correspondence -  DCN : 30051202009182001524001


09/18/2020 08:39:26 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        PEER INVOICE PAID-#667444-1


09/17/2020 07:15:52 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        CLAIM UPDATE:
        Invoice for PEER recvd. Vendor coordinator will process. Closing task.


09/17/2020 04:41:11 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Invoices-EDM

        17-SEP-20: Received Electronic Document with PCN: 30051202009171002554
        Content : Invoices -  DCN : 30051202009171002554001
        Correspondence -  DCN : 30051202009171002554002


09/17/2020 09:30:10 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        invoice request sent to vendor
        _____

```
Report: E401773R                     The Hartford - Benefit Management Services                    Page 44
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, September 17, 2020 9:29 AM
To: 'Tony Tran' <Tony.Tran@r3c.com>
Subject: RE: Attn Paola Choute [HIGHLY RESTRICTED]

Good morning,

Can you please have the invoice for this case sent over?  Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Tony Tran [mailto:Tony.Tran@r3c.com]
Sent: Monday, September 14, 2020 5:46 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: Attn Paola Choute
Importance: High

I am unable to confirm if the 2 reports that I have fix to the number provide went through properly so I am following u
it with an email with the reports

Tony Tran
Quality Assurance Specialist


Phone: 952-641-0621

Report: E401773R                    The Hartford - Benefit Management Services                        Page 45
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022                Date Range: 09/18/2019 - 01/14/2022
                                            For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                            Case: Northwest Permanente, P.C.
                Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        Email: tony.tran@R3c.com

        Visit us at R3c.com!

        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.


09/16/2020 05:08:56 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 09/16/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                     Conversation with:
Phone: (218) 428-0953      Extension:        Fax Number:

        EE LVM requesting c/b to discuss claim denial. AA RTCT EE. Advised claim is not denied at this time. Explained that
        while current info from PEER indicates no functional impairment supported, report is first sent to AP to review and
        provide addtl info if they disagree with findings, and if addtl info is provided by AP then addendum from PEER
        requested. If addtl info is not provided from AP claim denied. EE ack and advised she would f/u w/ AP. EE asked what
        benefit percentage is and what the part-time work requirements are. AA reviewed policy w/ EE. EE has another disability
        policy and it is with ER but it is elective so not sure if she is considered policyholder or ER is. AA ack. Advised if
        EE receives benefits from that policy documentation would be needed to determine who the policyholder is. EE ack. EE
        said AA was super helpful and EE very appreciative of AA's e-mail updates regarding her claim status. EE reported she
        would start to feel like her claim was lost in a void but then AA would send e-mail update reminding EE that HIG was
        continuing to review. AA ack and thanked EE for kind words. EE thanked and ended call.


09/15/2020 06:14:54 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 09/15/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                     Conversation with:
Phone: (218) 428-0953      Extension:        Fax Number:                    Not Contacted: Left Message

        AA c/o to EE to advise of claim status update. Female voice answered and advised AA had wrong number. AA c/o to cell
        number on file. VM auth for cell number on file. LVM advising that PEER did not support functional impairment. Reports
        sent to Dr. Laughlin for review and if AP provides addtl information regarding EE's conditions then addendum to be
        requested from PEER reviewer. Provided return contact number if EE has further questions or concerns.


09/15/2020 02:27:35 p.m. ET Paola Choute Nurse Simsbury  PHONE CALL
Type of Call: Outgoing          Date of Call: 09/15/2020                    Call To/From: Medical Provider
Name: Dr Laughlin                                                          Conversation with: Reyna
Phone: (503) 813-2000      Extension:        Fax Number:

        MCM CO to APO to confirm MCR was rcvd. APO cx rcvd and report in AP box.

Report: E401773R                    The Hartford - Benefit Management Services                        Page 46
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
                 Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                     Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


09/15/2020 01:00:26 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                                    Sign off required: N

        MCM ackl new MR on file
        R3C 9/14/20 comorbid peer review completed by Dr. Herzog, Board Cert PMR and Dr Getz, Board Cert Neuropsych
        See SIR for full report
        Unsuccessful PMR and Neuropsych peer to Dr Stelmach?s office as AP is no longer in the practice and the new AP taking
        over care for EE is also leaving the facility on 8/31/20. Successful PMR peer to Dr Laughlin correspondence however
        unsuccessful Neuropsych peer to Dr Laughlin contacts.
        Peer to Peer contact noted


        PMR peer opine impairment 3/18/19-5/14/19. No impaiment supported by Neuropsych peer
        MCM faxed the peer report to Dr Laughlin for review and will set a 5 business days fu for AP response. Given no treatin
        APs at Dr Stelmach's office MCM will defer faxing the report to the office.

        -------Transmission Fax Report-------
        To:              Dr Laughlin,5038857377
        Subject:         Jennifer Mueller 9005440032 [HIGHLY RESTRICTED]
        Result:          Successful
        Explanation:     All Pages OK

        Sent:            "#hig_ccc cover page","109576499.TIF"
        Pages Sent:      34
        Connect Time:    898
        Transmit Time:   09/15/20 13:24
        Transfer Rate:   14400
        Retry Count:     1
        Job Number:      1866166225




09/15/2020 08:26:06 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous


        PEER REPORTS RECEIVED
        _____



        From: Tony Tran [mailto:Tony.Tran@r3c.com]
        Sent: Monday, September 14, 2020 5:46 PM

```
Report: E401773R                    The Hartford - Benefit Management Services                        Page 47
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022           Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                  Case: Northwest Permanente, P.C.
                Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

         To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
         Subject: Attn Paola Choute
         Importance: High

         I am unable to confirm if the 2 reports that I have fix to the number provide went through properly so I am following u
         it with an email with the reports

         Tony Tran
         Quality Assurance Specialist



         Phone: 952-641-0621
         Email: tony.tran@R3c.com

         Visit us at R3c.com!

         CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
         and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
         Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
         prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
         and destroy all copies of the original message.


09/14/2020 05:34:44 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

         14-SEP-20: Received Electronic Document with PCN: 30051202009141003011
         Content : Medical Records -  DCN : 30051202009141003011001


09/14/2020 03:15:08 p.m. ET Whitney Conn Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Vendor F/U                                    Sign off required: N

         MCM ackn task for primary MCM ackn report remains pending and VC w/ f/u today, ext f/u to allow for report


09/11/2020 12:11:59 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

         AA e-mail update to EE.
         ****************************************************************************************************************
         ****
         From: Pevehouse, Katelyn (GB and WC Claims)

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 48
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

Sent: Friday, September 11, 2020 9:11 AM
To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Dr. Mueller,

The Independent Medical Consultant Reviewer reviewing your claim received a response letter from Dr. Laughlin so they indicated that they need the additional time to review this information as well and anticipate to have an update on 09/14/2020 now. I apologize for the continued delays. I will continue to keep you updated on the status of their review

Thank you,

Katelyn Pevehouse
Ability Specialist ? Professional Segment
Group Benefits Claims
The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302
W: (602) 333-6164
F: (866) 411-5613
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford


The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


09/10/2020 03:42:36 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                              Sign off required: N

     MCM ackl VC update noting final report will be provided on 9/14 to allow time for Peer to AP contacts.


09/10/2020 03:23:32 p.m. ET Sarha A Kessler Examiner Maitland  GENERAL
Type: Miscellaneous

     Forwarded vendor update to clinical.
     -----------------------------------------------------------------------

```
Report: E401773R                    The Hartford - Benefit Management Services                      Page 49
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022          Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
                       Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, September 10, 2020 3:23 PM
To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
Subject: RE: Claim #9005440032 - Returned Letter from AP [CONFIDENTIAL]


Good afternoon Paola,

Please see the vendor e-mail below updating on the status of this report.

Sent on behalf of Ryan Tolbert.

Thank you,


SARHA KESSLER
Claims Technician
Centralized Operations
The Hartford Financial Services Group, Inc.
W: 800-303-9744

www.thehartford.com



From: Client [mailto:client@r3c.com]
Sent: Thursday, September 10, 2020 12:46 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Returned Letter from AP
Importance: High

Hello Paola and Ryan,

Today we received a returned response letter from AP Laughlin to our PMR specialist. For due diligence we will be
sending this letter to our PMR specialist in order for her to incorporate this into her report. Since the case is due t
you today, we are extending the case and it will be due to you on 9/14.

AP Laughlin did not send a returned response to our Neuropsych reviewer, but we will plan to hold sending both reports
to you until 9/14 in anticipation we might still receive a returned response to our neuropsych reviewer today or
tomorrow.

Please let me know if there are any concerns with this new plan and due date extension.

Thank you,

Samantha Sisser
Client Service Coordinator II

Report: E401773R                     The Hartford - Benefit Management Services                        Page 50
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@r3c.co
and destroy all copies of the original message.

From: Client
Sent: Thursday, August 27, 2020 12:14 PM
To: 'GB Claim Clinical Vendor Coordinator (Claim)' <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's [HIGHLY RESTRICTED] (Encrypted Delivery)

Hi Ryan and Paola,

Thank your approving to fax written questions. Since we have learned that AP Stelmack is retired, we will only be
sending written questions to AP Laughlin. If you would like us to proceed differently, please let us know. We will be
holding for 5 business days to wait for a response to the questions. With being closed for Labor Day, your new date wil
be 9/10/20.

Please let me know if you have any questions.

Thank you and have a nice day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@r3c.co
and destroy all copies of the original message.

From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Sent: Thursday, August 27, 2020 8:14 AM
To: Client <client@r3c.com>
Subject: FW: Claim #9005440032 - Faxed Questions to AP's [HIGHLY RESTRICTED] (Encrypted Delivery)

Good morning,

Report: E401773R                    The Hartford - Benefit Management Services                    Page 51
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


Please see below and proceed. Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Choute, Paola V (GB and WC Claims)
Sent: Thursday, August 27, 2020 8:55 AM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning,

Yes please fax the AP questions.

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, August 27, 2020 8:32 AM
To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning Paola,

Please see below and advise.  Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford

Report: E401773R                    The Hartford - Benefit Management Services                       Page 52
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022             Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

    200 Colonial Center Parkway | Suite 500
    Lake Mary, FL 32746
    W: 800-303-9744 Ext. 230-9189
    Ryan.Tolbert@thehartford.com
    www.thehartford.com
    www.facebook.com/thehartford
    twitter.com/thehartford


    The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
    Company.


    From: Client [mailto:client@r3c.com]
    Sent: Wednesday, August 26, 2020 5:11 PM
    To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
    Subject: Claim #9005440032 - Faxed Questions to AP's

    Hello Paola and Ryan,

    Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP
    Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you
    like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

    Thank you and have a nice rest of your day.

    Samantha Sisser
    Client Service Coordinator II

    Phone: 952-641-0670
    Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


    CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
    and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
    Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
    prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
    and destroy all copies of the original message.

    ********************************************************************************************************
    This communication, including attachments, is for the exclusive use of addressee and may contain proprietary,
    confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure,
    dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender
    immediately by return e-mail, delete this communication and destroy all copies.

```
Report: E401773R                      The Hartford - Benefit Management Services                    Page 53
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        ************************************************************************************************
```

09/03/2020 11:44:18 a.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                           Sign off required: N

        AA e-mail update to EE.
        ***************************************************************************************************
        *
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Thursday, September 03, 2020 8:43 AM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: RE: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        I just reviewed your claim and it appears that the clinical staff anticipates an update on 9/11/2020. Your medical
        information is being reviewed by an Independent Medical Consultant Reviewer and that is the date that they indicated th
        report would be completed. I will continue to keep you updated.

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

        If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
        866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 54
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                              For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                           Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

08/27/2020 04:00:29 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                          Sign off required: N

        MCM ackl MCR final report date is 9/10/20. FU task set


08/27/2020 02:18:05 p.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        vendor update; firward to clinical
        _____


        From: GB Claim Clinical Vendor Coordinator (Claim)
        Sent: Thursday, August 27, 2020 2:17 PM
        To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
        Subject: FW: Claim #9005440032 - Faxed Questions to AP's (Encrypted Delivery) [HIGHLY RESTRICTED]

        Just an FYI?


        RYAN TOLBERT
        Claims Technician
        Centralized Operations
        The Hartford
        200 Colonial Center Parkway | Suite 500
        Lake Mary, FL 32746
        W: 800-303-9744 Ext. 230-9189
        Ryan.Tolbert@thehartford.com
        www.thehartford.com
        www.facebook.com/thehartford
        twitter.com/thehartford


        The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
        Company.


        From: Client [mailto:client@r3c.com]
        Sent: Thursday, August 27, 2020 1:14 PM
        To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>

Report: E401773R                    The Hartford - Benefit Management Services                        Page 55
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022          Date Range: 09/18/2019 - 01/14/2022
                                   For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
               Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Subject: RE: Claim #9005440032 - Faxed Questions to AP's [HIGHLY RESTRICTED] (Encrypted Delivery)

Hi Ryan and Paola,

Thank your approving to fax written questions. Since we have learned that AP Stelmack is retired, we will only be sending written questions to AP Laughlin. If you would like us to proceed differently, please let us know. We will be holding for 5 business days to wait for a response to the questions. With being closed for Labor Day, your new date wil be 9/10/20.

Please let me know if you have any questions.

Thank you and have a nice day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co and destroy all copies of the original message.

From: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Sent: Thursday, August 27, 2020 8:14 AM
To: Client <client@r3c.com>
Subject: FW: Claim #9005440032 - Faxed Questions to AP's [HIGHLY RESTRICTED] (Encrypted Delivery)

Good morning,

Please see below and proceed. Thank you!

RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com

Report: E401773R                          The Hartford - Benefit Management Services                          Page 56
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                    Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Choute, Paola V (GB and WC Claims)
Sent: Thursday, August 27, 2020 8:55 AM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning,

Yes please fax the AP questions.

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, August 27, 2020 8:32 AM
To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning Paola,

Please see below and advise.  Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 57
Office: Simsbury Disability Claim Office       Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
       Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        From: Client [mailto:client@r3c.com]
        Sent: Wednesday, August 26, 2020 5:11 PM
        To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
        Subject: Claim #9005440032 - Faxed Questions to AP's

        Hello Paola and Ryan,

        Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP
        Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you
        like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

        Thank you and have a nice rest of your day.

        Samantha Sisser
        Client Service Coordinator II

        Phone: 952-641-0670
        Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.

        ********************************************************************************************
        This communication, including attachments, is for the exclusive use of addressee and may contain proprietary,
        confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure,
        dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender
        immediately by return e-mail, delete this communication and destroy all copies.

        ******************************************************************

08/27/2020 09:13:58 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        clinical directived; forward to vendor
        ───────────────────────────────



        From: GB Claim Clinical Vendor Coordinator (Claim)
        Sent: Thursday, August 27, 2020 9:14 AM
        To: 'Client' <client@r3c.com>

Report: E401773R                    The Hartford - Benefit Management Services                    Page 58
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022          Date Range: 09/18/2019 - 01/14/2022
                                   For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Subject: FW: Claim #9005440032 - Faxed Questions to AP's [HIGHLY RESTRICTED]

Good morning,

Please see below and proceed. Thank you!


RYAN TOLBERT
Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Choute, Paola V (GB and WC Claims)
Sent: Thursday, August 27, 2020 8:55 AM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning,

Yes please fax the AP questions.

From: GB Claim Clinical Vendor Coordinator (Claim)
Sent: Thursday, August 27, 2020 8:32 AM
To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

Good morning Paola,

Please see below and advise.  Thank you!


RYAN TOLBERT

Report: E401773R                          The Hartford - Benefit Management Services                          Page 59
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022                     Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
                    Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                        Case: Northwest Permanente, P.C.
                        Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Claims Technician
Centralized Operations
The Hartford
200 Colonial Center Parkway | Suite 500
Lake Mary, FL 32746
W: 800-303-9744 Ext. 230-9189
Ryan.Tolbert@thehartford.com
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford


The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.


From: Client [mailto:client@r3c.com]
Sent: Wednesday, August 26, 2020 5:11 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: Claim #9005440032 - Faxed Questions to AP's

Hello Paola and Ryan,

Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP
Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you
like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

Thank you and have a nice rest of your day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
and destroy all copies of the original message.

Report: E401773R                           The Hartford - Benefit Management Services                      Page 60
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
                      Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                       Case: Northwest Permanente, P.C.
                      Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

08/27/2020 09:12:46 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

    clinical thnk you
    _____


    From: Choute, Paola V (GB and WC Claims)
    Sent: Thursday, August 27, 2020 8:56 AM
    To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
    Subject: RE: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

    Ok thank you

    From: GB Claim Clinical Vendor Coordinator (Claim)
    Sent: Thursday, August 27, 2020 8:32 AM
    To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
    Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

    Here is another update on the same claim.


    RYAN TOLBERT
    Claims Technician
    Centralized Operations
    The Hartford
    200 Colonial Center Parkway | Suite 500
    Lake Mary, FL 32746
    W: 800-303-9744 Ext. 230-9189
    Ryan.Tolbert@thehartford.com
    www.thehartford.com
    www.facebook.com/thehartford
    twitter.com/thehartford


    The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
    Company.


    From: Client [mailto:client@r3c.com]
    Sent: Wednesday, August 26, 2020 6:09 PM

Report: E401773R                           The Hartford - Benefit Management Services                          Page 61
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022                 Date Range: 09/18/2019 - 01/14/2022
                                            For business Role: Examiner
                  Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                        Case: Northwest Permanente, P.C.
                       Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's

Hi Paola and Ryan,

I have a new update for you regarding AP Stelmack. We have learned that he no longer works at the facility and is now
retired. The new doctor who is taking over care for the claimant is also leaving the facility on 8/31/20.  We have let
our reviewers know this new information and will have them include this information in their reports.

Please let us know if you have any questions.

Thank you and have a nice evening.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
and destroy all copies of the original message.

From: Client
Sent: Wednesday, August 26, 2020 4:11 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: Claim #9005440032 - Faxed Questions to AP's

Hello Paola and Ryan,

Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP
Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you
like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

Thank you and have a nice rest of your day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

Report: E401773R                        The Hartford - Benefit Management Services                        Page 62
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.

08/27/2020 08:33:35 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

        vendor update sent to clinical
        _____


        From: GB Claim Clinical Vendor Coordinator (Claim)
        Sent: Thursday, August 27, 2020 8:32 AM
        To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
        Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

        Here is another update on the same claim.


        RYAN TOLBERT
        Claims Technician
        Centralized Operations
        The Hartford
        200 Colonial Center Parkway | Suite 500
        Lake Mary, FL 32746
        W: 800-303-9744 Ext. 230-9189
        Ryan.Tolbert@thehartford.com
        www.thehartford.com
        www.facebook.com/thehartford
        twitter.com/thehartford


        The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
        Company.


        From: Client [mailto:client@r3c.com]
        Sent: Wednesday, August 26, 2020 6:09 PM

Report: E401773R                    The Hartford - Benefit Management Services                    Page 63
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022           Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: RE: Claim #9005440032 - Faxed Questions to AP's

Hi Paola and Ryan,

I have a new update for you regarding AP Stelmack. We have learned that he no longer works at the facility and is now retired. The new doctor who is taking over care for the claimant is also leaving the facility on 8/31/20.  We have let our reviewers know this new information and will have them include this information in their reports.

Please let us know if you have any questions.

Thank you and have a nice evening.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co and destroy all copies of the original message.

From: Client
Sent: Wednesday, August 26, 2020 4:11 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: Claim #9005440032 - Faxed Questions to AP's

Hello Paola and Ryan,

Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

Thank you and have a nice rest of your day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

```
Report: E401773R                  The Hartford - Benefit Management Services                    Page 64
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022         Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co and destroy all copies of the original message.

08/27/2020 08:33:08 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

       vendor update sent to clinical
       _____

       From: GB Claim Clinical Vendor Coordinator (Claim)
       Sent: Thursday, August 27, 2020 8:32 AM
       To: Choute, Paola V (GB and WC Claims) <Paola.Choute@thehartford.com>
       Subject: FW: Claim #9005440032 - Faxed Questions to AP's [CONFIDENTIAL]

       Good morning Paola,

       Please see below and advise.  Thank you!

       RYAN TOLBERT
       Claims Technician
       Centralized Operations
       The Hartford
       200 Colonial Center Parkway | Suite 500
       Lake Mary, FL 32746
       W: 800-303-9744 Ext. 230-9189
       Ryan.Tolbert@thehartford.com
       www.thehartford.com
       www.facebook.com/thehartford
       twitter.com/thehartford

       The Hartford? is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

```
Report: E401773R                   The Hartford - Benefit Management Services                      Page 65
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

From: Client [mailto:client@r3c.com]
Sent: Wednesday, August 26, 2020 5:11 PM
To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
Subject: Claim #9005440032 - Faxed Questions to AP's

Hello Paola and Ryan,

Thank you again for this referral. We have learned from our Neuropsychology reviewer that both AP Stelmack and AP Laughlin would like written questions faxed to them instead of participating in the peer to peer phone call. Would you like us to fax written question to both AP?s and then hold for 5 business days to receive a response?

Thank you and have a nice rest of your day.

Samantha Sisser
Client Service Coordinator II

Phone: 952-641-0670
Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co and destroy all copies of the original message.

08/25/2020 01:42:56 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        AA e-mail update to EE.
        ********************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Tuesday, August 25, 2020 10:42 AM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: RE: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        There has still not been an update. The clinical staff is continuing to review the information. I sent you a letter in the mail advising that we are extending our review. The date on the letter says 10/03/2020. However, our clinical staff indicated they anticipate to have an update by 09/03/2020. So I will update you once I have that update from them.
        Thank you,

Report: E401773R                    The Hartford - Benefit Management Services                          Page 66
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                     Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

        If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
        866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


08/25/2020 01:40:28 p.m. ET Katelyn Pevehouse Examiner Sacramento  GENERAL
Type: Initial Decision Tracker

        EE Statement: 20-JUL-2020
        ER Statement: 18-SEP-2019
        AP Statement: 18-SEP-2019
        1st Erisa Date: 03-SEP-2020
        2nd Erisa Date: 03-OCT-2020
        3rd Erisa Date: 02-NOV-2020
        Extension First Letter: 25-AUG-2020


08/24/2020 06:03:27 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: Y

        ERISA EXTENSION RECOMMENDATION
        PS ENHANCED CONTRACT
        RI SITUS
        GLT 767135
        *VR is mandatory*

        SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 67 of 936

Report: E401773R                    The Hartford - Benefit Management Services                    Page 67
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022                Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                               Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
decreased interest in reading from 09/13/2019.
--per STD comments, EE has remained at part-time work capacity since DOD.

Light Occ
Essential duties: ??
Physical demands: ??

CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture
and concussion. Should review 3rd party w/ EE during CI.
--AA to request ISO

CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE
05/01/2010. No elig/enrollment issues. No rule failures.

ADDITIONAL BENEFITS:
Family Care Credit Benefit
Survivor Income Benefit
Workplace Modification Benefit
Infectious And Contagious Disease Benefit
Progressive Illness Benefit
Accidental Dismemberment and Loss of Sight Benefit

FINANCIAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units
and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability
retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age
65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.
--- 3rd Party/MVA: ISO found an open claim for EE's injury with farmer's. Unclear if EE receiving benefits.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 68
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
       Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
             Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd
Clackamas, OR 97015
P: 800-813-2000

OHSU (ED, imaging, fracture reduction)
3181 Sw Sam Jackson Park Rd.
Portland, OR 97239-3098
Tx dates: 03/18/2019-03/19/2019

Kaiser Permanente (family prac, neuro optometry, PM&R)
P: 503-813-2000
F: 503-571-2624
Tx dates: 03/18/2019-Present

A: APS recvd for post concussion syndrome and work status report indicates EE RRTW 07/02/2020. Per CI, EE reports she i still restricted to 5 hours per day 5 days per week. AA advised documentation from provider needed to support this. AA to request from ER. Claim currently being reviewed by PEER reviewer for support.

P:
Short term:
--Send EE e-mail update
--Send ERISA extension letter

Long term:

--Ongoing review of appropriate referrals.


08/24/2020 07:21:56 p.m. ET Timothy Enriquez MANAGER Sacramento   CLAIM MANAGEMENT

        Agree w/extension as claim is currently with clinical being reviewed by PEER reviewer for support.


08/18/2020 02:42:15 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        AA e-mail update to EE.
        ********************************************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Tuesday, August 18, 2020 11:39 AM

Report: E401773R                    The Hartford - Benefit Management Services                    Page 69
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        We are still waiting on the clinical review of your medical information. I will continue to keep you updated regarding
        the status.

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

        If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
        866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


08/18/2020 02:06:36 p.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous


        vendor acknowledgement
        ─────────────────────────


        From: Referral [mailto:referral@r3c.com]
        Sent: Tuesday, August 18, 2020 12:39 PM
        To: GB Claim Clinical Vendor Coordinator (Claim) <Gclaimclinicalvendorcoordinator@groupclaims.com>
        Subject: Referral / Records Received Case 667444 Claim #9005440032

Report: E401773R                    The Hartford - Benefit Management Services                    Page 70
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        Good Morning Ryan,

        Thank you for sending over this dual PM&R and Neuropsychology referral and for providing records! The final report is
        due to you on 9/1.

        Have a great day,

        Ashley Stevenson
        Client Services Coordinator
        Pronouns: she, her, hers


        Phone: 952-641-0669
        Stay connected with us. R3c.com l LinkedIn l Twitter l Facebook


        CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed
        and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.
        Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is
        prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.co
        and destroy all copies of the original message.


08/18/2020 11:35:38 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Medical Records-EDM

        18-AUG-20: Received Electronic Document with PCN: 30051202008185090315
        Content : Medical Records -  DCN : 30051202008185090315001


08/18/2020 11:35:38 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Medical Records-EDM

        18-AUG-20: Received Electronic Document with PCN: 30051202008185090312
        Content : Medical Records -  DCN : 30051202008185090312001


08/18/2020 11:35:38 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Medical Records-EDM

        18-AUG-20: Received Electronic Document with PCN: 30051202008185090310
        Content : Medical Records -  DCN : 30051202008185090310001

Report: E401773R                    The Hartford - Benefit Management Services                    Page 71
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                   For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
             Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

08/18/2020 11:26:23 a.m. ET Ryan W Tolbert Examiner Maitland  GENERAL
Type: Miscellaneous

     medical records uploaded to vendor
     _____

     Case Instance ID - 210917

     Medical Records
     Uploaded recordMUEAUTH.TIFUploaded at08/18/2020 11:22 AM by Ryan TolbertUploaded recordMUEFORM.TIFUploaded at08/18/2020
     11:22 AM by Ryan TolbertUploaded recordMUEMPCL.docxUploaded at08/18/2020 11:22 AM by Ryan TolbertUploaded
     recordMUEMR.TIFUploaded at08/18/2020 11:22 AM by Ryan TolbertUploaded recordMUENEURO.docUploaded at08/18/2020 11:22 AM
     by Ryan TolbertUploaded recordMUEPHONE.pdfUploaded at08/18/2020 11:22 AM by Ryan TolbertUploaded
     recordMUEPMR.docUploaded at08/18/2020 11:22 AM by Ryan TolbertAdd Record


08/13/2020 03:53:54 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Vendor PEER                              Sign off required: N

     MCM discussed file with CTL KS and agreed MCM to proceed with comorbid peer review to address physical and cognitive
     conditions. GIven disabling specialists are Fam Med and Physiatry noting initial fracture and post concussion dx, MCM
     will upload request for comorbid PMR with head injury/concussion subspecialty and Neuropsych MCR.

     Questions for PMR with head injury/concussion subspecialty:
     1. Based on the totality of the evidence provided address 3/18/19-9/13/19 and 9/14/19-7/1/20 functional abilities,
     restrictions and limitations for the activities listed below (only if applicable), noting that we will conclude there
     are no restrictions on the activity unless specified in your report. Include rationale for any restrictions and
     limitations.
     * The hours at a time and total hours/workday that the claimant can: sit, stand, walk;
     * Amount of weight the claimant can lift/carry/push/pull, to include frequency;
     * Ability to use upper extremities (non-load bearing) to reach above shoulder, at desk/bench level, handle, finger and
     feel? When answering this question, please list the frequency s/he is able to perform these task (i.e., constantly,
     frequently, occasionally, and rarely).
     * Ability to perform other activities such as drive, climb, bend at waist, balance, kneel/crouch, etc., to include
     frequency if limited.
     2. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day
     and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum
     hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include
     ranges.
     3. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and
     limitations are not needed.
     4. Only if your assessment indicates functional capabilities are impaired, address the prognosis for improvement?
     Please include timeframe for expected improvement and expected degree of improvement.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 72
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

5. A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.

Questions for Neuropsych MCR:
1. Based on the totality of the evidence provided  3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone, does the totality of the evidence substantiate severe observed or quantified cognitive symptoms and impairment i function sufficient to limit work activity?  Please describe what work activities are limited, to what degree and how you came to your conclusion.
2. If you are of the opinion there are cognitive impairments impacting functional work abilities, please comment on the origin of these complaints (i.e. if they are due to psychiatric symptoms or related to an organic etiology).
3. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.
4. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.
5. Address any issues with validity, possible malingering, exaggeration, and/or symptom magnification within the testin data and outcome. Please explain.
6. What is the prognosis for further improvement and timeframe for expected improvement?
7.  A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.


08/13/2020 02:59:38 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Progress note                              Sign off required: N

    MCM discussed file with AA and AA confirmed all available MR currently on file. MCM advised AA of plan to proceed with peer review for clarification.


08/13/2020 01:08:54 p.m. ET Paola Choute Nurse Simsbury  CLINICAL MANAGEMENT
Recommendation/Plan: CCM Clinical Assessment                        Sign off required: N

    MCM acknowledges referral
    All medical reviewed included in comments and VCF through date and time of this review.
    A/A question:  Are R/L?s per Dr. Laughlin electronic APS supported based on medical info, why or why not? What is the prognosis for improvement? Is the expected duration per Dr. Laughlin reasonable? Is the treatment plan appropriate? Wha is the appropriate primary Dx; secondary Dx?
    DOD 3/18/19
    LDW 3/16/19
    BEFD 9/14/19

    Assessment: Dr Stelmack/ Dr Mirchandani/ Dr Stelmack, Neuro Physiatry MR:
    4/11/19 EE tried RTW recently for 2hrs but was very limited, slow processing and unable to accomplish much. Occasional but not severe HA.

Report: E401773R                        The Hartford - Benefit Management Services                        Page 73
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
                Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

4/15/19 APS dx post-concussion syndrome, insomnia, mild cognitive impairment, and L peripheral vertigo.  ERTW 5/6/19.
2/5/20 unremarkable neuro and physical exam. Neuropsych ordered and EE advised to continue therapy and fu after eval.

Dr Laughlin, Fam Med MR:
3/22/19 PEF alert and oriented, normal Neuro exam, R shoulder TTP over R ACJ, R face bruising. EE referred to PT and
PMR. R clavicle xray unremarkable.
4/11/19 video visit reporting improved energy over the week but went to OT on Monday and had difficulty with testing an
had double vision. Imbalance in the mornings briefly. PEF unremarkable except lip swelling. AP notes improving but not
ready to go back to work.
5/6/19 APS EE may work 4hrs per day 4 days per wk from 5/20-6/2/19. Mild cognitive impairment noted.
7/25/19 televisit EE reports she is better, doing some driving, working with therapist, exercising, wearing special
glasses. Reports head and neck pain in the morning and ok during the day.
8/23/19 televisit for bereavement visit.
9/13/19 APS EE may work 4hrs per day 4 days per wk from 10/1/19-12/31/19.
11/18/19 televisit EE reports she can?t multitask as well.
12/23/19 work status report noting EE OOW from 3/18/19-5/19/19 and 4hr work days from 5/20/19-7/1/20. RRTW FD 7/2/20.
12/23/19 EE recently visited Disneyland and reports easily nauseated by rides such as teacups. AP recommend med for ADD
2/20/20 televisit EE reports decreased stamina, problems with executive function, multitasking, and light sensitivity.

Dr Tongue, Neuropsych MR:
3/13/20 eval notes no evidence of dysarthria or word finding problems on interview, normal rate and rhythm of speech,
best effort noted on test tasks, overall intellect falls in very superior range, no deficit in fine motor control or
motor speed, language tests in high average to above average, normal attention, concentration, and working memory, no
evidence of abstract reasoning deficit, learning and memory high average to superior. Eval notes EE appears to be
suffering from post-concussive syndrome though tot have multifactorial influences. Continuous pattern of improved
functioning over time.

Dr Kimura-Opperman, Dentist MR:
3/20/19 EE seen for alveolar fracture. Occlusion adjusted and EE reports feeling better. EE advised to wear splint and
f/u on 4/15.

OT MR:
4/8/19 initial eval EE noted to have mild fatigue. EE reports dizziness 1 in after getting up but not functionally
limiting at this time. Biggest concerns are vision, fatigue, processing speed/capacity. Balance better last few days.
Has glasses with tint for work. Tried sewing but following a patter was challenging. Cognition grossly intact.
4/18/19 tele visit reports feeling much better and haven?t needed a nap.
4/25/19 EE progressing toward goals but not at her previous level of function.
5/2/19 televisit EE reports CPR class provoked HA as well as reading course textbook. EE plan to do 2 addtl weeks of wor
before transition to PT RTW.
5/8/19 EE making slow steady gains with improved ability to read and use computer before being limited by her symptom.
Moderate improvement with dizziness and nausea during activities.
7/31/19 EE with continued functional vision limitations with reading and difficulty pacing self back to physical
activities d/t fear of exacerbating symptoms and lower endurance for community outings.
9/20/19 EE with improvement in functional vision limitations. EE met 3 of her short term goals and continues to struggl
with resuming her typical physical activities d/t delayed fatigue onset afterwards and potentially not recognizing sign
of over exertion

Report: E401773R                    The Hartford - Benefit Management Services                          Page 74
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        PT MR:
        4/17/19 initial eval. Unremarkable Neuro and vestibular testing


        ST MR:
        4/29/19 EE seen for initial eval for changes from baseline in word finding, attention and memory. Unremarkable exam.
        5/14/19 EE progressing as anticipated.
        6/12/19 televisit cognition is progressive improving but not back to baseline.
        2/28/20 very slowly progressing with continued symptoms of fatigue, slowed executive functioning and word findings. EE
        to fu after Neuropsych eval next month.


        Dr Curtis, Optometry MR:
        5/2/19 EE seen for eye exam. AP advised EE to continue glasses. VA 20/20 with glasses IOP 12&13.
        5/21/19 EE reports vision problems. EE RTW yesterday and reports by 9:30 provocation of nausea and photophobia and
        perception of words floating. Eye testing unremarkable.
        9/11/19 EE doing well with glasses, photophobia improving, and EE has awareness of double vision now. VA 20/20.
        11/5/19 improvement noted and AP advised ok to dc from vision remediation with OT. FU in 1yr.

        Conclusion: EE is a 47yo OOW as a Family Physician (class 2) dx with post-concussion syndrome, insomnia, mild cognitive
        impairment, L peripheral vertigo, and Maxillary Fracture. EE was involved in a bike accident on DOD and was inpatient
        3/18/19-3/19/19. Head imaging on DOD were unremarkable. MR On file indicates EE rcvd speech, physical, and occupation
        therapy 4/2019-2/2020 however a majority of the visits were telehealth visits and EE was noted to have unremarkable
        objective exams including Unremarkable Neuro and vestibular testing at PT, Cognition grossly intact at OT, and speech
        and cognition appear grossly WNL at ST but therapist indicated EE may be impacted by other post-concussive symptoms suc
        as fatigue, pain, stress, and cognitive overload. EE was seen by Optometry with unremarkable VA and IOP noted on exams
        and AP ordered new near vision glasses with prism and blue block tint which EE was noted to do well with at the f/u
        exams. Given EE unremarkable objective exam findings therapy visits, limited in person visits with Fam Med AP throughou
        elim, Neuropsych eval recently completed noting high to above average and normal testing, and unclear support for total
        and PT impairment for greater than 1yr in the past through RRTW FD 7/2/20 MCM will defer external contact to EE and AP
        for clarification and will proceed with peer review for review of totality of evidence provided. Prior to proceeding
        with a peer MCM will discuss file with AA confirming all MR on file for review as large gaps noted at multiple AP OVs.
        7/23/20 EE interview EE confirmed that post-concussion syndrome is primary disabling condition and maxillary fracture
        was disabling initially but not after it healed. EE reported that she has still not been able to RRTW f/t f/d however A
        work status report indicated FD RRTW 7/2/20.


        Plan: MCM will discuss file with AA.



08/11/2020 07:58:09 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                           Sign off required: N

        AA e-mail update to EE.
        *********************************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Tuesday, August 11, 2020 4:58 PM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>

```
Report: E401773R                The Hartford - Benefit Management Services                    Page 75
Office: Simsbury Disability Claim Office       Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Dr. Mueller,

We received the neuropsychological evaluation testing records. I sent your claim to our clinical staff for further review. I will continue to keep you updated on the status of their review. Please let me know if you have any questions or concerns.

Thank you,

Katelyn Pevehouse
Ability Specialist ? Professional Segment
Group Benefits Claims
The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302
W: (602) 333-6164
F: (866) 411-5613
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford


The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


08/11/2020 07:56:00 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: MCM Referral                                   Sign off required: N

     MCM REFERRAL

     SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding, decreased interest in reading from 09/13/2019.
     --per STD comments, EE has remained at part-time work capacity since DOD.

     LDW: 03/16/2019
     DOD: 03/18/2019

Report: E401773R                        The Hartford - Benefit Management Services                        Page 76
Office: Simsbury Disability Claim Office          Comments: Summary Detail Report
Date Of Report:08/23/2022                    Date Range: 09/18/2019 - 01/14/2022
                                             For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                         Case: Northwest Permanente, P.C.
                        Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

BEFD/AED: 09/14/2019
TC: N/A
Benefit End Date:  09/07/2039


S: 07/23/20 MSC: EE confirmed that post concussion syndrome is priomary disabling condition and maxillary fracture was
disabling initially but not after it healed. EE reported that she has still not been able to RRTW f/t f/d.

EE confirmed that other than initial ER visit all other records are with KP. Dr. Laughlin is primary treating provider
at this time.

EE reported that MDD is not a disabling condition. Discussed PAPS is not needed and EE can disregard this on ack letter

Discussed that she has signed ROI for KP and they should have a copy on file.

EE reported that she is capable of completing work but only on a reduced schedule.

EE reported that part-time work started 05/20/2019 and then gradually increased work load.

EE reported that she is currently working 25 hours per week. EE reported that ER has documentation restricted to 5 hour
per day.

EE reported that she was injured by other person riding bike. EE reported that injury was not covered under her auto
insurance or home insurance. EE reported that police took down wrong info for other person so EE has not been able to
file a claim with other individual's home or auto insurance. AA advised that she would run ISO which should show that
EE's auto/home insurance claims were closed/denied. AA advised that if claims were not even opened since EE wouldn't
have been covered then they would not show up on report.

AA did not discuss SSD app w/ EE as she is increasing workload over time.

O:
MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is
authorized to work 4 hours per day 5 days per week until 07/01/2020.

Neuropsych eval completed 3/13/2020 (SIR, 8/10/20) indicates that EE showed no deficits in any of the testing areas. AP
does not that EE appears to be suffering from a post-concussive syndrome. States that EE is describing what would be
expected which is a continuous pattern of improved functioning overtime.

Dr. Kathleen Laughlin 2/20/20 (SIR, 7/28/20) OVN indicates that EE has ongoing issues w/ multiple stimuli, vision,
patient continues to have decreased stamina, problems with executive function, multitasking, and light sensitivity. EE
needs increased time to complete tasks and can't tolerate 8 hours of screen time.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd

```
Report: E401773R                    The Hartford - Benefit Management Services                        Page 77
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

          Clackamas, OR 97015
          P: 800-813-2000

          OHSU (ED, imaging, fracture reduction)
          3181 Sw Sam Jackson Park Rd.
          Portland, OR 97239-3098
          Tx dates: 03/18/2019-03/19/2019

          Kaiser Permanente (family prac, neuro optometry, PM&R)
          P: 503-813-2000
          F: 503-571-2624
          Tx dates: 03/18/2019-Present

          A:   APS recvd for post concussion syndrome and work status report indicates EE RRTW 07/02/2020. Per CI, EE reports she
          is still restricted to 5 hours per day 5 days per week. AA advised documentation from provider needed to support this.
          AA to request from ER once paystubs recvd. MRs needed for clinical review to confirm EE's symptoms severe enough to
          warrant part-time work restriction, especially given duration of benefits to be supported 09/14/2019-ongoing. Kaiser
          records recvd. It appears all MRs from Kaiser and neuropsych eval recvd. AA to send claim to MCM for further review. No
          records after March received, but BED 09/14/2019 MCM to review for support beyond BED and to 03/31/2020 if they believe
          additional info needed to review after this date. Neuropsych eval notes no deficits, so unclear if EE would be
          considered disabled from own occ.

          P:
          ? Refer to MCM with question for MCM to address:
          o Are R/L?s per Dr. Laughlin electronic APS supported based on medical info, why or why not?
          o What is the prognosis for improvement? Is the expected duration per Dr. Laughlin reasonable?
          o Is the treatment plan appropriate?
          o What is the appropriate primary Dx; secondary Dx?


08/10/2020 01:47:49 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

          10-AUG-20: Received Electronic Document with PCN: 3005120200810200 0974
          Content : Medical Records -  DCN : 3005120200810200 0974001
          Claim Form - Authorizations DCN : 3005120200810200 0974002


08/10/2020 12:56:26 p.m. ET Ovah Giray Examiner Simsbury  PHONE CALL
Type of Call: Incoming        Date of Call: 08/10/2020                      Call To/From: Medical Provider
Name: Dr.Christopher T                                                     Conversation with:
Phone:           Extension:        Fax Number:

          AP ((Dr. Christopher Tong) called in to check if he has the correct fax number of HIG so he could fax paperworks back.
          Provided both main and alternate fax numbers.

```
Report: E401773R                    The Hartford - Benefit Management Services                          Page 78
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
                 Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                      Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

08/06/2020 12:34:49 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Financial-EDM

        06-AUG-20: Received Electronic Document with PCN: 30051202008062000906
        Content : Correspondence -  DCN : 30051202008062000906001
        Financial -  DCN : 30051202008062000906002

08/06/2020 12:34:49 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Medical Records-EDM

        06-AUG-20: Received Electronic Document with PCN: 30051202008062000905
        Content : Correspondence -  DCN : 30051202008062000905001
        Financial -  DCN : 30051202008062000905002
        Medical Records -  DCN : 30051202008062000905003

08/06/2020 06:30:51 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        05-AUG-20: Received Electronic Document with PCN: 30051202008052001790
        Content : Correspondence -  DCN : 30051202008052001790001

08/05/2020 07:11:23 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        AA e-mail update to EE.
        *********************************************************************************************************
        **
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Wednesday, August 05, 2020 4:11 PM
        To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
        Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

        Hi Dr. Mueller,

        We are still waiting for the pay statements from your employer and the additional records from Kaiser, specifically Dr.
        Tongue, at this time. Just wanted to give you that update. I sent a second request to the contact we have for your
        employer and we submitted an updated request for Dr. Tongue?s records specifically. I will send you an update once the
        information is received. For our review, we would like to have this information in by 08/24/2020 but as you and I
        discussed previously the quicker this information is received the quicker we can refer your claim to the next step in
        the process of our review.

Report: E401773R                    The Hartford - Benefit Management Services                        Page 79
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

Thank you,

Katelyn Pevehouse
Ability Specialist ? Professional Segment
Group Benefits Claims
The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302
W: (602) 333-6164
F: (866) 411-5613
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford


The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


08/04/2020 07:33:44 a.m. ET Philip Raj Examiner Simsbury  GENERAL
Type: MRC Fax Successful

Faxed First Medical Records request to Dr. Christopher Tongue for the period from 01/01/2020 to present. 14-day f/u
diary set.


08/03/2020 07:20:26 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

CLAIM UPDATE:
Neuropsych performed by Dr. Christopher Tongue
649 NE Hood Ave Gresham, OR 97030
P: 503-318-5568
F: 503-658-3835

A: Per EE report neuropsych was completed sometime this year, but she is unsure of exact date. AA sending request for
neuropsych records from 01/01/2020 to Present.

Report: E401773R                    The Hartford - Benefit Management Services                          Page 80
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                         For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                Case: Northwest Permanente, P.C.
               Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        P:
        --Send updated i-request for neuropsych records


07/31/2020 06:31:04 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        30-JUL-20: Received Electronic Document with PCN: 30051202007302001865
        Content : Correspondence -  DCN : 30051202007302001865001


07/29/2020 03:57:16 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        AA e-mail to APO asking about records recvd ending at 03/04/2020.
        *************************************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Wednesday, July 29, 2020 12:57 PM
        To: 'nw.roi@kp.org' <nw.roi@kp.org>
        Subject: RE: (PHI) NWPerm MD form [HIGHLY RESTRICTED]

        Hello,

        We received records for Dr. Mueller from March 2019 but they stop at 03/04/2020. She reported she has had treatment
        since then so there should have been more records we received. I just wanted to follow up with you all to see if you ar
        able to send the records from 03/05/2020 to present or if there are not any additional records to send?

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford


        The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies
        Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The
        Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott
        Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides
        administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

```
Report: E401773R                    The Hartford - Benefit Management Services                      Page 81
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

If you are submitting information for a claim, please email it to  informationupload@thehartford.com or fax it to
866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


07/29/2020 03:53:27 p.m. ET Katelyn Pevehouse Examiner Sacramento  GENERAL
Type: Causality


        MAIN QUESTIONS:

        What were you doing at the time the injury occurred?
        (Max limit 2000 characters - approximately 50 lines) : EE WAS RIDING BIKE TO WORK WHEN HIT BY ANOTHER BIKER. EE
        SUSTAINED MAXILLARY FRACTURE AND CONCUSSION.

        Where were you when the injury occurred?(List) : OTHER-EE WAS RIDING BIKE ON WAY TO WORK

        Were you working when the injury occurred?(List) : NO

        Were you driving or in a vehicle at the time of the accident?(List) : NO

        Did something or someone contribute to your injury/accident?(List) : YES

        ****************************************************************************************************************
        ***********

        ADDITIONAL INFORMATION:


        ThirdParty : Lawsuit or other claim filed against a third party(List) : NO

        ThirdParty : Attorney representation(List) : NO

        ThirdParty : Attorney contact information  : NO

        ThirdParty : Status of Lawsuit or claim
        (Max limit 2000 characters - approximately 50 lines) : CLAIM FILED WITH FARMERS. DENIED DUE TO LACK OF COVERAGE.

        ****************************************************************************************************************
        ***********

        CAUSALITY REVIEW STATUS : Closed/Ruled Out

        REFERRED TO RECOVERY SPECIALIST : No

        NOTE : EE reported she does not have contact info for other cyclist that hit her on her bike. Only claim filed on ISO

Report: E401773R                        The Hartford - Benefit Management Services                    Page 82
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        was with Farmers who confirmed EE's claim was denied due to lack of coverage for accident.


07/29/2020 03:51:06 p.m. ET Katelyn Pevehouse Examiner Sacramento  GENERAL
Type: Causality


        MAIN QUESTIONS:

        What were you doing at the time the injury occurred?
        (Max limit 2000 characters - approximately 50 lines) : EE WAS RIDING BIKE TO WORK WHEN HIT BY ANOTHER BIKER. EE
        SUSTAINED MAXILLARY FRACTURE AND CONCUSSION.

        Where were you when the injury occurred?(List) : OTHER-EE WAS RIDING BIKE ON WAY TO WORK

        Were you working when the injury occurred?(List) : NO

        Were you driving or in a vehicle at the time of the accident?(List) : NO

        Did something or someone contribute to your injury/accident?(List) : YES

        *****************************************************************************************************************
        ***********

        ADDITIONAL INFORMATION:


        ThirdParty : Lawsuit or other claim filed against a third party(List) : NO

        ThirdParty : Attorney representation(List) : NO

        ThirdParty : Attorney contact information  : NO

        ThirdParty : Status of Lawsuit or claim
        (Max limit 2000 characters - approximately 50 lines) : CLAIM FILED WITH FARMERS. DENIED DUE TO LACK OF COVERAGE.

        *****************************************************************************************************************
        **********

        CAUSALITY REVIEW STATUS : Open

        REFERRED TO RECOVERY SPECIALIST : No


07/29/2020 03:50:30 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT

```
Report: E401773R                    The Hartford - Benefit Management Services              Page 83
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                    Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

---

Recommendation/Plan: Financial Management                          Sign off required: N

      Only claim indicated on ISO showed coverage w/ farmers. AA confirmed w/ farmer's contact that EE claim was denied as sh
      did not have coverage for accident/injury under her policy.

---

07/29/2020 03:49:46 p.m. ET Katelyn Pevehouse Examiner Sacramento  PHONE CALL
Type of Call: Outgoing          Date of Call: 07/29/2020              Call To/From: Other
Name: Farmer'S Insurance                                             Conversation with:
Phone:                  Extension:          Fax Number:

      AA c/o to contact auto insurance carrier. Auto carrier reported that they disclaimed coverage as EE was not covered
      under her policy for accident. AA confirmed no benefits paid thanked and ended call.

---

07/29/2020 12:11:43 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

      29-JUL-20: Received Electronic Document with PCN: 30051202007292000705
      Content : Correspondence -  DCN : 30051202007292000705001

---

07/29/2020 06:30:47 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

      29-JUL-20: Received Electronic Document with PCN: 30051202007282001845
      Content : Correspondence -  DCN : 30051202007282001845001

---

07/28/2020 07:57:56 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                  Sign off required: N

      PENDING CLAIM UPDATE
      PS ENHANCED CONTRACT
      RI SITUS
      GLT 767135
      *VR is mandatory*

      SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states
      postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
      decreased interest in reading from 09/13/2019.
      --per STD comments, EE has remained at part-time work capacity since DOD.

      Light Occ
      Essential duties: ??
      Physical demands: ??

Report: E401773R                    The Hartford - Benefit Management Services                         Page 84
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                          For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture
and concussion. Should review 3rd party w/ EE during CI.
--AA to request ISO

CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE
05/01/2010. No elig/enrollment issues. No rule failures.

ADDITIONAL BENEFITS:
Family Care Credit Benefit
Survivor Income Benefit
Workplace Modification Benefit
Infectious And Contagious Disease Benefit
Progressive Illness Benefit
Accidental Dismemberment and Loss of Sight Benefit

FINANICAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units
and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability
retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age
65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.
--- 3rd Party/MVA: ISO found an open claim for EE's injury with farmer's. Unclear if EE receiving benefits.

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is
authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente

Report: E401773R                        The Hartford - Benefit Management Services                        Page 85
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        10220 SE Sunnyside Rd
        Clackamas, OR 97015
        P: 800-813-2000

        OHSU (ED, imaging, fracture reduction)
        3181 Sw Sam Jackson Park Rd.
        Portland, OR 97239-3098
        Tx dates: 03/18/2019-03/19/2019

        Kaiser Permanente (family prac, neuro optometry, PM&R)
        P: 503-813-2000
        F: 503-571-2624
        Tx dates: 03/18/2019-Present

        A: APS recvd for post concussion syndrome and work status report indicates EE RRTW 07/02/2020. Per CI, EE reports she i
        still restricted to 5 hours per day 5 days per week. AA advised documentation from provider needed to support this. AA
        to request from ER once paystubs recvd. MRs needed for clinical review to confirm EE's symptoms severe enough to warran
        part-time work restriction, especially given duration of benefits to be supported 09/14/2019-ongoing. Kaiser records
        recvd. ISO showed claim w/ Farmer's open. Addtl review required. AA to clarify w/ EE if she had any addtl tx after
        3/4/20 as this is where MRs end.

        P:
        Short term:
        --Send EE e-mail update
        --C/o to Farmer's and request information re: auto claim
        --Day 14 08/05/2020

        Long term:
        --Ongoing review of appropriate referrals.


07/28/2020 07:51:26 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Financial Management                            Sign off required: N

        ISO found an open claim for EE's accident on DOD.


07/28/2020 02:13:09 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

        28-JUL-20: Received Electronic Document with PCN: 3005120200728100l612
        Content : Claim Form - Authorizations DCN : 3005120200728100l612001
        Medical Records -  DCN : 3005120200728100l612002


07/24/2020 09:18:09 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Other-EDM

Report: E401773R                    The Hartford - Benefit Management Services                    Page 86
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022          Date Range: 09/18/2019 - 01/14/2022
                                    For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        24-JUL-20: Received Electronic Document with PCN: 30051202007242000056
        Content : Other -  DCN : 30051202007242000056001


07/23/2020 04:16:24 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        23-JUL-20: Received Electronic Document with PCN: 30051202007232001332
        Content : Correspondence -  DCN : 30051202007232001332001
        Other -  DCN : 30051202007232001332002


07/23/2020 03:04:00 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        AA e-mail to Kaiser for records, per CC instructions on MRR.
        ********************************************************************************************
        From: Pevehouse, Katelyn (GB and WC Claims)
        Sent: Thursday, July 23, 2020 12:03 PM
        To: 'nw.roi@kp.org' <nw.roi@kp.org>
        Subject: (PHI) NWPerm MD form [HIGHLY RESTRICTED]

        Hello,

        We are requesting all of the medical records for Jennifer Mueller, authorization attached, for the period of 03/01/2019
        to Present.

        Please send this information to us via fax at 866-411-5613. Please include Dr. Mueller?s insured ID number: 9005440032
        on the fax cover page.

        Thank you,

        Katelyn Pevehouse
        Ability Specialist ? Professional Segment
        Group Benefits Claims
        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302
        W: (602) 333-6164
        F: (866) 411-5613
        www.thehartford.com
        www.facebook.com/thehartford
        www.twitter.com/thehartford

Report: E401773R                          The Hartford - Benefit Management Services                    Page 87
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                     Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

The Hartford? is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

07/23/2020 02:46:58 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        PENDING CLAIM UPDATE
        PS ENHANCED CONTRACT
        RI SITUS
        GLT 767135
        *VR is mandatory*

        SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding, decreased interest in reading from 09/13/2019.
        --per STD comments, EE has remained at part-time work capacity since DOD. F/t f/d work as of 07/02/2020.

        Light Occ
        Essential duties: ??
        Physical demands: ??

        CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture and concussion. Should review 3rd party w/ EE during CI.
        --AA to request ISO

        CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

        COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE 05/01/2010. No elig/enrollment issues. No rule failures.

        ADDITIONAL BENEFITS:
        Family Care Credit Benefit
        Survivor Income Benefit
        Workplace Modification Benefit
        Infectious And Contagious Disease Benefit
        Progressive Illness Benefit
        Accidental Dismemberment and Loss of Sight Benefit

Report: E401773R                        The Hartford - Benefit Management Services                          Page 88
Office: Simsbury Disability Claim Office         Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                              For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                       Case: Northwest Permanente, P.C.
                    Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

FINANICAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age 65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd
Clackamas, OR 97015
P: 800-813-2000

OHSU (ED, imaging, fracture reduction)
3181 Sw Sam Jackson Park Rd.
Portland, OR 97239-3098
Tx dates: 03/18/2019-03/19/2019

Kaiser Permanente (family prac, neuro optometry, PM&R)
P: 503-813-2000
F: 503-571-2624
Tx dates: 03/18/2019-Present

A: APS recvd for post concussion syndrome and work status report indicates EE RRTW 07/02/2020. Per CI, EE reports she i still restricted to 5 hours per day 5 days per week. AA advised documentation from provider needed to support this. AA to request from ER once paystubs recvd. MRs needed for clinical review to confirm EE's symptoms severe enough to warran part-time work restriction, especially given duration of benefits to be supported 09/14/2019-ongoing. All pay stubs likely needed from ER. AA to request paystubs from ER from 09/01/2019 - present for CME calc since EE worked part-time.

Report: E401773R                          The Hartford - Benefit Management Services                    Page 89
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                            For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                  Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

          03/01/2018-02/29/2019 paystubs needed for PDE calc. AA to run ISO and submit MRR to NWPerm.

          P:
          Short term:
          --Run ISO
          --MRR to NW.ROI@kp.org w/ subject (PHI) NWPerm MD form
          --Day 14 08/05/2020

          Long term:
          --Ongoing review of appropriate referrals.


07/23/2020 02:18:08 p.m. ET Katelyn Pevehouse Examiner Sacramento  LTD/PW CLAIMANT INTERVIEW
LTD/PW CLAIMANT INTERVIEW
Relationship to Claimant: Claimant         Date of Call: 07/23/2020
Interviewee: Jennifer Mueller                       Phone: (218) 428-0953  Fax Number:

Medical Condition And Treatment

          EE confirmed that post concussion syndrome is priomary disabling condition and maxillary fracture was disabling
          initially but not after it healed. EE reported that she has still not been able to RRTW f/t f/d.

          EE confirmed that other than initial ER visit all other records are with KP. Dr. Laughlin is primary treating provider
          at this time.

          EE reported that MDD is not a disabling condition. Discussed PAPS is not needed and EE can disregard this on ack letter

          Discussed that she has signed ROI for KP and they should have a copy on file.

Functionality

          EE reported that she is capable of completing work but only on a reduced schedule.

Job Requirements/Work History/Relationship With Employer/Plans For Rtw

          EE reported that part-time work started 05/20/2019 and then gradually increased work load.

          EE reported that she is currently working 25 hours per week. EE reported that ER has documentation restricted to 5 hour
          per day.

Social Security/Other Income

          EE reported that she was injured by other person riding bike. EE reported that injury was not covered under her auto
          insurance or home insurance. EE reported that police took down wrong info for other person so EE has not been able to
          file a claim with other individual's home or auto insurance. AA advised that she would run ISO which should show that
          EE's auto/home insurance claims were closed/denied. AA advised that if claims were not even opened since EE wouldn't
          have been covered then they would not show up on report.

Report: E401773R                    The Hartford - Benefit Management Services                    Page 90
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                       For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        AA did not discuss SSD app w/ EE as she is increasing workload over time.

Other

        AA c/o to other number on file since unable to LVM on 218-428-0953.

        CUSTOMER EXPECTATION: All info requested on EE's behalf, ER info, MRs, and ISO. Advised in 2 weeks AA will f/u on any
        outstanding info and request EE's assistance in obtaining. AA advised that EE is welcome to f/u w/ AA sooner if she
        would like.
        CUSTOMER SERVICE: EE thanked AA for the update and advised it has been helpful.

07/23/2020 06:30:55 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        23-JUL-20: Received Electronic Document with PCN: 30051202007222001967
        Content : Correspondence -  DCN : 30051202007222001967001

07/22/2020 08:33:06 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                         Sign off required: N

        INITIAL SOAP
        PS ENHANCED CONTRACT
        RI SITUS
        GLT 767135
        *VR is mandatory*

        SO: EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states
        postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
        decreased interest in reading from 09/13/2019.
        --per STD comments, EE has remained at part-time work capacity since DOD. F/t f/d work as of 07/02/2020.

        Light Occ
        Essential duties: ??
        Physical demands: ??

        CAUSALITY:  per STD claim, EE was riding bike to work and was hit by another biker. EE sustained a maxillary fracture
        and concussion. Should review 3rd party w/ EE during CI.
        --AA to request ISO

        CODING:   LDW 03/16/2019, DOD 03/18/2019, EP is 180 days, BED 09/14/2019, BEND 09/07/2039, TC N/A

        COVG INFO: FI enhanced abilities policy, contrib, need to confirm taxability w/ ER. DOH 09/20/2016, EDOC 09/20/2016, PE
        05/01/2010. No elig/enrollment issues. No rule failures.

Report: E401773R                      The Hartford - Benefit Management Services                    Page 91
Office: Simsbury Disability Claim Office        Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
            Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                   Case: Northwest Permanente, P.C.
                      Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

ADDITIONAL BENEFITS:
Family Care Credit Benefit
Survivor Income Benefit
Workplace Modification Benefit
Infectious And Contagious Disease Benefit
Progressive Illness Benefit
Accidental Dismemberment and Loss of Sight Benefit

FINANICAL:
PDE: RMRP not including bonuses or commission in effect LDW, includes monthly average of call back, in house work units and annual stipend, and section 125 deductions.
--Elig feed: $197,459.98/12  = $16,455.0 monthly
EVR: Per CC, not needed for PS
Benefit: 50%
Secondary benefit: 70%
Max benefit: $10,000.00
Min benefit: $100 or 10%
GMB: Pending EVR and PDE
FIT: $0.00

**OIB:
--- SSD: EE was previously DAW, unclear if EE still working.
--- Pension: 401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age 65. DRO is only offset per policy. No further review required.
--- VA: Per IBQ, EE not a Vet.
--- STD: BEND 09/15/2019.
--- Sick Pay: Per EES, this amount has varied should request pay from ER for both SalCon/SickPay/CME.

MEDICAL:
APS electronically signed by Dr. Laughlin indicates EE dx w/ post concussion syndrome (F07.81). Notes that EE is authorized to work 4 hours per day 5 days per week until 07/01/2020.

Tx Providers:
Dr. Kathleen Laughlin (FP)
--Kaiser Permanente
10220 SE Sunnyside Rd
Clackamas, OR 97015
P: 800-813-2000

OHSU (ED, imaging, fracture reduction)
3181 Sw Sam Jackson Park Rd.
Portland, OR 97239-3098
Tx dates: 03/18/2019-03/19/2019

Kaiser Permanente (family prac, neuro optometry, PM&R)
P: 503-813-2000

```
Report: E401773R                        The Hartford - Benefit Management Services                              Page 92
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022               Date Range: 09/18/2019 - 01/14/2022
                                            For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                     Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

F: 503-571-2624
Tx dates: 03/18/2019-Present

A: APS recvd for post concussion syndrome and work status report indicates EE RRTW 07/02/2020. AA to confirm w/ EE whether or not MDD is disabling on its own and if EE has RTW f/t f/d. MRs needed for clinical review to confirm EE's symptoms severe enough to warrant part-time work restriction, especially given duration of benefits to be supported 09/14/2019-07/01/2020 unless EE indicates ongoing issues for RTW then this would be to present. All pay stubs likely needed from ER. AA to request paystubs from ER from 09/01/2019 - present for CME calc since EE worked part-time. 03/01/2018-02/29/2019 paystubs needed for PDE calc.

P:
Short term:
--Send ack letter, make initial CI attempt, e-mail ER
--MRR to NW.ROI@kp.org w/ subject (PHI) NWPerm MD form

Long term:
--Ongoing review of appropriate referrals.


07/22/2020 08:22:16 p.m. ET Katelyn Pevehouse Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Financial Management                                    Sign off required: N

    401K and Permanente Physician Retirement Plan (PPRP). PPRP is a defined benefit plan with no disability retirement option and entirely funded by the ER. Vesting in the plan requires 5 years of service or attainment of age 65. DRO is only offset per policy. No further review required.


07/22/2020 08:16:26 p.m. ET Katelyn Pevehouse Examiner Sacramento  GENERAL
Type: Causality


    MAIN QUESTIONS:

    What were you doing at the time the injury occurred?
    (Max limit 2000 characters - approximately 50 lines) : EE WAS RIDING BIKE TO WORK WHEN HIT BY ANOTHER BIKER. EE
    SUSTAINED MAXILLARY FRACTURE AND CONCUSSION.

    Where were you when the injury occurred?(List) : OTHER-EE WAS RIDING BIKE ON WAY TO WORK

    Were you working when the injury occurred?(List) : NO

    Were you driving or in a vehicle at the time of the accident?(List) : NO

    Did something or someone contribute to your injury/accident?(List) : YES

    ********************************************************************************************************************
    ***********
```

Report: E401773R                    The Hartford - Benefit Management Services                          Page 93
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                          Case: Northwest Permanente, P.C.
                  Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        ADDITIONAL INFORMATION:


        ThirdParty : Lawsuit or other claim filed against a third party(List) : NO

        ThirdParty : Attorney representation(List) : NO

        ThirdParty : Attorney contact information  : NO

        ThirdParty : Status of Lawsuit or claim
        (Max limit 2000 characters - approximately 50 lines) : UNKNOWN IF CLAIM WAS FILED

        ****************************************************************************************************************
        **********

        CAUSALITY REVIEW STATUS : Open

        REFERRED TO RECOVERY SPECIALIST : No


07/22/2020 11:17:01 a.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: APS-EDM

        22-JUL-20: Received Electronic Document with PCN: 30051202007221000714
        Content : Correspondence -  DCN : 30051202007221000714001
        APS -  DCN : 30051202007221000714002
        Medical Records -  DCN : 30051202007221000714003
        Claim Form - Authorizations DCN : 30051202007221000714004


07/21/2020 07:54:03 p.m. ET Timothy Enriquez MANAGER Sacramento  GENERAL
Type: Initial Decision Tracker

        EE Statement: 20-JUL-2020
        ER Statement: 18-SEP-2019
        AP Statement: 18-SEP-2019
        1st Erisa Date: 03-SEP-2020
        2nd Erisa Date: 03-OCT-2020
        3rd Erisa Date: 02-NOV-2020


07/21/2020 07:51:44 p.m. ET Timothy Enriquez MANAGER Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

Report: E401773R                         The Hartford - Benefit Management Services                    Page 94
Office: Simsbury Disability Claim Office    Comments: Summary Detail Report
Date Of Report:08/23/2022                  Date Range: 09/18/2019 - 01/14/2022
                                           For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                  Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury

        STD to LTD, IBQ received, Claim complete
        Assigning claim to LTD AA

        EE is a 48 yof, family medical physician with condition of maxillary fracture, unspecified. APS in STD states
        postconcussion Syndrome and Major depressive disorder. EE indicates fatigue, photophobia, headache, word finding,
        decreased interest in reading from 09/13/2019. Also noted that EE was to have reduced work hours 10/01/2019 ?
        12/31/2019. AA to further understand EEs condition.

        Additional Benefit
        Family Care Credit Benefit
        Survivor Income Benefit
        Workplace Modification Benefit
        Infectious And Contagious Disease Benefit
        Progressive Illness Benefit
        Accidental Dismemberment and Loss of Sight Benefit


07/21/2020 07:38:38 p.m. ET Timothy Enriquez MANAGER Sacramento   CLAIM MANAGEMENT
Recommendation/Plan: Financial Management                                          Sign off required: N

        No military involvement per IBQ


07/20/2020 01:53:37 p.m. ET Claim A Batch N/A Simsbury   FAXRECEIPT-EDM
Type: New App FN Claim-EDM

        20-JUL-20: Received Electronic Document with PCN: 30051202007201001830
        Content : Correspondence -  DCN : 30051202007201001830001
        New App FN Claim -  DCN : 30051202007201001830002
        Claim Form - Authorizations DCN : 30051202007201001830003
        Financial -  DCN : 30051202007201001830004


01/28/2020 08:50:21 a.m. ET Colin Parrington Examiner Sacramento   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                                Sign off required: N

        re sent ltd app per task


01/27/2020 02:52:31 p.m. ET Chryse Hausenfluck Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                                Sign off required: N

         please resend LTD paperwork to ee

```
Report: E401773R                 The Hartford - Benefit Management Services                    Page 95
Office: Simsbury Disability Claim Office     Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
               Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury
```

11/18/2019 08:10:30 a.m. ET Anna K Lund Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: CRO Specialist Plan                          Sign off required: N

    CRO

    rcvd task to f/u on claim status. LTD claim was denied d/t lack of EE info. the STD claim is ASO, HIG did pay benefits.
    at this time, CRO will close handling as LTD claim was denied. should EE send info and claim is pending/approved, pleas
    refer to CRO.

10/18/2019 02:16:14 p.m. ET Nicole Samms Examiner Maitland  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan               Sign off required: N

    LTD app not rcvd, deleting task and denied claim

10/17/2019 09:59:36 a.m. ET Anna K Lund Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: CRO Specialist Plan                          Sign off required: N

    CRO

    rcvd task to f/u on status of LTD claim. claim remains pending. will f/u again one month.

10/04/2019 01:19:28 p.m. ET Nicole Samms Examiner Maitland  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan               Sign off required: N

    Mailed final request for LTD app set task for 14 day f/up task.

09/26/2019 12:10:44 p.m. ET Anna K Lund Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: CRO Specialist Plan                          Sign off required: N

    CRO

    proactive claim review. notes in the STD claim indicates EE was biking to work and was hit by another biker. she fell
    fracturing maxilla and rcvd a concussion.

    will monitor the LTD claim for approval. STD is approved, ASO, HIG pays benefits. if LTD is approved, will req AA obtai
    add'l info. CRO to f/u 3 weeks.

Report: E401773R                    The Hartford - Benefit Management Services                          Page 96
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                        For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                                 Case: Northwest Permanente, P.C.
                   Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


09/24/2019 08:16:08 a.m. ET Colin Parrington Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        Rcvd correspondence task. No correspondence in vcf


09/20/2019 04:38:47 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        20-SEP-19: Received Electronic Document with PCN: 30051201909202001259
        Content : Correspondence -  DCN : 30051201909202001259001


09/20/2019 11:35:02 a.m. ET Colin Parrington Examiner Sacramento  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        S/O: received 18sep2019
        DOD:18mar2019
        DOH:20sep2016
        CVRG EFF DATE: 20sep2016
        LDW:16mar2019

        BEFD:16sep2019
        PRE-EX:n

        PLAN:
        STP-send FNC letter
        LTP-14 day f/u

        EFT:n




        LTD ASO?

        WORK STATE: OR


        A=(accident) S=(sickness) M=(maternity)s


09/20/2019 11:34:41 a.m. ET Colin Parrington Examiner Sacramento  GENERAL

Report: E401773R                    The Hartford - Benefit Management Services                              Page 97
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022              Date Range: 09/18/2019 - 01/14/2022
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
              Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


Type: Causality


        MAIN QUESTIONS:

        Is your illness related to your work activities or work place?(List) : UNKNOWN

        Is your illness related to a past MVA or other Accident?(List) : UNKNOWN

        Did something or someone contribute to your illness?(List) : UNKNOWN

        Sickness details
        (Max limit 2000 characters - approximately 50 lines) : UNKNOWN

        ********************************************************************************************************************
        ***********

        CAUSALITY REVIEW STATUS : Open

        REFERRED TO RECOVERY SPECIALIST : No


09/19/2019 09:18:41 a.m. ET Seth Edick Examiner Atlanta  CLAIM MANAGEMENT
Recommendation/Plan: Initial Triage Recommendation                         Sign off required: N

        Triage Assumptions-Version:3.1.3Age@Dis:47; EP:6; Diag:S02; Gender:F; Salary:6500-16000; OwnOcc:19-30;
        JobType:Non-Sedentary; Spouse:Unsure;
        Tool recommended segment is Segment3. Key factors in recommendation  are:Diagnosis Complexity:Moderate or Low;
        Recovery Outlook:Uncertain;
        Occupational Complexity:High;
        Final segment is:Segment3;
        ****************************************************
        TC Tool Comments: - Uncertain if EE is qualified to perform any occupation;
        - Verify education, experience and other transferrable skills and consider referral to rehab resources;
        - Focus on clarifying functionality to perform own occupation as well as other occupations;
        - Continually assess impact of current claim facts on test change;
        - Expected Test Change recovery rate: 13%-23%;
        ****************************************************


09/18/2019 05:50:12 p.m. ET Sanjay Sethumadhavan Examiner Sacramento  GENERAL
Type: Miscellaneous

Report: E401773R                    The Hartford - Benefit Management Services
Office: Simsbury Disability Claim Office      Comments: Summary Detail Report
Date Of Report:08/23/2022            Date Range: 09/18/2019 - 01/14/2022
                                     For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16630803
                              Case: Northwest Permanente, P.C.
                 Claim Owner: Edward G Ebeling Role: Examiner Office: Simsbury


        TRANSITION

HART 000098



January 14, 2022

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:    Northwest Permanente, P.C.
Claimant:         Jennifer E. Mueller
Insured ID:       9005440032
Policy Number:    GLT767135

Dear Ms. Mueller:

We are in receipt of your request dated 1/12/2022 requesting a copy of the claim file.

Enclosed is a copy of the claim file or information that you requested.

Please note that to protect materials such as private third-party information or privileged communications, certain documents may have been withheld or appropriately redacted.

If you have any questions, please feel free to contact our office at 800-549-6514. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Edward G. Ebeling/SK*

Edward G. Ebeling, Appeal Specialist */SK*
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000099



**THE HARTFORD**

October 6, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Dr. Mueller:

This will acknowledge receipt of your additional medical from Brain Rehab concerning your claim for Long Term Disability (LTD) benefits.

As you know, we previously considered your appeal of our decision to deny your claim for LTD benefits.  The Hartford's final appeal decision was made on 09/24/2021.  That decision was based on a complete and final administrative record.  Therefore, the administrative remedies provided by ERISA and the Policy have been exhausted.  There are no provisions for additional appeals or re-opening the administrative record after a final appeal decision.  The additional information submitted will not be reviewed by The Hartford.

In view of the fact that we have fully addressed your appeal we will not provide a formal response.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000100



**THE HARTFORD**

September 24, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Ms. Mueller:

We are writing to you regarding your appeal of the denial of your claim for Long Term Disability (LTD) benefits under the Northwest Permanente, P.C. Policy (the "Policy"). Under the Policy you are entitled to an independent review of the claim facts and the determination made regarding your eligibility for benefits. As such, the file was referred to our Appeal Unit to conduct such a review. This review was conducted separately from the individuals who made the original decision to deny benefits and without deference to that decision.

Upon completion of a comprehensive review of the information in your claim file viewed as a whole, we find the termination of your claim must be upheld.

For a list of information previously relied upon in rendering a determination in this claim we refer you to our letter dated 10/06/2020. This letter listed the evidence relied upon from the claim file as well as the applicable contractual provisions outlined in the Policy. Our decision to uphold the denial of this claim for Disability benefits is based upon our full and fair review. In addition, we also considered the following additional information for this appeal:

- E-mail from you dated 07/01/2021;
- Phone conversation with you dated 07/13/2021;
- Brain Rehab Network record dated 06/22/2021;
- Kaiser records from 01/08/2021 to 08/26/2021;
- Co-morbid independent medical reviews completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain Medicine) and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021 with an addendum completed 09/13/2021;

You initially filed LTD following an accident resulting in a maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression. Because of your symptoms, your working hours were reduced, but you gradually increased your hours to 25 hours a week. Preliminary medical included an Attending Physician's Statement from Dr. Laughlin.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

The provider noted a primary diagnosis of post-concussion syndrome requiring you to be limited to working 5 hours a day 5 days a week.

Records were also obtained and included a copy of neuropsychiatric testing completed by Dr. Christopher Tongue dated 03/13/2020. The report acknowledged your self-described symptoms consistent with mid uncomplicated TBI but the results identified no deficits.

To better understand both your physical and psychiatric complaints, it was felt the file would benefit from a co-morbid independent medical review (IMR). The reviews were completed by Dr. Katherine Herzog (Board Certified PM&R, Pain Medicine, and Brain Injury Medicine) and Dr. Glen Getz (Board Certified Clinical Neuropsychologist) on 09/14/2020. The results of the co-morbid review failed to identify physical, psychiatric, or cognitive limitations through and beyond the LTD Elimination Period.

As a courtesy, a copy of the reports were issued to Dr. Laughlin for review and response. The provider issued a response that was shared with Dr. Getz. The reviewer's 10/06/2020 addendum continued to note no evidence of functional impairment.

Without support for functional loss through and beyond the Elimination Period, you did not satisfy the Policy definition of Disability. Because of this, the claim was denied.

The Hartford received an intent to appeal e-mail from you on 07/01/2021.

The Appeal Specialist had the opportunity to speak directly with you on 07/13/2021. During the phone conversation, you confirmed your intent to provide medical from a brain rehabilitation facility and Kaiser. You also confirmed continued reduced working hours of 25 a week.

Additional information was received and the appeal was completed on 08/16/2021. The additional documents included:
- Brain Rehab Network record dated 06/22/2021;
- Kaiser records from 01/08/2021 to 08/26/2021;

With the updated medical, and to address the historical period in question, the file was forwarded for an updated co-morbid IMR. The reviews were completed by Dr. Kevin Kohan (Board Certified Physical Medicine & Rehabilitation and Pain Medicine) and Dr. Gabriel Jasso (Psychologist/Neuropsychology) on 08/30/2021 with an addendum completed 09/13/2021.

Dr. Kohan acknowledged your medical history including your history of concussion and maxillary fracture following a bicycle accident. The reviewer also noted residual symptoms of headaches, fatigue, and impaired concentration. Despite your self-reported complaints, the reviewer found no neurological deficits or motor loss or sensory loss. Additionally, Dr. Kohan found no deficits in strength, range of motion, or gait. In conclusion, the reviewer found no support for functional loss beyond 03/22/2019.

Dr. Jasso also considered all available medical documentation and acknowledged your accident with trauma and loss of consciousness. Dr. Jasso noted your reported symptoms consistent with post-concussion syndrome but as of 04/11/2019 Mental Status Examination findings were unremarkable. The reviewer also pointed to a language and speech pathology evaluation completed 05/29/2019 but the objective results displayed no abnormalities with 100% intact speech and comprehension. Similarly, the 03/13/2020 Neuropsychological evaluation included normal cognitive and psychiatric results. After taking into consideration multiple normal evaluations and measurable results, Dr. Jasso found no support for functional loss related to cognitive or psychiatric complaints.

The question at hand is whether the medical information supports limitations precluding you from your occupation through and beyond the Elimination Period. As noted in the co-morbid independent reports, the available medical does not support limitations through and beyond the Elimination Period. Because of this, the denial of the claim is considered appropriate and the claim will remain closed on appeal.

This determination as described in the above analysis represents our final decision on this claim.

Hartford Life and Accident Insurance Co reserves all rights and defenses available to us in making our determination as well as the right to fully investigate any additional claims brought in conjunction with this Policy.

Under the Policy, legal action cannot be taken against us more than 3 years (09/24/2024) after the date Proof of Loss is required to be given according to the terms of the Policy. Please consult the Policy's Legal Actions and Sending Proof of Loss provisions for additional information.

You are entitled to receive upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to this claim. You may bring a civil action under section 502(a) of the Employee Retirement Income Security Act of 1974, ("ERISA").

Si necesita ayuda con esta carta en español, póngase en contacto conmigo en (800) 549-6514, x2309016.

如果您阅读本信函需要中文普通话协助，请联系我，电话为 (800) 549-6514, x2309016。

若您閱讀此信件時需要廣東話協助，請撥打 (800) 549-6514, x2309016 聯絡我。

Kung kailangan mo ng tulong sa sulat na ito sa Tagalog, paki contact mo ako sa (800) 549-6514, x2309016.

Díí ak'iashchíníí doo nił beehózingoo nika'adeeswoł. Shí nabo éí (800) 549-6514, x2309016. Shich'į' hwidííl'ní.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000104



**THE HARTFORD**

September 20, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Ms. Mueller:

We're in the process of reviewing your appeal, but we aren't ready to make a decision yet. We want to make sure you have the same information we do, so that we can have an ongoing good faith exchange of information during this process.

To make sure that happens, we're sending you some information so you can review it.  Here's a copy of the records from Brain Rehab Network, records from Kaiser, and the independent medical review.  You have 21 business days from the date of this letter or until 10/19/2021 to look over that information and decide if you want to respond.

Let us know if there's anything else we should review. Otherwise, if we have all the information you're aware of to make our appeal decision, let us know as soon as you can, and we'll finish our review.

We'll wait to hear back from you and continue our appeal review either when you send us more information, or by 10/19/2021 whichever comes first.

**What Happens Next?**

We'll continue the appeal review once we receive any information you send us, or by 10/19/2021 whichever comes first.

Once we can continue our review, we expect to have our decision by 10/29/2021. We may need more time beyond that date if we get more information, to make sure we have a good faith exchange of information. We'll let you know if we have to take more time.

Please direct to the address or fax number below and be sure to include the claim number (9005440032) on anything you send us.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000105

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000106



**THE HARTFORD**

September 20, 2021

Dr Laughlin
Family Medicine
X, MN  12345

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Dr. Laughlin:

As you may be aware, The Hartford is currently reviewing a claim for benefits for your patient, Jennifer E. Mueller.

To better understand the functionality and impairment levels of your patient, independent physicians specializing in Physical Medicine and Rehabilitation/Pain Medicine and Neuropsychology attempted to call you. The reviewers wanted to discuss your patient's abilities, restrictions, and limitations. Since the independent reviewers were unable to reach you to discuss your patient's condition, they reviewed the records we have on file for your patient. These records are listed on the attached document, together with the reviewer's analysis of those records and their conclusions about your patient's functionality and impairment based upon that review.

Please review the attachment. If you disagree with the reviewer's conclusions, please respond by indicating which areas of the attached report you agree with, which areas you disagree with, and any clinical evidence or observations in support of your opinion that we have not already received. Please also answer the specific questions the peer reviewer was hoping to discuss with you. The question is as follows:

1) Have you placed the patient on activity restrictions?

2) Which objective functional limitations corroborate your restrictions?

3) Has the patient's condition significantly changed recently?

4) From 03/18/2019 forward, how is the patient's neuropsychological condition affecting function?

5) From a neuropsychological perspective, are there any particular occupational restrictions she needs observe, and why?

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000107

If you disagree with the reviewer's conclusions, we ask you respond, within ten (10) business days of the date of this letter.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000108



**THE HARTFORD**

August 17, 2021

Dr Laughlin
Family Medicine
X, MN  12345


Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135


Dear Dr. Laughlin:

THIS IS NOT A REQUEST FOR MEDICAL RECORDS.

We are continuing to review your patient's claim for Long Term Disability benefits.

As part of the evaluation process, a physician from Exam Coordinators Network (ECN) may soon contact you by telephone for clarification of your patient's medical condition and functional status. Your cooperation in speaking with our consulting physician will help ensure a full and fair review of your patient's claim. If our consulting physician is unable to speak to you we will base our decision on documentation currently contained in our file.

A copy of your patient's authorization for release of information is attached. If you have questions, feel free to contact me at 1-860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.


Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

August 17, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Ms. Mueller:

We have started a review in response to your appeal of the denial which was completed on 08/16/2021. We will contact you with an update or our decision as soon as possible.

Do you have additional information you want us to include in our review?

If you do, please send it to us now because we have a limited time in which to decide your appeal.

- The Employee Retirement Income Security Act of 1974 (ERISA) governs your claim and allows us 45 days to respond to your appeal.

- We may take an additional 45 days to make the decision if there are special circumstances. We will tell you if an extension is needed.

- If your claim is extended because we need information from you to decide your appeal, the review time will be paused until the earliest of the date on which you respond or when we have requested your response.

- If you would like us to consider information pertaining to your Social Security Disability claim, please provide it to us as soon as possible.

If you send new information to us late in the process, we will assume you want us to consider it and that you agree we may make a decision after the above deadline. We will contact you if we need more time in order to have an ongoing good faith exchange of information regarding the status of your claim.

At this time we are referring all the available information to independent physicians that will assess the medical information and will attempt to contact Dr. Kathleen Laughlin. Upon receipt and review of the reports we will advise you of the outcome of our decision.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000110

Notice of ERISA Claim Procedures:

We will make a final decision no more than 45 days after we receive your timely appeal. The time for final decision may be extended by our mutual agreement. The time for final decision may also be extended for one additional 45 day period provided that, prior to the extension, we will notify you in writing that an extension is necessary due to special circumstances, identify those circumstances and give the date by which we expect to render our decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request. If we are unable to reverse the prior claim decision, we will provide you with any new or additional evidence considered, relied upon or generated by us during the appeal review. We may also toll the time for a decision to allow you a reasonable opportunity to respond to new or additional evidence or a new or additional rationale. Tolling will begin on the date that we provide you with new or additional evidence or a new or additional rationale, and end when we receive the response or on the date by which we have requested a response, whichever comes first.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

July 29, 2021

Kaiser
Fax Number:       503-571-2624

Policyholder:     Northwest Permanente, P.C.
Claimant:         Jennifer E. Mueller
DOB:              **REDACTED**
Insured ID:       9005440032
Claim Event ID:   16630803
Policy No:         GLT767135

Dear Sir or Madam:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 01/01/2021 to current. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000112



**THE HARTFORD**

July 13, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135


Dear Dr. Mueller:

As you indicated during our call on 07/13/2021, you have additional information you'd like us to consider. Since we've agreed not to start reviewing your claim until we receive it, please be sure to send us that information as soon as possible. Remember, we only have 45 days, absent special circumstances, to make a decision on your appeal.

Please send us the information within 30 days; if you do not, we will begin our review on 08/13/2021 and you may expect a decision by 09/27/2021.

Also, if you later decide not to send additional information, or when you've sent us everything you want us to review, please notify us as soon as possible, and we will begin the review of your appeal at that time.

You can send the additional information to:

The Hartford Claim Appeal Unit
P.O. Box 14087
Lexington, KY 40512-4087

Or by fax 1-855-339-7249

We will not begin the evaluation of your appeal until the earliest of the date the additional information is received or 30 days from today. If you decide not to submit the information, please notify us and we will begin the evaluation at that time.

Notice of ERISA Claim Procedures:

We will make a final decision no more than 45 days after we receive your timely appeal. The time for final decision may be extended by our mutual agreement. The time for final decision may also be extended for one additional 45 day period provided that, prior to the extension, we will notify

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

you in writing that an extension is necessary due to special circumstances, identify those circumstances and give the date by which we expect to render our decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request. If we are unable to reverse the prior claim decision, we will provide you with any new or additional evidence considered, relied upon or generated by us during the appeal review. We may also toll the time for a decision to allow you a reasonable opportunity to respond to new or additional evidence or a new or additional rationale. Tolling will begin on the date that we provide you with new or additional evidence or a new or additional rationale, and end when we receive the response or on the date by which we have requested a response, whichever comes first.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Enclosure

Authorization_to_Obtain_and_Disclose_Information_LC-7708

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000114



**THE HARTFORD**

July 6, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:    Northwest Permanente, P.C.
Claimant:         Jennifer E. Mueller
Insured ID:       9005440032
Policy Number:    GLT767135

Dear Ms. Mueller:

**Your request for an appeal review is in process.**
We received your appeal request for your claim for Long Term Disability benefits on
July 2, 2021. Your appeal will be assigned to an Appeal Specialist. They may contact you if
clarification is needed on your appeal.

We may need to obtain additional information in order to evaluate your appeal.  Please complete the
enclosed Authorization to Obtain and Disclose Information and return it to the address shown on
this letter.  The completed form will enable us to obtain that information.

We will be glad to answer any questions you may have.  We can be reached at 800-549-6514.

Appeal Unit
Hartford Life and Accident Insurance Company

Enclosure

Authorization_to_Obtain_and_Disclose_Information_LC-7708

Appeals Unit
The Hartford
P.O. Box 14087
Lexington, KY 40512-4087
Fax (855) 339-7249

HART 000115



October 14, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135


Dear Ms. Mueller:

At your request, we are providing the following documents electronically via password protected CD:

·        **Password is Mueller20 (please note that passwords are case sensitive)**.

You have the right to request and obtain a paper version of these documents.  If you would like to do so, please contact your Ability Analyst at 800-549-6514. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,


*Katelyn Pevehouse/AC*

Katelyn Pevehouse, Senior Ability Analyst */AC*
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

October 14, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:      Northwest Permanente, P.C.
Claimant:            Jennifer E. Mueller
Insured ID:          9005440032
Policy Number:    GLT767135


Dear Ms. Mueller:

We are in receipt of your request dated, October 9th, 2020, requesting a copy of your claim file.

Enclosed is a copy of the claim file or information you requested.

If you have any questions, please feel free to contact our office at 800-549-6514. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,


*Katelyn Pevehouse/AC*

Katelyn Pevehouse, Senior Ability Analyst */AC*
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000117



**THE HARTFORD**

October 6, 2020

Jenna Larsen
Northwest Permanente, P.C.
500 Ne Multnomah
Suite 100
Portland, OR  97232-2031

Policy Holder:      Northwest Permanente, P.C.
Claimant:           Jennifer E. Mueller
Insured ID:         9005440032
Policy Number:      GLT767135

Dear Ms. Larsen:

We are writing to you regarding the Long Term Disability (LTD) claim on behalf of the above referenced claimant.

We have completed our review of this claim and have determined that the medical information does not support Dr. Mueller's claim of Disability from her Own Occupation. Therefore, we have denied this claim for benefits and have notified Dr. Mueller of our decision.

If you have any questions, please feel free to contact our office at 800-549-6514.  Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000118



**THE HARTFORD**

October 6, 2020

Jennifer E. Mueller, M.D.
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller, M.D.
Insured ID:        9005440032
Policy Number:     GLT767135
RE:                Long Term Disability


Dear Dr. Mueller:

We are writing to you about your claim for Long Term Disability benefits.  These benefits are under the group insurance policy number GLT 767135 for Northwest Permanente, P.C.

We have completed our review of your claim for benefits and have determined that you do not meet the policy definition of Disability.  Because of this, Long Term Disability (LTD) benefits are not payable to you under the terms of this policy.

Your Long Term Disability Policy includes the following provisions:

On pages 24-25 of the policy:

"**Disability or Disabled** means You are prevented from performing one or more of the Essential Duties of:
1) Your Occupation during the Elimination Period; and
2) Your Occupation following the Elimination Period, and as a result Your Current Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.

If at the end of the Elimination Period, You are prevented from performing one or more of the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total period of 12 months from the original date of Disability, or until such time as Your Current Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

Your Disability must result from:
1)  accidental bodily injury;

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

2) sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered."

On page 28 of the policy:

"**Your Occupation** means Your Occupation, as it is recognized in the general workplace, that You were routinely performing prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer or at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in the general specialty category."

On page 25 of the policy:

"**Essential Duty** means a duty that:
      1) is substantial, not incidental;
      2) is fundamental or inherent to the occupation; and
      3) cannot be reasonably omitted or changed.
Your ability to work the number of hours in Your regularly scheduled work week is an Essential Duty."

On page 14 of the policy:

"**Disability Benefit:** *What are my Disability Benefits under The Policy?*
We will pay You a Monthly Benefit if You:
      1) become Disabled while insured under The Policy;
      2) are Disabled throughout the Elimination Period;
      3) remain Disabled beyond the Elimination Period; and
      4) submit Proof of Loss to Us.
Benefits accrue as of the first day after the Elimination Period and are paid monthly. However, benefits will not exceed the Maximum Duration of Benefits."

On page 9 of the policy:

"**Elimination Period:** 180 day(s)"

We based our decision to deny your claim on policy language.  All the information contained in your file was reviewed as a whole.  This included:

- Information from your Short Term Disability claim, received into your Long Term Disability claim on 09/18/2019;
- The Employee section of the Application for Long Term Disability Income Benefits received on 07/20/2020;
- The Work Status Report note provided by Dr. Laughlin on 07/22/2020;
- The Attending Physician's Statement – Progress Report signed by Dr. Laughlin on 07/22/2020;
- Office notes and medical records from Kaiser Permanente from 03/22/2019 through 03/04/2020;
- The neuropsychological evaluation completed on 03/13/2020, received on 08/10/2020;
- Referral of your claim to a Hartford Medical Case Manager on 08/11/2020;
- Referral of your claim to an Independent Medical Consultant Reviewer on 08/18/2020;
- The Independent Medical Consultant Review report completed by Dr. Herzog, Board Certified in PM&R, Pain Medicine, and Brain Injury Medicine on 09/14/2020;
- The Independent Medical Consultant Review report completed by Dr. Glen Getz, Board Certified Clinical Neuropsychologist on 09/14/2020;
- Dr. Laughlin's response to the Hartford Medical Case Manager received on 09/25/2020;
- Dr. Glen Getz's addendum to his prior report received on 10/06/2020;
- The final assessment completed by the Hartford Medical Case Manager; and,
- Your Employment Agreement from your Employer, received on 08/06/2020.

The information in your file shows that you last worked for Northwest Permanente, P.C. full-time on 03/16/2019 as a Family Medicine Physician.  You are claiming Disability due to maxillary fracture and post-concussion syndrome.  After the 180 day Elimination Period as defined above, if you meet the provisions of the policy, LTD benefits would normally start on 09/14/2019.

To meet the definition of Disability above, you must be unable to perform the duties of your occupation.  The Job Description and other Employer information in your file show that your occupation is light. To perform the Essential Duties of Your Occupation, you must be able to sit sporadically, stand for a majority of the day, walk for a majority of the day, lift up to 20 pounds occasionally, frequently use fingers for fine manipulation, frequently use hands for gross manipulation, occasionally reach above shoulder level, and frequently reach below shoulder level.

We reviewed all of the medical information in your file to decide if you met the definition of Disability through and beyond the Elimination Period.  We have medical information from each of the doctors listed in this letter.

The medical information submitted by Dr. Herzog, Board Certified in PM&R, Pain Medicine, and Brain Injury Medicine indicated that functional impairment was supported from 03/18/2019 to

05/14/2019 based on the medical evidence received. From 05/15/2019 through 07/01/2020 the documentation does not support restrictions and/or limitations.

The medical information submitted by Dr. Getz, Board Certified Clinical Neuropsychologist indicated that the medical records provided did not substantiate impairment in function sufficient to limit work activity 03/18/2019 through 07/01/2020.

We have concluded from the combination of all the medical information in your file that you are able to sit sporadically, stand for a majority of the day, walk for a majority of the day, lift up to 20 pounds occasionally, frequently use fingers for fine manipulation, frequently use hands for gross manipulation, occasionally reach above shoulder level, and frequently reach below shoulder level.

We compared this information to the Essential Duties of Your Occupation as a Family Medicine Physician.  Based on this information, we have concluded that you are able to perform these duties as of 09/14/2019.

We considered all of the evidence in your claim file in making our decision.  The LTD policy states that benefits are payable if you are Disabled throughout and beyond the policy's Elimination Period. The combined information in your file does not show that you are unable to perform the Essential Duties of Your Occupation on a full time basis as of 09/14/2019.  Because of this, we must deny your claim for LTD benefits.

Below are guidelines that were relied upon in making this determination.

**Not Disabled Own Occupation Standard:**

On an ongoing basis during the own occupation period, the Analyst should compare the:
- Policy definition of Disability;
- Essential Duties of the occupation; and
- Medical and vocational information

The Analyst should recommend a claim be denied or terminated when the analysis of all the medical and vocational information indicates that the claimant no longer meets the policy definition of Disability.

All claims and appeals for disability benefits are to be adjudicated in a manner designed to ensure the independence and impartiality of the persons involved in making the decision.

The role of the Ability Analysts, Team Leaders, and Appeals Specialists is to undertake fair and accurate claims assessments with the goal of paying all valid claims. Financial self-interest, either the company's or that of the Claims or Appeals staff, must not influence individual claim management.

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You may appeal our decision even if you do not have new information to send to us. You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim. If you do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from the later of receipt of the letter or the end of benefits. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e. xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim. If you would like us to consider information pertaining to your Social Security Disability claim, please provide it to us as soon as possible.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. Should the claim decision be upheld on appeal, you will then have the right to bring a civil action under Section 502(a) of ERISA, and the appeal decision will include notification of the date on which your right to bring a civil action expires under the Policy.

Please send your appeal letter to:

The Hartford
P.O. Box 14087
Lexington, KY 40512-4087
Fax: 855-339-7249

Hartford Life and Accident Insurance Co. has policies and procedures in place to insulate the claims and appeals processes from any financial interest. Claims and appeals administrators are segregated from the financial department and do not have access to its financial information. The compensation of claims and appeals adjudicators has no relation to denial or termination rates, and Hartford Life and Accident Insurance Co. contracts with third-party vendors to engage experts to perform peer reviews of medical evidence and independent medical examinations rather than utilizing Hartford Life and Accident Insurance Co. employees in this capacity.

IMPORTANT NOTICE ABOUT YOUR APPEAL DEADLINE DUE TO COVID-19:
Due to COVID-19, your appeal deadline, as set forth in the attached letter, will be tolled from the period of March 1. 2020 until 60 days after the end of the National Emergency declaration. As of this time, the National Emergency has not ended. This means the days that you have to appeal will not be counted during this period.

Si necesita ayuda con esta carta en español, póngase en contacto conmigo en 800-549-6514.

如果您阅读本信函需要中文普通话协助，请联系我，电话为 800-549-6514。

若您閱讀此信件時需要廣東話協助，請撥打 800-549-6514 聯絡我。

Kung kailangan mo ng tulong sa sulat na ito sa Tagalog, paki contact mo ako sa 800-549-6514.

Díí ak'iashchíníí doo nił beehózingoo nika'adeeswoł. Shí nabo éí 800-549-6514. Shich'į' hwidííl'ní.

As I am the Analyst handling your claim and can best answer your questions, please feel free to directly contact me at 602-333-6164. My normal work hours are 8:00 AM – 4:30 PM PT, Monday through Friday.  Thank you for trusting The Hartford.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000124



**THE HARTFORD**

September 28, 2020

Jennifer E. Mueller, M.D.
4404 Sw Carson St
Portland, OR  972193537


| | |
|---|---|
| Policy Holder: | Northwest Permanente, P.C. |
| Claimant: | Jennifer E. Mueller, M.D. |
| Insured ID: | 9005440032 |
| Policy Number: | GLT767135 |


Dear Dr. Mueller:

We are continuing to review your claim for Long Term Disability (LTD) benefits.  Due to matters beyond our control, we need an extension of time to make a decision.

The Employee Retirement Income Security Act of 1974 (ERISA) allows us 45 days from receipt of a properly filed claim to make a benefit determination.  However, if we are unable to make a decision within that time frame due to matters beyond our control, we may elect to extend that time for up to two 30 day periods.

We need to further review your claim to determine if you are Disabled under the following policy provision(s):

On pages 24-25 of the policy:

"**Disability or Disabled** means You are prevented from performing one or more of the Essential Duties of:
    1) Your Occupation during the Elimination Period; and
    2) Your Occupation following the Elimination Period, and as a result Your Current Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.

If at the end of the Elimination Period, You are prevented from performing one or more of the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total period of 12 months from the original date of Disability, or until such time as Your Current Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

Your Disability must result from:
    1) accidental bodily injury;
    2) sickness;
    3) Mental Illness;
    4) Substance Abuse; or
    5) pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered."

Therefore, as part of our claim review, we have asked an independent peer physician to clarify the medical information in your claim file so that we can determine if you satisfy the policy provision(s) set forth above. Specifically, if the severity of your symptoms prevented you from performing the Essential Duties of Your Occupation.

We currently expect to make our decision by 11/02/2020. If we are still unable at that point to make a decision due to matters beyond our control, we may send you an additional notice of extension.

If you have any questions, please feel free to contact our office at 602-333-6164. Our office hours are 8:00 AM – 4:30 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

September 15, 2020

Dr Laughlin
Family Medicine

Claimant:       Jennifer E. Mueller
DOB:            **REDACTED**
Insured ID:     9005440032
Claim Event ID:  16630803

Dear Dr Laughlin:

We recently had a medical consultant review the medical information and records of your patient named above. While we prefer to also have the medical consultant speak with you directly, we acknowledge that is not always practical as evidenced by Dr Getz's unsuccessful attempts to connect with you by telephone. We are providing you with the medical consultant's report for your review.

We are sending this to you as a courtesy to afford you an opportunity to review the report and provide any comments you would like to share in the space provided below. If you wish to respond, please do so to the confidential fax (877) 853-9664 to avoid any undue mail delay. Please respond by 09/22/2020. If we do not receive a response within five business days, we will make a claim decision based upon the full and sufficient information currently in our file, which includes the medical consultant's assessment of restrictions/limitations supported by the medical evidence. Your signature below, without additional comments, indicates you have reviewed and agree with our medical consultant's assessment.

Provider
Comments:_____
_____
_____
_____
_____

Provider Signature  _____      Date _____

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

Thank you for your time and attention to this matter. If you have any questions, please feel free to contact our office at 1-954-595-5522. Our office hours are 8:00 AM - 6:00 PM ET, Monday through Friday.

Sincerely,

*Paola Choute*

Paola Choute, Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

August 24, 2020

Jennifer E. Mueller, M.D.
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:      Northwest Permanente, P.C.
Claimant:           Jennifer E. Mueller, M.D.
Insured ID:         9005440032
Policy Number:      GLT767135


Dear Dr. Mueller:

We are continuing to review your claim for Long Term Disability (LTD) benefits.  Due to matters beyond our control, we need an extension of time to make a decision.

The Employee Retirement Income Security Act of 1974 (ERISA) allows us 45 days from receipt of a properly filed claim to make a benefit determination.  However, if we are unable to make a decision within that time frame due to matters beyond our control, we may elect to extend that time for up to two 30 day periods.

We need to further review your claim to determine if you are Disabled under the following policy provision(s):

On pages 24-25 of your policy:

> "**Disability or Disabled** means You are prevented from performing one or more of the Essential Duties of:
> 1) Your Occupation during the Elimination Period; and
> 2) Your Occupation following the Elimination Period, and as a result Your Current Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.

> If at the end of the Elimination Period, You are prevented from performing one or more of the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total period of 12 months from the original date of Disability, or until such time as Your Current Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000129

Your Disability must result from:
        1) accidental bodily injury;
        2) sickness;
        3) Mental Illness;
        4) Substance Abuse; or
        5) pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered."

Therefore, as part of our claim review, we have asked our internal clinical staff to clarify the medical information in your claim file so that we can determine if you satisfy the policy provision(s) set forth above. Specifically, if your conditions are preventing you from performing an Essential Duty of your Own Occupation.

We currently expect to make our decision by 10/03/2020. If we are still unable at that point to make a decision due to matters beyond our control, we may send you an additional notice of extension.

If you have any questions, please feel free to contact our office at 602-333-6164. Our office hours are 8:00 AM – 4:30 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000130



**THE HARTFORD**

August 5, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:    Northwest Permanente, P.C.
Claimant:         Jennifer E. Mueller
Insured ID:       9005440032
Policy Number:    GLT767135

Dear Ms. Mueller:

We are still reviewing your claim to determine your eligibility for Long Term Disability (LTD) benefits. This letter is to remind you that we are still awaiting additional information needed for that determination.

In the acknowledgement letter that we sent on 07/22/2020 we advised that we needed the following additional information in order to evaluate your eligiblity for benefits:

- Kaiser Permanente: Medical records from 03/01/2019 to Present;
- Attending Physician's Statement – Initial Report for Mental Health; and,
- Pay statements from 03/01/2018 to Present.

We asked that the information be provided on or before 08/05/2020. So that we could make a decision as quickly as possible, and as a courtesy to you, we also requested this information directly from your employer and physician.

We have not yet received the following:
- Kaiser Permanente: Medical records from 03/05/2020 to Present; and,
- Pay statements from 03/01/2018 to Present.

We need this additional information to decide your claim. If we have not received it by 08/24/2020, we will either make a determination based on the information in your claim file, or we will notify you that additional time is needed due to matters beyond our control.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000131

If you have any questions, please feel free to contact our office at 602-333-6164. Our office hours are 8:00 AM – 4:30 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000132



**THE HARTFORD**

August 4, 2020

Dr. Christopher Tongue

Fax Number:        503-658-3835

Policyholder:      Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
DOB:               **REDACTED**
Insured ID:        9005440032
Claim Event ID:    16630803
Policy No:         GLT767135

Dear Dr. Tongue:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

All medical records for the period from 01/01/2020 to present.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact our office at 1-602-333-6164. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse/PR*

Katelyn Pevehouse, Senior Ability Analyst */PR*
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

## KAISER PERMANENTE.

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 9/232.

### Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**1** PATIENT: Jennifer E. Mueller
NICKNAME / MAIDEN NAME / OTHER:

HEALTH RECORD NUMBER:
7374 5976
DATE OF BIRTH (REDACTED)   TELEPHONE NUMBER:
9/08                          503-217-9161
ADDRESS STREET OR BOX NUMBER:
4404 SW Carson St
CITY:              STATE:   ZIP + 4:
Portland           OR       97219

**2** I authorize Kaiser Permanente to release the following information for: Medical records related
to bike accident 3/18/2019 and resultant post-concussion syndrome

**3** NAME OF PERSON TO RECEIVE INFORMATION:
The Hartford
TITLE (PHYSICIAN, ATTORNEY, ETC.):          PHONE NO.: FAX 866-411-5613
STREET ADDRESS:          CITY:          STATE:   ZIP:
PO Box 14301             Lexington       KY       40512-4301

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;   (2.) Summarize treatment and/or;   3. Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
X  All records
☐  X-ray films (describe): _____
☐  Other (describe): _____
☐  Dental Only:

**6** Media Type:          Delivery Preference:
☐ Electronic     ☐ Email/Secure Portal (Email address: _____ )
☐ Paper          ☐ Pickup  ☐ Mail  ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information        _____ HIV/AIDS information

_____ Mental Health information - including provider notes             _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____          **10** X _7/20/2020_
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE          DATE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY          0004-1756 3/17 Privacy & Security    ©2017 Kaiser Foundation Health Plan of the Northwest

HART 000134



July 22, 2020

Jennifer E. Mueller, M.D.
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller, M.D.
Insured ID:        9005440032
Policy Number:     GLT767135


Dear Dr. Mueller:

Thank you for trusting Hartford Life and Accident Insurance Co. in submitting your claim for Long Term Disability (LTD) Benefits. We received your properly filed claim on 07/20/2020. We understand that waiting can be difficult – please know that we are doing everything we can to make a claim decision as soon as possible. We need some more information, and want to partner with you to get everything we need.

**What do we need?**

From your provider(s):
- Kaiser Permanente: Medical records from 03/01/2019 to Present; and,
- Attending Physician's Statement – Initial Report for Mental Health.

From your employer:
- Pay statements from 03/01/2018 to Present.

You can help us with our review. We are requesting the information needed to make a decision on your claim; however, you can help us by contacting your medical providers and/or employer, and explaining the importance of a swift and thorough response. Please ensure that this information is sent to us by 08/05/2020.

We will make a decision no later than 45 days from 07/20/2020 unless we notify you before then that we need an extension of time due to matters beyond our control.

**What happens now?**

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000135

- **You can access your claim and upload documents online**. For your convenience, you may visit us online at http://www.thehartford.com/mybenefits to check your claim status, claim activity, payment information and access claim forms. You can also upload documents to your claim through this portal.
- **Faxed documents**: can be sent to 866-411-5613. On the fax cover page attention your fax to the insured ID number listed above on this letter.
- **Emailed documents:** you can send all email correspondence and documents to informationupload@thehartford.com . Please make sure to put the insured ID number *in the subject line of your email.*
- **Mailed documents:** can be mailed to the Hartford at PO Box 14302, Lexington, Kentucky 40512-4302 (*please make sure to include a cover page with the insured ID number*)
- **It can sometimes take weeks to obtain everything we need**. We try to review everything as soon as we can once it arrives, but your partnership is very helpful in making sure the wait for information is as short as possible.

It's my goal to provide you with exceptional service while we work together towards a timely decision. You may receive a claim survey by phone or email that will give you the opportunity to comment on the service you receive during the processing of your claim. Your feedback will help us improve the service we provide to you and other customers.

Please contact me at 602-333-6164. My normal work hours are Monday through Friday, 8:00 AM – 4:30 PM PST. Feel free to contact me directly via email or phone with any questions you may have.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosure

Attending_Physicians_Statement_-_Initial_Report_for_Mental_Healt
h_LC-7592
**COURTESY_RETURN_ENVELOPE

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000136



**THE HARTFORD**

January 28, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Ms. Mueller:

We are writing to you regarding potential Long Term Disability (LTD) benefits.

As you are aware, your Short-Term Disability (STD) benefits are currently approved through 08/11/2019.  If benefits are to continue beyond 08/11/2019, or if you have any questions relating to your STD claim, please contact your STD Ability Specialist Chryse Hausenfluck at 1-800-549-6514 Ext 2303794.

If it appears that your disability will extend beyond 09/15/2019 (the maximum duration of short term disability benefits) and you wish to pursue LTD benefits, the following forms must be completed by you and returned to our office:

- Long Term Disability Income Benefits Questionnaire & Authorization to Obtain and Release Information;
- Retirement/Pension Questionnaire;

Please have your treating physician complete and return the following:

- An Attending Physician's Statement (APS)*, completed in full by your current treating physician and based upon a recent examination;
- A copy of your last office visit note from the physician that completes the APS;

It is important that you return the requested documentation as soon as possible to avoid a delay in processing your claim. Receipt of short term disability benefits does not necessarily mean you will be eligible to receive LTD benefits.  We may need to request information from your employer and/or medical records from your healthcare providers (i.e. physicians, therapists, hospitals).  We will notify you, upon receipt and review of your LTD application, of any additional information we are requesting from your Employer and/or health care providers so you can encourage a response from them.   *If you return to work full-time, or if your disability does not extend beyond 09/15/2019 (end of Short Term Disability), the forms are not necessary.*

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000137

Benefits provided through the LTD policy will be reduced by Other Income Benefits to which you and your dependents may be entitled, including, but not limited to, Social Security Disability and/or Retirement / Pension, Workers Compensation, etc. Please read your benefit booklet for complete details regarding Other Income Benefits.

The Hartford has once again made it easier than ever before to stay informed and review the status of your claim 24/7 with our real time website: www.mybenefits.thehartford.com. Here you are able to view status of your claim, check the status of a claim payment, track new documentation received and track phone calls, as well as view explanation of your benefits. It is a simple, safe and secure way to stay informed anytime, anywhere.

It is our goal to provide you with exceptional service. You may receive a claim survey by phone or email that will give you the opportunity to comment on the service you received during the processing of your claim. Your feedback will help us improve the service we provide to you and other customers. Please contact us if you have any questions or concerns regarding any aspect of your claim. Thank you for trusting The Hartford.

If you have any questions, please feel free to contact our office at 800-549-6514, x2305527. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Colin Parrington*

Colin Parrington
Hartford Life and Accident Insurance Co.

Enclosure

Long_Term_Disability_Income_Benefits_Questionnaire_LC-7117_FI
Retirement_Pension_Questionnaire_Form_FI_-_LC_-7443
Attending_Physicians_Statement_-_Initial_Report_LC-7135
**COURTESY_RETURN_ENVELOPE

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613



**THE HARTFORD**

October 4, 2019

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135
RE:                Long Term Disability

Dear Ms. Mueller:

On 09/20/19 we sent you a letter with an LTD application (Long Term Disability Income Benefit Questionnaire) that has not been returned. If you intend to pursue a claim for Long Term Disability benefits, you must complete and return that form.

We still need you to return the Attending Physician Statement-Initial Report, LTD Questionnaire, and Pension Questionnaire to us.

Please send us this information within the next fourteen (14) days.

If you have any questions, please feel free to contact our office at 800-549-6514, x2305527. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Colin Parrington/NS*

Colin Parrington*/NS*
Hartford Life and Accident Insurance Co.

Enclosure

Long_Term_Disability_Income_Benefits_Questionnaire_LC-7117_FI
Retirement_Pension_Questionnaire_Form_FI_-_LC_-7443
Attending_Physicians_Statement_-_Initial_Report_LC-7135

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000139



**THE HARTFORD**

September 20, 2019

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:      Northwest Permanente, P.C.
Claimant:           Jennifer E. Mueller
Insured ID:         9005440032
Policy Number:      GLT767135


Dear Ms. Mueller:

We are writing to you regarding potential Long Term Disability (LTD) benefits.

As you are aware, your Short-Term Disability (STD) benefits are currently approved through 08/11/2019.  If benefits are to continue beyond 08/11/2019, or if you have any questions relating to your STD claim, please contact your STD Ability Specialist Chryse Hausenfluck at 1-800-549-6514 Ext 2303794.

If it appears that your disability will extend beyond 09/15/2019 (the maximum duration of short term disability benefits) and you wish to pursue LTD benefits, the following forms must be completed by you and returned to our office:

- Long Term Disability Income Benefits Questionnaire & Authorization to Obtain and Release Information;
- Retirement/Pension Questionnaire;

Please have your treating physician complete and return the following:

- An Attending Physician's Statement (APS)*, completed in full by your current treating physician and based upon a recent examination;
- A copy of your last office visit note from the physician that completes the APS;

It is important that you return the requested documentation as soon as possible to avoid a delay in processing your claim. Receipt of short term disability benefits does not necessarily mean you will be eligible to receive LTD benefits.  We may need to request information from your employer and/or medical records from your healthcare providers (i.e. physicians, therapists, hospitals).  We will notify you, upon receipt and review of your LTD application, of any additional information we are requesting from your Employer and/or health care providers so you can encourage a response from them.   *If you return to work full-time, or if your disability does not extend beyond 09/15/2019 (end of Short Term Disability), the forms are not necessary.*

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000140

Benefits provided through the LTD policy will be reduced by Other Income Benefits to which you and your dependents may be entitled, including, but not limited to, Social Security Disability and/or Retirement / Pension, Workers Compensation, etc. Please read your benefit booklet for complete details regarding Other Income Benefits.

The Hartford has once again made it easier than ever before to stay informed and review the status of your claim 24/7 with our real time website: www.mybenefits.thehartford.com. Here you are able to view status of your claim, check the status of a claim payment, track new documentation received and track phone calls, as well as view explanation of your benefits. It is a simple, safe and secure way to stay informed anytime, anywhere.

It is our goal to provide you with exceptional service. You may receive a claim survey by phone or email that will give you the opportunity to comment on the service you received during the processing of your claim. Your feedback will help us improve the service we provide to you and other customers. Please contact us if you have any questions or concerns regarding any aspect of your claim. Thank you for trusting The Hartford.

If you have any questions, please feel free to contact our office at 800-549-6514, x2305527. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Colin Parrington*

Colin Parrington
Hartford Life and Accident Insurance Co.

Enclosure

Long_Term_Disability_Income_Benefits_Questionnaire_LC-7117_FI
Retirement_Pension_Questionnaire_Form_FI_-_LC_-7443
Attending_Physicians_Statement_-_Initial_Report_LC-7135
**COURTESY_RETURN_ENVELOPE

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

# Certification of Claim File Copy Form

## Release of Information Certification Form

Claimant Name:  <u>Jennifer E Mueller</u>
Insured ID:  <u>9005440032</u>

An external party has requested a copy of this claim file.  After review of the claim file, the following items were identified that cannot be released or must be redacted prior to release (**check all that apply**):

☐    Internal documents marked as "Privileged & Confidential: Attorney-Client Communication"

☐    Internal documents that appear to contain Law Department advice but are not clearly marked and may be subject to attorney-client privilege.  Law Department was consulted and confirmed information should not be released as of this date.

☐    Claimant's Private Information

☐    Medical records labeled "Do Not Re-release";

☒    Private information of individuals other than the claimant;

☐    CIU material identified as "Not To Be Used in Claim Adjudication" (Law Department and CIU must be consulted)

The identified documents were either not released or redacted appropriately before being released.  The party requesting the information will be so notified.

If the claim file copy can be released in its entirety without redactions or restrictions, please check here:

☐    No information was identified that cannot be re-released.

I certify this claim file copy does not contain information that should not be re-released.

<u>Shallu Kakkar</u>
Electronic Signature of Release of Information Specialist

<u>1/14/2022</u>
Date

** This certification form must be uploaded to the claim in SIR along with a cover page noting "**Confidential - Do Not Release.**"  The certification form should not be released for any reason without Law Department approval.

**Redacted Document PCNs:**
N/A

CAUTION:  This email originated from outside the organization.  Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Please see attached letter. Thanks.
Jennifer Mueller

*************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

Subject: [External] - FW: Records request - MUELLER Policy GLT767135
9005440032 (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>


This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.


9005440032


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: Jennifer Mueller <madamezola@gmail.com>
Sent: Friday, January 07, 2022 3:22 PM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Records request - MUELLER Policy GLT767135

Dr. Jennifer Mueller
4404 SW Carson St
Portland, OR 97219

January 6, 2022

The Hartford
P.O. Box 14087
Lexington, KY 40512

      Re:   Dr. Jennifer Mueller
             Insured ID: 9005440032
             Policy Number: GLT767135

To Whom It May Concern:

I am writing to ask that you send me all information relevant to my claim for benefits as offered in your letter dated 9/24/2021. Please send me all the medical records reviewed, any notes or reports that were written, and all letters and all other information and documents The Hartford had or wrote to make its decision. You may send this to me at the address above. Thank you.

Sincerely,

Jennifer Mueller, MD

Fax: 866-411-5613

Dr. Jennifer Mueller
4404 SW Carson St
Portland, OR 97219


January 6, 2022


The Hartford
P.O. Box 14087
Lexington, KY 40512


Re:    Dr. Jennifer Mueller
       Insured ID: 9005440032
       Policy Number: GLT767135


To Whom it May Concern:

I am writing to ask that you send me all information relevant to my claim for benefits as offered in your letter dated 9/24/2021. Please send me all the medical records reviewed, any notes or reports that were written, and all letters and all other information and documents The Hartford had or wrote to make its decision. You may send this to me at the address above. Thank you.


Sincerely,



Jennifer Mueller, MD

HART 000146

Subject: [External] - 9005440032 (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload   (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

9005440032

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


*****************************************************************************
**************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

************************************************************************
*****************************

************************************************************************
*****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

************************************************************************
*****************************



**ECN**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

*Exam Coordinators Network*    A division of Genex Services, LLC        E-mail: info@ecnmc.com    Web: www.ecnmc.com

| **Invoice:** | **ECN 93209** | **Date** | **8/30/2021** |
|---|---|---|---|

**Bill To:**

**Edward Ebeling**
**Hartford- Simsbury Appeals**
**One Hartford Plaza**
**Hartford, CT  06155**

| | |
|---|---|
| **Claim #** | 9005440032 |
| **Date of Loss:** | 3/17/2019 |
| **ECN #** | 184513-2 |
| **Account #** | |

---

| **Claimant** | Jennifer Mueller |
|---|---|

---

| 8/18/2021 | Co-Morbid Panel Peer Review - Long Term Disability: Service - 3.5hrs @ $225/hr<br>Provider: Gabriel A Jasso, PsyD<br>Specialty: NeuroPsychology | $787.50 |
|---|---|---|

| | **SubTotal** | $787.50 |
|---|---|---|

| | **Final Invoice Total** | $787.50 |
|---|---|---|

---

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #: **REDACTED**

# FAX

**TO**  **Edward G. Ebeling**

| **COMPANY** | **The Hartford** | **DEPARTMENT** |
|---|---|---|

**FAX**   18664115613

**FROM**  **Alaina/Lydia**

| **COMPANY** | **Brain Rehab Network** | **DEPARTMENT** |
|---|---|---|

**TEL**   5039419869            **FAX**   5033525555

**MESSAGE**

**Here are the remaining records for Jennifer Mueller. Fax 2 of 2. Let us know if you need anything else.**

**Thank you!**
**Alaina**

HART 000150



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

### Outcome Measures (Concussion)

**Mayo-Portland Adaptability Index (MPAI-4):**

Inventory completed via professional consensus. Standard scores are based on a reference sample of individuals with acquired brain injury receiving outpatient, community-based or residential rehabilitation. Standard scores between 40-60 are considered average or typical of people involved in outpatient, community-based or residential rehabilitation.

| MPAI-4 Subscale | At Evaluation (6/22/2021) | At Discharge (9/27/2021) |
|---|---|---|
| Abilities | Raw Score (range 0-47): 19 | Raw Score (range 0-47): 10 |
| | Standard Score: 50 (Moderate to Severe level of impairment) | Standard Score: 40 (Mild to Moderate level of impairment) |
| Adjustment | Raw Score (range 0-46): 22 | Raw Score (range 0-46): 18 |
| | Standard Score: 52 (Moderate to Severe level of impairment) | Standard Score: 48 (Mild to Moderate level of impairment) |
| Participation | Raw Score (range 0-30): 13 | Raw Score (range 0-30): 6 |
| | Standard Score: 42 (Mild to Moderate level of impairment) | Standard Score: 34 (Mild level of impairment) |
| Total Score | Raw Score (range 0-111): 46 | Raw Score (range 0-111): 29 |
| | Standard Score: 47 (Mild to Moderate level of impairment) | Standard Score: 38 (Mild level of impairment) |

Mayo-Portland Adaptability Inventory (MPAI-4)

| Very Severe Limitations | Severe Limitations | Moderate to Severe Limitations | Mild to Moderate Limitations | Mild Limitations | Good Outcomes |
|---|---|---|---|---|---|

T Scores   <70   60   50   40   30<

Mayo-Portland Adaptability Inventory (MPAI-4)

| Very Severe Limitations | Severe Limitations | Moderate to Severe Limitations | Mild to Moderate Limitations | Mild Limitations | Good Outcomes |
|---|---|---|---|---|---|

T Scores   <70   60   50   40   30<

HART 000151



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

**The Rivermead Post-Concussion Symptoms Questionnaire (RPQ):**

Self-reported outcome measure consisting of 16 questions measuring cognitive, physical, and behavioral domains. The RPQ is scored as two distinct scales: RPQ-3 and RPQ-13. The RPQ-3 primarily assesses physical symptoms including headaches, dizziness, and nausea/vomiting while the RPQ-13 primarily assesses psychological symptoms including fatigue, mood symptoms, sensory sensitivity, and changes with cognition.

| | At Evaluation (6/22/21) | At Discharge (9/27/2021) |
|---|---|---|
| RPQ-3 | Raw score (range 0-12): 8<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-3)<br>Predominately physical symptoms<br><br>12 11 10 9 8 7 \| 6   5   4 \| 3   2   1   0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms | Raw score (range 0-12):  8<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-3)<br>Predominately physical symptoms<br><br>12 11 10 9 8 7 \| 6   5   4 \| 3   2   1   0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms |
| RPQ-13 | Raw score (range 0-52): 34<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-13)<br>Predominately psychological symptoms<br><br>52    -    27 \| 26  -   14 \| 13   -    0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms | Raw score (range 0-52): 25<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-13)<br>Predominately psychological symptoms<br><br>52    -    27 \| 26  -   14 \| 13   -    0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms |

HART 000152

# FAX

**TO** **Edward G. Ebeling**

| COMPANY | The Hartford | DEPARTMENT |
| --- | --- | --- |

**FAX** 18664115613

**FROM** **Alaina/Lydia**

| COMPANY | Brain Rehab Network | DEPARTMENT |
| --- | --- | --- |

**TEL** 5039419869          **FAX** 5033525555

**MESSAGE**

**Here are the remaining records for Jennifer Mueller. Fax 1 of 2. Let us know if you need anything else.**

**Thank you!**
**Alaina**

HART 000153



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## Comprehensive Discharge Report

Date of Discharge:  September 27, 2021

**Discharge Recommendations:**
HEP practice as prescribed for progressive strengthening and conditioning, integration of vestibular habituation practice within the next 1-3 weeks (provided to client in written and pictorial handouts) and implementation of driving progression with use of driving log in the next 4-6 weeks.

Dr. Mueller will also benefit from three 1-hour follow-up psychotherapy sessions to be conducted over next 2 months (to provide support for ongoing implementation of recommended strategies and to provide emotional support).  These treatments to be provided virtually (initial follow up scheduled Wed 10/13/21 10-11am).  She may also benefit from family or marital therapy to address family dynamic and communication issues. This treatment is recommended to be completed via EAP mental health services provided by employer.

## Clinical Summaries

Physical Therapy:  Dr. Mueller demonstrated excellent progress in physical therapy. She has implemented exercise principles and progression, vestibular habituation and adaptation, and symptom management strategies.  She has, as a result, seen progress in all goal areas and has met her short and long term physical therapy goals.  Dr. Mueller, while not yet symptom free, has experienced a decline in symptoms that allows for improved daily function, improved quality of life, and a more positive outlook.  Through PCS bootcamp education, she also possesses the tools and knowledge required to keep making progress independently.

Occupational Therapy: Ms. Mueller participated fully in her rehabilitation program. During her program she demonstrated gains in the following areas: increased participation in home and community activities, implementation of daily routines and compensatory strategies to improve performance, and improved activity tolerance. She continues to demonstrate difficulty in the following areas: consistency with compensatory strategy use. Ms. Mueller has demonstrated good follow through on all recommendations provided. Discussed trajectory of gradually implementing these habits into her daily routine, which will gradually improve performance in daily tasks and allow more bandwidth for other activities. She is now equipped with the tools and strategies needed to continue to progress. Education has been provided to support continued goal attainment and engagement in daily activities. No further OT services are recommended at this time.

Speech Therapy:  Dr. Mueller has participated fully in her BRN Post-Concussion Bootcamp program. She continues to be receptive to education and has demonstrated the ability to identify and implement compensatory strategies to improve cognitive endurance, organization, and efficient task completion. She will continue to benefit from use of learned strategies to facilitate continued goal progression and to optimize performance in both home and workplace environments.



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

**Psychology:**

Dr. Mueller participated fully in her rehabilitation program. During her program she demonstrated gains in the following areas: utilization of healthy coping strategies, delegation of household responsibilities, improved sleep quality and quantity, improved mood (i.e., reduced irritability, reduced feelings of overwhelm), identification and utilization of restorative activities, and increased physical activity.  She continues to demonstrate difficulty in the following areas: reduced work hours and capacity, challenging family dynamics.  Education has been provided to support continued goal attainment and engagement in daily activities.

## Therapeutic Treatment Staff

| | |
|---|---|
| Ruth L. Holloran, PT, DPT, NCS<br>Date electronically signed: 9/27/2021 | Alaina Osborn, MOT, OTR/L<br>Date electronically signed: 10/4/2021 |
| Jenna Yots, MS, CCC-SLP<br>Date electronically signed: 10/4/2021 | Psych<br>Date electronically signed:  9/30/2021 |
| Jennifer Cann, MD<br>Date electronically signed: 10/1/21 | Andrew Ellis, PhD (Chief Rehab Officer – Residential)<br>Date electronically signed:  10/04/2021 |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

# Physical Therapy Discharge

| Strengths: | Returned to daily active lifestyle, independent with home exercise program, functional balance in home and community, intact functional range of motion and strength, independent use of strategies to manage symptoms of HA, nausea, dizziness. |
|---|---|
| Limitations: | Residual symptoms of HA, nausea, dizziness related to visual and motion sensory input, high level balance skills impacted by vestibular inefficiencies, not yet returned to riding bicycle, symptom-limited driving. |

| | GOALS | Status 9/27/21 |
|---|---|---|
| Client Goals | 30-minute walk without an increase in symptoms | Goal achieved |
| | Play the video game Just Dance 2021 with her child | Goal achieved |
| | Walk to the dog park without an increase in symptoms | Goal achieved |
| | Return to riding a bike and go around the Crater Lake when the roads are closed. | Goal not addressed – client elects to postpone bike training until spring/summer 2022. |
| Long Term Goal | 1. Dr. Mueller will tolerate a 30 minute walk in a moderately stimulating environment with < 2 point increase in symptoms. | Goal achieved |
| Short Term Goal | 1. Dr. Mueller will participate in 15 minute of cardiovascular exercise in a | Goal achieved |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Torka R. Koutzeva-Dussel, MD

|  |  |  |
|---|---|---|
|  | low stimulation environment with <3 point increase in symptoms |  |
| Short Term Goal | 1. Dr. Mueller will be independently perform HEP with the use of a hand out to work toward return to her previous exercise routine. | Goal achieved |
| Long Term Goal | 2. Dr. Mueller will report a 9% reduction on the dizziness subset of the VRBQ indicating a reduction in symptoms. | Goal achieved.  10% reduction from 61.1 to 50.04%. |
| Short Term Goal | 2.  Dr. Mueller will be independent in 2-3 techniques to reduce symptoms of dizziness. | Goal achieved; using grounding, pacing & task variation. |
| Long Term Goal | 3. Dr. Mueller will report an 8 point reduction on the HDI indicating a reduction in headache. | Goal not achieved* per outcome measure.<br><br>*Though not reflected in HDI, client reports subjective decrease in HA during episode of care. |
| Short Term Goal | 3. Dr. Mueller will be independent with 2-3 pain management strategies to reduce headache symptoms in order to increase activity tolerance in the community and work. | Goal achieved; using exercise, grounding, pacing & task variation. |

## Assessment and Plan

Through this episode of care, Dr. Mueller demonstrated excellent implementation of exercise principles and progression, vestibular habituation and adaptation, and symptom management strategies.  She has, as a result, seen progress in all goal areas and has met her short and long term physical therapy goals.  Dr. Mueller, while not yet symptom free, has experienced a decline in symptoms that allows for improved daily function, improved quality of life, and a more positive outlook.  Through PCS bootcamp education, she also possesses the tools and



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

knowledge required to keep making progress independently. Discharge recommendations include continued HEP practice as prescribed for progressive strengthening and conditioning, integration of vestibular habituation practice within the next 1-3 weeks (provided to client in written and pictorial handouts) and implementation of driving progression with use of driving log in the next 4-6 weeks in order to begin working toward her long-term goal of tolerating driving in all conditions.

(electronically signed)

Ruth L. Holloran, PT, DPT, NCS

Date signed: 9/27/21

Date of discharge: 9/27/21

Time of session: 09:30-11:30

Codes with minutes: 97530 (90 min), 97110 (30 min)



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

# OCCUPATIONAL THERAPY DISCHARGE

| Strengths: | Motivated for recovery, pleasant and cooperative, highly intellectual at baseline, active prior to injury, good family support, good follow through with recommendations. | |
|---|---|---|
| Limitations: | Fatigue, sensory sensitivities, self-limited driving, working modified schedule. | |
| **GOALS** | | |
| Client Goals: | At evaluation: "I haven't even thought about the future because prior to the accident, I was planning to do a 100-mile bike ride. I'm afraid to make goals. I haven't had a focused effort on where I can get to. If there's something I can do that lets me mow my own lawn or exercise, that would be great. If I can't do that, I can be ok with that, but I need some guidelines and somebody to help set the boundaries." | |
| Long Term Goal(s): | 1. Ms. Mueller will independently demonstrate adherence to daily routines for improved participation in meaningful activities. | 1. Met |
| | 2. Ms. Mueller will report engagement in 2-3 routine IADL tasks independently each week, utilizing strategies as needed to support performance. | 2. Met |
| Short Term Goals: | 1. Ms. Mueller will report and demonstrate understanding of 2-3 pacing strategies for energy management to promote increased engagement in home and work roles. | 1. Met |
| **OCCUPATIONAL HISTORY** | | |
| | At evaluation: | At discharge: |

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD



| ADLs: | ☒Independent<br>☐Needs Assistance<br>　　☐Grooming<br>　　☐Bathing<br>　　☐Toileting<br>　　☐Feeding<br>　　☐Transfers<br>Comments: | ☒Independent<br>☐Needs Assistance<br>　　☐Grooming<br>　　☐Bathing<br>　　☐Toileting<br>　　☐Feeding<br>　　☐Transfers<br>Comments: |
|---|---|---|
| IADLs: | ☐Independent<br>☒Needs Assistance<br>　　☒Cooking<br>　　☐Cleaning<br>　　☐Money Mgt.<br>　　☒Transportation<br>　　☐Med Mgt.<br>　　☒Shopping<br>　　☐Laundry<br>Comments: Ms. Mueller rarely participates in meal prep, only on the weekends, depending on how she is feeling. She reported difficulty with overstimulating environments and dual tasking when performing home management tasks. Since the accident, she has not performed any errands and self-limits her driving, avoiding highways noting overstimulation and decreased confidence. Ms. Mueller manages their finances using a budgeting software. Since the accident, everything is on autopay, and she has performed the bare minimum. She would like to get back into budgeting. She reported she is independent with medication management using a pill box for once a day in the morning. Her | ☒Independent<br>☐Needs Assistance<br>　　☐Cooking<br>　　☐Cleaning<br>　　☐Money Mgt.<br>　　☐Transportation<br>　　☐Med Mgt.<br>　　☐Shopping<br>　　☐Laundry<br>Comments: Ms. Mueller reported she has increased her participation in home management tasks. She is also in the process of implementing a chore chart to better delegate tasks to her family for shared responsibility. She continues to self-limit her driving and often gets rides to/from work d/t logistics of being a single car family. She still has goals of increasing the complexity of her budgeting. |



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

|  |  |  |
|---|---|---|
|  | husband has taken over yard work with her providing instruction d/t increased symptoms with this activity. |  |
| Work/School/Volunteer: | Initially after her injury, she was off work for 2 months. When she went back, she worked 4 hours/day, 8 patients. She felt this was a manageable schedule but felt pressured to increase her productivity 1 year post accident. Ms. Mueller currently works 5 hours/day 5 days/week, though she typically works longer than 5 hours to get tasks done. One hour of each day is virtual, 3 phone calls. The other 4 hours, she sees 10 patients in person and finds she is usually running an hour behind schedule. She reported difficulty with dual tasking and returning to task after interruptions. She reported taking longer to come to decisions and developing treatment plans, often messaging patients the following day, which increases her workload as the week progresses. | Ms. Mueller is working her same modified schedule. She has implemented pacing strategies to improve her energy level during and after work. |
| Leisure: | Currently, Ms. Mueller reported she can typically do one thing in the evening: knit, watch TV, short slow walks (1 mile). She wears glasses and requires good lighting for crafts, which was not the case previously. | Ms. Mueller has gradually increased her participation in meaningful activities including, exercising, sewing, working with her dolls, etc. |
| ASSESSMENT AND PLAN | | |



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

Ms. Mueller participated fully in her rehabilitation program. During her program she demonstrated gains in the following areas: increased participation in home and community activities, implementation of daily routines and compensatory strategies to improve performance, and improved activity tolerance. She continues to demonstrate difficulty in the following areas: consistency with compensatory strategy use. Ms. Mueller has demonstrated good follow through on all recommendations provided. Discussed trajectory of gradually implementing these habits into her daily routine, which will gradually improve performance in daily tasks and allow more bandwidth for other activities. She is now equipped with the tools and strategies needed to continue to progress. Education has been provided to support continued goal attainment and engagement in daily activities. No further OT services are recommended at this time.

Name: Alaina Osborn, MOT, OTR/L

Signature: *Alaina Os*  MOT, OTR/L        (Electronically signed)

Date signed: 10/4/2021

Date of discharge: 9/27/2021

Time of session: N/A

Codes with minutes: N/A

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD



# SPEECH-LANGUAGE PATHOLOGY DISCHARGE

| GOALS | | |
|---|---|---|
| Client Goals: | Improve cognitive performance in workplace environment | |
| Long Term Goal(s): | 1. Dr. Mueller will demonstrate adequate endurance for functional demands and employ compensatory strategies independently to mitigate cognitive fatigue. | Goal met |
| | 2. Dr. Mueller will demonstrate adequate awareness and self-monitoring skills for functional demands and employ compensatory strategies to promote attention to task, task planning, and completion. | Goal met |
| Short Term Goals: | 1. Dr. Mueller will independently describe hierarchy of cognitive skills, 2-3 confounding factors, and 2-3 compensatory strategies over two treatment sessions. | Goal met. Dr. Mueller has demonstrated good awareness regarding impact of confounding factors on cognition and performance and is independently implementing strategies in workplace environment. |
| | 2. Dr. Mueller will implement organizational | Goal met. Dr. Mueller has demonstrated the ability to identify and implement |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

strategies to promote accuracy and efficiency during functional treatment activities (i.e., work simulation) with min cues.

strategies to improve workflow and efficiency.

### ASSESSMENT AND PLAN

Dr. Mueller has participated fully in her BRN Post-Concussion Bootcamp program. She continues to be receptive to education and has demonstrated the ability to identify and implement compensatory strategies to improve cognitive endurance, organization, and efficient task completion. She will continue to benefit from use of learned strategies to facilitate continued goal progression and to optimize performance in both home and workplace environments.

No additional SLP services are indicated. Plan for discharge from BRN Post-Concussion Bootcamp program.

Name: Jenna Yots, MS, CCC-SLP

Signature: _Jenna Yots, MS, CCC-SLP_          (Electronically signed)

Date signed: 10/04/2021

Date of discharge: 09/30/2021

Time of session: N/A

Codes with minutes: N/A



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

**PHYSICAL THERAPY DAILY PROGRESS NOTES**

8/30/21
13:30-15:30

| CPT | Description | Minutes | Units |
|-----|------------|---------|-------|
| 97112 | Neuromuscular Re-Training | 15' | |
| 97530 | Therapeutic Activities | 15' | 4 |
| 97110 | PT Therapy Exercise | 15' | 4 |
| 97116 | Gait Training | 15' | |
| 97014 | PT Manual Therapy | 15' | |
| 97150 | PT Group Therapy | U | |
| Other | | | |

S: Client reports that since evaluation in June, she has made some effort to follow initial recommendations including 3x/week aerobic walks. " I've had variable results" she reports. Describes difficulty knowing when to schedule walks, challenges with determining intensity (with minimal HR elevation during walks). She also reports some walks where she has displayed more moderate exertion in intervals have resulted in long post-exercise symptom exacerbation; "after 1 more challenging walk, I had a 2 day headache."  "I think I have a lot more vestibular things than I realized." States she has been noticing more dizziness with eye movements (describes saccades), difficulty processing peripheral motion with both driving or riding as passenger. Reiterates history of motion sickness but says this is much worse than her usual symptoms.

O:  Review of client and PT goals.

| GOALS | |
|-------|--|
| Client Goals | 30-minute walk without an increase in symptoms<br>Play the video game Just Dance 2021 with her child<br>Walk to the dog park without an increase in symptoms<br>Return to riding a bike and go around the Crater Lake when the roads are closed. |
| Long Term Goal | 1. Dr. Mueller will tolerate a 30 minute walk in a moderately stimulating environment with < 2 point increase in symptoms. |
| Short Term Goal | 1. Dr. Mueller will participate in 15 minute of cardiovascular exercise in a low stimulation environment with <3 point increase in symptoms |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

| Short Term Goal | 1. Dr. Mueller will be independently perform HEP with the use of a hand out to work toward return to her previous exercise routine. |
| Long Term Goal | 2. Dr. Mueller will report a 9% reduction on the dizziness subset of the VRBQ indicating a reduction in symptoms. |
| Short Term Goal | 2.  Dr. Mueller will be independent in 2-3 techniques to reduce symptoms of dizziness. |
| Long Term Goal | 3. Dr. Mueller will report an 8 point reduction on the HDI indicating a reduction in headache. |
| Short Term Goal | 3. Dr. Mueller will be independent with 2-3 pain management strategies to reduce headache symptoms in order to increase activity tolerance in the community and work. |

<u>Ther. Ex.</u> For introduction to exercise education in Post Concussion Workbook including benefits of exercise post-concussion, use of exercise to break the symptom cycle, effects of exercises on CNS physiology.

Instucted in Aerobic Exercise Prescription with use of HO in workbook to generate age predicted HRmax and stage 1-7 exercise intensities (50-80% HR max respectively) to determine her specific, appropriate aerobic exercise HR target.

With use of stage 3-5 (60-70% HR max), created FITT (Frequency, Intensity, Time, and Type) exercise plan for walking.  Applied paramenters to outdoor walk in mild-moderately stimulating environment.  Utilized fast walk/slow walk intervals to manage symptoms that arose and 2 point symptom increase monitoring to determine length of fast walk intervals.  Completed ~30 min/2mi. walk in this fashion as outlined below:

- 6' brisk walk with 2 point dizziness increase, 2 point HA increase, onset of nausea
- 6' slow walk with complete return to baseline
- 6' brisk walk with <2 point symptom increase, no return of HA or nausea
- 6' slow walk to return to baseline
- 6' brisk walk with no symptom exacerbation
- 6' slow cool-down walk with reports of overall symptoms lower than at baseline.

HR range from 102-129 with 90% of her time spent in stage 3-5 HR range.

Ther. Act:

Provided instruction in use of fixed visual focal point in distance to decrease vestibular/visual load (as opposed to downward gaze).

Assisted in recording FITT plan in client's personal planner and provided education on appropriate independent progression of exercise over next 2 weeks.

Verbal application of FITT to "Just Dance" workout and use of worksheet to record trial plan (1-2x in 2 weeks).  Suggested with similar intervals as above (50/50 active/rest) and initial trial of 10 min.



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

Instructed in sensory organization exercises she can perform using foam pad she owns including standing balance with head turns and gaze changes to begin visual/vestibular habituation and adaptation.  Recorded exercises in client's planner

A/P:  Client motivated, receptive to all education provided, and verbalized understanding of content + took notes effectively to support memory and organization.  Expressed both significant relief and hope given her ability to participate in walking exercise today using progression and symptom management techniques novel to her.  As noted above, tolerated exercise very well with an overall decrease in her symptoms following activity.  Able to collaborate in generating a plan for activity participation over next 2 weeks.  Skilled PT indicated for progression of this activity plan in addition to instruction in more specific vestibular habituation including PPPD motion desensitization.

*R̶̶̶̶̶ ̶H̶o̶l̶l̶o̶r̶a̶n̶,̶ ̶PT, DPT, NCS*

(electronically signed)
Ruth L. Holloran, PT, DPT, NCS



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Torka R. Koutzeva-Dussel, MD

9/13/21
10:30-11:30

| CPT | Description | Minutes | Units |
|-----|-------------|---------|-------|
| 97112 | Neuromuscular Re-Training | 15' | |
| 97530 | Therapeutic Activities | 15' | 4 |
| 97110 | PT Therapy Exercise | 15' | |
| 97116 | Gait Training | 15' | |
| 97014 | PT Manual Therapy | 15' | |
| 97150 | PT Group Therapy | U | |
| Other | | | |

S:  "I medium did my assignments" "I did a bunch of coffee walks and I did one interval walk last Thursday."  Also reports some gentle yoga practice and some yardwork.  Utilized interval timer for walk to track times and was more in tune to how head felt.  I think I'm back to the normal "human dilemma" of just fitting it in now that I know exercise doesn't have to make me feel worse.  Client motivated and agreeable to addressing vestibular impairments today.

O: Ther. Act. For education in Persistent Postural Perceptual Dizziness (PPPD) including pathophysiology, diagnostic criteria, and vestibular habituation program elements.  Utilized 5min. Educational video in addition to elements from Susan Herdman text to support definition. Use of pie-chart subjective diagramming to assist client in identifying those components of her lift that contribute to her persistent dizziness to varying degrees.  Following identification, discussed both visual and motion triggers/challenges and assisted in appropriately selecting activities to practice in doses in order to begin habituation.  Some of her top identified triggers were as follows:

- Visual sensitivities:  reading, car, grocery shopping, sunglasses/tinted glasses, frisbee, walking and looking at phone.
- Motion sensitivities:  riding/driving in a car, yard work (bending/twisting/turning), knit and watch TV, video games/movies.

Client identified riding/driving car and yard work as primary barriers and where she initially wanted to focus efforts.  Instructed in use of 2 point symptom monitoring to create baseline for yard work as she did for walking program and client verbalized understanding.  Instructed in progression to include adding 2-5 min. once she had successfully performed baseline at least 2x with no symptom increase.



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

Discussed separation of motion vs. visual sensitivity for driving.  PT to provide with visual habituation to start due to client's limited driving exposure (via email link).  Also instructed client to continue plan to practice "Just Dance" videos with son using intervals of active vs. seated (watching only) for pacing/ramped dosing.

Client identified third factor in pie chart as psychosocial (life stressors, environmental, schedule etc.) and assigned this 50% of her pie.  As such, finished session by pulling psychologist in room to discuss ways in which client might want to explore this further in their sessions in order to impact her symptoms from a different angle.

A:  Given her history of medical event (concussion) accompanied by acute vestibular crisis (BPPV), followed by resolution of acute symptoms, absence of positive findings on her vestibular assessment (see 6/22 evaluation) and her level of sensitivity to motion, visual demand, and postural change as described in her first 2 sessions, the client's condition fits the definition of PPPD.  Given this, she will benefit from the combination of CBT and vestibular habituation that has shown to be successful in treating PPPD.  Expected time to rehab likely longer due to chronicity of symptoms.  Client demonstrated good response to initial prescription for increased activity and will be working with other therapies as well on strategies to more readily implement this in her day.  Client verbalizes understanding in progression for both physical activity and vestibular habituation.

P:  Follow-up on visual and motion habituation trials and assist with progression or scaling prn.  Provide comprehensive HEP to address client's fitness goals.  HA management strategies and cervical proprioceptive training.

_Ruth L. Holloran, PT, DPT, NCS_

(electronically signed)
Ruth L. Holloran, PT, DPT, NCS



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tefka R. Koutzeva-Dussel, MD

9/20/21
08:30-10:30

| CPT | Description | Minutes | Units |
|-----|-------------|---------|-------|
| 97112 | Neuromuscular Re-Training | 15' | |
| 97530 | Therapeutic Activities | 15' | 6 |
| 97110 | PT Therapy Exercise | 15' | 2 |
| 97116 | Gait Training | 15' | |
| 97014 | PT Manual Therapy | 15' | |
| 97150 | PT Group Therapy | U | |
| Other | | | |

S:  Client reports interval walk x33' on Tuesday and "it felt so great" but continued to do more IADLs before work and experienced brain fog.  Wednesday was also a struggle but felt good again by Thursday.  Friday did 20' yoga video which also felt very good.  Saturday did some yard work and on Sunday a coffee walk + looking back/forth for vestibular habituation and did "Just Dance."  States that across the board, dizziness has improved significantly.  Drove to mall on Sunday for an errand and felt it was the first time she was dizzy all week.  While drive, yardwork and walk with head turns all made her dizzy, "it did not derail me for the rest of the day."  Client questions, "How much (energy) can I devote to exercise vs. how much can I devote to other things."

O: Ther. Act. For assistance in pacing and task variation strategies client may use to improve her energy management throughout the course of the week.  Educated further in principles of vestibular habituation and adaptation and discussed how this can be applied progressively to her outdoor walks with head turns, multi-directional movement during yard work and review of recommendations for "Just Dance" or other video game challenges which combine visual and vestibular habituation.

Instructed in grounding techniques to include:

* 5 senses visual
* Maximization of somatosensory input with seated/standing/supine grounding options

Ther. Ex. For endurance building with outdoor interval walk at brisk pace, 1.5 mi total in 28 min.  HR achieved ~130 bpm for >75% of walk with appropriate warm-up and cool-down phases.  During walk, trialed standing grounding technique at a tree within 5 minutes due to slightly



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

higher baseline symptoms as compared to previous walks.  Following walk, moved to supine grounding on yoga mat x5-7 minutes.

A:  Client's baseline level of dizziness and nausea has decreased to zero over past week and when functional activity increased symptoms, she is demonstrating significant improvement in recovery time.  Initially after walk today, felt very good but during cool down noted mild increase in symptoms of nausea and HA.  Client is making great efforts to incorporate all aspects of post-concussive instruction and demonstrates progress toward all therapy goals.  Will likely benefit from some degree of follow-up after boot-camp in order to maximize her follow through and promote successful progression due to her previously identified psychosocial contributions to her symptoms.

P:  Follow-up on visual and motion habituation trials and assist with progression or scaling prn.  Provide comprehensive HEP to address client's fitness goals.  HA management strategies and cervical proprioceptive training.

*(signature)*

(electronically signed)
Ruth L. Holloran, PT, DPT, NCS



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

09/27/21
09:30-11:30

| CPT | Description | Minutes | Units |
|---|---|---|---|
| 97112 | Neuromuscular Re-Training | 15' | |
| 97530 | Therapeutic Activities | 15' | 6 |
| 97110 | PT Therapy Exercise | 15' | 2 |
| 97116 | Gait Training | 15' | |
| 97014 | PT Manual Therapy | 15' | |
| 97150 | PT Group Therapy | U | |
| Other | | | |

S:  Client reports that she achieved 6/7 days of exercise at least 20 min. In the past week. Feels incredibly encouraged by ability to add this exercise back into her routine "without paying for it," and felt good while she was doing it.  Today, desires a clear progression for other ways to integrate vestibular habituation on days when she is not able to integrate it into functional activity.

O: Ther.Act. For instruction in "when to progress" both exercise and vestibular habituation. Reviews use of 2-point symptom monitoring for all activities.

**Instructed in the follow Therapeutic Exercises for purposes of vestibular habituation and adaptation**

- Walking with Head Rotation - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Gaze Stabilization with Head Rotation - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Standing Gaze Stabilization with Two Near Targets and Head Rotation - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Walk Turns - 1 x daily - 7 x weekly - 3 sets - 10 reps
- Follow the ball Exercise - 1 x daily - 7 x weekly - 3 sets - 10 reps

Trialed each of the above x1 set to establish baselines.  Discussed ways to scale and progress each exercise individually.  Assisted in identifying functional vestibular activities in order to determine a.)days when she has already had enough vesitbular load vs. B.)days when she should complete the above program in order to supplement her functional activity.

Ther. Act. with discussion of HA management strategies using education materials in PCS workbook to guide conversation and provide additional framework for managing these



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

symptoms.  Recommended client discuss with OT in pm session due to identified HA types being more ocular and cognitive fatigue related.  Client able to proficiently review tools she already has for managing tension and cervicogenic type HA symptoms.

Administration of VRBQ and HDI for reassessment of progress toward goals.

| GOALS | | Status 9/27/21 |
|---|---|---|
| Client Goals | 30-minute walk without an increase in symptoms | Goal achieved |
| | Play the video game Just Dance 2021 with her child | Goal achieved |
| | Walk to the dog park without an increase in symptoms | Goal achieved |
| | Return to riding a bike and go around the Crater Lake when the roads are closed. | Goal not addressed – client elects to postpone bike training until spring/summer 2022. |
| Long Term Goal | 1. Dr. Mueller will tolerate a 30 minute walk in a moderately stimulating environment with < 2 point increase in symptoms. | Goal achieved |
| Short Term Goal | 1. Dr. Mueller will participate in 15 minute of cardiovascular exercise in a low stimulation environment with <3 point increase in symptoms | Goal achieved |
| Short Term Goal | 1. Dr. Mueller will be independently perform HEP with the use of a hand out to work toward return to her previous exercise routine. | Goal achieved |
| Long Term Goal | 2. Dr. Mueller will report a 9% reduction on the dizziness subset of the VRBQ indicating a reduction in symptoms. | Goal achieved.  10% reduction from 61.1 to 50.04%. |
| Short Term Goal | 2.  Dr. Mueller will be independent in 2-3 techniques to reduce symptoms of dizziness. | Goal achieved; using grounding, pacing & task variation. |
| Long Term Goal | 3. Dr. Mueller will report an 8 point reduction on the HDI indicating a reduction in headache. | Goal not achieved* per outcome measure. |

10/05/2021    14:56                              (FAX)                                    P.022/041



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

| | | *Though not reflected in HDI, client reports subjective decrease in HA during episode of care. |
|---|---|---|
| Short Term Goal | 3. Dr. Mueller will be independent with 2-3 pain management strategies to reduce headache symptoms in order to increase activity tolerance in the community and work. | Goal achieved; using exercise, grounding, pacing & task variation. |

A: Through this episode of care, Dr. Mueller demonstrated excellent implementation of exercise principles and progression, vestibular habituation and adaptation, and symptom management strategies.  She has, as a result, seen progress in all goal areas and has met her short and long term physical therapy goals.  Dr. Mueller, while not yet symptom free, has experienced a decline in symptoms that allows for improved daily function, improved quality of life, and a more positive outlook.  Through PCS bootcamp education, she also possesses the tools and knowledge required to keep making progress independently.  Discharge recommendations include continued HEP practice as prescribed for progressive strengthening and conditioning, integration of vestibular habituation practice within the next 1-3 weeks (provided to client in written and pictorial handouts) and implementation of driving progression with use of driving log in the next 4-6 weeks in order to begin working toward her long-term goal of tolerating driving in all conditions.

P:  Discharge from PT.  Continue independent progression of exercise and vestibular training as prescribed.

(electronically signed)
Ruth L. Holloran, PT, DPT, NCS



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## OCCUPATIONAL THERAPY DAILY PROGRESS NOTES
**Date: 8/30/2021, 8:30-10:30am**
**CPT: 97530 x 8 units**

S: "I've never thought about it this way before. I just rest or take a nap." (When discussing pacing strategies and restorative activities.)

O: Client participated in OT session, 120 minutes therapeutic activities. Session initiated with update on current status since evaluation. Client reported continued spikes in symptoms depending on activity: going on walks, riding in a car, etc. She reported taking fewer naps but did not increase her meaningful activities in the evening d/t fatigue. Completed new client orientation checklist and portable healthcare information sheets (see chart for copies). Reviewed OT POC and goals; client verbalized agreement and understanding. Provided client with Concussion Bootcamp Workbook and completed Section 1 and most of Section 2, which included pre-program reflection, program information, pacing and energy management education, and daily routines discussion. Client was engaged in all information provided. When filling out a worksheet about activities that drain energy, symptoms when fatigued, and restorative activities, client was unable to identify restorative activities except for "rest/nap." Client participated in brainstorm and listed other activities that can be restorative. She was instructed to continue adding to the list to establish a bank of activity options to use throughout her day. Discussed current work schedule and ways to incorporate restorative activities in her workday. She acknowledged difficulty responding to internal stimuli of symptoms (fatigue, HA, etc.); discussed external stimuli that can prompt implementing pacing strategies such as an alarm or timer. Will continue to discuss options to incorporate these tasks into her workday. Client put together a sample daily schedule for a weekend day, requiring prompts to implement pacing strategies during the day while still remaining productive. Discussed sleep; client reported she requires more sleep since her injury and does not have consistent sleep/wake times. Provided client with homework to read and complete worksheets in the sleep section of the workbook. She was also instructed to trial implementing pacing strategies into her day and to trial planning a daily schedule, if feasible. She appropriately wrote these items down in her planner.

A: Client participated well this session and was very engaged in discussion. She appears to be motivated to increase activity levels and implement strategies to decrease spikes in symptoms. She holds many roles and responsibilities at home and at work and will benefit from skilled OT services to ensure successful participation in these meaningful activities while implementing pacing strategies as she currently experiences energy drains with activities without incorporating restorative activities.

P: Review homework: adding to restorative activity list, completing sleep section of the workbook, trialing a daily schedule while incorporating pacing strategies. Continue to problem solve work schedule and incorporating pacing strategies. Address IADL tasks.



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

Signature: _Alaina O─_ MOT/OTR/L    (Electronically signed)
Alaina Osborn, MOT, OTR/L



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

### Occupational Therapy Daily Note

**Date: 9/13/2021, 1:30-3:30pm**
**CPT: 97530 x 8 units**
S: "This feels doable."
O: Client seen for 120 minutes of therapeutic activity this date. Session spent focusing on the following areas:

- Reviewed pacing principles and possibilities for pacing within her work day. After discussion regarding activities that are rejuvenating and feasible for adding to her work day, client developed the plan for practicing her "doodle of the day" after each patient she sees. Regarding pacing throughout her day, client discussed finding benefit from a 4 minute meditation practice after her work day but acknowledged the challenges with implementing this routine. Discussed alternatives (e.g. meditation prior to entering her home, removing some tasks from her daily to do list) to increase adherence to this schedule.
- Discussed daily home care tasks and division of labor between her and her husband. Client recognized her preference for analog systems and developed a plan for either a paper in a sheet protector or a cork board. Client developed a list of tasks for her husband to accomplish each day that offloads her schedule to allow for time to engage in meditation.
- Significant time spent scheduling her week with focus on pacing activities, implementing routine bed/wake up times, and incorporating physical activities. With moderate guiding/cueing, client able to develop a weekly schedule that felt realistic. Client anticipated difficulty based on symptoms. Educated client on modifying activities based on symptoms rather than thinking too concretely on can vs. can't. Client able to incorporate one "task" each day but required education on how to pace these tasks based on her work day (e.g. 30-minutes of computer task followed by a 30-minute walk before starting her "ghost" day). Client verbalized understanding.

A: Client participated well this date and demonstrates strong motivation for recovery. She continues to demonstrate difficulties with energy management and concrete thinking but is receptive to adjustments to her schedule to support increased participation in tasks. Client will benefit from ongoing skilled OT services to continue to increase participation in tasks and build a sustainable routine for after discharge.
P: Check in on sleep/wake times, success with following her pre-determined schedule, and doodle breaks during her work day.

_(electronically signed)_
Lydia Wukasch MOT, OTR/L



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## Occupational Therapy Daily Note

**Date: 9/20/2021, 1:30-3:30pm**
**CPT: 97530 x 6 units**
S: "The doodling really helped!"
O: Client seen for 120 minutes though 30 minutes were spent engaging in personally relevant tasks independently. Client reviewed her week last week and noted several things that went well including doodling in between patients, pacing activities by switching tasks rather than terminating all activity, scheduled bedtime and bedtime routines, pre-planning her weekend, and yoga. Client acknowledged difficulty with a walk at the beginning of the week which increased symptoms. Engaged in a conversation and provided education about balancing activity load and modifying tasks rather than stopping a task completely. Client demonstrated understanding and adjusted her week this week to do yoga tomorrow morning rather than a long walk given the demands of her day today. Discussed transition tasks to help focus her cognition when arriving at work and at home. Client decided on spending 5 minutes in the garden or 5 minutes knitting in the car before going into her house, and 2 minutes setting up a doll of the day before starting her workday. Client feels excited and motivated by each. Client acknowledged anxiety about how to schedule her week when she returns to work on Mondays. Discussed the purpose of trialing this weekly schedule including pacing/transition strategies so that she can copy forward the schedule week to week. Also discussed strategies for scheduling when she goes on vacation. Discussed energy demands and the purpose of planning/organization, including the strategies she has developed, to help support a successful vacation. Client verbalized understanding these education points.
A: Client participated well this week. She generalized strategies to home and reports success with pacing. Client demonstrates concrete thinking which may limit her progression with more challenging activities. Ongoing skilled OT services is recommended to help increase her awareness of how to modify the activity rather than stopping it completely.
P: Finalize her weekly schedule template to include transition activities and pre-planning her week. Continue providing education on modifying her activities to support success in returning to her baseline level of function.

_(electronically signed)_
Lydia Wukasch MOT, OTR/L



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

**Occupational Therapy Daily Note**

**Date: 9/27/2021, 8:45-9:30am & 1:30-3:00pm**
**CPT: 97530 x 9 units**
S: "I didn't understand that I was having a hard time because of lack of structure." (Referring to symptoms limiting participation in daily tasks prior to the program.)

O: Client participated in 2 separate OT sessions. First session: 8:45-9:30am, 45 minutes therapeutic activities. Reviewed the past week and client's success with implementing recommendations from previous session. She reported good follow through on recommendations, except a few days of not implementing sleep routine and pacing strategies. She reported increased symptoms as a result, which lead to a discussion of benefit of these educational opportunities to identify benefits of strategies used. She reported her family successfully completed their weekly planning meeting and she exercises 6 out of 7 days. She reported her reward system helped motivate her to complete these tasks. Her doodle of the day was also reportedly successful to implement pacing strategies at work. She reported increased energy and improved mood at the end of the week. Discussed chore chart that was discussed in previous sessions. Identified barriers to implementation of this external aide and brainstormed different methods and resources to use. She appropriately took notes for all discussion topics. Second session: 1:30-3:00pm, 90 minutes therapeutic activities. Discussed transition into and out of work activities. Client was able to identify more possible transition activities to improve performance before, during, and after work. Reviewed pacing recommendations: switching activities and modifying activities to continue participation. Reviewed activity analysis to modify activities in lieu of stopping the activity and not going back to it. Discussed vision strategies and headache management; reviewed information provided in the workbook. Client identified other strategies to implement to manage vision-related headaches. Reviewed recommendation that by continuing with these compensatory strategies, especially adding structure to her day, will improve her symptoms and thereby increase participation and performance in daily activities. Discussed need to continue working on making these strategies a habit and her performance will gradually improve. Reminded client that she is able to reach out with questions or concerns that arise post-program. She completed discharge questionnaire and post-program reflection. Compared pre- and post-program reflections during discussion.
A: Client participated well this OT session. She was engaged in all discussions and appropriately took notes to ensure recall of recommendations. She now has tools and strategies to pull from to improve performance in home and community activities, including work. See OT discharge summary for more details.
P: Discharge from OT.

Signature:   *Alaina O~* MOT/OTR/L    (Electronically signed)
Alaina Osborn, MOT, OTR/L



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## SPEECH-LANGUAGE PATHOLOGY DAILY PROGRESS NOTES

DATE: 08/30/2021
TIME: 10:30 – 11:30 (60 minutes)
CPT CODE(S): 92507 - Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual (1 UNIT)

S/O: Client seen after OT session. Reviewed material from BRN Post-Concussion Bootcamp Workbook covered in OT session. Continued education on pacing and reinforced use of strategies (e.g., breaks, inclusion of restorative activities in day). Provided additional education on impact of fatigue on cognition and overall function. Encouraged client to pre-plan restorative activities to promote follow-through. Client then planned to complete 5 minutes of yoga each morning and wrote this in day planner.

Continued education and instruction on compensatory strategies for organization and planning. Client currently utilizes Hobonichi planner and reports this as helpful. Discussed additional strategies for workplace and home environments, including use of workflow checklist to promote efficiency and accurate task completion. Client open to development of workflow checklist to improve efficiency and endurance. Client provided with homework assignment: create document outlining current workflow, complete with ALL tasks (i.e., those involved with AND not involved with patient care).

Client endorsed understanding of all information provided.

A: Client participated well in SLP session. Receptive to education on and use of strategies for pacing and energy management. Will benefit from ongoing education and reinforcement. Receptive to use of strategies to improve organization and efficiency in workplace environment.

P: Continue BRN Post-Concussion Bootcamp 1x/week for an additional 3 weeks. Next SLP session: follow-up on workflow, initiate workflow checklist.

LTG 1: Ms. Mueller will demonstrate adequate endurance for functional demands and employ compensatory strategies independently to mitigate cognitive fatigue.

STG 1.1: Ms. Mueller will independently describe hierarchy of cognitive skills, 2-3 confounding factors, and 2-3 compensatory strategies over two treatment sessions. – Progressing

LTG 2:  Ms. Mueller will demonstrate adequate awareness and self-monitoring skills for functional demands and employ compensatory strategies to promote attention to task, task planning, and completion.

STG 2.1: Ms. Mueller will implement organizational strategies to promote accuracy and efficiency during functional treatment activities (i.e., work simulation) with min cues. – Progressing

*[signature]* MS, CCC-SLP

(electronically signed)

Jenna Yots, MS, CCC-SLP



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

SPEECH-LANGUAGE PATHOLOGY DAILY PROGRESS NOTES

DATE: 09/13/2021
TIME: 8:30 – 10:30 (120 minutes)
CPT CODE(S): 92507 - Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual (1 UNIT)

S/O: First session of day. Client reported trialing several recommendations outlined in prior session. She reported difficulty implementing restorative activities throughout her day. Client reported completing at least 5 minutes of yoga daily on a fairly consistent basis. She also reported completing guided meditations after her workday. She reported these activities as beneficial. Continued education on impact of fatigue on cognition and function and utility of pacing strategies. Encouraged continued discussion on pacing strategies and restorative activities with OT.

Continued education and instruction on compensatory strategies for organization and planning. Client prepared with outline of "ideal" workflow but did not note current workflow. Client reported making several adjustments to current workflow to optimize performance. Prompted client to develop written document outlining CURRENT workflow (including tasks involved and not involved with patient care), with intent to review and identify strategies to improve efficiency and minimize fatigue. Upon review, workflow noted to be most efficient when providing patient care (e.g., chart review, examination, documentation). Lack of structure noted during hours immediately prior to and following patient care. Following discussion and education, client agreed to trial the following:

-   Pack a snack and eat snack immediately after completing final patient visit
-   Identify consistent start and end times for each workday
-   Arrive to work at 15-30 minutes early to complete extraneous tasks (e.g., inbox)
-   Complete 2-3 tasks max at end of workday (e.g., lab results, cc'ing charts)

Client identified start and end times for each workday next week and noted these in her planner. Client to convey schedule to spouse, as her spouse provides transportation. Client also reported delegating household tasks to her husband, to minimize stress at home. Encouraged client to continue to identify opportunities to delegate tasks both in home and workplace environments. Client endorsed understanding of information provided.

A: Client participated well in session. She is beginning to implement strategies for energy management, although will benefit from continued education and reinforcement of strategies within treatment sessions. Adjustments made to current workflow to improve efficiency and mitigate fatigue. Client to trial strategies, with intent to review and adjust (as needed) next session.

P: Continue BRN Post-Concussion Bootcamp 1x/week for an additional 2 weeks. Next SLP session: follow-up on workflow checklist



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

LTG 1: Ms. Mueller will demonstrate adequate endurance for functional demands and employ compensatory strategies independently to mitigate cognitive fatigue.

STG 1.1: Ms. Mueller will independently describe hierarchy of cognitive skills, 2-3 confounding factors, and 2-3 compensatory strategies over two treatment sessions. – Progressing

LTG 2:  Ms. Mueller will demonstrate adequate awareness and self-monitoring skills for functional demands and employ compensatory strategies to promote attention to task, task planning, and completion.

STG 2.1: Ms. Mueller will implement organizational strategies to promote accuracy and efficiency during functional treatment activities (i.e., work simulation) with min cues. – Progressing

(electronically signed)

Jenna Yots, MS, CCC-SLP



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## SPEECH-LANGUAGE PATHOLOGY DAILY PROGRESS NOTES

DATE: 09/20/2021
TIME: 10:30 – 11:30 (60 minutes)
CPT CODE(S): 92507 - Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual (1 UNIT)
S/O: Client seen after PT session. Followed-up on recommendations from prior session:

- *Pack a snack and eat snack immediately after completing final patient visit*: Client completed "most days" and reported this as helpful. Client wrote "snack" in her planner each day this week as a reminder. Reinforced use of strategies for energy management.
- *Identify consistent start and end times for each workday*: Reported consistent departure and arrival times (i.e., leaving the house by 10:00 AM to get to work by 10:15 AM), although end times were inconsistent. Reported structure as helpful and feels like she was more productive at end of workday (i.e., after patient care) than she had been previously.
- *Arrive to work at 15-30 minutes early to complete extraneous tasks (e.g., inbox)*: Able to complete some extraneous tasks by arriving early each day. However, she reported poor follow-through with scheduled, non-work tasks in the morning. Client reported feeling "great" after completing a walk Tuesday morning before work but felt this may have contributed to fatigue and "brain mush" on Tuesday and Wednesday. Continued education on organizational strategies to promote completion of daily tasks. Per discussion and client preference, she will schedule 30 minutes to complete a task from her weekly to-do list (versus pre-planning a task for each day).
- *Complete 2-3 tasks max at end of workday (e.g., lab results, cc'ing charts)*: Variable, although reported feeling more productive at end of workday (i.e., after patient care) overall.

Continued education on and reinforced use of strategies to establish consistent daily routines. Client reported structure as helpful and necessary; "This is the way I have to do things now." Encouraged continued discussion and collaboration with OT this afternoon, as appropriate. Client endorsed understanding of all information provided.
A: Client participated well in session. Adequate application of pacing and planning strategies to improve energy, effective task completion, and efficiency. She will benefit from additional education and training to promote independent and consistent use.
P: Continue BRN Post-Concussion Bootcamp for 1 additional session. Discussion POC with team. Next SLP session: goal follow-up.
LTG 1: Ms. Mueller will demonstrate adequate endurance for functional demands and employ compensatory strategies independently to mitigate cognitive fatigue.
STG 1.1: Ms. Mueller will independently describe hierarchy of cognitive skills, 2-3 confounding factors, and 2-3 compensatory strategies over two treatment sessions. – Progressing
LTG 2:  Ms. Mueller will demonstrate adequate awareness and self-monitoring skills for functional demands and employ compensatory strategies to promote attention to task, task planning, and completion.



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

STG 2.1: Ms. Mueller will implement organizational strategies to promote accuracy and efficiency during functional treatment activities (i.e., work simulation) with min cues. – Progressing

_Jenna Yots, MS, CCC-SLP_    (electronically signed)

Jenna Yots, MS, CCC-SLP



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

### SPEECH-LANGUAGE PATHOLOGY NON-VISIT NOTE

10/04/2021

SLP session cancelled on 09/30 due to clinician illness. Discharge recommendations conveyed to client by other members of rehabilitation team. No additional SLP treatment is indicated. Plan for discharge from BRN Post-Concussion Bootcamp program. See SLP Discharge Summary for additional information, including updated goal progress.

(electronically signed)

Jenna Yots, MS, CCC-SLP



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Terka R. Koutzeva-Dussel, MD

## PSYCHOLOGY DAILY PROGRESS NOTES

Date:  8/30/2021
Time:  11:30am-12:30pm

S:  60 min psychological session conducted face-to-face in my office at BRN.  Jennifer initiated treatment in BRN post-concussion bootcamp today, and will be participating for 4 weeks of treatment.

"I really don't have any energy at the end of the day."
"If it was just the physical fatigue I could handle it, but the cognitive fatigue makes it so hard."

O:  Discussion of current and recent functioning.  Reports persistent challenges with cognitive and physical fatigue, irritability, disrupted sleep, reduced cognitive efficiency, difficulty with prioritization in the workplace, and difficulty keep up with work demands.  Describes very much enjoying her role as a physician "this is what I'm meant to do" though finds keeping up with the demanding schedule, managing documentation, referrals, and follow up to be challenging.  Describes that despite her partner's role as a stay-at-home parent, she has been in role of managing household tasks/parenting.  Describes division of labor as ongoing issue in marital relationship, and reports increased irritability with spouse in this area. Reports no challenges with irritability in work setting, and on occasions where she experiences such struggles with 11 year old child, is able to work through these difficulties well.  Currently in bed 8-9 hours per night though experiences disrupted sleep in which she frequently scrolls through social media on her phone.  Does not endorse experiencing racing thoughts/worry during this time.  Expressed intention to reinitiate melatonin to assist with sleep which she has historically found to be beneficial.  Additionally indicates that some difficulties with temperature regulation (e.g., hot flashes) may also contribute to sleep problems.  Is not presently exercising more that "coffee walks" (walking around block at pace that wouldn't spill cup of coffee).  Reported that earlier conversation with OT staff regarding restorative activities was eye-opening for her, and acknowledged that she had difficulty identifying such activity. Expressed feelings of distress related to navigate her recovery from concussion without direction/guidance from others.

A:  Jennifer is struggling with feelings of distress related to limited support and high demands both in vocational and home settings.  Increased usage of self care strategies (e.g., exercise, restorative activity, division of labor within the home) will likely increase her energy level and reduce emotional distress. Exploration of ways to manage her workload/schedule to become more efficient and potentially offload some nonclinical aspects of job will also support her functioning.

P:  Due to upcoming holiday, next session will occur in 2 weeks.  Homework- complete sections in Post Concussion Bootcamp workbook related to Stress Exploration and Stress Management.



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

(electronically signed)
Jodi J. Palensky, Ph.D.
Clinical Psychologist



**brain rehab network**

Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## PSYCHOLOGY DAILY PROGRESS NOTES

Date:  9/13/2021
Time:  11:30am-12:30pm

S/O:  60 min psychological session conducted face-to-face in my office at BRN.

Discussion of current and recent functioning.  In previous session with PT, indicated that psychosocial stressors may be contributing to symptoms of dizziness.  Discussion of such stressors including work-related demands, household management, and familial factors (e.g., son's ASD diagnosis, husband's ADHD and depression).  Acknowledged that past 18 months (COVID restrictions) has been challenging for their family as their only child has been ever-present in the household, and frequently requests attention and activity.  Also reports that previously enjoyable activities (e.g., camping) have been impacted both by COVID and challenges with organization and efficiency since injury.  Has initiated multiple positive self-care strategies in past week including meditation, tarot card reading, return to vegan and gluten free diet, and regular wind down/sleep times.  Additionally indicates positivity that with the initiation of son's in-person schooling, she will have independent time within the home (45mins/day) in which she has been enjoying restorative activities (e.g., sitting on deck, artwork).  Discussion of strategies to improve functioning including utilization of phone apps to help to manage household tasks and responsibilities, as well as engaging family members in process of identifying at least 1 positive occurrence in each day.

A:   Jennifer was engaged and participatory throughout treatment session.  Presence of stressors within her roles as spouse, parent, and household manager combined with increased challenges related to COVID, demanding role as physician, as well as the fatigue and dizziness she has experienced as a result of her concussion combine to negatively impact function.  She is open to strategies designed to increase more equal division of labor within the home (apps for household management tasks) and to decrease negative focus of family members.

P:  Follow up in 1 week.  Consider additional psychological treatment following completion of Post-Concussion Bootcamp (in 2 weeks).

(electronically signed)
Jodi J. Palensky, Ph.D.
Clinical Psychologist



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## PSYCHOLOGY DAILY PROGRESS NOTES

Date:  9/13 20/2021  (ADD:  error regarding date corrected 2/28/2021)
Time:  11:30am-12:30pm

S/O:  60 min psychological session conducted face-to-face in my office at BRN.

Reported some variability in symptoms over the past week though indicates that overall was able to increase exercise and engagement in activity during non-work hours in past week. States she was not able to have explicit planning conversation with spouse and son regarding dividing household responsibilities though did introduce the topic to family members.  Exploration of vision symptoms she experiences including visual sensitivity when driving, riding as passenger, playing video games, on bicycle, and in shopping mall.  Experiences onset of nausea when in car as passenger or driver.  Does not endorse pre-existing anxiety related to driving though does acknowledge tendency toward car sickness.  Discussion of potential of bracing behaviors during such activities which may lead to holding breath. Independently initiated note taking to contact neuro-optometrist, Dr. Muraki, for follow up appointment (had previously been using prism lenses).  Has continued to maintain lifestyle changes she initiated in previous week (i.e., regular sleep/wake times, vegan and gluten-free diet, daily meditation) and questions what may be attributed to symptom improvement as she has made multiple changes within same window of time.  Explored if any of these practices was found to not improve concussion symptoms if she would terminate such activity, she indicated intention to continue these practices regardless. Discussion of marital and family interactions and dynamics.  Son was given diagnosis of autism spectrum disorder shortly after her injury.  Discussion of interventions family is using to support son's function.

A:  Jennifer is experiencing improvement in overall functioning in recent weeks, though continues to struggle with vestibular symptoms, fatigue, and external stressors related to balancing life/work demands. Psychosocial stressors appear to contribute to symptoms presentation.  Displayed reduced frustration toward spouse in session, as well as acknowledgement that initiation of daily routines will positively impact all family members.

P:  Follow up in 1 week.  May benefit from follow up (e.g., virtual check ins 1-2x/month) with BRN team member following discharge from program next week to ensure ongoing usage of strategies and to monitor function.  Additionally, may benefit from family counseling through employer's EAP program, and expresses openness and positive response to this resource based on prior experience.

(electronically signed)
Jodi J. Palensky, Ph.D.
Clinical Psychologist



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

## PSYCHOLOGY DAILY PROGRESS NOTES

Date: 9/28/2021
Time: 11:30am-12:30pm

S: 60 min psychological session conducted face-to-face in my office at BRN.

"You guys are wizards…. I came in thinking this was a bunch of crap but it's really helped."

O: Discussion of current and recent functioning. Reports incorporating exercise into regular routine along with active usage of planner/schedule for daily activities, implementation of regular sleep schedule and night time routine, allowing additional time at start of work day to address "in box", regular mindfulness exercises (5 mins), restorative exercise (daily doodle), initiation of weekly family meeting to establish meal plan, household tasks, and family activities, as well as conversion to consistent vegan/gluten free diet and daily tarot card selection. Reports reduced fatigue and improved overall function with usage of these strategies.

Rivermead Post Concussion Symptoms Questionnaire completed:

RPQ3- 8 (8 at intake)
RPQ13- 25 (34 at intake)

- Reports improvement in noise sensitivity, sleep disturbance, irritability, poor concentration, blurred vision, light sensitivity, double vision, and restlessness

Reports concern about upcoming transition to increased work schedule (i.e., loss of weekly "ghost day" to 1x/mo as well as completion of comprehensive treatment program at BRN 1 day/week will result in increase of 2 patient treatment days weekly. Expresses concern with ability to be successful in completing documentation and "invisible" work related to her job while maintaining gains in endurance she has experienced in recent weeks. Expresses contemplation regarding plan for ultimately maintain her current work schedule. Discussion of strategies to assess readiness to increase work hours.

A: Implementation of strategies to increase physical activity, reduce cognitive demand and family conflict and improve sleep have resulted in improved function and improved mood. Will benefit from maintenance of established routine with structured plan for further increasing physical activity to address ongoing vestibular challenges (addressed via PT). Recommend no decisions regarding work status be made for at least 3 months while newly established strategies become more routine. Will benefit from ongoing psych support provided by this provider conducted virtually to monitor ongoing usage of strategies recommended by BRN Comprehensive Treatment Team as well as monitor mood. May also benefit from family or marital therapy to address family dynamic and communication issues. Such treatment recommended to be completed via EAP mental health services provided by employer.



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Tofka R. Koutzeva-Dussel, MD

P:  Three 1 hour follow-up psychological sessions to be conducted over next 2 months (to provide support for ongoing implementation of recommended strategies and to provide emotional support).  These treatments to be provided virtually (initial follow up scheduled Wed 10/13/21 10-11am).

(electronically signed)
Jodi J. Palensky, Ph.D.
Clinical Psychologist

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Jennifer Mueller <madamezola@gmail.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good afternoon. I have attached a copy of the Policy four your reference.
The Policy is governed under ERISA, and unfortunately there are no
provisions for a second appeal. If you wish to seek legal counsel, that
is well within your rights. Details are within the Policy and my letter
dated 09/24/2021.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Jennifer Mueller <madamezola@gmail.com>
Sent: Saturday, October 02, 2021 12:04 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>

Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.


I received notification of denial of my appeal. I have a couple of
clarifying questions. Does my policy only cover me if I am completely
disabled and unable to work or does it include partial disability
(perhaps I havenâ€™t understood this from the beginning)? The denial
makes sense if it only covers 100% disability, which clearly Iâ€™m not.
Is my policy profession specific or coverage to do any work? A full copy
of my policy would be helpful if that can be provided. Iâ€™m not sure if
I can locate that online.


Unless I have completely misunderstood my policy language, I will be
hiring legal help to assist me going forward.


Thank you.

Jennifer




On Sep 7, 2021, at 9:40 AM, Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
wrote:

ï»¿

Yes. I am currently waiting on an independent medical review. I will
follow up with you once I receive a copy of the completed report.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Friday, September 03, 2021 12:19 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just checking in to see if you've received any records from Kaiser.

Thanks.

Jennifer

On Aug 10, 2021, at 8:19 AM, Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

HART 000196

ï»¿

Good morning. I have received the Brain Rehab information but I am still
waiting on records from Kaiser.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Friday, August 06, 2021 2:42 PM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]



CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Hi Edward,


Wanted to check in to make sure you received the records from Brain Rehab Network. I've requested records from KP as well, but I know those wheels tend to turn slower.


Jennifer


On Tue, Jul 27, 2021 at 7:55 PM Jennifer Mueller <madamezola@gmail.com <mailto:madamezola@gmail.com> > wrote:

Thank you for the reminder. I faxed everything today.

Jennifer




On Jul 26, 2021, at 6:21 AM, Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

ï»¿

Good morning. I am still waiting on the contact information requested previously. If you provide me the names and fax numbers I can request information on your behalf. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Edward,

That was the generic one that I had already signed. I'll forward the detailed ones later this week.

Thanks!

Jennifer

On Mon, Jul 19, 2021 at 5:20 AM Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

Good morning. I received a copy of your completed auth but did not receive the contact information for the providers youâ€™d like me to follow up with to complete this appeal. Please respond with the name, phone, and fax numbers of the providerâ€™s youâ€™d like me to request from. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com <mailto:madamezola@gmail.com> '
<madamezola@gmail.com <mailto:madamezola@gmail.com> >
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


Good afternoon. Please note the attached as it relates to our
conversation. Please respond with provider contact information including
fax numbers. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018

Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.



*****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*****************************************************************************
****************************

*****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*****************************************************************************
****************************

*****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged

information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

# YOUR BENEFIT PLAN

NORTHWEST PERMANENTE, P.C.
Revised January 1, 2016

HART 000204

## Questions or Complaints about Your Coverage

**In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:**

The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:** 1-800-523-2233

When calling, please give Us the following information:
1) the policy number; and
2) the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**

Hartford Life and Accident Insurance Company
Group Sales Department
520 Pike Street
Suite 905
Seattle, WA  98101
TOLL FREE:  800-238-7492
FAX:  206-624-1492

**If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:**

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

Madison, WI 53707-7873

**The following states require that We provide these notices to You about Your coverage:**

**For residents of:**

**Arizona**      This certificate of insurance may not provide all benefits and protections provided by law in Arizona.  Please read This certificate carefully.

**Florida**      The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida.

## STATE OF DELAWARE
## The Civil Union and Equality Act of 2011
## Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

## Georgia

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

## STATE OF ILLINOIS
## The Religious Freedom Protection and Civil Union Act
## Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

HART 000206

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq*. Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

## Maine

1.  The benefits under this policy are subject to reduction due to other sources of income.

    This means that your benefits will be reduced by the amount of any other benefits for loss of time provided to you or for which you are eligible as a result of the same period of disability for which you claim benefits under this policy.

    Other sources of income are plans or arrangements of coverage that provide disability-related benefits such as Worker's Compensation or other similar governmental programs or laws, or disability-related benefits received from your employer or as the result of your employment, membership or association with any group, union, association or other organization. Other sources of income include disability-related benefits under the United States Social Security Act or an alternate governmental plan, the Railroad Retirement Act, and other similar plans or acts. Other sources of income may also include certain disability-related or retirement benefits that you receive because of your retirement unless you were receiving them prior to becoming disabled.

    What comprises other sources of income under this policy is determined by the nature of the policyholder. Therefore, we strongly urge you to **Read Your Certificate Carefully.** A full description of the plans and types of plans considered to be other sources of income under this policy will be found in the definition of "Other Income Benefits" located in the Definitions section of your certificate.

2.  The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

    Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

## Maryland

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

## Montana

Conformity with Montana statutes: The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

## North Carolina

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:

1)  CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND

2)  WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

## IMPORTANT TERMINATION
## INFORMATION

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

### PRE-EXISTING LIMITATION
### READ CAREFULLY
**NO BENEFITS WILL BE PAYABLE UNDER THIS PLAN FOR PRE-EXISTING CONDITIONS WHICH ARE NOT COVERED UNDER THE PRIOR PLAN. PLEASE READ THE LIMITATIONS IN THIS CERTIFICATE.**

### READ YOUR CERTIFICATE CAREFULLY.

**Texas**

| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call The Hartford's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al: |
| 1-800-523-2233 | 1-800-523-2233 |
| You may also write to The Hartford at:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 | Usted tambien puede escribir a The Hartford:<br>P.O. Box 2999<br>Hartford, CT 06104-2999 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance at:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us | Puede escribir al Departamento de Seguros de Texas:<br>P.O. Box 149104<br>Austin, TX 78714-9410<br>Fax # (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIM DISPUTES:**<br>Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first.  If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:**<br>Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:**<br>This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:**<br>Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

HART 000208



# CERTIFICATE OF INSURANCE

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Simsbury, Connecticut**
**(A stock insurance company)**

**Policyholder: TRUSTEE OF THE HEALTH CARE INDUSTRY GROUP VOLUNTARY LIFE AND DISABILITY INSURANCE TRUST**

**Policy Number: GVL-16008**

**Policy Effective Date: February 1, 2010**
**Policy Anniversary Date: January 1, 2016**

**Participating Employer: NORTHWEST PERMANENTE, P.C.**
**Account Number: 767135**
**Participating Employer Effective Date: February 1, 2010**

We have issued The Policy to the Policyholder. Our name, the Policyholder's name, the Participating Employer's name, The Policy Number and the Participating Employer's Account Number are shown above. The provisions of the Participating Employer's coverage under The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

*A note on capitalization in this certificate:*
Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1200 A.1

HART 000209

# TABLE OF CONTENTS

SCHEDULE OF INSURANCE................................................................................9
    Cost of Coverage ...........................................................................................9
    Eligible Class(es) for Coverage.....................................................................9
    Eligibility Waiting Period for Coverage .........................................................9
    Benefit Amounts............................................................................................9
ELIGIBILITY AND ENROLLMENT .....................................................................10
    Eligible Persons ..........................................................................................10
    Eligibility for Coverage ...............................................................................10
    Enrollment...................................................................................................10
    Evidence of Insurability...............................................................................11
PERIOD OF COVERAGE ...................................................................................11
    Effective Date..............................................................................................11
    Deferred Effective Date ..............................................................................11
    Termination.................................................................................................12
    Continuation Provisions..............................................................................12
    Conversion Right.........................................................................................13
BENEFITS...........................................................................................................14
    Disability Benefit.........................................................................................14
    Mental Illness and Substance Abuse Benefits............................................14
    Family Care Credit Benefit..........................................................................16
    Survivor Income Benefit..............................................................................17
    Workplace Modification Benefit...................................................................17
    Infectious and Contagious Disease Benefit.................................................18
    Progressive Illness Benefit .........................................................................18
    Accidental Dismemberment and Loss of Sight Benefit ...............................19
EXCLUSIONS AND LIMITATIONS .....................................................................19
    Pre-Existing Condition Limitation ...............................................................20
GENERAL PROVISIONS.....................................................................................20
DEFINITIONS......................................................................................................24
AMENDATORY RIDER........................................................................................29
ERISA .................................................................................................................37

HART 000210

# SCHEDULE OF INSURANCE

The Policy of long term Disability insurance provides You with long term income protection if You become Disabled from a covered injury, Sickness or pregnancy.

**AMENDMENT TO GROUP POLICY GL-767135 PROCESSED ON NOVEMBER 3, 2015. ANY CHANGES BETWEEN THIS POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE JANUARY 1, 2016.**

**Cost of Coverage:**
You must contribute toward the cost of coverage.

**Eligible Class(es) for Coverage:** All Full-time and Part-time Active Employees who are citizens or legal residents of the United States, its territories and protectorates, excluding temporary, leased or seasonal employee s.

| | |
|---|---|
| non-emergency department Full-time Employment: | at least 36 hours weekly, excluding on-call hours |
| emergency department Full-time Employment: | at least 32 hours weekly, excluding on-call hours |
| Part-time Employment: | at least 20 hours weekly, excluding on-call hours |

**Eligibility Waiting Period for Coverage:**
None

**Elimination Period:** 180 day(s)

**Maximum Monthly Benefit:**  the least of:
1) $10,000;
2) the Benefit Percentage applicable to You multiplied by the amount of Your Pre-disability Earnings on which premium for You has been paid; or
3) the Benefit Percentage applicable to You multiplied by the amount of Your Pre-disability Earnings.

**Minimum Monthly Benefit:** the greater of:
1) $100; or
2) 10% of the Maximum Monthly Benefit for which You are eligible under the terms of The Policy, before the deduction of Other Income Benefits.

**Benefit Percentage:** 50%
**Secondary Benefit Percentage:** 70%

### Maximum Duration of Benefits

### Maximum Duration of Benefits Table

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 42 months, if greater |
| Age 63 | To Normal Retirement Age or 36 months, if greater |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

HART 000211

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act.  It is determined by Your date of birth as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

**Additional Benefit**

**Family Care Credit Benefit**
see Benefit

**Survivor Income Benefit**
see Benefit

**Workplace Modification Benefit**
see Benefit

**Infectious And Contagious Disease Benefit**
see Benefit

**Progressive Illness Benefit**
see Benefit

**Accidental Dismemberment and Loss of Sight Benefit**
see Benefit

# ELIGIBILITY AND ENROLLMENT

**Eligible Persons:**  *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:**  *When will I become eligible?*
You will become eligible for coverage on the later of:
1)   the Participating Employer Effective Date; or
2)   the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

**Enrollment:**  *How do I enroll for coverage?*
To enroll for coverage you must:
1)   complete and sign a group insurance enrollment form which is satisfactory to Us; and
2)   deliver it to Your Employer.

HART 000212

If You do not enroll within 30 days after becoming eligible under The Policy, or if You were eligible to enroll under the Prior Policy and did not do so, and later choose to enroll, You must give Us Evidence of Insurability satisfactory to Us.

**Evidence of Insurability**: *What is Evidence of Insurability and what happens if Evidence of Insurability is not satisfactory to the Company?*
Evidence of Insurability must be satisfactory to Us and may include, but will not be limited to:
1) a completed and signed application approved by Us;
2) a medical examination;
3) attending Physician's statement; and
4) any additional information We may require.

All Evidence of Insurability will be furnished at Our expense.  We will then determine if You are insurable under The Policy.

If Your Evidence of Insurability is not satisfactory to Us:
1) Your Monthly Benefit will equal the amount for which You were eligible without providing Evidence of Insurability, provided You enrolled within 30 days of the date You were first eligible to enroll; and
2) You will not be covered under The Policy if You enrolled more than 30 days after the date You were first eligible to enroll.


# PERIOD OF COVERAGE

**Effective Date:** *When does my coverage start?*
Your coverage will start on the earliest of:
1) the date You become eligible, if You enroll or have enrolled by then;
2) the date on which You enroll, if You do so within 30 days after the date You are eligible; or
3) the date We approve Your Evidence of Insurability, for benefit amounts requiring Evidence of Insurability.

**Deferred Effective Date:** *When will my effective date for coverage or a change in my coverage be deferred?*
If You are absent from work due to:
1) accidental bodily injury;
2) sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy;
on the date Your insurance, or increase in coverage, would otherwise have become effective, Your insurance, or increase in coverage will not become effective until You are Actively at Work one full day.

**Changes in Coverage:** *Do coverage amounts change if there is a change in my class or my rate of pay?*
Your coverage may increase or decrease on the date there is a change in Your class or Pre-disability Earnings.  However, no increase in coverage will be effective unless on that date You:
1) are an Active Employee; and
2) are not absent from work due to being Disabled.  If You were so absent from work, the effective date of such increase will be deferred until You are Actively at Work for one full day.

No change in Your Pre-disability Earnings will become effective until the date We receive notice of the change.

*What happens if the Employer changes The Policy?*
Any increase or decrease in coverage because of a change in The Policy will become effective on the date of the change, subject to the following provisions:
1) Deferred Effective Date; and
2) Pre-existing Conditions Limitations.

**Continuity From A Prior Policy:** *Is there continuity of coverage from a Prior Policy?*
If You were:
1) insured under the Prior Policy; and
2) not eligible to receive benefits under the Prior Policy;

HART 000213

on the day before the Participating Employer Effective Date, the Deferred Effective Date provision will not apply.

*Is my coverage under The Policy subject to the Pre-existing Condition Limitation?*
If You were covered under the Prior Policy on the day before the Participating Employer Effective Date, the Pre-existing Conditions Limitation will end on the earliest of:
1) the Participating Employer Effective Date, if Your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Policy; or
2) the date the restriction would have ceased to apply had the Prior Policy remained in force, if Your coverage was limited by a pre-existing condition limitation under the Prior Policy.

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the above paragraph will be the lesser of:
1) the Monthly Benefit which was paid by the Prior Policy; or
2) the Monthly Benefit provided by The Policy.

The Pre-existing Conditions Limitation will apply after the Participating Employer Effective Date to the amount of a benefit increase which results from a change from the Prior Policy to The Policy, a change in benefit options, a change of class or a change in The Policy.

*Do I have to satisfy an Elimination Period under The Policy if I was Disabled under the Prior Policy?*
If You received Monthly benefits for disability under the Prior Policy, and You returned to work as a  Active Employee then, if within 6 months of Your return to work:
1) You have a recurrence of the same disability while covered under The Policy; and
2) there are no benefits available for the recurrence under the Prior Policy;
the Elimination Period, which would otherwise apply, will be waived if the recurrence would have been covered without any further elimination period under the Prior Policy.

**Termination:**  *When will my coverage end?*
Your coverage will end on the earliest of the following:
1) the date The Policy terminates;
2) the date The Policy no longer insures Your class;
3) the date the premium payment is due but not paid;
4) the last day of the period for which You make any required premium contribution;
5) the date Your Employer terminates Your employment;
6) the date You cease to be a Full-time or Part-time Active Employee in an eligible class for any reason; or
7) the date Your Employer ceases to be a Participating Employer;unless continued in accordance with any of the Continuation Provisions.

**Continuation Provisions:**  *Can my coverage be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer provides a plan of continuation which applies to all employees the same way.  Continued coverage:
1) is subject to any reductions in The Policy;
2) is subject to payment of premium by the Employer; and
3) terminates if:
   a) The Policy terminates;
   b) Your Employer ceases to be a Participating Employer; or
   c) coverage for Your class terminates.

In any event, Your benefit level, or the amount of earnings upon which Your benefits may be based, will be that in effect on the day before Your coverage was continued.  Coverage may be continued in accordance with the above restrictions and as described below:

Leave of Absence: If You are on a documented leave of absence, other than Family or Medical Leave, Your coverage may be continued for 3 month(s) after the leave of absence commenced.  If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

Military Leave of Absence: If You enter active military service and are granted a military leave of absence in writing, Your coverage may be continued for up to 12 month(s). If the leave ends prior to the agreed upon date, this continuation will cease immediately.

HART 000214

<u>Family Military Leave of Absence</u>:  If Your spouse or child enters active full-time military service outside of the continental United States, Hawaii, Puerto Rico or Alaska, and You:
1) have been employed with the same employer for at least two years; and
2) have completed 1,250 hours of service during a 12 month period immediately prior to the date Military Leave of Absence would begin; and
3) have exhausted all the other time made available to You by Your Employer except sick time and short term disability;
then Your coverage may be continued for up to 30 days.  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the Employee should give notice as soon as reasonable possible.

<u>Lay-off:</u> If You are temporarily laid off by the Employer due to lack of work, Your coverage may be continued for 3 month(s) after the date the lay-off commenced.  If the lay-off becomes permanent, this continuation will cease immediately.

<u>Family Medical Leave:</u> If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage may be continued for up to 12 weeks, or 26 weeks if You qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced. If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

With respect to Physicians:
<u>Sabbatical:</u> If You are on a documented sabbatical, Your coverage may be continued until the last day of the 12th month following the date the sabbatical commenced.  If the sabbatical terminates prior to the agreed upon date, this continuation will cease immediately.  Coverage continuation must be pre-approved by Us if the sabbatical leave is greater than 30 days.

**Coverage while Disabled:**  *Does my insurance continue while I am Disabled and no longer an Active Employee?*
If You are Disabled and You cease to be an Active Employee, Your insurance will be continued:
1) during the Elimination Period while You remain Disabled by the same Disability; and
2) after the Elimination Period for as long as You are entitled to benefits under The Policy.

**Waiver of Premium:**  *Am I required to pay Premiums while I am Disabled?*
No premium will be due for You:
1) after the Elimination Period; and
2) for as long as benefits are payable.

**Extension of Benefits for Total Disability:**  *Do my benefits continue if The Policy terminates?*
If You are entitled to benefits while Disabled and The Participating Employer's coverage terminates, benefits:
1) will continue as long as You remain Disabled by the same Disability; but
2) will not be provided beyond the date We would have ceased to pay benefits had the insurance remained in force.
Termination of The Participating Employer's coverage for any reason will have no effect on Our liability under this provision.

**Conversion Right:**  *If my coverage under The Policy ends, do I have a right to conversion?*
If Your insurance terminates because:
1) Your employment ends for a reason other than Your retirement; or
2) You are no longer in an eligible class;
and if:
1) You have been continuously insured for at least 12 consecutive month(s) under The Policy or under both The Policy and the Prior Policy;
2) a Disability is not preventing You from performing duties of Your Occupation;
3) The Policy has not terminated; and
4) You are not eligible or covered for similar benefits under another group Policy;
then You are eligible to enroll for personal insurance under another group policy called the group long term disability conversion policy.

HART 000215

*How do I convert my Coverage?*
To obtain coverage under the group long term disability conversion Policy, You must:
1) send Us a written enrollment request; and
2) pay the required premium and enrollment fee for the conversion Policy;
within 31 days of the termination of Your insurance.

If You meet the preceding conditions, We will issue You a certificate of insurance under the group long term disability conversion Policy. Such coverage will:
1) be issued without Evidence of Insurability;
2) be on one of the forms then being issued by Us for conversion purposes; and
3) be effective on the day following the date Your insurance under The Policy terminates.

The coverage available under the conversion Policy may differ from The Policy. We will determine the terms of the group long term disability conversion Policy, including:
1) the type and amount of coverage provided; and
2) the premium payable;
based on the kinds of insurance provided by the group long term disability conversion Policy at the time such enrollment request is made.

# BENEFITS

**Disability Benefit:**  *What are my Disability Benefits under The Policy?*
We will pay You a Monthly Benefit if You:
1) become Disabled while insured under The Policy;
2) are Disabled throughout the Elimination Period;
3) remain Disabled beyond the Elimination Period; and
4) submit Proof of Loss to Us.
Benefits accrue as of the first day after the Elimination Period and are paid monthly. However, benefits will not exceed the Maximum Duration of Benefits.

**Mental Illness Benefits:**  *Are benefits limited for Mental Illness?*
If You are Disabled because of:
1) Mental Illness that results from any cause; or
2) any condition that may result from Mental Illness;
then, subject to all other provisions of The Policy, We will limit the Maximum Duration of Benefits.

Benefits will be payable:
1) for as long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or
2) if not confined, or after you are discharged and still Disabled, for a total of 24 month(s) for all such disabilities during your lifetime.

**Recurrent Disability:**  *What happens if I Recover but become Disabled again?*
Periods of Recovery during the Elimination Period will not interrupt the Elimination Period, if the number of days You return to work as an Active Employee are less than one-half (1/2) the number of days of Your Elimination Period.

Any day within such period of Recovery, will not count toward the Elimination Period.

After the Elimination Period, if You are no longer Disabled and then become Disabled again and such Disability is:
1) due to the same cause; or
2) due to a related cause; and
3) within 180 day(s) of the prior Period of Disability;
the prior Period of Disability and the recurrent Disability will be considered one Period of Disability, provided The Policy remains in force.

If You are no longer Disabled and remain so for 180 day(s) or more, any recurrence of a Disability will be treated as a new Disability. The new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits, and is subject to all of the other terms and conditions of The Policy in effect at that time.

**Period of Disability** means a continuous length of time during which You are Disabled under The Policy.

14

HART 000216

**Recover or Recovery** means that You are no longer Disabled and have returned to work with the Employer and premiums are being paid for You.

**Calculation of Monthly Benefit:**  *How are my Disability benefits calculated?*
If You remain Disabled after the Elimination Period and are earning 20% or less of Your Indexed  Pre-disability Earnings, We will determine Your Monthly Benefit as follows:
1) multiply Your Pre-Disability Earnings by the Benefit Percentage;
2) multiply Your Pre-Disability Earnings by the Secondary Benefit Percentage, and from this amount subtract all Other Income benefits; or,
3) the Maximum Monthly Benefit.
The calculation giving the least amount is your Monthly Benefit.

**Calculation of Monthly Benefit:  Return to Work Incentive:**  *How are my Disability benefits calculated?*
If You remain Disabled after the Elimination Period and are earning more than 20% of Your Indexed Pre-disability Earnings, we will determine Your Monthly Benefit for a period of up to 12 consecutive months as follows:
1) multiply Your Pre-Disability Earnings by the Benefit Percentage;
2) multiply Your Pre-Disability Earnings by the Secondary Benefit Percentage, and from this amount subtract all Other Income benefits; or,
3) the Maximum Monthly Benefit.
The calculation giving the least amount is your Monthly Benefit. Current Monthly Earnings will not be used to reduce Your Monthly Benefit.  However, if the sum of Your Monthly Benefit and Your Current Monthly Earnings exceeds 100% of Your Pre-disability Earnings, We will reduce Your Monthly Benefit by the amount of excess.

The 12 consecutive month period will start on the last to occur of:
1) the day You first start work and are earning more than 20% of Your Indexed Pre-disability Earnings; or
2) the end of the Elimination Period.

If You remain Disabled, are not receiving benefits under the Return to Work Incentive described above, and are earning more than 20% of Your Indexed Pre-disability Earnings, We will calculate Your Monthly Benefit as the greater of:
1) the Proportionate Loss Formula; or
2) the 50% Offset Formula.

**Proportionate Loss Formula: ($A$** divided by **$B$**) x **$C$** = **$D$**, where:
    **$A$** = Your Indexed Pre-disability Earnings minus Your Current Monthly Earnings;
    **$B$** = Your Indexed Pre-disability Earnings;
    **$C$** = the Monthly Benefit which would be payable if You were Disabled and not earning more than 20% of Your Indexed Pre-disability Earnings; and
    **$D$** = the Monthly Benefit payable.

**50% Offset Formula: $W - X = Y$**, where:
    **$W$** = the Monthly Benefit which would be payable if You were Disabled and not earning more than 20% of Your Indexed Pre-disability Earnings;
    **$X$** = 50% of Your Current Monthly Earnings;
    **$Y$** = the Monthly Benefit payable.

*What happens if the sum of my Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of my Pre-disability Earnings?*
If the sum of Your Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of Your Pre-disability Earnings, We will reduce Your Monthly Benefit by the amount of the excess.  However, Your Monthly Benefit will not be less than the Minimum Monthly Benefit.

**Minimum Monthly Benefit:**  *Is there a Minimum Monthly Benefit?*
Your Monthly Benefit will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

**Partial Month Payment:**  *How is the benefit calculated for a period of less than a month?*
If a Monthly Benefit is payable for a period of less than a month, we will pay 1/30 of the Monthly Benefit for each day You were Disabled.

HART 000217

With respect to Physicians:

**Termination of Payment:**  *When will my benefit payments end?*

Benefit payments will stop on the earliest of:

1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other qualified professional;
5) the date of Your death;
6) the last day benefits are payable according to the Maximum Duration of Benefits Table; or
7) the date Your Current Monthly Earnings exceed 80% of Your Indexed Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation;
8) the date no further benefits are payable under any provision in The Policy that limits benefit duration.

With respect to All other Employees:

**Termination of Payment:**  *When will my benefit payments end?*

Benefit payments will stop on the earliest of:

1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other qualified professional;
5) the date of Your death;
6) the date You refuse to receive recommended treatment that is generally acknowledged by Physicians to cure, correct or limit the disabling condition;
7) the last day benefits are payable according to the Maximum Duration of Benefits Table; or
8) the date Your Current Monthly Earnings exceed 80% of Your Indexed Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation;
9) the date no further benefits are payable under any provision in The Policy that limits benefit duration;
10) the date You refuse to participate in a Rehabilitation program, or refuse to cooperate with or try:
    a) modifications made to the work site or job process to accommodate Your identified medical limitations to enable You to perform the Essential Duties of Your Occupation;
    b) adaptive equipment or devices designed to accommodate Your identified medical limitations to enable You to perform the Essential Duties of Your Occupation;
    c) modifications made to the work site or job process to accommodate Your identified medical limitations to enable You to perform the Essential Duties of Any Occupation, if You were receiving benefits for being disabled from Any Occupation; or
    d) adaptive equipment or devices designed to accommodate Your identified medical limitations to enable You to perform the Essential Duties of Any Occupation, if You were receiving benefits for being disabled from Any Occupation;

    provided a qualified Physician or other qualified medical professional agrees that such modifications, Rehabilitation program or adaptive equipment accommodate Your medical limitation.

**Family Care Credit Benefit:**  *What if I must incur expenses for Family Care Services in order to participate in a Rehabilitation program?*

If You are working as part of a program of Rehabilitation, We will, for the purpose of calculating Your benefit, deduct the cost of Family Care from earnings received from work as a part of a program of Rehabilitation, subject to the following limitations:

1) Family Care means the care or supervision of:
    a) Your children under age 13; or
    b) a member of Your household who is mentally or physically handicapped and dependent upon You for support and maintenance;
2) the maximum monthly deduction allowed for each qualifying child or family member is:
    a) $350 during the first 12 months of Rehabilitation; and
    b) $175 thereafter;
    but in no event may the deduction exceed the amount of Your monthly earnings;
3) Family Care Credits may not exceed a total of $2,500 during a calendar year;
4) the deduction will be reduced proportionally for periods of less than a month;
5) the charges for Family Care must be documented by a receipt from the caregiver;
6) the credit will cease on the first to occur of the following:
    a) You are no longer in a Rehabilitation program; or

16

HART 000218

    b)   Family Care Credits for 24 months have been deducted during Your Disability; and

7)   no Family Care provided by someone Related to the family member receiving the care will be eligible as a deduction under this provision.

Your Current Monthly Earnings after the deduction of Your Family Care Credit will be used to determine Your Monthly Benefit.  In no event will You be eligible to receive a Monthly Benefit under The Policy if Your Current Monthly Earnings before the deduction of the Family Care Credit exceed 80% of Your Pre-disability Earnings.

**Survivor Income Benefit:**  *Will my survivors receive a benefit if I die while receiving Disability Benefits?*
If You were receiving a Monthly Disability Benefit at the time of Your death, We will pay a Survivor Income Benefit, when We receive proof satisfactory to Us:
1)   of Your death; and
2)   that the person claiming the benefit is entitled to it.
We must receive the satisfactory proof for Survivor Income Benefits within 1 year of the date of Your death.

The Survivor Income Benefit will only be paid:
1)   to Your Surviving Spouse; or
2)   if no Surviving Spouse, in equal shares to Your Surviving Children.
If there is no Surviving Spouse or Surviving Children, then no benefit will be paid.

However, We will first apply the Survivor Income Benefit to any overpayment which may exist on Your claim.

The Survivor Income Benefit is calculated as 3 times your Maximum Monthly Benefit.

**Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died.  Spouse will include Your domestic partner or party to a civil union, provided You:
1)   have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
2)   have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

**Surviving Children** means Your unmarried children, step children, legally adopted children who, on the date You die, are primarily dependent on You for support and maintenance and who are:
1)   under age 21; or
2)   between the ages of age 21 and 25, inclusive, and in full-time attendance at an institution of learning.

The term Surviving Children will also include any other children related to You by blood or marriage or domestic partnership and who:
1)   lived with You in a regular parent-child relationship; and
2)   were eligible to be claimed as dependents on Your federal income tax return for the last tax year prior to Your death.

**Workplace Modification Benefit:**  *Will the Rehabilitation program provide for modifications to my workplace to accommodate my return to work?*
We will reimburse Your Employer for the expense of reasonable Workplace Modifications to accommodate Your Disability and enable You to return to work as an Active Employee.  You qualify for this benefit if:
1)   Your Disability is covered by The Policy;
2)   the Employer agrees to make modifications to the workplace in order to reasonably accommodate Your return to work and the performance of the Essential Duties of Your job; and
3)   We approve, in writing, any proposed Workplace Modifications.

Benefits paid for such workplace modification shall not exceed the amount equal to item number 1 of the amount of the Maximum Monthly Benefit.

We have the right, at Our expense, to have You examined or evaluated by:
1)   a Physician or other health care professional; or
2)   a vocational expert or rehabilitation specialist;
of Our choice so that We may evaluate the appropriateness of any proposed modification.

HART 000219

We will reimburse the Employer's costs for approved Workplace Modifications after:
1) the proposed modifications made on Your behalf are complete;
2) We have been provided written proof of the expenses incurred to provide such modification; and
3) You have returned to work as an Active Employee.

**Workplace Modification** means change in Your work environment, or in the way a job is performed, to allow You to perform, while Disabled, the Essential Duties of Your job.  Payment of this benefit will not reduce or deny any benefit You are eligible to receive under the terms of The Policy.

**Infectious And Contagious Disease Benefit:**  If it is disclosed that I carry an Infectious and Contagious Disease, will The Policy cover the income lost as the result of limitations placed on my license or reduced patronage?
You will be eligible to receive an Infectious and Contagious Disease Benefit when You provide verification that:
1) You carry an Infectious and Contagious Disease; and
2) You first tested positive for the Infectious and Contagious Disease after the effective date of this benefit; and
3) You are not Disabled but one or more of the following has happened:
    a) Your license to practice Your Occupation has been revoked; or
    b) You or Your license have limitations or restrictions imposed, and as a result You are unable to perform all of the Essential Duties of Your Occupation; or
    c) you lose patients as a result of voluntary or involuntary disclosure of an Infectious and Contagious Disease; and
4) throughout a period of time equal in length to the Elimination Period, You have suffered a loss of earnings in excess of 20% of Your Pre-disability Earnings immediately prior to disclosure; and
5) You have never refused to be immunized against the Infectious and Contagious Disease for which You are claiming this benefit.

*What qualifies as an Infectious and Contagious Disease?*
To qualify as an Infectious and Contagious Disease, a disease must be:
1) categorized by the Center for Disease Control as Infectious and Contagious; and
2) life threatening to You or persons with whom You may come in contact.

*What will my monthly benefit be?*
We calculate the benefit as shown below:

(A divided by B) X C = Your Infectious and Contagious Disease Benefit, payable monthly under this policy.

A= Your Pre-disability Earnings minus Your Current Monthly Earnings
B= Your Pre-disability Earnings
C= Your Maximum Benefit payable under the terms of this Policy

*How long may an Infectious and Contagious Disease Benefit be paid?*
We will stop paying this benefit on the earliest of:
    1) the date You die;
    2) the date You become eligible for Disability benefits under the terms of The Policy;
    3) the date We determine You have not made every effort to continue to work in Your Occupation on a full-time basis;
    4) the date You no longer participate with Us in seeking and applying for suitable alternate work based on Your training, education, experience, and comparable income; or
    5) the end of the Maximum Duration of Benefits Table of The Policy.

**Progressive Illness Benefit:** *Does the Policy provide a benefit if I am diagnosed with a Progressive Illness?*
If You are diagnosed with a Progressive Illness after You become covered for this benefit under this Policy and provide Us with satisfactory proof from Your Physician of a Progressive Illness, You will be eligible for this Progressive Illness Benefit.

**Progressive Illness** means a noninfectious disease or disorder of indefinite duration that causes the afflicted person to gradually become Disabled as the disease or disorder becomes more severe or the symptoms of the disease become more frequent and impact the afflicted person's ability to perform his or her own occupation.

If You become Disabled from a Progressive Illness, Your Pre-disability Earnings will be the greater of:
1) Your Pre-disability Earnings at the time You provide Us with satisfactory proof from Your Physician of Your Progressive Illness; or

HART 000220

2)   Your Pre-disability Earnings at the time You become Disabled under this Policy.

Any benefits for Disability caused by a Progressive Illness will be calculated by using Your Pre-disability Earnings as determined above, and all other terms and conditions of the Policy in effect on the date of Your Disability.

Until such time as You are Disabled under the terms of this Policy, Your premiums will be calculated based on the greater of:
1)   Your Pre-disability Earnings under this Benefit; or
2)   Your Pre-disability Earnings under the terms of this Policy.

Your Premium will not drop below the amount being paid at the time proof of Your Progressive Illness is submitted, unless You qualify for Waiver of Premium under this Policy.

**Accidental Dismemberment and Loss of Sight Benefit:**  *What benefits are payable for dismemberment or loss of sight due to an Injury?*
If, while covered under The Policy, You sustain an accidental bodily injury, which results in any of the following Losses within 365 days after the date of accident, We will pay a monthly benefit, after the Elimination Period, for at least the number of months shown opposite the Loss.

| For Loss of: | Minimum Number of Monthly Payments |
|---|---|
| Both Eyes | 46 |
| Both Hands or Both Feet | 46 |
| One Hand and One Foot | 46 |
| One Hand and One Foot | 46 |
| One Foot and One Eye | 46 |
| One Hand or One Foot | 23 |
| One Eye | 15 |
| Thumb and Index Finger of Either Hand | 12 |

The monthly benefit amount is the lesser of:
1)   the Maximum Monthly Benefit shown in the Schedule of Insurance; or
2)   Your Pre-disability Earnings multiplied by the Benefit Percentage.

**Loss** means with regard to:
1)   hands and feet, actual severance through or above wrist or ankle joints;
2)   eyes, entire and irrecoverable Loss thereof;
3)   thumb and index finger, actual severance through or above the metacarpophalangeal joints.

If You incur more than one of the listed Losses as the result of the same accident, the number of monthly benefit payments that You will receive will be limited to the Loss for which the greatest number of monthly benefit payments are shown in the above Schedule.

Benefits may continue to be payable to You after the Minimum Number of Monthly Benefit Payments have been made, if You remain Disabled.  If You die after the Elimination Period, but before the minimum number of monthly benefit payments have been made, the remaining monthly benefit payments will be made to Your estate.


# EXCLUSIONS AND LIMITATIONS

**Exclusions:**  *What Disabilities are not covered?*
The Policy does not cover, and We will not pay a benefit for any Disability:
1)   unless You are under the Regular Care of a Physician;
2)   that is caused or contributed to by war or act of war (declared or not);
3)   caused by Your commission of or attempt to commit a felony;
4)   caused or contributed to by Your being engaged in an illegal occupation; or
5)   caused or contributed to by an intentionally self inflicted injury.

If You are receiving or are eligible for benefits for a Disability under a prior disability plan that:
1)   was sponsored by Your Employer; and

19

HART 000221

2)  was terminated before the Effective Date of The Policy;
no benefits will be payable for the Disability under The Policy.

**Pre-Existing Conditions Limitation:** *Are benefits limited for Pre-existing Conditions?*
We will not pay any benefit, or any increase in benefits, under The Policy for any Disability that results from, or is caused or contributed to by, a Pre-existing Condition, unless, at the time You become Disabled:
1)  You have not received Medical Care for the condition for 3 consecutive month(s) while insured under The Policy; or
2)  You have been continuously insured under The Policy for 12 consecutive month(s).

**Pre-existing Condition** means:
1)  any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2)  any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;
for which You received Medical Care during the 3 month(s) period that ends the day before:
1)  Your effective date of coverage; or
2)  the effective date of a Change in Coverage.

**Medical Care** is received when a physician or other health care provider:
1)  is consulted or gives medical advice; or
2)  recommends, prescribes or provides Treatment.

**Treatment** includes, but is not limited to:
1)  medical examinations, tests, attendance, or observation; and
2)  use of drugs, medicines, medical services, supplies or equipment.

# GENERAL PROVISIONS

**Notice of Claim:** *When should I notify the Company of a claim?*
You must give Us, written, electronic or telephonic notice of a claim within 20 days after Disability or loss occurs.  If notice cannot be given within that time, it must be given as soon as reasonably possible after that.  Such notice must include Your name, Your address and the Participating Employer Account Number.

**Claim Forms:** *Are special forms required to file a claim?*
We will send forms to You to provide Proof of Loss, within 15 days of receiving a Notice of Claim.  If We do not send the forms within 15 days, You may submit any other written, electronic or telephonic proof which fully describes the nature and extent of Your claim.

Proof of loss is typically provided by telephone; however, if forms are required, they will be sent to You for providing Proof of Loss within 15 days after We receive a notice of claim.

**Proof of Loss:** *What is Proof of Loss?*
Proof of Loss may include but is not limited to the following:
1)  documentation of:
    a)  the date Your Disability began;
    b)  the cause of Your Disability;
    c)  the prognosis of Your Disability;
    d)  Your Pre-disability Earnings, Current Monthly Earnings or any income, including but not limited to copies of Your filed and signed federal and state tax returns; and
    e)  evidence that You are under the Regular Care of a Physician;
2)  any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
3)  the names and addresses of all:
    a)  Physicians or other qualified medical professionals You have consulted;
    b)  hospitals or other medical facilities in which You have been treated; and
    c)  pharmacies which have filled Your prescriptions within the past three years;
4)  Your signed authorization for Us to obtain and release:
    a)  medical, employment and financial information; and

HART 000222

b)  any other information We may reasonably require;
5)  Your signed statement identifying all Other Income Benefits; and
6)  proof that You and Your dependents have applied for all Other Income Benefits which are available.

You will not be required to claim any retirement benefits which You may only get on a reduced basis.  All proof submitted must be satisfactory to Us.

**Additional Proof of Loss:**  *What additional proof of loss is the Company entitled to?*
To assist Us in determining if You are Disabled, or to determine if You meet any other term or condition of The Policy, We have the right to require You to:
1)  meet and interview with our representative; and
2)  be examined by a Physician, vocational expert, functional expert, or other professional of Our choice.

Any such interview, meeting or examination will be:
1)  at Our expense; and
2)  as reasonably required by Us.

Your Additional Proof of Loss must be satisfactory to Us.  Unless We determine You have a valid reason for refusal, We may deny, suspend or terminate Your benefits if You refuse to be examined or meet to be interviewed by Our representative.

**Sending Proof of Loss:**  *When must proof of Loss be given?*
Written Proof of Loss must be sent to Us within 90 days after the start of the period for which We are liable for payment.  If proof is not given by the time it is due, it will not affect the claim if:
1)  it was not possible to give proof within the required time; and
2)  proof is given as soon as possible; but
3)  not later than 1 year after it is due, unless You are not legally competent.

We may request Proof of Loss throughout Your Disability.  In such cases, We must receive the proof within 30 day(s) of the request.

**Claim Payment:**  *When are benefit payments issued?*
When We determine that You;
1)  are Disabled; and
2)  eligible to receive benefits;

We will pay accrued benefits at the end of each month that You are Disabled.  We may, at Our option, make an advance benefit payment based on Our estimated duration of Your Disability.  If any payment is due after a claim is terminated, it will be paid as soon as Proof of Loss satisfactory to Us is received.

**Claims to be Paid:**  *To whom will benefits for my claim be paid?*
All payments are payable to You.  Any payments owed at Your death may be paid to Your estate.  If any payment is owed to:
1)  Your estate;
2)  a person who is a minor; or
3)  a person who is not legally competent;

then We may pay up to $1,000 to a person who is Related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Claim Denial:**  *What notification will I receive if my claim is denied?*
If a claim for benefits is wholly or partly denied, You will be furnished with written notification of the decision. This written notification will:
1)  give the specific reason(s) for the denial;
2)  make specific reference to The Policy provisions on which the denial is based;
3)  provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4)  provide an explanation of the review procedure.

**Claim Appeal:**  *What recourse do I have if my claim is denied?*
On any claim, You or Your representative may appeal to Us for a full and fair review.  To do so You:
1)  must request a review upon written application within:
    a)  180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
    b)  60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2)  may request copies of all documents, records, and other information relevant to Your claim; and
3)  may submit written comments, documents, records and other information relating to Your claim.

HART 000223

We will respond to You in writing with Our final decision on the claim.

**Arbitration:** *What recourse do I have if I disagree with the Company about the decision which was made regarding my claim for Disability Benefits?*
If You disagree with Us about a decision We make, after Our final review of Your claim for Disability Benefits, You have the right to refer the dispute to an arbitrator.

To proceed You must call the main office of the American Arbitration Association in Washington, D.C. to request arbitration proceeding. You shall invoke the arbitration proceeding in accordance with the procedures established for Employee Benefit Plan Claims by the American Arbitration Association.

Arbitration shall be conducted by a sole, neutral arbitrator selected from the approved panel maintained by the American Arbitration Association for employee benefit disputes.

The expense of the arbitration shall be borne equally by You and Us unless otherwise ordered by the arbitrator.

The decision of the arbitrator shall be final and binding, and judgment upon the award may be entered in any court having jurisdiction thereof.

**Social Security:** *When must I apply for Social Security Benefits?*
You must apply for Social Security disability benefits when the length of Your Disability meets the minimum duration required to apply for such benefits. You must apply within 45 days from the date of Our request. If the Social Security Administration denies Your eligibility for benefits, You will be required:
1) to follow the process established by the Social Security Administration to reconsider the denial; and
2) if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**Benefit Estimates:** *How does the Company estimate Disability benefits under the United States Social Security Act?*
We reserve the right to reduce Your Monthly Benefit by estimating the Social Security disability benefits You or Your spouse and children may be eligible to receive.

When We determine that You or Your Dependent may be eligible for benefits, We may estimate the amount of these benefits. We may reduce Your Monthly Benefit by the estimated amount.
Your Monthly Benefit will not be reduced by estimated Social Security disability benefits if:
1) You apply for Social Security disability benefits and pursue all required appeals in accordance with the Social Security provision; and
2) You have signed a form authorizing the Social Security Administration to release information about awards directly to Us; and
3) You have signed and returned Our reimbursement agreement, which confirms that You agree to repay all overpayments.

If We have reduced Your Monthly Benefit by an estimated amount and:
1) You or Your Dependent are later awarded Social Security disability benefits, We will adjust Your Monthly Benefit when We receive proof of the amount awarded, and determine if it was higher or lower than Our estimate; or
2) Your application for disability benefits has been denied, We will adjust Your Monthly Benefit when You provide Us proof of final denial from which You cannot appeal from an Administrative Law Judge of the Office of Hearing and Appeals.

If Your Social Security Benefits were lower than we estimated, and We owe You a refund, We will make such refund in a lump sum. If Your Social Security Benefits were higher than we estimated, and If Your Monthly Benefit has been overpaid, You must make a lump sum refund to Us equal to all overpayments, in accordance with the Overpayment Recovery provision

**Overpayment:** *When does an overpayment occur?*
An overpayment occurs:
1) when We determine that the total amount We have paid in benefits is more than the amount that was due to You under The Policy; or
2) when payment is made by Us that should have been made under another group policy.

This includes, but is not limited to, overpayments resulting from:

HART 000224

1) retroactive awards received from sources listed in the Other Income Benefits definition;
2) failure to report, or late notification to Us of any Other Income Benefit(s) or earned income;
3) misstatement;
4) fraud; or
5) any error We may make.

**Overpayment Recovery:**  *How does the Company exercise the right to recover overpayments?*
We have the right to recover from You any amount that We determine to be an overpayment.  You have the obligation to refund to Us any such amount.  Our rights and Your obligations in this regard may also be set forth in the reimbursement agreement You will be required to sign when You become eligible for benefits under The Policy.

If benefits are overpaid on any claim, You must reimburse Us within 30 days.

If reimbursement is not made in a timely manner, We have the right to:
1) recover such overpayments from:
   a) You;
   b) any other organization;
   c) any other insurance company;
   d) any other person to or for whom payment was made; and
   e) Your estate;
2) reduce or offset against any future benefits payable to You or Your survivors, including the Minimum Monthly Benefit, until full reimbursement is made. Payments may continue when the overpayment has been recovered;
3) refer Your unpaid balance to a collection agency; and
4) pursue and enforce all legal and equitable rights in court.

**Subrogation:**  *What are the Company's subrogation rights?*
If You:
1) suffer a Disability because of the act or omission of a Third Party;
2) become entitled to and are paid benefits under The Policy in compensation for lost wages; and
3) do not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;
then We will be subrogated to any rights You may have against the Third Party and may, at Our option, bring legal action against the Third Party to recover any payments made by Us in connection with the Disability.

**Reimbursement:**  *What are the Company's Reimbursement Rights?*
We have the right to request to be reimbursed for any benefit payments made or required to be made under The Policy for a Disability for which You recover payment from a Third Party.

If You recover payment from a Third Party as:
1) a legal judgment;
2) an arbitration award; or
3) a settlement or otherwise;
You must reimburse Us for the lesser of:
1) the amount of payment made or required to be made by Us; or
2) the amount recovered from the Third Party less any reasonable legal fees associated with the recovery.

**Third Party** means any person or legal entity whose act or omission, in full or in part, causes You to suffer a Disability for which benefits are paid or payable under The Policy.

**Legal Actions:**  *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
1) sooner than 60 days after the date Proof of Loss is given; or
2) more than 3 years after the date Proof of Loss is required to be given according to the terms of The Policy.

**Insurance Fraud:**  *How does the Company deal with fraud?*
Insurance Fraud occurs when You and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You and/or Your Employer commit Insurance Fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit Insurance Fraud.  We will pursue all available legal remedies if You and/or Your Employer perpetrate Insurance Fraud.

HART 000225

**Misstatements:**  *What happens if facts are misstated?*
If material facts about You were not stated accurately:
1) Your premium may be adjusted; and
2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement, except fraudulent misstatements, made by You relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for three years during Your lifetime.  In order to be used, the statement must be in writing and signed by You.

# DEFINITIONS

**Actively at Work** means at work with the Employer on a day that is one of the Employer's scheduled workdays.  On that day, You must be performing for wage or profit all of the regular duties of Your Occupation:
1) in the usual way; and
2) for Your usual number of hours.

We will consider You Actively at Work on a day that is not a scheduled work day only if You were Actively at Work on the preceding scheduled work day.

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business.  This must be at least the number of hours shown in the Schedule of Insurance.

**Any Occupation** means any occupation for which You are qualified by education, training or experience, and that has an earnings potential greater than 60% of Your Indexed Pre-disability Earnings.

**Bonuses** means the monthly average of monetary bonuses You received from:
1) the Employer during the 12 month(s) period immediately prior to the last day You were Actively at Work before You became Disabled;
2) the Employer during the total period of time You worked for the Employer, if less than the above period; or
3) any employer or for any work You perform during Your Period of Disability.

**Commissions** means the monthly average of monetary commissions You received from:
1) the Employer during the 12 month(s) period immediately prior to the last day You were Actively at Work before You became Disabled;
2) the Employer during the total period of time You worked for the Employer, if less than the above period; or
3) any employer or for any work You perform during Your Period of Disability.

**Current Monthly Earnings** means monthly earnings You receive from:
1) Your Employer;
2) other employment; and
3) any other work for pay or profit;
while You are Disabled.  Current Monthly Earnings will include Bonuses and Commissions and will be pro-rated as necessary.

However, if the other employment is a job You held in addition to Your job with Your Employer, then during any period that You are entitled to benefits for being Disabled from Your Occupation, only the portion of Your earnings that exceeds Your average earnings from the other employer over the 6 month(s) period just before You became Disabled will count as Current Monthly Earnings.

**Disability or Disabled** means You are prevented from performing one or more of the Essential Duties of:
1) Your Occupation during the Elimination Period; and
2) Your Occupation following the Elimination Period, and as a result Your Current Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.

If at the end of the Elimination Period, You are prevented from performing one or more of the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total period of 12 months from the original date of Disability, or until such time as Your Current Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

HART 000226

Your Disability must result from:
1) accidental bodily injury;
2) sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered.

**Employer** means the Policyholder.

**Essential Duty** means a duty that:
1) is substantial, not incidental;
2) is fundamental or inherent to the occupation; and
3) cannot be reasonably omitted or changed.
Your ability to work the number of hours in Your regularly scheduled work week is an Essential Duty.

**Indexed Pre-disability Earnings** means Your Pre-disability Earnings adjusted annually by 5%. The first adjustment will take effect on the first day of the month following receipt of 12 months of benefits.  After this first adjustment, Your Pre-disability Earnings will be increased annually by an additional adjustment of 5%, compounded on the first day of the month following each anniversary of the date of the initial adjustment.

**Mental Illness** means a mental disorder as listed in the current version of the Diagnostic and Statistical Manual of Mental Disorders, published by the American Psychiatric Association.  A Mental Illness may be caused by biological factors or result in physical symptoms or manifestations.

For the purpose of The Policy, Mental Illness does not include the following mental disorders outlined in the Diagnostic and Statistical Manual of Mental Disorders:
1) Mental Retardation;
2) Pervasive Developmental Disorders;
3) Motor Skills Disorder;
4) Substance-Related Disorders;
5) Delirium, Dementia, and Amnesic and Other Cognitive Disorders; or
6) Narcolepsy and Sleep Disorders related to a General Medical Condition.

**Monthly Benefit** means a monthly sum payable to You while You are Disabled, subject to the terms of The Policy.

**Other Income Benefits** means the amount of any benefit for loss of income, provided to You or Your family, as a result of the period of Disability for which You are claiming benefits under The Policy.  This includes any such benefits for which You or Your family are eligible or that are paid to You, or Your family or to a third party on Your behalf, pursuant to any:
1) temporary, permanent disability, or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2) governmental law or program that provides disability or unemployment benefits as a result of Your job with the Employer;
3) income from Your Employer under any plan or arrangement of coverage, not including income from any accumulated sick time, salary continuation or paid time off plan, whether insured or not, during the first 12 months of Your Disability, only to the extent that the sum of Your income from Your Employer, Monthly Benefit, Current Monthly Earnings and any Other Income Benefits exceed 100% of Your Pre-disability Earnings;
4) income from Your Employer under any plan or arrangement of coverage, not including income from any accumulated sick time, salary continuation or paid time off plan, whether insured or not, after the first 12 months of Your Disability;
5) mandatory "no fault" automobile insurance plan;
6) disability benefits under:
   a) the United States Social Security Act or alternative plan offered by a state or municipal government;
   b) the Railroad Retirement Act;
   c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or

HART 000227

    d)  similar plan or act;
that You, Your spouse and/or children, are eligible to receive because of Your Disability; or
7)  disability benefit from the Department of Veterans Affairs, or any other foreign or domestic governmental agency:
    a)  that begins after You become Disabled; or
    b)  that You were receiving before becoming Disabled, but only as to the amount of any increase in the benefit attributed to Your Disability; or
8)  Employer sponsored group insurance.

Other Income Benefits also means any payments that are made to You or to Your family, or to a third party on Your behalf, pursuant to any:
1)  disability benefit under Your Employer's Retirement plan;
2)  temporary, permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
3)  portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for Your loss of earnings; or
4)  retirement benefits under:
    a)  the United States Social Security Act or alternative plan offered by a state or municipal government;
    b)  the Railroad Retirement Act;
    c)  the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan;
    d)  similar plan or act;
that You, Your spouse and children  receive because of Your retirement, unless You were receiving them prior to becoming Disabled.

Other Income Benefits will not include:
1)  early retirement benefits under the United States Social Security Act that are not received;
2)  the amount of any increase in benefits paid under any federal or state law, if the increase:
    a) takes effect after the date benefits become payable under The Policy; and
    b) is a general increase which is required by law and applies to all persons who are entitled to such benefits;
3)  group credit or mortgage disability insurance benefits;
4)  any benefits or proceeds from:
    a)  personal investment income;
    b)  Veteran's Administration Disability and military retirement benefits You are receiving prior to becoming Disabled;
    c)  a military retirement pension plan;
    d)  defined contribution plan from a professional corporation;
    e)  individual or Employer sponsored IRA or tax sheltered annuity, or deferred compensation plan;
    f)  employee stock option plan or any thrift plan;
    g)  a partner or proprietor H.R. 10 (Keogh) plan under the self-employed individual Retirement Act;
    h)  a capital account; or
    i)  individual insurance benefits.

If You are paid Other Income Benefits in a lump sum or settlement, You must provide proof satisfactory to Us of:
1)  the amount attributed to loss of income; and
2)  the period of time covered by the lump sum or settlement.

We will pro rate the lump sum or settlement over this period of time.  If You cannot or do not provide this information, We will assume the entire sum to be for loss of income, and the time period to be 60 month(s).  We may make a retroactive allocation of any retroactive Other Income Benefit.  A retroactive allocation may result in an overpayment of Your claim.

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:
1)  takes effect after the date benefits become payable under The Policy; and
2)  is a general increase which applies to all persons who are entitled to such benefits.

**Participating Employer** means an Employer who agrees to participate in the Trust, pays the required contribution for the Active Employees and is a participant in accordance with the provisions of The Policy.

**Physician** means a person who is:
1)  a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;

HART 000228

2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not You or Related to You by blood or marriage.

**Pre-disability Earnings** means Your regular monthly rate of pay from Your Employer, not including Bonuses and Commissions, in effect on the last day You were Actively at Work before You became Disabled.  Pre-disability Earnings does not include any other fringe benefits or extra compensation.  In addition, earnings from overtime or on-call hours are not included unless regularly scheduled.

Pre-disability Earnings also includes a monthly average of Call Back, In House Work Units and Annual Stipend paid to You over the calendar year immediately prior to the last day You were Actively at Work before You became Disabled.

Pre-disability Earnings includes contributions You make through a salary reduction agreement with the Employer to:
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Prior Policy** means the long term disability insurance carried by the Employer or affiliated company as identified by the Employer on the day before the Policy Effective Date.

**Regular Care of a Physician** means that You are being treated by a Physician:
1) whose medical training and clinical experience are suitable to treat Your disabling condition; and
2) whose treatment is:
   a) consistent with the diagnosis of the disabling condition;
   b) according to guidelines established by medical, research, and rehabilitative organizations; and
   c) administered as often as needed;
   to achieve the maximum medical improvement.

**Rehabilitation** means a process of Our working together with You in order for Us to plan, adapt, and put into use options and services to meet Your return to work needs.  A Rehabilitation program may include, when We consider it to be appropriate, any necessary and feasible:
1) vocational testing;
2) vocational training;
3) alternative treatment plans such as:
   a) support groups;
   b) physical therapy;
   c) occupational therapy; or
   d) speech therapy;
4) work-place modification to the extent not otherwise provided;
5) job placement;
6) transitional work; and
7) similar services.

**Related** means Your spouse or other adult living with You, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild or someone in a similar relationship in law to You.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for Your retirement and which is not funded wholly by Your contributions.  It does not include:
1) a profit sharing plan;
2) thrift, savings or stock ownership plans;
3) a non-qualified deferred compensation plan; or
4) an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan, 403(b) plan or 457 deferred compensation arrangement.

**Sickness** means a Disability or loss which is:
1) caused or contributed to by:
   a) any condition, illness, disease or disorder of the body;
   b) an infection, except a pus-forming infection of an accidental cut or would [or bacterial infection resulting from an accidental ingestion of a contaminated substance];

HART 000229

    c)   hernia of any type unless it is the immediate result of an accidental Injury covered by The Policy; or
    d)   pregnancy
2)   caused or contributed to by any medical or surgical treatment for a condition shown in item 1) above.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:

    1)   impairments in social and/or occupational functioning;
    2)   debilitating physical condition;
    3)   inability to abstain from or reduce consumption of the substance; or
    4)   the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**The Policy** means the Policy which We issued to the Policyholder under the Policy Number shown on the face page.

**Trust** means the Policyholder stated on the face page of The Policy.

**We, Our, or Us** means the insurance company named on the face page of The Policy.

**Your Occupation** means Your Occupation, as it is recognized in the general workplace, that You were routinely performing prior to becoming Disabled. Your Occupation does not mean the specific job You are performing for a specific employer or at a specific location.

If You are a Physician, Your Occupation means the general or sub-specialty in which You are practicing for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties.  If the sub-specialty in which You are practicing is not recognized by the American Board of Medical Specialties, You will be considered practicing in the general specialty category.

**You or Your** means the person to whom this certificate is issued.

HART 000230



**AMENDATORY RIDER**

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.

For <u>Arkansas</u> residents:
    The provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Colorado</u> residents:
    The **Complications of Pregnancy** definition is replaced by the following:
        **Complications of Pregnancy** means a condition whose diagnosis is distinct from pregnancy but adversely affected or caused by pregnancy, such as:
        1)  acute nephritis or nephrosis;
        2)  cardiac decompensation;
        3)  missed abortion; and
        4)  similar medical and surgical conditions of comparable severity.

    Complications of Pregnancy will also include:
        1)  pre-eclampsia;
        2)  placenta previa;
        3)  physician prescribed bed rest for intra-uterine growth retardation, funneling, incompetent cervix;
        4)  termination of ectopic pregnancy;
        5)  spontaneous termination of pregnancy, occurring during a period of gestation in which a viable birth is not possible;
        6)  non-elective cesarean section; and
        7)  similar medical and surgical conditions of comparable severity.

    However, the term Complications of Pregnancy will not include:
        1)  elective cesarean section;
        2)  false labor, occasional spotting, or morning sickness;
        3)  hyperemesis gravidarum; or
        4)  similar conditions associated with the management of a difficult pregnancy not consisting of a nosologically distinct Complications of Pregnancy.

For <u>Delaware</u> residents:
    1)  The definition of **Spouse** is amended to include the following:
        Spouse will include Your party to a civil union, provided You:
        1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
        2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
        You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

    2)  The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
        **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy.  You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

    3)  The **Change in Family Status** provision is replaced with the following:
        **Change in Family Status**:  *What constitutes a Change in Family Status?*
        A Change in Family Status means:

HART 000231

      1)  You get married or enter into a civil union;
      2)  You and Your spouse divorce or You terminate a civil union;
      3)  Your child is born or You adopt or become the legal guardian of a child;
      4)  Your spouse or civil union partner dies;
      5)  Your child is emancipated or dies;
      6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
      7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For Hawaii residents:
1)  The definition of **Spouse** is amended to include the following:
    Spouse will include Your party to a civil union, provided You:
      1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2)  The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
    **Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died.  Spouse will include Your party to a civil union, provided You:
      1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3)  The **Change in Family Status** provision is replaced with the following:
    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
      1)  You get married or enter into a civil union;
      2)  You and Your spouse divorce or You terminate a civil union;
      3)  Your child is born or You adopt or become the legal guardian of a child;
      4)  Your spouse or civil union partner dies;
      5)  Your child is emancipated or dies;
      6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
      7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For Illinois residents:
1)  The definition of **Spouse** is amended to include the following:
    Spouse will include Your party to a civil union, provided You:
      1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

2)  The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
    **Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died.  Spouse will include Your party to a civil union, provided You:
      1)  have established that You and Your partner are parties to a civil union for purposes of The Policy; or
      2)  have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
    You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3)  The **Change in Family Status** provision is replaced with the following:
    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
      1)  You get married or enter into a civil union;
      2)  You and Your spouse divorce or You terminate a civil union;

HART 000232

3)  Your child is born or You adopt or become the legal guardian of a child;
4)  Your spouse or civil union partner dies;
5)  Your child is emancipated or dies;
6)  Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
7)  You have a change in classification from part-time to full-time or from full-time to part-time.

For Indiana residents:
The last sentence in the **Policy Interpretation** provision is deleted and replaced by the following:
This provision applies only where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. 1001 et seq.

For Louisiana residents, the following provision is added:
**Reinstatement after Military Service:** *Can my coverage be reinstated after return from active military service?*
If:
1)  Your coverage terminates because You enter active military service; and
2)  You are rehired within 12 months of the date You return from active military service;
then coverage may be reinstated, provided You request such reinstatement within 31 days of the date you return to work.

The reinstated coverage will:
1)  be the same coverage amounts in force on the date coverage terminated; and
2)  not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
3)  be subject to all the terms and provisions of The Policy.

For Maine residents, the following provision is added:
**Reinstatement:** *Can my coverage be reinstated after it ends?*
We will reinstate The Policy upon receipt of all current and late premiums if:
1)  You, any person authorized to act on Your behalf, or any of Your dependents may request reinstatement of The Policy within 90 days following cancellation of The Policy for nonpayment of premium provided You suffered from cognitive impairment or functional incapacity at the time the contract cancelled; and
2)  all current and late premium payments are received within 15 days of Our request.

We may request a medical demonstration, at Your expense, that You suffered from cognitive impairment or functional incapacity at the time of cancellation of The Policy.

For Maryland residents, the definition of **Surviving Spouse** in the **Survivor Income Benefit** is deleted and replaced by the following:
**Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy. You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

For Massachusetts residents:
1)  the following is added to the **Continuation Provisions:**
In accordance with Massachusetts state law, if Your insurance terminates because Your employment terminates or You cease to be a member of an eligible class, Your insurance will automatically be continued until the end of a 31 day period from the date Your insurance terminates or the date You become eligible for similar benefits under another group plan, whichever occurs first.

Additionally, if Your insurance terminates because Your employment is terminated as a result of a plant closing or covered partial closing, Your insurance may be continued. You must elect in writing to continue insurance and pay the required premium for continued coverage. Coverage will cease on the earliest to occur of the following dates:
1)  90 days from the date You were no longer eligible for coverage as a Full-time Active Employee;
2)  the date You become eligible for similar benefits under another group plan;
3)  the last day of the period for which required premium is made;
4)  the date the group insurance policy terminates; or
5)  the date Your Employer ceases to be a Participant Employer, if applicable.

HART 000233

Continued coverage is subject to all other applicable terms and conditions of The Policy.

2) The **Surviving Children** definition in the **Survivor Income Benefit** will also include a child in the process of adoption.

For <u>Michigan</u> residents, the **Policy Interpretation** provision is deleted in its entirety.

For <u>Minnesota</u> residents:
1) the definition of **Any Occupation** is amended by the addition of the phrase "or may reasonably become qualified" to the first line;
2) The first two paragraphs of the **Pre-Existing Conditions Limitation** provision are deleted and replaced by the following:
   No benefit will be payable under The Policy for any Disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability or loss is incurred:
   1) After the lesser of the last day of:
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      while insured, during which you receive no medical care for the Pre-Existing Condition; or
   2) After the lesser of the last day of:
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      during which you have been continuously insured under The Policy.
   The amount of a benefit increase, which results from a change in benefit options, a change of class or a change in The Policy, will not be paid for any disability that is due to, contributed to by, or results from a Pre-Existing Condition, unless such Disability begins:
   1) After the lesser of the last day of :
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      while insured for the increased benefit amount during which you receive no medical care for the Pre-Existing Condition; or
   2) After the lesser of the last day of :
      a) the number of days stated in Your certificate; or
      b) 730 consecutive days;
      during which you have been continuously insured for the increased benefit amount.
3) The definition of **Pre-existing Condition** in the **Pre-Existing Conditions Limitation** provision is deleted and is replaced by the following:
   **Pre-existing Condition** means any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse for which You received Medical Care during the lesser of:
   1) the period of time stated in Your certificate; or
   2) the 730 day period;
      that ends the day before:
   3) Your effective date of coverage; or
   4) the effective date of a Change in Coverage.
4) The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
   **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You have executed a Domestic Partner Affidavit acceptable to us, establishing that You and Your partner are domestic partners for purposes of this Policy.  You will continue to be considered domestic partners provided You continue to meet the requirements described in the Domestic Partner Affidavit.

For <u>Missouri</u> residents:
1) intentionally self-inflicted injury, suicide or attempted suicide, while sane; or
2) The Arbitration provision is deleted.

For <u>Montana</u> residents:
1) Pregnancy will be covered, the same as any other Sickness, anything in the Policy to the contrary notwithstanding.
2) The Arbitration provision is deleted.

For <u>New Hampshire</u> residents:

HART 000234

1) The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2) LTD  The time period, stated in the **Recurrent Disability** provision, within which a Disability must recur in order to be considered the same Period of Disability is changed to 6 months, if less than 6 months.
3) The **Policy Interpretation** provision is deleted and replaced by the following:

    Under ERISA, the Company is hereby designated by the plan sponsor as a claim fiduciary with discretionary authority to determine eligibility for benefits and to interpret and construe the terms and provisions of the policy.  As claim fiduciary, the Company has a duty to administer claims solely in the interest of the participants and beneficiaries of the employee benefit plan and in accordance with the documents and instruments governing the plan.  This assignment of discretionary authority does not prohibit a participant or beneficiary from seeking judicial review of the Company's benefit eligibility determination after exhausting administrative remedies.  The assignment of discretionary authority made under this provision may affect the standard of review that a court will use in reviewing the appropriateness of the Company's determination.  In order to prevail, a plan participant or beneficiary may be required to prove that the Company's determination was arbitrary and capricious or an abuse of discretion.

4) The time periods stated in the **Claim Appeal** provision are changed to 180 days, if less than 180 days.
5) The Arbitration provision is deleted.

For New Jersey residents:
1) The **Change in Family Status** provision is replaced with the following:

    **Change in Family Status**:  *What constitutes a Change in Family Status?*
    A Change in Family Status means:
    1) You get married or enter into a civil union;
    2) You and Your spouse divorce or You terminate a civil union;
    3) Your child is born or You adopt or become the legal guardian of a child;
    4) Your spouse or civil union partner dies;
    5) Your child is emancipated or dies;
    6) Your spouse or civil union partner is no longer employed, which results in a loss of group insurance; or
    7) You have a change in classification from part-time to full-time or from full-time to part-time.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** provision is replaced with the following:
    **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died.

    Spouse will include Your party to a civil union, provided You have registered as parties to a civil union with a government agency or office where such registration is available.  You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

3) The second paragraph of the **Surviving Children** definition in the **Survivor Income Benefit** provision is replaced with the following:
    The term Surviving Children will also include any other children related to You by blood or marriage or civil union and who:
    1) lived with You in a regular parent-child relationship; and
    2) were eligible to be claimed as dependents on Your federal income tax return for the last tax year prior to Your death.

For North Carolina residents:
1) The definition of **Other Income Benefits** is amended by the deletion of 'mandatory "no-fault" automobile insurance plan';
2) The last sentence of the first paragraph of the **Disability Benefit** is amended by the addition of the following clause:  "unless qualified medical professionals have determined that further medical care and treatment would be of no benefit to you."
3) The exclusion regarding Workers' Compensation benefits is replaced by the following in the **Exclusions** provision:
    for which the final adjudication or a Workers' Compensation claim determines that benefits are paid, or may be paid, if duly claimed;
4) The **Subrogation** provision is deleted.

For Oregon residents:
1) The **Spouse** definition is amended to include the following:

33

HART 000235

Spouse will include Your domestic partner provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

2) The definition of **Surviving Spouse** in the **Survivor Income Benefit** section is replaced with the following:
**Survivor Income Benefit:** *Will my survivors receive a benefit if I die while receiving Disability Benefits?*
**Surviving Spouse** means Your wife or husband who was not legally separated or divorced from You when You died.
Spouse will include Your domestic partner provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.

3) The **Change in Family Status** provision is replaced by the following:
**Change in Family Status**: *What constitutes a Change in Family Status?*
A Change in Family Status means:
1) You get married or register as domestic partners or You execute a domestic partner affidavit;
2) You and Your spouse divorce or You terminate a domestic partnership;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your spouse or domestic partner dies;
5) Your child is emancipated or dies;
6) Your spouse or domestic partner is no longer employed, which results in a loss of group insurance; or
7) You have a change in classification from part-time to full-time or from full-time to part-time.

4) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:
Jury Duty:  If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:
1) elected to have Your coverage continued; and
2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

For Puerto Rico residents, the **Policy Interpretation** provision is deleted in its entirety.

For South Carolina residents:
1) The first paragraph of the **Continuity from a Prior Policy** provision is replaced by the following:
If You become insured under The Policy on the Policy Effective Date and **within 30 days of being covered under the Prior Policy**, the Pre-existing Conditions Limitation will end on the earliest of:
1) the Policy Effective Date, if Your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Policy; or
2) the date the restriction would have ceased to apply had the Prior Policy remained in force, if Your coverage was limited by a pre-existing condition limitation under the Prior Policy.
2) The time period in the Notice of Claim provision is changed to 20 days, if not already 20 days.
3) The following is added to the Physical Examinations and Autopsy provision:  "Such autopsy must be performed during the period of contestability and must take place in the state of South Carolina."

For South Dakota residents:
1) The definition of **Physician** is deleted and replaced by the following:
**Physician** means a legally qualified physician or surgeon other than a physician or surgeon who is related to You by blood or marriage or a physician or surgeon who is a partner of S-Corp Shareholder working with You in the same business.  This does not apply in areas in which the immediate family member is the only physician in the area and acting within the scope of their normal employment.

HART 000236

2)  The definition of **Other Income Benefits** is amended by the deletion of all references to **Your family, Your spouse and/or children.**

For <u>Texas</u> residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Utah</u> residents:
1)  The time period during which You must be continuously insured in order to exercise the **Conversion Right** is changed to 6 consecutive months, if not already 6 consecutive months.
2)  The time period in the **Sending Proof of Loss** provision is changed to 90 days, if not already 90 days.
3)  The **Policy Interpretation** provision is deleted and replaced by the following:
    Benefits under this plan will be paid only if We, the plan administrator, decides in Our discretion that you are entitled to them.  We also have discretion to determine eligibility for benefits and to interpret the terms of conditions of the benefit plan.  Determinations made by Us, the plan administrator, pursuant to this reservation of discretion does not prohibit or prevent a claimant from seeking judicial review in federal court or Our determinations.

    The reservation of discretion made under this provision only establishes the scope of review that a federal court will apply when you seek judicial review of our determination of eligibility for benefits, the payment of benefits, or interpretation of the terms and conditions applicable to the plan.

    We are an insurance company that provides insurance of this plan and the federal court will determine the level of discretion that it will accord Our determination.

For <u>Vermont</u> residents:
**Purpose:**  Vermont law requires that health insurers offer coverage to parties to a civil union that is equivalent to coverage provided to married persons.
**Definitions, Terms, Conditions and Provisions:**  The definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:
1)  Terms that mean or refer to a marital relationship, or that may be construed to mean or refer to a marital relationship, such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms, include the relationship created by a civil union established according to Vermont law.
2)  Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union established according to Vermont law.
3)  Terms that mean or refer to family relationships arising from a marriage, such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include family relationships created by a civil union established according to Vermont law.
4)  "Dependent" means a spouse, a party to a civil union established according to Vermont law, and a child or children (natural, stepchild, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.
5)  "Child or covered child" means a child (natural, step-child, legally adopted or a minor or disabled child who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union established according to Vermont law.
**CAUTION:  FEDERAL LAW RIGHTS MAY OR MAY NOT BE AVAILABLE**
Vermont law grants parties to a civil union the same benefits, protections and responsibilities that flow from marriage under state law.  However, some or all of the benefits, protections and responsibilities related to health insurance that are available to married persons under federal law may not be available to parties to a civil union.  For example, federal law, the Employee Income Retirement Security Act of 1974 known as "ERISA", controls the employer/employee relationship with regard to determining eligibility for enrollment in private employer health benefit plans.  Because of ERISA, Act 91 does not state requirements pertaining to a private employer's enrollment of a party to a civil union in an ERISA employee welfare benefit plan.  However, governmental employers (not federal government) are required to provide health benefits to the dependents of a party to a civil union if the public employer provides health benefits to the dependents of married persons.  Federal law also controls group health insurance continuation rights under COBRA for employers with 20 or more employees as well as the Internal Revenue Code treatment of health insurance premiums.  As a result, parties to a civil union and their families may or may not have access to certain benefits under this policy, contract, certificate, rider or endorsement that derive from federal law.  You are advised to seek expert advice to determine your rights under this contract.

HART 000237

For Washington residents:

1) The definition of **Surviving Spouse** in the **Survivor Income Benefit** is amended to read as follows:
   **Surviving Spouse** means Your spouse who was not legally separated or divorced from You when You died. "Spouse" will include Your domestic partner, provided You:
   1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy or;
   2) have registered as domestic partners with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.

   You will continue to be considered domestic partners provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

2) The definition of **Spouse** is amended to include the following:
   Spouse will include Your domestic partner provided You:
   1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy or;
   2) have registered as domestic partners with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.

   You will continue to be considered domestic partners provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

For Wisconsin residents, the time periods stated in the **Claim Appeal** provision are removed.

In all other respects, the Policy and certificates remain the same.

Signed for Hartford Life and Accident Insurance Company

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

36

HART 000238

**ERISA INFORMATION**
**THE FOLLOWING NOTICE**
**CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended.  ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan.  This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company  (Insurance Company) and are subject to the Policy's terms and conditions.  The Policy is incorporated into, and forms a part of, the Plan.  The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy.  The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

---

1.  **Plan Name**

    Group Long Term Disability Plan for employees of NORTHWEST PERMANENTE, P.C..

---

2.  **Plan Number**

    LTD - 509

---

3.  **Employer/Plan Sponsor**

    NORTHWEST PERMANENTE, P.C.
    500 NE Multnomah
    Suite 100
    Portland, OR 97232-2031

---

4.  **Employer Identification Number**

    93-0698548

---

5.  **Type of Plan**

    Welfare Benefit Plan providing Group Long Term Disability.

---

6.  **Plan Administrator**

    NORTHWEST PERMANENTE, P.C.
    500 NE Multnomah
    Suite 100
    Portland, OR 97232-2031

---

7.  **Agent for Service of Legal Process**

---

HART 000239

For the Plan

NORTHWEST PERMANENTE, P.C.
500 NE Multnomah
Suite 100
Portland, OR 97232-2031

For the Policy:

Hartford Life and Accident Insurance Company
200 Hopmeadow St.
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

---

8. **Sources of Contributions (Long Term Disability)** The Employer pays the premium for the insurance, but may allocate part of the cost to the employee, or the employee may pay the entire premium.  The Employer determines the portion of the cost to be paid by the employee.  The insurance company/provider determines the cost according to the rate structure reflected in the Policy of Incorporation.

---

9. **Type of Administration**    The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

---

10. The Plan and its records are kept on a Calendar Year basis.

---

11. **Labor Organizations**

   None

---

12. **Names and Addresses of Trustees**

   None

---

13. **Plan Amendment Procedure**

   The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

   The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

HART 000240

**STATEMENT OF ERISA RIGHTS**

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended.  ERISA provides that all Plan participants shall be entitled to:

1.  **Receive Information About Your Plan and Benefits**

    a)  Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
    b)  Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description.  The administrator may make a reasonable charge for the copies.
    c)  Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

2.  **Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

3.  **Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.  Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals.  If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

4.  **Assistance with Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**CLAIM PROCEDURES**

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy.  The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Claim Procedures for Claims Requiring a Determination of Disability**

HART 000241

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator.  The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital.  Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative.  The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim.  The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Plan, identifies those matters and gives the date by which it expects to render its decision.  If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to our request.  If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include:  1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, 4) a description of the review procedures and time limits applicable to such procedures, 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal, and 6) (A) if an internal rule, guideline, protocol or other similar criterion was relied upon in making the denial, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the denial and that a copy will be provided free of charge to you upon request, or (B) if denial is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review.  You must complete this claim appeal process before you file an action in court.  Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial.  As part of your appeal:

1.   you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.   you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal.  The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision.  If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual.  The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether that advice was relied upon in making that decision.  When deciding an appeal that is based in whole or part on medical judgment, we will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual.  If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

HART 000242

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a statement that you have the right to bring a civil action under section 502(a) of ERISA, 4) a statement that you may request, free of charge, copies of all documents, records, and other information relevant to your claim; 5) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the decision on appeal, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the decision on appeal and that a copy will be provided free of charge to you upon request, or (B) if the decision on appeal is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the decision on appeal, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request, and 6) any other notice(s), statement(s) or information required by applicable law.

## Claim Procedures for Claims Not Requiring a Determination of Disability

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator.  The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital.  Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative.  The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim.  However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision.  If extended, a decision shall be made no more than 180 days after your claim was received.  If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include: 1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review.  You must complete this claim appeal process before you file an action in court.  Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial.  As part of your appeal:

1.  you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.  you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal.  However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision.  If extended, a decision shall be made no more than 120 days after your appeal was received.  If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and

HART 000243

other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

HART 000244

**The Plan Described in this Booklet
is Insured by the**

**Hartford Life and Accident Insurance Company
Simsbury, Connecticut
Member of The Hartford Insurance Group**

HART 000245

Subject: [External] - Appeal uphold of 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Please note the appeal uphold of 9005440032. Feel free to call me if you
have questions and have a great week.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

**************************************************************************
************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,

disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.


*****************************************************************************
****************************

*****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.


*****************************************************************************
****************************

Subject: [External] - Appeal uphold of 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Please note the appeal uphold of 9005440032. Feel free to call me if you
have questions and have a great week.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

***********************************************************************
*************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,

Subject: [External] - FW: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras <Kyras.Norman@genexservices.com>
Sent: Wednesday, September 15, 2021 9:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Edward â€" Apologies for the mix up. Attached are the correct reports.

Regards,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

From: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
Sent: Wednesday, September 15, 2021 8:36 AM
To: Norman, Kyras <Kyras.Norman@genexservices.com
<mailto:Kyras.Norman@genexservices.com> >; BocaTheHartford
<BocaTheHartford@genexservices.com
<mailto:BocaTheHartford@genexservices.com> >
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

Good morning. I see Dr. Jassoâ€™s addendum but do not see where Dr. Kohanâ€™s addendum is. All I see is his original report. Am I missing something?

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018

Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: Norman, Kyras <Kyras.Norman@genexservices.com
<mailto:Kyras.Norman@genexservices.com> >
Sent: Tuesday, September 14, 2021 10:12 AM
To: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: J. Mueller Claim # 9005440032



CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.



Good Morning Edward,



Attached are the Addendums and Invoices for the above referenced
claimant.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-3

If we can further assist you with this file, please donâ€™t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

Access our portal at: View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs,

established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Kevin Kohan, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain Medicine*

CLAIMANT NAME: Mueller, Jennifer
EXAMINER: Kevin Kohan, DO
ECN #: 184513-3
CLAIM #: 9005440032
DATE OF LOSS: 3/18/2019

**9/13/21 Addendum:**

8/26/21, Kathleen M. Laughlin, MD / Family Medicine, Video visit:  The claimant is seen for post-concussion syndrome, difficulty concentrating and ongoing photosensitivity. No physical exam is noted.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

No, the additional medical information does not alter my prior opinion. Additional records revealed that on 8/26/21, the claimant was seen by Dr. Lauglin for post-concussion syndrome, difficulty concentrating and ongoing photosensitivity. No physical exam was noted. As noted in my original report, there is still a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required short total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.

Sincerely,

**Kevin Kohan, DO**
**ABMS Board Certification Physical Medicine & Rehabilitation**
**Pain Medicine**
**Medical License Number CA 10509**

# Gabriel Jasso, PsyD
## *Board-Certified in Psychology*

CLAIMANT NAME:  Mueller, Jennifer
EXAMINER:  Gabriel A. Jasso, PsyD
ECN #:  184513-4
CLAIM #:  9005440032
DATE OF LOSS:  3/18/2019

**09/13/21, Addendum for additional medicals:**

08/26/21, The claimant is seen for a follow-up of her post-concussion syndrome. It is noted that she still experiences difficulty concentrating and ongoing photosensitivity. She disagrees with the opinion of her physiatrist, with regards to her just being anxious. It is opined by the claimant's provider that high functioning individuals may have normal neuropsychologic testing, but still have difficulties with decision making, especially when fatigued. She is referred to a brain rehab network. She also reports nausea and vertigo with even short car rides. No physical/mental examination findings are recorded.

**RESPONSE TO QUESTIONS:**

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

No, the additional information does not alter the prior opinion in the previous report.

It is noted that the claimant still experiences poor concentration related to her condition. Her physician also opines that neuropsychological testing may be normal in high-functioning individuals, despite difficulties with decision making especially when fatigued. An objective assessment of the claimant was made in this documentation. Taking all this into consideration, there are no findings indicating the presence of cognitive deficits in the document presented, despite the continuous complaints of impairments in concentration by the claimant. Therefore, the opinion from the previous report remains unchanged despite the additional medicals.


Sincerely,

**Gabriel Jasso, PsyD**
Licensed Psychologist TX 36112
Neuropsychology

Subject: [External] - FW: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras <Kyras.Norman@genexservices.com>
Sent: Wednesday, September 15, 2021 9:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]

Subject: [External] - J. Mueller Claim # 9005440032
From: Kyras.Norman@genexservices.com
To: informationupload   (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good Morning Edward,

Attached are the Addendums and Invoices for the above referenced
claimant.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-3

If we can further assist you with this file, please don’t hesitate to
give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

HART 000258

T: 424-292-4317

F: 561-392-5881


Access our portal at: View My Cases



All electronic communications from ECN / Genex are confidential,
unpublished property of Genex. Do not duplicate or distribute. Use and
distribution limited solely to authorized personnel. This document is
intended for the use of the individual(s) or entity to which it is
addressed, and may contain information that is privileged and
confidential, including personal health information, and applicable law
may prohibit further disclosure of this information. If the recipient of
the message is not the intended addressee, or the employee or agent
responsible for delivering this message to the addressee, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you received this communication
in error, please notify the sender. Please note the following from the
HIPAA Privacy Rule Standards: A covered entity may disclose protected
health information as authorized by and to the extent necessary to comply
with laws relating to workers' compensation or other similar programs,
established by law, that provide benefits for work-related injuries or
illness without regard to fault. Refer to 45 CFR 164.512(l)



All electronic communications from Genex are confidential, unpublished
property of Genex. Do not duplicate or distribute. Use and distribution
limited solely to authorized personnel. This document is intended for the
use of the individual(s) or entity to which it is addressed, and may
contain information that is privileged and confidential, including
personal health information, and applicable law may prohibit further
disclosure of this information. If the recipient of the message is not
the intended addressee, or the employee or agent responsible for
delivering this message to the addressee, you are hereby notified that
any dissemination, distribution or copying of this communication is
strictly prohibited. If you received this communication in error, please
notify the sender. Please note the following from the HIPAA Privacy Rule
Standards: A covered entity may disclose protected health information as
authorized by and to the extent necessary to comply with laws relating to

workers' compensation or other similar programs, established by law, that
provide benefits for work-related injuries or illness without regard to
fault. Refer to 45 CFR 164.512(l)
**************************************************************************
***************************

This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
*****************************

**************************************************************************
*****************************

This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
*****************************

# Kevin Kohan, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain Medicine*

CLAIMANT NAME: Mueller, Jennifer
EXAMINER: Kevin Kohan, DO
ECN #: 184513-3
CLAIM #: 9005440032
DATE OF LOSS: 3/18/2019
DATE OF SERVICE: 8/30/2021

## Peer Review

This is a peer review regarding Mueller, Jennifer. I have been asked to review the medical records on behalf of ECN. I reviewed records from 3/22/2019 through 8/13/2021 including: Kathleen M. Laughlin, MD / Family Medicine, extending from 3/22/2019 to 5/3/2021; Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation, extending from 3/26/2019 to 4/15/2019; Kaiser Permanente / Occupational Therapy, extending from 4/8/2019 to 9/20/2019; Kaiser Permanente / Physical Therapy, extending from 4/17/2019 to 1/8/2021; Kaiser Permanente / Speech Language Pathology, extending from 4/29/2019 to 8/13/2021; Nanette I. Curtis, OD / Optometry, on 5/2/2019; Cecilia S. Muraki, OD / Optometry, extending from 5/25/2019 to 11/5/2019; Mona Mirchandani, DO / Physical Medicine & Rehabilitation, on 2/5/2020; Christopher K. Tongue, PhD / Psychology, on 3/13/2020; Glen Getz, PhD / Psychology, on 8/28/2020; Totka R. Koutzeva-Dussel, MD / Physical Medicine & Rehabilitation, on 5/5/2021; Jennifer Cann, MD / Physical Medicine & Rehabilitation, Independent Medical Evaluator, on 6/22/2021; Jody J. Palensky, PhD / Psychology, on 6/22/2021; Brain Rehab Network / Speech Language Pathology, on 6/22/2021; Brain Rehab Network / Physical Therapy, on 6/22/2021; Brain Rehab Network / Occupational Therapy, on 6/22/2021; Treatment Plan & Concurrence, on 6/22/2021; Outcome Measures (Concussion) Evaluation, on 6/22/2021; Medical Evaluation, on 6/22/2021.

The claimant is a 48-year-old female with a medical history significant for maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

3/18/19, CT head: no acute intracranial abnormality.

3/18/19, CT spine total: no acute spine fracture.

3/22/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is seen for hospital follow-up. She is s/p bicycle accident on 3/18/19 where another bike T-boned her bike and she flew off bike landing on face the right side of body. She had loss of consciousness at scene, quite a bit of amnesia in the hours after the accident. She was diagnosed with concussion, right maxillary fracture, and contusions.

Her right shoulder is quite bruised. One spot is quite tender to palpation, but she has good range of motion of right shoulder. On exam, there is right shoulder/clavicle tenderness to palpation over right acromioclavicular joint.

3/24/19, X-ray right clavicle: incidental note is made of a benign lucent focus in the proximal clavicular head.

3/26/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant reports she is very tired, and notes decreased concentration. She is having some headaches in the evening. On exam, there is right shoulder/clavicle tenderness to palpation over right acromioclavicular joint.

4/8/19, Kaiser Permanente / Occupational Therapy: The claimant presents with visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency s/p concussion.

4/11/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant is seen for post-concussion syndrome with photophobia, peripheral vertigo, fatigue, and eye movement d/o with reduced screen time/reading time. On exam, she has full and painless range of motion of all 4 extremities without edema, cyanosis or tenderness except supraspinatus near insertion on humerus. She has normal station and gait.

4/15/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant has post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo. She is unable to work from 3/18/19 to 5/5/19.

4/25/19, Kaiser Permanente / Occupational Therapy: The claimant is progressing toward goals as anticipated as indicated by decreasing symptoms, but not at her previous level of function.

5/8/19, Kaiser Permanente / Occupational Therapy: The claimant is making slow steady gains with improved ability to read and use computer before being limited by her symptoms. She has moderate improvement with dizziness and nausea during activities.

7/25/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is having neck pain and headaches. Sometimes she is very tired and has trouble with concentration.

9/13/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant has post-concussion syndrome and major depressive disorder. Restrictions are listed as following: reduced work hours of 4 hours per day, 5 days per week, starting 10/1/19 through 12/31/19.

9/20/19, Kaiser Permanente / Occupational Therapy: The claimant demonstrates improvement in functional vision limitations. She has improved pacing self-back to physical activities, but she continues to fear exacerbating symptoms.

She continues to struggle with resuming her typical physical activities such as regular cardiovascular routine due to delayed fatigue onset afterwards and potentially not recognizing signs of over-exertion.

2/5/20, Mona Mirchandani, DO / Physical Medicine & Rehabilitation: the claimant is seen for post-concussion syndrome. On exam, there is 5/5 strength in bilateral upper and lower extremities. Sensation is normal throughout upper and lower extremities. She has normal heel-toe gait without device. There is loss of balance with tandem stance.

2/20/20, Kathleen M. Laughlin, MD / Family Medicine: The claimant continues to have decreased stamina, problems with executive function, multitasking, light sensitivity.

1/8/21, Kaiser Permanente / Physical Therapy: The claimant is working on her balance exercises. She has objective findings consistent with instability of gait in the setting of post-concussion syndrome. Her symptoms include dizziness and headaches with driving, feeling off balance at night.

6/22/21, Jennifer Cann, MD / Physical Medicine & Rehabilitation, Independent Medical Evaluator: The claimant sustained a concussion with LOC and right zygomatic fracture while commuting to work on her bicycle on 3/18/19. She continues to experience sensory sensitivities (light>sound), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration and attention. On exam, there is 5/5 strength in both upper and lower extremities, reflexes are 2+ throughout.

**DIAGNOSES:**

Maxillary Fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

**CALL ATTEMPTS:**

Dr. Laughlin; called her office at 1:05 PM on 08/19. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

Dr. Laughlin; called her office at 9:12 AM on 08/20. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

Dr. Laughlin; called her office at 10:58 AM on 08/20. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

For my review of medically necessary activity restrictions, may I ask you to provide the following information regarding Mueller, Jennifer.

HART 000263

1.   Have you placed the claimant on activity restrictions?

2. Which objective functional limitations corroborate these restrictions?

3. Has the claimant's condition significantly changed recently?

**RESPONSE TO QUESTIONS:**

1) **Please provide your assessment of medically supported restrictions and limitations as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to current.**

See below.

2) **If you respond in terms of a Department of Labor category, please explain. Please consider self-reported symptoms, any cognitive issues and medication side effects, and the cumulative effect of these.**

The claimant's -reported symptoms, any cognitive issues and medication side effects, were considered. Please see Question 4.

3) **Please advise if the claimant's abilities are sustainable 40 hours a week, or for what specific period and interval. If limited endurance is a factor, please explain what findings support this. *Of note, the claimant is currently working part time at 25 hours a week.**

Yes, the claimant's abilities are sustainable 40 hours a week.

4) **Please explain the medical rationale for your opinion. Please comment on the attending physician's opinion of functionality and discuss any differences with your opinion.**

The claimant is a 48-year-old female with a medical history significant for maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

Interval history shows that the claimant sustained a concussion with loss of consciousness in a bicycle accident on 3/18/19. She was diagnosed with concussion, right maxillary fracture, and contusions. On 3/26/19, the claimant presented with tiredness, decreased concentration, and headaches. On exam, there was right shoulder/clavicle tenderness to palpation over right acromioclavicular joint. On 4/8/19, the claimant presented to occupational therapy with visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency s/p concussion. Physical exam from 4/11/19 revealed full and painless range of motion of all 4 extremities without edema, cyanosis or tenderness except supraspinatus near insertion on humerus. She had normal station and gait.

On 4/15/19, Dr. Stelmack indicated that the claimant was unable to work from 3/18/19 to 5/5/19 due to post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo. On 9/13/19, Dr. Laughlin listed restrictions as following: reduced work hours of 4 hours per day, 5 days per week, starting 10/1/19 through 12/31/19. On 2/5/20, the claimant was seen by Dr. Mirchandani for post-concussion syndrome. On exam, there was 5/5 strength in bilateral upper and lower extremities. Sensation is normal throughout upper and lower extremities. She had normal heel-toe gait without device. There was loss of balance with tandem stance. Physical therapy notes from 1/8/21 revealed that the claimant had objective findings consistent with instability of gait in the setting of post-concussion syndrome. Her symptoms included dizziness and headaches with driving, feeling off balance at night. On 6/22/21, the claimant was evaluated by Dr. Cann. She continued to experience sensory sensitivities (light>sound), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration, and attention. On exam, there was 5/5 strength in both upper and lower extremities, reflexes are 2+ throughout.

Based on the information provided, the claimant was involved in a bicycle accident on 3/18/19 with loss of consciousness. Since the accident, the claimant has been experiencing sensory sensitivities, headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration, and attention. However, I am unable to find support for a physical impairment as the claimant has no neurological deficit with no motor loss, no sensory loss, no significant alteration in reflexes, no loss of gait/mobility. The medical records on the file are mostly focused on the claimant's cognitive conditions, which are deferred to appropriate specialty as they are outside of the scope of this report. Physical exam findings indicate full strength, full range of motion, and normal gait. There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required short total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.

**TELEPHONE CONFERENCE WITH CO-REVIEWER DR. JASSO**
8/25/2021, 15:30. Neuropsychology reviewer Dr. Jasso concludes his file review with no recommendation for restrictions. While the initial bicycle event was certainly significant, subsequent evaluations and assessments were mostly negative, and no significant speech impediment was ascertained. The claimant's depression and anxiety were classified as mild to minimal. Fatigue is reported but has not been clinically quantified; Dr. Jasso lacks the clinical findings to recommend restrictions.
From my own perspective, physical exam findings indicate full strength, full range of motion, and normal gait. There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required short total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident. Dr. Jasso and I concur that, the claimant requires restrictions as follows:

HART 000265

There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required as short period of total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.

Sincerely,

**Kevin Kohan, DO**
**ABMS Board Certification Physical Medicine & Rehabilitation**
**Pain Medicine**
**Medical License Number CA 10509**

HART 000266

# Gabriel Jasso, PsyD
## *Board-Certified in Psychology*

CLAIMANT NAME:  Mueller, Jennifer
EXAMINER:  Gabriel A. Jasso, PsyD
ECN #:  184513-4
CLAIM #:  9005440032
DATE OF LOSS:  3/18/2019

### 09/13/21, Addendum for additional medicals:

08/26/21, The claimant is seen for a follow-up of her post-concussion syndrome. It is noted that she still experiences difficulty concentrating and ongoing photosensitivity. She disagrees with the opinion of her physiatrist, with regards to her just being anxious. It is opined by the claimant's provider that high functioning individuals may have normal neuropsychologic testing, but still have difficulties with decision making, especially when fatigued. She is referred to a brain rehab network. She also reports nausea and vertigo with even short car rides. No physical/mental examination findings are recorded.

**RESPONSE TO QUESTIONS:**

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

No, the additional information does not alter the prior opinion in the previous report.

It is noted that the claimant still experiences poor concentration related to her condition. Her physician also opines that neuropsychological testing may be normal in high-functioning individuals, despite difficulties with decision making especially when fatigued. An objective assessment of the claimant was made in this documentation. Taking all this into consideration, there are no findings indicating the presence of cognitive deficits in the document presented, despite the continuous complaints of impairments in concentration by the claimant. Therefore, the opinion from the previous report remains unchanged despite the additional medicals.

Sincerely,

**Gabriel Jasso, PsyD**
Licensed Psychologist TX 36112
Neuropsychology



**ECN**

*Exam Coordinators Network*    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 483-9463
Local: (561) 922-8209
Fax: (561) 392-5881

E-mail: info@ecnnow.com    Web: www.ecnnow.com

| | |
|---|---|
| **Invoice:**  **ECN 93730** | **Date**  **9/13/2021** |

**Bill To:**

**Edward Ebeling**
**Hartford- Simsbury Appeals**
**One Hartford Plaza**
**Hartford, CT  06155**

**Claim #**  9005440032
**Date of Loss:**  3/18/2019
**ECN #**  184513-3
**Account #**

---

**Claimant**    Jennifer Mueller

---

| | | |
|---|---|---|
| 8/31/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Kevin Kohan, DO<br>Specialty: PMR/Pain Management | $175.00 |

|  |  |
|---|---|
| **SubTotal** | $175.00 |

|  |  |
|---|---|
| **Final Invoice Total** | $175.00 |

---

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #:    REDACTED

HART 000268



**ECN**

*Exam Coordinators Network*    A division of Genex Services, LLC

Corporate Office
6413 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 483-9453
Local: (561) 922-9200
Fax: (561) 392-5881

E-mail: info@ecnins.com    Web: www.ecnins.com

| **Invoice:** | **ECN 93731** | **Date** | **9/13/2021** |
|---|---|---|---|

*Bill To:*

**Edward Ebeling**
**Hartford- Simsbury Appeals**
**One Hartford Plaza**
**Hartford, CT  06155**

| | |
|---|---|
| **Claim #** | 9005440032 |
| **Date of Loss:** | 3/18/2019 |
| **ECN #** | 184513-4 |
| **Account #** | |

---

**Claimant**    Jennifer Mueller

---

| 8/31/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Gabriel A Jasso, PsyD<br>Specialty: NeuroPsychology | $175.00 |
|---|---|---|

|  | **SubTotal** | $175.00 |
|---|---|---|

|  | **Final Invoice Total** | $175.00 |
|---|---|---|

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #: **REDACTED**

HART 000269

Subject: [External] - J. Mueller Claim # 9005440032
From: Kyras.Norman@genexservices.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good Morning Edward,

Attached are the Addendums and Invoices for the above referenced
claimant.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-3

If we can further assist you with this file, please donâ€™t hesitate to
give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Any further updates on the status?

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, September 07, 2021 12:41 PM
To: 'Norman, Kyras' <Kyras.Norman@genexservices.com>; informationupload
(GB and WC Claims) <informationupload@thehartford.com>; 'thehartford'
<thehartford@ecnime.com>

HART 000271

Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]


Good afternoon. Can you update me on the status of this addendum? Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.


From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, August 31, 2021 8:00 AM
To: 'Norman, Kyras' <Kyras.Norman@genexservices.com <mailto:Kyras.Norman@genexservices.com> >; informationupload (GB and WC Claims) <informationupload@thehartford.com <mailto:informationupload@thehartford.com> >; 'thehartford' <thehartford@ecnime.com <mailto:thehartford@ecnime.com> >
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]


Good morning. I received the attached with one additional office note. Can the reviewers consider and advise if it alters their previous assessment? Please have the reviews completed and returned to me together. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM
To: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: J. Mueller Claim # 9005440032

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please donâ€™t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

Access our portal at: View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication

in error, please notify the sender. Please note the following from the
HIPAA Privacy Rule Standards: A covered entity may disclose protected
health information as authorized by and to the extent necessary to comply
with laws relating to workers' compensation or other similar programs,
established by law, that provide benefits for work-related injuries or
illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished
property of Genex. Do not duplicate or distribute. Use and distribution
limited solely to authorized personnel. This document is intended for the
use of the individual(s) or entity to which it is addressed, and may
contain information that is privileged and confidential, including
personal health information, and applicable law may prohibit further
disclosure of this information. If the recipient of the message is not
the intended addressee, or the employee or agent responsible for
delivering this message to the addressee, you are hereby notified that
any dissemination, distribution or copying of this communication is
strictly prohibited. If you received this communication in error, please
notify the sender. Please note the following from the HIPAA Privacy Rule
Standards: A covered entity may disclose protected health information as
authorized by and to the extent necessary to comply with laws relating to
workers' compensation or other similar programs, established by law, that
provide benefits for work-related injuries or illness without regard to
fault. Refer to 45 CFR 164.512(l)

*****************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*****************************************************************************
****************************

*****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Any further updates on the status?

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, September 07, 2021 12:41 PM
To: 'Norman, Kyras' <Kyras.Norman@genexservices.com>; informationupload
(GB and WC Claims) <informationupload@thehartford.com>; 'thehartford'
<thehartford@ecnime.com>

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good afternoon. Can you update me on the status of this addendum? Thank
you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, August 31, 2021 8:00 AM

To: 'Norman, Kyras' <Kyras.Norman@genexservices.com>; informationupload
(GB and WC Claims) <informationupload@thehartford.com>; 'thehartford'
<thehartford@ecnime.com>
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]

Good morning. I received the attached with one additional office note.
Can the reviewers consider and advise if it alters their previous
assessment? Please have the reviews completed and returned to me
together. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM
To: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: J. Mueller Claim # 9005440032

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please donâ€™t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

Access our portal at: View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

*************************************************************************************
*************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

```
***********************************************************************
****************************

***********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

***********************************************************************
****************************
```

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good afternoon. Can you update me on the status of this addendum? Thank
you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, August 31, 2021 8:00 AM

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Jennifer Mueller <madamezola@gmail.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Yes. I am currently waiting on an independent medical review. I will
follow up with you once I receive a copy of the completed report.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Friday, September 03, 2021 12:19 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Just checking in to see if youâ€™ve received any records from Kaiser.

Thanks.

Jennifer




On Aug 10, 2021, at 8:19 AM, Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

ï»¿

Good morning. I have received the Brain Rehab information but I am still waiting on records from Kaiser.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have

received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Friday, August 06, 2021 2:42 PM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.


Hi Edward,


Wanted to check in to make sure you received the records from Brain Rehab
Network. I've requested records from KP as well, but I know those wheels
tend to turn slower.


Jennifer


On Tue, Jul 27, 2021 at 7:55 PM Jennifer Mueller <madamezola@gmail.com
<mailto:madamezola@gmail.com> > wrote:

Thank you for the reminder. I faxed everything today.

Jennifer




On Jul 26, 2021, at 6:21 AM, Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
wrote:

ï»¿

Good morning. I am still waiting on the contact information requested previously. If you provide me the names and fax numbers I can request information on your behalf. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL]



CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi Edward,

That was the generic one that I had already signed. I'll forward the
detailed ones later this week.

Thanks!

Jennifer


On Mon, Jul 19, 2021 at 5:20 AM Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
wrote:

Good morning. I received a copy of your completed auth but did not
receive the contact information for the providers youâ€™d like me to
follow up with to complete this appeal. Please respond with the name,
phone, and fax numbers of the providerâ€™s youâ€™d like me to request
from. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: Ebeling, Edward G (GB and WC Claims)

Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com <mailto:madamezola@gmail.com> '
<madamezola@gmail.com <mailto:madamezola@gmail.com> >
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


Good afternoon. Please note the attached as it relates to our
conversation. Please respond with provider contact information including
fax numbers. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
****************************

HART 000291

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Jennifer Mueller <madamezola@gmail.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Yes. I am currently waiting on an independent medical review. I will
follow up with you once I receive a copy of the completed report.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Friday, September 03, 2021 12:19 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: Kylie.Feldman@genexservices.com
To: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com>, Norman, Kyras
<Kyras.Norman@genexservices.com>, informationupload  (GB and WC Claims)
<informationupload@thehartford.com>, BocaTheHartford
<BocaTheHartford@genexservices.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Hi Edward,

The report has been received and it is currently going through our QA
process.

Thank you!

Kylie Feldman

Sr. Operations Manager/IME-Peer Services/Boca

ECN, a division of Genex Services

T: 267.766.0231

F: 561.392.5881

Access our portal at View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

From: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Sent: Tuesday, September 7, 2021 12:41 PM
To: Norman, Kyras <Kyras.Norman@genexservices.com>; informationupload (GB and WC Claims) <informationupload@thehartford.com>; BocaTheHartford <BocaTheHartford@genexservices.com>
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

Good afternoon. Can you update me on the status of this addendum? Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordB. is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, August 31, 2021 8:00 AM
To: 'Norman, Kyras' <Kyras.Norman@genexservices.com <mailto:Kyras.Norman@genexservices.com> >; informationupload (GB and WC Claims) <informationupload@thehartford.com <mailto:informationupload@thehartford.com> >; 'thehartford' <thehartford@ecnime.com <mailto:thehartford@ecnime.com> >
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]


Good morning. I received the attached with one additional office note. Can the reviewers consider and advise if it alters their previous assessment? Please have the reviews completed and returned to me together. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordB. is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible

for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM
To: informationupload (GB and WC Claims) <informationupload@thehartford.com <mailto:informationupload@thehartford.com> >
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
Subject: J. Mueller Claim # 9005440032

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please donb ☐t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881


Access our portal at: View My Cases


All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)


All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not

the intended addressee, or the employee or agent responsible for
delivering this message to the addressee, you are hereby notified that
any dissemination, distribution or copying of this communication is
strictly prohibited. If you received this communication in error, please
notify the sender. Please note the following from the HIPAA Privacy Rule
Standards: A covered entity may disclose protected health information as
authorized by and to the extent necessary to comply with laws relating to
workers' compensation or other similar programs, established by law, that
provide benefits for work-related injuries or illness without regard to
fault. Refer to 45 CFR 164.512(l)

*******************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*******************************************************************************
*****************************

*******************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*******************************************************************************
*****************************

*******************************************************************************
*****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*******************************************************************************
*****************************

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: Kylie.Feldman@genexservices.com
To: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com>, Norman, Kyras
<Kyras.Norman@genexservices.com>, informationupload  (GB and WC Claims)
<informationupload@thehartford.com>, BocaTheHartford
<BocaTheHartford@genexservices.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Hi Edward,

The report has been received and it is currently going through our QA
process.

Thank you!

Kylie Feldman

Sr. Operations Manager/IME-Peer Services/Boca

ECN, a division of Genex Services

T: 267.766.0231

F: 561.392.5881

Access our portal at View My Cases

09/03/21  11:16:54  1-858-999-8944        ->              Stephanie Samuelsohn Page 001

# FAX COVER SHEET

| | |
|---|---|
| **To:** | **From:** Stephanie Samuelsohn |
| **Company:** | **Date:** 09/03/21 11:16:30 AM |
| **Fax Number:** 8553397249 | **Pages (Including cover):** 2 |
| **Re:** J. Mueller, CL: 9005440032      184513-1 | |

**Notes:**

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)



HART 000300



Exam Coordinators Network    A division of Genex Services, LLC

Boca Raton, Florida 33487
Toll Free: **(877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnmc.com    Web: www.ecnmc.com

| **Invoice:** | **ECN 93405** | **Date** | **9/3/2021** |
|---|---|---|---|

**Bill To:**

**Edward Ebeling**
**Hartford- Simsbury Appeals**
**One Hartford Plaza**
**Hartford, CT  06155**

| | |
|---|---|
| **Claim #** | 9005440032 |
| **Date of Loss:** | 3/18/2019 |
| **ECN #** | 184513-1 |
| **Account #** | |

| **Claimant** | Jennifer Mueller |
|---|---|

| 8/18/2021 | Co-Morbid Panel Peer Review - Long Term Disability: Service - 3.5 hrs @ $225/hr<br>Provider: Kevin Kohan, DO<br>Specialty: PMR/Pain Management | $787.50 |
|---|---|---|

|  | **SubTotal** | $787.50 |
|---|---|---|

|  | **Final Invoice Total** | $787.50 |
|---|---|---|

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #:**REDACTED**

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 302 of 936

09/03/21  11:16:54  1-858-999-8944       -&gt;                    Stephanie Samuelsohn Page 001

# FAX COVER SHEET

| | |
|---|---|
| **To:** | **From:** Stephanie Samuelsohn |
| **Company:** | **Date:** 09/03/21 11:16:30 AM |
| **Fax Number:** 8553397249 | **Pages (Including cover):** 2 |
| **Re:** J. Mueller, CL: 9005440032   184513-1 | |

**Notes:**

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)



HART 000302

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: Megan.Appenroth@genexservices.com
To: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com>, Norman, Kyras
<Kyras.Norman@genexservices.com>, informationupload  (GB and WC Claims)
<informationupload@thehartford.com>, BocaTheHartford
<BocaTheHartford@genexservices.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good morning Edward

It appears that the recent addendum was finalized and returned yesterday.
We will have this opened as a new addendum and will return to you as soon
as possible.

Thanks!

Megan Appenroth

IME/Peer Operations Supervisor

Genex Services

T: (561) 232-2898

F: (561) 886-6562

Access our portal at View My Cases

HART 000303

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

From: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com>
Sent: Tuesday, August 31, 2021 8:00 AM
To: Norman, Kyras <Kyras.Norman@genexservices.com>; informationupload (GB and WC Claims) <informationupload@thehartford.com>; BocaTheHartford <BocaTheHartford@genexservices.com>
Subject: RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]


EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

Good morning. I received the attached with one additional office note. Can the reviewers consider and advise if it alters their previous assessment? Please have the reviews completed and returned to me together. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordB. is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott

Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM
To: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: J. Mueller Claim # 9005440032

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please donb ⬜t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

Access our portal at: View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

****************************************************************************
****************************

****************************************************************************
***************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

****************************************************************************
****************************

****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

********************************************************************************
****************************

HART 000308

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: Megan.Appenroth@genexservices.com
To: Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com>, Norman, Kyras
<Kyras.Norman@genexservices.com>, informationupload  (GB and WC Claims)
<informationupload@thehartford.com>, BocaTheHartford
<BocaTheHartford@genexservices.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good morning Edward

It appears that the recent addendum was finalized and returned yesterday.
We will have this opened as a new addendum and will return to you as soon
as possible.

Thanks!

Megan Appenroth

IME/Peer Operations Supervisor

Genex Services

T: (561) 232-2898

F: (561) 886-6562

Access our portal at View My Cases

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good morning. I received the attached with one additional office note.
Can the reviewers consider and advise if it alters their previous
assessment? Please have the reviews completed and returned to me
together. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM

To: informationupload (GB and WC Claims)
<informationupload@thehartford.com>
Cc: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: J. Mueller Claim # 9005440032

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please donâ€™t hesitate to give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881

Access our portal at: View My Cases

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

*************************************************************************
*************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER        Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
                        Clackamas OR 97015              Sex: F

## Scheduled Telephone Encounter
### 1/8/2021

Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 8:50 AM | Ruegsegger, Nicole M, PT | Tnb-Pt | 990667755 | TANASBOURNE |

Reason for Visit
**PHYSICAL THERAPY**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

Progress Notes
Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM
Status: Signed

**Physical Therapy Phone Appointment** 1/8/2021 8:39 AM

S: Patient was not seen in clinic today. Appointment was via telephone.
Specific location of patient at time of visit in case of medical emergency is:
4404 Sw Carson St
Portland OR 97219

States she is working on her balance exercises. Feels she can sustain them for longer. Feels with VOR exercises are challenging, gets blurry quickly.
Wondering about how to get more practice with driving. Has a friend that lives in Canby and wondering if she could practice driving there. Did not feel good riding in the car on the highway to see xmas lights.

O: Discussed VOR instructions, start slow, increased speed as target is clear, reduce speed if blurs. Shoot for 30 seconds. Increase if symptoms after not lasting more than 10 minutes. Discussed increasing exposure in car at faster speeds, can be driving or as passenger. Recommend having other driver in car with her if she is driving until she feels more comfortable.

A: Jennifer is a 47 yrs old female with subjective report and objective findings consistent with instability of gait in the setting of post concussion syndrome. Current symptoms include dizziness and headaches with driving, feeling off balance at night. Good compliance with current HEP, prefers to follow up with provider as needed.

P: Continue with plan of care as outlined. Pt encouraged to call my direct line if questions or concerns should arise.

Time start: 853
Time end: 911

**Nicki Ruegsegger, PT, DPT, NCS**
Physical Therapist
Neurologic Clinical Specialist
Tanasbourne

HART 000314

**KAISER PERMANENTE** REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:REDACTED
Sex: F

---

Progress Notes (continued)

Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM (continued)
503-495-8508 (office)

Electronically signed by Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

HART 000315

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

## Video Visit
### 1/8/2021

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 9.20 AM | Laughlin, Kathleen M, MD | Tua-Fp | 993891745 | TUA |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |
| **ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION** | Z02.89 | |

### Progress Notes

Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM
Status: Signed

### Primary Care: Video Visit Appointment

### Reason for Call / Notes from Prior Visit:
Symptom Follow up

### Patient comments / history:

We discussed that I've received disability forms from Provident Insurance Services regarding her concussion syndrome.  The forms ask what patient " should not do" and what " she cannot do"

Patient with ongoing fatigue / postconcussion syndrome

### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed

Not applicable

### Assessment and Plan:

A)  No diagnosis found.

**(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**Comment: ongoing fatigue, difficulty concentrating**
**Plan: continue to monitor / continue with therapies**

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015          Sex: F

---

Progress Notes (continued)

Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM (continued)

**(Z02.89) ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION**
**Comment: needed for disability insurance company**
**Plan: will send a copy of forms to patient via Cortext**
**Patient will get back to me regarding her assessment of these two questions**

P) No orders of the defined types were placed in this encounter.

10 minutes spent with the patient over Vidyo software, >50% of visit was face to face counseling, and coordinating care.

Electronically signed by Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

Encounter Messages
  No messages in this encounter

HART 000317

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER   Mueller, Jennifer Elaine
10220 S E Sunnyside Rd   MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015   Sex: F

## Scheduled Telephone Encounter
### 1/21/2021

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/21/2021 10:00 AM | Cary, Abigail Ann, SP | Smc-St | 990537810 | SMO |

#### Reason for Visit
**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |

#### Progress Notes

**Cary, Abigail Ann, SP at 1/21/2021 11:52 AM**
Status: Signed

#### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

#### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of cognitive-linguistic changes s/p concussion.

Patient reports
- Has adjusted her schedule to support more breaks.
- Sometimes can't see when she's getting worn-down.
- Does have some dot-phrase templates that she can use for collecting patient history
- At home she can stop before she hit's a wall
- Has fit-bit watch that has a 2-min timer on it.
- Some signs of getting fatigued at work:
  - When you can't think of what to do
  - Feeling lost and float-y
  - easily overwhelmed with visual stimulation and sound
  - Being tangential in conversations
  - Thinking more slowly--focusing on small details
- Has a tracker on paper that she's using to evaluate energy use

#### RECOMMENDATIONS

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                                10220 S E Sunnyside Rd               MRN: 7374-59-76, DOB: REDACTED
                                Clackamas OR 97015                   Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM (continued)

**Schedule time off to work on the things that are hard to fit-in to your normal week**

**Use your tips from Amie the OT to determine when you should take a 2-min sensory break:**
- 
- When you can't think of what to do
- Feeling lost and floaty
- easily overwhelmed with visual stimulation and sound
- Being tangential in conversations
- Thinking more slowly--focusing on small details

**Work on delegating around the house more**

PLAN / FOLLOW UP

Phone follow-up in 1 month

Time in: 1000
Time out: 1025


Electronically signed by Cary, Abigail Ann, SP at 1/21/2021 11:52 AM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Scheduled Telephone Encounter
**2/18/2021**

#### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/18/2021 9.00 AM | Cary, Abigail Ann, SP | Smc-St | 998003582 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |

#### Progress Notes

**Cary, Abigail Ann, SP at 2/18/2021 11:00 AM**
  Status: Signed

### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of post-concussion sequale.

Patient reports
- Spent ~2 weeks getting prepped for a craft swap with her friends.
- She was very wiped after this. One day she second-guessed herself for the first time about a work decision.
- Retroactively analyzed the factors that caused her to fatigue to the extent she did. This includes planning and prepping for a new project and crafting to participate in the project.
- Is going to be doing more virtual visits, and eliminating evening work.

### RECOMMENDATIONS

Track the energy involved with all new and routine tasks. You have a finite amount of cognitive energy--and it's less than it used to be. Make sure you know how much energy you need to use for the activities in an upcoming week, and plan accordingly. Plan extra rest time as needed.

### PLAN / FOLLOW UP

Phone follow up in ~5 weeks.

HART 000320

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                                   10220 S E Sunnyside Rd              MRN: 7374-59-76, DOB: REDACTED
                                   Clackamas OR 97015                  Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 2/18/2021 11:00 AM (continued)

Time in: 0900
Time out: 0930

Electronically signed by Cary, Abigail Ann, SP at 2/18/2021 11:00 AM

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

Encounter Messages
    No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: REDACTED
                       Clackamas OR 97015               Sex: F

## Video Visit Home
### 3/25/2021

### Encounter Information

|            | Provider | Department | Encounter # | Center |
|------------|----------|------------|-------------|--------|
| 3/25/2021 9:30 AM | Cary, Abigail Ann, SP | Smc-St | 1001164484 | SMO |

### Reason for Visit
**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

### Diagnoses

|   | Codes | Comments |
|---|-------|----------|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

### Progress Notes
Cary, Abigail Ann, SP at 3/25/2021 9:10 AM
   Status: Addendum

## Speech Therapy Progress Report

**Visit number: 1 for 2021**
**Reporting Period: 5/14/21 to 3/25/2021**
**Next monthly progress report due date: 4/24/21**
**Medicare Reauthorization Date if Applicable: N/A**

## ASSESSMENT
Jennifer is a 48 yrs old female with subjective report and objective findings consistent with post-concussion sequalae . She is making  progress  toward goals and has the potential to show improvement. Maximum improvement is yet to be attained, and there is an expectation that she  will continue to improve with executive functioning and cognitive-linguistic functioning in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Patient will demonstrate or report use of 6x metacognitive/compensatory strategies to address:attention and word-finding with 80% accuracy and min cues to achieve functional goals. *GOAL MET*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load.

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

**KAISER PERMANENTE** REGIONAL PROCESS CENTER     Mueller, Jennifer Elaine
                              10220 S E Sunnyside Rd         MRN: 7374-59-76, DOB: REDACTED
                              Clackamas OR 97015            Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM (continued)

## PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 4 additional visits through 6/24/21.

Changes/Updates to the treatment plan: goal updates as above

Patient goal: find balance and efficiency with work, home, and social activities.

## SUBJECTIVE

Has a realization that she has been working history on holding steady. Can't ever be done/ahead of things at work. Realized that she feels like she has lost some decision-making judgement calls. Example is that it didn't occur to her send a patient to a specialist. It doesn't occur to her to off load problems. Has been aware of energy budgeting, and trying to use this with personal/social activities (ex didn't play video game for several days because she was crafting).

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Therapy focused on developing new functional meta cognitive and compensatory strategies focused on executive functioning. With min-mod cues, Jennifer created a *priority list* that she can refer-to to be used with her energy budget. She also generated *action-plan* with step to tackle to get disability and FMLA paperwork completed.  Additionally, Jennifer began to make a *schedule* for home-activities in advance with attention to energy budgeting. She made a *plan* to deligate around-the-house tasks and set-limits on what she can do. SLP taught "SOS" (step-back, observe, step-in) to help reduce impulsivity and increase use of metacognitive tasks.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Use metacognitive tools to support limiting work to work-hours, and budgeting energy/

Time In: 0930
Time Out: 1025

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  8:47 AM
Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  9:10 AM

**KAISER PERMANENTE** REGIONAL PROCESS CENTER      Mueller, Jennifer Elaine
10220 S E Sunnyside Rd       MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015            Sex: F

**Vitals Recorded in This Encounter**

No data found in the last 1 encounters.

**Medications Ordered**

None

**We Performed the Following**

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

**TREATMENT PLAN REVIEW, REAUTHORIZATION, SPEECH LANGUAGE THERAPY**

**Encounter Messages**

No messages in this encounter

HART 000324

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER        Mueller, Jennifer Elaine
10220 S E Sunnyside Rd        MRN: 7374-59-76, DOB: REDACTED,
Clackamas OR 97015        Sex: F

## Video Visit Home
### 4/30/2021

#### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/30/2021 8.00 AM | Cary, Abigail Ann, SP | Smc-St | 1003669287 | SMO |

#### Reason for Visit
**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

#### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  - Primary | S06.0X9S | |

#### Progress Notes
Cary, Abigail Ann, SP at 4/30/2021 11:42 AM
  Status: Signed

## Speech Therapy Progress Report

**Visit number:** 2 for 2021
**Reporting Period:** 3/25/21 to 4/30/2021
**Next monthly progress report due date:** 5/30/21
**Medicare Reauthorization Date if Applicable:** N/A

## ASSESSMENT
Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment 2/2 concussion sequalae. She is high-functioning at baseline (MD, PCP with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She is making progress toward therapy goals for use of metacognitive and compensatory strategies, but reports setbacks when she is not able to adequately use her strategies especially pacing (ex: needing to work an extra day, unexpected exposure to concentrated light/sounds at grocery store). Maximum improvement is yet to be attained, and there is an expectation that Jennifer will continue to improve with cognitive-linguistic therapy in response to therapy.  Also anticipate that she will benefit from ongoing use of PT HEP for improving vestibular function. ST continues to recommend reduction in work-hours (20 hrs/week) if that can be accommodated by employer and Jennifer's family finances.


GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER         Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd           MRN: 7374-59-76, DOB: REDACTED
                       Clackamas OR 97015               Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

## PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 3 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: able to appropriately perform responsibilities at work and home.

## SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could
visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Jennifer reports that she has made apt with Physiatry to assist with symptom management in light of prolonged
post-concussive symptoms, and difficulty with return-to-work.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Rivermead Post-Concussion Symptoms Questionnaire**

0 = not experienced at all
1 = no more a problem
2 = a mild problem
3 = a moderate problem
4 = a severe problem

Compared with before the accident, do you now (i.e., over the last 24 hours) suffer from

Headaches: 3 (sometimes severe with exacerbation of symptoms)
Feelings of dizziness: 3 (worse with exacerbation of symptoms, can't walk and look at phone at same time)
Nausea and/or Vomiting: 3 (more often than not)
Noise sensitivity: 4 (using ear plugs frequently--grocery store, movie-watching, even sometimes in
conversation)
Sleep disturbance: 2 (sleeping fairly well ~9-10 hours/night)
Fatigue, tiring more easily: 4
Being irritable, easily angered: 3
Feeling depressed or tearful: 0
Feeling frusterated or impatient: 3

**KAISER PERMANENTE** REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED,
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Forgetfulness, poor memory: 3
Poor concentration: 4
Taking longer to think: 4 (much better at the beginning of the day)
Blurred vision: 3 (can't sew without glasses)
Light sensitivity: 3 (somewhat improved, but still needs shaded glasses with screens)
Double vision: 2
Restlessness: 2- more physical than mental/emotional

**Treatment Provided Today:**
Reviewed uses for "Step-back, observe, step-in (SOS)," and Jennifer developed a system (calendar reminder)
to increase use of this practice.
Developed ways to increase planned use of pacing to include vestibular exercises. Min-mod cueing.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Focus on metacognitive strategies to anticipate fatigue before becoming
overwhelmed by it

Time In: 0805
Time Out: 0900

Electronically signed by Cary, Abigail Ann, SP at 4/30/2021 11:42 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

We Performed the Following
**SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
No messages in this encounter

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER      Mueller, Jennifer Elaine
10220 S E Sunnyside Rd       MRN: 7374-59-76, DOB: REDACTED,
Clackamas OR 97015           Sex: F

## Video Visit
### 5/3/2021

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/3/2021 2:40 PM | Laughlin, Kathleen M, MD | Tua-Fp | 1005016290 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM
    Status: Signed

### Primary Care: Video Visit Appointment

## Reason for Call / Notes from Prior Visit:
Symptom Follow up

### Patient comments / history:

Postconcussion syndrome follow up - recently worked at a Saturday - hoped she'd be able to do this even though it was 6 days in a row.  Patient found she was not doing well on Sunday and had to take Monday and Tuesday off to recover.  Patient wonders if she should just be working 4 hour days, rather than 5 hour days.

Patient has been working with Abby, speech therapist and sometimes physical therapist, too.  Has appointment with new concussion specialist in physiatry on Wednesday.

Patient doing OK emotionally.  We discussed that challenges of having an invisible disability - she looks like she's doing OK, but doesn't always function well.  By the end of her day she is not able to make decisions as well and has to spend quite a bit of timing doing follow up and catch up - sometimes spends 8-9 hours at the office

We discussed that it's been > 5 years since her last pap smear

### Physical exam (Performed by visualization of patient over Vidyo Software)

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed
**Not applicable**

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd           MRN: 7374-59-76, DOB: REDACTED
                        Clackamas OR 97015               Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 5/3/2021 9:00 PM (continued)

**Assessment and Plan:**

A)  No diagnosis found.

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: improved since last year, but still with significant problems with fatigue, concentration
Plan: follow up with physiatrist / offered support
Let me know if I can help with paperwork

Follow up for pap smear

P) No orders of the defined types were placed in this encounter.

29 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Laughlin, Kathleen M, MD at 5/3/2021 9:00 PM

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

We Performed the Following
    **REMIND TO HAVE PAP EXAM**

Encounter Messages
    No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015          Sex: F

## Video Visit
### 5/5/2021

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/5/2021 10:40 AM | Koutzeva-Dussel, Totka R, MD | Orc-Phys | 1005019752 | ORC |

### Diagnoses

| | | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | | F07.81 | |

### Progress Notes

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM
    Status: Signed

**Subjective**
Video visit.
Jennifer Elaine Mueller  is a 48 yrs old female seen by Dr Mirchandani last on 7/31/20  for evaluation of: PCS
S/p head trauma with loss of consciousness on March 2019
.Plan was:

> The following has been copied and pasted from Dr Mirchandani DO.
> - Follow up with Dr. Muraki in November.  Continue to wear prescription glasses.
> - Continue with Speech therapy
> - Referred to Occupational therapy.  Continue with home exercises.
> - Referred to physical therapy for impaired balance/vertigo
> - Recommend sleep hygiene and avoiding naps.  if sleep does not improve, recommend
> insomnia specialist evaluation.
> - Continue with meditation.
> - if you would like headache management, recommend following up with your PCP.
> - Please contact Dr. Tongue to have Neuropsychology test results sent to Kaiser

Today patient's main concern is the  inability to work full time as a physician.
She is enrolled in Speech/cognitive therapy, Physical therapy for vestibular symptoms management , follows
with  Dr Muraki for eye movements/vision management.
Completed course of Occupational therapy.

While on 4 hrs 5 days a week schedule patient was able to  perform well as physician, felt she was able to
navigate and prevent the symptoms to exacerbate as described bellow(see SAC inventory)

She states she is  functional in the beginning of the day and as  demand throughout the day increases she
struggles with cognitive and physical performance, progressively getting worse by the end of the day.
Currently on 5 hrs 5 days a week schedule- reports executive function suffers as the day progresses.

**SAC symptom inventory from 0-6:**
Headache:3
Pressure in head: 3
Neck pain: 0
Nausea/vomiting:  (no emesis) nausea daily 2 to 4

**KAISER PERMANENTE** REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM (continued)
Dizziness: 3
Blurred vision: **2,** improved with wearing prism glasses.
Balance problems: 0 toworse at night, **2-3**
Sensitivity to light: 4-  5, patient has blue block glasses with prisms
Sensitivity to noise: 4-5
Feeling slowed down: from none to 6
Feeling like in a fog: 4-6
Don't feel right: 6
Difficulty concentrating: 5
Difficulty remembering: **5-6**
Fatigue or low energy: 5
Confusion:0
Drowsiness: 1
Trouble falling asleep:1  increased hours required to function
More emotional: 0 **d**
Irritability: **3** when overstimulated
Sadness: 0
Nervous or anxious: 1

Prior the accident patient reports base line  anxiety and depression, that she feels has been improved.

**Objective**

There were no vitals taken for this visit.
Estimated body mass index is 25.46 kg/m² as calculated from the following:
  Height as of 3/22/19: 5' 7.5" (1.715 m).
  Weight as of 2/5/20: 165 lb (74.8 kg).

General appearance - alert, well appearing, no acute distress

**Assessment and Plan**

Ms. Jennifer E Mueller is a 48 yrs female with history of head trauma with loss of consciousness, here for
follow up for post concussion syndrome.
Based on the History and reported symptoms patient appear to have
decreased endurance and worsening  cognitive and executive function performances as the day progresses.

A)  POSTCONCUSSION SYNDROME  (primary encounter diagnosis)

Patient  reports normal Neuro psych evaluation-done in the morning in protected from
stimulations environment

P)Recommendations
1. Continue with the Speech/cognitive therapy
2.Continue with Physical therapy for management of the vestibular symptoms
3.Sleep hygiene
4.Enviroment adjustments and avoiding overstimulation to  prevent symptoms
exacerbation

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED,
Clackamas OR 97015          Sex: F

---

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM (continued)

5.Consider CBT-mental health self referral


Follow-up: As needed

Histories

Social History

| Tobacco Use | |
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

**45 minutes spent performing face-to-face and non face-to-face patient care today.**


**No active medications on file as of 05/05/2021**

Electronically signed by Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
Questionnaire Submission

| From | To | Sent |
| Jennifer Elaine Mueller | Totka R Koutzeva-Dussel, MD | 5/3/2021 2:26 PM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Physiatry Intake Questionnaire

Question: Reason for visit?
Answer:  Postconcussion syndrome - establish care and follow up

Question: Where does it hurt?
Answer:  n/a. My only pain is headache if I do too much.

Question: On average, how bad is the pain?
Answer:  (Uncomfortable) Pain bothers me, but I can ignore it most of the time.

Question: When did the pain begin?
Answer:  Bicycle accident March 18, 2019

HART 000332

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015          Sex: F

Encounter Messages (continued)

Question: Has the pain worsened recently? How recent?
Answer:   Increased symptoms over the past year, most notably over the past few
months with regards to level of function.

Question: Are you having numbness? If so, where?
Answer:   No.

Question: Are you having weakness? If so, where?
Answer:   No.

Question: Quality of pain
Answer:   Dull

Question: What makes the pain better?
Answer:   Rest. Ibuprofen if severe.

Question: What makes the pain worse?
Answer:   Increased activity (physical or mental). Ongoing photosensitivity as well.

Question: Is the pain...
Answer:   Activity related

Question: What sports or exercise did you do before the pain began?
Answer:   Bike commute - 45 minutes 5 days a week. Running/walking on weekends with
some biking on weekends.

Question: What exercise(s) do you currently perform?
Answer:   None. Limited slow dog walks (about 0.3 miles)

Question: Occupation
Answer:   Family practice physician at KP (BVT)

Question: Do you smoke? If so, how much?
Answer:   No

Question: Whom do you live with?
Answer:   Spouse/Partner
        Child(ren)

Question: Do you have any family history of muscle, nerve, bone, or joint disease?
Answer:

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB:REDACTED
Clackamas OR 97015          Sex: F

Encounter Messages (continued)

Question: Have any of these treatments helped?
Answer:

Question: Have any of these treatments made the pain worse?
Answer:

Question: Have any of these treatments neither helped, nor made the pain worse?
Answer:   Physical therapy

Question: What symptoms have you experienced?
Answer:   Vision changes
          Dizziness
          Nausea
          Memory loss
          Headache
          Poor sleep

Question: Other symptions
Answer:   Diminished cognitive function that worsens with activity/mental
strain/focus/concentration.

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER   Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED,
Clackamas OR 97015              Sex: F

## Video Visit
### 7/23/2021

### Encounter Information

|                   | Provider              | Department | Encounter #  | Center |
|-------------------|-----------------------|------------|--------------|--------|
| 7/23/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St     | 1010776225   | SMO    |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

|                                          | Codes   | Comments |
|------------------------------------------|---------|----------|
| **POSTCONCUSSION SYNDROME** - Primary    | F07.81  |          |

### Progress Notes

Cary, Abigail Ann, SP at 7/26/2021 5:36 PM
Status: Signed

### Speech Therapy Progress Report

**Visit number:** 3 for 2021
**Reporting Period:** 4/30/21 to 7/23/2021
**Next monthly progress report due date:** 8/22/21
**Medicare Reauthorization Date if Applicable:** NA

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive linguistic impairment in the setting of post-concussion sequale. She is high-functioning at baseline (an MD with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea, photo and phono sensitivities. She plans to initiate intensive rehab with Brain Rehab Network Maximum improvement is yet to be attained, and there is an expectation that sge will continue to improve with cognitive functoin in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: post concussion sequalae

Concerns to monitor during follow-up SLP visits: ability to manage/balance home and work

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER      Mueller, Jennifer Elaine
10220 S E Sunnyside Rd        MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015           Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM (continued)

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 2 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: function as well as she can.

### SUBJECTIVE

Has been admitted to Brain Rehab Network. Will have intensive 1-day collaborative therapies on Mondays for 4 weeks beginning end-of-August.

Has new polarized sun glasses. These are helpful. Has been forcing herself to have a break each morning for bio break, breath. Has been trying to meditate daily. Thinks sleep is worse. Has been eating very healthfully, and feels better when she does this.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Motivational interviewing, supported list-generation of strategies that continue to be helpful or should be revisited. Identified list of "red flags" that she can observe, or ask spouse to observe to help her take a break when she needs one. Jennifer identified multiple things that she has been having an easier time letting go of (and not keeping on a to-do list). Continues to write everything down.

**Patient Response to Treatment:**  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Make preparations to modify work/home when she is at BIRC

Time In: 0805
Time Out: 0855

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 7/26/2021  5:36 PM

---

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:REDACTED
Sex: F

---

We Performed the Following

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages

No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015          Sex: F

## Video Visit Home
### 8/13/2021

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/13/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 1012203708 | SMO |

### Reason for Visit
**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA** - Primary | S06.0X9S | |

### Progress Notes

Cary, Abigail Ann, SP at 8/18/2021  4:01 PM
Status: Signed

### Speech Therapy Treatment Note

30 day POC update due: 8/22/21

**Visit Number:** 4 for 2021

### ASSESSMENT
Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment in the setting of PCS which is progressing as anticipated as indicated by increased successful engagement with activities in the community.

Concerns to monitor during follow-up SLP visits: strategies to predict activity-level and strain

### PLAN OF CARE
Jennifer to be seen up to 2 additional visits per SLP Plan of Care dated 7/23/21. Treatment may include the following: managing strategies, metacognition

Next Visit Recommendations: address struggles PRN, review system for monitoring energy
### SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St Portland OR 97219

Has a concussion buddy who is also a physician. This was validating.

Drove back from downtown, and turned around to go back; accidentally got on the Hwy. Felt like her brain

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                                10220 S E Sunnyside Rd           MRN: 7374-59-76, DOB: REDACTED
                                Clackamas OR 97015               Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 8/18/2021  4:01 PM (continued)
couldn't block out the movement--had spatial orientation issues.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**

Reviewed use of strategies.
Pacing: Went on a walk on Monday, and had a low grade HA afterwards. The next day HA increased. Regular work day. Did not walk again because the weather was so rough.

Has been tracking symptoms in her planner.

Developed system for evaluating symptoms daily in planner.

Reviewed importance of not over-planning with planned upcoming participation in intensive rehab.

**Patient Response to Treatment:**  optimistic outlook on recovery following the visit today.

**Time Spent:**
Therapeutic Activities 45 minutes

Please see Patient Instructions Section for specifics on Home Program.

Time In: 0900
Time Out: 0945

Electronically signed by Cary, Abigail Ann, SP at 8/18/2021  4:01 PM

---

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

We Performed the Following
    **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
    **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages
    No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

## Video Visit
### 8/25/2021

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/25/2021 8:10 AM | Laughlin, Kathleen M, MD | Tua-Fp | 1012583792 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 |  |
| **PHOTOPHOBIA** | H53.149 |  |
| **MELASMA** | L81.1 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM
Status: Signed

### Primary Care: Video Visit Appointment

## Reason for Call / Notes from Prior Visit:

Follow up

### Patient comments / history:

Postconcussion syndrome / difficulty concentrating / ongoing photosensitivity - recently talked with one of the new physiatrists. Not a good fit. Physiatrist kept insisting that patient was anxious, which patient doesn't agree with. She also continued to refer to her normal neuropsychological testing. We discussed that high-functioning patients may have normal testing, but still have difficulty with decision-making, especially when fatigued. Has now been referred to Brain Rehab Network - will be going 4 Mondays in September

We discussed that I've received paperwork to be filled out - asks what patient cannot and should not do - patient thinks rehab staff should likely fill this out - I will send it to her via interoffice mail.

Recent cat bite on finger ( cat was very hungry, so bite was provoked from cat's perspective) - patient developed significant infection on finger - took Augmentin which she tolerated well - would like me to remove penicillin allergy from her allergy list - history of rash with penicillin in the distant past - doesn't think this is a true allergy.

Melasma on forehead - would like prescription for TriLuma - knows it's not formulary. We discussed she may want to get this filled at Costco - patient will let me know if cost at Kaiser is prohibitive.

Nausea/ vertigo with even short car rides - helped by Dramamine - offered Zofran - patient declines for now

**KAISER PERMANENTE** REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM (continued)
Patient needs another letter for the next 6 months limited her work hours to 5 hours daily

Due for pap - has had difficulty scheduling this

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit

**Labs / Images Reviewed**

Not applicable

**Assessment and Plan:**

A)   MELASMA  (primary encounter diagnosis)

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: continued symptoms
Plan: agree with referral to Brain Rehab Network

(H53.149) PHOTOPHOBIA
Comment: secondary to postconcussion syndrome
Plan: as above

(L81.1) MELASMA
Comment: symptomatic
Plan: Fluocinolone-Hydroq-Tretinoin (TRI-LUMA)
     0.01-4-0.05 % Top Crea

P)
Orders Placed This Encounter
• Fluocinolone-Hydroq-Tretinoin (TRI-LUMA) 0.01-4-0.05 % Top Crea

42 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM

HART 000341

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER        Mueller, Jennifer Elaine
10220 S E Sunnyside Rd         MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015             Sex: F

---

## Progress Notes (continued)

......................................................................................

### Vitals Recorded in This Encounter
No data found in the last 1 encounters.

### Medications Ordered

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Fluocinolone-Hydroq-Tretinoin (TRI-LUMA) 0.01-4-0.05 % Top Crea** | 30 g | PRN | 8/25/2021 | 8/25/2022 |

Sig - Route: Apply to affected area(s) daily at bedtime - Topical
Non-formulary Exception Code: Patient Request (patient may pay full price)

### Encounter Messages
No messages in this encounter

---

## END OF REPORT

HART 000342

Subject: [External] - RE: J. Mueller Claim # 9005440032 [CONFIDENTIAL]
(Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: Norman, Kyras <Kyras.Norman@genexservices.com>, informationupload
(GB and WC Claims) <informationupload@thehartford.com>, thehartford
<thehartford@ecnime.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good morning. I received the attached with one additional office note.
Can the reviewers consider and advise if it alters their previous
assessment? Please have the reviews completed and returned to me
together. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Norman, Kyras [mailto:Kyras.Norman@genexservices.com]
Sent: Monday, August 30, 2021 5:46 PM

HART 000343

```
                    ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID         DURATION  PAGES  STATUS
August 30, 2021 at 11:09:37 AM EDT    KPRFC001         1426     36    Received
```
Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 344 of 936

KPRFC001              8/30/2021 7:45:55 AM  PAGE   1/036    Fax Server



# KAISER PERMANENTE®

---

**To:** **Edward G Ebeling, Appeal Specialist**
Company: The Hartford
Fax: 18664115613
Phone:

**From:** **Linda Mawson**
Fax: 503-571-2624
Phone: 503-571-5051
E-mail: Linda.E.Mawson@kp.org

---

**Subject:**

THE HARTFORD
PO BOX 14269
LEXINGTON KY 40512

RE: YOUR RECORDS REQUEST FOR JENNIFER ELAINE MUELLER [7374-59-76]

Claim Event ID 16630803

The enclosed 01/01/2021 - present records have been provided in response to your request.

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000

Telephone: (503) 571-5051 / Fax: (503) 571-2624

---



**KAISER PERMANENTE®**

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE

HART.000344



# The Hartford
# FAX COVER PAGE

To:          Kaiser Permanente

From:        The Hartford

Date:        08/13/21 09:41:48 AM

Re:          Jennifer Mueller DOB: **REDACTED** ID: 9005440032 [CONFIDENTIAL]

Total Pages:  6  including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please

HART 000345

immediately destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Ebeling, Edward G (GB and WC Claims)
**Sent:** Thursday, August 05, 2021 12:38 PM
**To:** 'Kaiser_Permanente._.15035712624@fax2mail.com'
<Kaiser_Permanente._.15035712624@fax2mail.com>
**Subject:** Jennifer Mueller DOB: **REDACTED**; ID: 9005440032 [CONFIDENTIAL] //STD

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Ebeling, Edward G (GB and WC Claims)
**Sent:** Thursday, July 29, 2021 9:07 AM
**To:** 'Kaiser_Permanente_Records._.15035712624@fax2mail.com'
<Kaiser_Permanente_Records._.15035712624@fax2mail.com>
**Subject:** Jennifer Mueller DOB: **REDACTED**ID: 9005440032 [CONFIDENTIAL] //STD

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.


*********************************************************************************************
******************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.


*********************************************************************************************
******************

HART 000347



**THE HARTFORD**

July 29, 2021

Kaiser
Fax Number:    503-571-2624

Policyholder:    Northwest Permanente, P.C.
Claimant:        Jennifer E. Mueller
DOB:             **REDACTED**
Insured ID:      9005440032
Claim Event ID:  16630803
Policy No:       GLT767135

Dear Sir or Madam:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 01/01/2021 to current. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (860) 414-7613

Jul/27/2021 7:53:17 PM              HP 503-459-6625                           3/4
7/18/2021        LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1o-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

*Kaiser Permanente 1/2021 → present.*
*503-571-2624*

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION    THE HARTFORD

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
|---|---|---|
| *Jennifer Mueller* | **REDACTED** | *Northwest Perm* |
| # *900544 0032* | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability-benefit plans.

*(Continue to next page)*

LC-7708-2                              Page 1 of 2                            12/2020

I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and I may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____              7/26/2021
Signature of Claimant or Legal Representative    Date


Name and Relationship to Claimant  *(if signed by Legal Representative)*




Form must be signed and dated.

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

### Scheduled Telephone Encounter
**1/8/2021**

Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 8:50 AM | Ruegsegger, Nicole M, PT | Tnb-Pt | 990667755 | TANASBOURNE |

Reason for Visit

**PHYSICAL THERAPY**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

Progress Notes

Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM
Status: Signed

**Physical Therapy Phone Appointment** 1/8/2021 8:39 AM

S: Patient was not seen in clinic today. Appointment was via telephone.
Specific location of patient at time of visit in case of medical emergency is:
4404 Sw Carson St
Portland OR 97219

States she is working on her balance exercises. Feels she can sustain them for longer. Feels with VOR exercises are challenging, gets blurry quickly.
Wondering about how to get more practice with driving. Has a friend that lives in Canby and wondering if she could practice driving there. Did not feel good riding in the car on the highway to see xmas lights.

O: Discussed VOR instructions, start slow, increased speed as target is clear, reduce speed if blurs. Shoot for 30 seconds. Increase if symptoms after not lasting more than 10 minutes. Discussed increasing exposure in car at faster speeds, can be driving or as passenger. Recommend having other driver in car with her if she is driving until she feels more comfortable.

A: Jennifer is a 47 yrs old female with subjective report and objective findings consistent with instability of gait in the setting of post concussion syndrome. Current symptoms include dizziness and headaches with driving, feeling off balance at night. Good compliance with current HEP, prefers to follow up with provider as needed.

P: Continue with plan of care as outlined. Pt encouraged to call my direct line if questions or concerns should arise.

Time start: 853
Time end: 911

**Nicki Ruegsegger, PT, DPT, NCS**
Physical Therapist
Neurologic Clinical Specialist
Tanasbourne

**KAISER PERMANENTE** REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Ruegsegger, Nicole M, PT at 1/8/2021  9:11 AM (continued)

503-495-8508 (office)

Electronically signed by Ruegsegger, Nicole M, PT at 1/8/2021  9:11 AM

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

Encounter Messages

No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**,
Sex: F

## Video Visit
### 1/8/2021

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 9:20 AM | Laughlin, Kathleen M, MD | Tua-Fp | 993891745 | TUA |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |
| **ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION** | Z02.89 | |

### Progress Notes

Laughlin, Kathleen M, MD at 1/8/2021 10:32 PM
Status: Signed

### Primary Care: Video Visit Appointment

### Reason for Call / Notes from Prior Visit:
Symptom Follow up

### Patient comments / history:

We discussed that I've received disability forms from Provident Insurance Services regarding her concussion syndrome.  The forms ask what patient " should not do" and what " she cannot do"

Patient with ongoing fatigue / postconcussion syndrome

### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed

Not applicable

### Assessment and Plan:

A)  No diagnosis found.

**(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**Comment: ongoing fatigue, difficulty concentrating**
**Plan: continue to monitor / continue with therapies**

HART 000353

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED,
Sex: F

---

Progress Notes (continued)

Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM (continued)

**(Z02.89) ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION**
**Comment: needed for disability insurance company**
**Plan: will send a copy of forms to patient via Cortext**
**Patient will get back to me regarding her assessment of these two questions**


P) No orders of the defined types were placed in this encounter.


10 minutes spent with the patient over Vidyo software, >50% of visit was face to face counseling, and coordinating care.


Electronically signed by Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

HART 000354

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Scheduled Telephone Encounter
**1/21/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/21/2021 10:00 AM | Cary, Abigail Ann, SP | Smc-St | 990537810 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM
Status: Signed

SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of cognitive-linguistic changes s/p concussion.

Patient reports
- Has adjusted her schedule to support more breaks.
- Sometimes can't see when she's getting worn-down.
- Does have some dot-phrase templates that she can use for collecting patient history
- At home she can stop before she hit's a wall
- Has fit-bit watch that has a 2-min timer on it.
- Some signs of getting fatigued at work:
  - When you can't think of what to do
  - Feeling lost and float-y
  - easily overwhelmed with visual stimulation and sound
  - Being tangential in conversations
  - Thinking more slowly--focusing on small details
- Has a tracker on paper that she's using to evaluate energy use

RECOMMENDATIONS

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015               Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM (continued)

**Schedule time off to work on the things that are hard to fit-in to your normal week**

**Use your tips from Amie the OT to determine when you should take a 2-min sensory break:**
- 
- When you can't think of what to do
- Feeling lost and floaty
- easily overwhelmed with visual stimulation and sound
- Being tangential in conversations
- Thinking more slowly--focusing on small details

**Work on delegating around the house more**

PLAN/FOLLOW UP

Phone follow-up in 1 month

Time in: 1000
Time out: 1025

Electronically signed by Cary, Abigail Ann, SP at 1/21/2021 11:52 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Scheduled Telephone Encounter
**2/18/2021**

#### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/18/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 998003582 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

|  | | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** | - Primary | F07.81 | |

#### Progress Notes

**Cary, Abigail Ann, SP at 2/18/2021 11:00 AM**
Status: Signed

### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of post-concussion sequale.

Patient reports
- Spent ~2 weeks getting prepped for a craft swap with her friends.
- She was very wiped after this. One day she second-guessed herself for the first time about a work decision.
- Retroactively analyzed the factors that caused her to fatigue to the extent she did. This includes planning and prepping for a new project and crafting to participate in the project.
- Is going to be doing more virtual visits, and eliminating evening work.

### RECOMMENDATIONS

Track the energy involved with all new and routine tasks. You have a finite amount of cognitive energy--and it's less than it used to be. Make sure you know how much energy you need to use for the activities in an upcoming week, and plan accordingly. Plan extra rest time as needed.

### PLAN / FOLLOW UP

Phone follow up in ~5 weeks.

**KAISER PERMANENTE** REGIONAL PROCESS CENTER     Mueller, Jennifer Elaine
10220 S E Sunnyside Rd       MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015        Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 2/18/2021 11:00 AM (continued)

Time in: 0900
Time out: 0930

Electronically signed by Cary, Abigail Ann, SP at 2/18/2021 11:00 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

| | REGIONAL PROCESS CENTER | Mueller, Jennifer Elaine |
|---|---|---|
| | 10220 S E Sunnyside Rd | MRN: 7374-59-76, DOB: REDACTED |
| | Clackamas OR 97015 | Sex: F |

### Video Visit Home
**3/25/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/25/2021 9:30 AM | Cary, Abigail Ann, SP | Smc-St | 1001164484 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM
  Status: Addendum

#### Speech Therapy Progress Report

**Visit number:** 1 for 2021
**Reporting Period:** 5/14/21 to 3/25/2021
**Next monthly progress report due date:** 4/24/21
**Medicare Reauthorization Date if Applicable:** N/A

#### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with post-concussion sequalae . She is making  progress  toward goals and has the potential to show improvement. Maximum improvement is yet to be attained, and there is an expectation that she  will continue to improve with executive functioning and cognitive-linguistic functioning in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Patient will demonstrate or report use of 6x metacognitive/compensatory strategies to address:attention and word-finding with 80% accuracy and min cues to achieve functional goals. *GOAL MET*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load.

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

HART 000359

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                         10220 S E Sunnyside Rd           MRN: 7374-59-76, DOB: REDACTED
                         Clackamas OR 97015               Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM (continued)

## PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 4 additional visits through 6/24/21.

Changes/Updates to the treatment plan: goal updates as above

Patient goal: find balance and efficiency with work, home, and social activities.

## SUBJECTIVE

Has a realization that she has been working history on holding steady. Can't ever be done/ahead of things at work. Realized that she feels like she has lost some decision-making judgement calls. Example is that it didn't occur to her send a patient to a specialist. It doesn't occur to her to off load problems. Has been aware of energy budgeting, and trying to use this with personal/social activities (ex didn't play video game for several days because she was crafting).

## OBJECTIVE/TREATMENT  *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Therapy focused on developing new functional meta cognitive and compensatory strategies focused on executive functioning. With min-mod cues, Jennifer created a *priority list* that she can refer-to to be used with her energy budget. She also generated *action-plan* with step to tackle to get disability and FMLA paperwork completed.  Additionally, Jennifer began to make a *schedule* for home-activities in advance with attention to energy budgeting. She made a *plan* to delegate around-the-house tasks and set-limits on what she can do. SLP taught "SOS" (step-back, observe, step-in) to help reduce impulsivity and increase use of metacognitive tasks.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Use metacognitive tools to support limiting work to work-hours, and budgeting energy/

Time In: 0930
Time Out: 1025

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  8:47 AM
Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  9:10 AM

**KAISER PERMANENTE** | REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

We Performed the Following
  **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
  **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**
  **TREATMENT PLAN REVIEW, REAUTHORIZATION, SPEECH LANGUAGE THERAPY**

Encounter Messages
  No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Video Visit Home
**4/30/2021**

**Encounter Information**

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/30/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1003669287 | SMO |

**Reason for Visit**

**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  - Primary | S06.0X9S | |

**Progress Notes**

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM
   Status: Signed

### Speech Therapy Progress Report

**Visit number:** 2 for 2021
**Reporting Period:** 3/25/21 to 4/30/2021
**Next monthly progress report due date:** 5/30/21
**Medicare Reauthorization Date if Applicable:** N/A

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment 2/2 concussion sequalae. She is high-functioning at baseline (MD, PCP with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She is making progress toward therapy goals for use of metacognitive and compensatory strategies, but reports setbacks when she is not able to adequately use her strategies especially pacing (ex: needing to work an extra day, unexpected exposure to concentrated light/sounds at grocery store). Maximum improvement is yet to be attained, and there is an expectation that Jennifer will continue to improve with cognitive-linguistic therapy in response to therapy.  Also anticipate that she will benefit from ongoing use of PT HEP for improving vestibular function. ST continues to recommend reduction in work-hours (20 hrs/week) if that can be accommodated by employer and Jennifer's family finances.


GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 3 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: able to appropriately perform responsibilities at work and home.

### SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Jennifer reports that she has made apt with Physiatry to assist with symptom management in light of prolonged post-concussive symptoms, and difficulty with return-to-work.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Rivermead Post-Concussion Symptoms Questionnaire**

0 = not experienced at all
1 = no more a problem
2 = a mild problem
3 = a moderate problem
4 = a severe problem

Compared with before the accident, do you now (i.e., over the last 24 hours) suffer from

Headaches: 3 (sometimes severe with exacerbation of symptoms)
Feelings of dizziness: 3 (worse with exacerbation of symptoms, can't walk and look at phone at same time)
Nausea and/or Vomiting: 3 (more often than not)
Noise sensitivity: 4 (using ear plugs frequently--grocery store, movie-watching, even sometimes in conversation)
Sleep disturbance: 2 (sleeping fairly well ~9-10 hours/night)
Fatigue, tiring more easily: 4
Being irritable, easily angered: 3
Feeling depressed or tearful: 0
Feeling frusterated or impatient: 3

HART 000363

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Forgetfulness, poor memory: 3
Poor concentration: 4
Taking longer to think: 4 (much better at the beginning of the day)
Blurred vision: 3 (can't sew without glasses)
Light sensitivity: 3 (somewhat improved, but still needs shaded glasses with screens)
Double vision: 2
Restlessness: 2- more physical than mental/emotional

**Treatment Provided Today:**
Reviewed uses for "Step-back, observe, step-in (SOS)," and Jennifer developed a system (calendar reminder) to increase use of this practice.
Developed ways to increase planned use of pacing to include vestibular exercises. Min-mod cueing.


**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Focus on metacognitive strategies to anticipate fatigue before becoming overwhelmed by it


Time In: 0805
Time Out: 0900


Electronically signed by Cary, Abigail Ann, SP at 4/30/2021 11:42 AM


Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

We Performed the Following
  **SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
  No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Video Visit
**5/3/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/3/2021 2:40 PM | Laughlin, Kathleen M, MD | Tua-Fp | 1005016290 | TUA |

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |

#### Progress Notes

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM
  Status: Signed

### Primary Care: Video Visit Appointment

### Reason for Call / Notes from Prior Visit:
Symptom Follow up


### Patient comments / history:

Postconcussion syndrome follow up - recently worked at a Saturday - hoped she'd be able to do this even though it was 6 days in a row.  Patient found she was not doing well on Sunday and had to take Monday and Tuesday off to recover.  Patient wonders if she should just be working 4 hour days, rather than 5 hour days.

Patient has been working with Abby, speech therapist and sometimes physical therapist, too.  Has appointment with new concussion specialist in physiatry on Wednesday.

Patient doing OK emotionally.  We discussed that challenges of having an invisible disability - she looks like she's doing OK, but doesn't always function well.  By the end of her day she is not able to make decisions as well and has to spend quite a bit of timing doing follow up and catch up - sometimes spends 8-9 hours at the office

We discussed that it's been > 5 years since her last pap smear

### Physical exam (Performed by visualization of patient over Vidyo Software)

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed
**Not applicable**

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:REDACTED
Sex: F

---

Progress Notes (continued)

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM (continued)

### Assessment and Plan:

A)  No diagnosis found.

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: improved since last year, but still with significant problems with fatigue, concentration
Plan: follow up with physiatrist / offered support
Let me know if I can help with paperwork

Follow up for pap smear


P) No orders of the defined types were placed in this encounter.


29 minutes spent performing face-to-face and non-face-to-face patient care today.




Electronically signed by Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM

..................................................................................................

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

We Performed the Following
    **REMIND TO HAVE PAP EXAM**

Encounter Messages
    No messages in this encounter

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: **REDACTED**
                        Clackamas OR 97015               Sex: F

---

## Video Visit
**5/5/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/5/2021 10:40 AM | Koutzeva-Dussel, Totka R, MD | Orc-Phys | 1005019752 | ORC |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |

### Progress Notes

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM
   Status: Signed

Subjective
Video visit.
Jennifer Elaine Mueller  is a 48 yrs old female seen by Dr Mirchandani last on 7/31/20  for evaluation of: PCS
S/p head trauma with loss of consciousness on March 2019
.Plan was:

> The following has been copied and pasted from Dr Mirchandani DO:
> - Follow up with Dr. Muraki in November.  Continue to wear prescription glasses.
> - Continue with Speech therapy
> - Referred to Occupational therapy.  Continue with home exercises.
> - Referred to physical therapy for impaired balance/vertigo
> - Recommend sleep hygiene and avoiding naps.  If sleep does not improve, recommend
> insomnia specialist evaluation.
> - Continue with meditation.
> - if you would like headache management, recommend following up with your PCP.
> - Please contact Dr. Tongue to have Neuropsychology test results sent to Kaiser

Today patient's main concern is the  inability to work full time as a physician.
She is enrolled in Speech/cognitive therapy, Physical therapy for vestibular symptoms management , follows
with  Dr Muraki for eye movements/vision management.
Completed course of Occupational therapy.

While on 4 hrs 5 days a week schedule patient was able to  perform well as physician, felt she was able to
navigate and prevent the symptoms to exacerbate as described bellow(see SAC inventory)

She states she is  functional in the beginning of the day and as  demand throughout the day increases she
struggles with cognitive and physical performance, progressively getting worse by the end of the day.
Currently on 5 hrs 5 days a week schedule- reports executive function suffers as the day progresses.

**SAC symptom inventory from 0-6:**
Headache:3
Pressure in head: 3
Neck pain: 0
Nausea/vomiting:  (no emesis) nausea daily 2 to 4

HART 000367

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM (continued)

Dizziness: 3
Blurred vision: **2**, improved with wearing prism glasses.
Balance problems: 0 toworse at night, **2-3**
Sensitivity to light: 4-  5, patient has blue block glasses with prisms
Sensitivity to noise: 4-5
Feeling slowed down: from none to 6
Feeling like in a fog: 4-6
Don't feel right: 6
Difficulty concentrating: 5
Difficulty remembering: **5-6**
Fatigue or low energy: 5
Confusion:0
Drowsiness: 1
Trouble falling asleep:1  increased hours required to function
More emotional: 0 **d**
Irritability: **3** when overstimulated
Sadness: 0
Nervous or anxious: 1

Prior the accident patient reports base line  anxiety and depression, that she feels has been improved.

Objective

There were no vitals taken for this visit.
Estimated body mass index is 25.46 kg/m² as calculated from the following:
  Height as of 3/22/19: 5' 7.5" (1.715 m).
  Weight as of 2/5/20: 165 lb (74.8 kg).

General appearance - alert, well appearing, no acute distress

Assessment and Plan

Ms. Jennifer E Mueller is a 48 yrs female with history of head trauma with loss of consciousness, here for follow up for post concussion syndrome.
Based on the History and reported symptoms patient appear to have
decreased endurance and worsening  cognitive and executive function performances as the day progresses.

A)  POSTCONCUSSION SYNDROME  (primary encounter diagnosis)

Patient  reports normal Neuro psych evaluation-done in the morning in protected from stimulations environment

P)Recommendations
1. Continue with the Speech/cognitive therapy
2.Continue with Physical therapy for management of the vestibular symptoms
3.Sleep hygiene
4.Enviroment adjustments and avoiding overstimulation to  prevent symptoms exacerbation

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

---

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM (continued)

5.Consider CBT-mental health self referral

Follow-up: As needed

Histories

Social History

| Tobacco Use | |
|---|---|
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

45 minutes spent performing face-to-face and non face-to-face patient care today.

No active medications on file as of 05/05/2021

Electronically signed by Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
Questionnaire Submission

| From | To | Sent |
|---|---|---|
| Jennifer Elaine Mueller | Totka R Koutzeva-Dussel, MD | 5/3/2021 2:26 PM |

## Patient Questionnaire Submission
-------------------------------

Questionnaire: Physiatry Intake Questionnaire

Question: Reason for visit?
Answer:   Postconcussion syndrome - establish care and follow up

Question: Where does it hurt?
Answer:   n/a. My only pain is headache if I do too much.

Question: On average, how bad is the pain?
Answer:   (Uncomfortable) Pain bothers me, but I can ignore it most of the time.

Question: When did the pain begin?
Answer:   Bicycle accident March 18, 2019

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Encounter Messages (continued)

---

Question: Has the pain worsened recently? How recent?
Answer:   Increased symptoms over the past year, most notably over the past few months with regards to level of function.

Question: Are you having numbness? If so, where?
Answer:   No.

Question: Are you having weakness? If so, where?
Answer:   No.

Question: Quality of pain
Answer:   Dull

Question: What makes the pain better?
Answer:   Rest. Ibuprofen if severe.

Question: What makes the pain worse?
Answer:   Increased activity (physical or mental). Ongoing photosensitivity as well.

Question: Is the pain…
Answer:   Activity related

Question: What sports or exercise did you do before the pain began?
Answer:   Bike commute - 45 minutes 5 days a week. Running/walking on weekends with some biking on weekends.

Question: What exercise(s) do you currently perform?
Answer:   None. Limited slow dog walks (about 0.3 miles)

Question: Occupation
Answer:   Family practice physician at KP (BVT)

Question: Do you smoke? If so, how much?
Answer:   No

Question: Whom do you live with?
Answer:   Spouse/Partner
           Child(ren)

Question: Do you have any family history of muscle, nerve, bone, or joint disease?
Answer:

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015              Sex: F

Encounter Messages (continued)

Question: Have any of these treatments helped?
Answer:

Question: Have any of these treatments made the pain worse?
Answer:

Question: Have any of these treatments neither helped, nor made the pain worse?
Answer:   Physical therapy

Question: What symptoms have you experienced?
Answer:   Vision changes
          Dizziness
          Nausea
          Memory loss
          Headache
          Poor sleep

Question: Other symptions
Answer:   Diminished cognitive function that worsens with activity/mental
strain/focus/concentration.

**KAISER PERMANENTE**    REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

## Video Visit
**7/23/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/23/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1010776225 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 | |

### Progress Notes

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM
  Status: Signed

### Speech Therapy Progress Report

**Visit number: 3 for 2021**
**Reporting Period: 4/30/21 to 7/23/2021**
**Next monthly progress report due date: 8/22/21**
**Medicare Reauthorization Date if Applicable: NA**

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive linguistic impairment in the setting of post-concussion sequale.  She is high-functioning at baseline (an MD with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She plans to initiate intensive rehab with Brain Rehab Network Maximum improvement is yet to be attained, and there is an expectation that sge will continue to improve with cognitive functoin in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: post concussion sequalae

Concerns to monitor during follow-up SLP visits: ability to manage/balance home and work

HART 000372

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM (continued)

**PLAN OF CARE**

Jennifer to continue speech therapy per SLP Plan of Care, up to 2 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: function as well as she can.

**SUBJECTIVE**

Has been admitted to Brain Rehab Network. Will have intensive 1-day collaborative therapies on Mondays for 4 weeks beginning end-of-August.

Has new polarized sun glasses. These are helpful. Has been forcing herself to have a break each morning for bio break, breath. Has been trying to meditate daily. Thinks sleep is worse. Has been eating very healthfully, and feels better when she does this.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Motivational interviewing, supported list-generation of strategies that continue to be helpful or should be revisited. Identified list of "red flags" that she can observe, or ask spouse to observe to help her take a break when she needs one. Jennifer identified multiple things that she has been having an easier time letting go of (and not keeping on a to-do list). Continues to write everything down.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Make preparations to modify work/home when she is at BIRC

Time In: 0805
Time Out: 0855

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 7/26/2021  5:36 PM

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 374 of 936

**KAISER PERMANENTE** REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: REDACTED
Clackamas OR 97015          Sex: F

## We Performed the Following

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

## Encounter Messages

No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER                Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd                 MRN: 7374-59-76, DOB: **REDACTED**
                       Clackamas OR 97015                     Sex: F

## Video Visit Home
### 8/13/2021

Encounter Information

|            | Provider              | Department | Encounter # | Center |
|------------|-----------------------|------------|-------------|--------|
| 8/13/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 1012203708 | SMO |

Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

Diagnoses

|                              |            | Codes    | Comments |
|------------------------------|------------|----------|----------|
| **CONCUSSION, SEQUELA**   - Primary |  | S06.0X9S |          |

Progress Notes

Cary, Abigail Ann, SP at 8/18/2021 4:01 PM
  Status: Signed

## Speech Therapy Treatment Note

30 day POC update due: 8/22/21

**Visit Number: 4 for 2021**

## ASSESSMENT
Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment in the setting of PCS which is progressing as anticipated as indicated by increased successful engagement with activities in the community.

Concerns to monitor during follow-up SLP visits: strategies to predict activity-level and strain

## PLAN OF CARE
Jennifer to be seen up to 2 additional visits per SLP Plan of Care dated 7/23/21. Treatment may include the following: managing strategies, metacognition

Next Visit Recommendations: address struggles PRN, review system for monitoring energy

## SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Has a concussion buddy who is also a physician. This was validating.

Drove back from downtown, and turned around to go back; accidentally got on the Hwy. Felt like her brain

HART 000375
Page 25

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 8/18/2021  4:01 PM (continued)
couldn't block out the movement--had spatial orientation issues.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**

Reviewed use of strategies.
Pacing: Went on a walk on Monday, and had a low grade HA afterwards. The next day HA increased. Regular work day. Did not walk again because the weather was so rough.

Has been tracking symptoms in her planner.

Developed system for evaluating symptoms daily in planner.

Reviewed importance of not over-planning with planned upcoming participation in intensive rehab.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

**Time Spent:**
Therapeutic Activities 45 minutes

Please see Patient Instructions Section for specifics on Home Program.

Time In: 0900
Time Out: 0945

Electronically signed by Cary, Abigail Ann, SP at 8/18/2021  4:01 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

We Performed the Following
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED,
Sex: F

### Video Visit
**8/25/2021**

Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/25/2021 8:10 AM | Laughlin, Kathleen M, MD | Tua-Fp | 1012583792 | TUA |

Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **PHOTOPHOBIA** | H53.149 | |
| **MELASMA** | L81.1 | |

Progress Notes

Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM
   Status  Signed

### Primary Care: Video Visit Appointment

## Reason for Call / Notes from Prior Visit:

Follow up

### Patient comments / history:

Postconcussion syndrome / difficulty concentrating / ongoing photosensitivity - recently talked with one of the new physiatrists.  Not a good fit.  Physiatrist kept insisting that patient was anxious, which patient doesn't agree with.  She also continued to refer to her normal neuropsychological testing.  We discussed that high-functioning patients may have normal testing, but still have difficulty with decision-making, especially when fatigued. Has now been referred to Brain Rehab Network - will be going 4 Mondays in September

We discussed that I've received paperwork to be filled out - asks what patient cannot and should not do - patient thinks rehab staff should likely fill this out - I will send it to her via interoffice mail.

Recent cat bite on finger ( cat was very hungry, so bite was provoked from cat's perspective) - patient developed significant infection on finger - took Augmentin which she tolerated well - would like me to remove penicillin allergy from her allergy list - history of rash with penicillin in the distant past - doesn't think this is a true allergy.

Melasma on forehead - would like prescription for TriLuma - knows it's not formulary.  We discussed she may want to get this filled at Costco - patient will let me know if cost at Kaiser is prohibitive.

Nausea/ vertigo with even short car rides - helped by Dramamine - offered Zofran - patient declines for now

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER    Mueller, Jennifer Elaine
10220 S E Sunnyside Rd     MRN: 7374-59-76, DOB:REDACTED
Clackamas OR 97015         Sex: F

Progress Notes (continued)
Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM (continued)
Patient needs another letter for the next 6 months limited her work hours to 5 hours daily

Due for pap - has had difficulty scheduling this

**Physical exam** *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit

**Labs / Images Reviewed**

Not applicable

**Assessment and Plan:**

A)   MELASMA  (primary encounter diagnosis)

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: continued symptoms
Plan: agree with referral to Brain Rehab Network

(H53.149) PHOTOPHOBIA
Comment: secondary to postconcussion syndrome
Plan: as above

(L81.1) MELASMA
Comment: symptomatic
Plan: Fluocinolone-Hydroq-Tretinoin (TRI-LUMA)
      0.01-4-0.05 % Top Crea

P)
Orders Placed This Encounter
• Fluocinolone-Hydroq-Tretinoin (TRI-LUMA) 0.01-4-0.05 % Top Crea

42 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Laughlin, Kathleen M, MD at 8/25/2021 10:50 PM

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                      10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: REDACTED
                      Clackamas OR 97015               Sex: F

Progress Notes (continued)

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Fluocinolone-Hydroq-Tretinoin (TRI-LUMA) 0.01-4-0.05 % Top Crea** | 30 g | PRN | 8/25/2021 | 8/25/2022 |

   Sig - Route: Apply to affected area(s) daily at bedtime - Topical
   Non-formulary Exception Code: Patient Request (patient may pay full price)

Encounter Messages
   No messages in this encounter

**END OF REPORT**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| August 30, 2021 at 11:09:37 AM EDT | KPRFC001 | 1426 | 36 | Received |

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 380 of 936

KPRFC001                    8/30/2021 7:45:55 AM   PAGE   1/036   Fax Server



# KAISER PERMANENTE®

**To:**  **Edward G Ebeling, Appeal Specialist**
Company:  The Hartford
Fax:  18664115613
Phone:

**From:**  **Linda Mawson**
Fax:  503-571-2624
Phone:  503-571-5051
E-mail:  Linda.E.Mawson@kp.org

**Subject:**
THE HARTFORD
PO BOX 14269
LEXINGTON KY 40512

RE:  YOUR RECORDS REQUEST FOR JENNIFER ELAINE MUELLER [7374-59-76]

Claim Event ID 16630803

The enclosed 01/01/2021 - present records have been provided in
response to your request.

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000

Telephone: (503) 571-5051 / Fax: (503) 571-2624



## KAISER PERMANENTE®

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED, IF YOU HAVE

HART.000380

Subject: [External] - J. Mueller Claim # 9005440032
From: Kyras.Norman@genexservices.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Good Afternoon Edward,

Attached is the Co-Morbid Panel Peer Review for the above referenced
claimant; the Invoices will follow.

The report is available for your review via the web portal as well.

When locating file, please use ECN # 184513-1

If we can further assist you with this file, please don't hesitate to
give us a call.

Thanks for the referral,

Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

F: 561-392-5881


Access our portal at: View My Cases



All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)




All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that

provide benefits for work-related injuries or illness without regard to
fault. Refer to 45 CFR 164.512(l)
*************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************



Corporate Office
6313 Broken Sound Parkway NW, Suite 297
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC    E-mail: info@ecnims.com    Web: www.ecnims.com

**August 30, 2021**

**Type of Report: Co-Morbid Panel Peer Review**

**Claimant Name:  Jennifer Mueller**

**Claim #:  9005440032**

**ECN #: 184513-1**

HART 000384

# Kevin Kohan, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain Medicine*

CLAIMANT NAME: Mueller, Jennifer
EXAMINER: Kevin Kohan, DO
ECN #: 184513-1
CLAIM #: 9005440032
DATE OF LOSS: 3/18/2019
DATE OF SERVICE: 8/30/2021

### Peer Review

### Advisory Report #1– Lead Reviewer – Kevin Kohan, DO – Physical Medicine & Rehabilitation/Pain Medicine

This is a peer review regarding Mueller, Jennifer. I have been asked to review the medical records on behalf of ECN. I reviewed records from 3/22/2019 through 8/13/2021 including: Kathleen M. Laughlin, MD / Family Medicine, extending from 3/22/2019 to 5/3/2021; Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation, extending from 3/26/2019 to 4/15/2019; Kaiser Permanente / Occupational Therapy, extending from 4/8/2019 to 9/20/2019; Kaiser Permanente / Physical Therapy, extending from 4/17/2019 to 1/8/2021; Kaiser Permanente / Speech Language Pathology, extending from 4/29/2019 to 8/13/2021; Nanette I. Curtis, OD / Optometry, on 5/2/2019; Cecilia S. Muraki, OD / Optometry, extending from 5/25/2019 to 11/5/2019; Mona Mirchandani, DO / Physical Medicine & Rehabilitation, on 2/5/2020; Christopher K. Tongue, PhD / Psychology, on 3/13/2020; Glen Getz, PhD / Psychology, on 8/28/2020; Totka R. Koutzeva-Dussel, MD / Physical Medicine & Rehabilitation, on 5/5/2021; Jennifer Cann, MD / Physical Medicine & Rehabilitation, Independent Medical Evaluator, on 6/22/2021; Jody J. Palensky, PhD / Psychology, on 6/22/2021; Brain Rehab Network / Speech Language Pathology, on 6/22/2021; Brain Rehab Network / Physical Therapy, on 6/22/2021; Brain Rehab Network / Occupational Therapy, on 6/22/2021; Treatment Plan & Concurrence, on 6/22/2021; Outcome Measures (Concussion) Evaluation, on 6/22/2021; Medical Evaluation, on 6/22/2021.

The claimant is a 48-year-old female with a medical history significant for maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

3/18/19, CT head: no acute intracranial abnormality.

3/18/19, CT spine total: no acute spine fracture.

3/22/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is seen for hospital follow-up. She is s/p bicycle accident on 3/18/19 where another bike T-boned her bike and she flew off bike landing on face the right side of body. She had loss of consciousness at scene, quite a bit of amnesia in the hours after the accident. She was diagnosed with concussion, right maxillary fracture, and contusions. Her right shoulder is quite bruised. One spot is quite tender to palpation, but she has good range of motion of right shoulder. On exam, there is right shoulder/clavicle tenderness to palpation over right acromioclavicular joint.

3/24/19, X-ray right clavicle: incidental note is made of a benign lucent focus in the proximal clavicular head.

3/26/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant reports she is very tired, and notes decreased concentration. She is having some headaches in the evening. On exam, there is right shoulder/clavicle tenderness to palpation over right acromioclavicular joint.

4/8/19, Kaiser Permanente / Occupational Therapy: The claimant presents with visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency s/p concussion.

4/11/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant is seen for post-concussion syndrome with photophobia, peripheral vertigo, fatigue, and eye movement d/o with reduced screen time/reading time. On exam, she has full and painless range of motion of all 4 extremities without edema, cyanosis or tenderness except supraspinatus near insertion on humerus. She has normal station and gait.

4/15/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant has post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo. She is unable to work from 3/18/19 to 5/5/19.

4/25/19, Kaiser Permanente / Occupational Therapy: The claimant is progressing toward goals as anticipated as indicated by decreasing symptoms, but not at her previous level of function.

5/8/19, Kaiser Permanente / Occupational Therapy: The claimant is making slow steady gains with improved ability to read and use computer before being limited by her symptoms. She has moderate improvement with dizziness and nausea during activities.

7/25/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is having neck pain and headaches. Sometimes she is very tired and has trouble with concentration.

9/13/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant has post-concussion syndrome and major depressive disorder.

HART 000386

Restrictions are listed as following: reduced work hours of 4 hours per day, 5 days per week, starting 10/1/19 through 12/31/19.

9/20/19, Kaiser Permanente / Occupational Therapy: The claimant demonstrates improvement in functional vision limitations. She has improved pacing self-back to physical activities, but she continues to fear exacerbating symptoms.
She continues to struggle with resuming her typical physical activities such as regular cardiovascular routine due to delayed fatigue onset afterwards and potentially not recognizing signs of over-exertion.

2/5/20, Mona Mirchandani, DO / Physical Medicine & Rehabilitation: the claimant is seen for post-concussion syndrome. On exam, there is 5/5 strength in bilateral upper and lower extremities. Sensation is normal throughout upper and lower extremities. She has normal heel-toe gait without device. There is loss of balance with tandem stance.

2/20/20, Kathleen M. Laughlin, MD / Family Medicine: The claimant continues to have decreased stamina, problems with executive function, multitasking, light sensitivity.

1/8/21, Kaiser Permanente / Physical Therapy: The claimant is working on her balance exercises. She has objective findings consistent with instability of gait in the setting of post-concussion syndrome. Her symptoms include dizziness and headaches with driving, feeling off balance at night.

6/22/21, Jennifer Cann, MD / Physical Medicine & Rehabilitation, Independent Medical Evaluator: The claimant sustained a concussion with LOC and right zygomatic fracture while commuting to work on her bicycle on 3/18/19. She continues to experience sensory sensitivities (light>sound), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration and attention. On exam, there is 5/5 strength in both upper and lower extremities, reflexes are 2+ throughout.

**DIAGNOSES:**

Maxillary Fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

**CALL ATTEMPTS:**

Dr. Laughlin; called her office at 1:05 PM on 08/19. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

Dr. Laughlin; called her office at 9:12 AM on 08/20. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

HART 000387

Dr. Laughlin; called her office at 10:58 AM on 08/20. Unable to leave a message at Kaiser Permanente due to hold time exceeding 15 minutes.  Contact number used for outreach: 503-813-2000

For my review of medically necessary activity restrictions, may I ask you to provide the following information regarding Mueller, Jennifer.

1.  Have you placed the claimant on activity restrictions?

2. Which objective functional limitations corroborate these restrictions?

3. Has the claimant's condition significantly changed recently?

**RESPONSE TO QUESTIONS:**

1) **Please provide your assessment of medically supported restrictions and limitations as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to current.**

See below.

2) **If you respond in terms of a Department of Labor category, please explain. Please consider self-reported symptoms, any cognitive issues and medication side effects, and the cumulative effect of these.**

The claimant's -reported symptoms, any cognitive issues and medication side effects, were considered. Please see Question 4.

3) **Please advise if the claimant's abilities are sustainable 40 hours a week, or for what specific period and interval. If limited endurance is a factor, please explain what findings support this. *Of note, the claimant is currently working part time at 25 hours a week.**

Yes, the claimant's abilities are sustainable 40 hours a week.

4) **Please explain the medical rationale for your opinion. Please comment on the attending physician's opinion of functionality and discuss any differences with your opinion.**

The claimant is a 48-year-old female with a medical history significant for maxillary fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression.

Interval history shows that the claimant sustained a concussion with loss of consciousness in a bicycle accident on 3/18/19. She was diagnosed with concussion, right maxillary fracture, and contusions. On 3/26/19, the claimant presented with tiredness, decreased concentration, and headaches.

HART 000388

On exam, there was right shoulder/clavicle tenderness to palpation over right acromioclavicular joint. On 4/8/19, the claimant presented to occupational therapy with visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency s/p concussion. Physical exam from 4/11/19 revealed full and painless range of motion of all 4 extremities without edema, cyanosis or tenderness except supraspinatus near insertion on humerus. She had normal station and gait.

On 4/15/19, Dr. Stelmack indicated that the claimant was unable to work from 3/18/19 to 5/5/19 due to post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo. On 9/13/19, Dr. Laughlin listed restrictions as following: reduced work hours of 4 hours per day, 5 days per week, starting 10/1/19 through 12/31/19. On 2/5/20, the claimant was seen by Dr. Mirchandani for post-concussion syndrome. On exam, there was 5/5 strength in bilateral upper and lower extremities. Sensation is normal throughout upper and lower extremities. She had normal heel-toe gait without device. There was loss of balance with tandem stance. Physical therapy notes from 1/8/21 revealed that the claimant had objective findings consistent with instability of gait in the setting of post-concussion syndrome. Her symptoms included dizziness and headaches with driving, feeling off balance at night. On 6/22/21, the claimant was evaluated by Dr. Cann. She continued to experience sensory sensitivities (light>sound), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration, and attention. On exam, there was 5/5 strength in both upper and lower extremities, reflexes are 2+ throughout.

Based on the information provided, the claimant was involved in a bicycle accident on 3/18/19 with loss of consciousness. Since the accident, the claimant has been experiencing sensory sensitivities, headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance, poor memory, poor concentration, and attention. However, I am unable to find support for a physical impairment as the claimant has no neurological deficit with no motor loss, no sensory loss, no significant alteration in reflexes, no loss of gait/mobility. The medical records on the file are mostly focused on the claimant's cognitive conditions, which are deferred to appropriate specialty as they are outside of the scope of this report. Physical exam findings indicate full strength, full range of motion, and normal gait. There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required short total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.

Sincerely,

Kevin Kohan, DO
ABMS Board Certification Physical Medicine & Rehabilitation/Pain Medicine
Medical License Number CA 10509

HART 000389

**Advisory Report #2- Second Reviewer – Gabriel Jasso, PsyD – Psychologist/Neuropsychology**

The claimant is a 48-year-old-female, with a medical history significant for post-concussion syndrome, major depressive disorder, general anxiety disorder.

03/22/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is seen for follow-up, reporting the persistence of fatigue, and decreased concentration. She also reports some persistent depression for which she has medicated with Cymbalta.

04/08/19, Kaiser Permanente / Occupational Therapy: The claimant is seen for follow-up, with continuous reports of fatigue, poor concentration, and poor processing speed. It is noted that she will most likely need modified duty hours to return to work, with reduced hours and extra rest breaks.

04/11/19, Kathleen M. Laughlin, MD / Family Medicine, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant is seen for follow-up, reporting she did good over the weekend, but still has significant fatigue, as well as trouble concentrating. Her mental status examination is unremarkable. She attempted to return to work but continues to experience slow processing and an inability to complete much. She is considered to have post-concussion syndrome and is advised to continue speech and physical therapy.

04/15/19, Bruce M. Stelmack, DO / Physical Medicine & Rehabilitation: The claimant has an attending physician statement, which indicates a diagnosis of post-concussion syndrome, insomnia, mild cognitive impairment, and peripheral vertigo, with symptoms of ongoing fatigue, photophobia, reduced tolerance to reading and screen time, with vertigo when getting up quickly or rolling over. She is managed with physical therapy, occupational therapy, speech, and language therapy. She is deemed unable to work from 03/18/19 to 05/0519, with no restrictions and limitations indicated.

05/06/19, Kathleen M. Laughlin, MD / Family Medicine: An attending physician statement is issued with regards to the claimant, indicating a diagnosis of post-concussion syndrome, with nausea, visual disturbance, and cognitive-linguistic dysfunction, with symptoms of ongoing fatigue, photophobia, reduced tolerance to reading, and screen time with vertigo on rolling over and getting up quickly. She has a return to work date of 05/20/19, with no restrictions and limitations indicated. It is noted she may work 4 hours per day for 4 days a week from 05/20/19 to 06/02/19, and full duty from 06/03/19 going forward.

05/29/19, Kaiser Permanente / Speech-Language Pathology: The claimant is seen for an initial speech therapy evaluation. She reports word-finding, attention deficits, as well as problems with memory. On objective assessment, she has 100% intelligible conversation with no abnormalities in auditory comprehension, verbal expression, reading

HART 000390

comprehension, written expression, verbal reasoning, and attention, as well as immediate memory.

08/14/19, Kaiser Permanente / Speech-Language Pathology: The claimant is seen for follow-up, reporting better pacing, she notes she had a cognitive impact, after 1 exercise episode. On evaluation, her speech and fluency are appreciated to still be intact. She is advised to continue pacing.

09/13/19, Kathleen M. Laughlin, MD / Family Medicine: An attending physician statement is issued with regards to the claimant, indicating a diagnosis of post-concussion syndrome and a recurrent episode of major depressive disorder. Symptoms include fatigue, photophobia, headache, word-finding, and decreased interest in reading. No restrictions or limitations are indicated.

11/18/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant is seen for follow-up, reporting difficulties with multitasking. Pacing is still encouraged.

12/23/19, Kathleen M. Laughlin, MD / Family Medicine: The claimant has a work status report that indicates modified duty from 05/20/19 through 07/01/20, allowing the claimant to work no more than 4 hours per workday 5 days per week, with a return to full capacity on 07/02/20.

03/13/20, Christopher K. Tongue, Ph.D. / Psychology: The claimant has a neuropsychological evaluation, which reveals she suffered a bicycle to bicycle collision on 03/18/19. She is noted to have symptoms of post-concussion syndrome ever since despite physical rehabilitation. She is noted to have a history of migraines, with her last episode 2 years ago. She has no previous history of concussive injuries prior to her recent bicycle injury. She has a diagnosis of recurrent major depressive disorder. She reports she had loss of consciousness with her accident and was admitted, with her teeth reset. A normal CT scan of the head was noted. Following the accident, she was unable to walk unassisted for the first week, she required a set of light and dark tinted prism glasses. She continues to have difficulty with vision, for which she uses prism glasses. She reports some initial difficulty with multitasking after returning to work, which improved over time. She continues to have difficulties with word-finding also. She notes she is unable to do as many things as she could before the accident. She also reports continuous difficulty with driving, attention, and multitasking. She is noted to have had complaints consistent with mild traumatic brain injury following her accident, which includes word finding difficulty, fatigue, and headache with mental efforts, which she notes has improved over the last year. On evaluation, she has no evidence of dysarthria, no deficits with regards to fine motor control and speed. Language-based functions were tested to be normal, as well as attention, concentration, working memory, and sequential reasoning. No problems with abstract reasoning were noted, as well as executive functioning, learning, and memory. She also has no evidence of acute symptoms of mood and anxiety disorders, as well as somatic or conversion disorder. It is noted that her symptoms of headache and fatigue are consistent with 10% of individuals who have suffered a mild uncomplicated traumatic brain injury.

HART 000391

She is considered to suffer from post-concussion syndrome, with major depressive disorder in her current partial remission. She is advised to continue with psychotherapy, with expected improvements in headache and fatigue over the next 12 months.

08/28/20, Glen Getz, Ph.D. / Psychology: In a response letter, it is noted that the claimant has cognitive deficits and is able to tolerate work for 5 hours a day, with ongoing decreased functional capacity and stamina. It is noted that she is easily fatigued with high cognitive function that results in slower processing.

06/22/21, Jennifer Cann, MD / Physical Medicine & Rehabilitation, Independent Medical Evaluator: The claimant is admitted to a post concussion boot camp, with the persistence of symptoms of fogginess, vision changes impaired balance, poor concentration/attention, impaired executive functioning, and difficulty with word-finding during periods of fatigue. It is noted that she is functional at the beginning of the day, but experiences worsening symptoms throughout the day. On physical examination, she is noted to have no word-finding difficulties or obvious memory deficits with cognitive testing. Rehabilitation with physical, occupational, and speech-language therapy.

06/22/21, Brain Rehab Network / Speech-Language Pathology: On evaluation by a speech and language therapist, she has language functions that fall within normal limits, as well as an intact cognitive assessment. Fatigue and increased headache were reported with the competition of the claimant's cognitive assessment.

06/22/21, Jody J. Palensky, Ph.D. / Psychology: On psychological assessment, the claimant reports a history of major depressive disorder and anxiety. She notes her most current severe stressor is adapting and adjusting to her work. She reports irritability and agitation if overstimulated. She has a 6 on depression screening and 2 on anxiety screening indicating mild depression and minimal to no anxiety.

**DIAGNOSES:**
Post-concussion symptoms, depression, anxiety.

**CALL ATTEMPTS:**

Called Dr. Laughlin, 8-19-21,14:32, unable to leave a message at Kaiser Permanente due to the hold time exceeding 15 minutes. Contact number used for outreach: 503-813-2000

Called Dr. Laughlin, 8-20-21,13:15, unable to leave a message at Kaiser Permanente due to the hold time exceeding 15 minutes. Contact number used for outreach: 503-813-2000

Called Dr. Laughlin, 8-24-21,14:18, unable to leave a message at Kaiser Permanente due to the hold time exceeding 15 minutes. Contact number used for outreach: 503-813-2000

Dear Dr. Laughlin,

From 3/18/19 forward, how is the claimant's neuropsychological condition affecting function? Is there any particular occupational activity restriction she needs to observe, and why?

Thank you.

**RESPONSE TO QUESTIONS:**

**1) Please provide your assessment of psychiatric and/or cognitive restrictions and limitations as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to the present. *If cognitive impairment is present, is it organic or psychiatric in origin?**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant does not have psychiatric/cognitive impairments that translate into restrictions and limitations from 03/18/2019 to 09/13/2019 and from 09/14/2019 to the present.

The claimant is a 48-year-old-female, with a medical history significant for post concussion syndrome, major depressive disorder, general anxiety disorder.

The claimant has a history of a bicycle collision, in which she was knocked off and suffered head trauma with loss of consciousness waking up in an ambulance. She was admitted, her teeth reset, and had steady recovery following discharge, with the symptoms consistent with post-concussion syndrome subsequently, however. She was seen on 03/22/19, with reports of persistent fatigue and decreased concentration. With evaluation on 04/11/19, her mental status examination was unremarkable despite these complaints. She was evaluated by speech and language pathology on 05/29/19, with the claimant having complaints of word-finding, attention deficits, and memory problems. The objective evaluation showed no abnormalities with 100% intact speech and comprehension. She was placed on modified duty to work 5 hours per day 5 hours a week as noted on 12/23/19. On 03/13/20, The claimant had a neuropsychological evaluation, which revealed no appreciated abnormalities, with regards to attention, concentration, working memory, or sequential reasoning with intact speech, executive functioning, learning, and memory. She also had no findings of significantly impairing mood or anxiety disorders. She reported headache and fatigue however which are consistent with post-concussion syndrome. She was admitted to a post-concussion Bootcamp on 06/22/21, due to the persistence of her symptoms of fogginess, poor concentration/attention, word-finding, and impaired executive functioning. She was seen by a speech-language pathology, with noted intact cognitive function assessment. She was also evaluated by a psychologist with a questionnaire assessment for depression and anxiety showing mild depression and minimal to no anxiety.

From the information presented, the claimant suffered from a significant accident that caused loss of consciousness and left the claimant significantly debilitated for a short while. She had recovery of function with treatments, but continuously reported significant cognitive impairments in areas of attention, concentration, multitasking, and word-finding which impaired her optimal functioning. She was evaluated by multiple speech-language pathologists who appreciated no speech abnormalities and was unable to quantify or appreciate her other reported cognitive deficits with objective assessment. She also had a neuropsychological evaluation which revealed no cognitive or mood impairments in any way. She reports that her symptoms are associated with fatigue, however with the lack of measurable findings to support the reported claims despite multiple assessments, she cannot be considered to have any cognitive impairments limiting her function but should be assessed more on the effects of fatigue, which I defer to the appropriate specialty reviewers. Taking all this into consideration, the claimant has no cognitive or mood disorders impairing her functioning, therefore no restrictions or limitations are recommended.

**2) Do you agree or disagree with the attending physician's psychiatric restrictions and limitations? If you disagree, please explain your rationale.**

09/13/19, Kathleen M. Laughlin, MD / Family Medicine: An attending physician statement is issued with regards to the claimant, indicating a diagnosis of post-concussion syndrome and a recurrent episode of major depressive disorder. Symptoms include fatigue, photophobia, headache, word-finding, and decreased interest in reading. No restrictions or limitations are indicated.

No specific psychiatric restrictions and limitations were noted in the document provided.

**3) Is the frequency and intensity of treatment consistent with the severity of symptoms sufficient to limit work activities as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to the present? Please include clinical rationale.**

No, the frequency and intensity of treatment consistent with the severity of symptoms is not sufficient to limit work activities as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to the present. The claimant was managed with regular outpatient visits with speech and language therapy as well as with her primary provider, which is not of sufficient intensity to require limitations in her activities.

**4) Please correlate the self-reported functioning with the available medical information/findings and comment on any consistencies or inconsistencies.**

Inconsistencies were appreciated with the claimant's self-reports and available findings. Although she reported impaired concentration, attention, multitasking ability, slow processing, and word-finding difficulties, there were no measurable findings of these complaints with neuropsychological assessment and cognitive assessments.

**5) If in your opinion limitations in work function as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to present are substantiated, please comment on the expected prognosis for improvement. *Of note, the claimant is currently working part-time 25 hours a week.**

N/A

Sincerely,

**Gabriel Jasso, PsyD**
Licensed Psychologist TX 36112
Neuropsychology

**TELEPHONE CONFERENCE WITH CO-REVIEWER DR. JASSO**

8/25/2021, 15:30. Neuropsychology reviewer Dr. Jasso concludes his file review with no recommendation for restrictions. While the initial bicycle event was certainly significant, subsequent evaluations and assessments were mostly negative, and no significant speech impediment was ascertained. The claimant's depression and anxiety were classified as mild to minimal. Fatigue is reported but has not been clinically quantified; Dr. Jasso lacks the clinical findings to recommend restrictions.

From my own perspective, physical exam findings indicate full strength, full range of motion, and normal gait. There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required short total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.  Dr. Jasso and I concur that, the claimant requires restrictions as follows:

There is a lack of findings that supports physical impairment that would preclude occupational functioning; therefore, no activity restrictions are supported for the time period of 03/23/2019 to 09/13/2019 and from 09/14/2019 to current. The claimant required as short period of total restriction from 03/18/19 to 03/22/19 for work-up and hospital-follow-up following the accident.


Sincerely,

**Kevin Kohan, DO**
**ABMS Board Certification Physical Medicine & Rehabilitation**
**Pain Medicine**
**Medical License Number CA 10509**



**ECN**

Exam Coordinators Network    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 257
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnlive.com    Web: www.ecnlive.com

Claimant Name:     Jennifer Mueller

ECN #:             184513-1

CLAIM #:           9005440032

"I, Kevin Kohan, DO am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review disability claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Exam Coordinators Network.

I attest that no conflict of interest exists, this includes any situation where an individual has a material professional, familial, or financial conflict  of interest regarding any of the following:

- Compensation for utilization review activities that are dependent in any way on the specific  outcome of the case
-  Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being  recommended for the consumer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information.  I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_____
Signature of Physician

Medical/ Professional License #10509



**Corporate Office**
6811 Broken Sound Parkway NW, Suite 257
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnline.com    Web: www.ecnline.com

Exam Coordinators Network    A division of Genex Services, LLC

Claimant Name:       Jennifer Mueller

ECN #:              184513-2

CLAIM #:            9005440032

"I, Gabriel A Jasso, PsyD am a physician duly licensed to practice medicine in the State of TX. I am an independent contractor and I am paid to review disability claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Exam Coordinators Network.

I attest that no conflict of interest exists, this includes any situation where an individual has a material professional, familial, or financial conflict  of interest regarding any of the following:

- Compensation for utilization review activities that are dependent in any way on the specific  outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being  recommended for the consumer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information.  I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_____
Signature of Physician

Medical/ Professional License #36112

Subject: [External] - J. Mueller Claim # 9005440032
From: Kyras.Norman@genexservices.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>


This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.


CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.


Good Afternoon Edward,


Attached is the Co-Morbid Panel Peer Review for the above referenced
claimant; the Invoices will follow.


The report is available for your review via the web portal as well.


When locating file, please use ECN # 184513-1


If we can further assist you with this file, please don'€™t hesitate to
give us a call.


Thanks for the referral,



Kyras Norman

Quality Assurance Coordinator

Exam Coordinators Network, a division of Genex Services

T: 424-292-4317

HART 000399

KPRFDT001              8/23/2021 1:09:47 PM  PAGE   1/033   Fax Server

# FAX



**To:  HARTFORD ATTN EDWARD EBELING**

Company:
Fax: 91-866-411-5613
Phone:

**From:  Monica McGee-Stopper**

Fax:
Phone:
E-mail: erin.m.kepfer@kp.org

## NOTES:

HART 000400

**Date and time of transmission:** Monday, August 23, 2021 1:08:54 PM



**THE HARTFORD**

# The Hartford
# FAX COVER PAGE

To:          Kaiser Permanente

From:        The Hartford

Date:        08/05/21 12:38:03 PM

Re:          Jennifer Mueller DOB: **REDACTED** ID: 9005440032  [CONFIDENTIAL]

Total Pages: 5   including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please

HART 000401

immediately destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Ebeling, Edward G (GB and WC Claims)
**Sent:** Thursday, July 29, 2021 9:07 AM
**To:** 'Kaiser_Permanente_Records._.15035712624@fax2mail.com' <Kaiser_Permanente_Records._.15035712624@fax2mail.com>
**Subject:** Jennifer Mueller DOB: **REDACTED**ID: 9005440032 [CONFIDENTIAL] //STD

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

********************************************************************************************
*****************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

********************************************************************************************
*****************

HART 000402



**THE**
**HARTFORD**

July 29, 2021

Kaiser
Fax Number:      503-571-2624

Policyholder:    Northwest Permanente, P.C.
Claimant:        Jennifer E. Mueller
DOB:             **REDACTED**
Insured ID:      9005440032
Claim Event ID:  16630803
Policy No:       GLT767135

Dear Sir or Madam:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 01/01/2021 to current. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (860) 412-2611

HART 000403



**KAISER PERMANENTE.**
Kaiser Foundation Health Plan of the Northwest
Toll Free: (800) 813-2000

**RELEASE OF INFORMATION DEPARTMENT**
Telephone: **(503) 571-5051** / Fax: (503) 571-2624

8/23/2021

HARTFORD
PO BOX 14302
LEXINGTON  KY 40512-4302

RE:   **JENNIFER ELAINE MUELLER [7374-59-76]**
                              ATTENTION

❑ This record which has been disclosed to you is protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65;

☒ Enclosed is the patient's health information you have requested.  The enclosed information is all that is releasable by law and is not for redisclosure. If sensitive information exists it has not been included unless specifically requested and authorized.

❑ This information is not to be redisclosed without the express authorization of the patient.

❑ There are no records for this patient within the time frame you have requested.

❑ Patient is deceased.  If you are still in need of records please re-submit your request with the proper Personal Representation paperwork.

❑ Information requested for third party liability claim.

❑ Kaiser Permanente no longer provides certification letter services for medical records.

HART 000404

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

---

### Scheduled Telephone Encounter
**1/8/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 8:50 AM | Ruegsegger, Nicole M, PT | Tnb-Pt | 990667755 | TANASBOURNE |

#### Reason for Visit

**PHYSICAL THERAPY**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 | |

#### Progress Notes

Ruegsegger, Nicole M, PT at 1/8/2021  9:11 AM

Status: Signed

**Physical Therapy Phone Appointment** 1/8/2021 8:39 AM

S: Patient was not seen in clinic today. Appointment was via telephone.
Specific location of patient at time of visit in case of medical emergency is:
4404 Sw Carson St
Portland OR 97219

States she is working on her balance exercises. Feels she can sustain them for longer. Feels with VOR exercises are challenging, gets blurry quickly.
Wondering about how to get more practice with driving. Has a friend that lives in Canby and wondering if she could practice driving there. Did not feel good riding in the car on the highway to see xmas lights.

O: Discussed VOR instructions, start slow, increased speed as target is clear, reduce speed if blurs. Shoot for 30 seconds. Increase if symptoms after not lasting more than 10 minutes. Discussed increasing exposure in car at faster speeds, can be driving or as passenger. Recommend having other driver in car with her if she is driving until she feels more comfortable.

A: Jennifer is a 47 yrs old female with subjective report and objective findings consistent with instability of gait in the setting of post concussion syndrome. Current symptoms include dizziness and headaches with driving, feeling off balance at night. Good compliance with current HEP, prefers to follow up with provider as needed.

P: Continue with plan of care as outlined.  Pt encouraged to call my direct line if questions or concerns should arise.

Time start: 853
Time end: 911

**Nicki Ruegsegger, PT, DPT, NCS**
Physical Therapist
Neurologic Clinical Specialist
Tanasbourne

HART 000405

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

---

## Progress Notes (continued)

### Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM (continued)

503-495-8508 (office)

Electronically signed by Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM

---

### Vitals Recorded in This Encounter

No data found in the last 1 encounters.

### Medications Ordered

None

### Encounter Messages

No messages in this encounter

HART 000406

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**,
Sex: F

### Video Visit
**1/8/2021**

Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 9:20 AM | Laughlin, Kathleen M, MD | Tua-Fp | 993891745 | TUA |

Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |
| **ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION** | Z02.89 | |

Progress Notes

Laughlin, Kathleen M, MD at 1/8/2021 10:32 PM
    Status: Signed

### Primary Care: Video Visit Appointment

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

### Patient comments / history:

We discussed that I've received disability forms from Provident Insurance Services regarding her
concussion syndrome.  The forms ask what patient " should not do" and what " she cannot do"

Patient with ongoing fatigue / postconcussion syndrome

### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed

Not applicable

### Assessment and Plan:

A)  No diagnosis found.

**(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**Comment: ongoing fatigue, difficulty concentrating**
**Plan: continue to monitor / continue with therapies**

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED,
Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM (continued)

**(Z02.89) ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION**
**Comment: needed for disability insurance company**
**Plan: will send a copy of forms to patient via Cortext**
**Patient will get back to me regarding her assessment of these two questions**

P) No orders of the defined types were placed in this encounter.

10 minutes spent with the patient over Vidyo software, >50% of visit was face to face counseling, and coordinating care.

Electronically signed by Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

HART 000408

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

---

## Scheduled Telephone Encounter
**1/21/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/21/2021 10:00 AM | Cary, Abigail Ann, SP | Smc-St | 990537810 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |

### Progress Notes

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM
Status: Signed

### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of cognitive-linguistic changes s/p concussion.

Patient reports
- Has adjusted her schedule to support more breaks.
- Sometimes can't see when she's getting worn-down.
- Does have some dot-phrase templates that she can use for collecting patient history
- At home she can stop before she hit's a wall
- Has fit-bit watch that has a 2-min timer on it.
- Some signs of getting fatigued at work:
  - When you can't think of what to do
  - Feeling lost and float-y
  - easily overwhelmed with visual stimulation and sound
  - Being tangential in conversations
  - Thinking more slowly--focusing on small details
- Has a tracker on paper that she's using to evaluate energy use

### RECOMMENDATIONS

**KAISER PERMANENTE** REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM (continued)

**Schedule time off to work on the things that are hard to fit-in to your normal week**

**Use your tips from Amie the OT to determine when you should take a 2-min sensory break:**
- 
- When you can't think of what to do
- Feeling lost and floaty
- easily overwhelmed with visual stimulation and sound
- Being tangential in conversations
- Thinking more slowly--focusing on small details

**Work on delegating around the house more**

PLAN/FOLLOW UP

Phone follow-up in 1 month

Time in: 1000
Time out: 1025

Electronically signed by Cary, Abigail Ann, SP at 1/21/2021 11:52 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Scheduled Telephone Encounter
**2/18/2021**

Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/18/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 998003582 | SMO |

Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |

Progress Notes

Cary, Abigail Ann, SP at 2/18/2021 11:00 AM
  Status: Signed

SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St
Portland OR 97219

SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of post-concussion sequale.

Patient reports
- Spent ~2 weeks getting prepped for a craft swap with her friends.
- She was very wiped after this. One day she second-guessed herself for the first time about a work decision.
- Retroactively analyzed the factors that caused her to fatigue to the extent she did. This includes planning and prepping for a new project and crafting to participate in the project.
- Is going to be doing more virtual visits, and eliminating evening work.

RECOMMENDATIONS

Track the energy involved with all new and routine tasks. You have a finite amount of cognitive energy--and it's less than it used to be. Make sure you know how much energy you need to use for the activities in an upcoming week, and plan accordingly. Plan extra rest time as needed.

PLAN / FOLLOW UP

Phone follow up in ~5 weeks.

HART 000411

**KAISER PERMANENTE** REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 2/18/2021 11:00 AM (continued)

Time in: 0900
Time out: 0930

Electronically signed by Cary, Abigail Ann, SP at 2/18/2021 11:00 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: REDACTED
                       Clackamas OR 97015               Sex: F

## Video Visit Home
**3/25/2021**

### Encounter Information

|            | Provider              | Department | Encounter # | Center |
|------------|-----------------------|------------|-------------|--------|
| 3/25/2021 9:30 AM | Cary, Abigail Ann, SP | Smc-St | 1001164484 | SMO |

### Reason for Visit

**SPEECH LANGUAGE
PATHOLOGY VISIT
PROGRESS NOTE**

### Diagnoses

|                                    | Codes   | Comments |
|------------------------------------|---------|----------|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 |          |

### Progress Notes

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM
    Status: Addendum

## Speech Therapy Progress Report

**Visit number:** 1 for 2021
**Reporting Period:** 5/14/21 to 3/25/2021
**Next monthly progress report due date:** 4/24/21
**Medicare Reauthorization Date if Applicable:** N/A

## ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with post-concussion sequalae . She is making  progress  toward goals and has the potential to show improvement. Maximum improvement is yet to be attained, and there is an expectation that she  will continue to improve with executive functioning and cognitive-linguistic functioning in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Patient will demonstrate or report use of 6x metacognitive/compensatory strategies to address:attention and word-finding with 80% accuracy and min cues to achieve functional goals. *GOAL MET*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load.

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

HART 000413

**KAISER PERMANENTE** | REGIONAL PROCESS CENTER | Mueller, Jennifer Elaine
10220 S E Sunnyside Rd | MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015 | Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM (continued)

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 4 additional visits through 6/24/21.

Changes/Updates to the treatment plan: goal updates as above

Patient goal: find balance and efficiency with work, home, and social activities.

### SUBJECTIVE

Has a realization that she has been working history on holding steady. Can't ever be done/ahead of things at work. Realized that she feels like she has lost some decision-making judgement calls. Example is that it didn't occur to her send a patient to a specialist. It doesn't occur to her to off load problems. Has been aware of energy budgeting, and trying to use this with personal/social activities (ex didn't play video game for several days because she was crafting).

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Therapy focused on developing new functional meta cognitive and compensatory strategies focused on executive functioning. With min-mod cues, Jennifer created a *priority list* that she can refer-to to be used with her energy budget. She also generated *action-plan* with step to tackle to get disability and FMLA paperwork completed.  Additionally, Jennifer began to make a *schedule* for home-activities in advance with attention to energy budgeting. She made a *plan* to deligate around-the-house tasks and set-limits on what she can do. SLP taught "SOS" (step-back, observe, step-in) to help reduce impulsivity and increase use of metacognitive tasks.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Use metacognitive tools to support limiting work to work-hours, and budgeting energy/

Time In: 0930
Time Out: 1025

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  8:47 AM
Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  9:10 AM

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER         Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
                        Clackamas OR 97015              Sex: F

## Vitals Recorded in This Encounter
No data found in the last 1 encounters.

## Medications Ordered
None

## We Performed the Following
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**
**TREATMENT PLAN REVIEW, REAUTHORIZATION, SPEECH LANGUAGE THERAPY**

## Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Video Visit Home
**4/30/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/30/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1003669287 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  - Primary | S06.0X9S | |

#### Progress Notes

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM
   Status: Signed

### Speech Therapy Progress Report

**Visit number:** 2 for 2021
**Reporting Period:** 3/25/21 to 4/30/2021
**Next monthly progress report due date:** 5/30/21
**Medicare Reauthorization Date if Applicable:** N/A

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment 2/2 concussion sequalae. She is high-functioning at baseline (MD, PCP with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She is making progress toward therapy goals for use of metacognitive and compensatory strategies, but reports setbacks when she is not able to adequately use her strategies especially pacing (ex: needing to work an extra day, unexpected exposure to concentrated light/sounds at grocery store). Maximum improvement is yet to be attained, and there is an expectation that Jennifer will continue to improve with cognitive-linguistic therapy in response to therapy.  Also anticipate that she will benefit from ongoing use of PT HEP for improving vestibular function. ST continues to recommend reduction in work-hours (20 hrs/week) if that can be accommodated by employer and Jennifer's family finances.


GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

## PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 3 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: able to appropriately perform responsibilities at work and home.

## SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Jennifer reports that she has made apt with Physiatry to assist with symptom management in light of prolonged post-concussive symptoms, and difficulty with return-to-work.

## OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Rivermead Post-Concussion Symptoms Questionnaire**

0 = not experienced at all
1 = no more a problem
2 = a mild problem
3 = a moderate problem
4 = a severe problem

Compared with before the accident, do you now (i.e., over the last 24 hours) suffer from

Headaches: 3 (sometimes severe with exacerbation of symptoms)
Feelings of dizziness: 3 (worse with exacerbation of symptoms, can't walk and look at phone at same time)
Nausea and/or Vomiting: 3 (more often than not)
Noise sensitivity: 4 (using ear plugs frequently--grocery store, movie-watching, even sometimes in conversation)
Sleep disturbance: 2 (sleeping fairly well ~9-10 hours/night)
Fatigue, tiring more easily: 4
Being irritable, easily angered: 3
Feeling depressed or tearful: 0
Feeling frusterated or impatient: 3

HART 000417

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Forgetfulness, poor memory: 3
Poor concentration: 4
Taking longer to think: 4 (much better at the beginning of the day)
Blurred vision: 3 (can't sew without glasses)
Light sensitivity: 3 (somewhat improved, but still needs shaded glasses with screens)
Double vision: 2
Restlessness: 2- more physical than mental/emotional

**Treatment Provided Today:**
Reviewed uses for "Step-back, observe, step-in (SOS)," and Jennifer developed a system (calendar reminder) to increase use of this practice.
Developed ways to increase planned use of pacing to include vestibular exercises. Min-mod cueing.


**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Focus on metacognitive strategies to anticipate fatigue before becoming overwhelmed by it


Time In: 0805
Time Out: 0900



Electronically signed by Cary, Abigail Ann, SP at 4/30/2021 11:42 AM

---

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
    None

We Performed the Following
    **SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
    No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Video Visit
**5/3/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/3/2021 2:40 PM | Laughlin, Kathleen M, MD | Tua-Fp | 1005016290 | TUA |

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |

#### Progress Notes

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM
Status: Signed

### Primary Care: Video Visit Appointment

#### Reason for Call / Notes from Prior Visit:
Symptom Follow up

#### Patient comments / history:

Postconcussion syndrome follow up - recently worked at a Saturday - hoped she'd be able to do this even though it was 6 days in a row.  Patient found she was not doing well on Sunday and had to take Monday and Tuesday off to recover.  Patient wonders if she should just be working 4 hour days, rather than 5 hour days.

Patient has been working with Abby, speech therapist and sometimes physical therapist, too.  Has appointment with new concussion specialist in physiatry on Wednesday.

Patient doing OK emotionally.  We discussed that challenges of having an invisible disability - she looks like she's doing OK, but doesn't always function well.  By the end of her day she is not able to make decisions as well and has to spend quite a bit of timing doing follow up and catch up - sometimes spends 8-9 hours at the office

We discussed that it's been > 5 years since her last pap smear

#### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

#### Labs / Images Reviewed
**Not applicable**

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:REDACTED
Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM (continued)

### Assessment and Plan:

A)  No diagnosis found.

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: improved since last year, but still with significant problems with fatigue, concentration
Plan: follow up with physiatrist / offered support
Let me know if I can help with paperwork

Follow up for pap smear

P) No orders of the defined types were placed in this encounter.

29 minutes spent performing face-to-face and non-face-to-face patient care today.

Electronically signed by Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

We Performed the Following
   **REMIND TO HAVE PAP EXAM**

Encounter Messages
   No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

## Video Visit
**5/5/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/5/2021 10:40 AM | Koutzeva-Dussel, Totka R, MD | Orc-Phys | 1005019752 | ORC |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

### Progress Notes

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM
Status: Signed

Subjective

Video visit.
Jennifer Elaine Mueller  is a 48 yrs old female seen by Dr Mirchandani last on 7/31/20  for evaluation of: PCS
S/p head trauma with loss of consciousness on March 2019
.Plan was:

> The following has been copied and pasted from Dr Mirchandani DO:
> - Follow up with Dr. Muraki in November.  Continue to wear prescription glasses.
> - Continue with Speech therapy
> - Referred to Occupational therapy.  Continue with home exercises.
> - Referred to physical therapy for impaired balance/vertigo
> - Recommend sleep hygiene and avoiding naps.  If sleep does not improve, recommend insomnia specialist evaluation.
> - Continue with meditation.
> - if you would like headache management, recommend following up with your PCP.
> - Please contact Dr. Tongue to have Neuropsychology test results sent to Kaiser

Today patient's main concern is the  inability to work full time as a physician.
She is enrolled in Speech/cognitive therapy, Physical therapy for vestibular symptoms management , follows with  Dr Muraki for eye movements/vision management.
Completed course of Occupational therapy.

While on 4 hrs 5 days a week schedule patient was able to  perform well as physician, felt she was able to navigate and prevent the symptoms to exacerbate as described bellow(see SAC inventory)

She states she is  functional in the beginning of the day and as  demand throughout the day increases she struggles with cognitive and physical performance, progressively getting worse by the end of the day.
Currently on 5 hrs 5 days a week schedule- reports executive function suffers as the day progresses.

**SAC symptom inventory from 0-6:**
Headache:3
Pressure in head: 3
Neck pain: 0
Nausea/vomiting:  (no emesis) nausea daily 2 to 4

HART 000421

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM (continued)

Dizziness: 3
Blurred vision: **2**, improved with wearing prism glasses.
Balance problems: 0 toworse at night, **2-3**
Sensitivity to light: 4-  5, patient has blue block glasses with prisms
Sensitivity to noise: 4-5
Feeling slowed down: from none to 6
Feeling like in a fog: 4-6
Don't feel right: 6
Difficulty concentrating: 5
Difficulty remembering: **5-6**
Fatigue or low energy: 5
Confusion:0
Drowsiness: 1
Trouble falling asleep:1  increased hours required to function
More emotional: 0 **d**
Irritability: **3** when overstimulated
Sadness: 0
Nervous or anxious: 1

Prior the accident patient reports base line  anxiety and depression, that she feels has been improved.

## Objective

There were no vitals taken for this visit.
Estimated body mass index is 25.46 kg/m² as calculated from the following:
  Height as of 3/22/19: 5' 7.5" (1.715 m).
  Weight as of 2/5/20: 165 lb (74.8 kg).

General appearance - alert, well appearing, no acute distress

## Assessment and Plan

Ms. Jennifer E Mueller is a 48 yrs female with history of head trauma with loss of consciousness, here for follow up for post concussion syndrome.
Based on the History and reported symptoms patient appear to have
decreased endurance and worsening  cognitive and executive function performances as the day progresses.

A)   POSTCONCUSSION SYNDROME  (primary encounter diagnosis)

Patient  reports normal Neuro psych evaluation-done in the morning in protected from stimulations environment

P)Recommendations
1. Continue with the Speech/cognitive therapy
2.Continue with Physical therapy for management of the vestibular symptoms
3.Sleep hygiene
4.Enviroment adjustments and avoiding overstimulation to  prevent symptoms exacerbation

HART 000422

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM (continued)

5.Consider CBT-mental health self referral

Follow-up:  As needed

Histories

Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

45 minutes spent performing face-to-face and non face-to-face patient care today.

No active medications on file as of 05/05/2021

Electronically signed by Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
Questionnaire Submission

| From | To | Sent |
|---|---|---|
| Jennifer Elaine Mueller | Totka R Koutzeva-Dussel, MD | 5/3/2021 2:26 PM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Physiatry Intake Questionnaire

Question: Reason for visit?
Answer:   Postconcussion syndrome - establish care and follow up

Question: Where does it hurt?
Answer:   n/a. My only pain is headache if I do too much.

Question: On average, how bad is the pain?
Answer:   (Uncomfortable) Pain bothers me, but I can ignore it most of the time.

Question: When did the pain begin?
Answer:   Bicycle accident March 18, 2019

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: **REDACTED**
                        Clackamas OR 97015               Sex: F

---

**Encounter Messages (continued)**

Question: Has the pain worsened recently? How recent?
Answer:   Increased symptoms over the past year, most notably over the past few months with regards to level of function.

Question: Are you having numbness? If so, where?
Answer:   No.

Question: Are you having weakness? If so, where?
Answer:   No.

Question: Quality of pain
Answer:   Dull

Question: What makes the pain better?
Answer:   Rest. Ibuprofen if severe.

Question: What makes the pain worse?
Answer:   Increased activity (physical or mental). Ongoing photosensitivity as well.

Question: Is the pain…
Answer:   Activity related

Question: What sports or exercise did you do before the pain began?
Answer:   Bike commute - 45 minutes 5 days a week. Running/walking on weekends with some biking on weekends.

Question: What exercise(s) do you currently perform?
Answer:   None. Limited slow dog walks (about 0.3 miles)

Question: Occupation
Answer:   Family practice physician at KP (BVT)

Question: Do you smoke? If so, how much?
Answer:   No

Question: Whom do you live with?
Answer:   Spouse/Partner
          Child(ren)

Question: Do you have any family history of muscle, nerve, bone, or joint disease?
Answer:

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER        Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB:**REDACTED**
                       Clackamas OR 97015              Sex: F

Encounter Messages (continued)

Question: Have any of these treatments helped?
Answer:

Question: Have any of these treatments made the pain worse?
Answer:

Question: Have any of these treatments neither helped, nor made the pain worse?
Answer:   Physical therapy

Question: What symptoms have you experienced?
Answer:   Vision changes
          Dizziness
          Nausea
          Memory loss
          Headache
          Poor sleep

Question: Other symptions
Answer:   Diminished cognitive function that worsens with activity/mental
strain/focus/concentration.

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Video Visit
**7/23/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/23/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1010776225 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM
Status: Signed

### Speech Therapy Progress Report

**Visit number: 3 for 2021**
**Reporting Period: 4/30/21 to 7/23/2021**
**Next monthly progress report due date: 8/22/21**
**Medicare Reauthorization Date if Applicable: NA**

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive linguistic impairment in the setting of post-concussion sequale.  She is high-functioning at baseline (an MD with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She plans to initiate intensive rehab with Brain Rehab Network Maximum improvement is yet to be attained, and there is an expectation that sge will continue to improve with cognitive functoin in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: post concussion sequalae

Concerns to monitor during follow-up SLP visits: ability to manage/balance home and work

HART 000426

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM (continued)

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 2 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: function as well as she can.

### SUBJECTIVE

Has been admitted to Brain Rehab Network. Will have intensive 1-day collaborative therapies on Mondays for 4 weeks beginning end-of-August.

Has new polarized sun glasses. These are helpful. Has been forcing herself to have a break each morning for bio break, breath. Has been trying to meditate daily. Thinks sleep is worse. Has been eating very healthfully, and feels better when she does this.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

#### Treatment Provided Today:

Motivational interviewing, supported list-generation of strategies that continue to be helpful or should be revisited. Identified list of "red flags" that she can observe, or ask spouse to observe to help her take a break when she needs one. Jennifer identified multiple things that she has been having an easier time letting go of (and not keeping on a to-do list). Continues to write everything down.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Make preparations to modify work/home when she is at BIRC

Time In: 0805
Time Out: 0855

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 7/26/2021  5:36 PM

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

We Performed the Following

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages

No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

## Video Visit Home
**8/13/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/13/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 1012203708 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  - Primary | S06.0X9S | |

### Progress Notes

Cary, Abigail Ann, SP at 8/18/2021  4:01 PM
Status: Signed

## Speech Therapy Treatment Note

30 day POC update due: 8/22/21

**Visit Number: 4 for 2021**

## ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment in the setting of PCS which is progressing as anticipated as indicated by increased successful engagement with activities in the community.

Concerns to monitor during follow-up SLP visits: strategies to predict activity-level and strain

## PLAN OF CARE

Jennifer to be seen up to 2 additional visits per SLP Plan of Care dated 7/23/21. Treatment may include the following: managing strategies, metacognition

Next Visit Recommendations: address struggles PRN, review system for monitoring energy

## SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Has a concussion buddy who is also a physician. This was validating.

Drove back from downtown, and turned around to go back; accidentally got on the Hwy. Felt like her brain

HART 000429

**KAISER PERMANENTE** REGIONAL PROCESS CENTER                Mueller, Jennifer Elaine
                      10220 S E Sunnyside Rd                 MRN: 7374-59-76, DOB: **REDACTED**
                      Clackamas OR 97015                     Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 8/18/2021 4:01 PM (continued)
couldn't block out the movement--had spatial orientation issues.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**

Reviewed use of strategies.
Pacing: Went on a walk on Monday, and had a low grade HA afterwards. The next day HA increased. Regular work day. Did not walk again because the weather was so rough.

Has been tracking symptoms in her planner.

Developed system for evaluating symptoms daily in planner.

Reviewed importance of not over-planning with planned upcoming participation in intensive rehab.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

**Time Spent:**
Therapeutic Activities 45 minutes

Please see Patient Instructions Section for specifics on Home Program.

Time In: 0900
Time Out: 0945

Electronically signed by Cary, Abigail Ann, SP at 8/18/2021 4:01 PM

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

We Performed the Following
  **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
  **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages
  No messages in this encounter

**END OF REPORT**

Jul/27/2021 7:53:17 PM                    HP 503-459-6625                          3/4
7/18/2021    LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1c-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

Kaiser Permanente 1/2021 → present.
503-571-2624

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION       THE HARTFORD

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
|---|---|---|
| Jennifer Mueller | **REDACTED** | Northwest Perm |
| # 9005440032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

LC-7708-2                            Page 1 of 2                              12/2020

https://proofprintisolation.com/browser?frameUrl=%2Fpage%3Furl%3Dhttps%253A%252F%252Fdoc-00-1c-apps-viewer.goog...HART0004... 1/3

HART000437

I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and I may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

Signature of Claimant or Legal Representative          Date  7/26/2021

Name and Relationship to Claimant  (if signed by Legal Representative)

Form must be signed and dated.



**To:  HARTFORD ATTN EDWARD EBELING**

Company:
Fax:  91-866-411-5613
Phone:

**From:  Monica McGee-Stopper**

Fax:
Phone:
E-mail:  erin.m.kepfer@kp.org

**NOTES:**

HART 000433

**Date and time of transmission:** Monday, August 23, 2021 1:08:54 PM

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 16, 2021 at 1:22:58 PM EDT | KPRFN004 | 1268 | 33 | Received |

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 434 of 936

KPRFN004              8/16/2021 10:01:54 AM  PAGE  1/033   Fax Server



# KAISER PERMANENTE.

**To:** **The Hartford, Claim Event ID 16630803**
Company: The Hartford
Fax: 18664115613
Phone:

**From:** **Linda Mawson**
Fax: 503-571-2624
Phone: 503-571-5051
E-mail: Linda.E.Mawson@kp.org

**Subject:**

THE HARTFORD AUTO MANAGED CARE
PO BOX 14269
LEXINGTON KY 40512

RE:    YOUR RECORDS REQUEST

Claim Event ID 16630803

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000

Telephone: (503) 571-5051 / Fax: (503) 571-2624



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE

HART.000434

**KAISER PERMANENTE.**

8/16/2021

THE HARTFORD AUTO MANAGED CARE
PO BOX 14269
LEXINGTON KY 40512

RE:    YOUR RECORDS REQUEST FOR JENNIFER ELAINE MUELLER [7374-59-76]

Claim Event ID 16630803

The enclosed 01/01/2021 - present records have been provided in response to your
request.

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000
Telephone: (503) 571-5051 / Fax: (503) 571-2624



**THE HARTFORD**

# The Hartford
# FAX COVER PAGE

To:          Kaiser Permanente Records

From:        The Hartford

Date:        07/29/21 09:07:02 AM

Re:          Jennifer Mueller DOE   **REDACTED**; ID: 9005440032 [CONFIDENTIAL]

Total Pages:  5   including cover page

---

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

---

Notes:

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please

HART 000436

immediately destroy the original transmission and its attachments without reading or saving in any manner.

*********************************************************************************
*******************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*********************************************************************************
*******************

HART 000437

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Scheduled Telephone Encounter
**1/8/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 8:50 AM | Ruegsegger, Nicole M, PT | Tnb-Pt | 990667755 | TANASBOURNE |

#### Reason for Visit
**PHYSICAL THERAPY**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

#### Progress Notes

Ruegsegger, Nicole M, PT at 1/8/2021 9:11 AM

Status: Signed

**Physical Therapy Phone Appointment** 1/8/2021 8:39 AM

S: Patient was not seen in clinic today. Appointment was via telephone.
Specific location of patient at time of visit in case of medical emergency is:
4404 Sw Carson St
Portland OR 97219

States she is working on her balance exercises. Feels she can sustain them for longer. Feels with VOR exercises are challenging, gets blurry quickly.
Wondering about how to get more practice with driving. Has a friend that lives in Canby and wondering if she could practice driving there. Did not feel good riding in the car on the highway to see xmas lights.

O: Discussed VOR instructions, start slow, increased speed as target is clear, reduce speed if blurs. Shoot for 30 seconds. Increase if symptoms after not lasting more than 10 minutes. Discussed increasing exposure in car at faster speeds, can be driving or as passenger. Recommend having other driver in car with her if she is driving until she feels more comfortable.

A: Jennifer is a 47 yrs old female with subjective report and objective findings consistent with instability of gait in the setting of post concussion syndrome. Current symptoms include dizziness and headaches with driving, feeling off balance at night. Good compliance with current HEP, prefers to follow up with provider as needed.

P: Continue with plan of care as outlined. Pt encouraged to call my direct line if questions or concerns should arise.

Time start: 853
Time end: 911

**Nicki Ruegsegger, PT, DPT, NCS**
Physical Therapist
Neurologic Clinical Specialist
Tanasbourne

HART 000438

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Ruegsegger, Nicole M, PT at 1/8/2021  9:11 AM (continued)

503-495-8508 (office)

Electronically signed by Ruegsegger, Nicole M, PT at 1/8/2021  9:11 AM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

**KAISER PERMANENTE** REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**,
Clackamas OR 97015          Sex: F

## Video Visit
**1/8/2021**

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2021 9:20 AM | Laughlin, Kathleen M, MD | Tua-Fp | 993891745 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 |  |
| **ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION** | Z02.89 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 1/8/2021 10:32 PM
   Status: Signed

### Primary Care: Video Visit Appointment

**Reason for Call / Notes from Prior Visit:**
Symptom Follow up

### Patient comments / history:

We discussed that I've received disability forms from Provident Insurance Services regarding her concussion syndrome.  The forms ask what patient " should not do" and what " she cannot do"

Patient with ongoing fatigue / postconcussion syndrome

### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed

Not applicable

### Assessment and Plan:

A)  No diagnosis found.

**(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**Comment: ongoing fatigue, difficulty concentrating**
**Plan: continue to monitor / continue with therapies**

HART 000440

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED,
Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM (continued)

**(Z02.89) ADMINISTRATIVE ENCOUNTER FOR FORM COMPLETION**
**Comment: needed for disability insurance company**
**Plan: will send a copy of forms to patient via Cortext**
**Patient will get back to me regarding her assessment of these two questions**

P) No orders of the defined types were placed in this encounter.

10 minutes spent with the patient over Vidyo software, >50% of visit was face to face counseling, and
coordinating care.

Electronically signed by Laughlin, Kathleen M, MD at 1/9/2021 10:32 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

HART 000441

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Scheduled Telephone Encounter
**1/21/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/21/2021 10:00 AM | Cary, Abigail Ann, SP | Smc-St | 990537810 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM

Status: Signed

### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of cognitive-linguistic changes s/p concussion.

Patient reports
- Has adjusted her schedule to support more breaks.
- Sometimes can't see when she's getting worn-down.
- Does have some dot-phrase templates that she can use for collecting patient history
- At home she can stop before she hit's a wall
- Has fit-bit watch that has a 2-min timer on it.
- Some signs of getting fatigued at work:
    - When you can't think of what to do
    - Feeling lost and float-y
    - easily overwhelmed with visual stimulation and sound
    - Being tangential in conversations
    - Thinking more slowly--focusing on small details
- Has a tracker on paper that she's using to evaluate energy use

### RECOMMENDATIONS

HART 000442

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                       10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: **REDACTED**
                       Clackamas OR 97015               Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 1/21/2021 11:52 AM (continued)

**Schedule time off to work on the things that are hard to fit-in to your normal week**

**Use your tips from Amie the OT to determine when you should take a 2-min sensory break:**
- 
- When you can't think of what to do
- Feeling lost and floaty
- easily overwhelmed with visual stimulation and sound
- Being tangential in conversations
- Thinking more slowly--focusing on small details

 **Work on delegating around the house more**

PLAN/FOLLOW UP

Phone follow-up in 1 month

Time in: 1000
Time out: 1025

Electronically signed by Cary, Abigail Ann, SP at 1/21/2021 11:52 AM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   No messages in this encounter

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd           MRN: 7374-59-76, DOB:REDACTED
Clackamas OR 97015               Sex: F

## Scheduled Telephone Encounter
### 2/18/2021

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/18/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 998003582 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |

### Progress Notes

**Cary, Abigail Ann, SP at 2/18/2021 11:00 AM**
Status: Signed

### SPEECH LANGUAGE PATHOLOGY PHONE APPOINTMENT

Patient consents to receive therapy services via telehealth: Yes

Specific location of patient at time of visit in case of medical emergency is: 4404 Sw Carson St Portland OR 97219

### SUBJECTIVE

Jennifer Elaine Mueller presents for phone appointment with questions about / complaint of post-concussion sequale.

Patient reports
- Spent ~2 weeks getting prepped for a craft swap with her friends.
- She was very wiped after this. One day she second-guessed herself for the first time about a work decision.
- Retroactively analyzed the factors that caused her to fatigue to the extent she did. This includes planning and prepping for a new project and crafting to participate in the project.
- Is going to be doing more virtual visits, and eliminating evening work.

### RECOMMENDATIONS

Track the energy involved with all new and routine tasks. You have a finite amount of cognitive energy--and it's less than it used to be. Make sure you know how much energy you need to use for the activities in an upcoming week, and plan accordingly. Plan extra rest time as needed.

### PLAN / FOLLOW UP

Phone follow up in ~5 weeks.

HART 000444

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd                MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015                    Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 2/18/2021 11:00 AM (continued)

Time in: 0900
Time out: 0930

Electronically signed by Cary, Abigail Ann, SP at 2/18/2021 11:00 AM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

### Video Visit Home
**3/25/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/25/2021 9:30 AM | Cary, Abigail Ann, SP | Smc-St | 1001164484 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM
    Status: Addendum

### Speech Therapy Progress Report

**Visit number:** 1 for 2021
**Reporting Period:** 5/14/21 to 3/25/2021
**Next monthly progress report due date:** 4/24/21
**Medicare Reauthorization Date if Applicable:** N/A

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with post-concussion sequalae . She is making  progress  toward goals and has the potential to show improvement. Maximum improvement is yet to be attained, and there is an expectation that she  will continue to improve with executive functioning and cognitive-linguistic functioning in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Patient will demonstrate or report use of 6x metacognitive/compensatory strategies to address:attention and word-finding with 80% accuracy and min cues to achieve functional goals. *GOAL MET*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load.

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

HART 000446

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 3/26/2021  9:10 AM (continued)

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 4 additional visits through 6/24/21.

Changes/Updates to the treatment plan: goal updates as above

Patient goal: find balance and efficiency with work, home, and social activities.

### SUBJECTIVE

Has a realization that she has been working history on holding steady. Can't ever be done/ahead of things at work. Realized that she feels like she has lost some decision-making judgement calls. Example is that it didn't occur to her send a patient to a specialist. It doesn't occur to her to off load problems. Has been aware of energy budgeting, and trying to use this with personal/social activities (ex didn't play video game for several days because she was crafting).

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Therapy focused on developing new functional meta cognitive and compensatory strategies focused on executive functioning. With min-mod cues, Jennifer created a *priority list* that she can refer-to to be used with her energy budget. She also generated *action-plan* with step to tackle to get disability and FMLA paperwork completed.  Additionally, Jennifer began to make a *schedule* for home-activities in advance with attention to energy budgeting. She made a *plan* to delegate around-the-house tasks and set-limits on what she can do. SLP taught "SOS" (step-back, observe, step-in) to help reduce impulsivity and increase use of metacognitive tasks.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Use metacognitive tools to support limiting work to work-hours, and budgeting energy/

Time In: 0930
Time Out: 1025

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  8:47 AM
Electronically signed by Cary, Abigail Ann, SP at 3/26/2021  9:10 AM

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## We Performed the Following

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

**TREATMENT PLAN REVIEW, REAUTHORIZATION, SPEECH LANGUAGE THERAPY**

## Encounter Messages

No messages in this encounter

HART 000448

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Video Visit Home
**4/30/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/30/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1003669287 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT PROGRESS NOTE**

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **CONCUSSION, SEQUELA**  - Primary | S06.0X9S | |

#### Progress Notes

Cary, Abigail Ann, SP at 4/30/2021 11:42 AM
   Status: Signed

### Speech Therapy Progress Report

**Visit number:** 2 for 2021
**Reporting Period:** 3/25/21 to 4/30/2021
**Next monthly progress report due date:** 5/30/21
**Medicare Reauthorization Date if Applicable:** N/A

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment 2/2 concussion sequalae. She is high-functioning at baseline (MD, PCP with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She is making progress toward therapy goals for use of metacognitive and compensatory strategies, but reports setbacks when she is not able to adequately use her strategies especially pacing (ex: needing to work an extra day, unexpected exposure to concentrated light/sounds at grocery store). Maximum improvement is yet to be attained, and there is an expectation that Jennifer will continue to improve with cognitive-linguistic therapy in response to therapy.  Also anticipate that she will benefit from ongoing use of PT HEP for improving vestibular function. ST continues to recommend reduction in work-hours (20 hrs/week) if that can be accommodated by employer and Jennifer's family finances.


GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: REDACTED
Sex: F

Progress Notes (continued)
Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: none known

Concerns to monitor during follow-up SLP visits: no specific concerns

### PLAN OF CARE
Jennifer to continue speech therapy per SLP Plan of Care, up to 3 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: able to appropriately perform responsibilities at work and home.

### SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Jennifer reports that she has made apt with Physiatry to assist with symptom management in light of prolonged post-concussive symptoms, and difficulty with return-to-work.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Rivermead Post-Concussion Symptoms Questionnaire**

0 = not experienced at all
1 = no more a problem
2 = a mild problem
3 = a moderate problem
4 = a severe problem

Compared with before the accident, do you now (i.e., over the last 24 hours) suffer from

Headaches: 3 (sometimes severe with exacerbation of symptoms)
Feelings of dizziness: 3 (worse with exacerbation of symptoms, can't walk and look at phone at same time)
Nausea and/or Vomiting: 3 (more often than not)
Noise sensitivity: 4 (using ear plugs frequently--grocery store, movie-watching, even sometimes in conversation)
Sleep disturbance: 2 (sleeping fairly well ~9-10 hours/night)
Fatigue, tiring more easily: 4
Being irritable, easily angered: 3
Feeling depressed or tearful: 0
Feeling frusterated or impatient: 3

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)
Cary, Abigail Ann, SP at 4/30/2021 11:42 AM (continued)

Forgetfulness, poor memory: 3
Poor concentration: 4
Taking longer to think: 4 (much better at the beginning of the day)
Blurred vision: 3 (can't sew without glasses)
Light sensitivity: 3 (somewhat improved, but still needs shaded glasses with screens)
Double vision: 2
Restlessness: 2- more physical than mental/emotional

**Treatment Provided Today:**
Reviewed uses for "Step-back, observe, step-in (SOS)," and Jennifer developed a system (calendar reminder) to increase use of this practice.
Developed ways to increase planned use of pacing to include vestibular exercises. Min-mod cueing.


**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Focus on metacognitive strategies to anticipate fatigue before becoming overwhelmed by it

Time In: 0805
Time Out: 0900


Electronically signed by Cary, Abigail Ann, SP at 4/30/2021 11:42 AM

---

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

We Performed the Following
   **SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
   No messages in this encounter

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                                  10220 S E Sunnyside Rd             MRN: 7374-59-76, DOB: **REDACTED**
                                  Clackamas OR 97015                 Sex: F

## Video Visit
**5/3/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/3/2021 2:40 PM | Laughlin, Kathleen M, MD | Tua-Fp | 1005016290 | TUA |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |

### Progress Notes

Laughlin, Kathleen M, MD at 5/3/2021 9:00 PM
Status: Signed

### Primary Care: Video Visit Appointment

### Reason for Call / Notes from Prior Visit:
Symptom Follow up

### Patient comments / history:

Postconcussion syndrome follow up - recently worked at a Saturday - hoped she'd be able to do this even though it was 6 days in a row.  Patient found she was not doing well on Sunday and had to take Monday and Tuesday off to recover.  Patient wonders if she should just be working 4 hour days, rather than 5 hour days.

Patient has been working with Abby, speech therapist and sometimes physical therapist, too.  Has appointment with new concussion specialist in physiatry on Wednesday.

Patient doing OK emotionally.  We discussed that challenges of having an invisible disability - she looks like she's doing OK, but doesn't always function well.  By the end of her day she is not able to make decisions as well and has to spend quite a bit of timing doing follow up and catch up - sometimes spends 8-9 hours at the office

We discussed that it's been > 5 years since her last pap smear

### Physical exam *(Performed by visualization of patient over Vidyo Software)*

No vital signs taken / video visit
Patient speaking comfortably in full sentences

### Labs / Images Reviewed
**Not applicable**

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM (continued)

## Assessment and Plan:

A)  No diagnosis found.

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: improved since last year, but still with significant problems with fatigue, concentration
Plan: follow up with physiatrist / offered support
Let me know if I can help with paperwork

Follow up for pap smear


P) No orders of the defined types were placed in this encounter.


29 minutes spent performing face-to-face and non-face-to-face patient care today.




Electronically signed by Laughlin, Kathleen M, MD at 5/3/2021  9:00 PM

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.
Medications Ordered
  None
We Performed the Following
  **REMIND TO HAVE PAP EXAM**
Encounter Messages
  No messages in this encounter

HART 000453

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Video Visit
**5/5/2021**

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/5/2021 10:40 AM | Koutzeva-Dussel, Totka R, MD | Orc-Phys | 1005019752 | ORC |

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 | |

#### Progress Notes

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM
  Status: Signed

Subjective

Video visit.
Jennifer Elaine Mueller  is a 48 yrs old female seen by Dr Mirchandani last on 7/31/20  for evaluation of: PCS
S/p head trauma with loss of consciousness on March 2019
.Plan was:

> The following has been copied and pasted from Dr Mirchandani DO:
> - Follow up with Dr. Muraki in November.  Continue to wear prescription glasses.
> - Continue with Speech therapy
> - Referred to Occupational therapy.  Continue with home exercises.
> - Referred to physical therapy for impaired balance/vertigo
> - Recommend sleep hygiene and avoiding naps.  If sleep does not improve, recommend
> insomnia specialist evaluation.
> - Continue with meditation.
> - if you would like headache management, recommend following up with your PCP.
> - Please contact Dr. Tongue to have Neuropsychology test results sent to Kaiser

Today patient's main concern is the  inability to work full time as a physician.
She is enrolled in Speech/cognitive therapy, Physical therapy for vestibular symptoms management , follows
with  Dr Muraki for eye movements/vision management.
Completed course of Occupational therapy.

While on 4 hrs 5 days a week schedule patient was able to  perform well as physician, felt she was able to
navigate and prevent the symptoms to exacerbate as described bellow(see SAC inventory)

She states she is  functional in the beginning of the day and as  demand throughout the day increases she
struggles with cognitive and physical performance, progressively getting worse by the end of the day.
Currently on 5 hrs 5 days a week schedule- reports executive function suffers as the day progresses.

**SAC symptom inventory from 0-6:**
Headache:3
Pressure in head: 3
Neck pain: 0
Nausea/vomiting:  (no emesis) nausea daily 2 to 4

HART 000454

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

---

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021 1:00 PM (continued)

Dizziness: 3
Blurred vision: **2**, improved with wearing prism glasses.
Balance problems: 0 toworse at night, **2-3**
Sensitivity to light: 4- 5, patient has blue block glasses with prisms
Sensitivity to noise: 4-5
Feeling slowed down: from none to 6
Feeling like in a fog: 4-6
Don't feel right: 6
Difficulty concentrating: 5
Difficulty remembering: **5-6**
Fatigue or low energy: 5
Confusion:0
Drowsiness: 1
Trouble falling asleep:1  increased hours required to function
More emotional: 0 **d**
Irritability: **3** when overstimulated
Sadness: 0
Nervous or anxious: 1

Prior the accident patient reports base line  anxiety and depression, that she feels has been improved.

Objective

There were no vitals taken for this visit.
Estimated body mass index is 25.46 kg/m² as calculated from the following:
  Height as of 3/22/19: 5' 7.5" (1.715 m).
  Weight as of 2/5/20: 165 lb (74.8 kg).

General appearance - alert, well appearing, no acute distress

Assessment and Plan

Ms. Jennifer E Mueller is a 48 yrs female with history of head trauma with loss of consciousness, here for follow up for post concussion syndrome.
Based on the History and reported symptoms patient appear to have
decreased endurance and worsening  cognitive and executive function performances as the day progresses.

A)  POSTCONCUSSION SYNDROME  (primary encounter diagnosis)

Patient  reports normal Neuro psych evaluation-done in the morning in protected from
stimulations environment

P)Recommendations
1. Continue with the Speech/cognitive therapy
2.Continue with Physical therapy for management of the vestibular symptoms
3.Sleep hygiene
4.Enviroment adjustments and avoiding overstimulation to  prevent symptoms
exacerbation

HART 000455

**KAISER PERMANENTE**   REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
                        10220 S E Sunnyside Rd            MRN: 7374-59-76, DOB: <span>REDACTED</span>
                        Clackamas OR 97015               Sex: F

Progress Notes (continued)

Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM (continued)

5.Consider CBT-mental health self referral


Follow-up:  As needed

Histories

Social History

Tobacco Use
Smoking Status                    Never Smoker
Smokeless Tobacco                 Never Used

45 minutes spent performing face-to-face and non face-to-face patient care today.


No active medications on file as of 05/05/2021

Electronically signed by Koutzeva-Dussel, Totka R, MD at 5/5/2021  1:00 PM

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

Encounter Messages
   Questionnaire Submission

   From                          To                        Sent
   Jennifer Elaine Mueller       Totka R Koutzeva-Dussel, MD   5/3/2021  2:26 PM
   Patient Questionnaire Submission
   -------------------------------


   Questionnaire: Physiatry Intake Questionnaire

   Question: Reason for visit?
   Answer:   Postconcussion syndrome - establish care and follow up

   Question: Where does it hurt?
   Answer:   n/a. My only pain is headache if I do too much.

   Question: On average, how bad is the pain?
   Answer:   (Uncomfortable) Pain bothers me, but I can ignore it most of the time.

   Question: When did the pain begin?
   Answer:   Bicycle accident March 18, 2019

HART 000456

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:**REDACTED**
Sex: F

Encounter Messages (continued)

Question: Has the pain worsened recently? How recent?
Answer:   Increased symptoms over the past year, most notably over the past few months with regards to level of function.

Question: Are you having numbness? If so, where?
Answer:   No.

Question: Are you having weakness? If so, where?
Answer:   No.

Question: Quality of pain
Answer:   Dull

Question: What makes the pain better?
Answer:   Rest. Ibuprofen if severe.

Question: What makes the pain worse?
Answer:   Increased activity (physical or mental). Ongoing photosensitivity as well.

Question: Is the pain…
Answer:   Activity related

Question: What sports or exercise did you do before the pain began?
Answer:   Bike commute - 45 minutes 5 days a week. Running/walking on weekends with some biking on weekends.

Question: What exercise(s) do you currently perform?
Answer:   None. Limited slow dog walks (about 0.3 miles)

Question: Occupation
Answer:   Family practice physician at KP (BVT)

Question: Do you smoke? If so, how much?
Answer:   No

Question: Whom do you live with?
Answer:   Spouse/Partner
          Child(ren)

Question: Do you have any family history of muscle, nerve, bone, or joint disease?
Answer:

HART 000457

Page 20

**KAISER PERMANENTE**  REGIONAL PROCESS CENTER          Mueller, Jennifer Elaine
10220 S E Sunnyside Rd          MRN: 7374-59-76, DOB: **REDACTED**
Clackamas OR 97015          Sex: F

**Encounter Messages (continued)**

Question: Have any of these treatments helped?
Answer:

Question: Have any of these treatments made the pain worse?
Answer:

Question: Have any of these treatments neither helped, nor made the pain worse?
Answer:   Physical therapy

Question: What symptoms have you experienced?
Answer:   Vision changes
          Dizziness
          Nausea
          Memory loss
          Headache
          Poor sleep

Question: Other symptions
Answer:   Diminished cognitive function that worsens with activity/mental
strain/focus/concentration.

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

## Video Visit
**7/23/2021**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/23/2021 8:00 AM | Cary, Abigail Ann, SP | Smc-St | 1010776225 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |

### Progress Notes

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM
Status: Signed

## Speech Therapy Progress Report

**Visit number: 3 for 2021**
**Reporting Period: 4/30/21 to 7/23/2021**
**Next monthly progress report due date: 8/22/21**
**Medicare Reauthorization Date if Applicable: NA**

## ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive linguistic impairment in the setting of post-concussion sequale.  She is high-functioning at baseline (an MD with KPNW), and performed WNL on formal neuropsychological assessment, but demonstrates functional impairments in executive functioning, memory, word-finding/language, and attention which are exacerbated by concussion symptoms including headache, fatigue, dizziness, nausea,  photo and phono sensitivities. She plans to initiate intensive rehab with Brain Rehab Network Maximum improvement is yet to be attained, and there is an expectation that sge will continue to improve with cognitive functoin in response to therapy.

GOALS and OBJECTIVE PROGRESS TO DATE:
Long Term Goal (extend through 6/24/21): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities. *Goal progressing. Jennifer has returned to work part-time, and is able to selectively engage in some home and community activities.*

Short-Term Goal : Jennifer will demonstrate or report use-of 4x NEW executive-functioning strategies that work to increase focus/attention and reduce sensory over-load. *Goal progressing-will continue.*

Continued skilled SLP intervention is recommended.

Potential barriers to goal achievement: post concussion sequalae

Concerns to monitor during follow-up SLP visits: ability to manage/balance home and work

HART 000459

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 7/26/2021  5:36 PM (continued)

### PLAN OF CARE

Jennifer to continue speech therapy per SLP Plan of Care, up to 2 additional visits through 6/24/21.

Changes/Updates to the treatment plan: No changes to plan

Patient goal: function as well as she can.

### SUBJECTIVE

Has been admitted to Brain Rehab Network. Will have intensive 1-day collaborative therapies on Mondays for 4 weeks beginning end-of-August.

Has new polarized sun glasses. These are helpful. Has been forcing herself to have a break each morning for bio break, breath. Has been trying to meditate daily. Thinks sleep is worse. Has been eating very healthfully, and feels better when she does this.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Motivational interviewing, supported list-generation of strategies that continue to be helpful or should be revisited. Identified list of "red flags" that she can observe, or ask spouse to observe to help her take a break when she needs one. Jennifer identified multiple things that she has been having an easier time letting go of (and not keeping on a to-do list). Continues to write everything down.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

Next Visit Recommendations: Make preparations to modify work/home when she is at BIRC

Time In: 0805
Time Out: 0855

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Electronically signed by Cary, Abigail Ann, SP at 7/26/2021  5:36 PM

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

**KAISER PERMANENTE** REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB:**REDACTED**
Sex: F

## We Performed the Following

**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
**COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

## Encounter Messages

No messages in this encounter

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

### Video Visit Home
**8/13/2021**

**Encounter Information**

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/13/2021 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 1012203708 | SMO |

**Reason for Visit**

**SPEECH LANGUAGE PATHOLOGY VISIT**

**Diagnoses**

|  |  | Codes | Comments |
|---|---|---|---|
| **CONCUSSION, SEQUELA** | - Primary | S06.0X9S | |

**Progress Notes**

**Cary, Abigail Ann, SP at 8/13/2021 10:17 AM**
Status: Sign when Signing Visit

### Speech Therapy Treatment Note

30 day POC update due: 8/22/21

**Visit Number: 4 for 2021**

### ASSESSMENT

Jennifer is a 48 yrs old female with subjective report and objective findings consistent with cognitive-linguistic impairment in the setting of PCS which is progressing as anticipated as indicated by increased successful engagement with activities in the community.

Concerns to monitor during follow-up SLP visits: strategies to predict activity-level and strain

### PLAN OF CARE

Jennifer to be seen up to 2 additional visits per SLP Plan of Care dated 7/23/21. Treatment may include the following: managing strategies, metacognition

Next Visit Recommendations: address struggles PRN, review system for monitoring energy

### SUBJECTIVE

This encounter was conducted with the use of the Vidyo secure video application so that this writer could visualize the patient.

Patient consents to receive therapy services via telehealth.  Yes
Patient has confirmed location at time of video visit to be:  4404 Sw Carson St
Portland OR 97219

Has a concussion buddy who is also a physician. This was validating.

Drove back from downtown, and turned around to go back; accidentally got on the Hwy. Felt like her brain

HART 000462

Page 25

## KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer Elaine
MRN: 7374-59-76, DOB: **REDACTED**
Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 8/13/2021 10:17 AM (continued)

couldn't block out the movement--had spatial orientation issues.

**OBJECTIVE/TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

### Treatment Provided Today:

Reviewed use of strategies.
Pacing: Went on a walk on Monday, and had a low grade HA afterwards. The next day HA increased. Regular work day. Did not walk again because the weather was so rough.

Has been tracking symptoms in her planner.

Developed system for evaluating symptoms daily in planner.

Reviewed importance of not over-planning with planned upcoming participation in intensive rehab.

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

**Time Spent:**
Therapeutic Activities 45 minutes

Please see Patient Instructions Section for specifics on Home Program.

Time In: 0900
Time Out: 0945

Vitals Recorded in This Encounter
   No data found in the last 1 encounters.

Medications Ordered
   None

We Performed the Following
   **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, EA ADDL 15 MIN**
   **COGNITIVE SKILLS DEVELOPMENT, ONE ON ONE, INITIAL 15 MIN**

Encounter Messages
   No messages in this encounter

### END OF REPORT



**THE
HARTFORD**

July 29, 2021

Kaiser
Fax Number:     503-571-2624

Policyholder:   Northwest Permanente, P.C.
Claimant:       Jennifer E. Mueller
DOB:            **REDACTED**
Insured ID:     9005440032
Claim Event ID: 16630803
Policy No:      GLT767135

Dear Sir or Madam:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

Office notes for the period of 01/01/2021 to current. Please include any other information you feel is pertinent to the processing of this claim.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (860) 414-7611

HART 000464

Jul/27/2021 7:53:17 PM                    HP 503-459-6625                         3/4
7/18/2021        LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1c-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

*Kaiser Permanente 1/2021 → present.*
*503-571-2624*

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**THE HARTFORD**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth **REDACTED** | Employer/Policyholder's Name: |
|---|---|---|
| Jennifer Mueller | | Northwest Perm |
| # 900544o032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company, Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

LC-7708-2                          Page 1 of 2                          12/2020

KPRFN004                8/16/2021 10:01:54 AM  PAGE   7/033   Fax Server
Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 466 of 936
Jul 29 2021 09:09:35 EDT   FROM: F2M/24972849858      MSG# 1512935415-007-1    PAGE 005 OF 005

Jul/27/2021 7:53:17 PM                         HP 503-459-6625                              4/4
7/16/2021          LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1o-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and I may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

Signature of Claimant or Legal Representative            Date  7/26/2021

Name and Relationship to Claimant  (if signed by Legal Representative)

Form must be signed and dated.

https://proofpointisolation.com/browser?frameUrl=%2Fpage%3Furl%3Dhttps%253A%252F%252Fdoc-00-1o-apps-viewer.googl...              HART000466    2/3



# KAISER PERMANENTE®

**To:** **The Hartford, Claim Event ID 16630803**
Company: The Hartford
Fax: 18664115613
Phone:

**From:** **Linda Mawson**
Fax: 503-571-2624
Phone: 503-571-5051
E-mail: Linda.E.Mawson@kp.org

**Subject:** THE HARTFORD AUTO MANAGED CARE
PO BOX 14269
LEXINGTON KY 40512

RE:   YOUR RECORDS REQUEST

Claim Event ID 16630803

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000

Telephone: (503) 571-5051 / Fax: (503) 571-2624



# KAISER PERMANENTE®

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE

Subject: [External] - RE: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: MadamezolaMakesStuff <madamezola@gmail.com>

This email is from an external source.  Use caution responding to it, opening attachments or clicking links.

Good morning. I have received the Brain Rehab information but I am still waiting on records from Kaiser.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Friday, August 06, 2021 2:42 PM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL]

HART 000468

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Edward,

Wanted to check in to make sure you received the records from Brain Rehab Network. I've requested records from KP as well, but I know those wheels tend to turn slower.

Jennifer

On Tue, Jul 27, 2021 at 7:55 PM Jennifer Mueller <madamezola@gmail.com <mailto:madamezola@gmail.com> > wrote:

Thank you for the reminder. I faxed everything today.

Jennifer

On Jul 26, 2021, at 6:21 AM, Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

ï»¿

Good morning. I am still waiting on the contact information requested previously. If you provide me the names and fax numbers I can request information on your behalf. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident

Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Hi Edward,

That was the generic one that I had already signed. I'll forward the
detailed ones later this week.

Thanks!

Jennifer

On Mon, Jul 19, 2021 at 5:20 AM Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
wrote:

Good morning. I received a copy of your completed auth but did not receive the contact information for the providers youâ€™d like me to follow up with to complete this appeal. Please respond with the name, phone, and fax numbers of the providerâ€™s youâ€™d like me to request from. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.


From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com <mailto:madamezola@gmail.com> '
<madamezola@gmail.com <mailto:madamezola@gmail.com> >
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


Good afternoon. Please note the attached as it relates to our conversation. Please respond with provider contact information including fax numbers. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.


*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

HART 000472

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: MadamezolaMakesStuff <madamezola@gmail.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good morning. I have received the Brain Rehab information but I am still
waiting on records from Kaiser.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Friday, August 06, 2021 2:42 PM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 475 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| July 27, 2021 at 10:58:06 PM EDT | 503-459-6625 | 303 | 4 | Received |

Jul/27/2021 7:53:17 PM          HP 503-459-6625                              1/4
7/16/2021    LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1o-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

*Brain Rehab Network - all records.*
503-352-5555

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**THE HARTFORD**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
| Jennifer Mueller | **REDACTED** | Northwest Perm |
| # 900540032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

HART 000475

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____        7/26/2021
Signature of Claimant or Legal Representative        Date

_____
Name and Relationship to Claimant  *(if signed by Legal Representative)*

**Form must be signed and dated.**

*Kaiser Permanente 1/2021 → present.*
*503-571-2624*

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**THE HARTFORD**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
|---|---|---|
| Jennifer Mueller | **REDACTED** | Northwest Perm |
| # 9005440032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

LC-7708-2                    Page 1 of 2                    12/2020

HART 000477

Jul/27/2021 7:53:17 PM                    HP 503-459-6625                                    4/4
7/16/2021        LC-7708 Authorization to Obtain and Disclose Information - 14×3'/doc-00-1o-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 478 of 936

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____            7/26/2021
Signature of Claimant or Legal Representative        Date

_____
Name and Relationship to Claimant  (if signed by Legal Representative)

**Form must be signed and dated.**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| July 27, 2021 at 10:58:06 PM EDT | 503-459-6625 | 303 | 4 | Received |

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 479 of 936

Jul/27/2021 7:53:17 PM                HP 503-459-6625                                    1/4

7/16/2021        LC-7708 Authorization to Obtain and Disclose Information - https://doc-00-1o-apps-viewer.googleusercontent.com/viewer/secure/pdf/hjnn...

Brain Rehab Network - all records. jm
503-352-5555

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**THE HARTFORD**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
| Jennifer Mueller | **REDACTED** | Northwest Perm |
| # 900540032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

HART 000479

LC-7708-2                                Page 1 of 2                                    12/2020

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED
July 28, 2021 at 6:00:45 PM EDT

REMOTE CSID
908

DURATION
37

PAGES
Received

STATUS

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 480 of 936

07/28/2021    14:45                                            (FAX)                        P.001/037



# FAX COVER SHEET

TO: _Edward Ebeling_          FROM: _Alaina_

FAX: _866-411-5613_          FAX: _503-352-5555_

PHONE:                        PHONE: _503-941-9869_

SUBJECT: _Records Request_    DATE: _7/28/21_

COMMENTS: _Here are records for Jennifer Mueller, as requested. Let us know if you need anything else. Thank you!_

Pages, including cover: _37_

IMPORTANT: This transmission contains confidential information, which may be protected health information as defined by the Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

*Brain Rehab Network - all records.* jm
503-352-5555

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**THE HARTFORD**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth **REDACTED** | Employer/Policyholder's Name: |
| --- | --- | --- |
| Jennifer Mueller | | Northwest Perm |
| # 900540032 | | |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims related, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

LC-7708-2                              Page 1 of 2                              12/2020

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA (Title II) from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____   7/26/2021
Signature of Claimant or Legal Representative   Date

_____
Name and Relationship to Claimant  (if signed by Legal Representative)

**Form must be signed and dated.**



Client name: Jennifer Mueller
REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# Treatment Plan & Concurrence

| Reason for Referral: | Jennifer Mueller is referred for Post-Concussion Bootcamp initial evaluation due to sequelae of a concussion sustained on 3/18/2019. |
|---|---|
| Referral Diagnosis: | F07.81 – Post concussion syndrome |
| Date of Evaluation: | 6/22/2021 |
| Recommendations for Treatment: | Recommend participation in the BRN Post-Concussion Bootcamp 1 day/week (8:30am to 3:30pm) for 4 weeks to include Occupational Therapy, Physical Therapy, Speech Therapy, Rehabilitation Psychology, and Rehabilitation Medicine. |
| Treatment Focus Areas: | Cognitive endurance, attention, executive function, headaches, fatigue, dizziness, home and community participation, leisure pursuits, activity tolerance, vision changes, self-limited driving, plan for return to full work schedule, sensory sensitivities, compensatory strategy training. |

I have read and agree to the attached plan of care for the client listed above.

❏  Yes

❏  No

❏  Comments: _____

Physician Name (print): _____

Physician Signature: _____

Date: _____



Client name: Jennifer Mueller
REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

## Outcome Measures (Concussion)

**Mayo-Portland Adaptability Index (MPAI-4):**

Inventory completed via professional consensus. Standard scores are based on a reference sample of individuals with acquired brain injury receiving outpatient, community-based or residential rehabilitation. Standard scores between 40-60 are considered average or typical of people involved in outpatient, community-based or residential rehabilitation.

| MPAI-4 Subscale | At Evaluation (6/22/2021) | At Discharge (date) |
|---|---|---|
| Abilities | Raw Score (range 0-47): 19 | |
| | Standard Score: 50 (Moderate to Severe level of impairment) | |
| Adjustment | Raw Score (range 0-46): 22 | |
| | Standard Score: 52 (Moderate to Severe level of impairment) | |
| Participation | Raw Score (range 0-30): 13 | |
| | Standard Score: 42 (Mild to Moderate level of impairment) | |
| Total Score | Raw Score (range 0-111): 46 | |
| | Standard Score: 47 (Mild to Moderate level of impairment) | |

Mayo-Portland Adaptability Inventory (MPAI-4)

| Very Severe Limitations | Severe Limitations | Moderate to Severe Limitations | Mild to Moderate Limitations | Mild Limitations | Good Outcomes |
|---|---|---|---|---|---|
| | | | ✖ | | |

T Scores    < 70          60          50          40          30 <



Client name: Jennifer Mueller
DOB:REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

07/28/2021     14:48

**The Rivermead Post-Concussion Symptoms Questionnaire (RPQ):**

Self-reported outcome measure consisting of 16 questions measuring cognitive, physical, and behavioral domains. The RPQ is scored as two **distinct** scales: RPQ-3 and RPQ-13. The RPQ-3 primarily assesses physical symptoms including headaches, dizziness, and nausea/vomiting while the RPQ-13 primarily assesses psychological symptoms including fatigue, mood symptoms, sensory sensitivity, and changes with cognition.

| | At Evaluation (6/22/21) | At Discharge (date) |
|---|---|---|
| **RPQ-3** | Raw score (range 0-12): 8<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-3)<br>Predominately physical symptoms<br><br>**12 11 10 9 8 7** \| 6 5 4 \| 3 2 1 0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms | |
| **RPQ-13** | Raw score (range 0-52): 34<br><br>Rivermead Post-Concussion Symptoms Questionnaire (RPQ-13)<br>Predominately psychological symptoms<br><br>52 - 27 \| 26 - 14 \| 13 - 0<br>Moderate-Severe Symptoms \| Mild-Moderate Symptoms \| No-Mild Symptoms | |

HART 000485

(FAX)

P. 006/037



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# MEDICAL EVALUATION

Date: June 22, 2021

| | |
|---|---|
| Reason for Referral: | Ms. Mueller was referred for evaluation and participation in the Post-Concussion Bootcamp due to persistent symptoms following a concussion sustained on 3/18/2019. |
| Referral Diagnosis: | F07.81 – Post concussion syndrome |
| Treatment Diagnosis: | F07.81 – Post concussion syndrome |
| Recommendations for Treatment: | Recommend participation in the BRN Post-Concussion Bootcamp 1 day/week (8:30am to 3:30pm) for 4 weeks to include Occupational Therapy, Physical Therapy, Speech Therapy, Rehabilitation Psychology, and Rehabilitation Medicine. |
| | MEDICAL HISTORY |
| Description of injury: | Ms. Mueller sustained a concussion with LOC and right zygomatic fracture while commuting to work on her bicycle on 3/18/2019 when she collided with another cyclist. The fracture resulted in multiple dental issues. She participated in outpatient therapies: PT, OT, and SLP.  Dr. Muraki, neuro optometry, who prescribed prism and tinted lenses.  Seen by Dr. Mirchandani, physiatrist. Ms. Meuller had a neuropsychological evaluation (Dr. Tongue) that came back "normal," though she reported increased symptoms after completing the testing. |
| Current status: | Ms. Mueller continues to experience sensory sensitivities (light > sound), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance (especially at night), poor memory, poor concentration and attention, impaired executive functioning, difficulty with word finding, and poor sleep.  Overall symptoms are improved, but still present when Ms. Mueller is cognitively or physically fatigued; when "I earn it."<br><br>No longer requires prism lenses, but requires glasses for presbyopia. |

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD



**brain rehab network**

|  | Working 5hrs, 5 days/week. She is functional in the beginning of the day but cognitive and physical performance worsen through the day.  She is struggling with identifying a paced schedule that is also productive. | |
|---|---|---|
| PCP: | Totka R. Koutzeva-Dussel, MD | |
| | **REVIEW OF SYSTEMS** | |
| Headache: | 1. Frontal: feels like "pressure, balloon." Occur daily. Do not interfere with function. No meds.<br><br>2. Suboccipital: stabbing. Occur with fatigue but not daily. Usually takes ibuprofen which resolves. | |
| Eyes: | ☒Dbl/blurred vision<br>☐Photophobia<br>☒Glasses | Comments:<br>Describes eye strain towards end of day. New correction for presbyopia. |
| Smell: OK | Taste: OK | Chew/Swallow/TMJD: OK |
| Ears: | Hearing:  OK<br>☐Right<br>☐Left | Tinnitus: none<br>☐Right<br>☐Left |
| Balance: | Most challenging in the dark & end of day. No other consistent trigger. | |
| Behavior/Mood/Cognition: | Decreased cognitive endurance and executive function. | |
| Sleep: | Interrupted.<br>To bed 9-10pm then TV until 10:30-11pm. Falls asleep OK. Wakes up multiple times for various reasons, but falls right back to sleep. | Requires more sleep than prior to injury. Rare naps. Took melatonin for awhile, but isn't now. |
| Appetite/Digestion: | Not reviewed | |
| Sensation: | Not reviewed | |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| | |
|---|---|
| Weakness: | Not reviewed |
| Pain: | Not reviewed |
| Cardio/Pulmonary: | DVT: ☐Yes ☐No<br>Anticoagulation: Not reviewed |
| Bowel/Bladder/Sexual: | Not reviewed |

| PAST MEDICAL HISTORY | | |
|---|---|---|
| General: | Hypothyroidism, migraine with aura, anxiety, depression, | |
| Injuries: | | Head Injuries/LOC: none |
| Surgeries: | | |
| Allergies: | ☒Yes<br>☐No | amoxicillin/clavulanate |

| FAMILY HISTORY: | |
|---|---|
| Condition/Family member: | Colon CA – mother<br>Father deceased August, 2019 |

| PSYCHOSOCIAL: | |
|---|---|
| Living situation: | From MI, trained in Duluth, MN. They have 2 cats (Jinner and Bruce) and 1 dog (Fisher). No other family in the area. |
| Relationship status: | married to John who is artist |
| Support network: | |
| Children: | son REDACTED |
| Level of Education: | MD |
| Military status: | none |
| Arrests/Legal Issues | none |



**brain rehab network**

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| Driving: | limited |
|---|---|
| Interests/Goals: | vegetarian |
| Exercise: | PTI, commuted via bicycle to work (45 minutes, 5 days/week). She would run/walk and bike some on the weekends. |

| | ☒Caffeine<br>☐Tobacco<br>☒ETOH<br>☐Marijuana<br>☐Other: | Amount: |
|---|---|---|

| WORK: | | |
|---|---|---|
| JOI: | Family Practice physician @ Kaiser | |
| Major duties: | See detail in OT eval | |
| Vocational plan: | Return to work as physician. Has "own occupation" LDT insurance if cannot get back to full time. | |

| MEDICATIONS: | |
|---|---|
| Prior to injury: | levothyroxine 100 mcg daily<br>duloxetine 30mg daily<br>bupropion XL 150mg daily<br><br>B12, iron, vitD<br>ibuprofen |
| Current: | same |
| Tried: | Melatonin, meclizine |

| PHYSICIAL EXAMINATION: | | | | |
|---|---|---|---|---|
| Ht: | Current wt: | Usual wt: | BP: | HR: |



**brain rehab network**

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| General: | Pleasant, cooperative, alert and interactive. No pain behavior. | |
|---|---|---|
| **Language:** | ☐Prosody<br>☒Verbosity<br>☐Aphasia<br>☐Apraxia<br>☐Stutter<br>☐Hesitant<br>☐Volume<br>☐Effort | Comments: |
| **Cognition:** | Goal directed, no word finding difficulties, no obvious memory deficits in conversation. | |
| **Head:** | Eyes: EOMI, normal saccades & pursuits, unstable PLR | |
| | Ears: | nl TM R/L |
| | Mouth: | Sensation over right upper mouth not quite normal |
| | Cranial Nerves: | Intact |
| **Range of Motion:** | Cervical/Lumbar | WNL |
| **Strength:** | 5/5 b/l upper & lower limbs | Comments:<br>☐Give way<br>☐Symmetry<br>☐Atrophy |
| Palpation: | No ttp but mild tension right side of neck | |
| Gait: | No abnormalities | |
| Balance: | Tandem stance (20 sec):  20<br>Tandem gait: no errors<br>SLs (open): R  L - WNL<br>SLS (closed): R  L - WNL | |
| Coordination: | Impairments in:<br>☐FTN<br>☐Thumb to fingers | Comments:<br><br>No abnormalities |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

|  |  |  |
|---|---|---|
|  | ☐Foot tapping<br>☐Romberg<br>☐Sharp Romberg |  |
| Reflexes: | 2+ throughout | Comments: |
| Spasticity: | RUE:<br>LUE:<br>RLE:<br>LLE:<br>☐Flaccid | Comments:<br><br>none |
| Abnormal movements: | ☐Chorea<br>☐Tremor<br>☐Fascic<br>☐Myotonic jerks<br>☐Cog wheel | none |

**ASSESSMENT:**

48yo physician with post-concussion syndrome and right zygomatic fracture as a result of a cycling accident with persistent symptoms affecting ability to return to work, maintain household and engage in the community.

**PLAN:**

1. Fatigue- cognitive & physical: participation in day-long rehab with PT, OT, SLP and neurpsych to challenge limitations and develop clear practical strategies for pacing and maximizing functional endurance.

2. Vision: no longer requiring prism lenses. Now with glasses for close work. Sounds like age-related presbyopia. Prior to injury was able to compensate, but cannot now. Exotropia may be confounding factor. Continue work with OT. Does not require active follow-up with neuro-optometry.

3. Dizziness: described as "motion sickness." Symptoms and exam do not suggest vestibular disturbance. Possibly persistent postural-perceptual dizziness.

4. Balance: no obvious deficits on my exam. See above.

5. Sleep: increased need. May be new normal or may need more regular schedule ( some days starts work at 8am, other days doesn't get up until 10am). Also need to

07/28/2021  14:50                    (FAX)                    P.013/037



**brain rehab network**

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

---

address sleep hygiene, especially effects of blue light prior to bedtime. No medication needed.

6. Work: team will work with patient through the 4 weeks to establish clear, sustainable daily schedule that includes downtime, pacing and energy conservation strategies to assist Dr. Mueller in fulfilling her work duties, home responsibilities and engage in pleasure activities.

7. In order to participate in the Post-concussion boot-camp, Dr. Mueller will require 1 week-day off per week. This should reduce her scheduled work days to 4 per week.

BILLING

Time spent reviewing records, preparing report, counseling/coordinating care, and face-to-face time with patient:  120 minutes.



(Electronically signed)
Jennifer Cann, MD
Physiatrist
Medical Director, Brain Rehab Network
Date signed: 6/22/2021

7204 SW Durham Road Suite #100    ●    Portland, OR 97224    ●    P: 503-941-9869    ●    F: 503-352-5555

HART 000492



**brain rehab network**

Client name: Jennifer Mueller REDACTED
DOB:
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# PHYSICAL THERAPY EVALUATION

Date: 6/22/2021

| | |
|---|---|
| Reason for Referral | Dr. Mueller was referred for evaluation in the BRN Post-Concussion Bootcamp due to a concussion sustained on 3/18/2019. |
| Referral Diagnosis | F07.81 – Post concussion syndrome |
| Treatment Diagnosis | Headache R51<br>Fatigue/Malaise R53<br>Dizziness/vertigo R42<br>Difficulty walking R26.2 |
| Onset Date | 3/18/2019 |
| Recommendations for Treatment | Recommend participation in the BRN Post-Concussion Bootcamp 1 day/week (8:30am to 3:30pm) for 4 weeks to include Occupational Therapy, Physical Therapy, Speech Therapy, Rehabilitation Psychology, and Rehabilitation Medicine. |
| Strengths | Motivated for recovery<br>Currently working<br>History of being physically active prior to injury |
| Limitations | Headache<br>Dizziness<br>Fatigue<br>Reported imbalance when fatigued |

| GOALS | |
|---|---|
| Client Goals | 30-minute walk without an increase in symptoms<br>Play the video game Just Dance 2021 with her child<br>Walk to the dog park without an increase in symptoms<br>Return to riding a bike and go around the Crater Lake when the roads are closed. |
| Long Term Goal | 1. Dr. Mueller will tolerate a 30 minute walk in a moderately stimulating environment with < 2 point increase in symptoms. |
| Short Term Goal | 1. Dr. Mueller will participate in 15 minute of cardiovascular exercise in a low stimulation environment with <3 point increase in symptoms |
| Short Term Goal | 1. Dr. Mueller will be independently perform HEP with the use of a hand out to work toward return to her previous exercise routine. |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| Long Term Goal | 2. Dr. Mueller will report a 9% reduction on the dizziness subset of the VRBQ indicating a reduction in symptoms. |
|---|---|
| Short Term Goal | 2. Dr. Mueller will be independent in 2-3 techniques to reduce symptoms of dizziness. |
| Short Term Goal | 2. |
| Short Term Goal | 2 |
| Long Term Goal | 3. Dr. Mueller will report an 8 point reduction on the HDI indicating a reduction in headache. |
| Short Term Goal | 3. Dr. Mueller will be independent with 2-3 pain management strategies to reduce headache symptoms in order to increase activity tolerance in the community and work. |

| MEDICALHISTORY | |
|---|---|
| Description of Current Episode | Per medical records, Ms. Mueller sustained a concussion with LOC in a bicycle accident on 3/18/2019. She has participated in neuro optometry with Dr. Muraki (has prism and tinted lenses) and outpatient therapies: PT, OT, and SLP. Ms. Meuller had a neuropsychological evaluation (document not available) that she reported came back "normal," though she reported increased symptoms after completing the testing. |
| Past Medical History | Per medical records, Ms. Mueller has a history of hypothyroidism, major depressive disorder, anxiety, migraine with aura. |
| Prior Level of Function | Ms. Mueller previously commuted via bicycle to work (45 minutes, 5 days/week). She would run/walk and bike some on the weekends. |
| Current Level of Function | Ms. Mueller works as a family practice physician at Kaiser in Beaverton. She is currently working 5 hours/day x 5 days/week.<br><br>Per medical records, Ms. Mueller experiences sensory sensitivities (light and sound primarily), headaches, dizziness/nausea, fatigue, fogginess, vision changes, impaired balance (worse at night), poor memory, poor concentration and attention, impaired executive functioning, difficulty with word finding, poor sleep, cognitive challenges that are impacted by fatigue, irritability, and decreased endurance. She currently goes on slow walks with her dog (about 0.3 miles) and participates in gentle yoga.<br><br>Currently walking a mile at a very slow pace. |
| Precautions | Allergies: Amoxicillin with clavulanat: |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| OBJECTIVE DATA | | | | |
|---|---|---|---|---|
| **Cervical Spine** | | | | |
| | AROM | | Functional Strength Test | Comments |
| Flexion | 60/50º | | Functional | Client notes vertigo during strength testing of deep cervical flexors. Symptoms resolve after approximately 30 seconds. |
| Extension | 60/60 | | Functional | |
| | Right | Left | Right | Left | |
| Rotation | 75/80º | 65/80º | Functional | Functional | Reports rotation to the left feels easier than rotation to the right |
| Side Bending | 50/45º | 40/45º | Functional | Functional | Denies any symptoms |
| Comments | TTP in bilateral UT but feels like this is an issue at baseline.  Denies any TTP in the suboccipital region with moderate pressure in sitting.  Deep palpation not performed during this session secondary time constraints, but maybe beneficial in future sessions secondary to headache occurring in the suboccipital region. | | | |
| **Posture** | | | | |
| Description | Increased thoracic kyphosis, anterior positioning of bilateral shoulders and increased cervical flexion. | | | |
| **Special Test** | | | | |
| Test Name | Results: | | Comments: | |
| Alar Ligament | Intact | | | |
| Transverse Ligament | Intact | | | |
| **Sensation** | | | | |
| Description | No reported changes | | | |
| **Pain** | | | | |
| Description | Headaches: Feels "awareness" of the brain like a sinus pressure.  Can be a "warning sign" that she is fatigued.  Occurs in suboccipital region.  Responds to | | | |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

|  | ibuprofen.  Has to stop what she is doing and treat symptoms or it will increase History of migraines.  Has had one since the accident.  Was occurring 4-5x/year prior.  Unable to identify any triggers.<br><br>Dental work after accident.  Had braces and had to reset jaw.  History of grinding teeth at night.  Had a mouth guard prior to injury but doesn't fit any more. Hit right shoulder and hip at the time accident but pain has resolved. When she does grind her teeth at night she notes soreness in the jaw.  Unsure if HA relate to teeth grinding.<br><br>Denies any neck pain |  |
|---|---|---|
| Headache Disability Index | Score: 20/100 | Comments:  Mild Disability<br>Measures the level of functional disability secondary to headaches<br>10-28  mild disability;30-48 is moderate disability;50-68 is severe disability; 72 or more complete disability. |
| Cardiovascular | | |
| Description | Client reports she started monitoring her HR when walking after talking with an OT. Currently she notes that her symptoms increase when her HR reaches around 115 bpm.<br>Formal assessment not performed during today's session secondary to time constraints.  She would benefit from assessment similar to Modified Buffalo TM test to further assess if there is a correlation of symptoms to increased HR. | |
| Proprioception | | |
| Description | Cervical Joint Position Error Test<br>Right: 6.0, 4.5, 3.0, 2.0, 2.0<br>Left: 3.0, 3.0, 2.0, 4.5, 2.0<br>Up: 3.0, 2.0, 2.0, 3.0, 3.0<br>Down: >6.0, 4.5, 2.0, 1.0, 2.0 | |
| Gait | | |
| Description | No abnormalities noted | |
| Assistive Device | None | |
| Balance | | |
| Description: Client notes that she feels off balance in the evenings when she is fatigued.  This is also when dizziness increases. | | |

7204 SW Durham Road Suite #100        ●        Portland, OR 97224        ●        P: 503-941-9869        ●        F: 503-352-5555



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

## Static

|  | Firm | | Compliant | | Comments |
|---|---|---|---|---|---|
| Romberg | EO30/30 | EC30/30 | EO30/30 | EC30/30 |  |
| Tandem | EO18/30 | EC30/30 | NT | NT | Client utilized yoga breathing strategy she has learned previously while performing tandem with eyes closed. |

## Dynamic

| Functional Gait Assessment | Score  26/27 | Comments: Stairs not available to assess this portion of the test so total score was adjusted. Measures postural stability and balance during dynamic activities. A score of 22/30 or less indicates a higher risk of falls |
|---|---|---|

### Vestibular

| Description: | Reports her usual symptoms of dizziness feels like motion sickness.  This is constant and increases with cognitive and physical fatigue.  Occasionally has dizziness with quick eyes movement to the left.  At night she has difficulty negotiating through space.  Difficulty tracking traffic.  Feels that she has to budget energy because of dizziness. Hasn't re-introduced exercise because of dizziness and symptoms of fatigue. At times feels overwhelmed.  Client had a (+) Epley initially but resolved prior to seeing a therapist. |
|---|---|
| VRBQ | Summary Scores: Symptoms: 19.76% Quality of Life: 30.4% Total: 25.08% Symptom Subscale: Dizziness: 61.16% Anxiety: 0% Motion-provoked Dizziness: 6.68% VRBQ scores quantify the difference between the respondent's current state and a state that is normal for the individual. This allows the respondent to judge the impact of their dizziness, allowing for differences in what is 'normal' for each person |
| Room Light | Spontaneous Nystagmus | N |  |


**brain
rehab
network**

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| | | | |
|---|---|---|---|
| | Direct fixed gaze holding nystagmus | N | |
| | Direct changing gaze holding nystagmus | N | |
| | Smooth Pursuit | Intact | Please see OT evaluation for additional details |
| | Head Thrust | Intact | |
| | VOR Cancellation | Intact | |

### ASSESSMENT/PLAN OF CARE

Dr. Jennifer Mueller participated fully in the evaluation today. She currently has difficulty with headaches, dizziness, fatigue, and imbalance when she is fatigued. At this time it is unclear if her HA are cervicogenic in nature or if they are related to other factors. She will benefit from additional assessment of the upper cervical spine upon admission. Based on today's findings, symptoms, TBI as a MOI, and a reported vestibular event of BPPV that resolved, Mrs. Mueller's symptoms follow the pattern of Persistent Postural Perceptual Dizziness (PPPD). In effort to treat the listed impairments, Dr. Mueller will benefit from VRBT, manual therapy as indicated, and gradual progression of exercise to return to work and community related activities.

Name: Amanda Hiller, PT, DPT

Signature: *Amanda Hiller PT, DPT* (Electronically signed)

Date signed: 6/22/2021

Start Time: 2:00 p   Stop Time: 3:00 p
CPT Code: 97162   Time: 45
CPT Code: 97530   Time: 15



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# OCCUPATIONAL THERAPY EVALUATION

Date: 6/22/2021

| | |
|---|---|
| Reason for Referral: | Dr. Mueller was referred for evaluation in the BRN Post-Concussion Bootcamp due to a concussion sustained on 3/18/2019. |
| Referral Diagnosis: | F07.81 -- Post concussion syndrome |
| Treatment Diagnosis: | H53.3 Other and unspecified disorders of binocular vision<br>H53.149 Visual discomfort, unspecified<br>R53.83 Other fatigue |
| Recommendations for Treatment: | Recommend participation in the BRN Post-Concussion Bootcamp 1 day/week (8:30am to 3:30pm) for 4 weeks to include Occupational Therapy, Physical Therapy, Speech Therapy, Rehabilitation Psychology, and Rehabilitation Medicine. |
| Strengths: | Motivated for recovery, pleasant and cooperative, highly intellectual at baseline, active prior to injury, good family support, already implementing some compensatory strategies. |
| Limitations: | Decreased participation in home and community activities, decreased participation in leisure pursuits, fatigue, sensory sensitivities, decreased activity tolerance, vision changes, self-limited driving, working modified schedule. |
| GOALS | |
| Client Goals: | "I haven't even thought about the future because prior to the accident, I was planning to do a 100-mile bike ride. I'm afraid to make goals. I haven't had a focused effort on where I can get to. If there's something I can do that lets me mow my own lawn or exercise, that would be great. If I can't do that, I can be ok with that, but I need some guidelines and somebody to help set the boundaries." |
| Long Term Goal(s): | 1. Ms. Mueller will independently demonstrate adherence to daily routines for improved participation in meaningful activities. |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

**brain rehab network**

|  | 2. Ms. Mueller will report engagement in 2-3 routine IADL tasks independently each week, utilizing strategies as needed to support performance. |
|---|---|
| Short Term Goals: | 1. Ms. Mueller will report and demonstrate understanding of 2-3 pacing strategies for energy management to promote increased engagement in home and work roles. |

<div align="center">

**MEDICAL HISTORY**

</div>

| Description of injury: | Per medical records, Ms. Mueller sustained a concussion with LOC in a bicycle accident on 3/18/2019. She has participated in neuro optometry with Dr. Muraki (has prism and tinted lenses) and outpatient therapies: PT, OT, and SLP. Ms. Meuller had a neuropsychological evaluation (document not available) that she reported came back "normal," though she reported increased symptoms after completing the testing. |
|---|---|

<div align="center">

**SUBJECTIVE**

</div>

| Chief complaint: | "Right now, work is my biggest challenge. Getting through my workday and being functional at the end of it is hard. Getting through my workday and not be done by the end of it would be a win." |
|---|---|

<div align="center">

**OCCUPATIONAL HISTORY**

</div>

|  | Prior to Injury: | Current level: |
|---|---|---|
| ADLs: | ☒Independent<br>☐Needs Assistance<br>    ☐Grooming<br>    ☐Bathing<br>    ☐Dressing<br>    ☐Toileting<br>    ☐Feeding<br>    ☐Transfers<br>Comments: | ☒Independent<br>☐Needs Assistance<br>    ☐Grooming<br>    ☐Bathing<br>    ☐Dressing<br>    ☐Toileting<br>    ☐Feeding<br>    ☐Transfers<br>Comments: |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| IADLs: | ☒Independent<br>☐Needs Assistance<br>   ☐Cooking<br>   ☐Cleaning<br>   ☐Money Mgt.<br>   ☐Transportation<br>   ☐Med Mgt.<br>   ☐Shopping<br>   ☐Laundry<br>Comments: Ms. Mueller's husband is a stay-at-home dad and has always performed the majority of the home management tasks. He does most of the cooking, though Ms. Mueller reported she participated in occasional meal prep, especially on the weekends and in the evenings after work. He has always performed grocery shopping. Ms. Mueller previously did all yard work, including mowing the lawn and gardening. | ☐Independent<br>☒Needs Assistance<br>   ☒Cooking<br>   ☐Cleaning<br>   ☐Money Mgt.<br>   ☒Transportation<br>   ☐Med Mgt.<br>   ☒Shopping<br>   ☐Laundry<br>Comments: Ms. Mueller rarely participates in meal prep, only on the weekends, depending on how she is feeling. She reported difficulty with overstimulating environments and dual tasking when performing home management tasks. Since the accident, she has not performed any errands and self-limits her driving, avoiding highways noting overstimulation and decreased confidence. Ms. Mueller manages their finances using a budgeting software. Since the accident, everything is on autopay, and she has performed the bare minimum. She would like to get back into budgeting. She reported she is independent with medication management using a pill box for once a day in the morning. Her husband has taken over yard work with her providing instruction d/t increased symptoms with this activity. |
| Work/School/Volunteer: | Ms. Mueller previously worked a 0.9 FTE, which consisted of 4 8-hour days, 20 patients per day. | Initially after her injury, she was off work for 2 months. When she went back, she worked 4 hours/day, 8 patients. She felt this was a manageable schedule but felt pressured to increase her productivity 1 year post accident. |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| | | |
|---|---|---|
| | | Ms. Mueller currently works 5 hours/day 5 days/week, though she typically works longer than 5 hours to get tasks done. One hour of each day is virtual, 3 phone calls. The other 4 hours, she sees 10 patients in person and finds she is usually running an hour behind schedule. She reported difficulty with dual tasking and returning to task after interruptions. She reported taking longer to come to decisions and developing treatment plans, often messaging patients the following day, which increases her workload as the week progresses. |
| Leisure: | Prior to the accident, Ms. Mueller reported she could do 2 tasks in the evening after work. She enjoyed gardening, working in the yard, knitting, sewing, crafting, spinning yarn, and biking with a group. | Currently, Ms. Mueller reported she can typically do one thing in the evening: knit, watch TV, short slow walks (1 mile). She wears glasses and requires good lighting for crafts, which was not the case previously. |

### ASSESSMENT DATA

| | | |
|---|---|---|
| Musculoskeletal: | Range of Motion:<br>☒Intact<br>☐Impaired<br>　　☐RUE<br>　　☐LUE | Strength:<br>☒Intact<br>☐Impaired<br>　　☐RUE<br>　　☐LUE |
| Grip Strength: | Right:<br>Trial 1: 79.8<br>Trial 2: 74.5<br>Trial 3: 74.2<br>Avg: 76.2 lbs. | Left:<br>Trial 1: 74.5<br>Trial 2: 77.8<br>Trial 3: 69.8<br>Avg: 74.0 lbs. | Mean for a 45–49-year-old female is:<br><br>Right: 62.2 lbs. (SD: 15.1)<br>Left: 56.0 lbs. (SD: 12.7) |
| Sensation: | ☐Intact<br>☒Impaired | Comments: Ms. Mueller reported intact sensation, except face |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| | | sensation changes from accident. |
|---|---|---|
| Coordination: | ☒Intact<br>☐Impaired<br><br>Hand dominance:<br>☒ Right<br>☐ Left | Comments: Finger to nose, finger opposition, and rapid alternating movements are all intact.<br><br>The Nine Hole Peg Assessment is used to measure finger dexterity. The client scored 17" with her Right hand, and 17" with her Left hand.<br>(Mean for females: 17.9" (SD 2.8) with the Right hand; 19.6" (SD 3.4) with the Left hand.) |
| Vision Screen: | ☐Intact<br>☒Impaired<br><br>Ms. Mueller reported she did not wear corrective lenses previously and had no prior vision complaints.<br>Since the accident, she has worked with Dr. Muraki. She has prism glasses for close work and only uses them occasionally at this point. She also has glasses for close work with mild tint, no prism. She will have an annual check in with neuro-optometry. She reported occasional diplopia when fatigued, as well as blurry vision and eye strain with close work. | Near acuity: 20/25 without corrective lenses, 20/20 with corrective lenses.<br><br>Far acuity: NT<br><br>Saccades: Intact.<br><br>Pursuits: Intact, client reported mild dizziness.<br><br>Fixation: Intact.<br><br>Field of Vision: Intact.<br><br>Convergence:<br>• Breakpoint: 2"<br>• Recovery: 4" |
| Maddox Rod Test | ☐Intact<br>☒Impaired<br>  ☒Exophoria<br>  ☐Esophoria<br>  ☐Hypophoria<br>  ☐Hyperphoria<br>  ☐Suppression<br>  ☐Accommodative deficit | Assesses horizontal and vertical deviations in eye alignment, which may explain or contribute to other vision impairments, headaches, fatigue, etc.<br><br>Results: 3 diopters of Exophoria |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| | | |
|---|---|---|
| Developmental Eye Movement Test: | ☒Intact<br>☐Impaired<br><br>Ms. Mueller scored above average on this assessment, demonstrating good automaticity and oculomotor skills. | This tool assesses reading performance and visual processing speed. Client scored as follows: 17" on the vertical time (mean: 33.75, SD 6.53) and 17" on the horizontal time (mean: 37.56, SD: 7.23) with a ratio of 1.0 (mean: 1.12, SD: 0.12). |
| Behavioral Assessment of Dysexecutive Syndrome (BADS) | ☒Intact<br>☐Impaired<br>Overall score:<br>Test 1: Rule shift cards: 4<br>Test 3: Key search: 4<br>Test 5: Zoo map: 3 | This test of executive functioning assessed the client's ability to solve problems, plan and organize behavior, set priorities, and adapt behavior accordingly when simulated real-life demands were made.<br>Ms. Mueller performed well on the 3 items completed. Her score was reduced for the Zoo map d/t taking a longer time to plan the route than expected. She demonstrated good understanding of information provided as well as good planning and organization skills. |
| Sleep | Ms. Mueller reported she was historically an excellent sleeper, was able to fall asleep quickly and woke up refreshed in the morning. She used to "get up with the sun." | Since her injury, Ms. Mueller reported she usually wakes up several times per night (usually by animals) and is able to fall back asleep. She reported she now needs a lot more sleep, up to 10-12 hours/night and often sleeps until 10am. |
| ASSESSMENT AND PLAN | | |

Ms. Mueller participated fully in this evaluation. Primary assessment findings include: decreased participation in home and community activities, decreased participation in leisure pursuits, fatigue, sensory sensitivities, decreased activity tolerance, vision changes. Ms. Mueller has already implemented good organizational strategies by utilizing a planner but will benefit from further training to compensate for the above deficits. She performed well on



Client name: Jennifer Mueller
DOB: **REDACTED**
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

assessments of executive functioning, but reports difficulty with dual task, vision, and energy management, which impact her daily functioning.

Ms. Mueller will benefit from participation in OT treatment to address IADL, engagement in home, leisure, community and social activities, vision, energy management/pacing education, compensatory strategy training, and education per the initial treatment goals. Skilled OT services are recommended 1x/week x 4 weeks to increase independence and participation in daily life activities.

Name: Alaina Osborn, MOT, OTR/L

Signature: *Alaina O~* MOT, OTR/L    (Electronically signed)

Date signed: 6/22/2021

Time of evaluation: 8:30-10:00am

Codes with minutes: 97167 – 1 unit – 90 minutes



Client name: Jennifer Mueller
DOB:REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# SPEECH-LANGUAGE PATHOLOGY EVALUATION

### Date: 6/22/2021

| | |
|---|---|
| Reason for Referral: | Dr. Mueller was referred for evaluation in the BRN Post-Concussion Bootcamp due to a concussion sustained on 3/18/2019. |
| Referral Diagnosis: | F07.81 – Post concussion syndrome |
| Treatment Diagnosis: | R41.841 – Cognitive communication deficit<br>R41.840 – Attention and concentration deficit<br>R41.844 – Frontal lobe and executive function deficit |
| Treatment Recommendations: | Recommend participation in the Post Concussion Bootcamp 1 day/week (8:30am to 3:30pm) for 4 weeks to include Occupational Therapy, Physical Therapy, Speech Therapy, Rehabilitation Psychology, and Rehabilitation Medicine. |
| Medical and Rehabilitation History: | |
| DOI: | 03/18/2019 |
| Description of Injury: | Per medical records, Ms. Mueller sustained a concussion with LOC in a bicycle accident on 3/18/2019. |
| Rehabilitation History: | Ms. Mueller has participated in neuro optometry with Dr. Muraki (has prism and tinted lenses) and outpatient therapies: PT, OT, and SLP. Ms. Meuller had a neuropsychological evaluation (document not available) that she reported came back "normal," though she reported increased symptoms after completing the testing. |
| Other: | |
| Occupational and Social History: | |
| Education: | Please refer to initial psychological evaluation. |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| Employment: | Please refer to initial occupational therapy evaluation. |
|---|---|
| Social: | Ms. Mueller lives with her husband, John, who is an artist and stay-at-home dad to their son,<sup>REDACTED</sup> She and her family have two cats, a dog, and a fish. |
| Other: | |

### ASSESSMENT

Ms. Mueller participated fully in this evaluation. Primary assessment findings include impaired attention and concentration, executive dysfunction, and significantly reduced cognitive endurance.

Ms. Mueller will benefit from participation in SLP treatment to address core cognitive-communication skill building, compensatory strategy training, and education per the initial treatment goals below.

### PLAN

| Recommendations for Treatment: | See above. |
|---|---|
| Long Term Goal(s): | 1. Ms. Mueller will demonstrate adequate endurance for functional demands and employ compensatory strategies independently to mitigate cognitive fatigue.<br>2. Ms. Mueller will demonstrate adequate awareness and self-monitoring skills for functional demands and employ compensatory strategies to promote attention to task, task planning, and completion. |
| Short Term Goals: | 1. Ms. Mueller will independently describe hierarchy of cognitive skills, 2-3 confounding factors, and 2-3 compensatory strategies over two treatment sessions.<br>2. Ms. Mueller will implement organizational strategies to promote accuracy and efficiency during functional treatment activities (i.e., work simulation) with min cues. |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

| SUBJECTIVE | |
|---|---|
| Chief Complaint: | Ms. Mueller reported increased fatigue and headache pain following cognitive tasks, reduced working memory, and reduced ability to multitask and track progress during multistep activities. |
| **OBJECTIVE** | |
| Oral Motor Assessment: | ☐ WNL<br>☐ Impaired:<br>☒ Not assessed |
| Motor Speech: | ☒ WNL<br>☐ Impaired: |
| Voice: | ☐ WNL<br>☒ Impaired: Ms. Mueller reports singing as a hobby historically. She reports that her vocal abilities have changed since her accident and that she has a reduced range in addition to sounding different when she sings. She reported she was unclear if this was perceptual, due to vocal changes, or due to facial fractures impacting her resonance. Additional assessment may be indicated, though voice appeared adequate for daily demands. |
| Swallowing: | ☒ WNL<br>☐ Impaired: |
| TBI-QOL Rating Scales: | Cognition - General Concerns: 24 (z = -2.6)<br>Communication: 29 (z = -2.1)<br>Executive Function: 25 (z = -2.5)<br>Ability to Participate in Social Roles: 23 (z = -2.7) |
| **LANGUAGE** | |
| Auditory Comprehension: | ☒ WFL<br>☐ Impaired: |
| Spoken Language: | ☒ WFL<br>☐ Impaired: |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

|  |  |
|---|---|
|  |  |
| Pragmatics: | ☒ WFL<br>☐ Impaired: |
| Reading: | ☒ WFL<br>☐ Impaired:<br>Minnesota Test for Differential Diagnosis of Aphasia (Paragraph Reading): 8/8 |
| Writing: | ☐ WFL<br>☐ Impaired:<br>☒ Not assessed. Ms. Mueller denied difficulty with writing. |
| COGNITION | |
| Trail Making Test: | ☒ WFL<br>☐ Impaired:<br>    Part A: 23 seconds, 0 errors (80th percentile)<br>    Part B: 49 seconds, 0 errors (81st percentile) |
| Repeatable Battery for the Assessment of Neuropsychological Status (RBANS): | Form: A<br><br>List Learning:<br>    Trial 1: 4<br>    Trial 2: 8<br>    Trial 3: 10<br>    Trial 4: 10<br>    Total: 32 ($z = 0.3$)<br>    Delay: 9 ($z = 0.8$)<br>    Recognition: 20 ($z = 0.7$)<br><br>Story Recall:<br>    Trial 1: 12<br>    Trial 2: 12<br>    Total: 24 ($z = 1.5$)<br>    Delay: 12 ($z = 2.1$)<br><br>Figure Copy:<br>    Immediate: 20 ($z = 0.7$)<br>    Delay: 19 ($z = 2.9$) |



Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

**brain rehab network**

|  | Line Orientation: 20 (z = 1.1)<br>Picture Naming: 10 (z = 0.6)<br>Fluency: 25 (z = 0.9)<br>Digit Span: 16 (z = 1.7)<br>Coding: 76 (z = 2.2) |
| --- | --- |
| Clinical Observations: | Fatigue and increased headache reported after completion of cognitive assessments. |

Name: Denise Davis, MS, CCC-SLP

Signature:

*Denise Davis, MS/CCC-SLP*

(Electronically signed)

Date signed: 06/22/2021

Time and Codes: 11:00 – 12:30 (90 minutes)

96125 Standardized cognitive performance testing, per hour (1)
92523 Evaluation of speech sound production with evaluation of language comprehension and expression (1)


**brain rehab network**

Client name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

# PSYCHOLOGICAL EVALUATION
Date: 6/22/2021

| | |
|---|---|
| Reason for Referral: | Dr. Mueller was referred for evaluation in BRN Post-Concussion Bootcamp due to a concussion sustained on 3/18/2019. |
| Referral Diagnosis: | F07.81 -- Post concussion syndrome |
| Treatment Diagnosis: | F43.20 Adjustment Disorder Unspecified |
| Recommendations for Treatment: | Prior to initiating treatment at Brain Rehab Network I recommend participation in exercise (e.g., 15min walks 3x/week), utilization of pacing strategies in the work environment, and participation in daily mindfulness activities. When Dr. Mueller initiates involvement in the Post-Concussion Bootcamp at BRN in approximately 1 month, she will benefit from short-term psychological support to assist with usage of utilization of healthy coping strategies, emotional support, and processing acceptance of any residual challenges which may not fully resolve following treatment. I recommend 1x/week psychological sessions for 4 weeks then reassess for any additional necessary treatment. |
| Medical and Rehabilitation History: | |
| DOI: | 3/18/2019 |
| Description of Injury: | Per medical records, Ms. Mueller sustained a concussion with LOC in a bicycle accident on 3/18/2019.

She reports that while riding her bike to work, she was "t-boned" by another cyclist. She reports memory for the collision though loss of memory following the event until she was placed in an ambulance. She describes sporadic memory during her time at the hospital where she was kept overnight for observation. She describes very limited activity at home in the weeks following her injury. Approximately 1 month following injury, she logged into her work computer and describes significant cognitive challenges understanding content read. She returned to work 2 months post injury at a reduced schedule. |
| Rehabilitation History: | Per medical records, She has participated in neuro optometry with Dr. Muraki (has prism and tinted lenses) and virtual outpatient therapies: PT, OT, and SLP (PT/OT have discharged, SLP continues monthly). Ms. Meuller had a neuropsychological |

Patient Name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD



|  | evaluation (document not available) that she reported came back "normal," though she reported increased symptoms after completing the testing. |
|  | She states that SLP has assisted with pacing and reminders "if I follow the rules, I'm ok." |
| Current challenges: | Per medical records, Ms. Mueller experiences sensory sensitivities (light and sound primarily), headaches (3-4x/mo), dizziness/nausea, fatigue, fogginess, vision changes, impaired balance (worse at night), poor memory, poor concentration and attention, impaired executive functioning, difficulty with word finding, poor sleep, cognitive challenges that are impacted by fatigue, irritability, and decreased endurance. She currently goes on slow walks with her dog (about 0.3 miles) and participates in gentle yoga. <br><br> She reports no improvement in her symptoms in the past 6-12 months, stating "I work hard to not make it worse." |
|  |  |
| Chief Complaint: | "My biggest issue right now is work – I have to feed my family." <br><br> She describes feeling "pressure-y, nauseated, foggy headed." Describing "at the end of the day at work get progressively dumber.  I'm not so great at being aware in the moment when I'm at work until I walk back to from seeing people in my office." <br><br> She reports with her reduced hours and caseload, she is presently able to do "0-1 things at home."  Describing at the end of the day she notices difficulty with accurately using words, reduced executive functioning, and slowed cognitive processing. |
| ASSESSMENT | |
| Social History, Current Functioning, Screening Tools | |
| Current living situation: | Lives in SW Portland, OR with husband, son, and pets <br><br> Has been in the residence for the past 5 years. |
| Marital Status: | Married- husband, John <br> She describes their relationship as "good."  He is a stay at home parent though she feels that due to his challenges with attention, |

**brain rehab network**

Patient name: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

|  | she is makes lists to ensure tasks are completed around the home.  Describing "constant division of labor" |
|---|---|
| Children: | 1 child-<sup>REDACTED</sup>(almost 11yo)<br>She describes him as "spectrum-y kid" who is understanding and very supportive of her challenges since injury, "probably more aware than my husband." |
| Family history: | S. Michigan rural area<br>Parents divorced in 6-7 grade, mainly lived with mom.  Describes father as "really sweet guy but always trying to make time fun."  Describes mother as having a good relationship now, but emotionally withholding in past.<br>Younger brother and sister<br><br>Reports no abuse/trauma, but strong push for independence and self-sufficiency.<br><br>Father died 8/19<br>When asked if this loss was particularly difficult for her, she stated that she does "not have very strong family bonds," and because his level of function was very poor at the time of his death and he had struggled with health issues for an extended time, his death was not particular difficult for her. |
| Educational and Employment history: | Ms. Mueller attended medical school at Michigan State University College of Human Medicine in East Lansing, MI. She has her board certification in Family Medicine.<br><br>Ms. Mueller works as a family practice physician at Kaiser in Beaverton. She is currently scheduled to work 5 hours/day x 5 days/week.  Though reports she "more accurately" keeps the following schedule M 8-5 (sees patients for 4 hours, 1 hour lunch, 1 virtual session, paperwork), T 12-7 try to leave by 8, W-F afternoons 10-6/7 don't have to drive on Fridays , 2 days from home (1 virtual, 1 day "ghost inbox" (covering staff who are out of office).  She states that some days at home are better organization and attention.<br><br>She reports that she has experienced stress regarding her return to work since injury stating "no one was steering the ship," and feeling that she needed to make decisions regarding her work status without guidance and support from healthcare professionals.  She stated "the decision was on me" describing feeling "really pressured." |
| Psychiatric history: | Per medical records, Ms. Mueller has a history of major |

Patient: Jennifer Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD



| | |
|---|---|
| | depressive disorder and anxiety

MDD- began during college, did not receive treatment, worsened by extreme winters of MN, prompted move to Pacific Northwest and reports "winters are much more manageable."

Anxiety- after birth of son, described experiencing "illogical" worries regarding safety.

Since move to Pacific Northwest - anxiety and depression still present though describes anxiety as more significant than depression.  Participated in therapy ("she was great").  She reports that relative to multiple miscarriages, her mental health was challenged, though "things were functional right before the accident." |
| Medical history: | Per medical records, Ms. Mueller has a history of hypothyroidism and migraine with aura (1x/mo).
She is a vegetarian. |
| Emotional function: | "I'm not a bowl of cherries to live with"
She describes challenges with irritability since her injury, though anxiety is not a significant challenge, and she notes absence of sense of hopelessness, enjoys time with friends, feelings of gratefulness.  She states "I don't believe in happiness but I believe in feeling satisfied and content."

Sacknowledgement that "getting outside and exercising is good for my brain, but I worry about being able to do that in the same way.  Recovery is too costly."

She describes a "hard balance with being ok and acknowledging what I used to have.  Ff this is as bad as it will be -- I can handle it, but it's different."

In regards to home based responsibilities, "my difficulties are invisible, more work gets pushed on me."

"Its so hard to have an invisible thing" |
| Behavioral function: | X Agitation if overstimulated (radio, cooking, pets, kid talking)
X Irritability
☐ Anger Outbursts
☐ Tearfulness
☐ Aggression |

Client name: Jenniter Mueller
DOB: REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
DOI: 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

**brain rehab network**

|  |  |
|---|---|
|  | ☐ Self Harm<br>☐ Perseveration<br>☐ None present |
| Sleep (amount/day; disruptions, prior to injury) | no probs with sleep initiation<br>Wake frequently/restless<br>"I need so much more now" bedtime 10pm/12am- wake10am<br><br>Prior to injury- no problems with sleep |
| Appetite | No change<br>Dizziness/nausea daily- aware of stomach |
| Substance Usage | Alc- variable depending on if alcohol present in the home (1-2 drinks, 0-5x/week)<br>Tob- 0<br>Marijuana- 0<br>Illicit drugs- 0<br>Caffeine- 1 c each am, at work 1 more if available |
| Depression Screening Patient Health Questionnaire-9 (PHQ-9) | _6___ Total Score<br><br>Depression Severity<br><br>☐ 0-4 Minimal or None  X 5-9 Mild  10-14 Moderate<br><br>☐ 15-19 Moderate to Severe  ☐ 20-27 Severe |
| Anxiety Screening General Anxiety Disorder- 7 (GAD-7) | _2___ Total Score<br><br>Anxiety Severity<br><br>X 0-4 Minimal or None  ☐ 5-9 Mild<br><br>☐ 10-14 Moderate  ☐ >15 Severe |

## ASSESSMENT NOTE

Clinical Observations

Ms. Mueller is a very pleasant 48-year-old, Caucasian woman who experienced a concussion relative to a bicycle vs bicycle accident on 3/18/2019. Since that time, she has experienced challenges with fatigue and reduced endurance, sensory sensitivity, headache, dizziness and

7204 SW Durham Road Suite #100    ●    Portland, OR 97224    ●    P: 503-941-9869    ●    F: 503-352-5555

**brain rehab network**

Patient: Jeniter Mueller
**DOB:** REDACTED
Insurance: Kaiser
Claim number: 7374 59 76
**DOI:** 3/18/2019
Referring provider: Totka R. Koutzeva-Dussel, MD

nausea, cognitive challenges, irritability, reduced engagement in vocational and household tasks, and disrupted sleep. Ms. Mueller fully participated in the evaluation session. Her mood was upbeat and positive though she displayed understandable concern regarding her ongoing challenges that she has experienced since her concussion. She displayed a good sense of humor, and was animated during the hour-long session. Her vocabulary was full and rich, and she responded openly to all questions posed to her. Ms. Mueller has a history of anxiety and depression though these appear to be well managed at present, and do not appear to be particularly contributing to her current difficulties. She will benefit from short-term psychological support to assist with usage of utilization of healthy coping strategies, emotional support, and processing acceptance of any residual challenges which may not fully resolve following treatment. I recommend 1x/week psychological sessions for 4 weeks then reassess for any additional necessary treatment as part of her program in the BRN Post Concussion Bootcamp Program.

| PLAN | |
|---|---|
| Long Term Goal(s): | 1. Utilize healthy coping strategies.<br>2. Process acceptance of residual challenges which may not fully resolve following treatment. |
| Short Term Goals: | 1. Increase utilization of stress management strategies<br>2. Increase utilization of pacing strategies<br>3. Improve quality and quantity of sleep<br><br>1. Identify strategies for coping with ongoing challenges which negatively impact function<br>2. Utilize strategies for coping with ongoing challenges which negatively impact function |

Name: Jodi J. Palensky, Ph.D.

Signature:                    (Electronically signed)

Date signed: 6/22/2021

Time and Codes: (1 hour) 90791 Psych Eval

07/28/2021   14:45                                    (FAX)                    P.001/037



# FAX COVER SHEET

TO: _Edward Ebeling_                     FROM: _Alaina_

FAX: _8606-411-5613_                     FAX: _____503-352-5555_____

PHONE: _____                 PHONE: ____503-941-9869____

SUBJECT: _Records Request_               DATE: _7/28/21_

COMMENTS:  _Here are records for Jennifer_
_Mueller, as requested. Let us know_
_if you need anything else._
_Thank you!_

Pages, including cover: _37_

IMPORTANT: This transmission contains confidential information, which may be protected
health information as defined by the Health Insurance Portability and Accountability Act (HIPAA)
Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to
whom it is addressed and may contain information that is proprietary, privileged, confidential,
and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an
employee or agent responsible for delivering this facsimile transmission to the intended
recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of
this information is strictly prohibited and may be subject to legal restriction or sanction. Please
notify the sender by telephone (number listed above) to arrange the return or destruction of the
information and all copies.

HART 000517

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com


This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.


Good morning. I am still waiting on the contact information requested
previously. If you provide me the names and fax numbers I can request
information on your behalf. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com
<mailto:edward.ebeling@thehartford.com> >

Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

Hi Edward,

That was the generic one that I had already signed. I'll forward the
detailed ones later this week.

Thanks!

Jennifer

On Mon, Jul 19, 2021 at 5:20 AM Ebeling, Edward G (GB and WC Claims)
<edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >
wrote:

Good morning. I received a copy of your completed auth but did not
receive the contact information for the providers you'd like me to
follow up with to complete this appeal. Please respond with the name,
phone, and fax numbers of the provider's you'd like me to request
from. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com <mailto:madamezola@gmail.com> '
<madamezola@gmail.com <mailto:madamezola@gmail.com> >
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

Good afternoon. Please note the attached as it relates to our conversation. Please respond with provider contact information including fax numbers. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that

any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

**************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

**************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

**************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

Subject: [External] - RE: Long Term Disability Appeal for Insured ID: 9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com

This email is from an external source.  Use caution responding to it, opening attachments or clicking links.

Good morning. I am still waiting on the contact information requested previously. If you provide me the names and fax numbers I can request information on your behalf. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> >

Subject: [External] - FW: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Edward,

That was the generic one that I had already signed. I'll forward the detailed ones later this week.

Thanks!

Jennifer

On Mon, Jul 19, 2021 at 5:20 AM Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com <mailto:edward.ebeling@thehartford.com> > wrote:

Good morning. I received a copy of your completed auth but did not receive the contact information for the providers you'd like me to follow up with to complete this appeal. Please respond with the name, phone, and fax numbers of the provider's you'd like me to request from. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended

recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the original transmission and its attachments without reading or saving in any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com <mailto:madamezola@gmail.com> '
<madamezola@gmail.com <mailto:madamezola@gmail.com> >
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

Good afternoon. Please note the attached as it relates to our conversation. Please respond with provider contact information including fax numbers. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email message. This email transmission, and any documents, files or emails attached to it, may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmissions is prohibited. If you have received this transmission in error, please immediately destroy the

original transmission and its attachments without reading or saving in any manner.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subject: [External] - FW: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Monday, July 19, 2021 11:40 AM
To: Ebeling, Edward G (GB and WC Claims) <edward.ebeling@thehartford.com>
Subject: Re: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]

HART 000527

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com


This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.


Good morning. I received a copy of your completed auth but did not
receive the contact information for the providers you'd like me to
follow up with to complete this appeal. Please respond with the name,
phone, and fax numbers of the provider's you'd like me to request
from. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com' <madamezola@gmail.com>

Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com>
Subject: Long Term Disability Appeal for Insured ID: 9005440032
[CONFIDENTIAL]


Good afternoon. Please note the attached as it relates to our
conversation. Please respond with provider contact information including
fax numbers. Thank you.


Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.


*************************************************************************
*************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
*****************************

****************************************************************************
****************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

****************************************************************************
****************************

Subject: [External] - RE: Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good morning. I received a copy of your completed auth but did not
receive the contact information for the providers you'd like me to
follow up with to complete this appeal. Please respond with the name,
phone, and fax numbers of the provider's you'd like me to request
from. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

From: Ebeling, Edward G (GB and WC Claims)
Sent: Tuesday, July 13, 2021 3:35 PM
To: 'madamezola@gmail.com' <madamezola@gmail.com>

Subject: [External] - Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good afternoon. Please note the attached as it relates to our
conversation. Please respond with provider contact information including
fax numbers. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

*****************************************************************************
*************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,



# AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

Insured's Name (Please Print)          Date of Birth          Employer/Policyholder's Name:

........................................................          ........................          ........................................................

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

HART 000533

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____          _____

**Signature of Claimant or Legal Representative**          **Date**

_____

**Name and Relationship to Claimant** *(if signed by Legal Representative)*

**Form must be signed and dated.**

HART 000534



**THE HARTFORD**

July 13, 2021

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:    Northwest Permanente, P.C.
Claimant:         Jennifer E. Mueller
Insured ID:       9005440032
Policy Number:    GLT767135

Dear Dr. Mueller:

As you indicated during our call on 07/13/2021, you have additional information you'd like us to consider. Since we've agreed not to start reviewing your claim until we receive it, please be sure to send us that information as soon as possible. Remember, we only have 45 days, absent special circumstances, to make a decision on your appeal.

Please send us the information within 30 days; if you do not, we will begin our review on 08/13/2021 and you may expect a decision by 09/27/2021.

Also, if you later decide not to send additional information, or when you've sent us everything you want us to review, please notify us as soon as possible, and we will begin the review of your appeal at that time.

You can send the additional information to:

The Hartford Claim Appeal Unit
P.O. Box 14087
Lexington, KY 40512-4087

Or by fax 1-855-339-7249

We will not begin the evaluation of your appeal until the earliest of the date the additional information is received or 30 days from today. If you decide not to submit the information, please notify us and we will begin the evaluation at that time.

Notice of ERISA Claim Procedures:

We will make a final decision no more than 45 days after we receive your timely appeal. The time for final decision may be extended by our mutual agreement. The time for final decision may also be extended for one additional 45 day period provided that, prior to the extension, we will notify

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 441-5613

you in writing that an extension is necessary due to special circumstances, identify those circumstances and give the date by which we expect to render our decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request. If we are unable to reverse the prior claim decision, we will provide you with any new or additional evidence considered, relied upon or generated by us during the appeal review. We may also toll the time for a decision to allow you a reasonable opportunity to respond to new or additional evidence or a new or additional rationale. Tolling will begin on the date that we provide you with new or additional evidence or a new or additional rationale, and end when we receive the response or on the date by which we have requested a response, whichever comes first.

If you have any questions, please call me at 860-547-2018.

Sincerely,

*Edward G. Ebeling*

Edward G. Ebeling, Appeal Specialist
Hartford Life and Accident Insurance Co.

Enclosure

Authorization_to_Obtain_and_Disclose_Information_LC-7708

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000536

Subject: [External] - Long Term Disability Appeal for Insured ID:
9005440032 [CONFIDENTIAL] (Encrypted Delivery)
From: edward.ebeling@thehartford.com
To: madamezola@gmail.com

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Good afternoon. Please note the attached as it relates to our
conversation. Please respond with provider contact information including
fax numbers. Thank you.

Edward G. Ebeling
Appeal Specialist
The Hartford
Phone: 1-860-547-2018
Fax: 1-866-411-5613

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

PRIVILEGED AND CONFIDENTIAL INFORMATION may be contained in this email
message. This email transmission, and any documents, files or emails
attached to it, may contain confidential information that is legally
privileged. Do not read this e-mail if you are not the intended
recipient. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmissions is prohibited. If you have
received this transmission in error, please immediately destroy the
original transmission and its attachments without reading or saving in
any manner.

**************************************************************************
*************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,

disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

THE
HARTFORD

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

Insured's Name (Please Print)           Date of Birth           Employer/Policyholder's Name:

Jennifer Mueller                **REDACTED**                Northwest Permanente

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability Insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

HART 000539

# AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION



THE HARTFORD

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

| Insured's Name (Please Print) | Date of Birth | Employer/Policyholder's Name: |
|---|---|---|
| Jennifer Mueller | **REDACTED** | Northwest Permanente |

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

Claim ID: 16530803

HART 000540

I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individual's' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_____     7/13/2021
**Signature of Claimant or Legal Representative**        **Date**

_____
Name and Relationship to Claimant  (if signed by Legal Representative)

**Form must be signed and dated.**

HART 000541

Subject: [External] - RE: Appeals process - 9005440032 [HIGHLY
RESTRICTED] (Encrypted Delivery)
From: Katelyn.Pevehouse@thehartford.com
To: MadamezolaMakesStuff <madamezola@gmail.com>, Simeone, Joseph F (GB
and WC Claims) <joe.simeone@thehartford.com>


This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.


Hi Dr. Mueller,


I forwarded your request to your claim file. Joe will forward this
request to our appeals team once it is uploaded into your claim.


Thank you,


KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574002446%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=jgegbuHmH7Y%2BYe5G5pmY3I9BkQcOwa
MyA2TveiwfvF0%3D&reserved=0>


The Hartford
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574012440%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ

BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=aLLlpAp3V933IOpqbWaoiKpfSX1xL2c2
oJPdkZRkE%2FQ%3D&reserved=0> www.thehartford.com

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.fac
ebook.com%2Fthehartford&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c2
4475694a14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C6
3760782957401244 0%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2l
uMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=1FZRt6jXf%2B7%2B1SFbAsSE
d6Ck1RaDsCOGhSZwM5iYHe0%3D&reserved=0> www.facebook.com/thehartford

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.twi
tter.com%2Fthehartford&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24
475694a14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C63
7607829574022436%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2lu
MzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=pWasi74VGr5bbIhW7oVp0dlzh
l5nwZ7tehT3lvJuqwQ%3D&reserved=0> www.twitter.com/thehartford

The HartfordB. is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Thursday, July 01, 2021 5:32 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>; Simeone, Joseph F (GB and WC Claims)
<joe.simeone@thehartford.com>
Subject: Re: Appeals process [HIGHLY RESTRICTED]

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

This email is to request an appeal to the previous denial of benefit
coverage for my TBI resulting in my bicycle accident March 2019. There is
additional documentation for my follow up visits within the Kaiser
Permanente system, but I have since been referred outside of KP for
additional evaluation and treatment. I am awaiting their documentation
and can forward this to you once I have it. If there is a specific ROI

form that I need to complete for this, otherwise, let me know the easiest
way to forward the additional documentation once I have it available.



Thanks,

Jennifer E Mueller, MD




On Tue, Jun 29, 2021 at 11:02 AM Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

Hi Dr. Mueller,


Typically the appeal deadline is 180 days from the date you received the
denial decision letter. However, due to COVID your letter communicates a
60 day tolling period from the date of the end of the National Emergency
Declaration. I spoke with our appeals team and they advised me that
because the COVID-19 National Emergency Declaration has not yet ended you
are still within your appeal submission deadline. We donb □t know when
this will end we do not have a specific deadline date for you at this
time. Due to this, I would recommend that you submit your appeal request
now. You would simply need to send a written statement either via fax or
mail noted on your denial letter or via e-mail to me and I will forward
it to our appeals unit. If you have all of the additional information
already I would include it with your appeal submission. However, if you
do not have the additional information I would just note in your appeal
request that you have additional medical documentation that will be
submitted shortly.


Once your e-mail, fax, or mail with the written request of your appeal is
received it will be sent to our appeals team for review. It typically
takes 2-3 weeks before it is assigned to a specific appeals specialist
for review. They will then be your point of contact while the appeal is
taking place.


Additionally, I have moved into another position with the company since
you and I last spoke and I am no longer handling claims. There is a new
analyst assigned to your claim, Joe Simeone. His e-mail is
joe.simeone@thehartford.com <mailto:joe.simeone@thehartford.com>  . If
you would like to coordinate with him regarding your appeal you are more
than welcome to. However, I am also happy to assist since I was the one
that handled your claim initially.

Please let Joe or myself know if you have any additional questions or concerns.


Thank you,



KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574022436%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=MImxjx3axVDUIZefC8%2FHhhy4PAA6Wp
m8Bo7auO7CZ7o%3D&reserved=0>


The Hartford
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574032429%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=zFEP0xt91WWwnoK7t60%2F2EyK%2FM43
OoRiFTqnkgEfwuk%3D&reserved=0> www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford



The HartfordB. is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com
<mailto:madamezola@gmail.com> ]
Sent: Thursday, June 24, 2021 5:37 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Subject: Appeals process


CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.


Hi Katelyn,


It's been awhile, but I've finally been able to get an additional
evaluation with a new team and have additional information and medical
records to support my appeal. I didn't send anything prior to now as I
didn't have any additional information to submit so didn't really expect
a different outcome. I'm not sure how I go about starting this and
requesting new records be sent, so any help you have would be great.


Thanks,

Jennifer Mueller

*************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

*************************************************************************
*************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,

disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

**************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

Subject: [External] - RE: Appeals process - 9005440032 [HIGHLY
RESTRICTED] (Encrypted Delivery)
From: Katelyn.Pevehouse@thehartford.com
To: MadamezolaMakesStuff <madamezola@gmail.com>, Simeone, Joseph F (GB
and WC Claims) <joe.simeone@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

Hi Dr. Mueller,

I forwarded your request to your claim file. Joe will forward this
request to our appeals team once it is uploaded into your claim.

Thank you,

KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574002446%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=jgegbuHmH7Y%2BYe5G5pmY3I9BkQcOwa
MyA2TveiwfvF0%3D&reserved=0>

The Hartford
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cf171c24475694a
14a83608d93cf15af6%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607829
574012440%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ

Subject: [External] - FW: Appeals process - 9005440032 [HIGHLY
RESTRICTED] (Encrypted Delivery)
From: Katelyn.Pevehouse@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901279606%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=9zpGbAELHvNzeE50X%2FAgrjY1gQZU8p
LKG1kAEyZ31l0%3D&reserved=0>

The Hartford
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901289598%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=3rVvh%2Bu1Pop%2BlPV%2BEfysFewRY9
%2BliTQytYzzJSxWD8w%3D&reserved=0> www.thehartford.com

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.fac
ebook.com%2Fthehartford&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131
a0681649ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C6
37607830901299592%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2l
uMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=MOy5AlxY546jeveS3w2PNdru
Md0cvhExkOb0xUPkfR8%3D&reserved=0> www.facebook.com/thehartford

HART 000549

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.twi
tter.com%2Fthehartford&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a
0681649ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C63
7607830901299592%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2lu
MzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=nNYUP2LVpfBFdg1Hcn9EEG6iq
%2FXl7Lo8d91%2BwxOVknQ%3D&reserved=0> www.twitter.com/thehartford

The HartfordB. is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Thursday, July 01, 2021 5:32 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>; Simeone, Joseph F (GB and WC Claims)
<joe.simeone@thehartford.com>
Subject: Re: Appeals process [HIGHLY RESTRICTED]

CAUTION: This email originated from outside the organization. Do not
click links or open attachments unless you recognize the sender and know
the content is safe.

This email is to request an appeal to the previous denial of benefit
coverage for my TBI resulting in my bicycle accident March 2019. There is
additional documentation for my follow up visits within the Kaiser
Permanente system, but I have since been referred outside of KP for
additional evaluation and treatment. I am awaiting their documentation
and can forward this to you once I have it. If there is a specific ROI
form that I need to complete for this, otherwise, let me know the easiest
way to forward the additional documentation once I have it available.

Thanks,

Jennifer E Mueller, MD

On Tue, Jun 29, 2021 at 11:02 AM Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

Hi Dr. Mueller,


Typically the appeal deadline is 180 days from the date you received the
denial decision letter. However, due to COVID your letter communicates a
60 day tolling period from the date of the end of the National Emergency
Declaration. I spoke with our appeals team and they advised me that
because the COVID-19 National Emergency Declaration has not yet ended you
are still within your appeal submission deadline. We donb Ѻt know when
this will end we do not have a specific deadline date for you at this
time. Due to this, I would recommend that you submit your appeal request
now. You would simply need to send a written statement either via fax or
mail noted on your denial letter or via e-mail to me and I will forward
it to our appeals unit. If you have all of the additional information
already I would include it with your appeal submission. However, if you
do not have the additional information I would just note in your appeal
request that you have additional medical documentation that will be
submitted shortly.


Once your e-mail, fax, or mail with the written request of your appeal is
received it will be sent to our appeals team for review. It typically
takes 2-3 weeks before it is assigned to a specific appeals specialist
for review. They will then be your point of contact while the appeal is
taking place.


Additionally, I have moved into another position with the company since
you and I last spoke and I am no longer handling claims. There is a new
analyst assigned to your claim, Joe Simeone. His e-mail is
joe.simeone@thehartford.com <mailto:joe.simeone@thehartford.com>  . If
you would like to coordinate with him regarding your appeal you are more
than welcome to. However, I am also happy to assist since I was the one
that handled your claim initially.


Please let Joe or myself know if you have any additional questions or
concerns.


Thank you,

KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901309589%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=fTe2AbTnUx4mFUOdKeCFyF0d%2FlCgh5
sXnLuJd%2BShs%2BQ%3D&reserved=0>


The Hartford
PO Box 14302
Lexington, KY 40512-4302


W: (602) 333-6164
F: (866) 411-5613


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901309589%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=fTe2AbTnUx4mFUOdKeCFyF0d%2FlCgh5
sXnLuJd%2BShs%2BQ%3D&reserved=0> www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford


The HartfordB. is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com
<mailto:madamezola@gmail.com> ]
Sent: Thursday, June 24, 2021 5:37 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Subject: Appeals process

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Katelyn,

It's been awhile, but I've finally been able to get an additional evaluation with a new team and have additional information and medical records to support my appeal. I didn't send anything prior to now as I didn't have any additional information to submit so didn't really expect a different outcome. I'm not sure how I go about starting this and requesting new records be sent, so any help you have would be great.

Thanks,

Jennifer Mueller

**********************************************************************
*****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
*****************************

**********************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**********************************************************************
*****************************

**********************************************************************
*****************************

This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

Subject: [External] - FW: Appeals process - 9005440032 [HIGHLY
RESTRICTED] (Encrypted Delivery)
From: Katelyn.Pevehouse@thehartford.com
To: informationupload  (GB and WC Claims)
<informationupload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

KATELYN PEVEHOUSE
LTD Team Leader
Group Benefits Claims

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901279606%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=9zpGbAELHvNzeE50X%2FAgrjY1gQZU8p
LKG1kAEyZ31l0%3D&reserved=0>

The Hartford
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.the
hartford.com%2F&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131a0681649
ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C637607830
901289598%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=3rVvh%2Bu1Pop%2BlPV%2BEfysFewRY9
%2BliTQytYzzJSxWD8w%3D&reserved=0> www.thehartford.com

<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.fac
ebook.com%2Fthehartford&data=04%7C01%7CGBDEdmProd%40conduent.com%7Cd05131
a0681649ed02dd08d93cf1aa20%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C6
3760783090129992%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2l
uMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=MOy5AlxY546jeveS3w2PNdru
Md0cvhExkOb0xUPkfR8%3D&reserved=0> www.facebook.com/thehartford

HART 000555

# Certification of Claim File Copy Form

## Release of Information Certification Form

Claimant Name:  Jennifer E. Mueller
Insured ID:     9005440032

An external party has requested a copy of this claim file.  After review of the claim file, the following items were identified that cannot be released or must be redacted prior to release (**check all that apply**):

☐   Internal documents marked as "Privileged & Confidential: Attorney-Client Communication"

☐   Internal documents that appear to contain Law Department advice but are not clearly marked and may be subject to attorney-client privilege.  Law Department was consulted and confirmed information should not be released as of this date.

☐   Claimant's Private Information

☐   Medical records labeled "Do Not Re-release";

☒   Private information of individuals other than the claimant;

☐   CIU material identified as "Not To Be Used in Claim Adjudication" (Law Department and CIU must be consulted)

The identified documents were either not released or redacted appropriately before being released.  The party requesting the information will be so notified.

If the claim file copy can be released in its entirety without redactions or restrictions, please check here:

☐   No information was identified that cannot be re-released.

I certify this claim file copy does not contain information that should not be re-released.

Arlene Castaneda

Electronic Signature of Release of Information Specialist

10/14/2020
Date

\*\* This certification form must be uploaded to the claim in SIR along with a cover page noting "**Confidential - Do Not Release**."  The certification form should not be released for any reason without Law Department approval.

**Redacted Document PCNs:**

# Certification of Claim File Copy Form

## Release of Information Certification Form

Claimant Name:  <u>Jennifer E. Mueller</u>
Insured ID:  <u>9005440032</u>

An external party has requested a copy of this claim file.  After review of the claim file, the following items were identified that cannot be released or must be redacted prior to release (**check all that apply**):

☐  Internal documents marked as "Privileged & Confidential: Attorney-Client Communication"

☐  Internal documents that appear to contain Law Department advice but are not clearly marked and may be subject to attorney-client privilege.  Law Department was consulted and confirmed information should not be released as of this date.

☐  Claimant's Private Information

☐  Medical records labeled "Do Not Re-release";

☒  Private information of individuals other than the claimant;

☐  CIU material identified as "Not To Be Used in Claim Adjudication" (Law Department and CIU must be consulted)

The identified documents were either not released or redacted appropriately before being released.  The party requesting the information will be so notified.

If the claim file copy can be released in its entirety without redactions or restrictions, please check here:

☐  No information was identified that cannot be re-released.

I certify this claim file copy does not contain information that should not be re-released.

<u>Arlene Castaneda</u>

Electronic Signature of Release of Information Specialist

<u>10/14/2020</u>
Date

** This certification form must be uploaded to the claim in SIR along with a cover page noting "**Confidential - Do Not Release**."  The certification form should not be released for any reason without Law Department approval.

**Redacted Document PCNs:**

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com

_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Friday, October 9, 2020 6:52:59 PM (UTC-05:00) Eastern Time (US &
Canada)
To: MadamezolaMakesStuff
Cc: informationupload (GB and WC Claims)
Subject: RE: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Dr. Mueller,

I am forwarding this request to your claim file and will submit the
request for your claim file to be sent to you.

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is

Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to <mailto:informationupload@thehartford.com> informationupload@thehartford.com or fax it to 866-411-5613. Please be sure to include the claimant's name and insured ID number on your correspondence.

From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Friday, October 09, 2020 3:51 PM
To: Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com>
Subject: Re: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Katelyn,

Thank you for the extra information this morning.

1. I will be planning to appeal, but would like a copy of my records first so that I may provide additional information prior to submitting my appeal.

2. Can I please receive a copy of my file?

Thank you,

Jennifer Mueller

On Mon, Sep 28, 2020 at 3:28 PM Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com <mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

Hi Dr. Mueller,

We received the response from Dr. Laughlin. Our clinical staff is sending the updated information to the Independent Medical Consultant Reviewer and requesting they complete an addendum to their prior report with the updated information. We are going to extend the timeframe of our review to allow time for this addendum to be completed. I sent a copy of the extension letter we mailed to you today. I will continue to provide you weekly updates regarding the review of your claim.


Thank you,



Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!PZ0xA
ML5PpHLxYfxmvfEjrhN5g!AgVb_IOEHVW7hRyQYKKM1DbGRZrLmy6HkHyA-
y_FIaQFlBOWCZlcTq_Mw_eZrD3jcDPnnxlCb-o$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!PZ0xAM
L5PpHLxYfxmvfEjrhN5g!AgVb_IOEHVW7hRyQYKKM1DbGRZrLmy6HkHyA-
y_FIaQFlBOWCZlcTq_Mw_eZrD3jcDPnxFJj6pI$> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

****************************************************************************
****************************

****************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

****************************************************************************
****************************



Business Insurance
Employee Benefits
Auto
Home

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com

------

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Friday, October 9, 2020 6:52:59 PM (UTC-05:00) Eastern Time (US &
Canada)
To: MadamezolaMakesStuff
Cc: informationupload (GB and WC Claims)
Subject: RE: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Dr. Mueller,

I am forwarding this request to your claim file and will submit the
request for your claim file to be sent to you.

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 6, 2020 3:54:53 PM EDT | FAXCOM Anywhere | 68 | 2 | Received |

10/06/2020 3:54:46 PM FAXCOM Anywhere                    PAGE 1    OF 2

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 564 of 936

# Fax

To:                                    From:   no-reply
Fax:            8778539664             Fax:
Company:                               Voice:

Date:           October 06, 2020
Subject:        Invoice for Case Number/Case Invoice: 667444/667444-2

Comments:

---

Date: 10/06/2020

R3 Case Number: 667444

Dear Recipient,

Please find attached the Invoice for Case Number/Case Invoice: 667444/667444-2.

Please feel free to call us anytime if you have additional questions or concerns.

Sincerely,

Melissa T
Accounting Department
1-866-927-0184 ext 2633

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

HART 000564

# R3 CONTINUUM

4115 Ayrshire Dr SW
Wyoming, MI 49418

# INVOICE

| Invoice Date: | 10/06/2020 |
|---|---|
| Invoice #: | 667444-2 |
| Invoice Due Date: | 11/05/2020 |
| Payment Terms: | Net 30 days |

**Bill To:**

The Hartford -
Attn: The Hartford
PO Box 14170
Lexington, KY 40512

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Paola Choute | 9005440032 | Jennifer Mueller |

| Client Company | Invoice Currency | Customer Reference # |
|---|---|---|
| GB West | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 1.10 | File Review | Report by Dr. Glen Getz | Neuropsychology | $225.00 | $247.50 |

| | |
|---|---|
| Subtotal | $247.50 |
| Sales Tax | $0.00 |
| Total Invoice Amount | $247.50 |
| Payment/Credit Applied | $0.00 |
| **TOTAL** | **$247.50** |

Thank you for your business.

**Please remit to:**                                            If you have any questions, please contact Accounting at:

**R3 Continuum**

                                                                                Phone: **(616) 965-2411**

**4115 Ayrshire DR SW**

                                                                                Email: **accounting@r3c.com**

**Wyoming, MI 49418**

                                                                                Federal ID # **REDACTED3**

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 6, 2020 3:54:53 PM EDT | FAXCOM Anywhere | 68 | 2 | Received |

10/06/2020 3:54:46 PM FAXCOM Anywhere                    PAGE 1    OF 2

# Fax

| | | | |
|---|---|---|---|
| To: | | From: | no-reply |
| Fax: | 8778539664 | Fax: | |
| Company: | | Voice: | |

| | |
|---|---|
| Date: | October 06, 2020 |
| Subject: | Invoice for Case Number/Case Invoice: 667444/667444-2 |
| Comments: | |

_____

Date: 10/06/2020

R3 Case Number: 667444

Dear Recipient,

Please find attached the Invoice for Case Number/Case Invoice: 667444/667444-2.

Please feel free to call us anytime if you have additional questions or concerns.

Sincerely,

Melissa T
Accounting Department
1-866-927-0184 ext 2633

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 567 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 6, 2020 1:52:13 PM EDT | FAXCOM Anywhere | 96 | 3 | Received |

10/06/2020 1:51:35 PM FAXCOM Anywhere                    PAGE 1    OF 3

# Fax

To:                              From:    Final Reports

Fax:        8778539664           Fax:

Company:                         Voice:


Date:        October 06, 2020

Subject:     Attention: Paola Choute

Comments:

---

Attached is the final report for this claim. Thank you for the referral.

HART 000567

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

October 6, 2020

**\*\*CONFIDENTIAL\*\***

Paola Choute
The Hartford -
GB West

Re: Jennifer Mueller
Claim No: 9005440032
Web ID: 667444

Dear Paola Choute:

This report will serve as an addendum to my original report dated 9/14/2020, related to Jennifer Mueller, after reviewing the additional information received. Services have been completed on this file, and specific questions you have asked are addressed at the end of this report.

## CONCLUSION
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that the additional information provided from Dr. Laughlin does not alter my opinion.

## REFERRAL INFORMATION
Age (DOB): 09/08/REDACTED
Gender: Female
DOD: 03/18/2019
Diagnoses listed on referral: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo and maxillary fracture

## ADDITIONAL INFORMATION REVIEWED
1. **Returned Response completed by Kathleen Laughlin, MD, Family Medicine, dated 9/24/20**
2. **Miscellaneous Documents**

## CASE SUMMARY
Dr. Laughlin responded to a letter that I sent dated 08/26/2020. Within her responses, she opined that the claimant has cognitive deficits, which are based upon the claimant's report and Dr. Mirchandani's assessment from 07/31/2020. She noted that the claimant was able to work 5 hours a day, but could not work more due to fatigue. She recommended that the claimant continue to attend physical therapy, occupational therapy, and speech therapy. She responded to a question that the claimant had not, to her knowledge, been assessed for exaggeration or over reporting of symptoms; however, she opined that the claimant was doing her "utmost to return to work."

## QUESTIONS/ANALYSIS
The below questions are answered for the timeframe of 3/18/19-9/13/19 to 9/14/19-7/1/20, in full consideration of the totality of all clinical evidence provided for this review:

HART 000568

Paola Choute                                Re: Jennifer Mueller
October 6, 2020                                 Page 2 of 2

1. **Please review Dr. Laughlin's response to your questions. Please clarify if you opine any change to your opinion on function based on the totality of the evidence provided for the timeframe of 3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone. If yes, please advise, provide rationale to support, and duration for any changes.**

   I reviewed Dr. Laughlin's response to my questions. Based upon the totality of the evidence, the additional information provided from Dr. Laughlin does not alter my opinion. The medical records do not, within a reasonable degree of clinical probability, substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19 as well as from 09/14/19 through 07/01/20.

Sincerely,

Glen Getz, PhD, ABPN
Licensed Psychologist
Board Certified Clinical Neuropsychologist
Pennsylvania License #PS015998

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. My contract with R3 and compensation paid to me is not based on support or nonsupport of impairment. There is no doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering all the data available at the time of preparation of this report. I attest that I have a scope of licensure or certification and professional experience that typically manages the diagnosis(es), procedure, treatment or issue under review. This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. R3 does not make claim decisions and is not informed of any claim decision.*

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| October 6, 2020 1:52:13 PM EDT | FAXCOM Anywhere | 96 | 3 | Received |

10/06/2020 1:51:35 PM FAXCOM Anywhere                    PAGE 1   OF 3

# Fax

To:                                    From:   Final Reports

Fax:        8778539664                 Fax:

Company:                               Voice:


Date:       October 06, 2020

Subject:    Attention: Paola Choute

Comments:

_____

Attached is the final report for this claim. Thank you for the referral.

HART 000570

## Medical Consultant Cover Letter & Referral Form



Claimant Name: <u>Jennifer Mueller</u>
Insured ID: <u>9005440032</u>

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Please review Dr Laughlin's response to your questions. Please clarify if you opine any change to your opinion o funciton based on the totality of the evidence provided for the timeframe of 3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone. If yes, please advise, provide rationale to support, and duration for any changes.

In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available. If at all possible, schedule an appointment to discuss the claim with the providers.

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions. Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

- Please do not develop a return to work plan unless specifically requested to do so.

- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc. without addressing specific restrictions/limitation which are not outlined in the DOL definition.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day. Example: walk 1 hour at a time for a maximum of 5 hours/day.

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.
10/2017

## Medical Consultant Cover Letter & Referral Form



THE HARTFORD

| Vendor Name: | Date: 9/28/20 |
|---|---|

| Service Requested: Medical Consultant Review    Medical Specialty(ies) Requested: Neuropsych |
|---|
| *See service specific information under service heading below* |

| Videotape/CD Enclosed: ☐ Yes  ☐ No | Hours:          Minutes: |
|---|---|
| Medical Records Enclosed: ☐ Yes  ☐ No | Pages:          Inches: |
| ☒ Priority – indicate requested completion date: 7 bus days | ☐ Co-Morbid |
| ☒ Addendum | ☐ Clarification |
| Prior Medical Consultant Review ☐   Date : | Name of Prior Medical Consultant: |
| Specialty of Prior Medical Consultant : | |

- All medical records as of the date of this referral are enclosed, including claimant's most recent self-reported statements of functionality.
- To maintain objectivity, any medical consultant reviews are not enclosed.
- Signed authorization from the claimant included

### Claimant Information

| **Claimant Name:** Jennifer Mueller | Date of Birth: REDACTED |
|---|---|
| Address: (Street, City, State & Zip Code) 4404 SW Carson St Portland OR 97219 | Telephone Number: 2184280953 |
| Insured ID Number: 9005440032 | Date Last Worked: 3/16/19 | Date of Disability: 3/18/19 |
| Employer: Northwest Permanente PC | | |
| ☐ STD   ☒ LTD   ☐ AD&D   ☐ Premium Waiver | | |

### Attorney Representation

| Does Claimant have Attorney Representation: ☐ Yes     ☒ No If Yes, Provide Attorney Contact Information: |
|---|

### Medical Information

| Primary Diagnosis: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo, and Maxillary Fracture | Secondary Diagnosis: _____ |
|---|---|
| Primary Attending Physician's Name: Dr Laughlin | Physician Specialty: Fam Med |
| Phone Number: 5035715051 | Fax Number: 5035712624 |

| **Other Treating Physicians: (if applicable)** | |
|---|---|
| Physician's Name: Dr Bruce Stelmack | Physician Specialty: Physiatry |
| Phone Number: 503 571 5051 | Fax Number: 503 571 2624 |

### Referral Source Information

| Referral Source Name: Paola Choute RN | Telephone/Extension: 954 595 5522 |
|---|---|
| Referral Source E-mail Address: paola.choute@thehartford.com | Office claim file originates from: GB West |
| Mailing Address: (Street, City, State & Zip Code) _____ | |
| Vendor Coordinator Name: Ryan Tolbert | Vendor Coordinator E-mail Address: Gclaimclinicalvendorcoordinator@groupclaims.com |
| Deliver Report and Invoice to the following Fax Number:    Fax Number:  (877) 853-9664 | |

**Medical Consultant Cover Letter & Referral Form**



## NO FINANCIAL CONFLICT OF INTEREST STATEMENT

All claims and appeals for disability benefits are to be adjudicated in a manner designed to ensure the independence and impartiality of the persons supporting or involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, or other similar matters with respect to any business or individual (including medical or vocational experts) will not be made based upon the likelihood that the business or individual will support the denial of benefits.

We contract with third-party medical vendors (the "Vendor(s)") to arrange reviews of claimants' medical conditions and records and/or claimant medical examinations. As part of these services, we request an independent review be conducted by a physician within a particular medical specialty, but the Vendor assigns physician(s) with the appropriate medical certification, specialty, or skill to provide the service(s) requested by us. Neither the Vendor nor the reviewing or examining physician(s) is responsible for deciding whether a claimant is Disabled as defined by the insurance policy or is entitled to insurance benefits. The role of the reviewing or examining physician(s) is to provide an objective medical opinion.

All payments made by us to Vendors are made in the normal course of business as compensation for services rendered. Our contract is with the Vendor, and we issue payment directly to the Vendor for services rendered by the reviewing or examining physician(s). We do not communicate directly with and pay no compensation directly to the reviewing or examining physician(s) employed by, retained by, or affiliated with a Vendor. The Hartford's claims personnel have no affiliation, financial or otherwise, with the Vendors or the reviewing or examining physician(s).

**Medical Consultant Cover Letter & Referral Form**



Claimant Name: Jennifer Mueller
Insured ID: 9005440032

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Please review Dr Laughlin's response to your questions. Please clarify if you opine any change to your opinion o funciton based on the totality of the evidence provided for the timeframe of 3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone. If yes, please advise, provide rationale to support, and duration for any changes.

In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available. If at all possible, schedule an appointment to discuss the claim with the providers.

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions. Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

- Please do not develop a return to work plan unless specifically requested to do so.

- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc. without addressing specific restrictions/limitation which are not outlined in the DOL definition.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day. Example: walk 1 hour at a time for a maximum of 5 hours/day.

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com

_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Monday, September 28, 2020 6:28:30 PM (UTC-05:00) Eastern Time (US
& Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Monday, September 28, 2020 3:28 PM
To: 'MadamezolaMakesStuff' <madamezola@gmail.com>
Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]


Hi Dr. Mueller,


We received the response from Dr. Laughlin. Our clinical staff is sending
the updated information to the Independent Medical Consultant Reviewer
and requesting they complete an addendum to their prior report with the
updated information. We are going to extend the timeframe of our review
to allow time for this addendum to be completed. I sent a copy of the
extension letter we mailed to you today. I will continue to provide you
weekly updates regarding the review of your claim.


Thank you,



Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.


If you are submitting information for a claim, please email it to <mailto:informationupload@thehartford.com> informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.


*********************************************************************************
****************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*********************************************************************************
******************************

HART 000577



September 28, 2020

Jennifer E. Mueller, M.D.
4404 Sw Carson St
Portland, OR  972193537


Policy Holder:      Northwest Permanente, P.C.
Claimant:           Jennifer E. Mueller, M.D.
Insured ID:         9005440032
Policy Number:      GLT767135


Dear Dr. Mueller:

We are continuing to review your claim for Long Term Disability (LTD) benefits.  Due to matters
beyond our control, we need an extension of time to make a decision.

The Employee Retirement Income Security Act of 1974 (ERISA) allows us 45 days from receipt of
a properly filed claim to make a benefit determination.  However, if we are unable to make a
decision within that time frame due to matters beyond our control, we may elect to extend that time
for up to two 30 day periods.

We need to further review your claim to determine if you are Disabled under the following policy
provision(s):

On pages 24-25 of the policy:

> "**Disability or Disabled** means You are prevented from performing one or more of the
> Essential Duties of:
> > 1) Your Occupation during the Elimination Period; and
> > 2) Your Occupation following the Elimination Period, and as a result Your Current
> > Monthly Earnings are less than 80% of Your Indexed Pre-disability Earnings.
>
> If at the end of the Elimination Period, You are prevented from performing one or more of
> the Essential Duties of Your Occupation, but Your Current Monthly Earnings are 80% or
> more of Your Pre-disability Earnings, Your Elimination Period will be extended for a total
> period of 12 months from the original date of Disability, or until such time as Your Current
> Monthly Earnings are less than 80% of Your Pre-disability Earnings, whichever occurs first.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 441-5613

Your Disability must result from:
     1) accidental bodily injury;
     2) sickness;
     3) Mental Illness;
     4) Substance Abuse; or
     5) pregnancy.

Your failure to maintain a license to perform the duties of an occupation, alone, does not mean that You are Disabled. You will not be considered Disabled solely because Your professional or occupational license or certification is suspended, revoked, restricted or surrendered."

Therefore, as part of our claim review, we have asked an independent peer physician to clarify the medical information in your claim file so that we can determine if you satisfy the policy provision(s) set forth above. Specifically, if the severity of your symptoms prevented you from performing the Essential Duties of Your Occupation.

We currently expect to make our decision by 11/02/2020. If we are still unable at that point to make a decision due to matters beyond our control, we may send you an additional notice of extension.

If you have any questions, please feel free to contact our office at 602-333-6164. Our office hours are 8:00 AM – 4:30 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse*

Katelyn Pevehouse, Senior Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000579

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Monday, September 28, 2020 6:28:30 PM (UTC-05:00) Eastern Time (US
& Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]




Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB     Document 14-3     Filed 02/23/23     Page 581 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 25, 2020 7:37:16 PM EDT | 5038857377 | 209 | 5 | Received |

Sep/25/2020 4:34:31 PM                    Kaiser Permanente 5038857377                    1/5



| Family Practice | Internal Medicine |
| Dr. Debra Davis | Dr. Ulrike Guempel |
| Dr. Louis Liu | Dr. Tin-Zar Aung |
| Ms. Alexandra Conner, PA | Dr. Robert Wendland |
| Ms. Karen McClish, NP | |
| Dr. Ritu Manocha | **Pediatrics** |
| Dr. Laurel Westly | Dr. Shannon Brown |
| Dr. Sharon Zhu | Dr. Debra Davis |
| Dr. Kathleen Laughlin | Dr. Tamir Rogson |
| Dr. Tamir Rogson | Dr. Robin Leslie |
| | Dr. Michelle Chin |
| | Dr. Hilary Wells |
| | Dr. Kathleen Laughlin |

# KAISER PERMANENTE®

**Tualatin Medical Office**
19185 SW 90th Ave
Tualatin, OR 97062
503-813-2000

# FAX

**Patients Name:** _Jennifer E. Mueller_

**Health Record Number:** _DOB 9/8/72_

**Date:** _9/25/20_

**To:** _The Hartford_
**Fax:** _877-853-9664_
**Phone:**

**From:** _Dr. Laughlin_

**Fax #:** _503-885-7377_

**Number of Pages:** _____ **including Cover Sheet**

**Attention:** The Tualatin Medical Office is open Monday – Friday, 8am – 5pm, to handle calls from your facility for the Clinician's listed below. The Regional Call Center at (503)-813-2000 handles all Urgent calls for our Clinicians after 5 pm and on any weekend or holiday. If your request is routine, the Advice RNs at the Regional Call Center may redirect you back to the Tualatin Medical Office during normal working hours.

## To help you with future requests, please note the following:

1. **ROUTINE faxes sent Monday – Friday, from 8am – 5 pm:** Please send fax to (503)885-7377.
2. **URGENT faxes sent Monday – Friday, from 8am – 5 pm:** Please indicate that you need an URGENT response. and send fax to (503) 885-7377. If you have not heard back in a timely manner, please call (503) 813-2000 and asked to speak with the Advice RN who is taking calls for the Clinician you are trying to reach.
3. **URGENT and ROUTINE (needing response in 24 hours) faxes sent AFTER 5pm, any weekend OR holiday:** Please call (800) 813-2000 to speak with a regional Advice RN. This RN will take the assessment information and assist you with your request

**Confidentiality:** Please note that the information contained in this transmission is confidential in nature. The information is to be used for its intended purpose only, and is to be destroyed after the stated need has been filled. This information is not for re-disclosure. Please deliver immediately to the individual indicated above. If you have received this transmission in error, please notify us immediately by telephone and destroy the transmitted documents.

HART 000581

Case 3:22-cv-01152-SB   Document 14-3   Filed 02/23/23   Page 582 of 936



**THE
HARTFORD**

September 15, 2020

Dr Laughlin
Family Medicine


Claimant:        Jennifer E. Mueller
DOB:             REDACTED
Insured ID:      9005440032
Claim Event ID:  16630803

Dear Dr Laughlin:

We recently had a medical consultant review the medical information and records of your patient named above. While we prefer to also have the medical consultant speak with you directly, we acknowledge that is not always practical as evidenced by Dr Getz's unsuccessful attempts to connect with you by telephone. We are providing you with the medical consultant's report for your review.

We are sending this to you as a courtesy to afford you an opportunity to review the report and provide any comments you would like to share in the space provided below. If you wish to respond, please do so to the confidential fax (877) 853-9664 to avoid any undue mail delay. Please respond by 09/22/2020. If we do not receive a response within five business days, we will make a claim decision based upon the full and sufficient information currently in our file, which includes the medical consultant's assessment of restrictions/limitations supported by the medical evidence. Your signature below, without additional comments, indicates you have reviewed and agree with our medical consultant's assessment.

Provider
Comments:_____ *See attached* _____

_____

_____

Provider Signature  *Kristten Laughn*          Date  9 / 24 / 2020

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000582

Sep/25/2020 4:34:31 PM                  Kaiser Permanente 5038857377                          3/5

Sep 15 2020 13:11:03 EDT  FROM: F2M/60506331939    MSG# 1066166225-007-1    PAGE 003 OF 034

Thank you for your time and attention to this matter. If you have any questions, please feel free to contact our office at 1-954-595-5522. Our office hours are 8:00 AM - 6:00 PM ET, Monday through Friday.

Sincerely,

*Paola Choute*

Paola Choute, Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000583

Sep/25/2020 4:34:31 PM          Kaiser Permanente 5038857377                    4/5
Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 584 of 936

Sep 15 2020 13:24:04 EDT  FROM: F2M/60506331939     MSG# 1066166225-007-1    PAGE 033 OF 034

09/14/2020 4:57:25 PM FAXCOM Anywhere                    PAGE 30   OF 31



# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

August 28, 2020

**\*\*CONFIDENTIAL\*\***

Kathleen Laughlin, MD                    Re:  Jennifer Mueller
Fax: (503) 571-2624                      Claim No: 9005440032
                                         DOB: **REDACTED**

Dear Dr. Laughlin:

I am writing regarding the claim for Disability benefits on Jennifer Mueller. R3 is an independent consulting firm who provides independent medical reviews of disability claims. R3 has been retained to assist in conducting a review of medical records concerning your patient. I attempted to speak with you about her psychiatric condition and was instructed to fax questions in lieu of a phone call. Upon review of the information provided, I have some questions to help me assess the functional abilities of your patient.

The information is time-sensitive. Please respond to the questions in this letter, sign, and fax back (952-927-7147) within *five* business days from the date of this letter. I appreciate your time and attention to this matter.

SUMMARY OF FINDINGS:
Based on a review of the provided data as summarized and analyzed below, I opined, within a reasonable degree of clinical probability, that the medical records do not substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19, as well as 09/14/19 through 07/01/20. Specifically, my review found that although the claimant endorsed experiencing cognitive symptoms, she was consistently assessed as having normal mental status examinations by her providers. Findings from a speech language pathology assessment completed on 4/29/19 revealed that the claimant's results were entirely intact with 100% accuracy in a number of domains. A formal neuropsychological evaluation upon my review of Dr. Tongue's evaluation did not include performance validity measures, but still revealed performance that fell between the average and exceptionally high ranges. This is inconsistent with an individual experiencing severe quantified cognitive symptoms and impairment in function sufficient to limit work activity.

QUESTIONS:

1. Do you believe that the claimant has cognitive deficits?

   *Yes.*

2. If you do believe that the claimant has cognitive deficits, what do you base your opinion on?

   *Pt's reports and Dr. Mirchandani's assessment on 7/31/2020 — She is a physiatrist specializing in head injuries and post concussion care.*

HART 000584

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 585 of 936

Kathleen Laughlin, MD                          Re: Jennifer Mueller
August 28, 2020                                        Page 3 of 3

3. Is there any formal assessment supporting quantified cognitive symptoms?

SAC Symptom inventory done 7/31/2020

4. Does the claimant have an impairment in terms of functional abilities? If so, what
are her functional abilities?

Patient is able to work 5 hours daily but
has ongoing decreased functional capacity and stamina. She is
easily fatigued with higher cognitive function which results in slower processing

5. If the claimant does have functional impairment or cognitive deficits, what
times, difficult me with word finding and and decreased executive functioning.
treatment do you recommend?
Pt. has headaches nausea & visual disturbance w/ prolonged mental
activity. Irritability when fatigued.

Continued occupational, speech & physical therapy

6. Has there been any formal assessment of exaggeration or over-reporting of
symptoms? If so, what were the results?

Not to my knowledge. But patient is doing
her utmost to return to work and function professionally
even at the expense of her personal life outside work.

Kathleen Laughlin, MD          24 September 2020
Kathleen Laughlin, MD                  Date

***Please fax completed responses to R3 at 952-927-7147

I appreciate your assistance.

Sincerely,

Glen Getz, PhD, ABPN
Licensed Psychologist
Board Certified Clinical Neuropsychologist
Pennsylvania License #PS015998

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 586 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 25, 2020 7:37:16 PM EDT | 5038857377 | 209 | 5 | Received |

Sep/25/2020 4:34:31 PM                    Kaiser Permanente 5038857377                    1/5



## KAISER PERMANENTE®

**Tualatin Medical Office**
19185 SW 90th Ave
Tualatin, OR 97062
503-813-2000

**Family Practice**
Dr. Debra Davis
Dr. Louis Liu
Ms. Alexandra Conner, PA
Ms. Karen McClish, NP
Dr. Ritu Manocha
Dr. Laurel Westly
Dr. Sharon Zhu
Dr. Kathleen Laughlin
Dr. Tamir Rogson

**Internal Medicine**
Dr. Ulrike Guempel
Dr. Tin-Zar Aung
Dr. Robert Wendland

**Pediatrics**
Dr. Shannon Brown
Dr. Debra Davis
Dr. Tamir Rogson
Dr. Robin Leslie
Dr. Michelle Chin
Dr. Hilary Wells
Dr. Kathleen Laughlin

# FAX

**Patients Name:** Jennifer E. Mueller

**Health Record Number:** DOB **REDACTED**

**Date:** 9/25/20

**To:** The Hartford
**Fax:** 877-853-9664
**Phone:**

**From:** Dr. Laughlin

**Fax #:** 503-885-7377

**Number of Pages:** _____ **including Cover Sheet**

**Attention:** The Tualatin Medical Office is open Monday – Friday, 8am – 5pm, to handle calls from your facility for the Clinician's listed below. The Regional Call Center at (503)-813-2000 handles all Urgent calls for our Clinicians after 5 pm and on any weekend or holiday. If your request is routine, the Advice RNs at the Regional Call Center may redirect you back to the Tualatin Medical Office during normal working hours.

## To help you with future requests, please note the following:

1. **ROUTINE faxes sent Monday – Friday, from 8am – 5 pm:** Please send fax to (503)885-7377.
2. **URGENT faxes sent Monday – Friday, from 8am – 5 pm:** Please indicate that you need an URGENT response, and send fax to (503) 885-7377. If you have not heard back in a timely manner, please call (503) 813-2000 and asked to speak with the Advice RN who is taking calls for the Clinician you are trying to reach.
3. **URGENT and ROUTINE (needing response in 24 hours) faxes sent AFTER 5pm, any weekend OR holiday:** Please call (800) 813-2000 to speak with a regional Advice RN. This RN will take the assessment information and assist you with your request

**Confidentiality:** *Please note that the information contained in this transmission is confidential in nature. The information is to be used for its intended purpose only, and is to be destroyed after the stated need has been filled. This information is not for re-disclosure. Please deliver immediately to the individual indicated above. If you have received this transmission in error, please notify us immediately by telephone and destroy the transmitted documents.*

HART 000586

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Friday, September 18, 2020 4:15:52 PM (UTC-05:00) Eastern Time (US
& Canada)
To: Tammy Kilmer
Cc: informationupload (GB and WC Claims)
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hi Tammy,


Thank you for the update.


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life

Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Friday, September 18, 2020 1:14 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]

Hi Katelyn,

We wanted to let you know that Jennifer Mueller permanently reduced her
FTE to work 5 hours per day as of 4/20/2020.

Thank you,

Tammy Kilmer CLMS(â€œshe/herâ€)

Senior Benefit Analyst

Human Resources

Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023

503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email: NWP-BenefitsTeam@kp.org <mailto:NWP-BenefitsTeam@kp.org>

Email: tamison.a.kilmer@kp.org <mailto:May.y.lee@kp.org>

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From: Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com <mailto:Katelyn.Pevehouse@thehartford.com> >
Sent: Thursday, August 6, 2020 8:58 AM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org <mailto:Tamison.A.Kilmer@kp.org> >
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Tammy,

That looks like everything. Thank you!

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!7gOjJGUcvj-TtxS65JTXD-SLDyqxfRawIahzitKNRCLUpB9nHM-kE35o17PK-jo21b4$>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613


<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!
7gOjJGUcvj-TtxS65JTXD-SLDyqxfRawIahzitKNRCLUpB9nHM-kE35o17PK-jo21b4$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a
36bapWJ!7gOjJGUcvj-TtxS65JTXD-SLDyqxfRawIahzitKNRCLUpB9nHM-
kE35o17PKbyfRSCs$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a3
6bapWJ!7gOjJGUcvj-TtxS65JTXD-SLDyqxfRawIahzitKNRCLUpB9nHM-
kE35o17PKp4xjluE$> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Thursday, August 06, 2020 8:49 AM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
<mailto:Katelyn.Pevehouse@thehartford.com> >
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]

Hello Katelyn,


Here is part 3 of the information requested. Please let me know if you
need anything additional.


Thank you,


Tammy Kilmer (â€œshe/herâ€)

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  <mailto:NWP-BenefitsTeam@kp.org> NWP-BenefitsTeam@kp.org

Email:  <mailto:May.y.lee@kp.org> tamison.a.kilmer@kp.org



NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently

delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


From: Jenna G Larsen <Jenna.G.Larsen@kp.org
<mailto:Jenna.G.Larsen@kp.org> >
Sent: Thursday, July 23, 2020 7:10 AM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org
<mailto:Tamison.A.Kilmer@kp.org> >
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


From: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Sent: Wednesday, July 22, 2020 5:45 PM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Caution: This email came from outside Kaiser Permanente. Do not open
attachments or click on links if you do not recognize the sender.

    _____

Hi Jenna,


I am the analyst handling Dr. Muellerâ€™s Long Term Disability claim. I
was wondering if you could please send over her pay statements from
03/01/2018 to the most recent available?


Please also provide the following information if it is available:

*    Employment agreement;
*    Job description;
*    Productivity or billing statements from 09/01/2018 to Present;

*    Pre-disability schedule information (e.g. office hours, surgery hours, call schedule, and type of call, etc.).


Thank you,



Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims


<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ! _TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613


<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ! _TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$> www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a 36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacC4Noz1n$ > www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a3 6bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacPMa8RZQ$> www.twitter.com/thehartford



The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

**************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

**************************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

**************************************************************************
****************************

This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
****************************



Business Insurance
Employee Benefits
Auto
Home

HART 000596

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Friday, September 18, 2020 4:15:52 PM (UTC-05:00) Eastern Time (US
& Canada)
To: Tammy Kilmer
Cc: informationupload (GB and WC Claims)
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hi Tammy,


Thank you for the update.


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 17, 2020 4:25:18 PM EDT | FAXCOM Anywhere | 81 | 3 | Received |

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 598 of 936

09/17/2020 4:24:12 PM FAXCOM Anywhere                    PAGE 1    OF 3

# Fax

To:                                             From:   no-reply
Fax:          8778539664                        Fax:
Company:                                        Voice:

Date:         September 17, 2020
Subject:      Invoice for Case Number/Case Invoice: 667444/667444-1

Comments:

_____

Date: 09/17/2020

R3 Case Number: 667444

Dear Recipient,

Please find attached the Invoice for Case Number/Case Invoice: 667444/667444-1.

Please feel free to call us anytime if you have additional questions or concerns.

Sincerely,

Melissa T
Accounting Department
1-866-927-0184 ext 2633

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

# R3 CONTINUUM

4115 Ayrshire Dr SW
Wyoming, MI 49418

# INVOICE

| Invoice Date: | 09/17/2020 |
|---|---|
| Invoice #: | 667444-1 |
| Invoice Due Date: | 10/17/2020 |
| Payment Terms: | Net 30 days |

**Bill To:**

The Hartford -
Attn: The Hartford
PO Box 14170
Lexington, KY 40512

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Paola Choute | 9005440032 | Jennifer Mueller |

| Client Company | Invoice Currency | Customer Reference # |
|---|---|---|
| GB West | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 1.00 | File Review | Report by Dr. Glen Getz | Neuropsychology | $900.00 | $900.00 |
| 1.00 | | Report by Dr. Katherine Herzog | Physical Medicine and Rehabilitation – Brain Injury Medicine | $900.00 | $900.00 |

| | |
|---|---|
| Subtotal | $1,800.00 |
| Sales Tax | $0.00 |
| Total Invoice Amount | $1,800.00 |
| Payment/Credit Applied | $0.00 |
| **TOTAL** | **$1,800.00** |

Thank you for your business.

**Please remit to:**

**R3 Continuum**

**4115 Ayrshire DR SW**

**Wyoming, MI 49418**

If you have any questions, please contact Accounting at:

Phone: **(616) 965-2411**

Email: **accounting@r3c.com**

Federal ID #: **REDACTED**3

HART 000599

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

Case 3:22-cv-01132-SB     Document 14-3     Filed 02/23/23     Page 600 of 936

HART 000600

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS
September 17, 2020 4:25:18 PM EDT | FAXCOM Anywhere | 81 | 3 | Received

Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 601 of 936

09/17/2020 4:24:12 PM FAXCOM Anywhere                    PAGE 1   OF 3

# Fax

To:                              From:    no-reply
Fax:          8778539664         Fax:
Company:                         Voice:

Date:         September 17, 2020
Subject:      Invoice for Case Number/Case Invoice: 667444/667444-1

Comments:

_____

Date: 09/17/2020

R3 Case Number: 667444

Dear Recipient,

Please find attached the Invoice for Case Number/Case Invoice: 667444/667444-1.

Please feel free to call us anytime if you have additional questions or concerns.

Sincerely,

Melissa T
Accounting Department
1-866-927-0184 ext 2633

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 14, 2020 5:18:51 PM EDT | FAXCOM Anywhere | 1289 | 31 | Received |

09/14/2020 4:57:25 PM FAXCOM Anywhere                    PAGE 1   OF 31

# Fax

|  |  |  |  |
|---|---|---|---|
| To: |  | From: | Tony Tran |
| Fax: | 8778539664 | Fax: |  |
| Company: |  | Voice: |  |

|  |  |
|---|---|
| Date: | September 14, 2020 |
| Subject: | Attn Paola Choute |

Comments:

_____

Tony Tran
Quality Assurance Specialist

[QR code with language]<http://l.ead.me/bayWTV>

[cid:image002.jpg@01D68AAF.AB2CACF0]
Phone: 952-641-0621
Email: tony.tran@R3c.com<mailto:tony.tran@R3c.com>

Visit us at R3c.com<http://www.r3c.com/>!

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.com<mailto:Office@R3c.com> and destroy all copies of the original message.

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

September 14, 2020                    **CONFIDENTIAL**

Paola Choute
The Hartford
GB West

Re: Jennifer Mueller
Claim No: 9005440032
Web ID: 667444

Dear Paola Choute:

We have received and processed the referral of the file on Jennifer Mueller for the purpose of file review and provider contact. All records provided by The Hartford were reviewed. Services have been completed on this file, and below is a summary of findings and conclusions.

## CONCLUSION

Dr. Jennifer Mueller is a 47-year-old female with a date of disability of 3/18/19 secondary to diagnoses of post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo and maxillary fracture. This reviewer was asked to evaluate the claimant for the presence/absence of impairment and address any restrictions and/or limitations that may be present for the timeframe of 3/18/19-9/13/19 and 9/14/19-7/1/20. Based on a review of the provided data as summarized and analyzed below, and within the realm of PM&R/Pain Medicine, it is the reviewer's opinion within a reasonable degree of clinical probability that the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living 3/18/19-5/14/19. From 5/15/19 – 9/13/19 and 9/14/19-7/1/20, the documentation does not support any restrictions and/or limitations.

Given the diagnoses of disorder of refraction, binocular vision disorder, photophobia and convergence insufficiency this case also needs to be reviewed by a Neuro-Ophthalmologist.

## REFERRAL INFORMATION

Age (DOB): **REDACTED**
Gender: Female
DOD: 03/18/2019
Listed attending physician (s): Bruce Stelmack, DO, Physiatry and Kathleen Laughlin, MD, Family Medicine
Diagnoses listed on referral: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo and maxillary fracture

## RECORDS LIST

**What follows is an outline of the records reviewed to prepare for this report:**
1. **Attending Physician Statements completed by:**
    a. **Bruce Stelmack, DO, Physiatry, dated 4/15/19**
    b. **Kathleen Laughlin, MD, Family Medicine, dated 5/6/19 through 12/23/19**
    c. **Brandie Sims, ROI Trainer, on behalf of Dr. Laughlin, dated 5/6/19**

Paola Choute                                                   Re: Jennifer Mueller
September 14, 2020                                                Page 2 of 12

        d.  Unsigned Provider, undated
2.  Medical Records, Correspondence and/or Consultations completed by Kaiser
    Permanente, dated 3/22/19 through 3/4/20
3.  Independent Evaluations completed by Christopher Tongue, PhD, Clinical
    Psychology, dated 3/13/20
4.  Client Internal Claim Review Notes/Interviews
5.  Client Documents
6.  Miscellaneous Documents
7.  Authorization

**PROVIDER CONTACT WITH BRUCE STELMACK, DO, PHYSIATRY**
8/26/20 at 2:35pm CST.  Spoke to Rachel.  Explained reason for call.  Rachel transferred me to
an automated line that requested claimant's social security number.  Did not have this
information and ended call.  Contacted R3 Continuum concerning above.  R3 Continuum then
discovered that Dr. Stelmack is no longer with the practice.  Claimant has seen another provider
that is leaving practice 8/31/20.  Further call attempts not made.

**PROVIDER CONTACT WITH KATHLEEN LAUGHLIN, MD, FAMILY MEDICINE**
8/26/20. 2:45pm CST.  Attempted to contact Dr. Laughlin and was unsuccessful as I did not have
claimant's social security number.

8/26/20. 5:40 PM CST.  Called Release of Information at number provided.  Spoke to Tanya who
transferred me to a different operator stating this was not the correct number, but she did not
have a direct number to provide me.  Next spoke to Rachel who then transferred me back to
Release of Information.  Stayed on hold.  Spoke with Wade.  Requested health record number.
Able to provide DOB.  Authorization confirmed by Wade.  Wade said he was not the correct
department and transferred back to the operator - said there was not a direct line to the operator.
Spoke to Rachel, again.  Told I need to schedule the call with staff scheduling.  Direct number
not available.  Transferred to physician scheduling line.  Physician line requested extension.
Stated did not have extension number and call was disconnected.

8/27/20. 11:38am CST. Spoke to Tracy.  Requested to be transferred to Physician Scheduling
Line.  Discussed with Shannon and told I needed to go through Attorney Scheduling Department.
Not available.  Voicemail left.

A narrative question letter was sent to Dr. Laughlin.  Please refer to attached appendix.
On 9/8/20, Dr. Laughlin returned question letter.

Dr. Laughlin noted that claimant was last seen, in person, on 2/5/20 by Dr. Mirchandani.  "Pt
continued to have fatigue, decreased standing, slower executive function, word finding
difficulties, headaches, difficulty concentrating and hypersomnia."

Noted that since 2/28/20 the claimant had received the following medical care:
-7/29/20 speech therapy telephone follow-up
-7/31/20 Physiatry follow up, video visit
-8/19/20 occupational therapy follow-up, video visit
-8/20/20 speech therapy follow-up, telephone visit
-8/20/20 physical therapy follow-up, video visit

Paola Choute                                                Re: Jennifer Mueller
September 14, 2020                                          Page 3 of 12

Dr. Laughlin noted that she was unable to provide further insight into question regarding inconsistencies of claimant's reported driving.

PANEL CALL

Per Dr. Herzog, the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living from 3/18/19-5/14/19. Dr. Herzog opined that the inability to function outside of activities of daily living should extend through 5/14/19 as the claimant did not have initial visit with Speech Therapy until 4/29/19 at which time home exercises were provided and then follow-up visit on 5/14/19 where compensatory strategies were addressed. From 5/15/19 – 9/13/19 and 9/14/19-7/1/20, and within the realm of PM&R/Pain Medicine, the documentation does not support any restrictions and/or limitations.

Dr. Getz began by stating that the medical records do not substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19 as well as 09/14/19 through 07/01/20. Dr. Getz noted that although the claimant endorsed experiencing cognitive symptoms, including difficulties with attention, multitasking and word finding, to her treatment providers at various points subsequent to the bicycle incident, she was consistently assessed as having normal mental status examinations by her providers.

CASE SUMMARY

Dr. Jennifer Mueller is a 47-year-old female with diagnoses of post-concussion syndrome, insomnia, mild cognitive impairment, left peripheral vertigo, and maxillary fracture. Request is to evaluate for time period of 3/18/19-9/13/19 and 9/14/19-7/1/20.

On 3/18/19, CT Head without acute intracranial abnormality. CT Spine with acute spine fracture.

On 3/20/19, Dr. Kimura-Opperman noted that the claimant had incurred an anterior maxilla area fracture with reduction by OMFS. Imaging noted, "Fracture in alveolar bone noted #4 to 8 area. No dental fracture noted. # - PDL widened. 2 through 8 splinted with ortho wire. Hyperocclusion on #8 against 25 and 26." Treatment plan was in-office occlusion adjustment and for the claimant to wear splint.

On 3/22/19, Dr. Laughlin, Family Medicine, saw the claimant for evaluation after a bicycle accident on 3/18/19. Noted, "another bike T-boned her bike and she flew off bike landing on face the right side of body – loss of consciousness at scene, quite a bit of amnesia in the hours after the accident -transported to OHSU for further evaluation – diagnosed with concussion, maxillary fracture, contusions." The claimant reported being very tired with decreased concentration describing "decreased brain power." Noted "Couldn't knit easily today." Reported vertigo – especially with movement and worse with rolling in bed. Meclizine noted to be helping with vertigo. "Patient wonders about postconcussion program – we discussed that many patients have symptoms for first 6 weeks, but tend to do quite well after that point." Reported some headaches in the evening. Also, right shoulder tenderness to palpation "but has good range of motion of right shoulder." Noted "patient started taking husband's Cymbalta 30 mg several weeks ago because of persistent depression – notes marked improvement in symptoms – seems to be a bit more antsy on both the Wellbutrin and Cymbalta – wants to decrease Wellbutrin to 150 mg." Physical exam noted claimant to be in no acute distress. Alert and oriented to person, time and place. No focal findings or movement disorders on Neurologic aspect of exam. Noted "screening mental status exam normal, cranial nerves II through XII intact, moves all 4

HART 000605

Paola Choute           Re: Jennifer Mueller
September 14, 2020            Page 4 of 12

extremities equally." Musculoskeletal aspect of exam, with "tenderness to palpation over right AC joint" of shoulder. Noted bruising over right side of face. Assessment significant for postconcussion syndrome, facial bone fracture, vertigo and right shoulder joint pain. Treatment plan was referral to speech therapy and Physiatry. Follow-up with trauma surgeon regarding facial fracture. Obtain right clavicle x-ray for right shoulder pain – noted "suspect sprain of R AC joint."

On 3/24/19, right shoulder clavicle x-ray noted normal anatomic alignment without evidence of fracture. "AC joint looks normal. Incidental note is made of a benign lucent focus in the proximal clavicular head."

On 3/26/19, Dr. Stelmack, Physiatry, noted, "Based on limited data available, I concur with PT and SLP evals." Recommendations included "If headache issues need to be seen by physician and if non-focal exam will need eval and tx….May need further imaging…need incidental f/u of renal stone/ PCP…Brain Injury Medicine Consultation advised with me if MD, speech therapy, PT or OT advises…Advise optometry followed by neuro optometry consult and OT evaluation if any issues with vision" and follow-up regarding duloxetine and Wellbutrin use.

On 4/8/19, the claimant began occupational therapy. The claimant reported improved symptoms but still present. "Had vertigo before, does not feel she needs Physical Therapy at this time." The claimant reported light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency status post-concussion. "She will likely need modified duty and hours when returning to work, including reduced hours, extra rest breaks." Symptom survey noted score was 24 with documentation that "21 or more is considered suggestive of convergence insufficiency." Rivermead Post-Concussion Symptoms Questionnaire was 28. Noted the claimant to be not driving, not working and limited computer use and reading. Therapist stated that eye alignment was normal, nystagmus was absent, gross visual field appeared grossly intact, pursuits mildly impaired, saccades mildly impaired (including reading) and convergence impaired with nausea. Cognition grossly intact. Gait within functional limits.

On 4/11/19, Dr. Laughlin saw the claimant for follow-up and noted "patient with improved energy over the weekend, but went to occupational therapy on Monday and had difficulty with testing and had double vision. Realizes that she is still quite fatigued and has trouble concentrating…Rare headaches, mood good…Imbalance just in the mornings briefly – then does fine during the day." Physical exam noted the claimant to be alert, oriented to person, time and place and in no distress. Exam noted bruising "essentially gone." Also stated, "Two spots above right upper lip – patient says she got a couple of small rocks out of skin – will let me know if more come out." Assessment included postconcussion syndrome. Dr. Laughlin stated, "improving, but not ready to go back to work." Treatment plan was to see Physiatry, continue OT, gradually increase activity and pace herself.

On 4/11/19, Dr. Stelmack saw the claimant for initial evaluation. The claimant reported helmeted on bicycle collision on 3/18/19 "with another bicycle, striking the payment and immediate LOC." Noted right axillary facial fracture "now with wired upper teeth for stability." The claimant reported ongoing fatigue, photophobia, reduced tolerance to read/screen time and vertigo with quick movements – getting up and rolling over. Unable to drive. Unable to return to work. "Tried return to work recently for 2 hours but was very limited, slow processing and unable to accomplish much." Noted taking mid afternoon nap to function. SLP pending. "Some

HART 000606

Paola Choute                                                      Re: Jennifer Mueller
September 14, 2020                                                     Page 5 of 12

occasional, but not severe HA." Noted pending eye evaluations due to complaint of visual decline. Noted some shoulder pain. Physical exam with intact extraocular movements "but she has slight skew and right eye esophoria. Visual fields are intact to confrontation. Fundi: clear disc margins, backgrounds and vessels." Tenderness at supraspinatus near insertion on humerus (superiorly) but otherwise claimant noted to have full, painless, range of motion of all 4 extremities with 5/5 strength. Neurologic aspect of exam noted intact recent and remote memory, reasoning and judgment with appropriate sense of humor. Able to spell WORLD backwards and forwards with ease. Serial 7s intact with ease. Able to recall 3/3 items at 3-minute interval quickly. Cranial nerves II-X11 intact "except esophoria OD." "Good finger to nose without significant tremor. Good sitting balance. Normal station and gait." Muscle stretch reflexes 2 and symmetrical at biceps, triceps, brachioradialis, patellar and Achilles. "Hallpike produces vertigo and brief nystagmus with left ear dependent." Impression was post-concussion syndrome with photophobia, peripheral vertigo, fatigue and eye movement d/o with reduced scree time/reading time. Treatment plan was independent exercises, stop Melatonin as it may cause fatigue, ST, PT, Optometry and Neuro Optometry, trial amantadine and, if needed, trial Trazodone for sleep

On 4/15/19, Dr. Stelmack stated on an Attending Physician's Statement that primary condition was postconcussion syndrome with secondary conditions of insomnia, mild cognitive impairment and left peripheral vertigo. Symptoms included ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo when getting up quickly or rolling over. Noted claimant unable to drive or return to work. Treatment plan was supervision, rest, prescription medication, referral to physical therapy, eye care, occupational therapy, speech and language therapy, Physiatry, ENT. Noted, "Unable to work 3/18 to 5/5/19."

On 4/17/19, the claimant began Physical Therapy. Therapist noted objective findings consistent with post-concussion syndrome and "no evidence of benign paroxysmal positional vertigo today with testing." The claimant reported 2 weeks of dizziness after accident "had to hold husband to walk" followed by positional dizziness "now getting better." Denied balance being an issue. Noted history of chronic vertigo with certain yoga poses – described as "feels like the world is rocking." Dizziness Handicap Inventory Score 46/100. Exam noted claimant to be alert and oriented times three with fluent speech and intact comprehension. Cervical range of motion within normal limits. Single leg stance, EO 30 seconds. Single leg stance EC 16 seconds R, 13 seconds L. Strength, coordination and sensation to light touch within normal limits. Neural gaze stabilization within normal limits. Head shaking nystagmus eyes closed within normal limits. Smooth pursuits within normal limits. Dix-Hallpike negative. Roll test negative.

On 4/18/19, telephone visit with Occupational Therapy. The claimant reported feeling much better since the weekend without need to nap. "Worse when she goes somewhere. Still off work for another 2 weeks. Read a bit in a graphic novel, went ok, but no length of time. Attempted to get on computer last week – made it almost 2 hours – end of 2 hours was having trouble vision, slow." Home exercise program discussed.

On 4/25/19, the claimant saw Occupational Therapy for follow-up. Noted that claimant was "progressing toward goals as anticipated as indicated by decreasing symptoms, but not at her previous level of function. Still working on pacing and gradual return to activities, still demonstrates light sensitivity and impaired ability to use computer and read." Noted that symptoms, overall, improving "but having a hard time pacing…A couple longer walks, planted garden, then next day did nothing. Hard to pace self, because sometimes feels fine, then has

Paola Choute                                                    Re: Jennifer Mueller
September 14, 2020                                                  Page 6 of 12

long recovery period.  Few headaches now- last time logged into computer got a headache but
none since avoid computer.  Plans to see Avengers movie tomorrow."

On 4/29/19, the claimant had an initial visit with Speech Therapy.  The claimant voiced concerns
of difficulty to PACE, word finding ("does not limit function, but happens multiple times per day),
husband voices memory concerns – claimant thinks its normal, attention difficulty.  Objective
exam stated speech was 100% intelligible in conversation and claimant oriented to self, person,
day, month and situation.  "Dr. Mueller observed to respond to multiple-clause questions and
statements demonstrating 100% accuracy.  Repeated/paraphrased education provided with
100% accuracy."  Speech fluent, organized and socially appropriate.  "Observed to read 'to-do'
list from planner with accuracy…Observed to take notes in planner with neat intelligible print, and
cohesive thought."  100% accuracy for information recall.

On 5/3/19, the claimant had telephone visit with Occupational Therapy.  "Movie was horrible
afterwards – carried over to next day.  Did use strategies including sunglasses, eye breaks,
pacing.  CPR class also provoked headache, as well as reading course textbook.  Plan to do 2
additional weeks off work before starting transition with part time."  The claimant advised on
looking for "successful level of activity, not maximal tolerance/symptoms."

On 5/6/19, Dr. Laughlin placed claimant off work 3/18/19 – 5/19/19 and "modified activity at work
and at home from 5/20/2019 through 6/2/2019."  Modified activity including not working more
than 4 hours per workday, 4 days a week.

On 5/8/19, Occupational Therapy stated the claimant being treated for light sensitivity, impaired
reading and screen use, fatigue, decreased concentration and processing speed, concern for
convergence insufficiency s/p concussion 3/18/19.  Noted the claimant able to read 10 pages in
CPR book before being limited by symptoms.  Noted claimant able to perform online finances
with increased time – on laptop 1-2 hours.  Objective exam noted claimant to be alert and
appropriate.  Taking notes during session.  Has sunglasses and reading glasses with her.  Clock
drawing intact. 3-dimensional figure intact.

On 5/14/19, the claimant returned to Speech Therapy.  Compensatory strategies addressed.

On 5/26/19, Dr. Muraki, Optometrist, saw the claimant. Assessment included postconcussion
syndrome, binocular vision disorder and photophobia.  Treatment plan for postconcussion
syndrome was physiatry and therapy.  Noted to have convergence insufficiency and prism
prescribed.  Prescribed brown block blue tint in near vision glasses for photophobia.

On 6/12/19, Speech Therapy noted the claimant reporting "5 half days per week; when she's at
work she feels like her brain is doing what it needs to do…Has really stuck with limiting exertion
outside of work…Had to take naps over the weekend…Feeling discouraged by increased
fatigue."  Therapist provided feedback about understanding increased fatigue given increased
work demands, encouraged generating list of activities to progressively include in home/work life
and "Relayed impression that pt will likely be back to baseline in ~ 3 months from now."

On 7/25/19, Dr. Laughlin had phone conversation with the claimant.  The claimant reported, "I'm
definitely better."  Noted to be seeing 6 patients/day.  The claimant reported trying to pace
herself when she's not working.  "Wearing special glasses which help with photosensitivity and
have prisms for double vision.  Glasses have really helped."  Noted to be "Doing some driving,

Paola Choute                                                    Re: Jennifer Mueller
September 14, 2020                                                  Page 7 of 12

but not driving on freeway." Noted to be approaching 6 months from injury and "thinking about longterm disability." Noted future plan of seeing craniosacral therapist. "Having neck pain and headaches – wake her up in the morning – OK during the day – started about a month ago / doesn't have bite guard anymore – is scheduled to get braces – we discussed that this is likely multifactorial." Name of local acupuncturist provided for possible headache relief.

On 7/31/19, the claimant saw Occupational Therapy for further instruction with vision HEP as recommended by Dr. Muraki. Independent strategies for reading goal noted as "Progressing but has not been reading much due to focus challenges."

On 8/14/19, Speech Therapist spoke with the claimant on telephone. The claimant reported "getting much better at pacing." The claimant reported cognitive impairment following a 15-minute walk. "Still not driving." Noted that claimant "Really notices when she needs her prism glasses by end of day." Noted to be working ½ days at work and "this feels appropriate right now and reduced schedule." Noted to be a little more social but "still hasn't advanced things at home much." Noted to be having less pain with craniosacral work but still with teeth pain. Improved sleep "but she thinks she may need more." Speech and fluency normal. The claimant encouraged to continue packing with consideration for stress, activity, visual and auditory input. Encouraged to continue work with Occupational Therapy and follow-up with Speech Therapy only if she has difficulty with home program.

On 8/23/19, Dr. Laughlin had phone conversation with the claimant. Noted that father had passed away and the claimant had traveled to Midwest to see him and then stayed for funeral. "Started exercising at a lower level…normal dog walk is what she can do but can't walk much farther." Continued 5 half-day work week with consideration of adding 2 hours of virtual time towards end of September/early October.

On 9/13/19, Dr. Laughlin noted primary condition of postconcussion syndrome and secondary conditions of major depressive disorder, recurrent episode. Subjective symptoms included fatigue, photophobia, headache, word finding and decreased interest in reading. Treatment plan was clinician supervision, prescription medication, physical therapy and reduced work of 4 hours per day, 5 days per week starting 10/1/19 through 12/31/19.

On 9/20/19, Occupational Therapy saw claimant for follow-up. Noted that claimant had met 3 short term goals including independent strategies for reading, independent strategies for computer use and independence with HEP of visual activities. "She continues to struggle with resuming her typical physical activities such as regular cardiovascular routine due to delayed fatigue onset afterwards and potentially not recognizing signs of over-exertion." "Pt is nearing discharge readiness from OT perspective as majority of vision exercises are being directly addressed by Dr. Muraki."

On 9/22/19, Dr. Muraki saw the claimant for follow-up. Noted to be doing well with glasses, photophobia improving, working 5-hour days and "has awareness of double vision now." Assessment included postconcussion syndrome, binocular vision disorder, convergence insufficiency and photophobia. "Now in expected range even wearing glasses with no prism compensating convergence insufficiency." Photophobia improvement and brown blue block tint decreased.

Paola Choute                                              Re: Jennifer Mueller
September 14, 2020                                        Page 8 of 12

On 11/11/19, Dr. Muraki saw the claimant for follow-up. Improved photophobia. "With extended computer use, better ot wear glasses with darker ting. Otherwise, decreased tint has been OK." Reported that "Headaches haven't been bad but hasn't tried to read a book…Working 4 h/d patient care." The claimant reported that it was still hard to multitask. Assessment unchanged. "Vergence facility remains in expected range. Fusional vergence range continues to expand and now convergence range excellent. Small amplitude horizontal saccades excellent. Photophobia persists but manageable with blue block tint. Ok to discharge from vision remediation with OT." Claimant to consider returning to physiatry to discuss treatment options for post-concussion syndrome. Follow-up 1 year for visual skills reassessment.

On 11/18/19, Dr. Laughlin had a phone appointment with the claimant who reported "I'm less bad." Noted that claimant won't go to full schedule for several months. Noted to be seeing 8-9 patients per half day. Noted to not be able to multitask well. Started yoga at home but hasn't done much exercise noting "too chicken to exercise." Planning to go to Disneyland in December - "encouraged patient to pace herself." Dr. Laughlin also encouraged claimant to "take it slow going back to fulltime and also to consider alternatives such as virtual care." Follow up in several months.

On 12/23/19, Dr. Laughlin had a phone appointment with the claimant who reported that she had not seen speech therapy or physiatry since last telephone appointment. Noted that at Disneyland she was easily nauseated by rides "such as teacups – vertigo after this ride." Claimant reported feeling "really tired after she returned, felt slower, running farther behind. Sleeping 12 hours. Had to call out one day. Patient didn't feel realistic about symptoms." Noted that it took a week to feel back to baseline. "Patient frustrated – didn't expect to have this happen." Consider medication, amantadine, for attention. Working with counselor regularly. Follow-up in a couple months.

On 12/23/19, Dr. Laughlin placed the claimant off work 3/18/19-5/19/19 and "modified activity at work and at home from 5/20/19 through 7/1/2020." Modified activity including not working more than 4 hours per workday, 5 days a week. Dr. Laughlin stated, "The patient was evaluated and deemed able to return to work at full capacity on 7/2/2020."

On 2/5/20, Dr. Mirchandani, Physiatry, saw the claimant for chief complaint of post-concussion syndrome. The claimant reported symptoms improving but currently bothered by fatigue, low energy/decreased stamina, slower executive function, word finding difficulties, headaches, difficulty concentrating, sleeping too much (requiring naps). The claimant reported that she went to Disneyland in December 2019 and it "exacerbated her symptoms for 2 months." Symptoms improved with craniosacral therapy. Poor sleep quality. Not taking melatonin or trazodone. Did not start amantadine. Physical exam noted claimant to be alert and in no distress. Fluent speech. Intact comprehension, repetition and naming. Appropriate speech. Cranial nerves II-XII without deficits. Upper and lower extremity strength 5/5 with normal bulk and tone throughout. Reflexes 2+/4 in bilateral biceps, triceps, brachioradialis, patellar. No Hoffman's. Sensation to light touch normal throughout upper and lower extremities. Gait described as normal heel toe-gait without device. Normal base of support. Negative Rhomberg. "Loss of balance with tandem stance." Able to recall 3/3 objects after 1 minute and 5 minutes. Able to spell WORLD forwards and backwards. Able to perform serial 7s to 65. Treatment plan was to follow-up with Dr. Muraki and continue to wear prescription glasses; continue outpatient speech and occupational therapy; continue home exercise program from physical therapy; referred to

Paola Choute                                           Re: Jennifer Mueller
September 14, 2020                                           Page 9 of 12

neuropsychology for cognitive testing; sleep hygiene recommended for poor sleep quality; continue meditation; follow-up with PCP for headache medication management.

On 2/20/20, Dr. Laughlin had a telephone appointment with claimant. "Patient continues to have decreased stamina, problems with executive function, multitasking, light sensitivity." Noted to need "increased time to complete tasks -can't tolerate 8 hours of screen time." Dr. Laughlin stated, "needs to limit clinic time to 4-5 hours daily and limit # of patients per session / anticipates that this will be for another 6-12 months." Neuropsychological testing March 8th.

On 2/28/20, Speech Therapy had a telephone encounter with claimant. Noted setback following trip to Disneyland in December but "Progressive improvement since that time." The claimant reported difficulty with processing speed when she has add-on/overbooks patients. Using a planner to help keep schedule and maintain pacing. "Only driving occasionally and staying in neighborhood." Walking ½ mile, 2x/day with dog. Therapy discussed progressive increase in physical activity. "Encouraged only scheduling over-books on days when she has more energy – eg when she works mornings." Treatment recommendation was to have neuropsych evaluation for recommendations relevant to speech therapy.

QUESTIONS/ANALYSIS
The below questions are answered for the timeframe of 3/18/19-9/13/19 to 9/14/19-7/1/20, in full consideration of the totality of all clinical evidence provided for this review:

1. **Based on the totality of the evidence provided address 3/18/19-9/13/19 and 9/14/19-7/1/20 functional abilities, restrictions and limitations for the activities listed below (only if applicable), noting that we will conclude there are no restrictions on the activity unless specified in your report. Include rationale for any restrictions and limitations.**

   The claimant is a 47-year-old female who on 3/18/19 suffered a traumatic brain injury when she was involved in a bicycle vs bicycle collision. I am evaluating this from a physical functional standpoint as the co-reviewer is focusing on cognitive limitations. Given the diagnoses of disorder of refraction, binocular vision disorder, photophobia and convergence insufficiency this case also needs to be reviewed by a Neuro-Ophthalmologist.

   Based on a review of the provided data and within the realm of PM&R/Pain Medicine, it is the reviewer's opinion within a reasonable degree of clinical probability that the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living 3/18/19-5/14/19. On 3/18/19, the claimant had loss of consciousness at the scene with associated amnesia only recalling the time immediately before the collision and when she was being put into the ambulance. She suffered an anterior maxilla area fracture which required reduction by oral maxillary facial surgery with wire placement. Following the injury, she began Occupational Therapy (4/8/19), Physical Therapy (4/17/19) and Speech Therapy (4/29/19). On 4/11/19, the claimant reported to Dr. Stelmack that she had ongoing fatigue, photophobia, reduced tolerance to read/screen time and vertigo with quick movements. "Tried return to work recently for 2 hours but was very limited, slow processing and unable to accomplish much." Reported visual decline. Physical exam noted intact extraocular movements "but she has slight skew and right eye esophoria." Exam was also significant for "Hallpike produces vertigo

HART 000611

Paola Choute                                              Re: Jennifer Mueller
September 14, 2020                                        Page 10 of 12

and brief nystagmus with left ear dependent." At this point the claimant continued to have symptoms and physical exam findings that would preclude functioning outside of activities of basic living. On 4/15/19, Dr. Stelmack opined that claimant was "Unable to work 3/18 to 5/5/19" which given the above symptoms and associated exam findings in the context of the type of injury was appropriate. This reviewer opines that inability to function outside of activities of daily living should extend through 5/14/19 as claimant did not have initial visit with Speech Therapy until 4/29/19 at which time home exercises were provided and then follow-up visit on 5/14/19 where compensatory strategies were addressed.

From 5/15/19 – 9/13/19 and 9/14/19-7/1/20, and within the realm of PM&R/Pain Medicine, the documentation does not support any restrictions and/or limitations. While the claimant continued to report symptoms (example, on 7/25/19, noted to Dr. Laughlin that she was having neck pain and headaches) her visits with Dr. Laughlin (7/25/19, 8/23/19, 11/18/19, 12/23/19 and 2/28/20) were only telephone visits, did not include physical exams and no changes to treatment occurred. This information has resulted in this reviewer opining that the claimant's condition was stable. One might argue that the claimant was continuing treatment with Speech Therapy and Occupational Therapy but during this timeframe the claimant only saw Speech Therapy 1x (6/12/19) and had a telephone conversation 8/14/19, at which time Speech Therapy recommended she continue to work with Occupational Therapy and follow-up only if she had difficulty with home program. Similarly, Occupational Therapy visits were sparse, and the claimant was discharged on 9/20/19. The claimant was seen by Dr. Stelmack, 4/11/19, with diagnosis of post-concussion syndrome but did not trial recommended medication (amantadine) nor follow-up leading this reviewer to opine that claimant was stable. Furthermore, while the claimant was seen by Dr. Mirchandani, 2/5/20, there was never a follow-up visit (Dr. Laughlin stated on 9/8/20 response letter that claimant had a video visit on 7/31/20 but this documentation was not available to review) and despite Dr. Mirchandani recommending follow-up with PCP for headache medication management this was not discussed during telephone visit with Dr. Laughlin, 2/20/20 (nor did Dr. Laughlin indicate on response letter, 9/8/20, that claimant had more recent follow-up with her). Furthermore, Dr. Laughlin noted multiple symptoms that claimant reported to Dr. Mirchandani, 2/5/20, but Dr. Mirchandani's physical exam was essentially normal. Also, while Dr. Mirchandani did note "Loss of balance with tandem stance" this exam finding alone does not support an impairment that would require restriction and/or limitations. Lastly, the timeframe in question is through 7/1/20 and while Dr. Laughlin did indicate on response letter dated 9/8/20 that claimant had speech therapy telephone follow ups (7/29/20 and 8/20/20), occupational therapy video follow up (8/19/20) and physical therapy video follow up (8/26/20) this documentation was not available to review with documentation within the realm of PM&R/Pain Medicine, stopping at 2/28/20.

Therefore, in conclusion, from 3/18/19 – 5/14/19 the claimant's impairments were of the severity that would preclude functioning outside of activities of daily living.

From 5/15/19 – 7/1/20, and within the realm of PM&R/Pain Medicine, documentation does not support any restrictions and/or limitations.

    a.  **The hours at a time and total hours/workday that the claimant can: sit, stand, walk;**

HART 000612

Paola Choute                                     Re: Jennifer Mueller
September 14, 2020                                 Page 11 of 12

From 5/15/19 – 7/1/20, the claimant has no restrictions and/or limitations in the total hours/workday that she can sit, stand and walk.

**b. Amount of weight the claimant can lift/carry/push/pull, to include frequency;**

From 5/15/19 – 7/1/20, the claimant has no restrictions and/or limitations in the weight that she can lift/carry/push/pull.

**c. Ability to use upper extremities (non-load bearing) to reach above shoulder, at desk/bench level, handle, finger and feel? When answering this question, please list the frequency s/he is able to perform these task (i.e., constantly, frequently, occasionally, and rarely).**

From 5/15/19 – 7/1/20, the claimant has no restrictions and/or limitations regarding use of upper extremities to reach above shoulder, at desk/bench level, handle, finger and feel.

**d. Ability to perform other activities such as drive, climb, bend at waist, balance, kneel/crouch, etc., to include frequency if limited.**

From 5/15/19 – 7/1/20, the claimant has no restrictions and/or limitations in ability to perform other activities including driving, climbing, bending at waist, balance, kneel/crouch, etc.

**2. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.**

N/A. No restrictions and or limitations, within the realm of PM&R/Pain Medicine, are supported from 5/15/19 – 7/1/20.

From 3/18/19-5/14/19 the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living.

**3. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.**

Please refer to answer to question #1.

**Only if your assessment indicates functional capabilities are impaired, address the prognosis for improvement? Please include timeframe for expected improvement and expected degree of improvement.**

From 3/18/19-5/14/19 the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living. Prognosis was good as from 5/15/19-7/1/20, within the realm of PM&R/Pain Medicine, no restrictions and or limitations are supported.

HART 000613

Paola Choute                                                      Re: Jennifer Mueller
September 14, 2020                                                    Page 12 of 12

4.  A comorbid medical consultant review is being requested. Please comment on
    your discussion with the co-reviewer and any conclusions, along with the primary
    diagnosis impacting overall functioning? Please provide ICD 10 code.

    Please refer to the panel call summary.

    Post-concussion syndrome. F07.81

    Peripheral vertigo. H81.39

    Maxillary fracture. S02.401A

Sincerely,

Katherine Herzog, MD
Board Certified PM&R
Board Certified Pain Medicine
Board Certified in Brain Injury Medicine
Missouri License # 2013027011
Illinois License # 036.143502
Texas License # P7647

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. My contract
with R3 and compensation paid to me is not based on support or nonsupport of impairment. There is no
doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All
opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty
and evidence-based medical concepts, considering all the data available at the time of preparation of this
report. I attest that I have a scope of licensure or certification and professional experience that typically
manages the diagnosis(es), procedure, treatment or issue under review. This report is not intended as a
recommendation regarding any decisions on a claim or administrative functions to be made or enforced.
R3 does not make claim decisions and is not informed of any claim decision.*

09/14/2020 4:57:25 PM FAXCOM Anywhere                    PAGE 14    OF 31

Sep/9/2020 4:47:29 PM    Case 3:22-cv-01132-SB    Kaiser Permanente 503885737    Document 14-3    Filed 02/23/23    Page 615 of 936    1/7

**Family Practice**
Dr. Debra Davis
Dr. Louis Liu
Ms. Alexandra Conner, PA
Ms. Karen McClish, NP
Dr. Ritu Manocha
Dr. Laurel Westly
Dr. Sharon Zhu
Dr. Kathleen Laughlin
Dr. Tamir Rogson
Mr. Ryan Cate, PA
Dr. Marcia Diaz
Dr. Marco Valencia
Dr. Donne Nieuwoudt

## KAISER PERMANENTE®

**Tualatin Medical Office**
19185 SW 90th Ave
Tualatin, OR 97062
503-813-2000

**Internal Medicine**
Dr. Ulrike Guempel
Dr. Tin-Zar Aung
Dr. Robert Wendland
Dr. Carmen McCallum

**Pediatrics**
Dr. Shannon Brown
Dr. Robin Leslie
Dr. Michelle Chin
Dr. Hilary Wells
Dr. Amy Callahan

# FAX

Patients Name: _Jennifer Mueller_

Health Record Number: _73745976_

Date: _9/9/20_

To: _R3 Continuum_

Fax: _952-927-7147_

Phone: _____

From: _Dr Laughlin_

Fax #: 503-885-7377

Number of Pages: _____ including Cover Sheet

**Confidentiality:** *Please note that the information contained in this transmission is confidential in nature. The information is to be used for its intended purpose only, and is to be destroyed after the stated need has been filled. This information is not for re-disclosure. Please deliver immediately to the individual indicated above. If you have received this transmission in error, please notify us immediately by telephone and destroy the transmitted documents.*

HART 000615

# ATTENTION CLINICIAN

Date:  08-28-2020

To:     K. LAUGHLIN @ TUA-FP

Location:

Patient:  JENNIFER MUELLER

HRN:   7374 59 76

From:       Release of Information Department (31-5051)

Initials:    LDL

The ROI department is unable to complete the attached form because it requires
your medical opinion.

1. Please complete and sign this form.
2. Send a copy to Medical Records for scanning into HealthConnect.
3. Release the completed form directly to the member via postal mail

Special Instructions:

*Please fax to ( 952 ) 927-714*

## DO NOT RETURN TO THE RELEASE OF INFORMATION DEPARTMENT

ROI Department Clinician Correspondence Cover Letter – Rev 3/18/2020

HART 000616

# Fax

To:                                          From:   Tony Tran
Fax:       5035712624                        Fax:
Company:                                     Voice:


Date:       August 28, 2020
Subject:    Mueller, Jennifer PM&R narr ques ltr Laughlin

Comments:

This fax originated from a Biscom FAXCOM® Fax Server.  Secure Document Delivery - Everytime.  Visit us at www.biscom.com

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | August 28, 2020 | **Claim #:** | 9005440082 |
| **To:** | Kathleen Laughlin, MD | **Fax:** | (503) 571-2624 |
| **Document:** | Narrative-Question Letter | **Phone:** | (503) 571-5051 |
| **From:** | Alina Z. at 866-927-0184 x 2609 | | |
| **Regarding:** | Jennifer Mueller | **DOB:** | REDACTED |

**Number of Pages (including cover sheet): 4**

## FAX COVER SHEET WARNING

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

HART 000618

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

August 28, 2020

**\*\*CONFIDENTIAL\*\***

Kathleen Laughlin, MD                     Re: Jennifer Mueller
Fax: (503) 571-2624                       Claim No: 9005440032
                                          DOB: **REDACTED**

Dear Dr. Laughlin:

I am writing regarding the claim for Disability benefits on Jennifer Mueller. R3 is an independent consulting firm who provides independent medical reviews of disability claims. R3 has been retained to assist in conducting a review of medical records concerning your patient. I attempted to speak with you about her medical condition, but we were not able to connect. Upon review of the information provided, I have some questions to help me assess the functional abilities of your patient.

The information is time-sensitive. **Please respond to the questions in this letter, sign, and fax back (952-927-7147) within five business days from the date of this letter.** I appreciate your time and attention to this matter.

SUMMARY OF FINDINGS:
The claimant is a 47-year-old female who on 3/18/19 suffered a traumatic brain injury when she was involved in a bicycle vs bicycle collision. I am evaluating this from a physical functional standpoint as the co-reviewer is focusing on cognitive limitations. Given the diagnoses of disorder of refraction, binocular vision disorder, photophobia and convergence insufficiency this case also needs to be reviewed by a Neuro-Ophthalmologist.

Based on a review of the provided data and within the realm of PM&R/Pain Medicine, it is the reviewer's opinion within a reasonable degree of clinical probability that the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living 3/18/19-5/14/19.

From 5/15/19 – 9/13/19 and 9/14/19 - 7/1/20, and within the realm of PM&R/Pain Medicine, the documentation does not support any restrictions and/or limitations. While the claimant continued to report symptoms (example, on 7/25/19, noted to Dr. Laughlin that she was having neck pain and headaches) her visits with Dr. Laughlin (7/25/19, 8/23/19, 11/18/19, 12/23/19 and 2/28/20) were only telephone visits, did not include physical exams and no changes to treatment occurred. This information has resulted in this reviewer opining that the claimant's condition was stable. One might argue that the claimant was continuing treatment with Speech Therapy and Occupational Therapy but during this timeframe the claimant only saw Speech Therapy 1x (6/12/19) and had a telephone conversation 8/14/19, at which time Speech Therapy

HART 000619

Kathleen Laughlin, MD                              Re: Jennifer Mueller
August 28, 2020                                    Page 3 of 4

recommended she continue to work with Occupational Therapy and follow-up only if she had difficulty with home program. Similarly, Occupational Therapy visits were sparse and claimant was discharged on 9/20/19. The claimant was seen by Dr. Stelmack, 4/11/19, with diagnosis of post-concussion syndrome but did not trial recommended medication (amantadine) nor follow-up leading this reviewer to opine that claimant was stable. Furthermore, while the claimant was seen by Dr. Mirchandani, 2/5/20, there was never a follow-up visit and despite Dr. Mirchandani recommending follow-up with PCP for headache medication management this was not discussed during telephone visit with Dr. Laughlin, 2/20/20. Lastly, the timeframe in question is through 7/1/20 but documentation, within the realm of PM&R/Pain Medicine, stopped 2/28/20 leading this reviewer to opine that claimant was stable.

Therefore, in conclusion, from 3/18/19 – 5/14/19 the claimant's impairments were of the severity that would preclude functioning outside of activities of daily living.

From 5/15/19 – 7/1/20, and within the realm of PM&R/Pain Medicine, documentation does not support any restrictions and/or limitations.

**QUESTIONS:**

1. When was the last time Dr. Mueller was seen in person? How was she doing at that time?

    *2/5/2020 by Dr. Mirchandani, physiatrist — pt. continued to have fatigue, decreased stamina, slower executive function, word finding difficulties, headaches, difficulty concentrating and hypersomnia*

2. Since 2/28/20 has the claimant received in further medical care (physicians, therapy, testing, etc)? If yes, what?

    *7/29/20 speech therapy - telephone follow up*
    *7/31/20 video visit — physiatry doctor follow up*
    *8/19/20 occupational therapy — video visit follow up*
    *8/20/20 speech therapy — telephone follow up*
    *8/26/20 physical therapy — videovisit follow up*

    *see below*

3. On 7/25/19, the Dr. Mueller reported to you she was "Doing some driving, but not driving on freeway." On 8/14/19, she reported to Speech Therapy she was "still not driving" and then on 2/28/20 she reported to Speech Therapy she was "Only driving occasionally, and staying in neighborhood." Are you able to comment on these inconsistencies?

    *No, I cannot provide further insights into this*

*Because of the pandemic, all departments are trying to minimize in-person follow up appointments*

HART 000620

Kathleen Laughlin, MD                                    Re: Jennifer Mueller
August 28, 2020                                              Page 4 of 4

_Kathleen Laughlin (signature)_            _8 September 2020_

Kathleen Laughlin, MD                      Date

**\*\*\*Please fax completed responses to R3 at 952-927-7147**

I appreciate your assistance.

Sincerely,

_(signature)_

Katherine Herzog, MD
Board Certified PM&R
Board Certified Pain Medicine
Board Certified in Brain Injury Medicine
Missouri License # 2013027011
Illinois License # 036.143502
Texas License # P7647

HART 000621

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

September 14, 2020                    **CONFIDENTIAL**

Paola Choute
The Hartford
GB West

Re: Jennifer Mueller
Claim No: 9005440032
Web ID: 667444

Dear Paola Choute:

We have received and processed the referral of the file on Jennifer Mueller for the purpose of file review and provider contact. All records provided by The Hartford were reviewed. Services have been completed on this file, and below is a summary of findings and conclusions.

## CONCLUSION
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that the medical records do not substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19 as well as 09/14/19 through 07/01/20.

## REFERRAL INFORMATION
Age (DOB) **REDACTED**
Gender: Female
DOD: 03/18/2019
Listed attending physician (s): Bruce Stelmack, DO, Physiatry and Kathleen Laughlin, MD, Family Medicine
Diagnoses listed on referral: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo and maxillary fracture

## RECORDS LIST
**What follows is an outline of the records reviewed to prepare for this report:**
1. **Attending Physician Statements completed by:**
   a. **Bruce Stelmack, DO, Physiatry, dated 4/15/19**
   b. **Kathleen Laughlin, MD, Family Medicine, dated 5/6/19 through 12/23/19**
   c. **Brandie Sims, ROI Trainer, on behalf of Dr. Laughlin, dated 5/6/19**
   d. **Unsigned Provider, undated**
2. **Medical Records, Correspondence and/or Consultations completed by Kaiser Permanente, dated 3/22/19 through 3/4/20**
3. **Independent Evaluations completed by Christopher Tongue, PhD, Clinical Psychology, dated 3/13/20**
4. **Client Internal Claim Review Notes/Interviews**
5. **Client Documents**
6. **Miscellaneous Documents**
7. **Authorization**

Paola Choute                                                      Re: Jennifer Mueller
September 14, 2020                                                Page 2 of 8

**PROVIDER CONTACT WITH BRUCE STELMACK, DO, PHYSIATRY**
8/26/2020 advised that R3 Continuum learned that Dr. Stelmack he no longer works at the facility and is now retired. The new doctor who is taking over care for the claimant is also leaving the facility on 8/31/20. is no longer with the practice.

**PROVIDER CONTACT WITH KATHLEEN LAUGHLIN, MD, FAMILY MEDICINE**
08/26/2020 at 3:00pm EST- I talked to Susan who instructed me to fax the questions. Please refer to attached appendix.

**PANEL CALL**
Per Dr. Herzog, the claimant does have impairment of the severity that would preclude her from functioning outside of basic activities of daily living from 3/18/19-5/14/19. Dr. Herzog opined that the inability to function outside of activities of daily living should extend through 5/14/19 as the claimant did not have initial visit with Speech Therapy until 4/29/19 at which time home exercises were provided and then follow-up visit on 5/14/19 where compensatory strategies were addressed. From 5/15/19 – 9/13/19 and 9/14/19-7/1/20, and within the realm of PM&R/Pain Medicine, the documentation does not support any restrictions and/or limitations.

Dr. Getz began by stating that the medical records do not substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19 as well as 09/14/19 through 07/01/20. Dr. Getz noted that although the claimant endorsed experiencing cognitive symptoms, including difficulties with attention, multitasking and word finding, to her treatment providers at various points subsequent to the bicycle incident, she was consistently assessed as having normal mental status examinations by her providers.

**CASE SUMMARY**
The entirety of the medical records was reviewed. Below are the records primarily within my scope of specialization and during the timeframe in question of 03/18/19 through 09/13/19 and from 9/14/19-7/1/20.

Several attending physician statements were reviewed. An attending physician statement date 4/15/19 signed by Bruce Stelmack D.O., Physiatry, revealed that the claimant was diagnosed with postconcussion syndrome, insomnia, mild cognitive impairment and peripheral vertigo. Subjective symptoms endorsed by the claimant included ongoing fatigue, photophobia, reduced tolerance to read or screen time, vertigo, and inability to return to driving or work. An attending physician statement dated 5/6/19 signed by Kathleen Laughlin, M.D., Family Medicine, revealed that the claimant was placed off from work from 3/18/19 through 5/19/19 due to incapacitating injury or pain. Dr. Laughlin noted that the examinee was deemed to be able to return to full work capacity on 6/3/19. On 9/13/19, Dr. Laughlin noted that the claimant was diagnosed with post-concussion syndrome and recurrent major depression. Subjective symptoms included fatigue, photophobia, headache, word finding difficulties and decreased interest in reading. It was noted that the claimant was prescribed Wellbutrin and Duloxetine. Dr. Laughlin opined that the claimant did not have a psychiatric/cognitive impairment. A statement from Dr. Laughlin dated 2/13/2020 revealed that the claimant was authorized to work for 4 hours per day, 5 days per week. It was anticipated that she could return to work at full capacity on 7/2/2020. A record dated 5/6/19 signed by Brandie Sims, ROI trainer, on behalf of Dr. Laughlin revealed that the claimant

Paola Choute                                                    Re: Jennifer Mueller
September 14, 2020                                                   Page 3 of 8

was diagnosed with post-concussion syndrome, nausea, visual disturbance and cognitive linguistic dysfunction.

An unsigned and undated attending physician statement revealed that the claimant was diagnosed with postconcussion syndrome.

Kaiser Permanente medical records dated 3/22/19 through 3/4/20 signed by multiple providers were reviewed. On 3/22/19, Dr. Laughlin noted that the claimant was involved in a bicycle incident on 3/18/19 where "another bike T-boned her bike and she flew off bike landing on face the right side of body – loss of consciousness at scene, quite a bit of amnesia in the hours after the accident [sic]." It was noted that the claimant had been transported to the hospital for further evaluation where she was diagnosed with concussion, right maxillary fracture and contusion. Dr. Laughlin diagnosed the claimant with postconcussion syndrome on 3/22/19. It was noted that the claimant endorsed being tired with decreased concentration and "decreased brain power." The claimant endorsed that she began taking her husband's Cymbalta several weeks prior to the incident because of persistent depression. She noted marked improvement in symptoms, and that she was "a bit more antsy on both the Wellbutrin and Cymbalta." Her medication regimen also included Levothyroxine. Dr. Laughlin assessed the claimant as being alert and oriented, with normal speech and a normal mental status examination. In addition to postconcussion syndrome, the claimant was diagnosed with major depressive disorder, recurrent episode, in full remission with a seasonal pattern. On 04/11/19, Dr. Laughlin noted that the claimant endorsed improvement in symptoms, but continued difficulty with concentration. She denied mood symptoms. On 7/25/19, it was noted that the claimant reported being "definitely better" and that she was seeing 6 patients daily. There were times she felt very tired and had difficulty concentrating. She was wearing special glasses that "really helped" with photosensitivity and double vision. On 8/23/19, Dr. Laughlin noted that the claimant's father had passed away the previous week and that she was experiencing bereavement. On 11/18/19, the claimant endorsed seeing 8-9 patients per half day. Difficulties with multi-tasking were endorsed. She was planning a trip to Disneyland in December. On 12/23/19, the claimant endorsed feeling slower and running farther behind after returning from Disneyland. Medication to help her focus was discussed. It was noted that the claimant was "working with a counselor regularly." On 2/20/2020, Dr. Laughlin noted that the claimant endorsed decreased stamina, problems with executive function, multitasking and light sensitivity. She was scheduled for neuropsychological testing on 3/8/2020.

On 3/26/19, Dr. Stelmack diagnosed the claimant with traumatic brain injury (TBI) sequela, ataxia, and mild cognitive impairment. It was noted that the claimant had sustained a recent concussion with loss of consciousness followed by a period of amnesia. Dr. Stelmack assessed the claimant's mental status as being normal. Dr. Stelmack's note included the claimant's head CT scan report dated 3/18/19 which was interpreted as revealing no acute intracranial abnormalities. A note dated 4/11/19 revealed that the claimant endorsed wearing a helmet during the bicycle incident. She attempted to return to work recently for 2 hours but was very limited with slow processing and unable to accomplish tasks. She worked as a family practice physician. The claimant's active problems list included major depressive disorder in full remission, anxiety, migraines with aura, hypothyroidism and postconcussion syndrome. She was assessed as being alert and fluent, with intact recent and remote memory, reasoning and judgment. She was able to spell "WORLD" forward and backward "with ease." Serial sevens were intact. She was able to recall 3 out of 3 items at a 3-minute interval quickly. Dr. Stelmack

HART 000624

Paola Choute                                                          Re: Jennifer Mueller
September 14, 2020                                                    Page 4 of 8

diagnosed the claimant with postconcussion syndrome with photophobia, peripheral vertigo, fatigue and eye movement disorder.

An occupational therapy note dated 4/8/19 signed by Kathryn Jane Chaimov, OT, revealed that the claimant's subjective report and objective findings were consistent with visual sensitivity, fatigue, impaired concentration and processing speed, and concern about convergence insufficiency status post concussion. The claimant endorsed that her symptoms had improved but were still present. She was able to watch a Star Wars movie. She scored a 28 on a postconcussion symptoms questionnaire. Ms. Chaimov assessed the claimant's cognitive functioning as being grossly intact. On 4/25/19, it was noted that the claimant was progressing toward her goals as anticipated, "but not at her previous level of functioning." She continued to have light sensitivity and impaired ability to use the computer and read. Steady gains with improved ability to read and use the computer before being limited by her symptoms was noted on 5/8/19 by Fernando Chiang, OT. On 7/31/19, Jane Malone, OT, noted that the claimant endorsed that reading was still challenging. The claimant had been addressing her mental health and felt supported by her family and current counselor.

All physical therapy notes dated 4/17/19 through were reviewed. It was noted that the claimant's comorbidities included depression and concussion.

A speech language pathology noted dated 4/29/19 signed by Abigail Cary, SP, revealed that the claimant's subjective report and objective findings were consistent with postconcussion syndrome, including changes from baseline in word-finding, attention and memory. It was noted that the claimant was assessed as being 100% intelligible in conversation, oriented, responding to auditory comprehension questions with 100% accuracy, fluent and organized in verbal expression, accurate with reading comprehension, neat and cohesive in written expression, "10)% [sic]" accurate with verbal reasoning and attention, and 100% accurate with immediate memory. She was diagnosed with cognitive linguistic dysfunction. The claimant was assessed as progressing on 5/14/19. On 6/12/2019, Ms. Cary noted that the claimant endorsed working for 5 half days per week. It was noted that "when she's at work she feels like her brain is doing what it needs to do." She was discouraged by increased fatigue. Ms. Cary opined that the claimant's cognition was progressively improving. On 8/4/19, Ms. Cary noted that the claimant had slowly resolving postconcussion syndrome. She assessed the claimant's speech and cognition as being grossly within normal limits, "but may be impacted by other post-concussive symptoms such as fatigue, pain, stress, cognitive-overload."

On 5/25/19, Cecilia Muraki, O.D., noted that the claimant had vision problems and diagnosed her with postconcussion syndrome, binocular vision disorder, convergence insufficiency and photophobia. On 9/11/19, Dr. Muraki noted that the claimant's vergence and fusion were at baseline when wearing glasses with no prism. On 11/11/19, she was discharged from vision remediation with OT.

On 2/5/2020, Mona Mirchandani, D.O., assessed the claimant as having fluent speech and intact comprehension, repetition and naming. Her mental status examination was intact. It was noted that the claimant continued to endorsed fatigue, low energy/decreased stamina, slower executive function, word finding difficulties, headaches, difficulties concentrating and sleeping too much. It was opined that her poor sleep and stress were likely confounding her symptoms of postconcussion syndrome.

HART 000625

Paola Choute                                                    Re: Jennifer Mueller
September 14, 2020                                                      Page 5 of 8

A neuropsychological evaluation report dated 3/13/2020 signed by Christopher Tongue, Ph.D., a psychologist, revealed that the claimant was administered the Wechsler Adult Intelligence Scale-IV, Wide Range Assessment of Memory and Learning-2, Grooved Pegboard Test, Boston Naming Test, subtests from the Delis-Kaplan Executive Function System (Trail Making Test, Verbal Fluency Test and Color/Word Interference), Wisconsin Card Sorting Test-Computer Version 4 and Personality Assessment Inventory. Dr. Tongue noted that the claimant appeared to make her best effort on test tasks, and that results obtained from psychometric assessment can be presumed to provide an accurate picture of her functioning. The claimant's performance revealed very superior overall intellectual functioning. There was no deficit in fine motor control or motor speed. It was noted that tests examining language abilities, including confrontation naming and oral fluency and verbal retrieval fell within normal limits, "generally in the high average to above average range." Dr. Tongue reported that the claimant's performance on tasks of attention, concentration, working memory and sequential reasoning were within normal limits, with superior performance on visually based tasks of constructional ability and visually based reasoning and mental modeling. There was no deficit in abstract reasoning, fund of information, response inhibition, mental flexibility and set shifting. She demonstrated high average to superior performance on verbal and visual memory tasks. The results from the PAI were reported as revealing no acute mood or anxiety disorder symptoms. There was no indication of somatic symptoms syndrome or conversion disorder. Overall, Dr. Tongue opined that the claimant was "suffering from a post-concussive syndrome" from multifactorial influences. She was also diagnosed with a major depressive disorder, recurrent, in partial remission. He noted that approximately 10% of people with mild uncomplicated TBI continue to complain of headache with mental effort and fatigue one year following their injury. Dr. Tongue opined that the claimant appeared to be part of that 10% of people secondary to her bicycle collision. Dr. Tongue noted that the claimant was seen for a counseling session to discuss the results of the evaluation. It was reported that he claimant "was both relieved and concerned that neuropsychological testing did not show any evidence of deficit, given her subjective experience." Mental health services of continued counseling and psychiatry consultations were recommended.

All client internal claim review notes/interviews, client documents, miscellaneous documents and authorizations were reviewed.

## QUESTIONS/ANALYSIS
The below questions are answered for the timeframe of 3/18/19-9/13/19 and 9/14/19-7/1/20, in full consideration of the totality of all clinical evidence provided for this review:

1. **Based on the totality of the evidence provided 3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone, does the totality of the evidence substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity? Please describe what work activities are limited, to what degree and how you came to your conclusion.**

   Based upon my review of the provided records, the totality of the evidence does not, within a reasonable degree of clinical probability, substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19 and 9/14/19 through 07/1/20. Although the claimant endorsed experiencing cognitive symptoms, including difficulties with attention, multitasking and word finding, to her treatment providers at various points subsequent to

HART 000626

the bicycle incident, she was consistently assessed as having normal mental status examinations by her providers. Findings from a speech language pathology assessment completed by Mr. Cary on 4/29/19 revealed that the claimant's results were entirely intact with 100% accuracy in a number of domains.

Based upon my review of Dr. Tongue's 03/13/2020 evaluation report that included scores embedded within the report, his evaluation did not include any stand-alone performance validity measures or a sufficient number of embedded performance validity measures to be consistent with neuropsychology industry standards examining effort (Bush et al., 2005; Heilbronner et al., 2009). While the interpretation of the evaluation results as being valid is called into question due to the lack of performance validity measures administered, the findings from the evaluation still revealed performance that fell between the average and exceptionally high ranges. This is inconsistent with an individual experiencing severe quantified cognitive symptoms and impairment in function sufficient to limit work activity.

2.  If you are of the opinion there are cognitive impairments impacting functional work abilities, please comment on the origin of these complaints (i.e. if they are due to psychiatric symptoms or related to an organic etiology).

    Not applicable.

3.  Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.

    Not applicable.

4.  Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.

    Not applicable.

5.  Address any issues with validity, possible malingering, exaggeration, and/or symptom magnification within the testing data and outcome. Please explain.

    Based upon my review of Dr. Tongue's 3/13/2020 neuropsychological evaluation report, there was no information provided to support, within a reasonable degree of clinical probability, that his evaluation met clinical neuropsychology industry standards regarding the evaluation of performance and symptom validity by administering at least one stand-alone and multiple performance validity measures throughout the evaluation (Bush et al., 2005; Heilbronner et al., 2009). Based upon my review of the administered battery and the summary of results, two embedded measures of performance validity (Digit Span from the WAIS-IV and FMS from the WCST) were administered. There was insufficient information contained within the report in order to determine if the claimant's performance on these tasks revealed adequate effort. Regardless, interpreting performance as revealing sufficient effort based upon the administration of two

Paola Choute                                                    Re: Jennifer Mueller
September 14, 2020                                              Page 7 of 8

embedded performance validity tasks is inconsistent with neuropsychology position
statements and industry standards.

There was no evidence contained within medical records to support that the claimant
completed any stand-alone measures examining symptom validity to ensure to assess
for symptom magnification or exaggeration. Dr. Tongue noted that the claimant
completed the Personality Assessment Inventory as part of the 3/13/2020 evaluation.
This measure contains several symptom validity scales embedded within the measure.
Dr. Tongue did not provide information related to the findings from the validity scales
aside from indicating that the profile was entirely within normal limits. While symptom
validity was not thoroughly evaluated to be consistent with a medico-legal evaluation,
there was no indication of clinically elevated findings to suggest the presence of
symptom magnification.

6.   **What is the prognosis for further improvement and timeframe for expected
     improvement?**

     The claimant endorsed experiencing headaches and fatigue after engaging in activities,
     such as when working part time or when traveling to Disneyland, that were reported to
     affect aspects of her cognitive functioning. Opinions regarding improvement in
     physiological symptoms must be provided by a physician, as this is outside the scope of
     my area of expertise. Although the claimant endorsed subjective cognitive complaints at
     times, formal neuropsychological testing was intact. As such, the prognosis is good as
     the claimant has demonstrated strong cognitive abilities on formal testing and there is no
     evidence substantiate cognitive impairment.

7.   **A comorbid medical consultant review is being requested. Please comment on
     your discussion with the co-reviewer and any conclusions, along with the primary
     diagnosis impacting overall functioning? Please provide ICD 10 code.**

     Impairment is not supported. Please refer to the panel call summary.

Sincerely,

Glen Getz, PhD, ABPN
Licensed Psychologist
Board Certified Clinical Neuropsychologist
Pennsylvania License #PS015998

---

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. My contract
with R3 and compensation paid to me is not based on support or nonsupport of impairment. There is no
doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All
opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty
and evidence-based medical concepts, considering all the data available at the time of preparation of this
report. I attest that I have a scope of licensure or certification and professional experience that typically*

Paola Choute                                              Re: Jennifer Mueller
September 14, 2020                                              Page 8 of 8

*manages the diagnosis(es), procedure, treatment or issue under review. This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. R3 does not make claim decisions and is not informed of any claim decision.*

HART 000629

# R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
Office@R3c.com

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | August 28, 2020 | **Claim #:** | **9005440032** |
| **To:** | Kathleen Laughlin, MD | **Fax:** | (503) 571-2624 |
| **Document:** | Narrative-Question Letter | **Phone:** | (503) 571-5051 |
| **From:** | Alina Z. at 866-927-0184 x 2609 | | |
| **Regarding:** | Jennifer Mueller | **DOB:** | **REDACTED** |

**Number of Pages (including cover sheet): 3**

```
-------Fax Transmission Report-------

To:             Recipient at 5035712624
Subject:        Mueller, Jennifer NEUROPSYCH narr ques ltr Laughlin
Result:         The transmission was successful.
Explanation:    All Pages Ok
Pages Sent:     4
Connect Time:   1 minutes, 6 seconds
Transmit Time:  08/28/2020 17:07
Transfer Rate:  14400
Status Code:    0000
Retry Count:    0
Job Id:         982
Unique Id:      FAXCOM_Main_Queue_2008282107220403
Fax Line:       23
Fax Server:     fp-mawa5.faxcomanywhere.com
```

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above.  This message may be a communication of which and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by phone and return the original to us by mail.  Thank you.

HART 000630



952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

August 28, 2020

**\*\*CONFIDENTIAL\*\***

Kathleen Laughlin, MD                           Re: Jennifer Mueller
Fax: (503) 571-2624                             Claim No: 9005440032
                                                DOB: **REDACTED**

Dear Dr. Laughlin:

I am writing regarding the claim for Disability benefits on Jennifer Mueller. R3 is an independent consulting firm who provides independent medical reviews of disability claims. R3 has been retained to assist in conducting a review of medical records concerning your patient. I attempted to speak with you about her psychiatric condition and was instructed to fax questions in lieu of a phone call. Upon review of the information provided, I have some questions to help me assess the functional abilities of your patient.

The information is time-sensitive. **Please respond to the questions in this letter, sign, and fax back (952-927-7147) within *five* business days from the date of this letter. I appreciate your time and attention to this matter.**

SUMMARY OF FINDINGS:
Based on a review of the provided data as summarized and analyzed below, I opined, within a reasonable degree of clinical probability, that the medical records do not substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity from 03/18/19 through 09/13/19, as well as 09/14/19 through 07/01/20. Specifically, my review found that although the claimant endorsed experiencing cognitive symptoms, she was consistently assessed as having normal mental status examinations by her providers. Findings from a speech language pathology assessment completed on 4/29/19 revealed that the claimant's results were entirely intact with 100% accuracy in a number of domains. A formal neuropsychological evaluation upon my review of Dr. Tongue's evaluation did not include performance validity measures, but still revealed performance that fell between the average and exceptionally high ranges. This is inconsistent with an individual experiencing severe quantified cognitive symptoms and impairment in function sufficient to limit work activity.

QUESTIONS:

1.  **Do you believe that the claimant has cognitive deficits?**

2.  **If you do believe that the claimant has cognitive deficits, what do you base your opinion on?**

Kathleen Laughlin, MD                                    Re: Jennifer Mueller
August 28, 2020                                              Page 3 of 3

3.  Is there any formal assessment supporting quantified cognitive symptoms?

4.  Does the claimant have an impairment in terms of functional abilities? If so, what
    are her functional abilities?

5.  If the claimant does have functional impairment or cognitive deficits, what
    treatment do you recommend?

6.  Has there been any formal assessment of exaggeration or over-reporting of
    symptoms? If so, what were the results?

_____          _____
Kathleen Laughlin, MD                      Date

### ***Please fax completed responses to R3 at 952-927-7147

I appreciate your assistance.

Sincerely,

Glen Getz, PhD, ABPN
Licensed Psychologist
Board Certified Clinical Neuropsychologist
Pennsylvania License #PS015998

# Fax

| | | | |
|---|---|---|---|
| To: | | From: | Tony Tran |
| Fax: | 8778539664 | Fax: | |
| Company: | | Voice: | |

Date:      September 14, 2020
Subject:   Attn Paola Choute

Comments:

---

Tony Tran
Quality Assurance Specialist

[QR code with language]<http://l.ead.me/bayWTV>

[cid:image002.jpg@01D68AAF.AB2CACF0]
Phone: 952-641-0621
Email: tony.tran@R3c.com<mailto:tony.tran@R3c.com>

Visit us at R3c.com<http://www.r3c.com/>!

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3c.com<mailto:Office@R3c.com> and destroy all copies of the original message.

# Ryan Tolbert-Medical Packet Content List

**Insured/Claimant Name: <span style="color:red">Jennifer Mueller</span>**

**Insured ID: <span style="color:red">9005440032</span>**

**<u>Medical</u>**

1. MR – Work status report: RRTW 07/02/2020
2. MR-Kaiser Records 03/22/2019-03/04/2020
3. MR-Neuropsych eval 3/13/20
4. MR-OV 3/22 , 4/11 CT
5. MR-kaiser off work 3/18 – 5/19

**<u>Forms</u>**

1. APS –Electronic APS signed by Dr. Laughlin, unclear who completed HIG APS.
2. APS-undated
3. APS-LOV 5/2 NOV 5/21 may rtw 4 hours per day 5/20- - 62 signed Dr Sims for Dr Laughlin
4. APS-Reduced hours 10/1/19 - 13/31/19 LOC 7/31 NOV 9/11 signed Dr laughlin on 8/13

**<u>Phone Calls</u>**

1. LTD/PW Claimant Interview-07/23/2020 between claimant and examiner

© 2020 by The Hartford. Classification: Highly Restricted for use by authorized individuals only. No part of this document may be reproduced, published or used without the permission of The Hartford.

HART 000634

# Ryan Tolbert-Medical Packet Content List

**Insured/Claimant Name: Jennifer Mueller**

**Insured ID: 9005440032**

**Medical**

1. MR – Work status report: RRTW 07/02/2020
2. MR-Kaiser Records 03/22/2019-03/04/2020
3. MR-Neuropsych eval 3/13/20
4. MR-OV 3/22 , 4/11 CT
5. MR-kaiser off work 3/18 – 5/19

**Forms**

1. APS –Electronic APS signed by Dr. Laughlin, unclear who completed HIG APS.
2. APS-undated
3. APS-LOV 5/2 NOV 5/21 may rtw 4 hours per day 5/20- - 62 signed Dr Sims for Dr Laughlin
4. APS-Reduced hours 10/1/19 - 13/31/19 LOC 7/31 NOV 9/11 signed Dr laughlin on 8/13

**Phone Calls**

1. LTD/PW Claimant Interview-07/23/2020 between claimant and examiner

© 2020 by The Hartford. Classification: Highly Restricted for use by authorized individuals only. No part of this document may be reproduced, published or used without the permission of The Hartford.

## Medical Consultant Cover Letter & Referral Form



Claimant Name: <u>Jennifer Mueller</u>
Insured ID: <u>9005440032</u>

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Based on the totality of the evidence provided  3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone, does the totality of the evidence substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity?  Please describe what work activities are limited, to what degree and how you came to your conclusion.
2. If you are of the opinion there are cognitive impairments impacting functional work abilities, please comment on the origin of these complaints (i.e. if they are due to psychiatric symptoms or related to an organic etiology).
3. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.
4. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.
5. Address any issues with validity, possible malingering, exaggeration, and/or symptom magnification within the testing data and outcome. Please explain.
6. What is the prognosis for further improvement and timeframe for expected improvement?
7.  A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.


In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available.  If at all possible, schedule an appointment to discuss the claim with the providers.

---

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions.  Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

- Please do not develop a return to work plan unless specifically requested to do so.

---

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

10/2017

**Medical Consultant Cover Letter & Referral Form**

- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc. without addressing specific restrictions/limitation which are not outlined in the DOL definition.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day.  Example:  walk 1 hour at a time for a maximum of 5 hours/day.

**Medical Consultant Cover Letter & Referral Form**



| Vendor Name: | Date: 8/13/20 |
|---|---|

Service Requested: Medical Consultant Review    Medical Specialty(ies) Requested: Neuropsych
*See service specific information under service heading below*

| Videotape/CD Enclosed: ☐ Yes  ☐ No | Hours:  Minutes: |
|---|---|
| Medical Records Enclosed: ☐ Yes  ☐ No | Pages:  Inches: |
| ☐ Priority – indicate requested completion date: | ☒ Co-Morbid |
| ☐ Addendum | ☐ Clarification |
| Prior Medical Consultant Review ☐  Date : | Name of Prior Medical Consultant: |

Specialty of Prior Medical Consultant :

- All medical records as of the date of this referral are enclosed, including claimant's most recent self-reported statements of functionality.
- To maintain objectivity, any medical consultant reviews are not enclosed.
- Signed authorization from the claimant included

## Claimant Information

| Claimant Name: Jennifer Mueller | Date of Birth: REDACTED |
|---|---|
| Address: (Street, City, State & Zip Code) 4404 SW Carson St Portland OR 97219 | Telephone Number: 2184280953 |
| Insured ID Number: 9005440032 | Date Last Worked: 3/16/19 | Date of Disability: 3/18/19 |

Employer: Northwest Permanente PC

☐ STD  ☒ LTD  ☐ AD&D  ☐ Premium Waiver

## Attorney Representation

Does Claimant have Attorney Representation: ☐ Yes    ☒ No
If Yes, Provide Attorney Contact Information:

## Medical Information

| Primary Diagnosis: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo, and Maxillary Fracture | Secondary Diagnosis: _____ |
|---|---|
| Primary Attending Physician's Name: Dr Laughlin | Physician Specialty: Fam Med |
| Phone Number: 5035715051 | Fax Number: 5035712624 |

**Other Treating Physicians: (if applicable)**

| Physician's Name: Dr Bruce Stelmack | Physician Specialty: Physiatry |
|---|---|
| Phone Number: 503 571 5051 | Fax Number: 503 571 2624 |

## Referral Source Information

| Referral Source Name: Paola Choute RN | Telephone/Extension: 954 595 5522 |
|---|---|
| Referral Source E-mail Address: paola.choute@thehartford.com | Office claim file originates from: GB West |
| Mailing Address: (Street, City, State & Zip Code) _____ | |
| Vendor Coordinator Name: Ryan Tolbert | Vendor Coordinator E-mail Address: Gclaimclinicalvendorcoordinator@groupclaims.com |

Deliver Report and Invoice to the following Fax Number:    Fax Number: (877) 853-9664

Medical Consultant Cover Letter & Referral Form



## NO FINANCIAL CONFLICT OF INTEREST STATEMENT

All claims and appeals for disability benefits are to be adjudicated in a manner designed to ensure the independence and impartiality of the persons supporting or involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, or other similar matters with respect to any business or individual (including medical or vocational experts) will not be made based upon the likelihood that the business or individual will support the denial of benefits.

We contract with third-party medical vendors (the "Vendor(s)") to arrange reviews of claimants' medical conditions and records and/or claimant medical examinations. As part of these services, we request an independent review be conducted by a physician within a particular medical specialty, but the Vendor assigns physician(s) with the appropriate medical certification, specialty, or skill to provide the service(s) requested by us. Neither the Vendor nor the reviewing or examining physician(s) is responsible for deciding whether a claimant is Disabled as defined by the insurance policy or is entitled to insurance benefits. The role of the reviewing or examining physician(s) is to provide an objective medical opinion.

All payments made by us to Vendors are made in the normal course of business as compensation for services rendered. Our contract is with the Vendor, and we issue payment directly to the Vendor for services rendered by the reviewing or examining physician(s). We do not communicate directly with and pay no compensation directly to the reviewing or examining physician(s) employed by, retained by, or affiliated with a Vendor. The Hartford's claims personnel have no affiliation, financial or otherwise, with the Vendors or the reviewing or examining physician(s).

# Medical Consultant Cover Letter & Referral Form



Claimant Name: <u>Jennifer Mueller</u>
Insured ID: <u>9005440032</u>

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Based on the totality of the evidence provided  3/18/19-9/13/19 and 9/14/19-7/1/20 from a cognitive perspective alone, does the totality of the evidence substantiate severe observed or quantified cognitive symptoms and impairment in function sufficient to limit work activity?  Please describe what work activities are limited, to what degree and how you came to your conclusion.
2. If you are of the opinion there are cognitive impairments impacting functional work abilities, please comment on the origin of these complaints (i.e. if they are due to psychiatric symptoms or related to an organic etiology).
3. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.
4. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.
5. Address any issues with validity, possible malingering, exaggeration, and/or symptom magnification within the testing data and outcome. Please explain.
6. What is the prognosis for further improvement and timeframe for expected improvement?
7.  A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.

In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available.  If at all possible, schedule an appointment to discuss the claim with the providers.

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions.  Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

- Please do not develop a return to work plan unless specifically requested to do so.

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.
10/2017



## Medical Consultant Cover Letter & Referral Form

Claimant Name: <u>Jennifer Mueller</u>
Insured ID: <u>9005440032</u>

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Based on the totality of the evidence provided address 3/18/19-9/13/19 and 9/14/19-7/1/20 functional abilities, restrictions and limitations for the activities listed below (only if applicable), noting that we will conclude there are no restrictions on the activity unless specified in your report. Include rationale for any restrictions and limitations.
* The hours at a time and total hours/workday that the claimant can: sit, stand, walk;
* Amount of weight the claimant can lift/carry/push/pull, to include frequency;
* Ability to use upper extremities (non-load bearing) to reach above shoulder, at desk/bench level, handle, finger and feel? When answering this question, please list the frequency s/he is able to perform these task (i.e., constantly, frequently, occasionally, and rarely).
* Ability to perform other activities such as drive, climb, bend at waist, balance, kneel/crouch, etc., to include frequency if limited.
2. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.
3. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.
4. Only if your assessment indicates functional capabilities are impaired, address the prognosis for improvement? Please include timeframe for expected improvement and expected degree of improvement.
5. A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.

In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available. If at all possible, schedule an appointment to discuss the claim with the providers.

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions. Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

**Medical Consultant Cover Letter & Referral Form**



- Please do not develop a return to work plan unless specifically requested to do so.

- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc. without addressing specific restrictions/limitation which are not outlined in the DOL definition.

- Address sit/stand/walk function in terms of hours of activity at one time and hours per day.  Example:  walk 1 hour at a time for a maximum of 5 hours/day.

# Medical Consultant Cover Letter & Referral Form


THE HARTFORD

| | |
|---|---|
| **Vendor Name:** | **Date: 8/13/20** |

| |
|---|
| Service Requested: Medical Consultant Review    Medical  Specialty(ies) Requested: PMR with head injury/concussion subspecialty<br>*See service specific information under service heading below* |

| | | |
|---|---|---|
| Videotape/CD Enclosed: ☐ Yes    ☐ No | Hours: | Minutes: |
| Medical Records Enclosed: ☐ Yes    ☐ No | Pages: | Inches: |
| ☐ Priority – indicate requested completion date: | ☒ Co-Morbid | |
| ☐ Addendum | ☐ Clarification | |
| Prior Medical Consultant Review ☐    Date : | Name of Prior Medical Consultant: | |
| Specialty of Prior  Medical Consultant : | | |

- All medical records as of the date of this referral are enclosed, including claimant's most recent self-reported statements of functionality.
- To maintain objectivity, any medical consultant reviews are not enclosed.
- Signed authorization from the claimant included

## Claimant Information

| | |
|---|---|
| **Claimant Name:** Jennifer Mueller | Date of Birth: REDACTED |
| Address: (Street, City, State & Zip Code)<br>4404 SW Carson St Portland OR 97219 | Telephone Number: 2184280953 |
| Insured ID Number: 9005440032 | Date Last Worked: 3/16/19 | Date of Disability: 3/18/19 |
| Employer: Northwest Permanente PC | | |
| ☐ STD    ☒ LTD    ☐ AD&D    ☐ Premium Waiver | | |

## Attorney Representation

Does Claimant have Attorney Representation: ☐ Yes    ☒ No
If Yes, Provide Attorney Contact Information:

## Medical Information

| | |
|---|---|
| Primary Diagnosis: post-concussion syndrome, insomnia, mild cognitive impairment, L peripheral vertigo, and Maxillary Fracture | Secondary Diagnosis: _____ |
| Primary Attending Physician's Name: Dr Laughlin | Physician Specialty: Fam Med |
| Phone Number: 5035715051 | Fax Number: 5035712624 |

| | |
|---|---|
| **Other Treating Physicians: (if applicable)** | |
| Physician's Name: Dr Bruce Stelmack | Physician Specialty: Physiatry |
| Phone Number: 503 571 5051 | Fax Number: 503 571 2624 |

## Referral Source Information

| | |
|---|---|
| Referral Source Name: Paola Choute RN | Telephone/Extension: 954 595 5522 |
| Referral Source E-mail Address:<br>paola.choute@thehartford.com | Office claim file originates from: GB Central |
| Mailing Address: (Street, City, State & Zip Code) _____ | |
| Vendor Coordinator Name: Ryan Tolbert | Vendor Coordinator  E-mail Address:<br>Gclaimclinicalvendorcoordinator@groupclaims.com |
| Deliver Report and Invoice to the following Fax Number:    Fax Number:  (877) 853-9664 | |

**Medical Consultant Cover Letter & Referral Form**



## NO FINANCIAL CONFLICT OF INTEREST STATEMENT

All claims and appeals for disability benefits are to be adjudicated in a manner designed to ensure the independence and impartiality of the persons supporting or involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, or other similar matters with respect to any business or individual (including medical or vocational experts) will not be made based upon the likelihood that the business or individual will support the denial of benefits.

We contract with third-party medical vendors (the "Vendor(s)") to arrange reviews of claimants' medical conditions and records and/or claimant medical examinations. As part of these services, we request an independent review be conducted by a physician within a particular medical specialty, but the Vendor assigns physician(s) with the appropriate medical certification, specialty, or skill to provide the service(s) requested by us. Neither the Vendor nor the reviewing or examining physician(s) is responsible for deciding whether a claimant is Disabled as defined by the insurance policy or is entitled to insurance benefits. The role of the reviewing or examining physician(s) is to provide an objective medical opinion.

All payments made by us to Vendors are made in the normal course of business as compensation for services rendered. Our contract is with the Vendor, and we issue payment directly to the Vendor for services rendered by the reviewing or examining physician(s). We do not communicate directly with and pay no compensation directly to the reviewing or examining physician(s) employed by, retained by, or affiliated with a Vendor. The Hartford's claims personnel have no affiliation, financial or otherwise, with the Vendors or the reviewing or examining physician(s).

## Medical Consultant Cover Letter & Referral Form



Claimant Name: Jennifer Mueller
Insured ID: 9005440032

To the Medical Consultant Reviewer - Please respond to the following questions,

1. Based on the totality of the evidence provided address 3/18/19-9/13/19 and 9/14/19-7/1/20 functional abilities, restrictions and limitations for the activities listed below (only if applicable), noting that we will conclude there are no restrictions on the activity unless specified in your report. Include rationale for any restrictions and limitations.
* The hours at a time and total hours/workday that the claimant can: sit, stand, walk;
* Amount of weight the claimant can lift/carry/push/pull, to include frequency;
* Ability to use upper extremities (non-load bearing) to reach above shoulder, at desk/bench level, handle, finger and feel? When answering this question, please list the frequency s/he is able to perform this task (i.e., constantly, frequently, occasionally, and rarely).
* Ability to perform other activities such as drive, climb, bend at waist, balance, kneel/crouch, etc., to include frequency if limited.
2. Based on the restrictions and limitations designated above, are there any limitations in the number of hours per day and days per week the claimant is capable of working? If so, please explain any limitations and provide the maximum hours per day and days per week the claimant is capable of working. Please provide specific hours, do not include ranges.
3. Provide your rationale for any restrictions and limitations or rationale if your opinion is that restrictions and limitations are not needed.
4. Only if your assessment indicates functional capabilities are impaired, address the prognosis for improvement? Please include timeframe for expected improvement and expected degree of improvement.
5. A comorbid medical consultant review is being requested. Please comment on your discussion with the co-reviewer and any conclusions, along with the primary diagnosis impacting overall functioning? Please provide ICD 10 code.

In addition:

- Please contact the claimant's Primary Attending Physician and any other treatment providers identified in the referral form who, in your opinion, can provide information regarding the claimant's current abilities, restrictions and limitations.

- If providers are not available at the time of the initial call, please find out their availability over the next week and call again only at times when they are available. If at all possible, schedule an appointment to discuss the claim with the providers.

---

*General Guidelines to be used when responding to the above questions*

- Address the full range of restrictions/limitations based upon your area(s) of expertise and include your rationale for the restrictions. Note that we will conclude there are no restrictions on function unless specified in your report.

- This is a request for your independent opinion of this individual's functionality.
  - We are not asking you to determine if the individual is Disabled or able to return to work, which is an insurance contract determination.
  - We are asking you to provide an assessment of the individual's quantified restrictions/limitations based on your contact with the Attending Physician, the medical records, and the individual's self-reported information.

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.                                    10/2017
HART 000645

Subject: FW: Incoming Fax Message from 5036583835 - 13 page document
From: GBD-CCC-HELP/HLIFE%ITT_MAIL_EXCHANGE@hartfordlife.com
To: shared.eligib@hartfordlife.com


_____

From: The Hartford Fax2Mail
Sent: Monday, August 10, 2020 1:02:45 PM (UTC-05:00) Eastern Time (US & Canada)
To: GBD-CCC-EscalationFax@Hartfordlife.com
Subject: Incoming Fax Message from 5036583835 - 13 page document


-------Reception Fax Report-------


User Id:      F2M/44636775397
Pages Received:   13
Connect Time:    388
Receive Time:     August 10, 2020 01:02:36 PM EDT
Caller ID:  5036583835


*******************************************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*******************************************************************************************************

HART 000646

**Christopher K Tongue, Ph.D.**            **649 NE Hood Avenue**
Licensed Psychologist                             **Gresham, OR 97030**
Tel: (503) 318-5568 Fax: (503) 658-3835

# FAX COVER SHEET

**Date** 8-10-2020

**Re:** J. m.

**To:**    Name    Katelyn Pevehouse

       Address    Disability Analyst

       City _____ State _____ Zip _____

       Phone _____ Fax 1-866-411-5613

                          alternate 866-521-6639

**Total Pages:** 13

**Confidentiality Notice:** The information contained in this facsimile may be confidential and legally privileged. It is intended **only** for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this fax – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this fax in error, please notify the sender immediately and destroy this cover sheet along with its contents, and delete from your system, if applicable.

HART 000647



**THE HARTFORD**

August 4, 2020

Dr. Christopher Tongue

Fax Number:     503-658-3835

Policyholder:    Northwest Permanente, P.C.
Claimant:        Jennifer E. Mueller
DOB:             REDACTED,
Insured ID:      9005440032
Claim Event ID:  16630803
Policy No:       GLT767135

Dear Dr. Tongue:

We are evaluating a claim for Long Term Disability (LTD) benefits on behalf of your patient.

In order to properly evaluate this claim, we need additional information. Please provide the following information:

All medical records for the period from 01/01/2020 to present.

To permit you to honor our request, we are enclosing a signed authorization to release medical information. Please be assured that we will honor a reasonable fee for necessary clerical expenses in complying with our request promptly upon its receipt. If you require pre-payment please contact the writer. Finally, include your tax identification number with all fee requests.

If you have any questions, please feel free to contact our office at 1-602-333-6164. Our office hours are 6:00 AM - 6:00 PM PST, Monday through Friday.

Sincerely,

*Katelyn Pevehouse/PR*

Katelyn Pevehouse, Senior Ability Analyst /PR
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

HART 000648

**Christopher K Tongue, Ph.D.**        **649 NE Hood Ave.**
**Licensed Psychologist**        **Gresham, OR 97030**
**Tel: (503) 318-5568 Fax: (503) 658-3835**

## NEUROPSYCHOLOGICAL EVALUATION4

NAME:     Jennifer E. Mueller
DOB:      **REDACTED**
MRN:     7374-59-76

DATE OF EVALUATION: 03/13/2020

REFERRAL: Jennifer Mueller was referred for neuropsychological evaluation due to a history of a bicycle-to-bicycle collision accident on 03/18/2019, which was followed by persistent symptoms of post-concussive syndrome. She has been seen in physical and medical rehabilitation and has also received services from neuro-optometry. Today's evaluation is intended to provide an assessment of her neurocognitive status and general mental health as an aid to ongoing treatment planning.

PROCEDURES: The patient was evaluated using clinical interview, selected review of available medical records, and the measures listed below.

1. Wechsler Adult Intelligence Scale-IV.
2. Wide Range Assessment of Memory and Learning-2.
3. Grooved Pegboard Test.
4. Boston Naming Test.
5. Delis-Kaplan Executive Function System – Trail Making Test, Conditions 1-5.
6. Delis-Kaplan Executive Function System – Verbal Fluency Test.
7. Delis-Kaplan Executive Function System – Color/Word Interference Test.
8. Wisconsin Card Sorting Test – Computer Version 4.
9. Personality Assessment Inventory.

BACKGROUND / SOCIAL HISTORY: The patient reports that she grew up in the area of Michigan. Her parents separated when she was in her 7th grade year. Her father Ron, who worked as a snowplow driver during the patient's childhood years, died last year of complications of diabetes and heart disease. Her mother Joanne, now age 65, worked in a factory while the patient was growing up. She has a younger sister and a younger brother. The patient describes a family history absent of any abuse or neglect.

NAME:     Jennifer E. Mueller
DOB:      REDACTED
MRN:      7374-59-76

The patient reports receiving good grades in school and obtained her medical degree in 2003. She and her husband moved to Oregon five years ago. The patient has been married twice, the first time from ages 21-24. That union produced no children. She has been married for 10 years to her husband Jon, who is an at-home parent. The couple has a 9-year-old son[REDACTED] who has been diagnosed as being on the autism spectrum at a mild level of severity. She denies any history of legal problems and has no history of military service. She has been working for the past 3 ½ years as a family practice physician and has been working half days since returning to work two months after her accident in March of 2019. She works five half days per week.

PERTINENT MEDICAL HISTORY: Noteworthy is that the patient has a history of seven miscarriages, the last of which was 3 ½ years ago. She has a history of migraine headache with its onset in her mid-20's. Her last migraine headache was approximately two years ago. Medical history is also noteworthy for a history of renal calculus and hyperthyroidism, which is described as well-controlled. Surgical history includes a colonoscopy, tonsillectomy, and adenoidectomy as a child, and several laparoscopic surgeries related to OB-GYN issues. She had an IUD which has since been removed. The patient also reports a history of exercise-induced asthma, which she noted last summer, and has obtained an inhaler. She denies any history of concussive injuries prior to her bicycle accident on 03/18/2019. She denies ever having been a victim of domestic violence. Current medications include duloxetine, bupropion, fluoridex toothpaste, and Ventolin inhaler PRN. She also takes some dietary supplements. The patient reports an allergy to amoxicillin.

SUBSTANCE USE HISTORY: The patient reports that she drinks alcohol in minor amounts 2-3 times a month. She denies use of cannabis and denies use of any other illicit substances either past or present.

MENTAL HEALTH HISTORY: The patient has no history of psychiatric hospitalizations, self-harm behaviors, or suicide attempts. She denies any history of eating disorder symptoms. She does report a severe episode of post-partum depression after the birth of her now 9-year-old son, with a significant anxiety component and some paranoid ideation. She was off work for 12 weeks after the birth of her son, and three months after her son's birth started on the antidepressant medication Lexapro, which she took for a year. Her primary care doctor has diagnosed her as suffering with major depressive disorder, which is recurrent, with a seasonal variant. She has been taking Wellbutrin for the past eight years and started Cymbalta in January of 2019 – two months prior to her bicycle accident.

2

HART 000650

NAME:    Jennifer E. Mueller
DOB:     REDACTED
MRN:     7374-59-76

She says that the addition of Cymbalta appears to have made a significant reduction in irritability. She also says that her mood disorder symptoms and anxiety have decreased since the occurrence of her TBI, possibly coincident with her beginning Cymbalta. The patient has seen a therapist, Kathy Melcher, LCSW, off and on over the last three years and describes the therapy as helpful. The initial focus of therapy was on dealing with a history of miscarriage, and after her bike accident has been focused on recovering from mild traumatic brain injury.

HISTORY OF CURRENT PROBLEM / CURRENT COMPLAINTS AND FUNCTIONING: The patient reports that on 03/18/2019 she collided with another bicyclist and her last memory is of looking at the ground prior to being struck. She has no recall of the accident itself, and her first memory is of being lifted into the ambulance. The patient suffered a fractured maxilla and was taken to OHSU and admitted to the hospital, where she was kept overnight, and her teeth were reset. A CT at the time was read as normal. For the first week after the accident she stayed in bed and was on a liquid diet. At the time, she had significant difficulty ambulating without assistance and was frequently dizzy and hypersomnolent. She states that after a week she was still unable to walk unassisted and unable to read due to problems with her vision. She has subsequently been seen by neuro-ophthalmology and uses two sets of prism glasses which have both a light and a dark tint. She recalls having a significantly altered mental status for the four weeks following the accident but after a month was able to ambulate and to prepare a meal. She says that six weeks out she was able to follow a sewing pattern when she attempted to do so. She does say that she continues to have difficulty with her vision, which is worse with fatigue, and uses light tint prism glasses when she is doing patient care but continues to have photosensitivity. She reports ongoing difficulty with headache with mental effort, which is usually a tension headache but not migrainous. She did return to work two months after the accident, first working only two days a week and gradually increasing her patient load. She states that she initially had significant difficulty with multitasking, but after two weeks was able to work and manage most multitasking; however, continues to have problems with tasks requiring divided attention within the work setting.

The patient reports that she continues to have intermittent problems with word finding, which is worse with fatigue toward the end of the day. In the initial weeks following the accident, she had very poor sleep, and she continues to have frequent waking at night and sleep is often not restful, but she says that this problem "waxes and wanes." She has lost 20 lbs. since her bicycle accident. The patient is primarily a vegan and uses supplements, but occasionally eats dairy. She currently rates her mood as relatively good, giving it a

3

NAME:     Jennifer E. Mueller
DOB:      **REDACTED**
MRN:      7374-59-76

score of 7 on a scale from 0-10. She denies any suicide ideation. She denies any psychotic disturbance of perception or thought form and denies any compulsive rituals or obsessive thoughts. She denies any symptoms of post-trauma syndrome. One of her chief complaints is low stamina, and she has not been able to exercise at a level that she had prior to the accident. She also states that she has had to be much more deliberate about using a planner in order to organize her day and is not able to do as much or as many things as she had been able to do before. She states that when she does try to do more, she "pays for it" by having significantly increased fatigue and headache. She finds that it takes her longer to do things in general but the trajectory overall by her report has been positive toward increased functioning and recovery. A trip to Disneyland in December of 2019 significantly exacerbated symptoms, and she says that it took about four weeks for her to get back to a pattern of recovery. The patient also reports that she continues to have difficulty with driving and tolerating the divided attention and multitasking required and was driven to the evaluation today by her husband.

REVIEW OF RECORDS: I have notes from physiatry from 02/05/2020 from Dr. Mona Mirchandani, who has continued the diagnosis of post-concussion syndrome. At this last visit with Dr. Mirchandani, the patient was reporting continued difficulty with fatigue, decreased stamina, slower executive functioning, word finding difficulties, headaches, difficulty concentrating, and requiring naps, but denied significant problems with anxiety or depressive symptoms. She was continuing to report feeling slowed down and having difficulty concentrating and remembering. A previous note from April of 2019 from Dr. Stelmack in physiatry indicated many symptoms which would typically be associated with a mild TBI including fatigue, photophobia, reduced tolerance to reading or screen time, and vertigo with getting up quickly or rolling over.

BEHAVIORAL OBSERVATIONS: Ms. Mueller is a 47-year-old, right-handed, Caucasian woman who is 5'7" tall and reports her weight as 160 lbs. She shows a normal rate and rhythm of speech, with no abnormal prosody or dysarthria. No word finding problems are observed when gathering the history. She shows an adequate energy level, and shows good self-care, grooming, and personal hygiene. No gross motor abnormalities were observed. On test tasks she did appear to make her best effort and results obtained from psychometric assessment can be presumed to provide an accurate picture of her functioning.

4

HART 000652

NAME:     Jennifer E. Mueller
DOB:      REDACTED
MRN:      7374-59-76


## TEST FINDINGS

OVERALL INTELLECT:  The patient was administered the Wechsler Adult Intelligence Scale-IV (WAIS-IV).  On this measure she obtained a full-scale IQ score in superior range, above the 99th percentile.  Superior range scores were obtained on WAIS-IV indices of verbal comprehension and working memory, and very superior range scores were obtained on indices of perceptual reasoning and processing speed.  The reader is referred to the table below for a summary of WAIS-IV composite and subtest scaled scores, which will be discussed in greater detail as they apply to specific domains of cognitive functioning outlined below.

| WAIS-IV Composite | Composite Score | Percentile Rank |
| --- | --- | --- |
| Verbal Comprehension | 125 | 95 |
| Perceptual Reasoning | 131 | 98 |
| Working Memory | 122 | 93 |
| Processing Speed | 146 | 99.9 |
| Full Scale | 139 | 99.5 |

| WAIS-IV Subtests | Scaled Score | Percentile Rank | WAIS-IV Subtests | Scaled Score | Percentile Rank |
| --- | --- | --- | --- | --- | --- |
| Similarities | 11 | 63 | Visual Puzzles | 17 | 99 |
| Vocabulary | 19 | 99.9 | Digit Span | 16 | 98 |
| Information | 13 | 84 | Arithmetic | 12 | 75 |
| Block Design | 14 | 91 | Symbol Search | 18 | 99.6 |
| Matrix Reasoning | 15 | 95 | Coding | 19 | 99.9 |

MOTOR FUNCTION:   The patient was administered the Grooved Pegboard Test, a measure of fine motor speed and motor control.  On this measure she scored in average range, with a time of 59 seconds with her right (dominant) hand and 65 seconds with her left hand.  On the Delis-Kaplan Executive Function System (D-KEFS) Trail Making Test Condition 5, a measure of motor speed, her score was high average (SS= 13).

LANGUAGE BASED FUNCTION:  The patient shows a very superior range vocabulary, falling above the 99th percentile on the WAIS-IV vocabulary subtest.  This was replicated in her performance on the Boston Naming Test in which she was asked to verbally identify a series of objects presented in 60 pictures, with a score of 58/60 spontaneously given correct responses, and 59/60 correct responses with phonemic cueing.  The patient also showed no deficit in oral fluency and verbal retrieval.  On the D-KEFS Verbal Fluency

5

HART 000653

NAME:    Jennifer E. Mueller
DOB:     **REDACTED**
MRN:     7374-59-76

Test, she had high average scores on both letter and category fluency conditions, and when cognitive load was increased and she was required to perform an oral fluency task adding the mental operation of category switching, her score was above average (D-KEFS Verbal Fluency: Condition 1 SS=12, Condition 2 SS=13, Condition 3 SS=14).

ATTENTION / CONCENTRATION:    The patient showed very superior range performance on tests involving both her attention span and working memory. On the digit span subtest of the WAIS-IV, she fell at the 98th percentile overall and scored in superior range on digits backward, as well as a sequencing portion of this task. There was no evident deficit in her working memory on the arithmetic subtest of the WAIS-IV, in which she fell in high average range. The patient was also administered the D-KEFS Trail Making Test Conditions 1-4. On this measure she scored in high average range on a visual scanning task. Her score on number sequencing was average, with no errors of set loss, and she scored in above average range on a letter sequencing task. When cognitive load was increased and she was asked to perform a task which involves both divided attention and sequential reasoning, her score fell in high average range (D-KEFS Verbal Fluency: Condition 1 SS=13, Condition 2 SS=11, Condition 3 SS=14, Condition 4 SS=13).

VISUALLY BASED SKILLS: No deficit was found in this domain. The patient obtained an above average range score on block design in which she was asked to copy designs on a page by assembling blocks into patterns. She additionally scored in very superior range on visual puzzles, which requires the mental modeling of the assembly of parts into wholes. On the matrix reasoning subtest of the WAIS-IV, a visually based analytic and fluid reasoning task which involves novel problem solving using visual material, her score fell in superior range, at the 95th percentile. As noted earlier, the patient also scored in high average range on a visual scanning and cancellation task.

REASONING AND JUDGMENT: The patient shows an average range capacity for abstract reasoning and scored in high average range on WAIS-IV information. There was no indication, based on diagnostic interview, that she has any difficulty with recognizing ordinary social conventions.

EXECUTIVE FUNCTIONING: The patient showed very superior range processing speed on both symbol search and coding subtests of the WAIS-IV. As noted above, she showed no difficulty with working memory on verbal arithmetic or on digits backward. She additionally showed good processing speed on the D-KEFS Color/Word Interference Test on both color naming and word reading conditions, in which she scored above the 95th

6

NAME:  Jennifer E. Mueller
DOB:  **REDACTED**
MRN:  7374-59-76

percentile. On Condition 3 of the Color/Word Interference Test, which requires response inhibition, her score again fell in superior range, and when cognitive load was further increased and she was asked to perform another task involving both response inhibition and category switching, she again scored above the 90th percentile (D-KEFS C/W Interference Test: Condition 1 SS=16, Condition 2 SS=15, Condition 3 SS=15, Condition 4 SS=15).

The patient was additionally administered the Wisconsin Card Sorting Test – Computer Version 4 (WCST). In this test the subject is asked to match a series of cards appearing on a computer screen by using different strategies such as color, shape, or number. The demand for matching strategy is shifted unexpectedly over the course of the test's administration and the test is thought to measure the subject's capacity for conceptual reasoning, mental flexibility, and shifting of cognitive set. The patient scored in average range on this measure, both in terms of her capacity to avoid making errors, as well as in her ability to avoid making errors when categories were switched unexpectedly. She recognized six of six categories. (WCST TE Standard score = 102, PE Standard score = 98, Categories = 6, using age and education corrected norms)

LEARNING AND MEMORY: The patient was additionally administered the Wide Range Assessment of Memory and Learning-2 (WRAML-2). This is a broad range battery of both verbal and visual memory tests which includes both immediate and delayed recall trials, as well as tests of recognition memory for both verbal and visual material. The patient obtained scores consistent with her measured overall intellect and performance in other domains of cognitive functioning, with high average performance in her immediate and delayed recall of a narrative story, and obtained an average range score on a list learning task, in which she was asked to recall a list of words over repeated trials, and showed no decay in her retention after a delay. Visual memory ranged between above average and superior, with a score above the 99th percentile on design memory and in above average range on a picture memory task, in which she was asked to recognize changed details in drawings. Recognition memory for both verbal and visual material followed a similar pattern, with no sign of deficit. The reader is referred to the table below for a summary of WRAML-2 core subtest scaled scores (scaled score of 7-13 is average).

| WRAML-2 Core Subtest | Scaled Score |
| --- | --- |
| Story Memory | 13 |
| Design Memory | 19 |
| Verbal Learning | 13 |
| Picture Memory | 14 |

7

HART 000655

NAME:    Jennifer E. Mueller
DOB:     **REDACTED**
MRN:     7374-59-76

| WRAML-2 Core Subtest | Scaled Score |
|---|---|
| Number Letter | 15 |
| Sentence Memory | 13 |
| Story Memory Recall | 13 |
| Verbal Learning Recall | 11 |
| Story Recognition | 13 |
| Design Recognition | 17 |
| Picture Memory Recog. | 15 |
| Verbal Learning Recog. | 12 |

**PERSONALITY FUNCTIONING ASSESSMENT:**  The patient was administered the Personality Assessment Inventory (PAI). This is a broad range self-report measure which gives general indications about personality functioning, as well as containing a number of specific subscales that have a relationship to clinical psychological diagnoses such as mood, anxiety, or thought disorder. This profile was entirely within normal limits, with no endorsement of current symptoms of mood or anxiety disorder. There was no indication of the presence of a somatization or a conversion disorder in the profile. Individuals with this profile do have, to some degree, a compulsive dimension to their personality functioning but there was no evidence found of personality disorder.

**SUMMARY / FORMULATION:**  This 47-year-old woman, who was involved in a bicycle-to-bicycle collision on 03/18/2019 and who has had persistent symptoms of post-concussive syndrome since, was referred for neuropsychological evaluation. The patient has a known history of recurrent major depression and takes antidepressant medication which she describes as having significantly relieved her symptoms over the last year. She also has a history of migraine headache and hypothyroidism and has had some loss issues associated with having had a number of different miscarriages, the last of which occurred 3 ½ years ago. Substance use does not appear to be a part of the picture, and the patient is currently in individual psychotherapy in addition to her pharmacologic therapy for mood disorder. She describes her individual counseling as having been helpful to her and is currently focused on issues associated with her recovery from mild TBI. The patient reports a pattern of symptoms consistent with mild uncomplicated TBI following her collision with the other bicyclist, including complaints of word finding difficulty, fatigue, and headache brought on by mental effort. She does describe this, however, as showing a generally positive trajectory over the last year and reports continuous but not rapid improvement along with the persistence of some symptoms, particularly when attempting to do multitasking and experienced a recent exacerbation of symptoms in December when she took a trip to Disneyland and felt overwhelmed.

8

Aug 10 2020 05:03PM HP Fax/Tongue 5036658835    page 11

NAME:     Jennifer E. Mueller
DOB:      REDACTED
MRN:      7374-59-76

The patient presents with no evidence of dysarthria or word finding problems on interview, and with a normal rate and rhythm of speech. She did appear to make her best effort on test tasks. The patient's measured overall intellect falls in very superior range, and she showed no deficit in fine motor control or motor speed, and tests of language based function, including confrontation naming and oral fluency and verbal retrieval, fell well within normal limits and generally in high average to above average range. Measures of attention and concentration and working memory, as well as sequential reasoning, also fell entirely within normal limits, and she showed superior range functioning in visually based skills, particularly in constructional ability and visually based reasoning and mental modeling. There was no evidence found of any deficit in her capacity for abstract reasoning and she shows a high average fund of information. Measures of executive functioning, including tests which involve response inhibition, mental flexibility, and set shifting, also show no deficit. Measures of learning and memory also showed no deficit, with scores ranging from high average to superior in her immediate and delayed recall for both verbal and visual material. A self-report measure of personality functioning and general mental health symptoms did not indicate the presence of acute symptoms of mood or anxiety disorder, nor was there any indication of the presence of a somatic symptoms syndrome or conversion disorder.

This patient appears to be suffering from a post-concussive syndrome. This is a complex phenomenon which is thought to have multifactorial influences. She nevertheless is describing what would be expected, which is a continuous pattern of improved functioning over time. Approximately 10% of patients with mild uncomplicated TBI continue to complain of headache with mental effort and fatigue a year following the injury. This patient appears to be part of that 10 percent of the population of individuals who have suffered a mild uncomplicated traumatic brain injury, in this case secondary to her bicycle collision.

9

HART 000657

NAME:     Jennifer E. Mueller
DOB:      REDACTED
MRN:      7374-59-76

## DSM-5 DIAGNOSES

1. Post-concussion syndrome.
2. Major depressive disorder recurrent, currently in partial remission.

## RECOMMENDATIONS:

1. Mental Health Services: The patient is advised to continue in individual psychotherapy with her current provider and to continue to work with neuro-ophthalmology with regard to her visual disturbances. I anticipate that she will continue to see improvement over the next 12 months but may experience some persistence of some symptoms such as headache with fatigue and a decrease in cognitive efficiency when fatigued. I think it is also worth considering a referral to neurofeedback therapy as an adjunct.

2. Neuropsychological Follow-Up: The patient was seen for a counseling session following evaluation in which results of neurocognitive test findings were shared with her in detail. It was noted that the patient was both relieved and concerned that neuropsychological testing did not show any evidence of deficit, given her subjective experience.

3. Psychiatry Consultation: It is possible that the patient may benefit from a brief consultation with psychiatry, in addition to her consultation with her primary care provider, with regard to pharmacologic therapy of symptoms of mood disorder. The issue of her medication should be discussed in the context of her recovery from mild TBI, as well as strategies for self-care so that she can increase her workload over time.

Thank you for the opportunity to evaluate this pleasant woman. Please let me know if I can be of further help in her care.

*C. Tongue*

Christopher K. Tongue, Ph.D.

CKT/jt

10

Jul/22/2020 10:47:49 AM                    HP 603-459-6627                                    4/4

## KAISER PERMANENTE.

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 9723.

**Authorization for Kaiser Permanente to
Use/Disclose Protected Health Information**

**1** PATIENT: Jennifer E. Mueller
NICKNAME/MAIDEN NAME/OTHER:
HEALTH RECORD NUMBER: 7374 59 76
DATE OF BIRTH (REDACTED): 1/08/___   TELEPHONE NUMBER: 503-217-976)
ADDRESS STREET OR PO NUMBER: 4404 Sw Carson St
CITY: Portland   STATE: OR   ZIP: 97219

**2** I authorize Kaiser Permanente to release the following information for: Medical records related to bike accident 3/18/2019 and resultant post concussion syndrome

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford
TITLE (PHYSICIAN, ATTORNEY, ETC.):          FAX NUMBER: FAX 866-411-5613
STREET ADDRESS: Po Box 14301   CITY: Lexington   STATE: KY   ZIP: 40512-4301

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;   (2) Summarize treatment and/or;   3. Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
X  All records
☐  X-ray films (describe): _____
☐  Other (describe): _____
☐  Dental Only: _____

**6** Media Type:          Delivery Preference:
☐ Electronic   ☐ Email/Secure Portal (Email address: _____)
☐ Paper      ☐ Pickup   ☐ Mail   ☐ CD (Dental only)

**7** If this information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information   _____ HIV/AIDS information

_____ Mental Health information - including provider notes   _____ Genetic testing information

**8** I understand that this information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign this authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care services is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 12220 SE Sunnyside Rd, Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5081 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____   **10** X _____   DATE 7/20/2020
SIGNATURE OF MEMBER OR PERSONAL REPRESENTATIVE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

Subject: FW: Incoming Fax Message from 5036583835 - 13 page document
From: GBD-CCC-HELP/HLIFE%ITT_MAIL_EXCHANGE@hartfordlife.com
To: shared.eligib@hartfordlife.com


_____

From: The Hartford Fax2Mail
Sent: Monday, August 10, 2020 1:02:45 PM (UTC-05:00) Eastern Time (US &
Canada)
To: GBD-CCC-EscalationFax@Hartfordlife.com
Subject: Incoming Fax Message from 5036583835 - 13 page document


-------Reception Fax Report-------


User Id:      F2M/44636775397
Pages Received:   13
Connect Time:     388
Receive Time:     August 10, 2020 01:02:36 PM EDT
Caller ID:  5036583835


*************************************************************************
**************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com

_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, August 6, 2020 11:58:43 AM (UTC-05:00) Eastern Time (US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Thursday, August 06, 2020 8:38 AM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hello Katelyn,


Here is part one the information requested.


I had to send in two emails.


Thank you,


Tammy Kilmer (â€œshe/herâ€)

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  <mailto:NWP-BenefitsTeam@kp.org> NWP-BenefitsTeam@kp.org

Email:  <mailto:May.y.lee@kp.org> tamison.a.kilmer@kp.org

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

From: Jenna G Larsen <Jenna.G.Larsen@kp.org>
<mailto:Jenna.G.Larsen@kp.org> >
Sent: Thursday, July 23, 2020 7:10 AM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org
<mailto:Tamison.A.Kilmer@kp.org> >
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]

From: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Sent: Wednesday, July 22, 2020 5:45 PM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]

HART 000663

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sender.

_____

Hi Jenna,

I am the analyst handling Dr. Mueller's Long Term Disability claim. I was wondering if you could please send over her pay statements from 03/01/2018 to the most recent available?

Please also provide the following information if it is available:

*    Employment agreement;
*    Job description;
*    Productivity or billing statements from 09/01/2018 to Present;
*    Pre-disability schedule information (e.g. office hours, surgery hours, call schedule, and type of call, etc.).

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacC4Noz1n$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a3
6bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacPMa8RZQ$>
www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

****************************************************************************
*****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

****************************************************************************
*****************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Department | Template | Scheduled Date | Last Name | First Name |
|---|---|---|---|---|
| PC-BVT | PC-BVT Provider | 08/06/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/06/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/08/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/08/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/08/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/10/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/13/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/13/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/15/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/15/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/17/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/22/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/22/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/27/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/27/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/28/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/28/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/29/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/29/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 08/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/04/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/04/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/05/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/05/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/10/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/10/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/11/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/11/2018 | Mueller | Jennifer |

HART 000667

| PC-BVT | PC-BVT Provider | 09/12/2018 | Mueller | Jennifer |
|--------|-----------------|------------|---------|----------|
| PC-BVT | PC-BVT Provider | 09/12/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/17/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/18/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/18/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/25/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/25/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/25/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 09/28/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/01/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/01/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/02/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/02/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/03/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/03/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/05/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/06/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/08/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/08/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/09/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/09/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/10/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/10/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/13/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/15/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/15/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/16/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/16/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/17/2018 | Mueller | Jennifer |

| PC-BVT | PC-BVT Provider | 10/17/2018 | Mueller | Jennifer |
|--------|-----------------|------------|---------|----------|
| PC-BVT | PC-BVT Provider | 10/22/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/22/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/23/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/23/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/29/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/29/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 10/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/02/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/06/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/06/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/09/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/12/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/12/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/16/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/20/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/20/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/23/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/23/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/27/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/27/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 11/27/2018 | Mueller | Jennifer |

| PC-BVT | PC-BVT Provider | 11/28/2018 | Mueller | Jennifer |
|--------|-----------------|------------|---------|----------|
| PC-BVT | PC-BVT Provider | 11/28/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/07/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/12/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/12/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/14/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/17/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/17/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/18/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/18/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/18/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/19/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/21/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/24/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/26/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/28/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 12/31/2018 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/02/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/02/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/04/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/08/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/08/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/09/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/09/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/09/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/11/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/12/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/14/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/14/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/15/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/15/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/16/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 01/16/2019 | Mueller | Jennifer |

| PC-BVT | ᵖC-BVT Provider | 01/18/2019 | Mueller | Jennifer |
|--------|-----------------|------------|---------|----------|
| PC-BVT | ᵖC-BVT Provider | 01/19/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/21/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/21/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/22/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/22/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/23/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/23/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/25/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/26/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/28/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/28/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/29/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/29/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/30/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 01/30/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/01/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/02/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/04/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/04/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/05/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/06/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/06/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/08/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/09/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/11/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/11/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/12/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/12/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/13/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/13/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/15/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/16/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/18/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/18/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/19/2019 | Mueller | Jennifer |
| PC-BVT | ᵖC-BVT Provider | 02/19/2019 | Mueller | Jennifer |

| PC-BVT | PC-BVT Provider | 02/19/2019 | Mueller | Jennifer |
|--------|-----------------|------------|---------|----------|
| PC-BVT | PC-BVT Provider | 02/20/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/20/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/22/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/23/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/25/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/25/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/27/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 02/27/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/01/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/02/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/04/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/04/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/05/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/05/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/06/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/06/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/08/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/11/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/11/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/12/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/12/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/13/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/13/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/15/2019 | Mueller | Jennifer |
| PC-BVT | PC-BVT Provider | 03/16/2019 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 01/11/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 01/19/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 02/08/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 02/16/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 03/16/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 03/22/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 04/12/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 04/20/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 05/10/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 06/15/2018 | Mueller | Jennifer |
| PC-MTS | PC-MTS Provider | 06/21/2018 | Mueller | Jennifer |

| PC-MTS | 'C-MTS Provider | 07/12/2018 | Mueller | Jennifer |
|--------|----------------|------------|---------|----------|
| PC-MTS | 'C-MTS Provider | 07/20/2018 | Mueller | Jennifer |

| Display Name | Assignment | Category | Reason (if any) | Notes |
|---|---|---|---|---|
| Mueller, J | ADM AM | ADMIN | 2 PCSA | BVN Clinic O |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | w/Wasmann |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |

HART 000674

| | | | | |
|---|---|---|---|---|
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT MTG |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |

HART 000675

| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | PC Town Hal |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |

HART 000676

| | | | | |
|---|---|---|---|---|
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Building Clc |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | onal Dept. M |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |

| | | | | | |
|---|---|---|---|---|---|
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT INBSKT PM | CLINIC | - | | host Doctor |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | | |
| Mueller, J | ADM AM | ADMIN | | 2 PCSA | UBT MTG |
| Mueller, J | BVT CLINIC AM | CLINIC | - | | |

| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT INBSKT AM | CLINIC | - | host Doctor |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | BVT CLINIC PM | CLINIC | - | |
| Mueller, J | BVT CLINIC AM | CLINIC | - | |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mt |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mt |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mt |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | gional Dept |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mt |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mt |

| Mueller, J | ADM AM | ADMIN | 2 PCSA | Regl Dept Mtg |
| Mueller, J | ADM AM | ADMIN | 2 PCSA | UBT |

| Start Time | Stop Time | Hours |
|---|---|---|
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |

| | | |
|---|---|---|
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |

| | | |
|---|---|---|
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 10:00 AM | 2 |
| 10:00 AM | 12:00 PM | 2 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |
| 1:00 PM | 5:00 PM | 4 |

HART 000683

| | | |
|---|---|---|
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |

| | | |
|---|---|---|
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 10:00 AM | 12:00 PM | 2 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 8:30 AM | 0.5 |
| 8:30 AM | 12:00 PM | 3.5 |

HART 000685

| | | |
|---|---|---|
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 8:00 AM | 12:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 1:00 PM | 5:00 PM | 4 |
| 9:00 AM | 1:00 PM | 4 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 9:40 AM | 1.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 9:30 AM | 1.5 |

| | | |
|---|---|---|
| 8:00 AM | 8:40 AM | 0.666666 |
| 8:00 AM | 8:40 AM | 0.666666 |
| | | 820.49999 |

PERMANENTE MEDICINE
Northwest Permanente

## Addendum to Physician/Clinician Employment Contract

DATED:          September 6, 2019

BETWEEN:     **NORTHWEST PERMANENTE, P.C.**               "Northwest Permanente"

AND:          **Jennifer E. Mueller, MD**                    "Physician/Clinician"

This addendum supplements the Physician/Clinician Employment Contract between Jennifer E. Mueller, MD (Physician/Clinician) and Northwest Permanente, P.C., dated July 11, 2016 (Agreement), the Addendum dated October 18, 2017 and the Addendum dated October 8, 2018. The parties mutually desire to renew the Agreement as provided in this Addendum.

1.   The Agreement will be renewed for the period beginning September 20, 2019 and ending November 19, 2020, unless terminated earlier under Sections 7.2, 7.3 or 7.4 of the Agreement, or extended by written consent of the parties.

2.   Except as otherwise provided in the Agreement, Physician/Clinician shall receive for full-time services rendered to the Corporation the compensation amount as determined by the Northwest Permanente Board of Directors.  If Physician/Clinician is working less than a full-time schedule, compensation will be prorated for Physician/Clinician's applicable percent FTE practice schedule.

All other terms of the Agreement shall remain unchanged.

In the event any language in this Addendum is found to conflict with the language in the Agreement, the Agreement language will govern.

This addendum is accepted and agreed to by the following parties:

PHYSICIAN/CLINICIAN                       NORTHWEST PERMANENTE, P.C.,
                                          an Oregon professional corporation

DocuSigned by:                            DocuSigned by:
By: *Jennifer E. Mueller, MD*             By: *Laura Russell*
    718BD706C50242E...                        34CDEC6297E94B9...

**Jennifer E. Mueller, MD**               **Laura Russell**
                                          Interim Director, Talent Acquisition

9/6/2019                                  9/9/2019
Date                                      Date

HART 000688


Certified
B Corporation



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

DATED:     July 11, 2016

BETWEEN:   **NORTHWEST PERMANENTE, P.C.**
           500 N.E. Multnomah Street, Ste. 100
           Portland, OR  97232-2099          "Northwest Permanente"

AND:       **Jennifer Elaine Mueller, MD**
           2187 NE Grandhaven St
           McMinnville, OR  97128              "Physician"

### RECITALS

A.  Northwest Permanente is an Oregon professional corporation.  Physician is employed by Northwest Permanente to provide medical services for members of Kaiser Foundation Health Plan of the Northwest ("Health Plan") and for patients at hospitals and clinics affiliated with Health Plan or owned and operated by Kaiser Foundation Hospitals ("Hospitals").

B.  Physician is qualified to practice Family Medicine and is licensed to practice medicine in the states of Oregon and Washington.  Physician agrees to perform services for Northwest Permanente under the terms set forth in this Agreement.

### AGREEMENT

Northwest Permanente employs Physician on the following terms:

1.  <u>Exclusive Services</u>

    Physician shall engage in the practice of medicine or in medically-related activities only as an employee of Northwest Permanente unless otherwise authorized in writing by Northwest Permanente's Board of Directors.  Physician shall devote full attention and time to Northwest Permanente's medical practice and affairs. Physician shall not, without the written consent of the Board of Directors, either directly or indirectly engage in any other profession or business which may conflict with the best interests of Northwest Permanente or impair Physician's ability to fully and properly perform Physician's duties under this Agreement.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

2.  <u>Direction of Services</u>

Northwest Permanente shall assign the duties of Physician. Northwest
Permanente shall not impose employment duties or constraints that would
require Physician to infringe the ethics of the medical profession or violate any
ordinance or law. Northwest Permanente will determine Physician's work schedule
and will define what constitutes a "full-time" schedule. Physician may work less
than full time only if approved by Northwest Permanente and on terms and
conditions mutually acceptable to Physician and Northwest Permanente.

3.  <u>Qualifications</u>

3.1   Physician shall fulfill all practice requirements of Physician's specialty and
      area of practice, including maintaining skills and knowledge base
      commensurate with the community standard. Physician is expected to
      contribute positively to the professional environment and reputation of
      Northwest Permanente's medical practice by actively participating in
      medical group affairs including, but not limited to, quality improvement
      activities, hospital committees, and department committees and projects as
      required.

3.2   Physician shall become and, at all times during the term of this Agreement,
      remain a member of the active staff of such hospitals as requested by
      Northwest Permanente if Northwest Permanente considers such
      membership and attendant clinical privileges necessary or appropriate to
      Physician's performance of this Agreement. Physician's medical staff
      membership and clinical privileges shall be governed by the medical staff
      bylaws, rules and regulations and administrative policies generally
      applicable to medical staff members at the applicable hospital(s) or clinic(s).
      Physician shall participate in medical staff functions as provided in the
      applicable medical staff bylaws, rules and regulations, and hospital
      administrative policies.

3.3   Physician shall at all times comply with Northwest Permanente's requests to
      fulfill regulatory and internal reporting and training requirements.
      Requests may include, but are not limited to, providing credentialing and
      privileging data, completing OSHA educational requirements, and fulfilling
      other educational or training requirements as determined by Northwest
      Permanente or regulatory agencies. Physician shall comply with all



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

applicable state, local and federal laws and other rules and regulations of all governmental authorities in accordance with Section 15 of this Agreement.

4.   Fees for Services

4.1   Except as provided in Section 4.2 or as authorized in writing by Northwest Permanente's Board of Directors, all income generated by Physician for services as a Physician shall belong to Northwest Permanente whether paid directly to Northwest Permanente or to Physician.

4.2   Stipends or honoraria earned by Physician for presenting professional papers or doing other professional activities related to the practice of medicine may be retained by Physician upon approval of Physician's Chief and Operations Medical Director.

4.3   Physician shall, upon request by Northwest Permanente, render an accounting of all financial transactions arising from Physician's practice or other medically related activities during the term of this Agreement.

4.4   Physician shall comply with policies and instructions regarding all billings and charges for services as established from time to time by Northwest Permanente or Health Plan.

5.   Compensation and Benefits

5.1   Except as otherwise provided in this Agreement, Physician shall receive for full-time services rendered to Northwest Permanente during the first twelve (12) months of this Agreement the following annual base salary, subject to Section 5.2:

**$209,800 (with Board Certification)**



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

5.2    Salary under Section 5.1 shall be adjusted as follows:

5.2.1    Base salary will be directly prorated if Physician works less than a full-time schedule.

5.2.2    A salary adjustment, in the amount determined by Northwest Permanente's Board of Directors, shall be made when Physician provides Northwest Permanente notice of approved specialty board certification, and it shall be continued as long as Physician maintains current certification. Boards must be recognized by the American Board of Medical Specialties or the American Osteopathic Association to qualify for the salary adjustment. The adjustment that applies for the first twelve (12) months of this Agreement is set forth in Section 5.1.

5.2.3    Annual salary reviews shall occur on or about the anniversary of the Commencement Date (as defined in Section 7.1.1 of this Agreement). Salary adjustments shall be made at the discretion of Northwest Permanente's Board of Directors.

5.2.4    No salary increases shall occur unless Physician has satisfactorily performed all duties under this Agreement, as determined by Northwest Permanente's Board of Directors based upon the recommendations of the Physician management team for the specialty and geographical area in which Physician practices.

5.2.5    Regardless of the salary specified in Section 5.1, Northwest Permanente's Board of Directors may reduce Physician's base salary or reduce Physician's percentage of a full-time schedule with a corresponding reduction in salary, on ninety (90) days' notice to Physician if the Board of Directors in its sole discretion deems such adjustment to be in the best interest of Northwest Permanente. If Northwest Permanente reduces Physician's salary under this Section 5.2.5, Physician may terminate this Agreement in accordance with Section 7.3.3.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

5.3    Northwest Permanente will pay Physician semi-monthly. Physician's semi-monthly compensation shall not be earned, due or owing until Physician fully and correctly completes all patient charts (including completion and closure of electronic medical record charts) for which Physician is responsible. When incomplete or unsigned charts remain at the end of the semi-monthly period, Physician will receive timely notification of such deficiencies. Failure to timely close charts may result in loss of compensation including, but not limited to, pay or vacation.

5.4    Subject to Section 5.5 of this Agreement, the benefits provided to Physician by Northwest Permanente for full-time services rendered to Northwest Permanente will be as follows:

5.4.1    Three (3) weeks vacation per year, one (1) week education leave per year and $1730.00 of education expense allowance per year. Education leave and education expense allowance shall increase to two (2) weeks per year and $3,200 per year on the second anniversary of the Commencement Date if this Agreement is renewed in accordance with Section 7.1.3.

5.4.2    Sick leave, short-term disability insurance, life insurance and accidental death and dismemberment insurance as outlined in the Employed Physician Handbook, subject to the actual terms and provisions of the applicable plan or insurance policy.

5.4.3    Pension, health and dental benefits as outlined in the Employed Physician Handbook, subject to the actual terms and provisions of the applicable plan or insurance policy.

5.4.4    The following benefits shall be prorated from the benefit levels set forth above if Physician works less than a full-time schedule: vacation, education leave, sick leave, short-term disability and education expense allowance.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

5.5   The fringe benefits described in Section 5.4 of this Agreement are those in effect as of the execution of this Agreement. Northwest Permanente's Board of Directors may, in its sole discretion, increase, decrease, eliminate or add one or more fringe benefits at any time without any such change being deemed to be a breach of this Agreement.

6.   <u>Relationship of Parties</u>

The relationship between Physician and Northwest Permanente is that of employee and employer. Physician shall not have any interest in Northwest Permanente's tangible or intangible assets. The relationship between Physician and Northwest Permanente shall not modify or affect the doctor-patient privilege or relationship.

7.   <u>Term of Employment</u>

7.1   <u>Term</u>

7.1.1   This Agreement shall be effective on the date on which Physician first reports to Northwest Permanente ready to perform assigned duties (the "Commencement Date"), subject to Section 7.1.2.

7.1.2   Physician shall report to Northwest Permanente ready to perform assigned duties on or about September 19, 2016. Other than the right and duty to report, no rights or duties under this Agreement shall be enforceable until Physician reports. If Physician fails to report within seven (7) days of the date specified in this Section, Northwest Permanente may terminate this Agreement immediately on notice to Physician.

7.1.3   This Agreement shall terminate fourteen (14) months after the Commencement Date, unless Northwest Permanente notifies Physician no later than the first anniversary of the Commencement Date that this Agreement will be renewed. If Northwest Permanente so notifies Physician, this Agreement shall be renewed for fourteen (14) months following the first anniversary of the Commencement Date. If so renewed, this Agreement will terminate twenty-six (26) months from the Commencement Date unless Northwest Permanente notifies Physician, no later than the second anniversary



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

of the Commencement Date, that the Agreement will again be renewed. If Northwest Permanente so notifies Physician, this Agreement shall be renewed for a maximum of eighteen (18) months following the second anniversary of the commencement Date. This Agreement will expire with no further action or notice by either party forty-two (42) months after the Commencement Date, unless terminated earlier under Section 7.2 or extended by written agreement of the parties.

### 7.2  Termination by Northwest Permanente

#### 7.2.1  Termination for Cause

Northwest Permanente may terminate this Agreement upon the occurrence of any of the following events: (a) revocation, suspension or material restriction of Physician's license to practice medicine, (b) Physician's loss of DEA registration, (c) revocation, loss or material restriction of Physician's clinical privileges or medical staff membership at any facility owned or operated by Hospitals, Kaiser Foundation Health Plan or any other facility at which clinical privileges or medical staff membership is reasonably necessary to permit Physician to fully perform Physician's duties under this Agreement, (d) conduct by Physician that is substantially adverse to Northwest Permanente or (e) continued failure to perform Physician's duties under this Agreement after Northwest Permanente provides Physician one notice of such failure to perform. In the event of termination under this Section 7.2.1, this Agreement shall terminate immediately on notice to Physician or on such later date as may be specified in the notice. In the event of termination under this Section 7.2.1, payment for services rendered up to the date of termination shall be made by Northwest Permanente; no salary or benefits shall be payable to Physician after the date of termination.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

7.3 <u>Termination by Physician</u>

7.3.1 <u>Termination After First Year</u>. Physician may terminate this Agreement at any time after one year following the Commencement Date, as follows:

(a) Termination shall be effective ninety (90) days after Physician provides written notice to Northwest Permanente. Physician shall perform regular duties under this Agreement until the effective date of termination unless Northwest Permanente requires that duties cease by notice to Physician, in which case Physician shall be paid to the effective date of termination subject to (b) below.

(b) If Physician fails to give ninety (90) days' notice of termination or fails to perform assigned duties until the effective date of termination (or earlier cessation of duties date under (a) above), Physician shall pay Northwest Permanente $750 per day as liquidated damages as a reasonable measure of the actual damages for such failure. The damages shall be payable for each day for which Physician fails to perform all assigned duties under this Agreement through the earlier of the 90th day after Physician provides written notice of termination or the date on which Northwest Permanente requires that duties cease. This Section 7.3.1(b) shall not apply if termination is caused by illness or injury of Physician or by exercise of rights protected by statute.

(c) Northwest Permanente's Board of Directors may, in its sole discretion, waive payment of damages under (b) above.

7.3.2 <u>Early Termination by Physician</u>. If Physician terminates this Agreement before completing twelve (12) continuous months of service to Northwest Permanente, the provisions of Section 7.3.1(a), (b) and (c) shall apply. In addition to any damages payable under Section 7.3.1(b), Physician shall reimburse Northwest Permanente for any unearned vacation pay and education leave pay that has been received by Physician. Physician accrues vacation time and education leave time at the rate of one-twelfth (1/12) of Physician's



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

annual vacation and education leave benefits for each full month of continuous service by Physician. Physician shall also reimburse Northwest Permanente for a prorated portion of relocation expenses received by Physician. The amount of relocation expenses to be reimbursed by Physician shall be reduced by one-twelfth (1/12th) for each full month of continuous service by Physician. Physician acknowledges that if Physician's employment is terminated before the first anniversary of the Commencement Date, Physician will be unconditionally obligated to pay such amounts to Northwest Permanente. Physician acknowledges that in such event, repayment of such amounts will discharge a debt owed by Physician and such repayment will therefore be for Physician's benefit. Physician hereby authorizes Northwest Permanente to withhold any such amounts from sums due to Physician from Northwest Permanente at or before the termination of this Agreement. Physician authorizes and directs that such deductions be recorded in Northwest Permanente's books.

7.3.3    <u>Termination in Event of Change in Terms</u>. If Northwest Permanente notifies Physician of a change in salary under Section 5.2.5, Physician may terminate this Agreement by notice to Northwest Permanente within thirty (30) days after notice to Physician of such change. In such event, this Agreement shall terminate sixty (60) days after notice of termination by Physician to Northwest Permanente. If Physician terminates under this Section 7.3.3 before completing twelve (12) continuous months of Service to Northwest Permanente, the reimbursement provisions of Section 7.3.2 will apply.

7.4    <u>Automatic Termination</u>

7.4.1    <u>Senior Physician Contract</u>. This Agreement shall automatically terminate on execution by Physician and Northwest Permanente of a Senior Physician Employment Contract.

7.4.2    <u>Death</u>. If Physician dies during the term of this Agreement, this Agreement shall be automatically terminated and Northwest Permanente shall pay to Physician's surviving spouse, if any, and if none, to Physician's estate, the compensation which otherwise



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

would be payable to Physician through the last day of the month in which death occurs.

8. Disability

8.1 Permanent Total Disability

Physician shall be considered permanently totally disabled if the insurance company which writes the group disability policy endorsed by Northwest Permanente determines that Physician is permanently totally disabled. If Physician is permanently totally disabled from the full-time practice of medicine, this Agreement shall be terminated at the end of the month in which the determination is made, provided that Northwest Permanente shall comply with all applicable laws and regulations.

8.2 Partial Disability

If Physician becomes partially disabled, Northwest Permanente may terminate this Agreement under Section 7.2.1, provided that Northwest Permanente shall comply with all applicable laws and regulations.

9. Insurance and Litigation

9.1 Insurance

Northwest Permanente shall maintain professional liability (malpractice) insurance for Physician as follows:

9.1.1 The insurance shall be in a form and in an amount not less than that required by the medical staff bylaws at any hospital at which Physician is required to maintain medical staff membership or clinical privileges in order to perform Physician's duties pursuant to this Agreement. If Physician does not maintain medical staff membership at any hospital, the insurance shall be in the form and amount determined by Northwest Permanente.

9.1.2 The insurance shall protect against claims by third parties arising out of acts or omissions of Physician in performance of services under this Agreement.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

9.1.3 The insurance may include such alternative risk management programs as Northwest Permanente may select, including self-insurance by Northwest Permanente or a related entity.

9.1.4 The insurance shall be subject to the restrictions and limitations provided by Northwest Permanente's insurance coverage.

9.1.5 In no event shall Northwest Permanente be required to provide insurance coverage for intentional wrongful acts or acts outside the scope of Physician's employment with Northwest Permanente.

9.1.6 Northwest Permanente may, in its discretion, elect to provide insurance coverage for volunteer activities outside of Physician's employment with Northwest Permanente. Physician must request such coverage in writing and Northwest Permanente will give notice of insurance in writing if Northwest Permanente elects to provide coverage.

9.2 <u>Procedure</u>

Physician shall comply with all requirements regarding notice of claims, conduct of litigation and resolution of claims as may be provided by applicable policies of Northwest Permanente.

9.3 <u>Settlement</u>

9.3.1 Northwest Permanente may, in its discretion, defend or settle any claim against Physician arising out of Physician's employment by Northwest Permanente without the permission of Physician except as follows:

(a) If Physician is a named party in a lawsuit that Northwest Permanente desires to settle on behalf of Physician, Physician may refuse Northwest Permanente's request to permit dismissal of the case against Physician.

(b) If Physician refuses to permit a dismissal under (a), Physician shall indemnify, hold harmless and defend Northwest Permanente, Hospitals and Health Plan from and against all



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

judgments, damages, losses and costs, including attorney's fees at trial, on appeal or on review, that result from such refusal.

9.3.2   Northwest Permanente may, in its discretion, delegate or assign the defense or settlement of any claim against Physician to Health Plan or Hospitals.

9.4   Cooperation

Physician shall cooperate fully with Northwest Permanente, Health Plan and Hospitals in investigation and defense of any claims, including but not limited to claims regarding services rendered by Physician or involving any patient treated by Physician to the extent permitted by law.  If Physician fails to cooperate fully with Northwest Permanente, either during Physician's employment with Northwest Permanente or subsequent to termination of employment, Northwest Permanente may, at its option, terminate all obligations under this Agreement to provide legal defense and/or make payments on behalf of Physician for alleged acts of professional or general negligence.

10.   Waiver of Breach

Neither party shall be deemed to have waived any rights hereunder unless such waiver is in writing and signed by the party or the party's representative.  No delay or omission on the part of either party in exercising any right shall operate as a waiver of such right or any other right.  The waiver by any party of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach of that provision or any other provision of this Agreement by any party.

11.   Successors or Assigns

This Agreement is personal to Physician and may not be assigned by Physician. Subject to such limitation, this Agreement shall inure to the benefit of, and be binding upon, the parties, their successors, heirs, personal representatives and assigns.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

12. <u>Intellectual Property</u>

12.1 <u>Medically Related; Use of Northwest Permanente Resources</u>

If at any time during the term of this Agreement Physician wishes to or does devote Northwest Permanente time or resources to development of medically-related intellectual property (including inventions and software whether or not protected by patents or copyrights, know-how, trade secrets and the like), Physician shall request advance, written approval from the Operations Medical Director for such activities. Physician and Northwest Permanente shall then enter into a written agreement outlining terms under which the intellectual property may be developed. Although the terms of each agreement will be based on the particular circumstances of each case, the parties agree that the following general principles will apply unless otherwise agreed in writing.

12.1.1 Physician shall devote Northwest Permanente time and resources to development of intellectual property only as expressly agreed by Northwest Permanente in writing.

12.1.2 Physician shall not devote time to development of intellectual property to an extent such that Physician's performance of duties under this Agreement is affected, except as expressly agreed by Northwest Permanente in writing.

12.1.3 Northwest Permanente will own all right, title and interest in medically related intellectual property developed using any Northwest Permanente time or resources, except as expressly agreed by Northwest Permanente in writing. Physician shall agree to assign such intellectual property to Northwest Permanente.

12.2 <u>Medically Related; No Use of Northwest Permanente Resources</u>

Physician will own all right, title and interest in any medically related intellectual property developed by Physician solely on Physician's own time using only Physician's own resources. Northwest Permanente may, if it so chooses, use such intellectual property without charge for royalties or other fees payable to Physician other than costs of manufacture or production.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

12.3  <u>Non-medically Related</u>

Physician shall not devote Northwest Permanente time or resources to the development of non-medically related intellectual property.  All such endeavors shall be pursued solely on Physician's own time using only Physician's own resources.  Physician will own all right, title and interest in any such intellectual property.

12.4  <u>General Provisions</u>

12.4.1  Northwest Permanente is under no obligation to purchase intellectual property from Physician for any purpose.

12.4.2  The name of Northwest Permanente, Hospital, Health Plan or any similar name shall not be used by Physician or any third party on packaging, in advertising or in any other type of communication or manner associated with intellectual property developed by Physician, without the written consent of Northwest Permanente.

12.4.3  If Physician engages in the development of intellectual property, Physician shall adhere to all provisions of Northwest Permanente's Conflict of Interest Policy outlined in the Employed Physician Handbook.

13.  <u>Confidentiality</u>

Physician will not, at any time during the term of this Agreement, or after the termination hereof, divulge or convey any confidential information, knowledge, data or property related to the business of Northwest Permanente or related entities or any of its patients other than that which is in the public domain, unless authorized by Northwest Permanente in writing.  In the event of any violation or threatened violation of this Section 13 by Physician, Northwest Permanente shall be entitled to immediate injunctive or other equitable relief in addition to any other remedies to which Northwest Permanente may be entitled under law.



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

14. <u>Governing Law</u>

Except as otherwise expressly provided in this Agreement, this Agreement shall be governed by and construed in accordance with the laws of the State of Oregon.

15. <u>Compliance with Laws, Rules and Standards</u>

15.1   The parties recognize that this Agreement at all times may be subject to applicable state, local and federal laws including, but not limited to, the Social Security Act and the regulations of the Department of Health and Human Services, all public health and safety provisions of Oregon statutes and regulations, the provisions relating to licensure and regulation of Physicians and corporations and the regulations of the Office of Health Policy.  The parties further recognize that this Agreement may be subject to amendments in such laws and regulations and to new legislation.

15.2   Any provisions of law which invalidate or otherwise are inconsistent with the terms of this Agreement, or which would cause one or both of the parties to be in violation of law, shall supersede those terms of this Agreement.  Physician and Northwest Permanente shall exercise their best efforts to comply with all applicable provisions of law and other rules and regulations of all governmental authorities.

16. <u>Notice</u>

All notices or demands given under this Agreement shall be in writing.  Notice will be deemed given when actually received or when Northwest Permanente receives return notice mail from Physician, whichever is earlier.  A party may change the address for notice under this Agreement by a notice complying with this Section 16.

17. <u>Integration and Amendment</u>

This Agreement, Hiring Bonus Agreement and Student Loan Assistance Program Agreement represent the entire agreement between Northwest Permanente and Physician, and supersedes all prior or contemporaneous agreements and understandings, whether written, oral or implied.  No amendment to this Agreement will be effective unless reduced to writing and signed by both parties or their authorized representatives.

MUELLER.Jennifer Elaine MD - Employment Contract

HART 000703



**KAISER PERMANENTE**
Northwest Permanente, P.C.
Physicians and Surgeons

## Physician Employment Contract

This Physician Employment Contract is executed by the following parties:

PHYSICIAN

NORTHWEST PERMANENTE, P.C.,
an Oregon professional corporation

By: _Saundra Fickenscher_

Jennifer Elaine Mueller, MD

Saundra Fickenscher
Director, Recruitment & Retention

9/1/2016

9-12-16

Date

Date

**MUELLER.Jennifer Elaine MD - Employment Contract**

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, August 6, 2020 11:58:43 AM (UTC-05:00) Eastern Time (US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


　　　　　_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, August 6, 2020 11:58:37 AM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]




Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Thursday, August 06, 2020 8:49 AM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hello Katelyn,


Here is part 3 of the information requested. Please let me know if you
need anything additional.


Thank you,


Tammy Kilmer (â€œshe/herâ€)

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

HART 000707

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  <mailto:NWP-BenefitsTeam@kp.org> NWP-BenefitsTeam@kp.org

Email:  <mailto:May.y.lee@kp.org> tamison.a.kilmer@kp.org

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From: Jenna G Larsen <Jenna.G.Larsen@kp.org
<mailto:Jenna.G.Larsen@kp.org> >
Sent: Thursday, July 23, 2020 7:10 AM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org
<mailto:Tamison.A.Kilmer@kp.org> >
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

From: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Sent: Wednesday, July 22, 2020 5:45 PM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>
Cc: informationupload (GB and WC Claims)
<informationupload@thehartford.com
<mailto:informationupload@thehartford.com> >
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sender.

―――――

Hi Jenna,

I am the analyst handling Dr. Muellerâ€™s Long Term Disability claim. I was wondering if you could please send over her pay statements from 03/01/2018 to the most recent available?

Please also provide the following information if it is available:

* Employment agreement;
* Job description;
* Productivity or billing statements from 09/01/2018 to Present;
* Pre-disability schedule information (e.g. office hours, surgery hours, call schedule, and type of call, etc.).

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacAxBh6fC$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacC4Noz1n$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a36bapWJ!_TPEXLO357AZdm9lhg9rU4FAQCB3lMmcjFsHV6lqRX4fgLOo38uowffacPMa8RZQ$> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*****************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*****************************************************************************
***************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

*****************************************************************************
************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,

disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

***************************************************************************
*****************************



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 02/25/2018 |
| Period End Date | 03/10/2018 |
| Pay Date | 03/16/2018 |
| Document | 83829 |
| Net Pay | $5,113.10 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax   M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax   M 3 (Residence) |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work)   M 3 |
| USA | | | Empl Group | P - Physician/Optometrist | |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Education Leave | 0.6700 | $0.0000 | $0.00 | $0.00 |
| Group Term Life | | | $13.85 | $83.10 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $461.82 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $45,152.28 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $415.38 |

Total Hours  72.6700

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| ADD - Child | $0.55 | No | $0.55 | $3.30 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $0.84 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.42 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $27.72 | $109.70 | $658.20 |
| Group Term Life | $13.85 | No | $13.85 | $83.10 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $230.82 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $461.82 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $3.30 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $13.14 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $249.12 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $271.38 | $837.71 | $5,026.26 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $1,037.48 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $10.38 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $62.28 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $461.82 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $122.94 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $9.90 |

HART 000712

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,597.11 | $1,162.50 | $8,825.01 |
| Employee Medicare | $7,597.11 | $110.16 | $752.40 |
| Social Security Employee Tax | $7,597.11 | $471.02 | $3,217.14 |
| OR State Income Tax | $7,597.11 | $603.48 | $4,216.15 |
| Oregon W/C EE Withholding | $7,597.11 | $1.01 | $6.06 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 12.7423 |
| Sabbatical | 5.4000 | 230.2000 |
| Sick (SICK) | 2.9538 | 8.3460 |
| Vacation | 3.6923 | 9.1121 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
| | Checking | $4,613.10 |
| Total | | $5,113.10 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,597.11 | $2,348.17 | $224.16 | $5,113.10 |
| YTD | $52,419.34 | $51,889.42 | $17,016.76 | $1,344.96 | $34,057.62 |

HART 000713



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 03/11/2018 |
| Period End Date | 03/24/2018 |
| Pay Date | 03/30/2018 |
| Document | 85569 |
| Net Pay | $5,113.11 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | | | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Job | Family Med Phys | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $96.95 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $538.79 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $52,677.66 |
| Sick | 9.0000 | $0.0000 | $0.00 | $0.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $484.61 |
| Vacation | 3.0000 | $0.0000 | $0.00 | $0.00 |

Total Hours 84.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| ADD - Child | $0.55 | No | $0.55 | $3.85 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $0.98 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.49 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $32.34 | $109.70 | $767.90 |
| Group Term Life | $13.85 | No | $13.85 | $96.95 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $269.29 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $538.79 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $3.85 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $15.33 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $290.64 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $316.61 | $837.71 | $5,863.97 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $1,189.37 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $12.11 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $72.66 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $538.79 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $143.43 |

HART 000714

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Current | YTD | Current | YTD |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $11.55 |

## Taxes

| Tax | Based On | Current | YTD |
| --- | --- | --- | --- |
| Federal Income Tax | $7,597.11 | $1,162.50 | $9,987.51 |
| Employee Medicare | $7,597.11 | $110.15 | $862.55 |
| Social Security Employee Tax | $7,597.11 | $471.02 | $3,688.16 |
| OR State Income Tax | $7,597.11 | $603.48 | $4,819.63 |
| Oregon W/C EE Withholding | $7,597.11 | $1.01 | $7.07 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| Education Leave | 1.2308 | 13.9731 |
| Sabbatical | 5.4000 | 235.6000 |
| Sick (SICK) | 2.9538 | 2.2998 |
| Vacation | 3.6923 | 9.8044 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| REDACTED | Savings | $500.00 |
| | Checking | $4,613.11 |
| Total | | $5,113.11 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $7,685.43 | $7,597.11 | $2,348.16 | $224.16 | $5,113.11 |
| YTD | $60,104.77 | $59,486.53 | $19,364.92 | $1,569.12 | $39,170.73 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 03/25/2018 |
| Period End Date | 04/07/2018 |
| Pay Date | 04/13/2018 |
| Document | 87225 |
| Net Pay | $4,881.06 |

## Pay Details

| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
|---|---|---|---|---|---|---|
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | |
| | Pay Frequency | Biweekly | GL Location | MTS - Mt Scott Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Education Leave | 0.6700 | $0.0000 | $0.00 | $0.00 |
| Group Term Life | | | $13.85 | $110.80 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $615.76 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $60,203.04 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $553.84 |
| Vacation | -3.0000 | $0.0000 | $0.00 | $0.00 |
| Zero Time | 3.0000 | $0.0000 | ($313.56) | ($313.56) |

Total Hours 69.6700

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| ADD - Child | $0.55 | No | $0.55 | $4.40 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.12 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.56 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $36.96 | $109.70 | $877.60 |
| Group Term Life | $13.85 | No | $13.85 | $110.80 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $307.76 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $615.76 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $4.40 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $17.52 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $332.16 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $45.94 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $361.84 | $837.71 | $6,701.68 |
| 401k ER Contrib | $7,281.05 | No | $0.00 | $0.00 | $145.62 | $1,334.99 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $13.84 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $83.04 |

HART 000716

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $615.76 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $163.92 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $13.20 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,283.55 | $1,087.24 | $11,074.75 |
| Employee Medicare | $7,283.55 | $105.62 | $968.17 |
| Social Security Employee Tax | $7,283.55 | $451.58 | $4,139.74 |
| OR State Income Tax | $7,283.55 | $575.26 | $5,394.89 |
| Oregon W/C EE Withholding | $7,283.55 | $1.01 | $8.08 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 14.5339 |
| Sabbatical | 5.4000 | 241.0000 |
| Sick (SICK) | 2.9538 | 5.2536 |
| Vacation | 3.6923 | 16.4967 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
| | Checking | $4,381.06 |
| Total | | $4,881.06 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,371.87 | $7,283.55 | $2,220.71 | $270.10 | $4,881.06 |
| YTD | $67,476.64 | $66,770.08 | $21,585.63 | $1,839.22 | $44,051.79 |

HART 000717



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID  0250846-9

| Pay Statement | |
| --- | --- |
| Period Start Date | 04/08/2018 |
| Period End Date | 04/21/2018 |
| Pay Date | 04/27/2018 |
| Document | 89075 |
| Net Pay | $4,785.50 |

## Pay Details

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M  3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M  3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M  3 |
| USA | | | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | | | | |
| | Pay Frequency | Biweekly | GL Location | MTS - Mt Scott Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $124.65 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $692.73 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $67,728.42 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $623.07 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($313.56) |

Total Hours  72.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- | --- |
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $417.70 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $4.95 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.26 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.63 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $41.58 | $109.70 | $987.30 |
| Group Term Life | $13.85 | No | $13.85 | $124.65 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $346.23 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $692.73 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $4.95 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $19.71 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $373.68 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $91.88 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $407.07 | $837.71 | $7,539.39 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $1,486.88 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $15.57 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $93.42 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $692.73 |

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $184.41 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $14.85 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $12,138.80 |
| Employee Medicare | $7,597.11 | $110.15 | $1,078.32 |
| Social Security Employee Tax | $7,597.11 | $471.03 | $4,610.77 |
| OR State Income Tax | $7,179.41 | $565.89 | $5,960.78 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $9.09 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 15.7647 |
| Sabbatical | 5.4000 | 246.4000 |
| Sick (SICK) | 2.9538 | 8.2075 |
| Vacation | 3.6923 | 20.1891 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,285.50 |
| Total | | $4,785.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $2,212.13 | $687.80 | $4,785.50 |
| YTD | $75,162.07 | $73,949.49 | $23,797.76 | $2,527.02 | $48,837.29 |

HART 000719



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
| --- | --- |
| Period Start Date | 04/22/2018 |
| Period End Date | 05/05/2018 |
| Pay Date | 05/11/2018 |
| Document | 90819 |
| Net Pay | $4,785.50 |

## Pay Details

Jennifer Elaine Mueller
4404 SW Carson St
Portland, OR 97219-3537
USA

| | |
| --- | --- |
| Employee Number | Q597759 |
| SSN | XXX-XX-XXXX |
| Job | Family Med Phys |
| Pay Rate | $104.5192 |
| Pay Frequency | Biweekly |

| | |
| --- | --- |
| Pay Group | Regular Staff |
| Location | Mt Scott Medical Ofc |
| Department | 2247 - Family Medicine (PH) |
| Empl Group | P - Physician/Optometrist |
| GL Location | MTS - Mt Scott Medical Ofc |

| | |
| --- | --- |
| Federal Income Tax | M 3 |
| OR State Income Tax (Residence) | M 3 |
| OR State Income Tax (Work) | M 3 |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Education Leave | 0.6700 | $0.0000 | $0.00 | $0.00 |
| Group Term Life | | | $13.85 | $138.50 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $769.70 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $75,253.80 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $692.30 |
| Vacation | 14.0000 | $0.0000 | $0.00 | $0.00 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($313.56) |

Total Hours  86.6700

## Deductions

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Current | YTD | Current | YTD |
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $835.40 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $5.50 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.40 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.70 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $46.20 | $109.70 | $1,097.00 |
| Group Term Life | $13.85 | No | $13.85 | $138.50 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $384.70 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $769.70 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $5.50 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $21.90 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $415.20 | $0.00 | $0.00 |
| Supplement LTD | $45.94 | No | $45.94 | $137.82 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $452.30 | $837.71 | $8,377.10 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $1,638.77 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $17.30 |

HART 000720

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $103.80 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $769.70 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $204.90 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $16.50 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $13,202.85 |
| Employee Medicare | $7,597.11 | $110.16 | $1,188.48 |
| Social Security Employee Tax | $7,597.11 | $471.02 | $5,081.79 |
| OR State Income Tax | $7,179.41 | $565.89 | $6,526.67 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $10.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 16.3255 |
| Sabbatical | 5.4000 | 251.8000 |
| Sick (SICK) | 2.9538 | 11.1613 |
| Vacation | 3.6923 | 9.8814 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,285.50 |
| Total | | $4,785.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $2,212.13 | $687.80 | $4,785.50 |
| YTD | $82,847.50 | $81,128.90 | $26,009.89 | $3,214.82 | $53,622.79 |



**Permanente**
PHYSICIANS & SURGEONS , P.C.

Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 05/06/2018 |
| Period End Date | 05/19/2018 |
| Pay Date | 05/25/2018 |
| Document | 92579 |
| Net Pay | $4,544.87 |

## Pay Details

| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
|---|---|---|---|---|---|---|
| 4404 SW Carson St | | | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Job | Family Med Phys | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $152.35 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($167.24) |
| Imputed LTD | | | $76.97 | $846.67 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $82,779.18 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $761.53 |
| Vacation | 8.0000 | $0.0000 | $0.00 | $0.00 |
| Zero Time | 4.0000 | $0.0000 | ($418.08) | ($731.64) |

Total Hours  80.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,176.53 | Yes | $394.71 | $1,230.11 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $6.05 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.54 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.77 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $50.82 | $109.70 | $1,206.70 |
| Group Term Life | $13.85 | No | $13.85 | $152.35 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $423.17 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $846.67 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $6.05 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $24.09 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $456.72 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $183.76 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $497.53 | $837.71 | $9,214.81 |
| 401k ER Contrib | $7,176.53 | No | $0.00 | $0.00 | $143.53 | $1,782.30 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $19.03 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $114.18 |

HART 000722

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
| | | | Current | YTD | Current | YTD |
|---|---|---|---|---|---|---|
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $846.67 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $225.39 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $18.15 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $6,784.32 | $977.13 | $14,179.98 |
| Employee Medicare | $7,179.03 | $104.10 | $1,292.58 |
| Social Security Employee Tax | $7,179.03 | $445.10 | $5,526.89 |
| OR State Income Tax | $6,784.32 | $530.33 | $7,057.00 |
| Oregon W/C EE Withholding | $6,784.32 | $1.01 | $11.11 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 17.5563 |
| Sabbatical | 5.4000 | 257.2000 |
| Sick (SICK) | 2.9538 | 14.1152 |
| Vacation | 3.6923 | 5.5737 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
| | Checking | $4,044.87 |
| Total | | $4,544.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,267.35 | $6,784.32 | $2,057.67 | $664.81 | $4,544.87 |
| YTD | $90,114.85 | $87,913.22 | $28,067.56 | $3,879.63 | $58,167.66 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 05/20/2018 |
| Period End Date | 06/02/2018 |
| Pay Date | 06/08/2018 |
| Document | 94239 |
| Net Pay | $4,737.39 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | |
| | Pay Frequency | Biweekly | GL Location | MTS - Mt Scott Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $166.20 |
| Holiday Unpaid | 0.8000 | $0.0000 | ($83.62) | ($250.86) |
| Imputed LTD | | | $76.97 | $923.64 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $882.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $90,304.56 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $830.76 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |

Total Hours 72.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k EE 34038 | $7,510.99 | Yes | $413.10 | $1,643.21 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $6.60 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.68 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.84 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $55.44 | $109.70 | $1,316.40 |
| Group Term Life | $13.85 | No | $13.85 | $166.20 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $461.64 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $923.64 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $6.60 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $26.28 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $498.24 | $0.00 | $0.00 |
| SupplementI LTD | $45.94 | No | $45.94 | $229.70 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $542.76 | $837.71 | $10,052.52 |
| 401k ER Contrib | $7,510.99 | No | $0.00 | $0.00 | $150.22 | $1,932.52 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $20.76 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $124.56 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $923.64 |

HART 000724

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $245.88 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $19.80 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,100.39 | $1,046.66 | $15,226.64 |
| Employee Medicare | $7,513.49 | $108.94 | $1,401.52 |
| Social Security Employee Tax | $7,513.49 | $465.83 | $5,992.72 |
| OR State Income Tax | $7,100.39 | $558.78 | $7,615.78 |
| Oregon W/C EE Withholding | $7,100.39 | $1.01 | $12.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 18.7871 |
| Sabbatical | 5.4000 | 262.6000 |
| Sick (SICK) | 2.9538 | 17.0690 |
| Vacation | 3.6923 | 9.2660 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,237.39 |
| Total | | $4,737.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,601.81 | $7,100.39 | $2,181.22 | $683.20 | $4,737.39 |
| YTD | $97,716.66 | $95,013.61 | $30,248.78 | $4,562.83 | $62,905.05 |

HART 000725



**Northwest Permanente, PC**
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/03/2018 |
| Period End Date | 06/16/2018 |
| Pay Date | 06/22/2018 |
| Document | 96069 |
| Net Pay | $5,269.94 |

## Pay Details

| Jennifer Elaine Mueller | Employee Number | Q587759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
|---|---|---|---|---|---|---|
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | | | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $180.05 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($250.86) |
| Imputed LTD | | | $76.97 | $1,000.61 |
| R & R - Qtr Pmt | | | $882.00 | $1,764.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $97,829.94 |
| Sick | 8.0000 | $0.0000 | $0.00 | $0.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $899.99 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |

Total Hours 80.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $8,476.61 | Yes | $466.21 | $2,109.42 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $7.15 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.82 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.91 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $60.06 | $109.70 | $1,426.10 |
| Group Term Life | $13.85 | No | $13.85 | $180.05 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $500.11 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,000.61 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $7.15 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $28.47 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $539.76 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $275.64 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $587.99 | $837.71 | $10,890.23 |
| 401k ER Contrib | $8,476.61 | No | $0.00 | $0.00 | $169.53 | $2,102.05 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $22.49 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $134.94 |

HART 000726

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,000.61 |
| Moda – Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $266.37 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $21.45 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $8,012.90 | $1,247.41 | $16,474.05 |
| Employee Medicare | $8,479.11 | $122.95 | $1,524.47 |
| Social Security Employee Tax | $8,479.11 | $525.71 | $6,518.43 |
| OR State Income Tax | $8,012.90 | $664.10 | $8,279.88 |
| Oregon W/C EE Withholding | $8,012.90 | $1.01 | $13.13 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 20.0179 |
| Sabbatical | 5.4000 | 268.0000 |
| Sick (SICK) | 2.9538 | 12.0228 |
| Vacation | 3.6923 | 12.9583 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,769.94 |
| Total | | $5,269.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,567.43 | $8,012.90 | $2,561.18 | $736.31 | $5,269.94 |
| YTD | $106,284.09 | $103,026.51 | $32,809.96 | $5,299.14 | $68,174.99 |

HART 000727



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/17/2018 |
| Period End Date | 06/30/2018 |
| Pay Date | 07/06/2018 |
| Document | 97835 |
| Net Pay | $4,778.32 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | (Residence) |
| USA | | | Empl Group | P - Physician/Optometrist | OR State Income Tax (Work) M 3 |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $193.90 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($250.86) |
| Imputed LTD | | | $76.97 | $1,077.58 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $1,764.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $105,355.32 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $969.22 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.84) |

Total Hours  72.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $2,527.12 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $7.70 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $1.96 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $0.98 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $64.68 | $109.70 | $1,535.80 |
| Group Term Life | $13.85 | No | $13.85 | $193.90 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $538.58 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,077.58 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $7.70 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $30.66 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $581.28 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $321.58 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $633.22 | $837.71 | $11,727.94 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $2,253.94 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $24.22 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $145.32 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,077.58 |

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $286.86 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $23.10 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $17,538.10 |
| Employee Medicare | $7,597.11 | $110.16 | $1,634.63 |
| Social Security Employee Tax | $7,597.11 | $471.02 | $6,989.45 |
| OR State Income Tax | $7,179.41 | $565.89 | $8,845.77 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $7.18 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $14.14 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 21.2487 |
| Sabbatical | 5.4000 | 273.4000 |
| Sick (SICK) | 2.9538 | 14.9767 |
| Vacation | 3.6923 | 16.6507 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,278.32 |
| Total | | $4,778.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $2,219.31 | $687.80 | $4,778.32 |
| YTD | $113,969.52 | $110,205.92 | $35,029.27 | $5,986.94 | $72,953.31 |

HART 000729



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 07/01/2018 |
| Period End Date | 07/14/2018 |
| Pay Date | 07/20/2018 |
| Document | 99617 |
| Net Pay | $4,730.29 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax   M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Mt Scott Medical Ofc | OR State Income Tax   M 3 (Residence) |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work)   M 3 |
| USA | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | |
| | Pay Frequency | Biweekly | GL Location | MTS - Mt Scott Medical Ofc | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $207.75 |
| Holiday Unpaid | 0.8000 | $0.0000 | ($83.62) | ($334.48) |
| Imputed LTD | | | $76.97 | $1,154.55 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $1,764.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $112,880.70 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,038.45 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |

Total Hours 72.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,510.99 | Yes | $413.10 | $2,940.22 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $8.25 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.10 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.05 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $69.30 | $109.70 | $1,645.50 |
| Group Term Life | $13.85 | No | $13.85 | $207.75 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $577.05 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,154.55 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $8.25 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $32.85 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $622.80 | $0.00 | $0.00 |
| Supplemental LTD | $45.94 | No | $45.94 | $367.52 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $678.45 | $837.71 | $12,565.65 |
| 401k ER Contrib | $7,510.99 | No | $0.00 | $0.00 | $150.22 | $2,404.16 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $25.95 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $155.70 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,154.55 |

HART 000730

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $307.35 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $24.75 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,100.39 | $1,046.66 | $18,584.76 |
| Employee Medicare | $7,513.49 | $108.94 | $1,743.57 |
| Social Security Employee Tax | $7,513.49 | $465.83 | $7,455.28 |
| OR State Income Tax | $7,100.39 | $558.78 | $9,404.55 |
| Oregon Transit Tax | $7,100.39 | $7.10 | $14.28 |
| Oregon W/C EE Withholding | $7,100.39 | $1.01 | $15.15 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 22.4795 |
| Sabbatical | 5.4000 | 278.8000 |
| Sick (SICK) | 2.9538 | 17.9305 |
| Vacation | 3.6923 | 20.3430 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,230.29 |
| Total | | $4,730.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,601.81 | $7,100.39 | $2,188.32 | $683.20 | $4,730.29 |
| YTD | $121,571.33 | $117,306.31 | $37,217.59 | $6,670.14 | $77,683.60 |

HART 000731



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 07/15/2018 |
| Period End Date | 07/28/2018 |
| Pay Date | 08/03/2018 |
| Document | 101407 |
| Net Pay | $4,778.31 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | | | Location | Mt Scott Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Department | 2247 - Family Medicine (PH) | | |
| USA | Job | Family Med Phys | Empl Group | P - Physician/Optometrist | OR State Income Tax (Work) | M 3 |
| | Pay Rate | $104.5192 | GL Location | MTS - Mt Scott Medical Ofc | | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $221.60 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($334.48) |
| Imputed LTD | | | $76.97 | $1,231.52 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $1,764.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $120,406.08 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,107.68 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |

| Total Hours  72.0000 |
|---|

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $3,357.92 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $8.80 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.24 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.12 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $73.92 | $109.70 | $1,755.20 |
| Group Term Life | $13.85 | No | $13.85 | $221.60 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $615.52 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,231.52 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $8.80 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $35.04 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $664.32 | $0.00 | $0.00 |
| Supplement LTD | $45.94 | No | $45.94 | $413.46 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $723.68 | $837.71 | $13,403.36 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $2,556.05 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $27.68 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.36 | $166.08 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,231.52 |

HART 000732

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $327.84 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $26.40 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $19,648.81 |
| Employee Medicare | $7,597.11 | $110.16 | $1,853.73 |
| Social Security Employee Tax | $7,597.11 | $471.03 | $7,926.31 |
| OR State Income Tax | $7,179.41 | $565.89 | $9,970.44 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $21.46 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $16.16 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 23.7103 |
| Sabbatical | 5.4000 | 284.2000 |
| Sick (SICK) | 2.9538 | 20.8844 |
| Vacation | 3.6923 | 24.0353 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,278.31 |
| Total | | $4,778.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $2,219.32 | $687.80 | $4,778.31 |
| YTD | $129,256.76 | $124,485.72 | $39,436.91 | $7,357.94 | $82,461.91 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID  0250846-9

| Pay Statement | |
| --- | --- |
| Period Start Date | 07/29/2018 |
| Period End Date | 08/11/2018 |
| Pay Date | 08/17/2018 |
| Document | 103215 |
| Net Pay | $5,214.85 |

## Pay Details

| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| --- | --- | --- | --- | --- | --- | --- |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| CEO Alignment | -4.0000 | $0.0000 | $0.00 | $0.00 |
| Group Term Life | | | $13.85 | $235.45 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($334.48) |
| Imputed LTD | | | $76.97 | $1,308.49 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $1,764.00 |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $127,931.46 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,176.91 |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |

Total Hours  68.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- | --- |
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $3,775.62 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $9.35 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.38 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.19 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $78.54 | $109.70 | $1,864.90 |
| Group Term Life | $13.85 | No | $13.85 | $235.45 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $653.99 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,308.49 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $9.35 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $37.23 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $705.84 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $459.40 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $768.91 | $837.71 | $14,241.07 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $2,707.94 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $29.41 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $176.46 |

HART 000734

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,308.49 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $348.33 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $28.05 |

### Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $20,712.86 |
| Employee Medicare | $7,597.11 | $110.16 | $1,963.89 |
| Social Security Employee Tax | $556.36 | $34.49 | $7,960.80 |
| OR State Income Tax | $7,179.41 | $565.89 | $10,536.33 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $28.64 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $17.17 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 28.9411 |
| Sabbatical | 5.4000 | 289.6000 |
| Sick (SICK) | 2.9538 | 23.8382 |
| Vacation | 3.6923 | 27.7276 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,714.85 |
| Total | | $5,214.85 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $1,782.78 | $687.80 | $5,214.85 |
| YTD | $136,942.19 | $131,665.13 | $41,219.69 | $8,045.74 | $87,676.76 |

HART 000735



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 08/12/2018 |
| Period End Date | 08/25/2018 |
| Pay Date | 08/31/2018 |
| Document | 105020 |
| Net Pay | $5,249.34 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | | | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | GL Location | BVT - Beaverton Medical Ofc | | |
| | Pay Frequency | Biweekly | | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $135,456.84 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($334.48) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| Group Term Life | | | $13.85 | $249.30 |
| Imputed LTD | | | $76.97 | $1,385.46 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $1,764.00 |
| Sick | 8.0000 | $0.0000 | $0.00 | $0.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,246.14 |

Total Hours  80.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $4,193.32 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $9.90 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.52 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.26 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $83.16 | $109.70 | $1,974.60 |
| Group Term Life | $13.85 | No | $13.85 | $249.30 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $692.46 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,385.46 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $9.90 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $39.42 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $747.36 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $505.34 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $814.14 | $837.71 | $15,078.78 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $2,859.83 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $31.14 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $186.84 |

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,385.46 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $368.82 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $29.70 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $21,776.91 |
| Employee Medicare | $7,597.11 | $110.16 | $2,074.05 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,179.41 | $565.89 | $11,102.22 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $35.82 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $18.18 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 30.1719 |
| Sabbatical | 5.4000 | 295.0000 |
| Sick (SICK) | 2.9538 | 18.7920 |
| Vacation | 3.6923 | 31.4199 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,749.34 |
| Total | | $5,249.34 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $1,748.29 | $687.80 | $5,249.34 |
| YTD | $144,627.62 | $138,844.54 | $42,967.98 | $8,733.54 | $92,926.10 |




**Permanente**
PHYSICIANS & SURGEONS / P.C.

Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 08/26/2018 |
| Period End Date | 09/08/2018 |
| Pay Date | 09/14/2018 |
| Document | 106813 |
| Net Pay | $5,746.73 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | | | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Job | Family Med Phys | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | | | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $142,982.22 |
| Holiday Unpaid | 0.8000 | $0.0000 | ($83.62) | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| Sick | 8.0000 | $0.0000 | $0.00 | $0.00 |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | | | $900.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,315.37 |
| Group Term Life | | | $13.85 | $263.15 |
| Imputed LTD | | | $76.97 | $1,462.43 |

Total Hours  80.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $8,410.99 | Yes | $462.60 | $4,655.92 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $10.45 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.66 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.33 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $87.78 | $109.70 | $2,084.30 |
| Group Term Life | $13.85 | No | $13.85 | $263.15 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $730.93 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,462.43 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $10.45 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $41.61 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $788.88 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $551.28 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $859.37 | $837.71 | $15,916.49 |
| 401k ER Contrib | $8,410.99 | No | $0.00 | $0.00 | $168.22 | $3,028.05 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $32.87 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $197.22 |

HART 000738

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,462.43 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $389.31 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $31.35 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,950.89 | $1,233.78 | $23,010.69 |
| Employee Medicare | $8,413.49 | $121.99 | $2,196.04 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,950.89 | $658.52 | $11,760.74 |
| Oregon Transit Tax | $7,950.89 | $7.08 | $42.90 |
| Oregon W/C EE Withholding | $7,950.89 | $1.01 | $19.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 1.2308 | 31.4027 |
| Sabbatical | 5.4000 | 300.4000 |
| Sick (SICK) | 2.9538 | 13.7459 |
| Vacation | 3.6923 | 35.1123 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $5,246.73 |
| Total | | $5,746.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,501.81 | $7,950.89 | $2,022.38 | $732.70 | $5,746.73 |
| YTD | $153,129.43 | $146,795.43 | $44,990.36 | $9,466.24 | $98,672.83 |

HART 000739



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
| --- | --- |
| Period Start Date | 09/09/2018 |
| Period End Date | 09/22/2018 |
| Pay Date | 09/28/2018 |
| Document | 108627 |
| Net Pay | $16,018.14 |

## Pay Details

| Jennifer Elaine Mueller | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4404 SW Carson St | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | | M 3 |
| USA | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | | M 3 |
| | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $150,507.60 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| Education Leave | 4.0000 | $0.0000 | $0.00 | $0.00 |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,384.60 |
| Stud Loan Asst | | | $19,193.56 | $19,193.56 |
| Group Term Life | | | $13.85 | $277.00 |
| Imputed LTD | | | $76.97 | $1,539.40 |

Total Hours  76.0000

## Deductions

| | | | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- | --- |
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $5,073.62 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $11.00 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.80 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.40 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $92.40 | $95.66 | $2,179.96 |
| Group Term Life | $13.85 | No | $13.85 | $277.00 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $769.40 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,539.40 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $11.00 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $43.80 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $830.40 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $597.22 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $41.54 | $900.91 | $756.30 | $16,672.79 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $3,179.94 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $34.60 |

HART 000740

|  |  |  | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Life – Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $207.60 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,539.40 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $22.28 | $411.59 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $33.00 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $26,376.66 | $5,290.61 | $28,301.30 |
| Employee Medicare | $26,794.36 | $388.52 | $2,584.56 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $26,376.66 | $2,489.17 | $14,249.91 |
| Oregon Transit Tax | $26,376.66 | $7.43 | $50.33 |
| Oregon W/C EE Withholding | $26,376.66 | $1.01 | $20.20 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 29.8642 |
| Sabbatical | 5.4000 | 305.8000 |
| Sick (SICK) | 2.9538 | 16.6997 |
| Vacation | 3.6923 | 38.8046 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
|  | Checking | $17,518.14 |
| Total |  | $18,018.14 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $26,878.99 | $26,376.66 | $8,176.74 | $684.11 | $18,018.14 |
| YTD | $180,008.42 | $173,172.09 | $53,167.10 | $10,150.35 | $116,690.97 |



**Permanente**
PHYSICIANS & SURGEONS / PC

Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 09/23/2018 |
| Period End Date | 10/06/2018 |
| Pay Date | 10/12/2018 |
| Document | 110450 |
| Net Pay | $5,509.39 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) M 3 |
| USA | | | Empl Group | P - Physician/Optometrist | |
| | Pay Rate | $104.5192 | | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $158,032.98 |
| Extra Clinic | 1.0000 | $0.0000 | $418.08 | $418.08 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,453.83 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $290.85 |
| Imputed LTD | | | $76.97 | $1,616.37 |

Total Hours 73.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $8,012.69 | Yes | $440.70 | $5,514.32 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $11.55 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $2.94 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.47 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $97.02 | $123.74 | $2,303.70 |
| Group Term Life | $13.85 | No | $13.85 | $290.85 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $807.87 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,616.37 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $11.55 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $45.99 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $871.92 | $0.00 | $0.00 |
| Supplement LTD | $45.94 | No | $45.94 | $643.16 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $946.14 | $919.12 | $17,591.91 |
| 401k ER Contrib | $8,012.69 | No | $0.00 | $0.00 | $160.25 | $3,340.19 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $36.33 |

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $217.98 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,616.37 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $18.70 | $430.29 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $34.65 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,574.49 | $1,157.07 | $29,458.37 |
| Employee Medicare | $8,015.19 | $116.22 | $2,700.78 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,574.49 | $601.45 | $14,851.36 |
| Oregon Transit Tax | $7,574.49 | $7.57 | $57.90 |
| Oregon W/C EE Withholding | $7,574.49 | $1.01 | $21.21 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 32.3257 |
| Sabbatical | 5.4000 | 311.2000 |
| Sick (SICK) | 2.9538 | 19.6536 |
| Vacation | 3.6923 | 42.4969 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
| | Checking | $5,009.39 |
| Total | | $5,509.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,103.51 | $7,574.49 | $1,883.32 | $710.80 | $5,509.39 |
| YTD | $188,111.93 | $180,746.58 | $55,050.42 | $10,861.15 | $122,200.36 |

HART 000743



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 10/07/2018 |
| Period End Date | 10/20/2018 |
| Pay Date | 10/26/2018 |
| Document | 112267 |
| Net Pay | $5,509.39 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | | | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | | | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $165,558.36 |
| Extra Clinic | 1.0000 | $0.0000 | $418.08 | $836.16 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| Education Leave | 8.0000 | $0.0000 | $0.00 | $0.00 |
| Sick | 8.0000 | $0.0000 | $0.00 | $0.00 |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,523.06 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $304.70 |
| Imputed LTD | | | $76.97 | $1,693.34 |

Total Hours 89.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $8,012.69 | Yes | $440.70 | $5,955.02 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $12.10 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $3.08 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.54 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $101.64 | $109.70 | $2,413.40 |
| Group Term Life | $13.85 | No | $13.85 | $304.70 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $846.34 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,693.34 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $12.10 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $48.18 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $913.44 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $689.10 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $991.37 | $837.71 | $18,429.62 |

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| 401k ER Contrib | $8,012.69 | No | $0.00 | $0.00 | $160.25 | $3,500.44 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $38.06 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $228.36 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,693.34 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $450.78 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $36.30 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,574.49 | $1,157.07 | $30,615.44 |
| Employee Medicare | $8,015.19 | $116.22 | $2,817.00 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,574.49 | $601.45 | $15,452.81 |
| Oregon Transit Tax | $7,574.49 | $7.57 | $65.47 |
| Oregon W/C EE Withholding | $7,574.49 | $1.01 | $22.22 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 26.7872 |
| Sabbatical | 5.4000 | 316.6000 |
| Sick (SICK) | 2.9538 | 14.6074 |
| Vacation | 3.6923 | 46.1892 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| **REDACTED** | Savings | $500.00 |
| | Checking | $5,009.39 |
| Total | | $5,509.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,103.51 | $7,574.49 | $1,883.32 | $710.80 | $5,509.39 |
| YTD | $196,215.44 | $188,321.07 | $56,933.74 | $11,571.95 | $127,709.75 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 10/21/2018 |
| Period End Date | 11/03/2018 |
| Pay Date | 11/09/2018 |
| Document | 114106 |
| Net Pay | $5,232.48 |

## Pay Details

| Jennifer Elaine Mueller | | | | | |
|---|---|---|---|---|---|
| 4404 SW Carson St | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| USA | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| | | | Empl Group | P - Physician/Optometrist | | |
| | Pay Rate | $104.5192 | | | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $173,083.74 |
| Extra Clinic | 0.0000 | $0.0000 | $0.00 | $836.16 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| Education Leave | 8.0000 | $0.0000 | $0.00 | $0.00 |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,592.29 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $318.55 |
| Imputed LTD | | | $76.97 | $1,770.31 |

Total Hours  80.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $6,372.72 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $12.65 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $3.22 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.61 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $106.26 | $109.70 | $2,523.10 |
| Group Term Life | $13.85 | No | $13.85 | $318.55 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $884.81 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,770.31 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $12.65 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $50.37 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $954.96 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $735.04 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $1,036.60 | $837.71 | $19,267.33 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $3,652.33 |

HART 000746

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $39.79 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $238.74 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,770.31 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $471.27 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $37.95 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $31,679.49 |
| Employee Medicare | $7,597.11 | $127.02 | $2,944.02 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,179.41 | $565.89 | $16,018.70 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $72.65 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $23.23 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 21.2487 |
| Sabbatical | 5.4000 | 322.0000 |
| Sick (SICK) | 2.9538 | 17.5612 |
| Vacation | 3.6923 | 49.8815 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,732.48 |
| Total | | $5,232.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $1,765.15 | $687.80 | $5,232.48 |
| YTD | $203,900.87 | $195,500.48 | $58,698.89 | $12,259.75 | $132,942.23 |

HART 000747



**Northwest Permanente, PC**
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
| --- | --- |
| Period Start Date | 11/04/2018 |
| Period End Date | 11/17/2018 |
| Pay Date | 11/23/2018 |
| Document | 115956 |
| Net Pay | $5,180.97 |

## Pay Details

| Jennifer Elaine Mueller | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| --- | --- | --- | --- | --- | --- | --- |
| 4404 SW Carson St | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| Portland, OR 97219-3537 | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| USA | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Salary | 72.0000 | $0.0000 | $7,525.38 | $180,609.12 |
| Extra Clinic | 0.0000 | $0.0000 | $0.00 | $836.16 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,861.52 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $332.40 |
| Imputed LTD | | | $76.97 | $1,847.28 |

Total Hours 72.0000

## Deductions

| | | | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- | --- |
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k EE 34038 | $7,594.61 | Yes | $417.70 | $6,790.42 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $13.20 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $3.36 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.68 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $110.88 | $109.70 | $2,632.80 |
| Group Term Life | $13.85 | No | $13.85 | $332.40 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $923.28 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,847.28 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $13.20 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $52.56 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $996.48 | $0.00 | $0.00 |
| Supplementl LTD | $45.94 | No | $45.94 | $780.98 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $1,081.83 | $837.71 | $20,105.04 |
| 401k ER Contrib | $7,594.61 | No | $0.00 | $0.00 | $151.89 | $3,804.22 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $41.52 |

HART 000748

| Deduction | Based On | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Current | YTD | Current | YTD |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $249.12 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,847.28 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $491.76 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $39.60 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,179.41 | $1,064.05 | $32,743.54 |
| Employee Medicare | $7,597.11 | $178.53 | $3,122.55 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,179.41 | $565.89 | $16,584.59 |
| Oregon Transit Tax | $7,179.41 | $7.18 | $79.83 |
| Oregon W/C EE Withholding | $7,179.41 | $1.01 | $24.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 23.7103 |
| Sabbatical | 5.4000 | 327.4000 |
| Sick (SICK) | 2.9538 | 20.5151 |
| Vacation | 3.6923 | 53.5739 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $4,680.97 |
| Total | | $5,180.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,685.43 | $7,179.41 | $1,816.66 | $687.80 | $5,180.97 |
| YTD | $211,586.30 | $202,679.89 | $60,515.55 | $12,947.55 | $138,123.20 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 11/18/2018 |
| Period End Date | 12/01/2018 |
| Pay Date | 12/07/2018 |
| Document | 117791 |
| Net Pay | $5,617.64 |

## Pay Details

Jennifer Elaine Mueller
4404 SW Carson St
Portland, OR 97219-3537
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax   M 3 |
| SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax   M 3 (Residence) |
| Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work)   M 3 |
| Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | |
| Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $188,134.50 |
| Extra Clinic | 0.0000 | $0.0000 | $0.00 | $836.16 |
| Holiday XClinic | 1.8000 | $0.0000 | $752.54 | $752.54 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | 0.0000 | $0.0000 | $0.00 | $2,664.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,730.75 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $346.25 |
| Imputed LTD | | | $76.97 | $1,924.25 |

Total Hours 73.8000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k EE 34038 | $8,347.15 | Yes | $459.09 | $7,249.51 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $13.75 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $3.50 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.75 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $115.50 | $109.70 | $2,742.50 |
| Group Term Life | $13.85 | No | $13.85 | $346.25 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.47 | $961.75 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $1,924.25 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $13.75 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $54.75 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $1,038.00 | $0.00 | $0.00 |
| Supplement LTD | $45.94 | No | $45.94 | $826.92 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $1,127.06 | $837.71 | $20,942.75 |
| 401k ER Contrib | $8,347.15 | No | $0.00 | $0.00 | $166.94 | $3,971.16 |

HART 000750

1/2

|  |  |  | Employee |  | Employer |  |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $43.25 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $259.50 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $1,924.25 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $512.25 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $41.25 |

### Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $7,890.56 | $1,232.93 | $33,976.47 |
| Employee Medicare | $8,349.65 | $196.22 | $3,318.77 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $7,890.56 | $653.09 | $17,237.68 |
| Oregon Transit Tax | $7,890.56 | $7.89 | $87.72 |
| Oregon W/C EE Withholding | $7,890.56 | $1.01 | $25.25 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 26.1718 |
| Sabbatical | 5.4000 | 332.8000 |
| Sick (SICK) | 2.9538 | 23.4689 |
| Vacation | 3.6923 | 57.2662 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
|  | Checking | $5,117.64 |
| Total |  | $5,617.64 |

### Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,437.97 | $7,890.56 | $2,091.14 | $729.19 | $5,617.64 |
| YTD | $220,024.27 | $210,570.45 | $62,606.69 | $13,676.74 | $143,740.84 |



Northwest Permanente, PC
500 NE Multnomah St Ste 100
Portland, OR 97232-2099

OR Business ID 0250846-9

| Pay Statement | |
|---|---|
| Period Start Date | 12/02/2018 |
| Period End Date | 12/15/2018 |
| Pay Date | 12/21/2018 |
| Document | 119540 |
| Net Pay | $5,850.19 |

## Pay Details

| Jennifer Elaine Mueller | | | | | | |
|---|---|---|---|---|---|---|
| 4404 SW Carson St | Employee Number | Q597759 | Pay Group | Regular Staff | Federal Income Tax | M 3 |
| Portland, OR 97219-3537 | SSN | XXX-XX-XXXX | Location | Beaverton Medical Ofc | OR State Income Tax (Residence) | M 3 |
| USA | Job | Family Med Phys | Department | 2247 - Family Medicine (PH) | OR State Income Tax (Work) | M 3 |
| | Pay Rate | $104.5192 | Empl Group | P - Physician/Optometrist | | |
| | Pay Frequency | Biweekly | GL Location | BVT - Beaverton Medical Ofc | | |

## Earnings

| Pay Type | Hours/Units | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Salary | 72.0000 | $0.0000 | $7,525.38 | $195,659.88 |
| Extra Clinic | 0.0000 | $0.0000 | $0.00 | $836.16 |
| Holiday XClinic | 0.0000 | $0.0000 | $0.00 | $752.54 |
| Holiday Unpaid | 0.0000 | $0.0000 | $0.00 | ($418.10) |
| Zero Time | 0.0000 | $0.0000 | $0.00 | ($731.64) |
| Vacation | 24.0000 | $0.0000 | $0.00 | $0.00 |
| At Risk Payment | 0.0000 | $0.0000 | $0.00 | $5,592.00 |
| R & R - Qtr Pmt | | | $1,103.00 | $3,767.00 |
| Stipend Ed | 0.0000 | $0.0000 | $69.23 | $1,799.98 |
| Stud Loan Asst | 0.0000 | $0.0000 | $0.00 | $19,193.56 |
| Group Term Life | | | $13.85 | $360.10 |
| Imputed LTD | | | $76.97 | $2,001.22 |

Total Hours 96.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k EE 34038 | $8,697.61 | Yes | $478.37 | $7,727.88 | $0.00 | $0.00 |
| ADD - Child | $0.55 | No | $0.55 | $14.30 | $0.00 | $0.00 |
| ADD - EE | $10,000.00 | No | $0.14 | $3.64 | $0.00 | $0.00 |
| ADD - Spouse | $5,000.00 | No | $0.07 | $1.82 | $0.00 | $0.00 |
| Dental - Kaiser | $0.00 | Yes | $4.62 | $120.12 | $109.70 | $2,852.20 |
| Group Term Life | $13.85 | No | $13.85 | $360.10 | $0.00 | $0.00 |
| Health FSA | $38.47 | Yes | $38.25 | $1,000.00 | $0.00 | $0.00 |
| Imputed LTD | $76.97 | No | $76.97 | $2,001.22 | $0.00 | $0.00 |
| Life - Dependen | $0.55 | No | $0.55 | $14.30 | $0.00 | $0.00 |
| Life - Spouse | $50,000.00 | No | $2.19 | $56.94 | $0.00 | $0.00 |
| Life - Supp | $400,000.00 | No | $41.52 | $1,079.52 | $0.00 | $0.00 |
| Supplement LTD | $45.94 | No | $45.94 | $872.86 | $0.00 | $0.00 |
| Kaiser Medical | $0.00 | Yes | $45.23 | $1,172.29 | $837.71 | $21,780.46 |

HART 000752

| Deduction | Based On | Pre-Tax | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|---|---|
| 401k ER Contrib | $8,697.61 | No | $0.00 | $0.00 | $23.73 | $3,994.89 |
| AD&D - Employer | $250,000.00 | No | $0.00 | $0.00 | $1.73 | $44.98 |
| Life - Employer | $250,000.00 | No | $0.00 | $0.00 | $10.38 | $269.88 |
| LTD Employer | $7,774.79 | No | $0.00 | $0.00 | $76.97 | $2,001.22 |
| Moda - Supp Med | $0.00 | Yes | $0.00 | $0.00 | $20.49 | $532.74 |
| STD ER | $0.00 | No | $0.00 | $0.00 | $1.65 | $42.90 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $8,221.96 | $1,293.40 | $35,269.87 |
| Employee Medicare | $8,700.33 | $204.45 | $3,523.22 |
| Social Security Employee Tax | $0.00 | $0.00 | $7,960.80 |
| OR State Income Tax | $8,221.96 | $682.91 | $17,920.59 |
| Oregon Transit Tax | $8,221.96 | $8.22 | $95.94 |
| Oregon W/C EE Withholding | $8,221.96 | $1.01 | $26.26 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Education Leave | 2.4615 | 28.6333 |
| Sabbatical | 5.4000 | 338.2000 |
| Sick (SICK) | 2.9538 | 26.4228 |
| Vacation | 3.6923 | 36.9585 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| REDACTED | Savings | $500.00 |
| | Checking | $5,350.19 |
| Total | | $5,850.19 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $8,788.43 | $8,221.96 | $2,189.99 | $748.25 | $5,850.19 |
| YTD | $228,812.70 | $218,792.41 | $64,796.68 | $14,424.99 | $149,591.03 |

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


　　　‗‗‗‗‗

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, August 6, 2020 11:58:37 AM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]




Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


———

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, August 5, 2020 7:00:17 PM (UTC-05:00) Eastern Time (US &
Canada)
To: jenna.g.larsen@kp.org
Cc: informationupload (GB and WC Claims)
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hi Jenna,


I just wanted to follow up on the below e-mail requesting additional
information for Dr. Muellerâ€™s claim?


Thank you,


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to <mailto:informationupload@thehartford.com> informationupload@thehartford.com or fax it to 866-411-5613. Please be sure to include the claimant's name and insured ID number on your correspondence.

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, July 22, 2020 5:45 PM
To: 'jenna.g.larsen@kp.org' <jenna.g.larsen@kp.org>
Cc: informationupload (GB and WC Claims) <informationupload@thehartford.com>
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]

Hi Jenna,

I am the analyst handling Dr. Mueller's Long Term Disability claim. I was wondering if you could please send over her pay statements from 03/01/2018 to the most recent available?

Please also provide the following information if it is available:

*        Employment agreement;

*        Job description;

*        Productivity or billing statements from 09/01/2018 to Present;

*        Pre-disability schedule information (e.g. office hours, surgery hours, call schedule, and type of call, etc.).

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


****************************************************************************
**************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HART 000758



Business Insurance
Employee Benefits
Auto
Home

HART 000759

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, August 5, 2020 7:00:17 PM (UTC-05:00) Eastern Time (US &
Canada)
To: jenna.g.larsen@kp.org
Cc: informationupload (GB and WC Claims)
Subject: RE: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hi Jenna,


I just wanted to follow up on the below e-mail requesting additional
information for Dr. Muellerâ€™s claim?


Thank you,



Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
(Encrypted Delivery) [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, July 30, 2020 7:53:55 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
(Encrypted Delivery) [HIGHLY RESTRICTED]




Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: MadamezolaMakesStuff [mailto:madamezola@gmail.com]
Sent: Thursday, July 30, 2020 12:12 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
Subject: Re: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
[HIGHLY RESTRICTED] (Encrypted Delivery)


Neuropsychological testing was done by:

Christopher Tongue PhD

Licensed psychologist

649 NE Hood Avenue

Gresham, OR 97030

PH: 503-318-5568

FAX: 503-658-3835

Email: Tonguech@comcast.net <mailto:Tonguech@comcast.net>


I can't remember the exact date, but can look that up in my planner if
needed. It was sometime this year if I remember correctly.

Jennifer


On Wed, Jul 29, 2020 at 8:42 AM Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

Hi Dr. Mueller,


Thanks for getting back to me so quickly. I am not sure why the records
cut off at 03/04/2020 entirely. The request I submitted was for all
providers and it does look like it includes all of your records going

back to March 2019. I can try and send an updated request to them for
records from 03/05/2020 to Present and see if we get them that way.

Also you mentioned maybe needing to request the neuropsychiatric
evaluation separately. Which provider was that completed by? I can send a
request to them directly.

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!PZ0xA
ML5PpHLxYfxmvfEjrhN5g!E6-MZyzWlGVlUUcZO3qKy7kzwkQ-
Ddfa7o1lHcNMZEpnawL6PT8PPx_6CT9YDK-_nq_zLmRclMo$>
www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!PZ0xAM
L5PpHLxYfxmvfEjrhN5g!E6-MZyzWlGVlUUcZO3qKy7kzwkQ-
Ddfa7o1lHcNMZEpnawL6PT8PPx_6CT9YDK-_nq_zrbMh8SQ$>
www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Jennifer Mueller [mailto:madamezola@gmail.com
<mailto:madamezola@gmail.com> ]
Sent: Tuesday, July 28, 2020 5:38 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> >
Subject: Re: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
(Encrypted Delivery)


I did have neuropsychology testing done and KP should have those results.
I donâ€™t know if weâ€™ll need to request them separately. I had appts
scheduled since March that weâ€™re canceled. Iâ€™m rescheduled fit both
this week.


Jennifer

Sent from my iPhone, so there's probably a bunch of typos and grammatical
errors.


On Jul 28, 2020, at 5:10 PM, Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

ï»¿

Hi Dr. Mueller,


I had some updates for you regarding your claim and some additional
questions.


First, we received the medical records from Kaiser Permanente through
03/04/2020. Have you been seen by any providers since this date? There
was an indication in the records that you were scheduled for a neuropsych

evaluation but there were no additional records so I was not sure if the neuropsych evaluation or any other treatment took place after 03/04/2020?

Second, I did request the information regarding the auto insurance claim you had filed for the accident. It does still show as open. I will follow up with Farmer's tomorrow to see if I can have them send us information showing that there has been no benefits paid or if there has been what they were for as depending on the type of benefit it may not impact your Long Term Disability benefits.

Thank you,

Katelyn Pevehouse
Ability Specialist – Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/> <image001.png>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!PZ0xA
ML5PpHLxYfxmvfEjrhN5g!H4UHu08_gWArppQ9mnlXs53tSKx6hrssBlLBA3sYy6Emr3AJq21
oKm8d8a4zsEY8y3DqC1rz4-I$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!PZ0xAM
L5PpHLxYfxmvfEjrhN5g!H4UHu08_gWArppQ9mnlXs53tSKx6hrssBlLBA3sYy6Emr3AJq21o
Km8d8a4zsEY8y3DqvkQhEDY$> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim

services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to <mailto:informationupload@thehartford.com> informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

***********************************************************************
***************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

***********************************************************************
***************************

***********************************************************************
***************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

***********************************************************************
***************************

***********************************************************************
***************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

***********************************************************************
***************************

HART 000766



Business Insurance
Employee Benefits
Auto
Home

HART 000767

Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
(Encrypted Delivery) [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, July 30, 2020 7:53:55 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
(Encrypted Delivery) [HIGHLY RESTRICTED]



Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
[HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, July 29, 2020 11:42:34 AM (UTC-05:00) Eastern Time (US &
Canada)
To: Jennifer Mueller
Cc: informationupload (GB and WC Claims)
Subject: RE: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
[HIGHLY RESTRICTED]


Hi Dr. Mueller,


Thanks for getting back to me so quickly. I am not sure why the records
cut off at 03/04/2020 entirely. The request I submitted was for all
providers and it does look like it includes all of your records going
back to March 2019. I can try and send an updated request to them for
records from 03/05/2020 to Present and see if we get them that way.


Also you mentioned maybe needing to request the neuropsychiatric
evaluation separately. Which provider was that completed by? I can send a
request to them directly.


Thank you,


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164

HART 000769

F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Tuesday, July 28, 2020 5:38 PM
To: Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com>
Subject: Re: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
(Encrypted Delivery)

I did have neuropsychology testing done and KP should have those results.
I don't know if we'll need to request them separately. I had appts
scheduled since March that we're canceled. I'm rescheduled fit both
this week.

Jennifer

Sent from my iPhone, so there's probably a bunch of typos and grammatical
errors.

On Jul 28, 2020, at 5:10 PM, Pevehouse, Katelyn (GB and WC Claims)
<Katelyn.Pevehouse@thehartford.com
<mailto:Katelyn.Pevehouse@thehartford.com> > wrote:

ï»¿

Hi Dr. Mueller,


I had some updates for you regarding your claim and some additional
questions.


First, we received the medical records from Kaiser Permanente through
03/04/2020. Have you been seen by any providers since this date? There
was an indication in the records that you were scheduled for a neuropsych
evaluation but there were no additional records so I was not sure if the
neuropsych evaluation or any other treatment took place after 03/04/2020?


Second, I did request the information regarding the auto insurance claim
you had filed for the accident. It does still show as open. I will follow
up with Farmerâ€™s tomorrow to see if I can have them send us information
showing that there has been no benefits paid or if there has been what
they were for as depending on the type of benefit it may not impact your
Long Term Disability benefits.


Thank you,



Katelyn Pevehouse
Ability Specialist â€“ Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

 <http://www.thehartford.com/> <image001.png>



The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

<http://www.thehartford.com/> www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!PZ0xA
ML5PpHLxYfxmvfEjrhN5g!H4UHu08_gWArppQ9mnlXs53tSKx6hrssBlLBA3sYy6Emr3AJq21
oKm8d8a4zsEY8y3DqC1rz4-I$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!PZ0xAM
L5PpHLxYfxmvfEjrhN5g!H4UHu08_gWArppQ9mnlXs53tSKx6hrssBlLBA3sYy6Emr3AJq21o
Km8d8a4zsEY8y3DqvkQhEDY$> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*********************************************************************
******************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*********************************************************************
******************************

*********************************************************************
****************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HART 000773



THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

HART 000774

Subject: FW: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
[HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, July 29, 2020 11:42:34 AM (UTC-05:00) Eastern Time (US &
Canada)
To: Jennifer Mueller
Cc: informationupload (GB and WC Claims)
Subject: RE: Hartford Claim - Insured ID: 9005440032 (Encrypted Delivery)
[HIGHLY RESTRICTED]


Hi Dr. Mueller,


Thanks for getting back to me so quickly. I am not sure why the records
cut off at 03/04/2020 entirely. The request I submitted was for all
providers and it does look like it includes all of your records going
back to March 2019. I can try and send an updated request to them for
records from 03/05/2020 to Present and see if we get them that way.


Also you mentioned maybe needing to request the neuropsychiatric
evaluation separately. Which provider was that completed by? I can send a
request to them directly.


Thank you,


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Tuesday, July 28, 2020 8:10:26 PM (UTC-05:00) Eastern Time (US & Canada)
To: madamezola@gmail.com
Cc: informationupload (GB and WC Claims)
Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]


Hi Dr. Mueller,


I had some updates for you regarding your claim and some additional questions.


First, we received the medical records from Kaiser Permanente through 03/04/2020. Have you been seen by any providers since this date? There was an indication in the records that you were scheduled for a neuropsych evaluation but there were no additional records so I was not sure if the neuropsych evaluation or any other treatment took place after 03/04/2020?


Second, I did request the information regarding the auto insurance claim you had filed for the accident. It does still show as open. I will follow up with Farmer's tomorrow to see if I can have them send us information showing that there has been no benefits paid or if there has been what they were for as depending on the type of benefit it may not impact your Long Term Disability benefits.


Thank you,


Katelyn Pevehouse
Ability Specialist – Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>


HART 000776

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*************************************************************************
**************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
*****************************



THE
HARTFORD

Business Insurance
Employee Benefits
Auto
Home

Subject: FW: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Tuesday, July 28, 2020 8:10:26 PM (UTC-05:00) Eastern Time (US & Canada)
To: madamezola@gmail.com
Cc: informationupload (GB and WC Claims)
Subject: Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]


Hi Dr. Mueller,


I had some updates for you regarding your claim and some additional questions.


First, we received the medical records from Kaiser Permanente through 03/04/2020. Have you been seen by any providers since this date? There was an indication in the records that you were scheduled for a neuropsych evaluation but there were no additional records so I was not sure if the neuropsych evaluation or any other treatment took place after 03/04/2020?


Second, I did request the information regarding the auto insurance claim you had filed for the accident. It does still show as open. I will follow up with Farmerâ€™s tomorrow to see if I can have them send us information showing that there has been no benefits paid or if there has been what they were for as depending on the type of benefit it may not impact your Long Term Disability benefits.


Thank you,


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 28, 2020 1:41:43 PM EDT | KPRFDT001 | 4405 | 118 | Received |

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 780 of 936

KPRFDT001                7/28/2020 9:29:24 AM  PAGE    1/118    Fax Server



# KAISER PERMANENTE®

**To:** **HARTFORD**
Company:
Fax:  91-866-411-5613
Phone:

**From:** **Monica McGee-Stopper**
Fax:
Phone:
E-mail:  erin.m.kepfer@kp.org

**Subject:**



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

HART-0000780

# KAISER PERMANENTE®

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

## Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**1** PATIENT: Jennifer E. Mueller
NICKNAME / MAIDEN NAME / OTHER:
HEALTH RECORD NUMBER: 7374 5976
DATE OF BIRTH (MO/DAY/YR): 9/08 / REDACTED    TELEPHONE NUMBER: 503-217-9161
ADDRESS STREET OR BOX NUMBER: 4404 SW Carson St
CITY: Portland    STATE: OR    ZIP + 4: 97219

**2** I authorize Kaiser Permanente to release the following information for: Medical records related to bike accident 3/18/2019 and resultant post-concussion syndrome

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford
TITLE (PHYSICIAN, ATTORNEY, ETC.):    PHONE NO: FAX 866-411-5613
STREET ADDRESS: Po Box 14301    CITY: Lexington    STATE: KY    ZIP: 40512-4301

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;    (2.) Summarize treatment and/or;    3. Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
☒ All records
☐ X-ray films (describe): _____
☐ Other (describe): _____
☐ Dental Only: _____

**6** Media Type:    Delivery Preference:
☐ Electronic    ☐ Email/Secure Portal (Email address: _____
☐ Paper    ☐ Pickup    ☐ Mail    ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information    _____ HIV/AIDS information

_____ Mental Health information – including provider notes    _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE

**10** X 7/20/2020
DATE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

0004-1756 3/17 Privacy & Security    ©2017 Kaiser Foundation Health Plan of the Northwest

HART 000781



7/28/2020

HARTFORD
PO BOX 14301
LEXINGTON KY 40512

The enclosed information is all that is releasable by law based on the patient's authorization.  This information is not to be redisclosed without the express authorization of the patient.

RE:    YOUR RECORDS REQUEST FOR JENNIFER E MUELLER [7374-59-76]

The enclosed records have been provided in response to your request.  If you have questions please contact the Release of Information Department at 503 571 5051 between the hours of  8:00 a.m. And 4:30 p.m. , Monday thru Friday.

RELEASE OF INFORMATION DEPARTMENT
Kaiser Foundation Health Plan of the Northwest
10220 SE Sunnyside Road, Clackamas, OR 97015-9764
Toll Free: (800) 813-2000
Telephone: (503) 571-5051 / Fax: (503) 571-2624

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

## Office Visit
### 3/22/2019

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/22/2019 1:00 PM | Laughlin, Kathleen M, MD | Tua-Fp | 949376557 | TUA |

### Reason for Visit

**HOSPITAL FOLLOW UP**          bicycle accident 3/18/19

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **SCREENING MAMMOGRAM FOR BREAST CANCER** | Z12.31 | |
| **FACIAL BONE FX, INIT** | S02.92XA | |
| **VERTIGO** | R42 | |
| **RIGHT SHOULDER JOINT PAIN** | M25.511 | |
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL PATTERN** | F33.42 | |

### Progress Notes

**Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM**

Status   Signed

S> 46 yrs female here for evaluation of:

Chief Complaint

Patient presents with

- HOSPITAL FOLLOW UP
  *bicycle accident 3/18/19*

Bike versus bike accident 3-18 - another bike T-boned her bike and she flew off bike landing on face the right side of body - loss of consciousness at scene, quite a bit of amnesia in the hours after the accident - transported to OHSU for further evaluation - diagnosed with concussion, right maxillary fracture, contusions. Kept overnight for observation.

Postconcussion syndrome - still very tired, notes decreased concentration.  " decreased brain power"  Couldn't knit easily today.  Continues to have vertigo, especially movement related.  Worse when rolling over in bed.  Taking Meclizine regularly which seems to help with vertigo.  Walking around by herself.  Patient wonders about postconcussion program - we discussed that many patients have symptoms for first 6 weeks, but tend to do quite well after that point

Some headaches in the evening.  Taking a fair amount of Aleve.

Right shoulder - quite bruised - one spot is quite tender to palpation but has good range of motion of right shoulder - doesn't think it's broken

Depression - patient started taking husband's Cymbalta 30 mg several weeks ago because of persistent depression  - notes marked improvement in symptoms - seems to be a bit more antsy on both the Wellbutrin and Cymbalta - wants to decrease Wellbutrin to 150 mg

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:REDACTED, Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM (continued)

| | |
|---|---|
| 1. How often do you have a drink containing alcohol? | 2) 2 to 4 times a month |
| 2. How many drinks containing alcohol do you have on a typical day when you are drinking? | 0) 0 to 2 |
| 3. How often do you have four or more drinks on one occasion? | 0) Never |
| 4. How often during the last year have you found that you were not able to stop drinking once you had started? | 0) Never |
| 5. How often during the last year have you failed to do what was normally expected from you because of drinking? | 0) Never |
| 6. How often during the last year have you needed a first drink in the morning to get yourself going after a heavy drinking session? | 0) Never |
| 7. How often during the last year have you had a feeling of guilt or remorse after drinking? | 0) Never |
| 8. How often during the last year have you been unable to remember what happened the night before because you had been drinking? | 0) Never |
| 9. Have you or someone else been injured as a result of your drinking? | 0) No |
| 10. Has a relative or friend or a doctor or another health worker been concerned about your drinking or suggested you cut down? | 0) No |
| Record total of specific items here | 2 |

Alcohol - drinks 1-2 drinks a few times monthly

**Active Medications as of 03/22/2019:**
**CLINDAMYCIN HCL 150 MG ORAL CAP,  Sig: Take 3 capsules by mouth every 8 hours for 4 days**
**CHLORHEXIDINE GLUCONATE 0.12 % MM MOUTHWASH,  Sig: Take 15ml by mouth two times daily.**
**Swish undiluted oral rinse around in mouth for 30 seconds, then spit. Do not swallow.**
**LEVOTHYROXINE 100 MCG ORAL TAB,  Sig: Take 1 tablet by mouth 1 time a day on an empty stomach**
**for thyroid hormone replacement**
**BUPROPION 300 MG (XL) ORAL 24HR SR TAB,  Sig: Take 1 tablet by mouth daily**

Problem List reviewed.yes

**Habits:**
Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:<sup>REDACTED</sup>, Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM (continued)

O>   Young Caucasian female , no acute distress
BP 97/72 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult)  | Pulse 88  | Temp 97.9 °F (36.6 °C) (Oral)  | Resp 16  | Ht 5' 7.5" (1.715 m)  | Wt 168 lb 6.4 oz (76.4 kg)  | LMP 01/08/2019  | SpO2 100%  | BMI 25.99 kg/m²

Exam: General appearance: alert, well appearing, and in no distress
Mental status: alert, oriented to person, place, and time
Eyes: pupils equal and reactive, extraocular eye movements intact, subconjunctival hemorrhage noted right eye
Neurological: alert, oriented, normal speech, no focal findings or movement disorder noted, screening mental status exam normal, cranial nerves II through XII intact, moves all 4 extremities equally
Musculoskeletal: abnormal exam of right shoulder/ clavicle - tenderness to palpation over right AC joint
Skin: bruised over right side of face
Psych - appropriate, articulate, no evidence of thought disorder


**A/P>**

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: fatigue, vertigo, decreased concentration  - already improving
Plan: REFERRAL THERAPY, SPEECH AND LANGUAGE, REFERRAL
     PHYSIATRY, CHART REVIEW
We discussed that current symptoms will likely improve over next 6 weeks


(Z12.31) SCREENING MAMMOGRAM FOR BREAST CANCER
Comment: due for screening
Plan: MAMMOGRAPHY, SCREENING DIRECT DIGITAL IMAGE,
     BILATERAL, ALL VIEWS


(S02.92XA) FACIAL BONE FX, INIT
Comment: minimal discomfort
Plan:gave patient copy of referral / follow up with trauma surgeon

(R42) VERTIGO
Comment: positional
Plan: REFERRAL PHYSICAL THERAPY SPECIALTY SERVICES,
     REFERRAL PHYSIATRY, CHART REVIEW
     Try ginger tablets / may be able to wean Meclizine ( likely contributing some to fatigue )

(M25.511) RIGHT SHOULDER JOINT PAIN
Comment: suspect sprain of R AC joint
Plan: XR RIGHT CLAVICLE COMPLETE


(F33.42) MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL
PATTERN

HART 000785

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

Progress Notes (continued)

Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM (continued)

Comment: improved with addition of Cymbalta
Plan: DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap
    Wean Wellbutrin - alternate 150 and 300 mg every other day for 1-2 weeks, then take 150 mg daily
Call if problems
Telephone appointment or video visit in ~ 1 month

Electronically signed by Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM

---

Nursing Notes

Ramirez, April, MA at 3/22/2019  1:12 PM

    Status:  Signed


Home Phone     503-217-9161
Work Phone     999-999-9999
Mobile         503-217-9161
Home Phone     218-428-0953
BP Method: dinamap
Weight: without shoes
Estimated body mass index is 25.99 kg/m² as calculated from the following:
  Height as of this encounter: 5' 7.5" (1.715 m).
  Weight as of this encounter: 168 lb 6.4 oz (76.4 kg).
Medications Reviewed: Yes
Patient Prefers: mail order pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: • AUDIT screening (office visit in-reach only)
• Mammogram.
Visit preparation completed, including updating Care Everywhere outside medical records.


April Ramirez, MA

---

Vitals                                                    Most recent update: 3/22/2019  1:12 PM

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

## Vitals (continued)                                              Most recent update: 3/22/2019  1:12 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 97/72 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 88 | 97.9 °F (36.6 °C) (Oral) | 16 | 5' 7.5" (1.715 m) |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 168 lb 6.4 oz (76.4 kg) | 01/08/2019 | 100% | 25.99 kg/m² |

## Vitals Recorded in This Encounter

|  | 3/22/2019 1306 |
|---|---|
| BP: | 97/72 |
| Cuff Size: | Standard Adult |
| BP Location: | LA-LEFT ARM |
| Pulse: | 88 |
| Resp: | 16 |
| Temp: | 97.9 °F (36.6 °C) |
| Temp src: | Oral |
| SpO2: | 100 % |
| Weight: | 168 lb 6.4 oz (76.4 kg) |
| Height: | 5' 7.5" (1.715 m) |

## Medications Ordered

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap (Discontinued)** | 90 capsule | PRN | 3/22/2019 | 3/21/2020 |

 Sig - Route: Take 1 capsule by mouth daily - Oral
 Reason for Discontinue: **Replaced by Pharmacy**

## Canceled Orders

**MAMMOGRAPHY, SCREENING DIRECT DIGITAL IMAGE, BILATERAL, ALL VIEWS**

## We Performed the Following

**REFERRAL PHYSIATRY, CHART REVIEW**
**REFERRAL PHYSICAL THERAPY SPECIALTY SERVICES**
**REFERRAL THERAPY, SPEECH AND LANGUAGE**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
### 3/26/2019

### Encounter Information

|              | Provider            | Department | Encounter # | Center |
|--------------|---------------------|------------|-------------|--------|
| 3/26/2019 10:40 AM | Stelmack, Bruce M, DO | Syb-Phys | 949484627 | SYB |

### Diagnoses

|                                          | Codes | Comments |
|------------------------------------------|---------|----------|
| **TRAUMATIC BRAIN INJURY, SEQUELA** - Primary | S06.9X9S | |
| **ATAXIA**                               | R27.0 | |
| **RENAL CALCULUS**                       | N20.0 | |
| **MILD COGNITIVE IMPAIRMENT**            | G31.84 | |

### Progress Notes

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM

  Status: Signed

**Neuro physiatry**

  **Chart review**

| *The following has been copied and pasted from referral:* |
|---|
| **Referral Notes** |
| Number of Notes: 2 |

| Type | Date | User | Summary | Attachment |
|------|------|------|---------|------------|
| Provider Comments | 03/22/2019 8:14 PM | Laughlin, Kathleen M, MD | Provider Comments | - |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                     Mueller, Jennifer E
10220 S E Sunnyside Rd                      MRN: 7374-59-76, DOB: REDACTED, Sex: F
Clackamas OR 97015

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

Note
I am referring this 46 yrs female for a chart review with the following clinical information: postconcussion syndrome -

46 year old Kaiser urgent care doctor - recent significant concussion - on bike which collided with another bike - loss of consciousness followed by period of amnesia / right maxillary bone fracture - kept overnight at OHSU

Patient with positional vertigo and decreased concentration and significant fatigue - I have referred her to speech therapy and physical therapy for vestibular therapy

What else do you recommend at this time?

The following has been copied and pasted from dental exam 3/20/19:

Emergency  Urgent

- Jennifer presents today to the clinic for an emergency appointment.
- Chief complaint: Collided with another cyclist and incurred fracture in anterior maxilla area. Reduction by OMFS. Told to come to dental for FU.
- Reviewed Patient Allergies, Current Medication, Medical History and Problem List: y
-BP:

Filed Vitals:
                 03/20/19 1212
BP:              113/72
Pulse:           66

PX:
**Radiographic Interpretation:**
Associated radiographs for today's visit were reviewed and findings were discussed with the patient.
Findings include: Fracture in alveolar bone noted #4 to 8 area. No dental fractures noted.
#3--PDL widened.
2 through 8 splinted with ortho wire. Hyperocclusion on #8 against 25 and 26.

TX:
Procedural pause occurred.
PARQ: y
Alternative Options Discussed:

HART 000789

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

- No Treatment
- Occlusal adjustment

**Dental Local Anesthetic used:**
None

Occlusion adjusted on 25 and 26. Patient stated if felt much better. Patient to wear the splint and return for check up, remove splint and pulp test on 4/15 with DOR.  POL  OHI.

Medications and Referral orders:
No orders of the defined types were placed in this encounter.

**NX:**
- Chart to DOR.

Electronically signed by Kimura-Opperman, Rie, DMD

---

The following has been copied and pasted from PCP:

Laughlin, Kathleen M, MD
Physician
Family Practice
Progress Notes
Signed
Encounter Date:  3/22/2019

Expand All Collapse All

☐ Hide copied text

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:**REDACTED** Sex: F

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

S> 46 yrs female here for evaluation of:

Chief Complaint
Patient presents with

- HOSPITAL FOLLOW UP
    bicycle accident 3/18/19

Bike versus bike accident 3-18 - another bike T-boned her bike and she flew off bike landing on
face the right side of body - loss of consciousness at scene, quite a bit of amnesia in the hours
after the accident - transported to OHSU for further evaluation - diagnosed with
concussion, right maxillary fracture, contusions.  Kept overnight for observation.

Postconcussion syndrome - still very tired, notes decreased concentration.  " decreased brain
power"  Couldn't knit easily today.  Continues to have vertigo, especially movement related.
 Worse when rolling over in bed. Taking Meclizine regularly which seems to help with vertigo.
 Walking around by herself.  Patient wonders about postconcussion program - we discussed that
many patients have symptoms for first 6 weeks, but tend to do quite well after that point

Some headaches in the evening.  Taking a fair amount of Aleve.

Right shoulder - quite bruised - one spot is quite tender to palpation but has good range of
motion of right shoulder - doesn't think it's broken

Depression - patient started taking husband's Cymbalta 30 mg several weeks ago because of
persistent depression  - notes marked improvement in symptoms - seems to be a bit more antsy
on both the Wellbutrin and Cymbalta - wants to decrease Wellbutrin to 150 mg

| | |
|---|---|
| 1. How often do you have a drink containing alcohol? | 2) 2 to 4 times a month |
| 2. How many drinks containing alcohol do you have on a typical day when you are drinking? | 0) 0 to 2 |
| 3. How often do you have four or more drinks on one occasion? | 0) Never |
| 4. How often during the last year have you found that you were not able to stop drinking once you had started? | 0) Never |
| 5. How often during the last year have you failed to do what was normally expected from you because of drinking? | 0) Never |
| 6. How often during the last | 0) Never |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

year have you needed a first
drink in the morning to get
yourself going after a heavy
drinking session?

7. How often during the last        0) Never
year have you had a feeling of
guilt or remorse after drinking?

8. How often during the last        0) Never
year have you been unable to
remember what happened the
night before because you had
been drinking?

9. Have you or someone else        0) No
been injured as a result of your
drinking?

10. Has a relative or friend or a        0) No
doctor or another health
worker been concerned about
your drinking or suggested you
cut down?

Record total of specific items        2
here

Alcohol - drinks 1-2 drinks a few times monthly


Active Medications
**Active Medications as of 03/22/2019:**
**CLINDAMYCIN HCL 150 MG ORAL CAP,  Sig: Take 3 capsules by mouth every 8 hours for 4 days**
**CHLORHEXIDINE GLUCONATE 0.12 % MM MOUTHWASH,  Sig: Take 15ml by mouth two times**
**daily. Swish undiluted oral rinse around in mouth for 30 seconds, then spit. Do not swallow.**
**LEVOTHYROXINE 100 MCG ORAL TAB,  Sig: Take 1 tablet by mouth 1 time a day on an empty**
**stomach for thyroid hormone replacement**
**BUPROPION 300 MG (XL) ORAL 24HR SR TAB,  Sig: Take 1 tablet by mouth daily**


Problem List reviewed.yes

**Habits:**
History - Tobacco Use
Social History


Tobacco Use
Smoking Status                    Never Smoker

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:<sup>REDACTED</sup>, Sex: F

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

Smokeless Tobacco      Never Used

O>  Young Caucasian female , no acute distress
BP 97/72 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult)  |
Pulse 88  | Temp 97.9 °F (36.6 °C) (Oral)  | Resp 16  | Ht 5' 7.5" (1.715 m)  | Wt 168 lb 6.4 oz
(76.4 kg)  | LMP 01/08/2019  | SpO2 100%  | BMI 25.99 kg/m²

Exam: General appearance: alert, well appearing, and in no distress
Mental status: alert, oriented to person, place, and time
Eyes: pupils equal and reactive, extraocular eye movements intact, subconjunctival hemorrhage
noted right eye
Neurological: alert, oriented, normal speech, no focal findings or movement disorder noted,
screening mental status exam normal, cranial nerves II through XII intact, moves all 4
extremities equally
Musculoskeletal: abnormal exam of right shoulder/ clavicle - tenderness to palpation over right
AC joint
Skin: bruised over right side of face
Psych - appropriate, articulate, no evidence of thought disorder

**A/ P>**

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: fatigue, vertigo, decreased concentration  - already improving
Plan: REFERRAL THERAPY, SPEECH AND LANGUAGE, REFERRAL
    PHYSIATRY, CHART REVIEW
We discussed that current symptoms will likely improve over next 6 weeks

(Z12.31) SCREENING MAMMOGRAM FOR BREAST CANCER
Comment: due for screening
Plan: MAMMOGRAPHY, SCREENING DIRECT DIGITAL IMAGE,
    BILATERAL, ALL VIEWS

(S02.92XA) FACIAL BONE FX, INIT
Comment: minimal discomfort
Plan:gave patient copy of referral / follow up with trauma surgeon

(R42) VERTIGO
Comment: positional
Plan: REFERRAL PHYSICAL THERAPY SPECIALTY SERVICES,
    REFERRAL PHYSIATRY, CHART REVIEW
    Try ginger tablets / may be able to wean Meclizine ( likely contributing some to fatigue )

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                     Mueller, Jennifer E
10220 S E Sunnyside Rd                      MRN: 7374-59-76, DOB:**REDACTED** Sex: F
Clackamas OR 97015

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

(M25.511) RIGHT SHOULDER JOINT PAIN
Comment: suspect sprain of R AC joint
Plan: XR RIGHT CLAVICLE COMPLETE


(F33.42) MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL
PATTERN
Comment: improved with addition of Cymbalta
Plan: DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap
    Wean Wellbutrin - alternate 150 and 300 mg every other day for 1-2 weeks, then take 150
mg daily
Call if problems
Telephone appointment or video visit in ~ 1 month




Electronically signed by Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM


CT HEAD WO CONTRAST 3/18/2019
Oregon Health & Science University
                                **Result Narrative**
EXAM: CT HEAD WITHOUT CONTRAST

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT of the head without intravenous contrast.

FINDINGS:

BRAIN: No acute intracranial abnormality.  No evidence of hemorrhage, mass, or acute
infarction.  The ventricles are normal in size and morphology.

SOFT TISSUES: Mild to moderate soft tissue swelling about the right cheek, better
evaluated on concurrent CT face.
SKULL AND SKULL BASE: No fractures or destructive lesions. Mastoids and middle
ears are unremarkable.
FACE/ORBITS: Facial fractures better described on dedicated CT face
PARANASAL SINUSES: Visualized portions are unremarkable.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)
Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

IMPRESSION:

No acute intracranial abnormality.

These results were discussed with trauma chief on 3/18/2019 9:31 AM by Jaclyn E
Thiessen, MD.

I have personally reviewed the images and, if necessary, edited the report. I agree with
the report as now presented.

Final signature: David R Pettersson, MD   3/18/2019 9:45 AM
Preliminary: Jaclyn E Thiessen, MD
Dictation initiated: Jaclyn E Thiessen, MD   3/18/2019 8:57 AM
**Other Result Information**
Dictation initiated: Jaclyn E Thiessen, MD   3/18/2019 8:57 AM

CT SPINE TOTAL WO CONTRAST 3/18/2019
Oregon Health & Science University
**Result Narrative**
EXAM: CT CERVICAL, THORACIC AND LUMBAR SPINE WITHOUT CONTRAST

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT cervical, thoracic and lumbar spine without contrast, including 2D
multiplanar reformations.

FINDINGS:

CERVICAL:

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.
CRANIOCERVICAL JUNCTION: Normal

C2-3: Unremarkable.
C3-4: Unremarkable.
C4-5: Unremarkable.
C5-6: Unremarkable.
C6-7: Unremarkable.
C7-T1: Unremarkable.

POSTERIOR FOSSA: Visualized portions are unremarkable.
PARASPINAL SOFT TISSUES: No masses or swelling of the visualized portions.

THORACIC:

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)
Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

---

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.
PARASPINAL SOFT TISSUES: Unremarkable.

LUMBAR:

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.

L1-2: Unremarkable.
L2-3: Unremarkable.
L3-4: Unremarkable.
L4-5: Unremarkable.
L5-S1: Unremarkable.

PARASPINAL SOFT TISSUES: Unremarkable.
Other: There is a 2 mm nonobstructing stone was noted within the inferior pole of the right kidney.

IMPRESSION:

No acute spine fracture

These results  were discussed with trauma chief on 3/18/2019 9:31 AM by Jaclyn E Thiessen, MD.

I have personally reviewed the images and, if necessary, edited the report. I agree with the report as now presented.

Final signature: David R Pettersson, MD   3/18/2019 9:56 AM
Preliminary: Jaclyn E Thiessen, MD
Dictation initiated: Jaclyn E Thiessen, MD   3/18/2019 9:21 AM
**Other Result Information**
Service Account, Radiant Res In Interface - 03/18/2019 10:08 AM PDT
EXAM: CT CERVICAL, THORACIC AND LUMBAR SPINE WITHOUT CONTRAST

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT cervical, thoracic and lumbar spine without contrast, including 2D multiplanar reformations.

FINDINGS:

CERVICAL:

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.
CRANIOCERVICAL JUNCTION: Normal

C2-3: Unremarkable.
C3-4: Unremarkable.
C4-5: Unremarkable.
C5-6: Unremarkable.
C6-7: Unremarkable.
C7-T1: Unremarkable.

POSTERIOR FOSSA: Visualized portions are unremarkable.
PARASPINAL SOFT TISSUES: No masses or swelling of the visualized portions.

THORACIC:

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.
PARASPINAL SOFT TISSUES: Unremarkable.

LUMBAR:

ALIGNMENT: Normal.
VERTEBRAE: No fractures or destructive changes.

L1-2: Unremarkable.
L2-3: Unremarkable.
L3-4: Unremarkable.
L4-5: Unremarkable.
L5-S1: Unremarkable.

PARASPINAL SOFT TISSUES: Unremarkable.
Other: There is a 2 mm nonobstructing stone was noted within the inferior pole of the right kidney.

IMPRESSION:

No acute spine fracture

These results  were discussed with trauma chief on 3/18/2019 9:31 AM by Jaclyn E Thiessen, MD.

X-RAY PELVIS 1 VIEW 3/18/2019
Oregon Health & Science University
**Result Narrative**

EXAM: PELVIS 1 VIEW

HISTORY: TRAUMA ACTIVATION PAGE 10696

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: **REDACTED**, Sex: F
Clackamas OR 97015

Progress Notes (continued)
Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

COMPARISON: 3/18/2019

FINDINGS:

No evidence of acute fracture or dislocation.

No radiodense foreign bodies.

The pubic symphysis is intact. Sacroiliac joints are symmetric and patent. Evaluation of the sacrum is limited by overlying bowel contents.

IMPRESSION:

No acute displaced fracture.

I have personally reviewed the images and, if necessary, edited the report. I agree with the report as now presented.

Final signature: Barry G Hansford, MD   3/18/2019 9:19 AM
Preliminary: Barry G Hansford, MD
Dictation initiated: Barry G Hansford, MD   3/18/2019 9:17 AM

**Impression:**
Records indicate evaluation after brief LOC 3/18/19 resulting from bike vs bike accident.
Sustained facial bone fx right cheek
Small renal stone (2mm) noted incidentally at OHSU w/u (care everywhere)

Speech therapy and physical therapy (had balance c/o) not yet appointed, but initiated

Based on limited data available, I concur with PT and SLP evals

**Recommendations:**
**If headache issues need to be seen by physician and if non-focal exam will need eval and tx**
**May need further imaging depending on progress with balance and pain**

**Will need incidental f/u of renal stone/ PCP**

**Brain Injury Medicine Consultation advised with me if MD, speech therapy, PT or OT advises**

**Advise optometry followed by neuro optometry consult and  OT evaluation if any issues with vision**

**Recently (3/22/19) started on duloxetine 30mg/d; also on Wellbutrin 300mgd. Will need f/u in that regard.**

Thank you,

**Bruce M. Stelmack, DO, MSc**

HART 000798

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Progress Notes (continued)

### Stelmack, Bruce M, DO at 3/26/2019 11:21 AM (continued)

**Neuro-physiatry, Brain Injury Medicine**
**Physiatry Liaison Consultant,  NW Permanente, Portland, Oregon**

SUNNYBROOK MEDICAL OFFICE
SUNNYBROOK PHYSIATRY
9900 Se Sunnyside Rd.
Portland OR 97015-9777
503-571-4229

Electronically signed by Stelmack, Bruce M, DO at 3/26/2019 11:21 AM

## Vitals

LMP
01/08/2019

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
**4/8/2019**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/8/2019 2:00 PM | Chaimov, Kathryn Jane, OT | Orc-Ot | 950468065 | ORC |

### Reason for Visit

**OCCUPATIONAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 | |
| **VISUAL DISTURBANCE** | H53.9 | |
| **NAUSEA** | R11.0 | |

### Progress Notes

Chaimov, Kathryn Jane, OT at 4/8/2019 4:02 PM
   Status: Signed

**Occupational Therapy Visit #1**
Medicare Reauthorization Date if Applicable: 7/7/19 or visit 10
Progress Note Due Date: Visit 5

**ASSESSMENT**
Jennifer is a 46 yrs old female with subjective report and objective findings consistent with visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency status post concussion (3 weeks status post bike accident). Jennifer will benefit from skilled OT intervention to reduce symptoms and develop strategies in order to facilitate graded return to functional activity and resume I/ADLs without or with fewer limitations. She will likely need modified duty and hours when returning to work, including reduced hours, extra rest breaks.

Potential barriers to goal achievement:  none known
**PLAN OF CARE**
Jennifer  to be seen up to 6 visits through 7/7/19.
Frequency: Every other week

| 4/8/2019 Initial Status | Current Status | 5/23/19 Short term goals | 7/7/19 Long term goals |
|---|---|---|---|
| Mild fatigue, "feels like work" NPC 6" | SAME | Pt will fuse near bead on brock string at 4 inches in primary gaze for 20 seconds without signs of suppression | Pt will fuse near bead on brock string at 4 inches in primary, L and R gaze for 20 seconds without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks |
| "" | | | Pt will transition through |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/8/2019 4:02 PM (continued)

|  |  |  |  |
|---|---|---|---|
|  |  |  | beads on brock string in primary, R and L gaze with fluidity and automaticity and without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks |
| Reading limited- symptoms after 1-2 pages |  | Independent strategies for reading | Pt will tolerate reading paper text for 60+ minutes without increase in symptoms and with good comprehension |
| Computer use limited- tried last week and unable to tolerate at all |  | Independent strategies for computer use | Pt will tolerate computer use intermittently for 8 hr work day without increase in symptoms |
| Rivermead self rating 28 |  |  | 16 total score or less on Rivemead Questionnaire |

Patient goals: reduce symptoms, return to work
Treatment May Include the Following: Neuro Re-education, Therapeutic Exercise, Therapeutic Activity, Self Care

Subsequent Visit Treatment Recommendations: phone visit to check regarding symptoms, return to work status

## SUBJECTIVE

Patient understanding of condition and current functional status: 3 weeks status post concussion with maxillary fracture. Symptoms improved since Thursday but still present. Had vertigo before, does not feel she needs Physical Therapy at this time. Does have dizziness 1 min after getting up, but not functionally limiting at this time. Biggest concerns are vision, fatigue, processing speed/capacity. Balance was impaired but better last few days. Was able to watch a Star Wars movie last night. Last week was unable to watch Spiderman. Generally vision activities provoke nausea, but not dizziness or headache. Has glasses with tint for work (since new building this year). Still on soft foods due to fracture. Tried sewing, but following a pattern challenging. Improving.
Headaches: No
Dizziness: Minimal in morning
Nausea: yes


Pain: no significant neck pain


**Convergence Insufficiency Symptom Survery**

| Date | 4/8/2019 (Rating 0-4) |  |
|---|---|---|
| 1. Do your eyes feel tired when reading or doing close work? | 0 |  |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/8/2019  4:02 PM (continued)

| | | |
|---|---|---|
| 2. Do your eyes feel uncomfortable when reading or doing close work? | 0 | |
| 3. Do you have headaches when reading or doing close work? | 0 | |
| 4. Do you feel sleepy when reading or doing close work? | 3 | |
| 5. Do you lose concentration when reading or doing close work? | 3 | |
| 6. Do you have trouble remembering what you have read? | 4 | |
| 7. Do you have double vision when reading or doing close work? | 0 | |
| 8. Do you see the words move, jump, swim or appear to float on the page when reading or doing close work? | 3 | |
| 9. Do you feel like you read slowly? | 3 | |
| 10. Do your eyes ever hurt when reading or doing close work? | 0 | |
| 11. Do your eyes ever feel sore when reading or doing close work? | 0 | |
| 12. Do you feel a "pulling" feeling around your eyes when reading or doing close work? | 2 | |
| 13. Do you notice the words blurring or coming in and out of focus when reading or doing close work? | 3 | |
| 14. Do you lose your place while reading or doing close work? | 3 | |
| 15. Do you have to re-read the same line of words when reading? | 3 | |
| TOTAL | 24 | |

*For children <21 years old 16 or more is considered suggestive of convergence insufficiency*
*For adults 21 or more is considered suggestive of convergence insufficiency*

Rivermead Post-Concussion Symptoms Questionnaire

| "Compared to before the accident, do you now (ie over the last 24 hours) suffer from": | 0 Not experienced at all | 1 No more of a problem | 2 A mild problem | 3 A moderate Problem | 4 A severe problem |
|---|---|---|---|---|---|

| | 4/8/19 |
|---|---|
| Headaches | 0 |
| Feelings of Dizziness | 3 |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                          Mueller, Jennifer E
10220 S E Sunnyside Rd                           MRN: 7374-59-76, DOB: REDACTED Sex: F
Clackamas OR 97015

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/8/2019 4:02 PM (continued)

| | |
|---|---|
| Nausea and/or vomiting | 2 |
| Noise Sensitivity | 1 |
| Sleep Disturbance | 3 |
| Fatigue, tiring more easily | 4 |
| Being irritable, easily angered | 1 |
| Feeling depressed or fearful | 0 |
| Feeling frustrated or impatient | 1 |
| Forgetfulness, poor memory | 2 |
| Poor Concentration | 3 |
| Taking longer to think | 4 |
| Blurred Vision | 1 |
| Light sensitivity | 2 |
| Double vision | 0 |
| Restless ness | 1 |
| | |
| 1.  Other difficulty? | |
| 2.  Other difficulty? | |
| | |

Total Score: 28

**OBJECTIVE**

**Referral Diagnosis:** POSTCONCUSSION SYNDROME
Referring Provider: Kathleen M Laughlin, MD
Date of Onset: brief LOC 3/18/19 resulting from bike vs bike accident.
Sustained facial bone fx right cheek

Precaution/Contraindications/Comorbilities: Migraine with Aura, Anxiety
Prior/Concurrent Related Services: Primary Care Physician, Physiatry chart review, has Speech Therapy appt upcoming

Living Situation: Home with family - spouse Jon
Equipment owned: None

Prior level of function: Independent with all ADLs/IADLs, Driving , Working  and Unlimited computer use and unlimited reading
Current level of function: Not Driving , Not Working  and Limited computer use and limited reading

Occupation: Family Practice MD at BVN
Leisure/ Hobbies: sewing
Patient goals for occupational participation: reduce symptoms, return to work
Patient approves spouse to be present for and contribute to the session

HART 000803

Page 21

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                     Mueller, Jennifer E
10220 S E Sunnyside Rd                      MRN: 7374-59-76, DOB: REDACTED Sex: F
Clackamas OR 97015

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/8/2019  4:02 PM (continued)

**Observation/Appearance**: alert, appropriate, verifying some responses with spouse
**Communication**: Intact
**Vision:**
Prescription lenses: Prescription
Eye alignment: Normal
Nystagmus present: no
Gross visual Field: Appears grossly intact
Pursuits: mildly impaired
Saccades: mildly impaired (including reading)
Convergence: impaired- nausea. Able to fuse 1 & 2 on Aperture rule only. NPC 6"

Perceptual: to be assessed
Alphabet scan: to be assessed

**Cognition:** Grossly intact

Gait: within functional limits
History of falls: no

TREATMENT Risks & benefits discussed/explained to member. Permission to treat granted.
Evaluation x 45 minutes
Self care x 15 minutes: educated regarding plan of care, symptom mgmt strategies, considerations return to work, start Brock String as Home Exercise Program. See AVS.

## HOME EXERCISE PROGRAM

| Date initiated | Exercise | Reps/Frequency | Comments |
|---|---|---|---|
| 4/8/2019 | Brock string | 2 min, 2x a day, to increase as tolerated to 5 min 2-3x a day | (near bead as close as can comfortably focus, other beads 8" apart, seated) |
| | | | |
| | | | |
| | | | |

Patient response to treatment:  Jennifer tolerated the above evaluation and treatment session. Jennifer was receptive to information provided and appears to have a good understanding of the plan of care.

Time In: 1404
Time Out: 1504

HART 000804

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/8/2019  4:02 PM (continued)
1 OT Evaluation, 0 Neuro Re-education, 0 Therapeutic Exercise, 0 Therapeutic Activity, 1 Self Care

## Evaluation Complexity

| Profile and History | Assessment of Occupational Performance | Clinical Decision Making | Level of Evaluation Complexity |
|---|---|---|---|
| OT evaluation includes an **expanded review** of the occupational profile and medical/therapy history | Jennifer demonstrates **3 performance deficits** relating to physical and cognitive skills which result in activity limitations.<br><br>The assessment of Occupational Performance required **Detailed assessment** | Level of Clinical Decision Making:  **moderate complexity** | **Overall Level of Evaluation Complexity: moderate** |
| Review of profile and history:<br>**Low = Brief**<br>**Moderate = Expanded**<br>**High = Extensive** | Performance deficits:<br>**Low = 1-3**<br>**Mod = 3-5**<br>**High = 5 or more**<br><br>**Assessment of Occupational Performance:**<br>**Low = Problem-focused**<br>**Mod = Detailed**<br>**High = Comprehensive** | Low = Limited number of treatment options to be considered, **no comorbidities** that affect occupational performance, **Modification** of tasks or assistance is **not necessary** to complete evaluation.<br>Mod = **Moderate analytic complexity** analyzing data from **detailed assessment,** consideration of **several treatment options,** presence of **comorbidities,** minimal to **moderate modification of tasks** or assistance to complete evaluation.<br>High = **High analytic complexity** of data from **comprehensive assessment(s),** consideration of **multiple treatment options,** presence of **comorbidities, significant modification** of tasks or assistance with assessment(s) necessary | Must meet all criteria in all areas to meet level identified. |

Electronically signed by Chaimov, Kathryn Jane, OT at 4/8/2019  4:02 PM

---

Vitals

LMP
01/08/2019

Vitals Recorded in This Encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Vitals Recorded in This Encounter (continued)

No data found in the last 1 encounters.

## Medications Ordered

None

## We Performed the Following

**OCCUPATIONAL THERAPY EVAL, MODERATE COMPLEXITY, FACE TO FACE**

**REF EYE CARE, EYE OTHER.**

**TRNG, SELF CARE, HOME MGMT, ONE ON ONE, EA 15 MIN**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
### 4/11/2019

#### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/11/2019 3:40 PM | Stelmack, Bruce M, DO | Syb-Phys | 950160679 | SYB |

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **INSOMNIA** | G47.00 | |
| **MILD COGNITIVE IMPAIRMENT** | G31.84 | |
| **LEFT PERIPHERAL VERTIGO** | H81.392 | |

#### Progress Notes

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM
  Status:  Signed

**Physiatry/Neurological Rehabilitation Consultation**

**DATE:**        **4/11/2019**

**Name:**        **Jennifer E Mueller**
**MR #:**        **7374-59-76**
**DOB**          REDACTED

**Referred by:  Dr. No ref. provider found**
**PCP:**          **Dr. Kathleen M. Laughlin, MD**

**Reason for Consultation**
*The following has been copied and pasted from referral note.*
**Referral Notes**
Number of Notes: 3

| Type | Date | User | Summary | Attachment |
|---|---|---|---|---|
| Provider Comments | 03/22/2019 8:14 PM | Laughlin, Kathleen M, MD | Provider Comments | - |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

**Note**

I am referring this 46 yrs female for a chart review with the following clinical information: postconcussion syndrome -

46 year old Kaiser urgent care doctor - recent significant concussion - on bike which collided with another bike - loss of consciousness followed by period of amnesia / right maxillary bone fracture - kept overnight at OHSU

Patient with positional vertigo and decreased concentration and significant fatigue - I have referred her to speech therapy and physical therapy for vestibular therapy

What else do you recommend at this time?

---

## Additional Data

Dr. (Family Practice/KP) Mueller is here with her son and husband.  Reports helmeted on bicycle collision on 3/18/19 with another bicycle, striking the pavement and immediate LOC.  Awoke in Ambulance.  Suffered right axillary facial fracture,now with wired upper teeth for stability.  Has had ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over.  She has been unable to drive and unable to return to work. Tried return to work recently for 2 hours but was very limited, slow processing and unable to accomplish Much.  She has been on supplementary Mg, Zn and Melatonin 5mg at HS. Finds she has to take a mid afternoon nap to function.  Has been to OT and has been doing eye exercises; SLP pending  Some occasional, but not severe HA.

## Relevant labs /Imaging

☞ CT HEAD WO CONTRAST3/18/2019

Oregon Health & Science University

### Result Narrative

EXAM: CT HEAD WITHOUT CONTRAST

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT of the head without intravenous contrast.

FINDINGS:

BRAIN: No acute intracranial abnormality.  No evidence of hemorrhage, mass, or acute infarction.  The ventricles are normal in size and morphology.

SOFT TISSUES: Mild to moderate soft tissue swelling about the right cheek, better evaluated on

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

concurrent CT face.
SKULL AND SKULL BASE: No fractures or destructive lesions. Mastoids and middle ears are unremarkable.
FACE/ORBITS: Facial fractures better described on dedicated CT face
PARANASAL SINUSES: Visualized portions are unremarkable.

IMPRESSION:

No acute intracranial abnormality.

These results were discussed with trauma chief on 3/18/2019 9:31 AM by Jaclyn E Thiessen, MD.

I have personally reviewed the images and, if necessary, edited the report. I agree with the report as now presented.

Final signature: David R Pettersson, MD   3/18/2019 9:45 AM
Preliminary: Jaclyn E Thiessen, MD
Dictation initiated: Jaclyn E Thiessen, MD   3/18/2019 8:57 AM

## Other Result Information

Service Account, Radiant Res In Interface - 03/18/2019  9:56 AM PDT
EXAM: CT HEAD WITHOUT CONTRAST

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT of the head without intravenous contrast.

FINDINGS:

BRAIN: No acute intracranial abnormality.  No evidence of hemorrhage, mass, or acute infarction.  The ventricles are normal in size and morphology.

SOFT TISSUES: Mild to moderate soft tissue swelling about the right cheek, better evaluated on concurrent CT face.
SKULL AND SKULL BASE: No fractures or destructive lesions. Mastoids and middle ears are unremarkable.
FACE/ORBITS: Facial fractures better described on dedicated CT face
PARANASAL SINUSES: Visualized portions are unremarkable.

IMPRESSION:

No acute intracranial abnormality.

These results were discussed with trauma chief on 3/18/2019 9:31 AM by Jaclyn E Thiessen, MD.

I have personally reviewed the images and, if necessary, edited the report. I agree with the report as

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: REDACTED, Sex: F
Clackamas OR 97015

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

now presented.

Final signature: David R Pettersson, MD   3/18/2019 9:45 AM

## Mediciations:

### Current Outpatient Medications

| Medication | Sig |
|---|---|
| • Levothyroxine (LEVOTHROID/SYNTHROID) 100 mcg Oral Tab | Take 1 tablet by mouth 1 time a day on an empty stomach for thyroid hormone replacement |
| • DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap | Take 1 capsule by mouth daily |
| • Chlorhexidine Gluconate (PERIDEX/PERIOGARD) 0.12 % MM Mouthwash | Take 15ml by mouth two times daily. Swish undiluted oral rinse around in mouth for 30 seconds, then spit. Do not swallow. |
| • buPROPion (WELLBUTRIN XL) 300 mg Oral 24hr XL Tab | Take 1 tablet by mouth daily |
| • VENTOLIN HFA 90 mcg/actuation Inhl HFAA | Inhale 1 to 4 Puffs by mouth every 4 hours as needed for cough and wheeze symptoms. Use with a spacer |
| • Copper (PARAGARD T 380A) 380 square mm UTRN IUD | Inserted by health care provider. For documentation only. |

No current facility-administered medications for this visit.

## Past Medical History:
Patient Active Problem List:
**HYPOTHYROIDISM
FHX OF COLON CANCER
MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL PATTERN
ANXIETY
IUD SURVEILLANCE
MIGRAINE W AURA
FACIAL BONE FX
RENAL CALCULUS
POSTCONCUSSION SYNDROME**

## Family History:

Family History

| Problem | Relation | Age of Onset |
|---|---|---|

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

| | |
|---|---|
| • Breast Cancer | None |
| • Cancer | Mother |
| | *Colon ca - age 54* |
| • Colon Cancer | Mother |
| | *Age 54* |
| • Diabetes | Father |
| • Heart Disease | Father |
| | *CABG late 50s* |
| • Ovarian Cancer | None |

## Social History:

Social History

### Socioeconomic History
| | |
|---|---|
| • Marital status: | Married |
|     Spouse name: | Jon Nelson |
| • Number of children: | 1 |
| • Years of education: | 20 |
| • Highest education level: | Not on file |

### Social Needs
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity - worry: | Not on file |
| • Food insecurity - inability: | Not on file |
| • Transportation needs - medical: | Not on file |
| • Transportation needs - non-medical: | Not on file |

### Occupational History
| | |
|---|---|
| • Occupation: | Physician |

### Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

### Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Yes |
|     Types: | 3 Glasses of wine, 2 Shots of liquor per week |
| • Drug use: | No |
| • Sexual activity: | Yes |
|     Partners: | Male |

### Other Topics                    Concern
• Not on file

### Social History Narrative
*Married -John*
*Family practice physician*
*From MI / trained in Duluth, Minnesota*
*Husband - artist - stay at home dad*
*Son* **REDACTED** *- 6-10*

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

*Now Kaiser urgent care provider - Beaverton*
*Was at community health center - McMinnville*
*Worked briefly in Northern California*

*12/30/2015*
*Prefers to be called Jennifer Mueller, occupation is Physician/Family Practice.*
*married to Jon Nelson whose occupation is Stay at home dad/Artist.*
*Family/social circle includes Husband, Child, 2 cats (Jinner, Bruce) 1 dog (Fisher) no family or friends*
*here, moved from the East.*
*It is important to her that we know that I am vegetarian, sad to give up caffeine.*

## Review of Systems
**General:**
Denies fever, malaise, but has fatigue
**HEENT:**
No recent c/o headaches,has pending eye evaluations due to c/o visual decline; no hearing or swallowing problems.
**Musculoskeletal:**
Denies edema, loss of movement, or pain except some right shoulder pain (landed on shoulder and head)
**Heart & Lungs:**
No c/o chest pain,  shortness of breath, diaphoresis or palpitations
**GI:**
No c/o bowel problems, incontinence or pain
**GU:**
No c/o problems with urination
**Neurological:**
See HPI
No weakness, numbness but some balance problems
See HPI re; history of cognitive decline, No significant memory impairment but does have sleep disturbance
**Psychiatric:**
Denies significant depression or mood instability but some irritability.
**Skin:**
Denies skin breakdown or rash
**Endocrine:**
Denies problems with temperature regulation, weight change or  other hormonal issues

## PHYSICAL EXAMINATION
**General:**
Well developed, well nourished  46 yrs  year old,  alert, cooperative and in no acute distress.

**Vital Signs: BP 114/77 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult)  | Pulse 82  | Wt 75.8 kg (167 lb)  | BMI 25.77 kg/m²**

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                          Mueller, Jennifer E
10220 S E Sunnyside Rd                           MRN: 7374-59-76, DOB: **REDACTED** Sex: F
Clackamas OR 97015

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019 7:26 PM (continued)

**HEENT:**
Pupils equal round and reactive to light and accommodation. Extra ocular movements are intact, but she has slight skew and right eye esophoria. Visual fields are intact to confrontation. Fundi: clear disc margins, backgrounds and vessels.  Tongue is midline.  Neck: supple without mass and no occipital tenderness
**Extremities:**
Full painless range of motion of all 4 extremities without edema, cyanosis or tenderness except supraspinatus near insertion on humerus (superiorly)
**Skin:**
Clear

## Neurological Exam
**Mental Status:**
Alert, fluent, clearly mentating with intact recent and remote memory, reasoning and judgment. Appropriate sense of humor.
Able to spell W-O-R-L-D forward and backwards with ease
Serial Sevens intact with ease
Able to recall 3 of 3 items at 3 minute interval quickly
**Cranial nerves:**
II-12 intact to bedside exam except esophoria OD.
**Motor:**
5/5 proximally and distally in all 4 extremities
**Sensory:**
Light touchand position are intact
**Coordination:**v
Good finger to nose without significant tremor.  Good sitting balance. Normal station and gait
**Muscle stretch reflexes**:
 2 and symmetrical at the biceps, triceps, brachioradialis, patellar and Achilles.
**Other:**
Hallpike produces vertigo and brief nystagmus with left ear dependant

## IMPRESSION:
1.  Post concussion syndrome with photophobia, peripheral vertigo, fatigue and eye movement d/o with reduced screen time/reading time.

## Recommendations/ Plan:

1. Please take 10 minutes twice daily and do the exercises in the book:    **"Mindfulness: An Eight-Week Plan for Finding Peace in a Frantic World".** There are excellent simple exercises on the one or two gray pages in each chapter.
            Also:  **"The Mindfulness Based Emotional Balance Workbook"** is an excellent workbook to apply mindfulness strategies to your personal situation.

2. Stop Melatonin trial; the normal brain makes 0.3mg melatonin in 24 hours; it can cause fatigue

HART 000813

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Stelmack, Bruce M, DO at 4/11/2019  7:26 PM (continued)

3. GO to Speech therapy evaluation and Physical Therapy (for Epply)

4. GO to optometry and neuro optometry appointment (Dr. Muraki)

5. Trial on HS low dose Trazodone if needed for sleep instead of melatonin

6. Trial on bid (AM and 6 hours later) amantadine

**Bruce M. Stelmack, DO, MSc**
**Physiatry Liaison Consultant,  NW Permanente**
**Page 503-202-7109**
**Clinic 503-571-4910**

**Spent 50 minutes with patient today, >50% of visit was face to face counseling.**

Electronically signed by Stelmack, Bruce M, DO at 4/11/2019  7:26 PM

---

Vitals                                                          Most recent update: 4/11/2019  4:28 PM

| BP | Pulse | Wt | LMP | BMI |
|---|---|---|---|---|
| 114/77 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 82 | 167 lb (75.8 kg) | 01/08/2019 | 25.77 kg/m² |

Vitals Recorded in This Encounter

| | 4/11/2019 1627 |
|---|---|
| BP | 114/77 |
| Cuff Size: | Standard Adult |
| BP Location: | LA-LEFT ARM |
| Pulse: | 82 |
| Weight: | 167 lb (75.8 kg) |

Medications Ordered

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Amantadine (SYMMETREL) 100 mg Oral Cap** (Discontinued) | 30 capsule | prn | 4/11/2019 | 7/25/2019 |
| Sig: Take one upon awakening, around 6:30am and repeat again in about 6 hours, around 12:30pm.  OK to skip any dose | | | | |
| Reason for Discontinue: **Discontinued by Clinician** | | | | |
| **traZODone (DESYREL) 100 mg Oral Tab** (Discontinued) | 30 tablet | prn | 4/11/2019 | 7/25/2019 |
| Sig: Take one 15 min before lights out bedtime; reduce to one half if feeling hung over next day.  Increase by 1/2 to 1 full tablet if not effective. | | | | |
| Reason for Discontinue: **Therapy Change** | | | | |

HART 000814

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: **REDACTED** Sex: F
Clackamas OR 97015

## Medications Ordered (continued)

## We Performed the Following

**REFERRAL PHYSICAL THERAPY NEUROMUSCULAR REHABILITATION**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

---

## Office Visit
### 4/17/2019

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/17/2019 1:00 PM | Woodell, Sarah K, PT | Tua-Pt | 950833353 | TUA |

### Reason for Visit

**PHYSICAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 | |

### Progress Notes

Woodell, Sarah K, PT at 4/17/2019 1:59 PM
   Status: Signed

### PhysicalTherapy Visit #1

**PT Initial Evaluation Date:** 4/17/19
**Monthly recheck due:** 5/17/19

Visit 1 for year

Referring Provider: Bruce M Stelmack, DO
History/Date of onset: 3/18/19

*The following has been copied and pasted from office visit on 4/11/19 by Dr. Stelmack.*
*Dr. (Family Practice/KP) Mueller is here with her son and husband. Reports helmeted on bicycle collision on 3/18/19 with another bicycle, striking the pavement and immediate LOC. Awoke in Ambulance. Suffered right axillary facial fracture,now with wired upper teeth for stability. Has had ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over. She has been unable to drive and unable to return to work.*

**Precautions/Contraindications/Comorbidities:** depression, concussion
**Prior/Concurrent Related Services:** occupational therapy and speech therapy

### ASSESSMENT

Jennifer is a 46 yrs old female with subjective report and objective findings consistent with post-concussion syndrome, no evidence of benign paroxysmal positional vertigo today with testing. Jennifer will benefit from skilled PT intervention to reduce symptoms and optimize functional movement in order to resume all activity.

Potential barriers to goal achievement: none known

### Evaluation Complexity

| History | Examination | Presentation | Decision Making |
|---|---|---|---|
| Impacting Personal Factors/CoMorbidities: None significantly impacting POC/No | Body Structures/ Additional Body Systems Involved: | Clinical Presentation: getting better | The patient's presenting complexity is: |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Woodell, Sarah K, PT at 4/17/2019 1:59 PM (continued)

| | | | LOW |
|---|---|---|---|
| impacting comorbidities | Head/Neurologic and Vestibular<br><br>**Activity Limitations:** activities of daily living and working | | **Functional Test and Raw Score:** DHI 46 |
| **Low:** 0<br>**Mod:** 1-2<br>**High:** 3 or more | **Low:** 1-2<br>**Mod:** 3<br>**High:** 4 or more | **Low:** Stable, with uncomplicated characteristics<br>**Mod:** Evolving, with changing characteristics<br>**High:** Evolving with unstable/unpredictable characteristics | **Must meet all criteria in all areas to meet level identified.** |

## PLAN OF CARE

Jennifer to be seen up to 2 additional visits by 7/16/19. Treatment may include the following: positional treatment
Next Visit Recommendations: re-assess if needed

| Goals by 5/17/19 (Sarah K. Woodell, PT) | Current Status (Sarah K. Woodell, PT) | |
|---|---|---|
| No falls | | |
| Independent with HEP | | |

| Goals by 7/16/19 (Sarah K. Woodell, PT) | Current Status (Sarah K. Woodell, PT) | |
|---|---|---|
| Improved functional status as measured by discussion with the patient, and DHI improved 15 pts to enter mild impairment | | |
| Independent with self-management of symptoms | | |
| Patient Goal:return to work | | |

## SUBJECTIVE

**Pt understanding of condition/current functional status:** Bike accident 3/18/19. Had 2 weeks of dizziness after accident, had to hold husband to walk. Then dizziness was more positional, now getting better. Balance is not an issue. Has chronic vertigo with certain yoga poses, feels like the world is rocking.

**Symptoms provoked by:** movement

Prior Level of Function:  Biking to work 45 min total a day
Current Level of Function:  Not biking

HART 000817

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

---

Progress Notes (continued)

Woodell, Sarah K, PT at 4/17/2019 1:59 PM (continued)

---

Aggravating Factors: bending over and getting up
Easing Factors: none

There is no history of illness preceding onset of dizziness. Words used to describe the symptoms without using the word 'dizzy' include: lightheaded, rocking

The patient has had no falls secondary to this problem.

Medications used for chief complaint:none
**Current Occupation/Activity Status:** MD
Recreational Activities/hobbies: push ups
Contraindications/precautions: No significant medical problems

Diagnostic Tests: CT brain neg

Past History Related to Current Condition: chronic vertigo with yoga positions
Previous/concurrent treatments tried:  none

1.    **Dizziness Handicap Inventory Score**

| 4/17/2019 | | |
|---|---|---|
| Sarah K. Woodell, PT | | |
| | | |
| Total score: 46/100 | | |
| P subscale: 16 | | |
| E subscale: 6 | | |
| F subscale: 14 | | |
| (Whitney et al, 2004; $n$ = 85 participants with a variety of vestibular diagnoses; mean age = 61 years)<br>• Mild Impairment: 0 - 30<br>• Moderate Impairment: 31 - 60<br>• Severe Impairment: 61 - 100<br><br>MDC = 17.18  (Calculated from Jacobson & Newman, 1990)<br>MCID = 18 (Jacobson and Newman, 1990; $n$ = 14; mean age = 45 (13.48) years) | | |

HART 000818

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Woodell, Sarah K, PT at 4/17/2019 1:59 PM (continued)

## OBJECTIVE

The patient was fully alert and oriented times three.  Speech was clear and fluent.  Comprehension was intact.
Distress level during exam was none.

Posture in standing is: WNL.

Cervical AROM: wnl

**Balance:**

| 4/17/2019 SWoodell | Balance Tasks (sec) |
|---|---|
| nt | Romberg EO |
| nt | Romberg EC |
| nt | Sharpened romberg EO |
| nt | Sharpened romberg EC |
| 30 sec | Single leg standing EO |
| R 16, L 13 | Single leg standing EC |
| **4/17/2019 SWoodell** | **Modified CTSIB (sway)** |
| 30 | Cond 1 (stable/EO) |
| 30 | Cond 2 (stable/EC) |
| 30 | Cond 3 (foam/EO) |
| 30 moderate sway | Cond 4 (foam/EC) |

**Neurological Screen:**
Hearing (finger rub): none
Strength extremities: WNL
Coordination extremities: WNL
Sensation extremities: WNL with light touch

**Oculomotor Exam/Vestibular**

(KEY: + = positive test, - = negative test, x = not tested)

| 4/17/2019 Sarah Woodell PT | Special Testing (R/L) |
|---|---|
| wnl | Neural gaze stabilization |
| nt | Head thrust |
| wnl | Head shaking nystagmus eyes closed |
| wnl | Smooth pursuits |
| NT | Saccadic eye movement |
| NT | Vergence |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Woodell, Sarah K, PT at 4/17/2019  1:59 PM (continued)

| NT | VOR cancellation |
|------|------|
|  |  |
| x | DVA |
| neg | Dix-Hallpike |
| x | Tragal pressure in/exhale |
| x | Sidely brandt |
| neg | Roll test |

**TREATMENT** *Risks & benefits discussed/explained to member. Permission to treat granted.*

## Treatment Provided Today:
Education on current condition

Training/Self Care:
Pt education on vestibular system and BPPV
Pt education that exercises designed to induce mild/moderate amount of symptoms but that symptoms should not continue > 15-20 minutes afterwards.  Advised performing balance exercises near a wall or counter for support if needed.

| Date | |
|------|------|
| 4/17/2019 | **Access Code: B6L66XCC**<br>**URL: https://kaiserpermanente.medbridgego.com/**<br>**Date: 04/17/2019**<br>**Prepared by: Sarah Woodell**<br><br>Exercises<br>• Seated Gaze Stabilization with Head Rotation - 3x daily - 7x weekly<br>Discussed pacing, rest, gradual return to activity |

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

**Time Spent:**
Evaluation 30 minutes
Therapeutic Exercise 15 minutes

Time In: 100
Time Out: 146

Electronically signed by Woodell, Sarah K, PT at 4/17/2019  1:59 PM

Vitals

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

## Vitals (continued)

LMP
01/08/2019

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## We Performed the Following

**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN**

**PHYSICAL THERAPY EVAL, LOW COMPLEXITY, FACE TO FACE**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Scheduled Telephone Encounter
### 4/18/2019

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/18/2019 1:00 PM | Chaimov, Kathryn Jane, OT | Orc-Ot | 950487872 | ORC |

### Reason for Visit
**OCCUPATIONAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **VISUAL DISTURBANCE** | H53.9 | |
| **NAUSEA** | R11.0 | |

### Progress Notes

Chaimov, Kathryn Jane, OT at 4/18/2019  1:22 PM
   Status:  Signed

### Occupational Therapy Telephone Visit
Start time: 1300
End time : 1316

Spoke with Jennifer regarding her progress. Feeling much better since this weekend. Haven't needed a nap. Worse when she goes somewhere. Still off work for another 2 weeks. Read a bit in graphic novel, went OK, but no length of time. Attempted to get on computer last week- made it almost 2 hours- end of 2 hours was having trouble vision, slow.

Tried the Brock String (modified home made version). Seemed like really hard work.

Advised regarding grading return to community places- e.g. Big box stores, fluorescent lights.
Advised use glasses with Home Exercise Program. Make sure background is not busy.
Advised shorter Home Exercise Program sessions, more frequently
Keep track of success with reading (not on screen). Goal is slow increase not to max out.

Jennifer was understanding of and agreeable with plan of care.

### PLAN OF CARE
Changes to Plan of Care: none

Subsequent Visit Treatment Recommendations: Follow up in clinic next week

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

___

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/18/2019  1:22 PM (continued)

___

Electronically signed by Chaimov, Kathryn Jane, OT at 4/18/2019  1:22 PM

...........................................................................................................

Vitals
LMP
01/08/2019

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered
None

Encounter Messages
No messages in this encounter

HART 000823

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                          Mueller, Jennifer E
10220 S E Sunnyside Rd                           MRN: 7374-59-76, DOB: **REDACTED** Sex: F
Clackamas OR 97015

## Office Visit
**4/25/2019**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/25/2019 9:00 AM | Chaimov, Kathryn Jane, OT | Orc-Ot | 950487683 | ORC |

### Reason for Visit

**OCCUPATIONAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **NAUSEA** | R11.0 | |
| **VISUAL DISTURBANCE** | H53.9 | |

### Progress Notes

**Chaimov, Kathryn Jane, OT at 4/25/2019 11:32 AM**

Status:  Signed

### Occupational Therapy Treatment Note Visit # 2

Progress Note Due Date: Visit 5
Last progress note was 4/8/19
Precautions: Migraine with Aura, Anxiety

### ASSESSMENT

Jennifer is a 46 yrs old female being treated for visual sensitivity including light sensitivity, impaired reading and screen use, fatigue, impaired concentration and processing speed, concern for convergence insufficiency status post concussion. Jennifer is **progressing** toward goals as anticipated as indicated by decreasing symptoms, but not at her previous level of function. Still working on pacing and gradual return to activities, still demonstrates light sensitivity and impaired ability to use computer and read. Compliant with Home Exercise Program recommendations. Jennifer will continue to benefit from Occupational Therapy services to reduce symptoms and develop strategies in order to facilitate graded return to functional activity and resume I/ADLs without or with fewer limitations. She will likely need modified duty and hours when returning to work, including reduced hours, extra rest breaks.

Concerns to monitor during follow up OT visits: None at this time.

### PLAN OF CARE

Jennifer to be seen for up to 4 additional visits by 7/7/19.

Changes to Plan of Care: none

Subsequent Visit Treatment Recommendations: update per Optometry when able

### SUBJECTIVE

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/25/2019 11:32 AM (continued)

Overall symptoms improving, but having a hard time pacing.
A couple longer walks, planted garden, then next day did nothing. Hard to pace self, because sometimes feels fine, then has long recovery period.
Few headaches now- last time logged into computer got a headache but none since avoiding computer.
Plans to see Avengers movie tomorrow.

**OBJECTIVE**

Measurements: able to fuse 1&2 on aperture rule, unable to fuse #3, with glasses, NOT within normal limits

Observations: appears comfortable, taking appropriate notes

**TREATMENT** Risks & benefits discussed/explained to member. Permission to treat granted.

| Therapeutic Intervention | Comments |
|---|---|
| Therapeutic Activity x 50 min: educated regarding pacing strategy, journal/note use, considerations for graded return to work | |

**Home Exercise Program**:

| Date initiated | Exercise | Reps/Frequency | Comments |
|---|---|---|---|
| 4/8/2019 | Brock string | 2 min, 2x a day, to increase as tolerated to 5 min 2-3x a day | (near bead as close as can comfortably focus, other beads 8" apart, seated) |

See AVS

**Patient Response to Treatment**: receptive and understanding, agreeable with plan of care

Time In: 0904
Time Out: 0958

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

---

Progress Notes (continued)

Chaimov, Kathryn Jane, OT at 4/25/2019 11:32 AM (continued)

Electronically signed by Chaimov, Kathryn Jane, OT at 4/25/2019 11:32 AM

Vitals

LMP
01/08/2019

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

We Performed the Following

**ACTIVITY, THERAPEUTIC, FUNCTIONAL PERFORMANCE, ONE ON ONE CONTACT, EA 15 MIN**

Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Office Visit
### 4/29/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/29/2019 4:00 PM | Cary, Abigail Ann, SP | Smc-St | 949642726 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

|  |  | Codes | Comments |
|---|---|---|---|
| **COGNITIVE LINGUISTIC DYSFUNCTION** - Primary | | R41.841 | |
| **POSTCONCUSSION SYNDROME** | | F07.81 | |

### Progress Notes

Cary, Abigail Ann, SP at 4/29/2019 5:16 PM
  Status: Signed

## Speech Therapy Visit #1
Initial Evaluation Date: 4/29/19
Monthly Progress Note Due Date: 5/29/19
Medicare Reauthorization Date if Applicable: 7/28/19

## ASSESSMENT
Jennifer is a 46 yrs old female with subjective report and objective findings consistent with post-concussive syndrome including changes from baseline in word-finding, attention, and memory. Jennifer will benefit from skilled Speech Therapy intervention to reduce symptoms and optimize functional communication for return to work and participation in home and community activities.

Potential barriers to goal achievement: none known

## PLAN OF CARE
Jennifer to be seen up to 5 additional visits by 7/28/19. Treatment may include the following:
Next Visit Recommendations: review strategies for pacing, practice attention strategies with activity.

Long Term Goal(to be met by 7/28/19): Patient will improve cognitive-linguistic participation adequate to complete work, home, and community responsibilities.

Short-Term Goal (to be met by 5/29/19): Patient will demonstrate or report use of 6x metacognitive/compensatory strategies to address:attention and word-finding with 80% accuracy and min cues to achieve functional goals.

## BACKGROUND

Referring Provider: Kathleen M Laughlin, MD
History/Date of onset: referral dated 3/22/19

HART 000827

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/29/2019  5:16 PM (continued)

*The following has been copied and pasted from Office Visit on 4/11/19 by Dr. Bruce Stelmack..*

Dr. (Family Practice/KP) Mueller is here with her son and husband. Reports helmeted on bicycle collision on 3/18/19 with another bicycle, striking the pavement and immediate LOC. Awoke in Ambulance. Suffered right axillary facial fracture,now with wired upper teeth for stability. Has had ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over. She has been unable to drive and unable to return to work. Tried return to work recently for 2 hours but was very limited, slow processing and unable to accomplish Much. She has been on supplementary Mg, Zn and Melatonin 5mg at HS. Finds she has to take a mid afternoon nap to function. Has been to OT and has been doing eye exercises; SLP pending Some occasional, but not severe HA.

**Precautions/Contraindications/Comorbidities:** none identified
**History of learning difficulties:** no
**Prior/Concurrent Related Services:** physical therapy, occupational therapy and neurooptometry

## SUBJECTIVE

**Pt/caregiver understanding of condition/current functional status:**

Pt concerns:
- Trying to PACE, but feels like this is still a struggle. She's been very intentional with home activities, but has still over-done it.
- Word finding is "a thing," ex: went to put plants in garden, and was trying to buy a cactus, but could only think of "cactus." This does not limit function, but happens multiple times per day.
- Thinks memory is fine, but husband reports that she may be forgetful. She can't remember if she's let dogs in and out. Does not think that she has long-term memory issues.
- Attention: is typically a multi-tasker, denies difficulty with sustained attention at
- Feels "stuck" for past week without noted improvement in any symptoms
- Feels best in the mornings

History of prior head injuries: none

Date of/Description of Injury: was unable to get out of bed the first two week following injury.

Education: POST GRADUATE DEGREE MD in family practice.

Head Ache Triggers: extended light and noise exposure.

Light sensitivity?: improved in general, worse when tired

Vision: difficulty--wearing "cheater" readers all the time now.

Balance/Dizziness?: "bad" in the beginning, but is better now. Has dizziness that feels like being on a boat. Gets worse when she "earns" it.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/29/2019 5:16 PM (continued)

Family/CLOF: lives with husband and son

Back to Work?: does not have a plan, the tentative date is next Monday.

Avocation:
- Sewing, crochet, knitting, playing with son, gardening

Pain Management/Sleep: ~9 hours/sleep but does wake up during the night. Baseline is ~7-8 hours/sleep

Mood: no changes

Finances/Appointments/Medication Management: did home budget on the computer last week, ~ 20 min, was okay.

Reading: able to read and retain a chapter

## OBJECTIVE

Speech: 100% intelligible in conversation

Orientation:  Patient was oriented to Self, Place, Day, Month and Situation

Auditory Comprehension
        Simple Yes/No Questions: Patient answered with 100% accuracy
         Dr. Mueller observed to respond to multiple-clause questions and statements demonstrating 100% accuracy.
        Repeated/paraphrazed education provided with 100% accuracy.

Verbal Expression:
Fluent Speech organized and fluent without paraphasia or observed anomia. Socially appropriate.

Reading Comprehension
Observed to read "to-do" list from planner with accuracy

Written Expression
Observed to take notes in planner with neat intelligible print, and cohesive thought

Verbal Reasoning and Attention
Responded to "wh" questions with 10)% accuracy

Immediate Memory
Recalled information provided with 100% accuracy.

Observations
Patient exhibited appropriate awareness of errors, and appropriate initiation.  Strengths include self-awareness and motivation.

## TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 4/29/2019  5:16 PM (continued)

---

## Treatment Provided Today:
- Reviewed Pacing
- Education provided re: concept of cognitive "load," and physiological aspects to consider with pacing.
- Cued patient to generate functional list of ways to reduce distractions/cognitive burden at home and in preparation for return-to-work.

**Patient Response to Treatment**: optimistic outlook on recovery following the visit today.

## Time Spent:
Evaluation 30 minutes
Therapeutic Activities 30 minutes

Time In: 1555
Time Out: 1655

Electronically signed by Cary, Abigail Ann, SP at 4/29/2019  5:16 PM

---

Vitals
    LMP
    01/08/2019

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

We Performed the Following
    **EVAL SPEECH SOUND PRODUCTION, W LANGUAGE COMPREHENSION AND EXPRESSION**
    **SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
    No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
### 5/2/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/2/2019 4:50 PM | Curtis, Nanette I, OD | Bvt-Opto | 950672660 | BVN |

### Reason for Visit

**EYE EXAMINATION**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |
| **DISORDER OF REFRACTION** | H52.7 | |

### Progress Notes

#### Curtis, Nanette I, OD at 5/2/2019  5:49 PM

Status   Signed

#### Chief Complaint
Patient presents with

- EYE EXAMINATION


**HISTORY:**

Specialty Problems

 Eye Care Problem List
 MIGRAINE W AURA

PATIENT HISTORY:
--Surgery: None
--Injury: None
--Eyedrops: See medication list
--Pertinent Oral Medications: None

FAMILY HISTORY: maternal GM- age-rela
ted macular degeneration

OCCUPATION/VISUAL NEEDS: FP at BVT kp

Last reviewed on 5/2/2019


Medical History: Reviewed Problem List & Medication List

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Curtis, Nanette I, OD at 5/2/2019  5:49 PM (continued)

---

| Component | Value | Date |
|-----------|-------|------|
| HGA1CSCR | 5.4 | 12/28/2017 |

pt affect normal

**Exam**: see exam form

**Assessment/Plan:**
 (F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis). Secondary to bike accident.
        - Dilated ocular health unremarkable OU.
        - Currently working with OT
Plan: Patient education regarding findings. Keep appointment scheduled with Dr. Muraki for TBI eye exam.

(H52.7) DISORDER OF REFRACTION. Hyperopia OS, astigmatism OU, and presbyopia.
Plan: Continue habitual glasses for now.

Orders Placed This Encounter
 • REFRACTION

**Follow-Up:** as scheduled with Dr. Muraki or sooner PRN

---

NOTES: all posterior seg findings are viewed with 90D, any peripheral retinal findings are viewed with BIO(unless otherwise noted)

Nanette Curtis, OD

Electronically signed by Curtis, Nanette I, OD at 5/2/2019  5:49 PM

---

Vitals
    LMP
    01/08/2019

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

Base Ophthalmology Exam
    Visual Acuity (Snellen - Linear)

| | Right | Left |
|---|-------|------|
| Dist cc | 20/20 | 20/20 |
| Correction | Glasses | |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

## Base Ophthalmology Exam (continued)

### Tonometry (Non-contact air puff, 5:05 PM)

|  | Right | Left |
|---|---|---|
| Pressure | 12 | 13 |

### Pupils

|  | Pupils |
|---|---|
| Right | PERRL |
| Left | PERRL |

### Visual Fields (Counting fingers)

|  | Right | Left |
|---|---|---|
|  | Full | Full |

### Extraocular Movement

|  | Right | Left |
|---|---|---|
|  | Full, Ortho | Full, Ortho |

### Neuro/Psych

Oriented x3:  Yes
Mood/Affect:  Normal

### Dilation

Both eyes:  1.0% Mydriacyl @ 5:06 PM
Angle shows NO shadow & wide limbal glow by penlight.

Dilate: Angle shows NO shadow & wide limbal glow by penlight.
"Pt advised that dilation may blur VA & cause light sensitivity. Use caution if driving today."

Edited by: Rios, Nadia G; Curtis, Nanette I, OD

## Base Ophthalmology Exam Addl. Tests

### Keratometry (Automated)

|  | K1 | Axis | K2 | Axis |
|---|---|---|---|---|
| Right | 43.75 | 004 | 45.00 | 094 |
| Left | 44.00 | 179 | 45.00 | 089 |

Edited by: Rios, Nadia G

## Main Ophthalmology Exam

### External Exam

|  | Right | Left |
|---|---|---|
| External | Normal globe position | Normal globe position |

### Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | No lesions | No lesions |
| Conjunctiva/Sclera | Clear | Clear |
| Cornea | Clear, no guttata | Clear, no guttata |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED , Sex: F

## Main Ophthalmology Exam (continued)

| | | |
|---|---|---|
| Anterior Chamber | Deep & quiet | Deep & quiet |
| Iris | Flat, pupil round | Flat, pupil round |
| Lens | Clear | Clear |
| Vitreous | Clear, no cells | Clear, no cells |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Disc | Intact rim, distinct margin | Intact rim, distinct margin |
| C/D Ratio Vertical | 0.20 | 0.20 |
| C/D Ratio Horizontal | 0.20 | 0.20 |
| Macula | Clear | Clear |
| Vessels | Normal A:V ratio | Normal A:V ratio |
| Periphery | Normal, to extent of view | Normal, to extent of view |

No holes, tears, or detachments 360 OU.

Edited by: Curtis, Nanette I, OD

## Refraction

### Wearing Rx

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | Plano | -0.75 | 009 |
| Left | Plano | -0.50 | 012 |

Age: 2018
Type: SVF

### Wearing Rx #2

| | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | +1.25 | -0.50 | 003 |
| Left | +1.25 | -0.75 | 008 |

Age: 2018
Type: SVN

### Manifest Refraction

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | Plano | -1.00 | 005 | 20/20-1 |
| Left | +0.25 | -0.75 | 010 | 20/20 |

### Manifest Refraction #2 (Auto)

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | -0.25 | -1.25 | 180 | |
| Left | -0.25 | -0.75 | 012 | |

Edited by: Rios, Nadia G; Curtis, Nanette I, OD

## We Performed the Following

### REFRACTION ASSESSMENT

## Encounter Messages

Questionnaire Submission

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

**Encounter Messages (continued)**

| From | To | Sent |
| --- | --- | --- |
| Jennifer E Mueller | Nanette Curtis I, OD | 5/2/2019  4:34 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Waiting Room Notification

Question: Would you like a courtesy text message when your exam room is ready?
Answer:   Yes


Questionnaire: Waiting Room Notification

Question: Please enter your cell number
Answer:   5032179161

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Scheduled Telephone Encounter
### 5/2/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/2/2019 5:25 PM | Chaimov, Kathryn Jane, OT | Orc-Ot | 951689041 | ORC |

### Reason for Visit

**OCCUPATIONAL THERAPY**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 |  |
| **NAUSEA** | R11.0 |  |
| **VISUAL DISTURBANCE** | H53.9 |  |

### Progress Notes

Chaimov, Kathryn Jane, OT at 5/3/2019 10:28 AM

Status:  Signed

### Occupational Therapy Telephone Visit

Start time: 1735
End time : 1743

Spoke with Jennifer regarding current symptoms and level of function. Movie was horrible afterwards- carried over to next day. Did use strategies including sun glasses, eye breaks, pacing. CPR class also provoked headache, as well as reading course textbook. Plan to do 2 additional weeks off work before starting transition with part time. Advised regarding importance of looking for successful level of activity, not maximal tolerance/symptoms. Advised regarding looking at series of days and cumulative nature of activities and environment on symptoms.

Recommend continue Occupational Therapy Home Exercise Program until appt next week.

Jennifer was understanding of and agreeable with plan of care.

### PLAN OF CARE

Changes to Plan of Care: none

Subsequent Visit Treatment Recommendations: Follow up in clinic next week

HART 000836

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Progress Notes (continued)

### Chaimov, Kathryn Jane, OT at 5/3/2019 10:28 AM (continued)

Electronically signed by Chaimov, Kathryn Jane, OT at 5/3/2019 10:28 AM

## Vitals

LMP
01/08/2019

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

---

## Office Visit
### 5/8/2019

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/8/2019 3:30 PM | Chiang, Fernando, OT | Tua-Ot | 951243736 | TUA |

### Reason for Visit

**OCCUPATIONAL THERAPY**

### Diagnoses

| | | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** | - Primary | F07.81 | |
| **VISUAL DISTURBANCE** | | H53.9 | |
| **COGNITIVE DEFICIT IN ATTENTION OR CONCENTRATION** | | R41.840 | |

### Progress Notes

Chiang, Fernando, OT at 5/8/2019 5:39 PM
Status: Addendum

---

### Occupational Therapy Progress Note  Visit # 3 out of 6    Visit # 3 for 2019

Next Progress Note Due Date: 6/7/19
Medicare/Medicaid Reauthorization Date if Applicable: N/A
Initial evaluation: 4/8/19

Diagnosis: F07.81 (ICD-10-CM) - POSTCONCUSSION SYNDROME
Procedure: n/a
Precautions: migraine with aura, anxiety, maxillary fx

### ASSESSMENT
**Reporting period: 4/8/19 to 5/8/2019**
Jennifer is being treated for light sensitivity, impaired reading and screen use, fatigue, decreased concentration and processing speed, concern for convergence insufficiency s/p concussion 3/18/19. Jennifer is making slow steady gains with improved ability to read and use computer before being limited by her symptoms. Moderate improvement with dizziness and nausea during activities. Jennifer will benefit from continued skilled OT intervention to advance visual skills, utilize compensatory strategies, being independent with HEP in order to facilitate graded return to functional activity in order to be able to resume I/ADLs without or with fewer limitations.

Four point increase in Convergence Insufficieny Symptom Survey score from initial evaluation is due to pt's increased awareness with difficulty/symptoms during activities that were not previously attempted at that time.

Assessment of Therapy Progress: Fair.
Updated Rehabilitation Potential: Good
Potential Barriers to Goal Achievement: physical

HART 000838

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

---

Progress Notes (continued)

Chiang, Fernando, OT at 5/8/2019 5:39 PM (continued)

Concerns to monitor during follow up OT visits: work/rest balance, self-monitoring of rest breaks/pacing

Subsequent Visit Treatment Recommendations: return to work status, phone visit to check regarding symptoms. Story re-telling activity.

PLAN OF CARE - now being see in Oregon. Previously being see in Washington
GOALS:

| 4/8/2019 Initial Status | 5/8/19 | 5/23/19 Short term goals | 7/7/19 Long term goals |
|---|---|---|---|
| Mild fatigue, "feels like work" NPC 6" | ongoing, NPC 6" ongoing | Pt will fuse near bead on brock string at 4 inches in primary gaze for 20 seconds without signs of suppression | Pt will fuse near bead on brock string at 4 inches in primary, L and R gaze for 20 seconds without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks |
| "" | | | Pt will transition through beads on brock string in primary, R and L gaze with fluidity and automaticity and without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks |
| Reading limited- symptoms after 1-2 pages | ongoing, able to read 10 pages CPR book in larger font before being limited by symptoms | Independent strategies for reading | Pt will tolerate reading paper text for 60+ minutes without increase in symptoms and with good comprehension |
| Computer use limited- tried last week and unable to tolerate at all | ongoing, pt was able to perform finances online with extra time. Able to be on laptop for 1-2 hours. | Independent strategies for computer use | Pt will tolerate computer use intermittently for 8 hr work day without increase in symptoms |
| Rivermead self rating 28 | ongoing, Rivermead self rating 27 | | 16 total score or less on Rivermead Questionnaire |

Patient goals: reduce symptoms, return to work

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Chiang, Fernando, OT at 5/8/2019  5:39 PM (continued)

Treatment May Include the Following:  Neuro Re-education, Therapeutic Exercise, Therapeutic Activity, Self Care

Jennifer to be seen for up to 3 out of 6 remaining additional visits in current plan of care by 7/7/19.

Changes to Plan of Care: none

SUBJECTIVE

Pt reports: Her capacity for decision making throughout the day is improving but still get fatigued. She is concerned about her ability to return to work and read charts. Braces are off and pt is able to chew softly. Dizziness isn't too much of an issue and is less in frequency, duration, and intensity.  Light sensitivity, nausea, headache associated still associated with reading.
Jennifer is napping infrequently throughout the week, no longer on a daily basis.  She feels good about being to remember CPR steps and pass the course. On FMLA until 5/19/19. Plan to return to work with reduced hours; 4 hrs/day, 4days/week

Current Functional Status: not currently working. She is able to get through the day doing basic/minimal activities with minimal symptoms.

Jennifer goals/priorities for therapy: get back to work and be able read without having symptoms.

Pain Location: none
Pain at rest: n/a
Pain with activity: n/a

## Convergence Insufficiency Symptom Survery

| Date | 4/8/2019 (Rating 0-4) | 5/8/19 |
|---|---|---|
| 1. Do your eyes feel tired when reading or doing close work? | 0 | 3 |
| 2. Do your eyes feel uncomfortable when reading or doing close work? | 0 | 3 |
| 3. Do you have headaches when reading or doing close work? | 0 | 2 |
| 4. Do you feel sleepy when reading or doing close work? | 3 | 2 |
| 5. Do you lose concentration when reading or doing close work? | 3 | 2 |
| 6. Do you have trouble remembering what you have read? | 4 | 2 |
| 7. Do you have double vision when reading or doing close work? | 0 | 0 |
| 8. Do you see the words move, jump, swim or appear to float on the page when reading or | 3 | 1 |

HART 000840

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Chiang, Fernando, OT at 5/8/2019 5:39 PM (continued)

| | | |
|---|---|---|
| doing close work? | | |
| 9. Do you feel like you read slowly? | 3 | 2 |
| 10. Do your eyes ever hurt when reading or doing close work? | 0 | 0 |
| 11. Do your eyes ever feel sore when reading or doing close work? | 0 | 2 |
| 12. Do you feel a "pulling" feeling around your eyes when reading or doing close work? | 2 | 3 |
| 13. Do you notice the words blurring or coming in and out of focus when reading or doing close work? | 3 | 3 |
| 14. Do you lose your place while reading or doing close work? | 3 | 2 |
| 15. Do you have to re-read the same line of words when reading? | 3 | 1 |
| TOTAL | 24 | 28 |

*For children <21 years old 16 or more is considered suggestive of convergence insufficiency*
*For adults 21 or more is considered suggestive of convergence insufficiency*

Rivermead Post-Concussion Symptoms Questionnaire

| "*Compared to before the accident, do you now (ie over the last 24 hours) suffer from*": | 0 Not experienced at all | 1 No more of a problem | 2 A mild problem | 3 A moderate Problem | 4 A severe problem |
|---|---|---|---|---|---|

| | 4/8/19 | 5/8/19 |
|---|---|---|
| Headaches | 0 | 2 |
| Feelings of Dizziness | 3 | 1 |
| Nausea and/or vomiting | 2 | 1 |
| Noise Sensitivity | 1 | 2 |
| Sleep Disturbance | 3 | 2 |
| Fatigue, tiring more easily | 4 | 3 |
| Being irritable, easily angered | 1 | 1 |
| Feeling depressed or fearful | 0 | 0 |
| Feeling frustrated or impatient | 1 | 1 |
| Forgetfulness, poor memory | 2 | 3 |
| Poor Concentration | 3 | 3 |
| Taking longer to think | 4 | 3 |
| Blurred Vision | 1 | 2 |
| Light sensitivity | 2 | 2 |
| Double vision | 0 | 0 |
| Restless ness | 1 | 1 |

HART 000841

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)
Chiang, Fernando, OT at 5/8/2019  5:39 PM (continued)

|   |   |   |
|---|---|---|
| 1.   Other difficulty? |  |  |
| 2.   Other difficulty? |  |  |
| total score | 28 | 27 |

## OBJECTIVE

Observations: alert and appropriate. Carrying her memory journal. Has sunglasses and reading glasses with her. Taking notes during session.

Measurements: NPC 6"

Clock drawing intact

3 dimensional figure intact

Line bisect intact

## TREATMENT  Risk and benefits explained/discussed to member. Permission to treat granted

| Therapeutic Intervention | Comments |
|---|---|
| Coin circles | Reviewed and performed HEP in clinic |
| Four corners | Mid distance and near distance |
| Letter cancellation, visual perception activity with blocks, visual memory copying drawings | Near distance |
| Educated on use of magnifier with reading, increasing font size on computer. Limiting visual density and busy backgrounds. | |

## HOME EXERCISE PROGRAM

| Date initiated | Exercise/Activity, Recommendations |
|---|---|
| 4/8/2019 | Brock string |

HART 000842

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

Progress Notes (continued)

Chiang, Fernando, OT at 5/8/2019  5:39 PM (continued)

| | |
|---|---|
| | 2 min, 2x a day, to increase as tolerated to 5 min 2-3x a day<br><br>(near bead as close as can comfortably focus, other beads 8" apart, seated) |
| 5/8/19 | Four Corners  - See AVS<br><br>Coin Circles<br><br>Tips for Reading and Using a Computer after a Concussion:<br><br>When reading on paper:<br>• Try using a piece of paper to underline the line you are on<br>• Use your finger to keep your place on the page<br>• Experiment with light – try sitting parallel to a window rather than facing it<br>• Take short breaks to close your eyes or look into the distance<br>• Pace yourself. Read small chunks at a time. Don't force yourself to do more than you can comfortably handle<br><br>When using a computer, tablet, or smartphone:<br>• Experiment with accessibility settings<br>  o "Night-time" mode to dim light using warmer light settings<br>  o "Reduce motion" – slows down transition between screens when scrolling<br>  o Voice text – allows for less visual work<br>  o Phone noise cancellation – reduces ambient noise on phone calls<br>• Try a color overlay on your computer screen. Sometimes different colors can alleviate symptoms while reading:<br>http://irlen.com/colored-overlays/<br>• Move workspace to a less busy environment. Consider facing away from foot-traffic<br>• Take breaks, especially before you don't feel well<br>Consider wearing a ball-cap or visor to protect from overhead lights<br>Carry ear plugs for help in noisy environments |

Patient response to treatment:  Jennifer tolerated the above evaluation and treatment session.  Jennifer was receptive to information provided and appears to have a good understanding of plan of care.

| BILLING CODES | Minutes | Units |
|---|---|---|

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Chiang, Fernando, OT at 5/8/2019 5:39 PM (continued)

| | | |
|---|---|---|
| Therapeutic activies | 27 | 2 |
| Therapeutic exercises | 30 | 2 |
| | | |
| Total | 57 | 4 |

Time In: 1530
Time Out: 1630

Electronically signed by Chiang, Fernando, OT at 5/8/2019 5:38 PM
Electronically signed by Chiang, Fernando, OT at 5/8/2019 5:39 PM

Vitals
　LMP
　01/08/2019

Vitals Recorded in This Encounter
　No data found in the last 1 encounters.

Medications Ordered
　None

We Performed the Following
　**ACTIVITY, THERAPEUTIC, FUNCTIONAL PERFORMANCE, ONE ON ONE CONTACT, EA 15 MIN**
　**EXERCISE FOR STRENGTH, ENDURANCE, ROM, FLEXIBILITY, INDIV, EA 15 MIN**
　**TREATMENT PLAN REVIEW, REAUTHORIZATION, OCCUPATIONAL THERAPY**

Encounter Messages
　No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Office Visit
### 5/14/2019

**Encounter Information**

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/14/2019 9:00 AM | Cary, Abigail Ann, SP | Smc-St | 952866743 | SMO |

**Reason for Visit**

**SPEECH LANGUAGE PATHOLOGY VISIT**

**Diagnoses**

|  |  | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** | - Primary | F07.81 |  |

**Progress Notes**

Cary, Abigail Ann, SP at 5/14/2019 10:14 AM
 Status: Signed

## Speech Therapy Treatment Note

30 day POC update due: 5/29/19

**Visit Number: 2**

### ASSESSMENT
Jennifer is a 46 yrs old female with subjective report and objective findings consistent with post-concussion syndrome which is progressing as anticipated as indicated by pt report.

Concerns to monitor during follow-up SLP visits: increased symptoms with return-to-work

### PLAN OF CARE
Jennifer to be seen up to 4 additional visits per SLP Plan of Care dated 4/29/19. Treatment may include the following: cognitive-linguistic therapy.

Next Visit Recommendations: phone check in re: managing symptoms.

### SUBJECTIVE

Jennifer has been working with OT and independently on strategizing successful return to work with consideration for pacing. She will return for 1/2 days beginning Monday, 5/20, , and will see 2 patients/hour. She is going to go into the office this week to figure out how to control lighting and screen-use. She has not seen Dr. Muraki yet.

### OBJECTIVE/TREATMENT *Risks & benefits discussed/explained to member. Permission to treat granted.*

**Treatment Provided Today:**
Therapy addressed compensatory strategies, including planning to reduce distractions/cognitive load with return-to-work. With min cues, Jennifer generated a 10+- item to-do list with plan for return to work including

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 5/14/2019 10:14 AM (continued)

reducing visual clutter in office, delegating more tasks to nursing, dictating more chart-notes in-office, and reviewing charts at beginning of day (among other items).

**Patient Response to Treatment**:  optimistic outlook on recovery following the visit today.

**Time Spent:**
Therapeutic Exercise 60 minutes

Please see Patient Instructions Section for specifics on Home Program.

Time In: 0900
Time Out: 1000

Electronically signed by Cary, Abigail Ann, SP at 5/14/2019 10:14 AM

---

Vitals
  LMP
  01/08/2019

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

We Performed the Following
  **SPEECH THERAPY, INDIVIDUAL**

Encounter Messages
  No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
### 5/21/2019

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/21/2019 7:30 AM | Muraki, Cecilia Saqueton, OD | Cin-Opto | 950672984 | CIN |

### Reason for Visit

**VISION PROBLEM**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |
| **BINOCULAR VISION DISORDER** | H53.30 | |
| **CONVERGENCE INSUFFICIENCY** | H51.11 | |
| **PHOTOPHOBIA** | H53.149 | |

### Progress Notes

Muraki, Cecilia Saqueton, OD at 5/25/2019 6:45 AM
Status: Signed

## HISTORY

**Patient & Family Ocular Hx:**
Specialty Problems

 Eye Care Problem List
 MIGRAINE W AURA

PATIENT HISTORY:
--Surgery: None
--Injury: None
--Eyedrops: See medication list
--Pertinent Oral Medications: None

FAMILY HISTORY: maternal GM- age-rela
ted macular degeneration

OCCUPATION/VISUAL NEEDS: FP at BVT kp

Last reviewed on 5/21/2019

## HISTORY OF PRESENT ILLNESS

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 5/25/2019  6:45 AM (continued)

Chief Complaint
Patient presents with
- VISION PROBLEM

- Bicycle accident 3/18/2019; concussion sustained.
- Initial symptoms: fatigue, vertigo, change in concentration, change in ability to read; could not walk without assistance; not able to process words on a page.
- Has established with physiatry, OT and ST.
- Back to work yesterday.
- Residual symptoms include: provocation of fatigue, photophobia, headache, word finding. Still hasn't got back into reading and she's unsure why.
- Hard to look at her Apple watch.
- Work yesterday involved only inbox management. Wore her blue block glasses. By 9:30 provocation of nausea and photophobia. Also perception of words floating.
- Bifocals were discussed but ordered SVF and SVN.

## VISUAL SKILLS ASSESSMENT

| BINOCULAR SKILLS | Expected Range | Baseline 5/21/2019 cc |
|---|---|---|
| Distance Cover Test | 1 E - 3 X | Ortho |
| Distance Step Divergence Break Recovery | 4-10 2-6 | 6 4 |
| Distance Step Convergence Break Recovery | 3-18 5-9 | 30 20 |
| Near Cover Test | 0 - 6 X | 6 X |
| Near Step Divergence Break Recovery | 7-19 5-15 | 4 2 |
| Near Step Convergence Break Recovery | 10-28 7-21 | 6 4 |
| Vergence Facility | 12-18 cpm | 9.5 cpm |
| Near Point of Convergence | 1" - 3" | Blur 8" Break 3" |
| Stereopsis | 40-60 arc sec | 40 arc sec |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 5/25/2019  6:45 AM (continued)

| EYE MOVEMENT SKILLS | Expected | Baseline 5/21/2019 sc |
|---|---|---|
| **NSUCO Oculomotor Test Saccades** | Male / Female | |
| Ability - Completes | 5 / 5 | 5 |
| Accuracy - Under or Overshoots | 4 / 3 | 5 |
| Head Movement | 3 / 4 | 5 |
| Body Movement | 5 / 5 | 5 |
| **NSUCO Oculomotor Test Pursuits** | Male / Female | |
| Ability - Completes | 5 / 5 | 5 |
| Accuracy - Fixation Losses | 5 / 4 | 5 |
| Head Movement | 4 / 4 | 5 |
| Body Movement | 5 / 5 | 5 |

**Developmental Eye Movement (DEM) Test Baseline 5/21/2019 cc**
Test A 10 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test B 11 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test C 22 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Classification Normal  H/V ratio 1.04

## ASSESSMENT AND PLAN

**1. POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
- Concussion sustained in bicycle accident 3/18/2019.
- Symptoms include fatigue, photophobia, headache, word finding, decreased interest in reading.
- Established with physiatry, OT and PT.

**2. BINOCULAR VISION DISORDER**
- Convergence insufficiency.
- Narrow fusion range at near.
- Poor vergence facility.
- Likely contributors to decreased interest in reading, provocation of headache and fatigue after sustained near activity.
- Prescribing prism to decrease convergence required to maintain fusion.
- Continue vision remediation with OT.
- Order 12 PD loose prism and jump duction tranaglyph from Bernell to use with vision remediation program.

**3. PHOTOPHOBIA**
- Prescribing brown blue block tint in near vision glasses.

**Patient Instructions:**
- Order new near vision glasses with prism and blue block tint.
- Anticipate kp.org message with instructions for ordering loose prism and jump duction tranaglyph from Bernell.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Progress Notes (continued)

### Muraki, Cecilia Saqueton, OD at 5/25/2019  6:45 AM (continued)
**Return in about 3 months (around 8/21/2019) for visual skills reassessment.**

Electronically signed by Muraki, Cecilia Saqueton, OD at 5/25/2019  6:45 AM

## Vitals
LMP
01/08/2019

## Vitals Recorded in This Encounter
No data found in the last 1 encounters.

## Medications Ordered
None

## Base Ophthalmology Exam

### Visual Acuity (Snellen - Linear)

|        | Right | Left |
|--------|-------|------|
| Dist sc | 20/20 | 20/20 |

### Visual Acuity #2 (Snellen - Linear)

|         | Right | Left |
|---------|-------|------|
| Near cc | 20/16 | 20/16 |
| Correction: | Glasses | |

Edited by: Muraki, Cecilia Saqueton, OD

## Refraction

### Wearing Rx

|       | Sphere | Cylinder | Axis |
|-------|--------|----------|------|
| Right | Plano  | -0.75    | 180  |
| Left  | Plano  | -0.50    | 012  |
| Type: | SVF    |          |      |

### Wearing Rx #2

|       | Sphere | Cylinder | Axis |
|-------|--------|----------|------|
| Right | +1.25  | -0.75    | 180  |
| Left  | +1.25  | -0.50    | 012  |
| Type: | SVN with Digital Eye  Strain Tint | | |

### Final Rx

|       | Sphere | Cylinder | Axis | Horz Prism |
|-------|--------|----------|------|------------|
| Right | +1.25  | -0.75    | 180  | 1.5 in     |
| Left  | +1.25  | -0.50    | 012  | 1.5 in     |
| Type: | SVN with Brown Blue Block #2 | | | |

Significant change from 12/2018 Rx

Dispense at BVN

HART 000850

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

**Refraction (continued)**

Edited by: Muraki, Cecilia Saqueton, OD

**Encounter Messages**

Questionnaire Submission

| From | To | Sent |
|------|-----|------|
| Jennifer E Mueller | Cecilia Saqueton Muraki, OD | 5/6/2019 11:50 AM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Optometry Visit Questionnaire

Question: What is your MAIN reason for this visit?
Answer:   Other

Question: Other reason
Answer:   Post concussion vision changes

Question: Do you have any special visual needs for your work or hobbies?
Answer:   Heavy computer use
          Arts & crafts

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Scheduled Telephone Encounter
### 6/12/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/12/2019 2:00 PM | Cary, Abigail Ann, SP | Smc-St | 953772825 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

|  |  | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** | - Primary | F07.81 |  |

### Progress Notes

Cary, Abigail Ann, SP at 6/12/2019 3:27 PM
Status: Signed

### Speech Therapy Phone Encounter

*Therapist placed call to patient at number listed in HealthConnect.*

### Subjective/Objective

Patient reports:
- 5 half days per week; when she's at work she feels like her brain is doing what it needs to do.
- Has really stuck with limiting exertion outside of work.
- Had to take naps over the weekend.
- Feeling discouraged by increased fatigue.

Clinician:
- Provided feedback about understanding increased fatigue given increased work demands and performance.
- Encouraged generating a list of activities to progressively include in home/work life.
- Relayed impression that pt will likely be back to baseline in ~3 months from now.

### Assessment/Plan

46 yo MD s/p concussion sustained 3/18/19. Back to work for 1 week now. Cognition is progressively improving, but she is not back to baseline. Continue therapy to address compensations. Member to call to schedule follow-up. Recommend f/u in ~1 weeks.

Abigail Cary, MS, CCC-SLP
Sunnyside Medical Center
Phone number: 503-571-3820

HART 000852

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 6/12/2019 3:27 PM (continued)

Electronically signed by Cary, Abigail Ann, SP at 6/12/2019 3:27 PM

Vitals

LMP
01/08/2019

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Scheduled Telephone Encounter
### 7/25/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/25/2019 8:45 AM | Laughlin, Kathleen M, MD | Tua-Fp | 957569430 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME   -  Primary** | F07.81 | |
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL PATTERN** | F33.42 | |
| **SCREENING FOR BREAST CANCER** | Z12.39 | |

### Progress Notes

Laughlin, Kathleen M, MD at 7/25/2019 10:13 AM

Status:  Signed

Phone appt: - left message on machine x 2 - no answer - see below


Home Phone     503-217-9161
Work Phone     999-999-9999
Mobile          503-217-9161
Home Phone     Data Not Entered

Called Jennifer & discussed - " I'm definitely better " - has had to take " the longer view of things" - seeing 6 patients daily - sometimes is very tired and has trouble with concentration and can't explain why / went blueberry picking for one hour and it made her tired for several days.  Tries to pace her activities when she's not working.  Wearing special glasses which help with photosensitivity and have prisms for double vision. Glasses have really helped.

Doing some driving, but not yet driving on freeway

Exercise - tried to walk 2 miles and it really set her back.  Encouraged her to start " low and go slow"

Approaching 6 months from injury - thinking about longterm disability

Speech therapy - working with Abby in speech therapy - has set up a follow up appointment with provider at Kaiser

" I need to restart meditation practice" / went back to see counselor - has another follow up with her

Will see craniosacral therapist, Bob White, at John's Landing.

Having neck pain and headaches - wake her up in the morning - OK during the day - started about a month ago / doesn't have bite guard anymore - is scheduled to get braces - we discussed that this is likely multifactorial

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Laughlin, Kathleen M, MD at 7/25/2019 10:13 AM (continued)

Acupuncture may helps headache - gave name of local acupuncturist - may help - would after out of pocket at this point

Time: 20 min with patient directly on phone today.

Electronically signed by Laughlin, Kathleen M, MD at 7/25/2019 10:13 AM

Vitals
   LMP
   01/08/2019

Vitals Recorded in This Encounter
No data found in the last 1 encounters.

Medications Ordered

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion (WELLBUTRIN XL) 150 mg Oral 24hr XL Tab** | 90 tablet | PRN | 7/25/2019 | 10/7/2020 |
|    Sig - Route: Take 1 tablet by mouth daily - Oral | | | | |

Encounter Messages
No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Office Visit
**7/31/2019**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/31/2019 11:00 AM | Malone, Jane C, OT | Cin-Ot | 957824366 | CIN |

### Reason for Visit
**OCCUPATIONAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **VISUAL DISTURBANCE** | H53.9 | |
| **POSTCONCUSSION SYNDROME** | F07.81 | |

### Progress Notes

Malone, Jane C, OT at 7/31/2019 12:56 PM
    Status   Signed

**Occupational Therapy Progress Note**
**Visit #6**

Reporting period: 5/8/19 to 7/31/19
Monthly Progress Note Due Date: Oregon (every 30 days): 8/30/19
**Referral Diagnosis:** (F07.81) POSTCONCUSSION SYNDROME (primary encounter diagnosis)
(L56.8) PHOTOSENSITIVITY DUE TO SUNLIGHT
Referring Provider: Dr. Kathleen Lauglin

The following has been copied and pasted from office visit on 5/21/19 by Dr. Muraki Neuro OD:

ASSESSMENT AND PLAN

1. POSTCONCUSSION SYNDROME (primary encounter diagnosis)
- Concussion sustained in bicycle accident 3/18/2019.
- Symptoms include fatigue, photophobia, headache, word finding, decreased interest in reading.
- Established with physiatry, OT and PT.

2. BINOCULAR VISION DISORDER
- Convergence insufficiency.
- Narrow fusion range at near.
- Poor vergence facility.
- Likely contributors to decreased interest in reading, provocation of headache and fatigue after sustained near activity.
- Prescribing prism to decrease convergence required to maintain fusion.
- Continue vision remediation with OT.
- Order 12 PD loose prism and jump duction tranaglyph from Bernell to use with vision remediation program.

3. PHOTOPHOBIA

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

**Progress Notes (continued)**

**Malone, Jane C, OT at 7/31/2019 12:56 PM (continued)**

- Prescribing brown blue block tint in near vision glasses.

**Patient Instructions:**
- Order new near vision glasses with prism and blue block tint.
- Anticipate kp.org message with instructions for ordering loose prism and jump duction tranaglyph from Bernell.

**Return in about 3 months (around 8/21/2019) for visual skills reassessment.**

## ASSESSMENT

Pt presenting with continued functional vision limitations with reading and difficulty pacing self back to physical activities due to fear of excerebating symptoms, and lower endurance for community outings. Pt presenting today for further instruction in vision HEP as recommended by Dr. Muraki. Pt verbalized comprehension and demo'ed understanding of HEP after instruction today.

Patient Response to Treatment: verbalized understanding;  tolerated well
Pt will continue to benefit from skilled OT intervention to improve mobility/strength, decrease pain and assist with graded return to functional activity in order to be able to resume iADLS/ADLs without or with fewer limitations.

## PLAN OF CARE

Jennifer  to be seen up to 14/20 additional visits through 12/31/19

| Short Term Goals: by Kathryn Chaimov, OT on 4/8/19 by 9/30/19 | 5/8/19 | JMalone 7/31/19 |
|---|---|---|
| Pt will fuse near bead on brock string at 4 inches in primary gaze for 20 seconds without signs of suppression | 6 inches NPC | Progressing, re-educated on brock string. Had not been performing. 6 inch fusion noted today |
| Independent strategies for reading | ongoing, able to read 10 pages CPR book in larger font before being limited by symptoms | Progressing, but has not been reading much due to focusing challenges |
| Independent strategies for computer use. | ongoing, pt was able to perform finances | Progressing with new computer glasses with tint |

HART 000857

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

Progress Notes (continued)

Malone, Jane C, OT at 7/31/2019 12:56 PM (continued)

| | | |
|---|---|---|
| | online with extra time. Able to be on laptop for 1-2 hours. | |
| Patient will demonstrate independence with HEP of visual activities. | | Added new goal, re-instructed in al HEP items today including Bernell items as advised by Dr. Muraki |

| Long Term Goals by Kathryn Chaimov, OT on 4/8/19 by 12/31/19 | 5/8/19 | JMalone 7/31/19 |
|---|---|---|
| Pt will tolerate reading paper text for 60+ minutes without increase in symptoms and with good comprehension | | Not met, ongoing |
| Pt will fuse near bead on brock string at 4 inches in primary, L and R gaze for 20 seconds without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks | ongoing, NPC 6" ongoing | Progressing |
| Pt will transition through beads on brock string in primary, R and L gaze with fluidity and automaticity and without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks | | Progressing |
| 16 total score or less on Rivemead Questionnaire | ongoing, Rivermead self rating 27 | Progressing, to be reassessed |
| Pt will tolerate computer use intermittently for 8 hr work day without increase in symptoms | ongoing, pt was able to perform finances online with extra time. Able to be on laptop for 1-2 hours. | Progressing |
| Patient Goal:  Return to work, return to normalcy | | Currently working half days |

Treatment to include: Therapeutic Exercises, Therapeutic Activities, Neuro muscle re-education, ADL training, IADL retraining.  Plan of care was discussed and agreed upon by patient.

Subsequent Visit Treatment Recommendations:  Review of HEP and VOMS assesssment, Rivermead assessment

SUBJECTIVE

HART 000858

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)
Malone, Jane C, OT at 7/31/2019 12:56 PM (continued)

Jennifer reports that reading is still challenging. She has been address her mental health and feels supported by family and current counselor. She would like to improve her vergence skills to progress back to cycling.

Pain: 0/10; however, did state that she felt "motion sick" after tranaglyph training

OBJECTIVE

Observation/Appearance: No observable abnormality; alert, well appearing, and in no distress

Home Program:
**Date:7/31/19**

| Date Initiated | Exercise / Activity | Comments |
|---|---|---|
| 7/31/19 | Brock string in sitting | Advised for her to perform with metronome in standing with head tilts for progression at home |
| | Prism - instructions copied in AVS | Goal of 15 CPM as instructed by Neuro OD, advised to work with BO, but can do BO and BI over other eye to practice vergence skills. Pt performed BO with both eyes for fusion with and without prism |
| | Tranaglyph for jump vergence | Performed with slide for convergence and divergence. Divergence range was much less = 4-6 on slide, and convergence was all the way up to 26 (out of 32) |
| | Importance of physical activity, low impact options and importance of sleep and avoiding naps, but an option to trial a nap when feeling very fatigued as long as she is comfortable with trialing this as it may impact her sleep during night time. | |
| | | |
| | | |
| | | |

Patient Education: HEP

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**, Sex: F

Progress Notes (continued)

Malone, Jane C, OT at 7/31/2019 12:56 PM (continued)

Reviewed new exercises below in HEP and performed in clinic this date.
Reviewed previous HEP

Time In: 1110
Time Out: 1210

Jane Malone, OTR/L
Oregon License# 316649

Electronically signed by Malone, Jane C, OT at 7/31/2019 12:56 PM

Vitals

LMP
01/08/2019

Vitals Recorded in This Encounter

No data found in the last 1 encounters.

Medications Ordered

None

We Performed the Following

**ACTIVITY, THERAPEUTIC, FUNCTIONAL PERFORMANCE, ONE ON ONE CONTACT, EA 15 MIN**
**TREATMENT PLAN REVIEW, REAUTHORIZATION, OCCUPATIONAL THERAPY**

Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Scheduled Telephone Encounter
### 8/14/2019

#### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/14/2019 2:00 PM | Cary, Abigail Ann, SP | Smc-St | 957569202 | SMO |

#### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

#### Diagnoses

|  |  | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** | - Primary | F07.81 | |

#### Progress Notes

Cary, Abigail Ann, SP at 8/14/2019  2:26 PM
Status:  Signed

### Speech Therapy Phone Encounter

*Therapist placed call to patient at number listed in HealthConnect.*

### Subjective/Objective

Patient reports:
- Is getting much better at pacing
- Goal was to walk 15 min 3x/week, but after 1 exercise episode she had cognitive impact
- Has felt stressed lately, for the first time in a while, related to father's poor health condition.
- Still not driving
- Really notices when she needs her prism glasses by end of day. Wonders if light sensitivity is worse. Is usually able to modify as-need at home and work.
- Working 1/2 days at work--this feels appropriate right now and reduced schedule.
- Still hasn't advanced stuff at home much, a little more social.
- Having less pain with craniosacral work, still has teeth pain.
- Sleeping better, but thinks she may need more.

Clinician:
- Observed speech and fluency to be WNL
- Encouraged pt to continue pacing with consideration for stress, activity, visual, and auditory imput.
- Encouraged pt to continue to work with OT on post-concussive syndromes, follow-up with ST only if she has difficulty with home program.

### Assessment/Plan

5 months s/p concussion with slowly resolving post-concussion syndrome. Speech and cognition appear grossly WNL, but may be impacted by other post-concussive symptoms such as fatigue, pain, stress,

HART 000861

Page 79

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

Progress Notes (continued)

Cary, Abigail Ann, SP at 8/14/2019  2:26 PM (continued)

cognitive-overload.  Recommend that she continue to address cognitive goals with OT, and RTC for ST as-needed.

Abigail Cary, MS, CCC-SLP
Sunnyside Medical Center
Phone number: 503-571-3820

Electronically signed by Cary, Abigail Ann, SP at 8/14/2019  2:26 PM

Vitals
    LMP
    01/08/2019

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

Encounter Messages
    No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                          Mueller, Jennifer E
10220 S E Sunnyside Rd                           MRN: 7374-59-76, DOB: **REDACTED** Sex: F
Clackamas OR 97015

## Scheduled Telephone Encounter
### 8/23/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/23/2019 1:00 PM | Laughlin, Kathleen M, MD | Tua-Fp | 957778710 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **BEREAVEMENT** | Z63.4 | |

### Progress Notes

Laughlin, Kathleen M, MD at 8/23/2019 10:41 PM
  Status:  Signed

Phone appt: - father died this week - " the most activity I've had in a week " - died of hypercapnia, untreated sleep apnea, congestive heart failure, had been trying to actively die for some time per patient  - " I've been so busy " -" I'll be glad to have the weekend " - went to Midwest to see him before he died and stayed for funeral


Home Phone    503-217-9161
Work Phone    999-999-9999
Mobile       503-217-9161
Home Phone    Data Not Entered

Called Jennifer & discussed  - speech therapy, occupational therapy, craniosacral treatments for postconcussion syndrome

Exercise - started exercising at a lower level - couldn't close charts by the end of the day.  The normal dog walk is what she can do, but can't walk much farther

Work - working 5 half-days weekly - considering adding another 2 hours of virtual time - likely will do this towards end of September or early October

We discussed bereavement - everyone's journey is different, but it definitely affects cognitive and emotional function - first 6 months generally are the hardest / first firsts can be the hardest / offered support


Time: 12 min with patient directly on phone today.


Electronically signed by Laughlin, Kathleen M, MD at 8/23/2019 10:41 PM

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Vitals

LMP
01/08/2019

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Office Visit
### 9/11/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 9/11/2019 10:00 AM | Muraki, Cecilia Saqueton, OD | Cin-Opto | 957815207 | CIN |

### Reason for Visit

**CONCUSSION**
**FOLLOW UP CARE**
**VISION PROBLEM**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  -  Primary | F07.81 |  |
| **BINOCULAR VISION DISORDER** | H53.30 |  |
| **CONVERGENCE INSUFFICIENCY** | H51.11 |  |
| **PHOTOPHOBIA** | H53.149 |  |

### Progress Notes

Muraki, Cecilia Saqueton, OD at 9/22/2019 10:26 PM
Status:  Signed

## HISTORY

**Patient & Family Ocular Hx:**
PATIENT HISTORY:
--Surgery: None
--Injury: None
--Eyedrops: See medication list
--Pertinent Oral Medications: None

FAMILY HISTORY: maternal GM- age-related macular degeneration

OCCUPATION/VISUAL NEEDS: FP at BVT kp

Last reviewed on 9/11/2019

## HISTORY OF PRESENT ILLNESS

Chief Complaint
Patient presents with
· CONCUSSION
· FOLLOW UP CARE
· VISION PROBLEM

- Doing well with the glasses.

HART 000865

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED  Sex: F

---

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 9/22/2019 10:26 PM (continued)
- Photophobia improving.
- Working 5h/day.
- She has awareness of double vision now, eg threading needle.

### VISUAL SKILLS ASSESSMENT

| BINOCULAR SKILLS | Expected Range | Baseline 5/21/2019 cc | Follow-Up 9/11/2019 Cc prism | Follow-UP 9/11/2019 Cc no prism |
|---|---|---|---|---|
| Distance Cover Test | 1 E - 3 X | Ortho | | |
| Distance Step Divergence Break Recovery | 4-10 2-6 | 6 4 | | |
| Distance Step Convergence Break Recovery | 3-18 5-9 | 30 20 | | |
| Near Cover Test | 0 - 6 X | 6 X | | |
| Near Step Divergence Break Recovery | 7-19 5-15 | 4 2 | 10 8 | 12 10 |
| Near Step Convergence Break Recovery | 10-28 7-21 | 6 4 | 18 16 | 20 18 |
| Vergence Facility | 12-18 cpm | 9.5 cpm | 18 cpm | 18 cpm |
| Near Point of Convergence | 1" - 3" | Blur 8" Break 3" | | |
| Stereopsis | 40-60 arc sec | 40 arc sec | | |

| EYE MOVEMENT SKILLS | Expected | Baseline 5/21/2019 sc |
|---|---|---|
| NSUCO Oculomotor Test Saccades Ability - Completes Accuracy - Under or Overshoots Head Movement Body Movement | Male / Female 5 / 5 4 / 3 3 / 4 5 / 5 | 5 5 5 5 |
| NSUCO Oculomotor Test | | |

HART 000866

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                         Mueller, Jennifer E
10220 S E Sunnyside Rd                          MRN: 7374-59-76, DOB: **REDACTED** Sex: F
Clackamas OR 97015

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 9/22/2019 10:26 PM (continued)

| Pursuits | Male / Female | |
|----------|---------------|---|
| Ability - Completes | 5 / 5 | 5 |
| Accuracy - Fixation Losses | 5 / 4 | 5 |
| Head Movement | 4 / 4 | 5 |
| Body Movement | 5 / 5 | 5 |

**Developmental Eye Movement (DEM) Test Baseline 5/21/2019 cc**
Test A  10 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test B  11 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test C  22 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Classification Normal  H/V ratio 1.04

## ASSESSMENT AND PLAN

**POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**BINOCULAR VISION DISORDER**
**CONVERGENCE INSUFFICIENCY**
**PHOTOPHOBIA**

- Concussion sustained in bicycle accident 3/18/2019.
- Poor vergence facility and fusion range at baseline; now in expected range even wearing glasses with no prism compensating convergence insufficiency.
- Reviewed use of jump duction tranaglyph; continue use to maintain gains in vergence facility.
- Photophobia improving; will decrease brown blue block tint in near vision glasses.

**Patient Instructions:**
• Order glasses with decreased tint.
• Schedule next visit - 2 months.
• Continue prism rocks and variable jump duction tranaglyph.
• Anticipate next glasses we may remove prism.

**Return in about 2 months (around 11/11/2019) for visual skills reassessment.**

Electronically signed by Muraki, Cecilia Saqueton, OD at 9/22/2019 10:26 PM

Vitals
    LMP
    01/08/2019

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

Medications Ordered
    None

Base Ophthalmology Exam

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Base Ophthalmology Exam (continued)

### Visual Acuity (Snellen - Linear)

|  | Right | Left |
|---|---|---|
| Dist sc | 20/20 | 20/20 |

Edited by: Muraki, Cecilia Saqueton, OD

## Refraction

### Wearing Rx

|  | Sphere | Cylinder | Axis | Horz Prism |
|---|---|---|---|---|
| Right | +1.25 | -0.75 | 180 | 1.5 in |
| Left | +1.25 | -0.50 | 012 | 1.5 in |

Type: SVN with Brown Blue Block #2

### Final Rx

|  | Sphere | Cylinder | Axis | Horz Prism |
|---|---|---|---|---|
| Right | +1.25 | -0.75 | 180 | 1.5 in |
| Left | +1.25 | -0.50 | 012 | 1.5 in |

Type: SVN with Brown Blue Block #1

Significant change from original order in 12/2018

Edited by: Muraki, Cecilia Saqueton, OD

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
**9/20/2019**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 9/20/2019 4:00 PM | Malone, Jane C, OT | Cin-Ot | 958024659 | CIN |

### Reason for Visit
**OCCUPATIONAL THERAPY**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **VISUAL DISTURBANCE** | H53.9 | |
| **POSTCONCUSSION SYNDROME** | F07.81 | |

### Progress Notes

Malone, Jane C, OT at 9/20/2019 5:48 PM
  Status   Signed

**Occupational Therapy Progress Note**
**Visit #5**
Reporting period: 7/31/19 to 9/20/19
Monthly Progress Note Due Date: Oregon (every 30 days): 10/20/19
**Referral Diagnosis:** (F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
(L56.8) PHOTOSENSITIVITY DUE TO SUNLIGHT
Referring Provider: Dr. Kathleen Lauglin

*The following has been copied and pasted from office visit on 5/21/19 by Dr. Muraki Neuro OD.*

**ASSESSMENT AND PLAN**

**1. POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
- Concussion sustained in bicycle accident 3/18/2019.
- Symptoms include fatigue, photophobia, headache, word finding, decreased interest in reading.
- Established with physiatry, OT and PT.

**2. BINOCULAR VISION DISORDER**
- Convergence insufficiency.
- Narrow fusion range at near.
- Poor vergence facility.
- Likely contributors to decreased interest in reading, provocation of headache and fatigue after sustained near activity.
- Prescribing prism to decrease convergence required to maintain fusion.
- Continue vision remediation with OT.
- Order 12 PD loose prism and jump duction tranaglyph from Bernell to use with vision remediation program.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Malone, Jane C, OT at 9/20/2019 5:48 PM (continued)

3. PHOTOPHOBIA
- Prescribing brown blue block tint in near vision glasses.

**Patient Instructions:**
- Order new near vision glasses with prism and blue block tint.
- Anticipate kp.org message with instructions for ordering loose prism and jump duction tranaglyph from Bernell.

**Return in about 3 months (around 8/21/2019) for visual skills reassessment.**

ASSESSMENT

Pt presenting with improvement in functional vision limitations, Pt has improved pacing self back to physical activities, but continues to fear excerebating symptoms. Pt has met 3 of her short term goals during this last reporting period. She continues to struggle with resuming her typical physical activities such as regular cardiovascular routine due to delayed fatigue onset afterwards and potentially not recognizing signs of over-exertion. Advised she make an appt with Neuro PT to have formal Buffalo Treadmill study if interested and cannot progress herself at home, pt is an MD so up to her discretion after discussion today. Pt is nearing discharge readiness from OT perspective as majority of vision exercises are being directly addressed by Dr. Muraki; however advised pt contact this OT for any additional questions or concerns throughout her recovery.

Patient Response to Treatment: verbalized understanding; tolerated well
OT will continue to assist with graded return to functional activity in order to be able to resume iADLS/ADLs without or with fewer limitations.

PLAN OF CARE

Jennifer  to be seen up to 15/20 additional visits through 12/31/19

| Short Term Goals: by Kathryn Chaimov, OT on 4/8/19 by 9/30/19 | 5/8/19 | JMalone 7/31/19 | JMalone 9/20/19 |
|---|---|---|---|
| Pt will fuse near bead on brock string at 4 inches in primary gaze for 20 seconds without signs of suppression | 6 inches NPC | Progressing, re-educated on brock string. Had not been performing. 6 inch fusion noted today | Progressing |
| Independent strategies for reading | ongoing, able to read 10 pages CPR book in larger font before being limited by symptoms | Progressing, but has not been reading much due to focusing challenges | Goal met |

HART 000870

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Malone, Jane C, OT at 9/20/2019 5:48 PM (continued)

| | | | |
|---|---|---|---|
| Independent strategies for computer use. | ongoing, pt was able to perform finances online with extra time. Able to be on laptop for 1-2 hours. | Progressing with new computer glasses with tint | Goal met |
| Patient will demonstrate independence with HEP of visual activities. | | Added new goal, re-instructed in all HEP items today including Bernell items as advised by Dr. Muraki | Goal met |

| Long Term Goals by Kathryn Chaimov, OT on 4/8/19 by 12/31/19 | 5/8/19 | JMalone 7/31/19 | JMalone 9/20/19 |
|---|---|---|---|
| Pt will tolerate reading paper text for 60+ minutes without increase in symptoms and with good comprehension | | Not met, ongoing | Progressing |
| Pt will fuse near bead on brock string at 4 inches in primary, L and R gaze for 20 seconds without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks | ongoing, NPC 6" ongoing | Progressing | Progressing! NPC is 3 inches today |
| Pt will transition through beads on brock string in primary, R and L gaze with fluidity and automaticity and without signs of suppression in order to increase efficiency and decrease symptoms with reading and near tasks | | Progressing | Progressing |
| 16 total score or less on Rivemead Questionnaire | ongoing, Rivermead self rating 27 | Progressing, to be reassessed | Progressing |
| Pt will tolerate computer use intermittently for 8 hr work day without increase in symptoms | ongoing, pt was able to perform finances online with extra time. Able to be on laptop for 1-2 | Progressing | Progressing, pt currently working on self pacing and was advised to work up to full time incrementally (by adding either one more hour or patient per day) with gradual progression as tolerated |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

Progress Notes (continued)

Malone, Jane C, OT at 9/20/2019  5:48 PM (continued)

| | hours. | | |
|---|---|---|---|
| Patient Goal:  Return to work, return to normalcy | | Currently working half days | Planning to progress to adding 1 more patient per day but still at 50% hourly work week. |

Treatment to include: Therapeutic Exercises, Therapeutic Activities, Neuro muscle re-education, ADL training, IADL retraining.  Plan of care was discussed and agreed upon by patient.

Subsequent Visit Treatment Recommendations:  Review of HEP and VOMS assesssment, Rivermead assessment

**SUBJECTIVE**

Jennifer reports that she has not been performing her exercises due to fatigue after Dr.Muraki visit and increased workload. States that she feels a little "motion sick" after tranaglyph training but his is normal for her reaction per her report.

Pain: 0/10

**OBJECTIVE**

Observation/Appearance: No observable abnormality; alert, well appearing, and in no distress

Home Program:
*Date:7/31/19*

| Date Initiated | Exercise / Activity | Comments 9/20/19 |
|---|---|---|
| 7/31/19 | Brock string in sitting | Discontinued as not advised by Dr. Muraki and vergence skills have normalized. Did discuss 2 object vergence tasks that she can do without brock string for increased convenience |
| | Prism - instructions copied in AVS | Reviewed that goal of 15 CPM as instructed by Neuro OD, advised to work with BO, but can do BO and BI over other eye to practice vergence skills.

Pt performed BO prism in clinic (lower power 4) with each eye for fusion with and without prism. |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

Progress Notes (continued)

Malone, Jane C, OT at 9/20/2019 5:48 PM (continued)

|  |  | Right eye = 30 cycles Left eye = 32 cycles |
|---|---|---|
|  | Tranaglyph for jump vergence | Performed with slide for convergence and divergence on Bunny Tranaglyph. Divergence range = 16 |
|  | Importance of physical activity, low impact options and importance of sleep and avoiding naps, but an option to trial a nap when feeling very fatigued as long as she is comfortable with trialing this as it may impact her sleep during night time. | Pt stating that she tried to record her symptom threshold symptoms; however had issues with Garmin not recording HR data and then hasn't tried. Advised that she could make a PT appt to discuss returning to physical activity a able and/or to do formal treadmill study |
|  |  |  |
|  |  |  |
|  |  |  |

Patient Education: HEP
Reviewed new exercises below in HEP and performed in clinic this date.
Reviewed previous HEP


Time In: 1610
Time Out: 1705

Jane Malone, OTR/L
Oregon License# 316649


Electronically signed by Malone, Jane C, OT at 9/20/2019  5:48 PM

Vitals
    LMP
    01/08/2019

Vitals Recorded in This Encounter
    No data found in the last 1 encounters.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Medications Ordered

None

## We Performed the Following

**ACTIVITY, THERAPEUTIC, FUNCTIONAL PERFORMANCE, ONE ON ONE CONTACT, EA 15 MIN**

**TREATMENT PLAN REVIEW, REAUTHORIZATION, OCCUPATIONAL THERAPY**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED**Sex: F

## Office Visit
**11/5/2019**

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/5/2019 2:30 PM | Muraki, Cecilia Saqueton, OD | Cin-Opto | 960701622 | CIN |

### Reason for Visit

**FOLLOW UP CARE**
**CONCUSSION**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   - Primary | F07.81 | |
| **BINOCULAR VISION DISORDER** | H53.30 | |
| **CONVERGENCE INSUFFICIENCY** | H51.11 | |
| **PHOTOPHOBIA** | H53.149 | |
| **DISORDER OF REFRACTION** | H52.7 | |

### Progress Notes

Muraki, Cecilia Saqueton, OD at 11/11/2019 10:32 PM

Status:  Signed

---

## HISTORY

**Patient & Family Ocular Hx:**
PATIENT HISTORY:
--Surgery: None
--Injury: None
--Eyedrops: See medication list
--Pertinent Oral Medications: None

FAMILY HISTORY: Macular Degeneration MGM

OCCUPATION/VISUAL NEEDS: NWP FP MD

Last reviewed on 11/5/2019

---

The following has been copied and pasted from last optometry visit on 9/11/2019 with Cecilia S Muraki, OD:
- Doing well with the glasses.
- Photophobia improving.
- Working 5h/day.
- She has awareness of double vision now, eg threading needle.

**POSTCONCUSSION SYNDROME (primary encounter diagnosis)**
**BINOCULAR VISION DISORDER**

HART 000875

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 11/11/2019 10:32 PM (continued)

CONVERGENCE INSUFFICIENCY
PHOTOPHOBIA

- Concussion sustained in bicycle accident 3/18/2019.
- Poor vergence facility and fusion range at baseline; now in expected range even wearing glasses with no prism compensating convergence insufficiency.
- Reviewed use of jump duction tranaglyph; continue use to maintain gains in vergence facility.
- Photophobia improving; will decrease brown blue block tint in near vision glasses.

Patient Instructions:
- Order glasses with decreased tint.
- Schedule next visit - 2 months.
- Continue prism rocks and variable jump duction tranaglyph.
- Anticipate next glasses we may remove prism.

Return in about 2 months (around 11/11/2019) for visual skills reassessment.

## HISTORY OF PRESENT ILLNESS

Chief Complaint
Patient presents with
- FOLLOW UP CARE
- CONCUSSION

- Photophobia is better, eg on overcast days.
- With extended computer use, better to wear glasses with darker tint. Otherwise, decreased tint has been OK.
- Headaches haven't been bad but hasn't tried to read a book.
- Working 4h/d patient care.
- Still harder to multitask.
- Used to rarely wear SVF before accident but now needs to have them to watch TV.

## VISUAL SKILLS ASSESSMENT

| BINOCULAR SKILLS | Expected Range | Baseline 5/21/2019 cc | Follow-Up 9/11/2019 Cc prism | Follow-Up 9/11/2019 Cc no prism | Follow-Up 11/5/2019 Cc prism |
|---|---|---|---|---|---|
| Distance Cover Test | 1 E - 3 X | Ortho | | | |
| Distance Step Divergence Break Recovery | 4-10 2-6 | 6 4 | | | |
| Distance Step Convergence | 3-18 | 30 | | | |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

Progress Notes (continued)

Muraki, Cecilia Saqueton, OD at 11/11/2019 10:32 PM (continued)

| Break Recovery | 5-9 | 20 | | | |
|---|---|---|---|---|---|
| Near Cover Test | 0 - 6 X | 6 X | | | Ortho |
| Near Step Divergence Break Recovery | 7-19 5-15 | 4 2 | 10 8 | 12 10 | 14 12 |
| Near Step Convergence Break Recovery | 10-28 7-21 | 6 4 | 18 16 | 20 18 | 40 35 |
| Vergence Facility | 12-18 cpm | 9.5 cpm | 18 cpm | 18 cpm | 15 cpm |
| Near Point of Convergence | 1" - 3" | Blur 8" Break 3" | | | |
| Stereopsis | 40-60 arc sec | 40 arc sec | | | 40 cpm |

**Developmental Eye Movement (DEM) Test Baseline 5/21/2019 cc**
Test A  10 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test B  11 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test C  22 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Classification Normal  H/V ratio 1.04

**Developmental Eye Movement (DEM) Test  11/5/2019 cc**
Test A 10 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test B 12 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Test C 20 sec: 0 substitution err, 0 addition err, 0 omission err, 0 transposition err
Classification Normal  H/V ratio 0.91

## ASSESSMENT AND PLAN

**POSTCONCUSSION SYNDROME  (primary encounter diagnosis)**
**BINOCULAR VISION DISORDER**
**CONVERGENCE INSUFFICIENCY**
**PHOTOPHOBIA**

**9/11/2019**
- Concussion sustained in bicycle accident 3/18/2019.
- Poor vergence facility and fusion range at baseline; now in expected range even wearing glasses with no prism compensating convergence insufficiency.
- Reviewed use of jump duction tranaglyph; continue use to maintain gains in vergence facility.
- Photophobia improving; will decrease brown blue block tint in near vision glasses.

**11/11/2019**

HART 000877

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Progress Notes (continued)

### Muraki, Cecilia Saqueton, OD at 11/11/2019 10:32 PM (continued)

- Vergence facility remains in expected range.
- Fusional vergence range continues to expand and now convergence range excellent.
- Small amplitude horizontal saccades excellent.
- Photophobia persists but manageable with blue block tint.
- OK to discharge from vision remediation with OT.

**Patient Instructions:** Consider return visit to physiatry to discuss treatment options for residual post-concussion symptoms; Mona Mirchandani is now seeing our concussion patients.

**Return in about 1 year (around 11/5/2020) for visual skills reassessment.**

Electronically signed by Muraki, Cecilia Saqueton, OD at 11/11/2019 10:32 PM

## Vitals

LMP
01/08/2019

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## Base Ophthalmology Exam

### Visual Acuity (Snellen - Linear)

|          | Right     | Left      | Both |
|----------|-----------|-----------|------|
| Dist sc  | 20/15     | 20/15 -1  |      |

### Visual Acuity #2 (Snellen - Linear)

|          | Right | Left  | Both |
|----------|-------|-------|------|
| Dist cc  | 20/15 | 20/15 |      |

Correction: Glasses

### Visual Acuity #3

|         | Right | Left  | Both  |
|---------|-------|-------|-------|
| Near cc | 20/16 | 20/16 | 20/16 |

Edited by: Muraki, Cecilia Saqueton, OD

## Refraction

### Wearing Rx

|       | Sphere | Cylinder | Axis | Horz Prism |
|-------|--------|----------|------|------------|
| Right | Plano  | -0.75    | 180  |            |
| Left  | Plano  | -0.50    | 012  |            |

Age: 12/2018
Type: SVF

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: **REDACTED**, Sex: F
Clackamas OR 97015

## Refraction (continued)

### Wearing Rx #2

|         | Sphere | Cylinder | Axis | Horz Prism |
|---------|--------|----------|------|------------|
| Right   | +1.25  | -0.75    | 180  | 1.5 in     |
| Left    | +1.25  | -0.50    | 012  | 1.5 in     |

Age: 5/2019
Type: SVN with Brown Blue Block #2

### Wearing Rx #3

|         | Sphere | Cylinder | Axis | Horz Prism |
|---------|--------|----------|------|------------|
| Right   | +1.25  | -0.75    | 180  | 1.5 in     |
| Left    | +1.25  | -0.50    | 012  | 1.5 in     |

Age: 9/2019
Type: SVN with Brown Blue Block #1

Edited by: Muraki, Cecilia Saqueton, OD

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Scheduled Telephone Encounter
**11/18/2019**

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/18/2019 8:10 AM | Laughlin, Kathleen M, MD | Tua-Fp | 964217681 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -   Primary | F07.81 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 11/18/2019 10:58 AM
Status: Signed

Phone appt: " I'm less bad"

Physician in charge has been very supportive - won't go to full schedule for several months

Home Phone    503-217-9161
Work Phone    999-999-9999
Mobile        503-217-9161

Called Jennifer & discussed - saw Dr. Muraki - hasn't switched back to regular glasses

Still doing half days - seeing 8-9 patients per half day

Patient finds she can't jump back and forth from patients to in box - can't multitask as well.  Going in early to do in box

Started yoga at home, hasn't done much exercise - hasn't needed naps / still can't schedule 2 things on a weekend

" too chicken to exercise"

Will follow up with speech therapist at Sunnyside

Will go to Disneyland in early December - encouraged patient to pace herself

Encouraged patient to take it slow going back to fulltime and also to consider alternatives such as virtual care

Follow up in several months

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: **REDACTED**, Sex: F
Clackamas OR 97015

**Progress Notes (continued)**

**Laughlin, Kathleen M, MD at 11/18/2019 10:58 AM (continued)**

Time: 15 min with patient directly on phone today.

Electronically signed by Laughlin, Kathleen M, MD at 11/18/2019 10:58 AM

**Vitals**

LMP
01/08/2019

**Vitals Recorded in This Encounter**

No data found in the last 1 encounters.

**Medications Ordered**

None

**Encounter Messages**

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Scheduled Telephone Encounter
### 12/23/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/23/2019 9:00 AM | Laughlin, Kathleen M, MD | Tua-Fp | 967381665 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**   -  Primary | F07.81 | |

### Progress Notes

Laughlin, Kathleen M, MD at 12/23/2019  9:33 AM
  Status:  Signed

Phone appt: - patient hasn't seen speech therapy or physiatry since last telephone appointment

Went to Disneyland recently - easily nauseated by rides such as teacups - vertigo after this ride.  " it's our family ride"  - patient tried to modify, nap, not go on as many rides.

Patient felt really tired after she returned, felt slower, running farther behind.  Sleeping 12 hours.  Had to call out one day.  Patient didn't feel realistic about symptoms.  Felt like " postaccident " - took a week to feel back to baseline.  Patient frustrated - didn't expect to have this happen

We discussed that patient may need a medication to help with focus - will be following up with physiatry - new doctor with expertise in postconcussion - Amantadine was recommended before / small dose of medication for ADD


Home Phone     503-217-9161
Work Phone     999-999-9999
Mobile          503-217-9161

Called Jennifer & discussed - patient can't multitask since accident/ previously had some problems completing tasks, but this was the only symptom - see above


Working with a counselor regularly - currently in Belgium

Follow up in a couple of months - patient will schedule


Time: 15 min with patient directly on phone today.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED, Sex: F

---

### Progress Notes (continued)

### Laughlin, Kathleen M, MD at 12/23/2019 9:33 AM (continued)

Electronically signed by Laughlin, Kathleen M, MD at 12/23/2019 9:33 AM

### Vitals
LMP
01/08/2019

### Vitals Recorded in This Encounter
No data found in the last 1 encounters.

### Medications Ordered
None

### Encounter Messages
No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: REDACTED Sex: F

## Office Visit
**2/5/2020**

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/5/2020 10:40 AM | Mirchandani, Mona, DO | Syb-Phys | 969237385 | SYB |

### Reason for Visit

| **CONSULTATION** | Postconcussion syntrome |
|---|---|

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 |  |
| **TRAUMATIC BRAIN INJURY, SEQUELA** | S06.9X9S |  |

### Progress Notes

Mirchandani, Mona, DO at 2/5/2020 12:36 PM
　Status　Signed

CC: post concussion syndrome.
HPI: Jennifer E Mueller is a 47 yrs year old female who complains of a brain injury sustained on 3/18/19.
Patient was involved in a bicycle collision with another bicycle.  Patient was wearing a helmet.
**Patient reports** she went to the ED and was found to have a maxillary fracture.
Denies loss of consciousness.
**Went to ED/Urgent Care** yes
**Imaging** see below.
**Previous treatments:** Neurooptometry, physical therapy, occupational therapy, speech therapy
**Symptom progression:** improving
**Currently most bothered by:** fatigue, low energy/decreased stamina, slower executive function, word finding difficulties, headaches, difficulty concentrating, sleeping too much (requiring naps).
History of concussion: Denies
History of learning disability, ADHD, or other developmental disorder: SAD, anxiety
History of anxiety or depression, or other psychiatric problems: denies

**SAC symptom inventory from 0-6:**
Headache: 4
Pressure in head:5
Neck pain:0
Nausea/vomiting:  (no emesis)2
Dizziness:1
Blurred vision:4
Balance problems: 1
Sensitivity to light:  5
Sensitivity to noise:  5
Feeling slowed down:  6
Feeling like in a fog: 6
Don't feel right: 6
Difficulty concentrating:6

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB: **REDACTED**Sex: F
Clackamas OR 97015

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

Difficulty remembering: 5
Fatigue or low energy: 6
Confusion: 3
Drowsiness: 4
Trouble falling asleep:  3
More emotional: 0
Irritability: 0
Sadness: 0
Nervous or anxious:3


Patient was seen by Dr. Stelmack on 4/11/19.

The following has been copied and pasted from Dr. Stelmack's note (4/11/19):

**Additional Data**

Dr. (Family Practice/KP) Mueller is here with her son and husband.  Reports helmeted on bicycle collision on 3/18/19 with another bicycle, striking the pavement and immediate LOC.  Awoke in Ambulance.  Suffered right axillary facial fracture,now with wired upper teeth for stability.  Has had ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over.  She has been unable to drive and unable to return to work. Tried return to work recently for 2 hours but was very limited, slow processing and unable to accomplish Much.   She has been on supplementary Mg, Zn and Melatonin 5mg at HS. Finds she has to take a mid afternoon nap to function.  Has been to OT and has been doing eye exercises; SLP pending  Some occasional, but not severe HA.


**IMPRESSION:**

1.   Post concussion syndrome with photophobia, peripheral vertigo, fatigue and eye movement
       d/o with reduced screen time/reading time.



**Recommendations/ Plan:**


1. Please take 10 minutes twice daily and do the exercises in the book:      **"Mindfulness: An Eight-Week Plan for Finding Peace in a Frantic World".** There are excellent simple exercises on the one or two gray pages in each chapter.
                Also:  **"The Mindfulness Based Emotional Balance Workbook"** is an excellent workbook to apply mindfulness strategies to your personal situation.

2. Stop Melatonin trial; the normal brain makes 0.3mg melatonin in 24 hours; it can cause fatigue

3. GO to Speech therapy evaluation and Physical Therapy (for Epply)

4. GO to optometry and neuro optometry appointment (Dr. Muraki)

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E          **REDACTED**
MRN: 7374-59-76, DOB:               Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

5. Trial on HS low dose Trazodone if needed for sleep instead of melatonin

6. Trial on bid (AM and 6 hours later) amantadine

Patient was seen by Dr. Muraki and prescribed brown blue block tint glasses for photophobia and prism for binocular vision disorder.
Patient reports she returned to work half a day as a family physician.  She went to Disneyland in December 2019 and it exacerbated her symptoms for 2 months.

Patient reports her symptoms improved with craniosacral therapy.

Patient complains of poor sleep quality.  She is not taking melatonin or Trazadone.

Patient did not start Amantadine.

Patient is here today to discuss her diagnosis and additional treatment options.

**General Review of Systems:**
As Above. No fever, chills, seizures, heat, cold intolerance, rash, hairloss, depression, anxiety, swollen joints or fainting or falls. No bowel or bladder incontinence.

**ALLERGIES:**
Allergies

| Allergen | Reactions |
|---|---|
| • Amoxicillin With Clavulanate Potassium | Skin Rash and/or Hives |

**PAST MEDICAL HISTORY:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANXIETY DISORDER | |
| • DEPRESSION, UNSPECIFIED | |
| • HYPOTHYROIDISM | |
| • SCREENING MAMMOGRAM FOR BREAST CANCER | ~2012, normal |

**PAST SURGICAL HISTORY:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST REDUCTION BILATERAL | | 1996 |
| • COLONOSCOPY | N/A | 9/1/2015 |
| *Surgeon: Mummadi, Rajasekhara R, MD* | | |
| • DILATION AND CURETTAGE | | 2013 |
| • OVARIAN CYSTECTOMY, LAPAROSCOPIC | | 1994 |
| • TONSILLECTOMY AND ADENOIDECTOMY | | |

HART 000886

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

*childhood*


## PAST SOCIAL HISTORY:
Social History

### Socioeconomic History
- Marital status:              Married
  Spouse name:                Jon Nelson
- Number of children:         1
- Years of education:         20
- Highest education level:    Not on file

### Occupational History
- Occupation:                 Physician

### Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
  Worry:                      Not on file
  Inability:                  Not on file
- Transportation needs:
  Medical:                    Not on file
  Non-medical:                Not on file

### Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

### Substance and Sexual Activity
- Alcohol use:                Yes
  Types:                      3 Glasses of wine, 2 Shots of liquor per week
- Drug use:                   No
- Sexual activity:            Yes
  Partners:                   Male

### Lifestyle
- Physical activity:
  Days per week:              Not on file
  Minutes per session:        Not on file
- Stress:                     Not on file

### Relationships
- Social connections:
  Talks on phone:             Not on file
  Gets together:              Not on file
  Attends religious service:  Not on file
  Active member of club or    Not on file
  organization:
  Attends meetings of clubs   Not on file
  or organizations:
  Relationship status:        Not on file
- Intimate partner violence:
  Fear of current or ex       Not on file

HART 000887

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

partner:
Emotionally abused:      Not on file
Physically abused:       Not on file
Forced sexual activity:  Not on file

Other Topics                Concern
• Not on file

Social History Narrative

*Married -John*
*Family practice physician*
*From MI / trained in Duluth, Minnesota*
*Husband - artist - stay at home dad*
*Son* REDACTED *- 6-10*
*Now Kaiser urgent care provider - Beaverton*
*Was at community health center - McMinnville*
*Worked briefly in Northern California*
*Father died 8-19*

*12/30/2015*
*Prefers to be called Jennifer Mueller, occupation is Physician/Family Practice.*
*married to Jon Nelson whose occupation is Stay at home dad/Artist.*
*Family/social circle includes Husband, Child, 2 cats (Jinner, Bruce) 1 dog (Fisher) no family or friends*
*here, moved from the East.*
*It is important to her that we know that I am vegetarian, sad to give up caffeine.*

## FAMILY HISTORY:

Her family history includes Cancer in her mother; Colon Cancer in her mother; Diabetes in her father; Heart Disease in her father.

## MEDICATIONS:

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap | Take 1 capsule by mouth daily |
| • buPROPion (WELLBUTRIN XL) 150 mg Oral 24hr XL Tab | Take 1 tablet by mouth daily |
| • Levothyroxine (LEVOTHROID/SYNTHROID) 100 mcg Oral Tab | Take 1 tablet by mouth daily on an empty stomach for Thyroid hormone replacement |
| • Sodium Fluoride (FLUORIDEX DAILY DEFENSE) 1.1 % Dent Paste | Use instead of toothpaste and brush teeth for at least 1 minute daily at bedtime. Do not eat, drink, or rinse for 30 minutes after using |
| • VENTOLIN HFA 90 mcg/actuation Inhl HFAA | Inhale 1 to 4 Puffs by mouth every 4 hours as needed for cough and wheeze symptoms. Use with a spacer |

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

- Copper (PARAGARD T 380A)      Inserted by health care provider. For documentation
  380 square mm UTRN IUD        only.

No current facility-administered medications for this visit.


**Physical Exam:**
**There were no vitals taken for this visit.**

| | |
|---|---|
| **General Appearance:** | Alert, pleasant and cooperative, no distress, appears stated age |
| **Eyes:** | PERRL, EOM's intact |
| **Lungs:** | respirations unlabored |
| **Abdomen:** | nondistended |
| **Extremities:** | No leg edema bilat |
| **Speech:** | Speech is fluent; comprehension, repetition, and naming are intact.  Speech appropriate. |
| **Neurologic:** | **Cranial Nerves**<br>CN II: Visual acuity grossly normal. Visual fields intact to confrontation. Pupils are equal, round and reactive to light and accommodation.<br>CN III, IV, VI: Normal. Extraocular muscles are intact without nystagmus or diplopia.<br>CN V: Normal. Facial sensation is symmetric. Muscles of mastication appear normal and symmetric.<br>CN VII: Normal. Facial musculature is symmetric.<br>CN VIII: Normal. Hearing is grossly intact bilaterally.<br>CN IX, X: Normal. The palate rises symmetrically and the uvula is midline.<br>CN XI: Normal. Sternocleidomastoid 5/5 and trapezius 5/5 bilaterally.<br>CN XII: Normal. The tongue is midline. |

**Motor**
Bulk and tone are normal throughout.
There are no abnormal movements.
Upper extremity strength is full (5/5) bilaterally.
Lower extremity strength is full (5/5) bilaterally.


**Reflexes**
Biceps: Right 2+/4 and Left 2+/4
Triceps: Right 2+/4 and Left 2+/4
Brachioradialis: Right 2+/4 and Left 2+/4
Patellar: Right 2+/4 and Left 2+/4

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)
No Hoffman's

**Sensation**
Light Touch: Normal throughout upper and lower
extremities.

**Gait:**
Normal Heel Toe-Gait without device. Normal Base of
support.  Negative Rhomberg. Loss of balance with tandem
stance

Neuro: AAOx3, Able to recall 3/3 objects after 1 minute and 3/3 objects after 5 minutes.  Able to spell WORLD
forward and backwards, Able to perform serial 7s to 65.

**Review of Data:**
**Radiographic Studies**:

The following has been copied and pasted from NCHCT (3/18/19): Done at outside facility

HISTORY: TRAUMA. Bike versus bike

COMPARISON: None.

TECHNIQUE: CT of the head without intravenous contrast.

FINDINGS:

BRAIN: No acute intracranial abnormality.  No evidence of hemorrhage, mass, or acute
infarction.  The ventricles are normal in size and morphology.

SOFT TISSUES: Mild to moderate soft tissue swelling about the right cheek, better evaluated on
concurrent CT face.
SKULL AND SKULL BASE: No fractures or destructive lesions. Mastoids and middle ears are
unremarkable.
FACE/ORBITS: Facial fractures better described on dedicated CT face
PARANASAL SINUSES: Visualized portions are unremarkable.

IMPRESSION:

No acute intracranial abnormality.

**Laboratory studies: None**

| Component | Value | Date |
|-----------|-------|------|
| WBCCORRECT | 4.03 | 02/21/2019 |
| NEUT | 2.37 | 02/21/2019 |

HART 000890

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

| | | |
|---|---|---|
| ANC | 2.37 | 02/21/2019 |
| HGB | 13.6 | 02/21/2019 |
| HCT | 41.7 | 02/21/2019 |
| MCV | 92.3 | 02/21/2019 |
| PLT | 191 | 02/21/2019 |

| Component | Value | Date |
|---|---|---|
| NA | 142 | 02/21/2019 |
| K | 4.6 | 02/21/2019 |
| CL | 103 | 02/21/2019 |
| CO2 | 29 | 02/21/2019 |
| RBS | 87 | 02/21/2019 |
| BUN | 12 | 02/21/2019 |
| CR | 0.90 | 02/21/2019 |
| CA | 9.9 | 02/21/2019 |
| ANIONGAP4 | 10 | 02/21/2019 |

No results found for: INR

**ASSESSMENT**:
**Ms. Jennifer E Mueller is a 47 yrs female with history of bike vs. Bike accident resulting in head trauma with loss of consciousness, here for follow up for post concussion syndrome. Patient reports symptoms of fatigue, low energy/decreased stamina, slower executive function, word finding difficulties, headaches, difficulty concentrating, sleeping too much (requiring naps). Her poor sleep and stress are likely confounding her symptoms of post concussion syndrome.**

**PLAN:**
- Follow up with Dr. Muraki. Continue to wear prescription glasses.
- Continue with outpatient occupational therapy and speech therapy
- Continue with home exercise program from physical therapy
- Referred to neuropsychology for additional cognitive testing
- Recommend sleep hygiene for poor sleep quality. If sleep does not improve, recommend insomnia specialist evaluation.
- Continue with meditation.
- Recommend patient follow up with her PCP for headache medication management.
- Discussed diagnosis and prognosis

**Follow-up Evaluation:** Return visit after neuropsych testing

The above plan and management options were discussed at length with the patient. The patient was in agreement with the above and verbalized understanding.

Mona Mirchandani, DO

HART 000891

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

---

Progress Notes (continued)

Mirchandani, Mona, DO at 2/5/2020 12:36 PM (continued)

Spent 40 minutes with patient today, >50% of visit was face to face counseling

Electronically signed by Mirchandani, Mona, DO at 2/5/2020 12:36 PM

---

Vitals                                                    Most recent update  2/5/2020 10:41 AM

| BP | Pulse | Wt | BMI |
|---|---|---|---|
| 109/63 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 74 | 165 lb (74.8 kg) | 25.46 kg/m² |

Vitals Recorded in This Encounter

| | 2/5/2020 1041 |
|---|---|
| BP: | 109/63 |
| Cuff Size: | Standard Adult |
| BP Location: | LA-LEFT ARM |
| Pulse: | 74 |
| Weight: | 165 lb (74.8 kg) |

Medications Ordered

None

We Performed the Following

**REFERRAL MENTAL HEALTH NEUROPSYCHOLOGICAL EVAL.**

Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Scheduled Telephone Encounter
### 2/20/2020

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/20/2020 9:15 AM | Laughlin, Kathleen M, MD | Tua-Fp | 971364727 | TUA |

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME**  - Primary | F07.81 |  |
| **PHOTOPHOBIA** | H53.149 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 2/20/2020  9:44 AM

Status:  Signed

Phone appt: - postconcussion syndrome - reviewed forms to be submitted

Recently family visited from out of town and she sets limits on activity and did well

Home Phone     503-217-9161
Work Phone     999-999-9999
Mobile            503-217-9161

Called Jennifer & discussed - ongoing issues with multiple stimuli, vision ( uses corrective lenses )

Patient continues to have decreased stamina, problems with executive function, multitasking, light sensitivity

Needs increased time to complete tasks - can't tolerate 8 hours of screen time

Patient continues to wear glasses with prisms and light blocking lenses / needs to limit clinic time to 4-5 hours daily and limit # of patients per session / anticipates that this will be for another 6-12 months

Patient has neuropsychological testing scheduled for March 8

Will complete forms and fax today or tomorrow

Time: 20 min with patient directly on phone today.

Electronically signed by Laughlin, Kathleen M, MD at 2/20/2020  9:44 AM

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Vitals Recorded in This Encounter

No data found in the last 1 encounters.

## Medications Ordered

None

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

## Scheduled Telephone Encounter
### 2/28/2020

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/28/2020 1:30 PM | Cary, Abigail Ann, SP | Smc-St | 971364485 | SMO |

### Reason for Visit

**SPEECH LANGUAGE PATHOLOGY VISIT**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 | |

### Progress Notes

Cary, Abigail Ann, SP at 3/4/2020 9:27 AM
Status: Signed

### Speech Therapy Phone Encounter

*Therapist placed call to patient at number listed in HealthConnect.*

### Subjective/Objective

Patient reports:
- Had setback in PCS symptoms after a trip to Disneyland in the fall. She was careful to use pacing strategies (eg sat on bench to knit vs going on rides), but had trouble when she got home. Progressive improvement since that time
- Still working part-time
- Notices some difficulty with speed of processing when she has add-on/over-books patients.
- Has lost weight since changing to plant based diet. Also with limited appetite. Not sure if she's getting enough to eat
- Continues to use a planner to help keep schedule, maintain pacing
- Does not commit to more than 2 activities per day
- Has neuropsych evaluation coming up.
- Realized that she has headaches, but since orofacial pain has improved these are apparent. Wonders if she had them all along. Can use headaches as a means to assess appropriate activity level.
- Only driving occasionally, and staying in neighborhood.
- Currently walking ~1/2 mile 2x/day with dog
- Sometimes has to look words that she knows up on google.

Clinician:
- Provided guidance on returning to OT with concerns re: increasing physical activity. Recommended trying to increase activity by ~75% (walking 3/4 mile) 2x/week as one of her 1/2 "activities" for the week. Also listen to body-signs for pacing.
- Encouraged only scheduling over-books on days when she has more energy--eg when she works mornings.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB: **REDACTED** Sex: F

Progress Notes (continued)

Cary, Abigail Ann, SP at 3/4/2020  9:27 AM (continued)

- Advised to eat before every work shift.

## Assessment/Plan

Very slowly progressing PCS with continued symptoms of fatigue, slowed executive-functioning and word-finding. Has neuropsych eval in ~1 month. Recommend PC following that visit to review goals, neuropsych recommendations relevant for ST.


Abigail Cary, MS, CCC-SLP
Sunnyside Medical Center
Phone number: 503-571-3820



Electronically signed by Cary, Abigail Ann, SP at 3/4/2020  9:27 AM

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

Encounter Messages
  No messages in this encounter


## XR RIGHT CLAVICLE COMPLETE [73000B] (Order 381077592)

| Order | Status: **Final result** (Exam End: 3/22/2019  2:12 PM) |
| --- | --- |

XR RIGHT CLAVICLE COMPLETE Final result                    Order  381077592
  Details

| Reading Physician | Reading Date | Result Priority |
| --- | --- | --- |
| Gardner, Marla Kay, MD 503-813-2000 | 3/24/2019 | |

Narrative & Impression
PATIENT NAME: JENNIFER E MUELLER
PATIENT MRN: 73745976

EXAM:  XR RIGHT CLAVICLE COMPLETE
EXAM DATE AND TIME:  3/22/2019 2:05 PM

HISTORY: Views needed: AP AND AXIAL

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:          Sex: F

**REDACTED**

---

**XR RIGHT CLAVICLE COMPLETE (continued)** Final result                          Order: 381077592

CLINICAL CONCERN: recent trauma - pain over R AC joint  (differential diagnosis or r/o).

COMPARISON:  None.

FINDINGS: Anatomic alignment, no evidence of fracture.  AC joint looks normal.  Incidental note is made of a benign lucent focus in the proximal clavicular head.

Electronically signed by Marla K Gardner, MD. 3/24/2019 1:33 PM

Specimen Collected:  03/24/19  1:32 PM          Last Resulted:  03/24/19  1:33 PM

---

**END OF REPORT**

---

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 898 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| July 28, 2020 1:41:43 PM EDT | KPRFDT001 | 4405 | 118 | Received |

KPRFDT001                    7/28/2020 9:29:24 AM   PAGE    1/118    Fax Server



# KAISER PERMANENTE®

---

## To:  **HARTFORD**
Company:
Fax:  91-866-411-5613
Phone:

## From:  **Monica McGee-Stopper**
Fax:
Phone:
E-mail:  erin.m.kepfer@kp.org

---

## Subject:

---



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

HART_000898

Subject: FW: JENNIFER MUELLER - EVENT #16630803 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


—————

From: Otero, Mary P (Claims Solutions and Analytics)
Sent: Friday, July 24, 2020 7:43:20 AM (UTC-05:00) Eastern Time (US & Canada)
To: informationupload (GB and WC Claims)
Subject: JENNIFER MUELLER - EVENT #16630803 [CONFIDENTIAL]

**********************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**********************************************************************
*****************************



## Search My Claims

    
Search by HARTFORD FINANCIAL SVCS GRP

| **Search Results-Match Report** | PRINT-FORMAT REPORT |
|---|---|

| **Match #: 1** | **Reason for Match: SSN+Name** |
|---|---|

| **Record Type:** | Property/Casualty Claim    ISO File Number: 2C005068512 |
|---|---|
| **Key Indicators on Claim:** | **Prior Claims History** |
| | **30-day Pre/Post Policy Inception/Cancellation** |
| | **Delayed Report** |
| **Date of Loss:** | 03/18/2019 |
| **Time of Loss:** | 07:45 |
| **Type of Policy:** | Personal Automobile |
| **Location of Loss:** | OR |
| **Loss Description:** | INSURED WAS INJURED RIDING HER BICYCLE WHEN SHE CO |
| **ISO Received:** | 09/17/2019 |
| **Insurer Received:** | 09/12/2019 |
| **Company:** | FARMERS INSURANCE EXCHANGE - (800) 435-7764 |
| **Contact:** | OLDHAM,PHILLIP,B - (952) 882-5432 |
| **Address:** | AUTO OFFICES (XML) |
| | 7340 W MEMORIAL RD |
| | OKLAHOMA CITY, OK 73142 |
| **Claim Number:** | 50078711551 |
| **Policy Number:** | 0185539025 |
| **Inception Date:** | 09/19/2018 |
| **Expiration Date:** | 03/19/2019 |
| **Involved Party:** | **Both Claimant & Insured** |
| **Name:** | MUELLER,JENNIFER |
| **Address:** | 4404 SW CARSON ST |
| | PORTLAND, OR 97219 |
| **DOB:** | XX/XX/[REDACTED] |
| **Gender:** | Female |
| **Injury/Damage:** | UNKNOWN |

**Coverage/Loss:** Pip

(OPEN)

**Contact:** OLDHAM,PHILLIP,B - (952) 882-5432

**Injury/Damage:** UNKNOWN

**Coverage/Loss:** Uninsured Motorist / Property Damage

(OPEN)

**Contact:** GROSSEN,DAN - (503) 207-8548

**SSN:**                    **REDACTED**

**Cellular Phone:**   (503) 217-9161

\* Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

```
Subject: FW: JENNIFER MUELLER - EVENT #16630803 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com




        _____


From: Otero, Mary P (Claims Solutions and Analytics)
Sent: Friday, July 24, 2020 7:43:20 AM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: JENNIFER MUELLER - EVENT #16630803 [CONFIDENTIAL]
```

```
*************************************************************************
**************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
*****************************
```

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, July 22, 2020 8:44:42 PM (UTC-05:00) Eastern Time (US & Canada)
To: jenna.g.larsen@kp.org
Cc: informationupload (GB and WC Claims)
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY RESTRICTED]


Hi Jenna,


I am the analyst handling Dr. Muellerâ€™s Long Term Disability claim. I was wondering if you could please send over her pay statements from 03/01/2018 to the most recent available?


Please also provide the following information if it is available:

*        Employment agreement;

*        Job description;

*        Productivity or billing statements from 09/01/2018 to Present;

*        Pre-disability schedule information (e.g. office hours, surgery hours, call schedule, and type of call, etc.).


Thank you,


Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

*************************************************************************
****************************

HART 000904



Business Insurance
Employee Benefits
Auto
Home

HART 000905

Subject: FW: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com



---

From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Wednesday, July 22, 2020 8:44:42 PM (UTC-05:00) Eastern Time (US &
Canada)
To: jenna.g.larsen@kp.org
Cc: informationupload (GB and WC Claims)
Subject: Mueller - Hartford Claim - Insured ID: 9005440032 [HIGHLY
RESTRICTED]


Hi Jenna,


I am the analyst handling Dr. Mueller's Long Term Disability claim. I
was wondering if you could please send over her pay statements from
03/01/2018 to the most recent available?


Please also provide the following information if it is available:

*        Employment agreement;

*        Job description;

*        Productivity or billing statements from 09/01/2018 to Present;

*        Pre-disability schedule information (e.g. office hours, surgery
hours, call schedule, and type of call, etc.).


Thank you,



Katelyn Pevehouse
Ability Specialist – Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

HART 000906

```
Subject: FW: ISO - Insured ID: 9005440032
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com
```

---

```
From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, July 23, 2020 3:15:07 PM (UTC-05:00) Eastern Time (US &
Canada)
To: GB Claim Lake Mary Operations (CLAIM, Claims)
Cc: informationupload (GB and WC Claims)
Subject: ISO - Insured ID: 9005440032
```

Hello,

Please run an ISO Claim Search for this claimant.

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group

benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to <mailto:informationupload@thehartford.com> informationupload@thehartford.com or fax it to 866-411-5613.  Please be sure to include the claimant's name and insured ID number on your correspondence.

************************************************************************** ***************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

************************************************************************** *****************************

```
Subject: FW: ISO - Insured ID: 9005440032
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com
```

_____

```
From: Pevehouse, Katelyn (GB and WC Claims)
Sent: Thursday, July 23, 2020 3:15:07 PM (UTC-05:00) Eastern Time (US &
Canada)
To: GB Claim Lake Mary Operations (CLAIM, Claims)
Cc: informationupload (GB and WC Claims)
Subject: ISO - Insured ID: 9005440032
```

Hello,

Please run an ISO Claim Search for this claimant.

Thank you,

Katelyn Pevehouse
Ability Specialist â€" Professional Segment
Group Benefits Claims

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (602) 333-6164
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The HartfordÂ® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group

KAISER PERMANENTE. thrive

Kathleen M. Laughlin, MD
19185 SW 90TH AVE
TUALATIN OR 97062
503-813-2000

**Patient Name:** Mueller,Jennifer E
**Patient Address:** 4404 SW CARSON ST
                     PORTLAND, OR 97219
**Encounter Date & Time:** 12/23/2019 9:00 AM

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 3/18/2019 through 5/19/2019

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 5/20/2019 through 7/1/2020.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**This patient's activity is modified as follows:**
Allowed to:
- Work no more than 4 hour(s) per workday.

**Other needs and/or restrictions:**
Reduced work hours: 5-20-19 through 7-1-20, 4 hours per day 5 days per week.

**Full Duty:**
The patient was evaluated and deemed able to return to work at full capacity on 7/2/2020

This form has been electronically signed and authorized by Kathleen M. Laughlin, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

## Kaiser Permanente Attending Physician Statement

**Statement Date**
2/13/2020

### PATIENT INFORMATION

| **Patient First Name** | **Patient Last Name** | **MRN** | **DOB**REDACTED | **Deceased** |
| --- | --- | --- | --- | --- |
| Jennifer | Mueller | 73745976 | 09/08 | N |

### PHYSICIAN/PROVIDER INFORMATION

| **Provider First Name** | **Provider Last Name** | **License Type** | **License No.** | **License State** |
| --- | --- | --- | --- | --- |
| KATHLEEN M | LAUGHLIN | | | OR |

| **Provider Address** | **City** | **State** | **ZIP** | **Phone** | **Specialty** |
| --- | --- | --- | --- | --- | --- |
| 10220 S E Sunnyside Rd | Clackamas | OR | 97015 | 800-813-2000 | Family Practice |

### CERTIFICATION INFORMATION

| **Date Disability Began** | **First Treatment Date** | **Last Treatment Date** | **Still Treating?** | **Treatment Intervals** |
| --- | --- | --- | --- | --- |
| 03/18/2019 | 12/23/2019 | | Y | AS NEEDED |

| **Date of Expected Return to Pre-Impairment/Pre-Injury Activity** | **Work-Related?** | **Unable to Work?** | **Permanent Disability?** | **Trauma?** |
| --- | --- | --- | --- | --- |
| 07/02/2020 | N | Y | N | N |

**Reason for Impairment**
POSTCONCUSSION SYNDROME. Authorized by Provider Reduced work hours: 5-20-19 through 7-1-20, 4 hours per day 5 days per week.

### PREGNANCY INFORMATION

| **Pregnancy Related (not currently pregnant)?** | | **Pregnant?** | **Expected Delivery Date** |
| --- | --- | --- | --- |
| N | | N | |

| **Actual Delivery Date** | **Delivery Type** | **Disabled Days (Vaginal)** | **Disabled Days (Cesarean)** |
| --- | --- | --- | --- |
| | | | |

### MEDICAL INFORMATION

| **Diagnosis** | **Code Set** | **First Dx** | **Second Dx** | **Third Dx** | **Fourth Dx** |
| --- | --- | --- | --- | --- | --- |
| POSTCONCUSSION SYNDROME | ICD10 | F07.81 | | | |

| **Related Hospitalization?** | **Currently Hospitalized?** | | **Admit Date** | **Discharge Date** |
| --- | --- | --- | --- | --- |
| Y | N | | 03/18/2019 | 03/19/2019 |

| **Disclosure Mentally/Psychologically Detrimental?** | | **Referral to Drug/Alcohol Facility?** |
| --- | --- | --- |
| N | | N |

| **Seen By Non-KP Provider?** | **Date Care Started w/Non-KP Provider** |
| --- | --- |
| N | |

**Electronically Signed By:** Kathleen M. Laughlin, MD on 12/23/2019

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301
Email: APSupload@thehartford.com

## ATTENDING PHYSICIAN'S STATEMENT



THE HARTFORD

To be completed by the Employee

Patient Name:    **Jennifer E. Mueller**          Date of Birth: **9/8/1972**     Insured ID Number: ~~GLT~~ **9005440032**

Patient Address: (Street, City, State & Zip Code)   **4404 SW Carson St. Portland OR 97219**

To be completed by the Provider - Use current information from your patient's most recent office visit or examination to complete this form. (The patient is responsible for the completion of this form without expense to the Company )

Patient's condition is the result of.   ☐ Sickness   ☒ Injury   ☐ Pregnancy

If pregnancy, what is the expected date of delivery?   Month ____ Day ____ Year ____

Is condition due to illness or an injury that is related to:   ☐ Work Activity   ☐ Motor Vehicle Accident

Medical Conditions Impacting Activity

Primary condition: **Postconcussion Syndrome**     ICD-9 Code: ____   ICD-10 Code: ____

Secondary condition(s):                              ICD-9 Code: ____   ICD-10 Code(s): ____

Subjective symptoms

Objective Physical Findings (Please include office notes for date(s): ____ to ____

**Pertinent Test Results (list all results or attach test results):**

| Test | Date | Results |
|---|---|---|
| | | |
| | | |

Condition(s) Specific Medications, Dosage and Frequency:

Treatments

Date your patient reported stopping work: **3/18/2019**    Date of disability: **3/18/2019**    Expected Return to Work Date: ____

Date you first treated this patient: **3/22/2019**    Date you first treated this patient for this condition: **3/22/2019**

Date of reported onset of this condition: **3/18/2019**    Date of most recent treatment: ____

How often has patient been seen/treated for this condition? ____    Date of next office visit: ____

Current Treatment Plan: ____

Has surgery been performed?  ☐ Yes  ☒ No    Is surgery planned?  ☐ Yes  ☒ No    If "Yes," Date ____

Procedure ____    CPT Code. ____

Was patient hospitalized for this condition? ☒ Yes  ☐ No  If "Yes," Date(s) admitted **3/18/2019** Date(s) Discharged **3/19/2019**

Name of Hospital: **OHSU**    Telephone Number of Hospital: ( )

Has patient been referred to any other physician?  ☐ Yes  ☐ No  If "Yes," Date(s) of Referral: ____

Other Physician Name: ____    Phone Number: ( )    Specialty: ____

Other Physician Name ____    Phone Number: ( )    Specialty. ____

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

LC-7136-11 Printed in U S A                    Page 1 of 2

HART 000912

**REDACTED**

Patient Name: **Jennifer Mueller**   Date of Birth:   Insured ID Number: **9005440032**

Complete this section to the best of your ability. Generalized comments such as "unable to work" may delay your patient's disability benefits.

Based on your medical findings and opinion, address the full range of restrictions/limitations at the time patient stopped working, reduced their work schedule or initially visited your office for this condition, noting that we will conclude there are no restrictions on function unless specified below.

Restrictions/Limitations based on office visit dated:

In an 8 hour period the patient is able to: (select either continuous or intermittent)

|  | Continuously with standard breaks | | Intermittently with standard breaks | If intermittent circle time for each section below | |
|---|---|---|---|---|---|
|  |  |  |  | Hours at one time | Total hours/8 hours |
| Sit | X | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Stand | X | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Walk | X | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |

Provide medical findings/rationale for your opinion if patient is unable to continuously sit, stand or walk

| Activity Ability (with normal breaks) | Never 0 hours | Occasionally up to 2.5 hours | Frequently 2.5 to 5.5 hours | Constantly 5.5 to 8 hours | Please indicate diagnosis, symptoms, exam findings, and/or imaging that supports the restrictions/limitations |
|---|---|---|---|---|---|
| Bend at waist | ☐ | ☐ | | ✓ | |
| Kneel/crouch | ☐ | ☐ | | ✓ | |
| Climb | | ☐ | ✓ | | |
| Balance | | ☐ | ✓ | | |
| Drive | | X | | | |
| Lift - Indicate weight in pounds | | lbs. | lbs. | lbs. | |
| Other Restrictions (if any) | | | | | |

Hand Dominance: X Right    ☐ Left

**Upper Extremity Activity (not load bearing)  Specify right (R) or left (L) if not bilateral**

| | | | | |
|---|---|---|---|---|
| Fine manipulation (fingering, keyboard) | ☐ | ☐ | | ✓ |
| Gross manipulation (grip/grasp, handle) | ☐ | ☐ | | ✓ |
| Reach (extend arms) above shoulder | | ☐ | | ✓ |
| Reach (extend arms) below shoulder at desk or workbench level | | ☐ | | ✓ |

Please attach copies of imaging results/tests

Expected duration of any restriction(s) or limitation(s) listed above.

Current Status (Please check one) ☐ Recovered  ✓ Improved  ☐ Unchanged  ☐ Retrogressed

Additional Comments (If Necessary)

Does the patient have a psychiatric / cognitive impairment? ☐ Yes ☐ No   If "Yes," please describe the extent of the impairment and its etiology.

In your opinion is the patient competent to endorse checks and direct the use of the proceeds? ✓ Yes   ☐ No

Provider's Name (please print or type)                    EIN Number:              License Number:

Telephone Number        Fax Number:           Degree:                   Specialty:
(    )                  (    )

Street Address (Street, City, State & Zip Code):

Office Contact and Telephone Number:

Provider's Signature                                          Date signed:

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 914 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 22, 2020 10:25:17 AM EDT | KPRFC002 | 368 | 10 | Received |

KPRFC002          7/22/2020 7:20:03 AM  PAGE   1/010   Fax Server



# KAISER PERMANENTE®

**To:**  **The Hartford**

Company:  The Hartford

Fax:  918664115613

Phone:

**From:**  **CAROL A COMBELIC, ROI SPECIALIST**

Fax:  855-414-2309

Phone:  503-571-5511

E-mail:  Carol.A.Combelic@kp.org

**Subject:**  RE: Mueller, Jennifer E



## KAISER PERMANENTE®

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

HART-000914

 **KAISER PERMANENTE**₀

## Kaiser Permanente Northwest Release of Information Department

**Electronic Disability Forms and Use of Electronic Signatures to Certify Short-term Disability**

Kaiser Permanente Northwest creates and stores patient medical records in a federally certified electronic health record (EHR). Our medical providers and clinicians document patient care information in our EHR. We certify these entries with electronic signatures that meet electronic signature security requirements. *Documents containing electronic signatures can be audited and validated to prevent fraud.*

We have transitioned to a software application in our EHR that produces an auto-populating universal electronic attending physician statement (eAPS). The eAPS contains the same information fields as your short-term disability form. *The eAPS has been in use in other Kaiser regions for several years and is proven to dramatically reduce turnaround time and errors.*

Kaiser Permanente will no longer be able to complete employer-provided short-term disability forms. The following list of field definitions is provided for your convenience.

Should you have any questions or concerns, please contact the following individuals:

Maggie Infante                              Georgia Green, RHIA
Margarita.pimentel@kp.org                   Georgia.H.Green@kp.org

**Standardized Electronic Attending Physician Statement (eAPS) Definitions**

**Statement Date:** Date the APS became effective

PATIENT INFORMATION
**MRN:** Kaiser Permanente Medical Record Number for the patient
**DOB:** Patient date of birth
**Deceased:** "Yes" if patient is deceased at time of Statement Date; "No" if patient not deceased

PHYSICIAN/PROVIDER INFORMATION
**License Type:** State license type for the certifying provider (MD, DO, PA, NP, CNM, etc.)
**Specialty:** Specialty of the physician, if applicable (i.e. Surgery, Oncology, etc.)

CERTIFICATION INFORMATION
**Date Disability Began:** Date the condition first impaired the patient's ability to perform one or more essential job duties

 KAISER PERMANENTE®

## Kaiser Permanente Northwest Release of Information Department

**First Treatment Date:** Date the patient was first treated once the condition resulted in incapacity to perform one or more essential job duties

**Last Treatment Date:** Will only be populated if "Still Treating" is "N". Date will be the last date patient was seen for the condition. If "Still Treating" is "Y", field will be blank.

**Treatment Intervals:** Will generally be listed "As Needed" due to variations in patient scheduling of visits

**Date of expected return to pre-impairment/pre-injury activity:** This is the expected return to work date. The patient will be seen prior to return to work as needed and a new work status report issued if any changes to expected return to work date. Separate return to work clearances are not provided.

**Work related:** If an occupational injury will say "Y", Most of the time this field will be "N"

**Unable to work:** Will say "Y" if the patient has an incapacity resulting in the inability to perform one or more essential job duties. Will say "N" if the patient is not incapacitated and can resume work duties.

**Permanent Disability:** Will say "Y" if the patient has a condition/impairment that is not expected to resolve within the next 12 months. Will say "N" otherwise. This is not a disability benefit determination, but a clinical decision on the expected length that the impairment will continue.

**Trauma:** Will say "Y" if the condition/impairment was the result of a traumatic injury/accident. Will say "N" otherwise.

**Reason for impairment:** Category of reasons include post-surgery recovery, maternity, acute illness, otherwise the diagnosis description will be listed. Impairments and Restrictions will also be listed as applicable.


PREGNANCY INFORMATION

**Pregnancy Related (not currently pregnant):** This will say "Y" if the incapacity is related to pregnancy but the patient is not currently pregnant. This can be relevant in pre-term births or miscarriage.

**Pregnant:** This will say "Y" if the patient is currently pregnant. "N" if not.

**Expected Delivery Date:** This is the expected date of delivery based on the LMP dates or other clinical criteria determined by the provider at the start of pregnancy care. Will be blank if the patient has delivered by the statement issue date.

**Actual Delivery Date:** This is the actual date of delivery if the patient has delivered as of the statement issue date. Will be blank if the patient has not yet delivered by the statement issue date.

**Delivery Type:** Will say Vaginal or Cesarean if the patient has delivered. Will be blank if the patient has not yet delivered.

**Disabled Days (vaginal):** If the patient is currently pregnant and has not yet delivered this will default to 42 days.

**Disabled Days (cesarean):** If the patient is currently pregnant and has not yet delivered this will default to 56 days. The recipient then has a range of 42-56 days between date of actual delivery and return to work based on the type of delivery.


KAISER PERMANENTE.

## Kaiser Permanente Northwest Release of Information Department

MEDICAL INFORMATION

**Diagnosis:** This will state the diagnosis description for the primary listed incapacitating diagnosis

**Code Set:** This will state ICD10 as applicable

**First Dx-Fourth Dx:** Up to four Dx codes will be provided as applicable

**Related Hospitalization:** Will say "Y" if the patient has had a related hospitalization within the past 30 days.

**Currently Hospitalized:** Will say "Y" if the patient is still admitted. Will say "N" if the patient has been discharged.

**Admit/Discharge Dates:** Admission and Discharge dates will be listed for a related hospitalization within the last 30 days. If the currently hospitalized states "Y" the discharge date will be blank.

**Disclosure Medically/Psychologically Detrimental:** For Psychiatric impairments, if the disclosure of the diagnosis would be detrimental to the patient, based on physician determination, this will state "Y". Will be "N" otherwise

**Referral to Drug/Alcohol Facility:** Will state "Y" if the patient was referred to an outside residential treatment facility for substance use disorder related impairment.

**Seen by Non-KP Provider:** Will state "Y" if the current KP treating provider is aware and has documented that treatment started with a non-KP treating provider.

**Date care started with Non-KP Provider:** Date will be listed if the current KP treating provider is aware of the date and can confirm the date. Otherwise will be blank.

*Kaiser Permanente Northwest fully complies with the Uniform Electronic Transactions Act (1999), the Oregon Uniform Electronic Transactions Act, the Government Paperwork Elimination Act and the Electronic Signatures in Global and National Commerce Act.*

HART 000917



**KAISER PERMANENTE**    Beaverton Medical Office
4855 SW Western Avenue
Beaverton, OR 97005-3499

## Fax

**TO:** ROI              **Company:** KP

**Fax:** 503-571-2624    **Phone:**

**From:** Jennifer Mueller    **Phone:** 503-217-9161

**Date:** 7/20/2020    **Pages:** 4 **including cover**

**Re:** Disability paperwork

Hi —
I've attached LTD paperwork
(sorry) and new ROI just in case.
Thanks!
And Happy Monday :")

Jennifer

**Confidentiality Notice**

The document accompanying this transmission contains confidential information intended for a specific individual and purpose. The information is private and is legally protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the talking of any action in reliance on the contents of this telecopied information is strictly prohibited. Please notify sender if documents were not intended for receipt by your facility.

HART 000918

## ISO Claim Search Entry



| | | |
|---|---|---|
| Company Office Code:<br>Western DCO – 699 | Social Security Number:<br>**REDACTED;** | Policy Number:<br>GLT 767135 |
| Date of Loss:<br>3/18/2019 | Date Accident:<br>3/18/2019 | Insured ID Number:<br>9005440032 |
| Policy Type:<br>LTD | Claim System:<br>DCS | State Where Accident Occurred:<br>OR |

Loss Description (Describe how claimant was injured such as MVA or slip and fall.)
EE was riding bicycle to work when she was hit by another bicyclist. EE suffered maxillary fracture and post concussion syndrome.

Role:

Claimant's Full Name:
Jennifer E. Mueller

Address: (Street, City, State and Zip Code)
4404 SW Carson St Portland, OR 97219-3537

Appropriate Coverage:

Alleged Injuries:
Maxillary fracture and post concussion syndrome

Adjuster Telephone: (Enter claim office toll free number)

1-(800)- 549 - 6514

| | |
|---|---|
| Loss Type:<br>LTD | Claim Status:<br>Pending |

Please Submit claim.

| | |
|---|---|
| Analyst:<br>Katelyn Pevehouse | Date:<br>7/23/2020 |
| Claim Entered by: | |
| Date: | |

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

**KAISER PERMANENTE.**

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

## Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**1** PATIENT: Jennifer E. Mueller

NICKNAME / MAIDEN NAME / OTHER: —

HEALTH RECORD NUMBER: 7374 5974

DATE OF BIRTH (MO/DAY/YR): 9/08/72    TELEPHONE NUMBER: 503-217-9161

ADDRESS STREET OR BOX NUMBER: 4404 SW Carson St

CITY: Portland    STATE: OR    ZIP + 4: 97219

**2** I authorize Kaiser Permanente to release the following information for: Medical records related to bike accident 3/18/2019 and resultant post-concussion syndrome

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford

TITLE (PHYSICIAN, ATTORNEY, ETC.): _____    PHONE NO.: FAX 866-411-5613

STREET ADDRESS: Po Box 14301    CITY: Lexington    STATE: KY    ZIP: 40512-4301

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;    (2.) Summarize treatment and/or;    3. Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
- [X] All records
- [ ] X-ray films (describe): _____
- [ ] Other (describe): _____
- [ ] Dental Only: _____

**6** Media Type:    Delivery Preference:
- [ ] Electronic    [ ] Email/Secure Portal (Email address: _____ )
- [ ] Paper    [ ] Pickup    [ ] Mail    [ ] CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I **place my initials** in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information    _____ HIV/AIDS information

_____ Mental Health information - including provider notes    _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

**I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.**

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____    **10** X 7/20/2020
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE    DATE

_____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

0004-1756  3/17  Privacy & Security    ©2017 Kaiser Foundation Health Plan of the Northwest

HART 000920

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 921 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 22, 2020 10:25:17 AM EDT | KPRFC002 | 368 | 10 | Received |

KPRFC002                    7/22/2020 7:20:03 AM   PAGE    1/010    Fax Server



# KAISER PERMANENTE®

## To: **The Hartford**

Company: The Hartford
Fax: 918664115613
Phone:

## From: **CAROL A COMBELIC, ROI SPECIALIST**

Fax: 855-414-2309
Phone: 503-571-5511
E-mail: Carol.A.Combelic@kp.org

## Subject:

RE: Mueller, Jennifer E



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

HART 000921

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case 3:22-cv-01132-SB   Document 14-3   Filed 02/23/23   Page 922 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 20, 2020 1:28:28 PM EDT | 503-459-6627 | 538 | 11 | Received |

Jul/20/2020 10:38:33 AM                    HP 503-459-6627                                         1/11



**THE HARTFORD**

January 28, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

Policy Holder:     Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Policy Number:     GLT767135

Dear Ms. Mueller:

We are writing to you regarding potential Long Term Disability (LTD) benefits.

As you are aware, your Short-Term Disability (STD) benefits are currently approved through 08/11/2019. If benefits are to continue beyond 08/11/2019, or if you have any questions relating to your STD claim, please contact your STD Ability Specialist Chryse Hausenfluck at 1-800-549-6514 Ext 2303794.

If it appears that your disability will extend beyond 09/15/2019 (the maximum duration of short term disability benefits) and you wish to pursue LTD benefits, the following forms must be completed by you and returned to our office:

- Long Term Disability Income Benefits Questionnaire & Authorization to Obtain and Release Information;
- Retirement/Pension Questionnaire;

Please have your treating physician complete and return the following:

- An Attending Physician's Statement (APS)*, completed in full by your current treating physician and based upon a recent examination;
- A copy of your last office visit note from the physician that completes the APS;

It is important that you return the requested documentation as soon as possible to avoid a delay in processing your claim. Receipt of short term disability benefits does not necessarily mean you will be eligible to receive LTD benefits. We may need to request information from your employer and/or medical records from your healthcare providers (i.e. physicians, therapists, hospitals). We will notify you, upon receipt and review of your LTD application, of any additional information we are requesting from your Employer and/or health care providers so you can encourage a response from them. *If you return to work full-time, or if your disability does not extend beyond 09/15/2019 (end of Short Term Disability), the forms are not necessary.*

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514

HART 000922

HART 000923

Please Fax the completed questionnaire to:
The Hartford
P.O. Box 14301
Lexington, KY 40512-4301
Fax Number: (866) 411-5613

**LONG TERM DISABILITY INCOME BENEFITS QUESTIONNAIRE**

THE HARTFORD

To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS – FAILURE TO DO SO MAY DELAY YOUR CLAIM)
A. Information About You

Last Name **Mueller**    First Name **Jennifer**    Middle Initial **E**    Last 4 Digits of Social Security Number **REDACTED**

Address (Street, City, State/Province, Zip Code) **4404 SW Carson St    Portland OR 97219**

Marital Status  ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed    Gender ☐ Male ☒ Female    Date of Birth **REDACTED**    Home Telephone Number **(503 217-9161)**

Email Address: **madamezola@gmail.com**

Personal Cell Telephone Number **(503) 217-9161**    Alternate Telephone Number ( )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☒ Yes ☐ No

Signature _____    Date **7/17/2020**

Your Employer (include division, if applicable). **Northwest Permanente**

When your disability began, did you have more than one employer? ☐ Yes ☒ No  If "Yes," please provide the name, address, and the number of that employer, and indicate the dates when you worked

Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability / inability to perform each:  1 = I can perform this activity independently;  2) = I can perform this activity with the use of equipment or adaptive devices,  3) = I cannot perform this activity.

( ) Bathe (tub, shower, or sponge)          ( ) Transfer from Bed to Chair
( ) Dress                                   ( ) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene
( ) Toilet                                  ( ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing the activity
**n/a**

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management? ☐ Yes ☒ No  If "Yes," please describe

Weight **170**
Height **5'7"**

Please indicate the extent of your formal education  (Please check one)
☐ HS/GED ☐ Trade School/Certification Program ☐ AA/AS ☐ BA/BS ☐ Masters ☒ Doctorate ☐ Some college
☐ Other    List all licenses, certifications, majors **MD**

Have you ever served in the military? ☐ Yes ☒ No

Briefly describe your past work experience for the last 20 years  (begin with your most recent job).

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 8/2016-present | Northwest Permanente | Physician | Direct patient care |
| 2014-2016 | Virginia Garcia Mem. Medical Clinic | Physician | Direct patient care |
| 2012-2014 | Open Door Community Health Center | Physician | Direct patient care |
| 2006-2012 | PS Rudie & Associates | Physician | Direct patient care |

B. Information About Your Family (required to determine your eligibility for Social Security Benefits)

Legal Spouse's Name (Last, First) **Nelson, Jonathan**

Legal Spouse's Social Security Number **REDACTED**    Date of Birth (Month, Day, Year) **REDACTED**    Is your legal spouse employed? ☒ Yes ☐ No    Retired? ☐ Yes ☒ No

Do you have any children under Age 19? ☒ Yes ☐ No  If "Yes please provide the information requested below for each child.

Name **REDACTED**    Date of Birth ___    Social Security Number **REDACTED**
Name ___    Date of Birth ___    Social Security Number **REDACTED**
Name ___    Date of Birth ___    Social Security Number

Do you have any children with disabilities ( regardless of age)? ☐ Yes ☒ No  If "Yes," please provide the information requested below  for each child

Name ___    Date of Birth ___    Social Security Number
Name ___    Date of Birth ___    Social Security Number

LC-7117-29    Page 1 of 6

HART 000924

C. Information About Healthcare Providers and Hospitals

First medical attention for the current disability was given by (complete below):

| Healthcare Provider's Name | Telephone Number ( ) | Specialty |
|---|---|---|
| OHSU | Fax Number ( ) | ED, imaging, fracture reduction |
| Address (Street, City, State, Zip) | | Dates seen |
| 3181 SW Sam Jackson Park Rd. Portland OR 97239-3098 | | 3/18/19 to 3/19/19 |

Have you consulted any other Provider or been hospitalized in the past three years?   ☒Yes   ☐No   If "Yes," complete the following concerning your past treatment   (attach separate sheet, if needed).

| Healthcare Provider's Name | Telephone Number (503) 813-2000 | Specialty |
|---|---|---|
| Kaiser Permanente | Fax Number ( ) | FP, neuro optometry, PMR |
| Address (Street, City, State, Zip) | | Dates seen |
| 19185 SW 90th Ave Tualatin OR 97062 | | 3/18/19 to present |

| Hospital | | |
|---|---|---|
| Address (Street, City, State, Zip) | | Dates of Confinement to |

D. Other Income

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week / month) | Date Claim was filed | Date Payments began | Date Payments ended |
|---|---|---|---|---|
| Social Security, Disability / Retirement | $ 0 / | | | |
| Social Security, Widow's / Widower's | $ 0 / | | | |
| Sick Pay or Salary continuation | $ / | | | |
| Income from Work | $ / | varied since accident has varied during disability over past yr. | | |
| Workers' Compensation | $ 0 / | | | |
| State Disability | $ 0 / | | | |
| Pension, Disability / Retirement | $ 0 / | | | |
| Public Employee / State Teacher Retirement / Disability | $ 0 / | | | |
| Short Term Disability | $ / | paid through Hartford STD 3/2019-9/2019 | | |
| Unemployment | $ 0 / | | | |
| No-Fault Insurance | $ 0 / | | | |
| Other (include Individual, Group Benefits or Veteran's Benefits) | $ 0 / | | | |

Are you paying for Medicare Part D?   ☐Yes   ☒No   If "Yes," please enter amount: $ ____ .00.

E. Information About Tax Withholding

Federal law requires us to withhold federal income tax from your check if you request us to do so.  We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number.  If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check.  Whole dollars only (minimum is $88.00 per month): $ ____ .00.  **IMPORTANT:** If you pay the cost of the LTD premium, but on a Post-tax basis per Section I, Part D of the Employer's Statement, you will not be able to request any federal income tax withholding from your check.  Puerto Rico residents may not request withholding.

**Note to residents of Iowa and the District of Columbia:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed state Tax Withholding Certificate from you. Please contact your employer or state Tax Department to obtain the proper withholding form.

**Note to residents of Nebraska, Rhode Island and South Carolina:** Should you choose federal income tax withholding, your state requires us to withhold state income tax. We must withhold at a state mandated rate (which may be higher than you need) until we receive a signed federal Form W-4, Employee's Withholding Allowance Certificate, from you. You may go to www.irs.gov to obtain the proper withholding form.

**Signature -** Please read the statement that applies to your state of residence and sign the bottom of the second page.

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim. I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT Arizona, Alabama, California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## For Residents of Arizona: For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**For Residents of Alabama:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit and who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of Ohio:** Any person who, with intent to defraud or knowing he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**For residents of Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

HART 000926

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**For residents of Virginia:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated the state law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____           7/17/2020
                       Signature                                                   Date

Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

HART 000927

# AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION



THE
HARTFORD

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local , and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give  to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

Insured's Name (Please Print)                  Date of Birth          Employer/Policyholder's Name:

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health; work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record.  The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation.  Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing,  I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation,  adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to  administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis;  (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud (all entities and individuals listed in this paragraph including The Hartford defined as "Benefits Manager(s)").  *I understand that My Information disclosed to Benefits Managers and re disclosed could include HIV/AIDS, other communicable diseases and mental health records.*

I understand that My Information disclosed to Benefits Managers pertaining to certain alcohol or drug abuse treatment is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of certain types of alcohol or drug abuse treatment records.

*(Continue to next page)*

HART 000928

Therefore:

**If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the benefits program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.**

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my revocation, if earlier, but will not exceed the term of my coverage under the policy(ies) or benefit plan or program, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself.

If I change my mind about this Authorization before that time is up, I can tell my Records Holders and The Hartford in writing that I do not want them to share any more information with other parties. If I revoke my Authorization by telling them in writing to stop sharing information with other parties, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

_____          **7/17/2020**
**Signature of Claimant or Legal Representative**          **Date**

**Self**
_____
**Name and Relationship to Claimant**  *(if signed by Legal Representative)*

**Form must be signed and dated.**

Please fax the completed questionnaire to:
The Hartford
P.O. Box 14301
Lexington, KY 40512 - 4301
Fax Number: 866-411-5613

# Retirement/Pension Questionnaire



**THE HARTFORD**

The Hartford® may have the right to reduce your Long Term Disability (LTD) benefit under the terms of your LTD policy if you receive retirement or pension benefits from an employer plan (including disability benefits from a pension or retirement plan). In order for The Hartford to determine if we may reduce your monthly LTD benefit, please provide the following information.

Insured Name: _Jennifer Mueller_      Insured ID: ~~GLT 767185~~ _9005440032_

**For any past or present employer, please complete the following questions: For all sections marked as "Yes", please provide the name and phone number of the employer or employers (if multiple) that apply to that section.**

| | |
|---|---|
| ☐ Yes ☒ No | I am currently receiving **retirement / pension benefits**. If yes, please attach a copy of your approval letter and/or most recent pay stub indicating your benefit start date. |

Employer(s) Name:      Employer Telephone: ( )

| | |
|---|---|
| ☐ Yes ☒ No | I have applied for (or will apply for) **retirement / pension benefits** on _____ (date), but have not yet received a determination on the start date and amount. |

Employer(s) Name:      Employer Telephone: ( )

| | |
|---|---|
| ☒ Yes ☐ No | In the future, I may become entitled to **retirement / pension benefits** on _2040?_ (Month/Year). |

Employer(s) Name:      Employer Telephone: ( )

| | |
|---|---|
| ☐ Yes ☒ No | I have already received a **lump sum distribution** from an employer retirement / pension fund. If yes, please attach copy of lump sum distribution notice. |

| | |
|---|---|
| ☐ Yes ☒ No | I started receiving (or will be entitled to receive) a **military retirement and/or VA benefit** on: _____ (date) Amount: _____ |

| | |
|---|---|
| ☐ Yes ☒ No | I will be entitled to receive a **union retirement benefit** on _____ (date). |

Employer(s) Name:      Employer Telephone: ( )

Signature: _[signature]_

Email Address: _madamezola @ gmail.com_

Personal Cell Telephone Number: _(503) 217-9161_    Alternate Telephone Number: ( — )

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☒ Yes ☐ No

Your Signature _[signature]_      Date _7/17/2020_

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the second page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT Arizona, Alabama, California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## For Residents of Arizona: For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**For Residents of Alabama:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit and who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of Ohio:** Any person who, with intent to defraud or knowing he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**For residents of Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the page.**

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**For residents of Virginia:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated the state law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_____                              7/17/2020
                                    Signature                                                              Date

Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.

LC-7443-10 FI                              Page 3 of 3

HART 000932

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-3    Filed 02/23/23    Page 933 of 936

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| July 20, 2020 1:28:28 PM EDT | 503-459-6627 | 538 | 11 | Received |

Jul/20/2020 10:38:33 AM                     HP 503-459-6627                          1/11



**THE HARTFORD**

January 28, 2020

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537

| Policy Holder: | Northwest Permanente, P.C. |
| Claimant: | Jennifer E. Mueller |
| Insured ID: | 9005440032 |
| Policy Number: | GLT767135 |

Dear Ms. Mueller:

We are writing to you regarding potential Long Term Disability (LTD) benefits.

As you are aware, your Short-Term Disability (STD) benefits are currently approved through 08/11/2019.  If benefits are to continue beyond 08/11/2019, or if you have any questions relating to your STD claim, please contact your STD Ability Specialist Chryse Hausenfluck at 1-800-549-6514 Ext 2303794.

If it appears that your disability will extend beyond 09/15/2019 (the maximum duration of short term disability benefits) and you wish to pursue LTD benefits, the following forms must be completed by you and returned to our office:

- Long Term Disability Income Benefits Questionnaire & Authorization to Obtain and Release Information;
- Retirement/Pension Questionnaire;

Please have your treating physician complete and return the following:

- An Attending Physician's Statement (APS)*, completed in full by your current treating physician and based upon a recent examination;
- A copy of your last office visit note from the physician that completes the APS;

It is important that you return the requested documentation as soon as possible to avoid a delay in processing your claim. Receipt of short term disability benefits does not necessarily mean you will be eligible to receive LTD benefits.  We may need to request information from your employer and/or medical records from your healthcare providers (i.e. physicians, therapists, hospitals).  We will notify you, upon receipt and review of your LTD application, of any additional information we are requesting from your Employer and/or health care providers so you can encourage a response from them.  *If you return to work full-time, or if your disability does not extend beyond 09/15/2019 (end of Short Term Disability), the forms are not necessary.*

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514

HART 000933

# MEDICAL CONSULTANT – REFERRAL FORM



**THE HARTFORD**

| Vendor Name: <u>ECN</u> | Referral Date: <u>08/17/2021</u> |
|---|---|

| Medical Specialty(ies) Requested: <u>PM&R pain management and Neuropsychology</u> ||

| Videotape/ CD Enclosed: ☐ Yes ☐ No | Hours: ____ | Minutes: _____ |
|---|---|---|

| Medical Records: | Pages: | Inches: |
|---|---|---|

| ☐ Appeal | ☒ Co-Morbid | ☐ Priority  If Priority, indicate requested completion date: _____ |
|---|---|---|
| ☐ File Review | ☐ Clarification | ☐ Addendum | ☐ Add'l Info (if review not completed) |

| ☒ Prior Medical Review       Name of Prior Medical Consultant: <u>Dr. Katherine Herzog and</u> ||

| Board Certification(s) of Prior Medical Consultant(s): <u>Board Certified PM&R, Pain Medicine, and Brain Injury Medicine and Board Certified Clinical Neuropsychologist</u> ||

**CLAIMANT INFORMATION**

| Claimant Name: <u>Jennifer Mueller</u> | Date of Birth: **REDACTED** |
|---|---|

| Diagnosis and Description: <u>Maxilary Fracture with residual post-concussion symptoms including fatigue, photophobia, headaches, and depression</u> ||

| Claimant's Employer: <u>Northwest Permanente, P.C.</u> | Claim ID Number: <u>9005440032</u> |
|---|---|
| Date Last Worked: <u>03/16/2019</u> | Disability/ Loss Date: <u>03/18/2019</u> |

| ☐ STD | ☒ LTD | ☐Life | ☐ AD&D | ☐ Premium Waiver |
|---|---|---|---|---|

**PHYSICIAN INFORMATION:**

- Please contact the claimant's Primary Attending Physician and any other treatment provider who in your opinion can provide information regarding the claimant's current abilities, restrictions and limitations, including but not limited to the other treatment providers identified below.
- This is a request for your independent opinion of this individual's functionality. We are not asking you to determine if the individual is Disabled, which is an insurance contract determination, or if s/he is able to return to work. We are asking you to provide an objective assessment of the individual's appropriate restrictions/limitations based on your medical records review, your conversation(s) with the attending physician(s), and the individual's self-reported information. Please do not develop a return to work plan unless specifically requested to do so.
- Do not exclusively use Department of Labor (DOL) work categories such as sedentary, light, medium, etc without addressing specific restrictions/limitations which are not outlined in the DOL definition.
- Address all appropriate restrictions/limitations based on your area of expertise as we will assume there are no restrictions on function unless specified in your report.
- Address function in terms of hours of activity at one time and hours per day.  Example:  walk 1 hour at a time for a maximum of 5 hours/day

| Primary AP's Name: <u>Dr. Kathleen Laughlin</u> ____ | Specialty: <u>FP</u> |
|---|---|
| Treatment Date Range:       From: ____ | To: ____ |
| AP Address: ____ ||
| Phone Number: <u>503-813-2000</u> | Fax Number: <u>503-571-2624</u> |

| **Other Treating Physicians:** ||
|---|---|
| AP Name: ____ | Specialty: ____ |
| Treatment Date Range:       From: _____ | To: _____ |
| AP Address: ____ ||
| Phone Number: _____ | Fax Number: _____ |
| AP Name: ____ | Specialty: ____ |
| Treatment Date Range:       From: _____ | To: _____ |
| AP Address: ____ ||

HART 000934

## MEDICAL CONSULTANT – REFERRAL FORM

| Phone Number: _____ | Fax Number: _____ |
|---|---|

**REFERRAL SOURCE INFORMATION**

| Referral Source Name: <u>Edward G. Ebeling</u> | Telephone/ Extension: <u>860-547-2018</u> |
|---|---|
| Email Address: <u>edward.ebeling@thehartford.com and informationupload@thehartford.com</u> | Fax: <u>866-411-5613 and informationupload@thehartford.com</u> |
| Mailing Address: _____ | |
| Office: <u>Simsbury Disability Claim Office</u> | Office claim file originates from: <u>GB Appeal</u> |
| Report Delivery Instructions: Please send report to the following | |
| Fax | Fax Number: (866) 411-5613 |
| | E-mail for Report Delivery: <u>edward.ebeling@thehartford.com</u> |

**ALL MEDICAL RECORDS RECEIVED AS OF THE DATE OF THIS REFERRAL ARE ENCLOSED, INCLUDING CLAIMANT'S MOST RECENT SELF REPORTED STATEMENTS OF FUNCTIONALITY.**

**NOTE: TO MAINTAIN OBJECTIVITY, ANY PRIOR MEDICAL CONSULTANT REVIEWS ARE NOT ENCLOSED.**

**Referral Questions (Be Specific):**
PHYSICAL QUESTIONS
1) Please provide your assessment of medically supported restrictions and limitations as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to current.
2) If you respond in terms of a Department of Labor category, please explain. Please consider self-reported symptoms, any cognitive issues and medication side effects, and the cumulative effect of these.
3) Please advise if the claimant's abilities are sustainable 40 hours a week, or for what specific period and interval. If limited endurance is a factor, please explain what findings support this. Of note, the claimant is currently working part time at 25 hours a week.
4) Please explain the medical rationale for your opinion. Please comment on the attending physician's opinion of functionality and discuss any differences with your opinion. Thank you.

PSYCHIATRIC QUESTIONS
1) Please provide your assessment of psychiatric and/or cognitive restrictions and limitations as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to present. * If cognitive impairment is present, is it organic or psychiatric in origin?
2) Do you agree or disagree with the attending physician's psychiatric restrictions and limitations? If you disagree, please explain your rationale.
3) Is the frequency and intensity of treatment consistent with severity of symptoms sufficient to limit work activities as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to present? Please include clinical rationale.
4) Please correlate the self-reported functioning with the available medical information/findings and comment on any consistencies or inconsistencies.
5) If in your opinion limitations in work function as of 03/18/2019 to 09/13/2019 and from 09/14/2019 to present are substantiated, please comment on the expected prognosis for improvement. Of note, the claimant is currently working part time 25 hours a week.

NO FINANCIAL CONFLICT OF INTEREST STATEMENT:
All claims and appeals for disability benefits are to be adjudicated in a manner designed to ensure the independence and impartiality of the persons supporting or involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, or other similar matters with respect to any business or individual (including medical or vocational experts) will not be made based upon the likelihood that the business or individual will support the denial of benefits.
We contract with third-party medical vendors (the "Vendor(s)") to arrange reviews of claimants' medical conditions and records and/or claimant medical examinations. As part of these services, we request an independent review be conducted by a physician within a particular medical specialty, but the Vendor assigns physician(s) with the appropriate medical certification, specialty, or skill to provide the service(s) requested by us. Neither the Vendor nor the reviewing or examining physician(s) is responsible for deciding whether a claimant is Disabled as defined by the insurance policy or is entitled to insurance benefits. The role of the reviewing or examining physician(s) is to provide an objective medical opinion.
All payments made by us to Vendors are made in the normal course of business as compensation for services rendered. Our contract is with the Vendor, and we issue payment directly to the Vendor for services rendered by the reviewing or examining physician(s). We do not communicate directly with and pay no compensation directly to the reviewing or examining physician(s) employed by, retained by, or affiliated with a Vendor. The Hartford's claims personnel have no affiliation, financial or otherwise, with the Vendors or the

## MEDICAL CONSULTANT – REFERRAL FORM

reviewing or examining physician(s).

HART 000936