```
Report: E401773R                    The Hartford - Benefit Management Services                   Page 1
Office: Minneapolis Claim Office            Comments - Summary Detail Report
Date Of Report:08/26/2022               Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                              Case: Northwest Permanente, P.C.
               Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

02/02/2022 01:39:54 p.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Correspondence-EDM

        02-FEB-22: Received Electronic Document with PCN: 30051202202025090454
        Content : Correspondence -  DCN : 30051202202025090454001

02/20/2021 07:55:45 a.m. ET Jacquelyn Blunt MANAGER Maitland  GENERAL
Type: Tax

        Email communication sent to claimants that tax forms were mailed 1/26/21 but USPS is delayed, so they can go onto our
        portal to view and print tax forms.

03/22/2020 04:42:50 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                        Sign off required: N

        so: recvd no med/ term claim task
        AP: bend


03/10/2020 04:43:05 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2020-03-10 12:30:37 CENTRAL TIME: Approval (Status change): Sent: EMAIL


03/10/2020 02:22:46 p.m. ET Chryse Hausenfluck Examiner Minneapolis  PHONE CALL
Type of Call: Outgoing          Date of Call: 03/10/2020            Call To/From: Claimant
Name: Jennifer Mueller                                             Conversation with:
Phone: (218) 428-0953     Extension:      Fax Number:               Not Contacted: Left Message

        c/o to advise daw check
        advised to turn in LTD paperwork if you want to apply for that claim
        no naswer, lf tvm

03/09/2020 09:39:25 a.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                        Sign off required: N

        From: Hausenfluck, Chryse (GB and WC Claims)
        Sent: Monday, March 09, 2020 6:39 AM
        To: Pevehouse, Katelyn (GB and WC Claims) <Katelyn.Pevehouse@thehartford.com>

Report: E401773R                    The Hartford - Benefit Management Services                    Page 2
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                      Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

          Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]

          Good morning,

          I am hopping you can help me with this question I got from an ER.

          ?Also, I had a discussion with her today. She wanted to know if her LTD is approved and her FTE changes officially from
          a .9 to a .5 would she lose the LTD benefit since she goes permanently part time??

          Will her claim be impacted if this occurs? She is doing DAW if that affects your answer.

          Thank you,


03/09/2020 09:36:12 a.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

          From: Hausenfluck, Chryse (GB and WC Claims)
          Sent: Monday, March 09, 2020 6:36 AM
          To: 'Tammy Kilmer' <Tamison.A.Kilmer@kp.org>
          Subject: RE: Jennifer Mueller - 9005440032

          Good morning,

          I have not heard back from the analyst that was attached to her long term claim. I am going to try and reach out anothe
          analyst when she gets in the office to see if I can get an answer for you. In addition Jennifer will need to fill out
          and send in the LTD paperwork if she wants a claim to be considered. It was originally sent to her in September 2019 an
          again at the end of January 2020 when she requested it be sent to her again, but never sent anything back.

          As for her STD claim, I will have it completed tomorrow. At that time I will be able to tell her exactly how much I can
          send.

          Thank you,


03/09/2020 09:23:37 a.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

           Jennifer Mueller
          pde 3797.31        $105.48/hr         GWB 2278.39

          8/12-8/18 3841.83 not disabled
          8/19-8/25 3841.83 not disabled
          8/26-9/1 2997.99 2997.99+2278.39=5276.38-3797.31=1479.07 offset
          9/2-9/8 2997.99 2997.99+2278.39=5276.38-3797.31=1479.07 offset

```
Report: E401773R                 The Hartford - Benefit Management Services
Office: Minneapolis Claim Office        Comments: Summary Detail Report
Date Of Report:08/26/2022        Date Range: 03/29/2019 - 02/02/2022
                                     For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                             Case: Northwest Permanente, P.C.
                 Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis


       9/9-9/15 2713.42 2713.42+2278.39=4991.81-3797.31=1194.5 offset
       9/16-9/23 2713.42 2713.42+2278.39=4991.81-3797.31=1194.5 offset




03/04/2020 06:32:03 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

       03-MAR-20: Received Electronic Document with PCN: 30051202003032001724
       Content : Correspondence -  DCN : 30051202003032001724001


02/13/2020 02:06:31 p.m. ET Chryse Hausenfluck Examiner Minneapolis  PHONE CALL
Type of Call: Outgoing          Date of Call: 02/13/2020            Call To/From: Claimant
Name: Jennifer Mueller                                             Conversation with:
Phone: (218) 428-0953      Extension:      Fax Number:

       c/o to ee to advise was informed she got full pay with hours and pto during period in question
       ee advised that it was future pto they offered to use for her
       ee will see if she can reuqest they take it back and resend somthing over
       ee thnaked


02/13/2020 02:00:01 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                   Sign off required: N

       From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
       Sent: Thursday, February 13, 2020 10:20 AM
       To: Hausenfluck, Chryse (GB and WC Claims) <Chryse.Hausenfluck@thehartford.com>
       Subject: RE: Jennifer Mueller - 9005440032

       Hi Chryse,

       That is correct.

       Thank you,

       Tammy Kilmer (?she/her?)
       Senior Benefit Analyst
       Human Resources

       Permanente Medicine
       Northwest Permanente, PC
       500 NE Multnomah Street, Ste. 100, 15th Floor
```

Report: E401773R                        The Hartford - Benefit Management Services                      Page 4
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                           For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                              Case: Northwest Permanente, P.C.
               Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

Portland, OR 97232-2023

503-813-2235 (office)
49-2235 (tie-line)
503-813-4412 (Benefit Department Group Line)
49-4412 (Benefit Department Group tie-line)
Fax: 503-813-2395
Email: NWP-BenefitsTeam@kp.org
Email: tamison.a.kilmer@kp.org

02/10/2020 03:26:56 p.m. ET Chryse Hausenfluck Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                        Sign off required: N

      From: Hausenfluck, Chryse (GB and WC Claims)
      Sent: Monday, February 10, 2020 1:26 PM
      To: 'Tammy Kilmer' <Tamison.A.Kilmer@kp.org>
      Subject: RE: Jennifer Mueller - 9005440032

      Good afternoon,

      I had the chance to review the pay you sent over for Jennifer. If I am reading it correctly she received her full from
      8/11/19 through 9/21/19 with the combination of her worked hours and sick time?

      Thank you,

02/10/2020 03:26:40 p.m. ET Chryse Hausenfluck Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                        Sign off required: N

      so: recvd finacial task. reviewed. looks like ee got full pay with the use of sickitme.
      ap: emailing er to confirm

02/05/2020 12:19:38 p.m. ET Claim A Batch N/A Simsbury   EMAILRECEIPT-EDM
Type: Financial-EDM

      05-FEB-20: Received Electronic Document with PCN: 30051202002052000643
      Content : Correspondence -  DCN : 30051202002052000643001
      Financial -  DCN : 30051202002052000643002

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 5
Office: Minneapolis Claim Office          Comments: Summary Detail Report
Date Of Report:08/26/2022             Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                Case: Northwest Permanente, P.C.
               Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

02/04/2020 06:13:54 p.m. ET Chryse Hausenfluck Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        From: Hausenfluck, Chryse (GB and WC Claims)
        Sent: Tuesday, February 04, 2020 4:13 PM
        To: 'tamison.a.kilmer@kp.org' <tamison.a.kilmer@kp.org>
        Subject: Jennifer Mueller - 9005440032 [CONFIDENTIAL]

        Good afternoon,

        Can you please fill out the attached template for Jennifer covering 8/12/19 through 9/15/19 for her part time work?

        Thank you,


01/27/2020 02:56:31 p.m. ET Chryse Hausenfluck Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        From: Hausenfluck, Chryse (GB and WC Claims)
        Sent: Monday, January 27, 2020 12:09 PM
        To: 'fjeanette96@yahoo.com' <fjeanette96@yahoo.com>
        Subject: Contact Information - 9005609739

        Good afternoon

        Thank you for taking my call today. My contact information is below. Please reach out via phone or email if you have an
        questions or concerns.

        Thank you,


01/27/2020 02:54:07 p.m. ET Chryse Hausenfluck Examiner Minneapolis   PHONE CALL
Type of Call: Incoming          Date of Call: 01/27/2020                    Call To/From: Claimant
Name: Jennifer Mueller                                                      Conversation with:
Phone: (218) 428-0953      Extension:          Fax Number:

        ee ci to disucss claim
        ee advised never heard back from LTD, but still out pt
        advised i will request ltd paperwork be remailed to her
        advised i will request her pay for the last month of short term disability
        ee thanked

Report: E401773R                    The Hartford - Benefit Management Services                                    Page 6
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022                  Date Range: 03/29/2019 - 02/02/2022
                                              For business Role: Examiner
            Claimant: Jennifer Mueller  Insured Id : 9005440032  Claim Event Id: 16465740
                                      Case: Northwest Permanente, P.C.
              Claim Owner: Chryse Hausenfluck  Role: Examiner  Office: Minneapolis


10/15/2019 12:59:24 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        so: recvd no med/ term claim task
        AP: ee hit bend, have set up LTD referal


09/25/2019 02:27:52 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

        so: recvd coorespondence task
        ap: reviewed closing. ee sent it to me for FICA purpouses, then i emailed it to her file.

09/23/2019 06:31:22 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Checks-EDM

        23-SEP-19: Received Electronic Document with PCN: 30051201909215090004
        Content : Checks -  DCN : 30051201909215090004001


09/23/2019 06:31:22 a.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Correspondence-EDM

        23-SEP-19: Received Electronic Document with PCN: 30051201909202001259
        Content : Correspondence -  DCN : 30051201909202001259001


09/18/2019 08:10:04 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-09-18 12:45:44 CENTRAL TIME: Approval (Status change): Sent: EMAIL


09/18/2019 04:34:17 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Correspondence-EDM

        18-SEP-19: Received Electronic Document with PCN: 30051201909182001265
        Content : Correspondence -  DCN : 30051201909182001265001


09/18/2019 03:04:38 p.m. ET Chryse Hausenfluck Examiner Minneapolis  PHONE CALL
Type of Call: Outgoing        Date of Call: 09/18/2019                      Call To/From: Claimant

```
Report: E401773R                    The Hartford - Benefit Management Services                  Page 7
Office: Minneapolis Claim Office          Comments: Summary Detail Report
Date Of Report:08/26/2022               Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                      Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

```
Name: Jennifer Mueller                                            Conversation with:
Phone: (218) 428-0953      Extension:       Fax Number:
```

        c/o to ee to advise i have requested a LTD claim be set up for her
        advised i have a DAW check ready to go for her, but waiting to see FICA before releaseing the check
        will email ee that way if she can find her paystub, she can send it in.
        ee thanked


09/18/2019 02:52:45 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                  Sign off required: N

        Jennifer Mueller
        100% of PDE
        PDE 3797.31  40 hrs per wk   $94.93/hr    GWB 2278.39


        hours
        5/20/19-5/26/19  14.5  14.5x94.93=1376.49+2278.39=3654.88   no offset needed
        5/27/19-6/2/19  14.5  14.5x94.93=1376.49+2278.39=3654.88   no offset needed
        6/3/19-6/9/19  18  18x94.93=1708.74+2278.39=3987.13-3797.31=  $189.82 offset
        6/10/19-6/16/19  18  18x94.93=1708.74+2278.39=3987.13-3797.31=  $189.82 offset
        6/17/19-6/23/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset
        6/24/19-6/30/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset
        7/1/19-7/7/19  18  18x94.93=1708.74+2278.39=3987.13-3797.31=  $189.82 offset
        7/8/19-7/14/19  18  18x94.93=1708.74+2278.39=3987.13-3797.31=  $189.82 offset
        7/15/19-7/21/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset
        7/22/19-7/28/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset
        7/29/19-8/4/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset
        8/5/19-8/11/19  20  20x94.93=1898.60+2278.39=4176.99-3797.31= $379.68 offset


09/18/2019 02:51:56 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                  Sign off required: N

        From: Hausenfluck, Chryse (GB and WC Claims)
        Sent: Wednesday, September 18, 2019 11:47 AM
        To: 'Jenna G Larsen' <Jenna.G.Larsen@kp.org>; 'ashley.r.koski@kp.org' <ashley.r.koski@kp.org>
        Subject: Jennifer Mueller-9005440032

        Good afternoon,

        I received the medical update from Dr. Mueller?s doctor and am ready to issue her a check for her part time work. Befor
        I do so, can you please advise if/when she hit the FICA threshold? I don?t want to withhold extra taxes from her check
        if I don?t have to.

Report: E401773R                          The Hartford - Benefit Management Services                          Page 8
Office: Minneapolis Claim Office                  Comments: Summary Detail Report
Date Of Report:08/26/2022                    Date Range: 03/29/2019 - 02/02/2022
                                              For business Role: Examiner
           Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                    Case: Northwest Permanente, P.C.
           Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis


        Thank you,


09/16/2019 01:57:38 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: APS-EDM

        16-SEP-19: Received Electronic Document with PCN: 30051201909161001425
        Content : APS -  DCN : 30051201909161001425001
        Claim Form - Authorizations DCN : 30051201909161001425002

09/10/2019 04:30:17 p.m. ET Denise Osbourne Examiner Maitland  PHONE CALL
Type of Call: Incoming          Date of Call: 09/10/2019                Call To/From: Claimant
Name: Jennifer Mueller                                                  Conversation with:
Phone: (218) 428-0953      Extension:        Fax Number:

        EE New contact number 5032179161
        EE ci regrads to transitioning to LTD
        Adv the STD duration is 25 weeks
        EE stated she has rtn to work at 60% instead 100%
        Adv I can set a f/u for AA to further assist with LTD claim process
        Task set


09/04/2019 09:21:34 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        so: recvd financal task
        ap: reviewed. closing task. awaiting medical before i can look at DAW


09/03/2019 09:23:23 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Financial-EDM

        03-SEP-19: Received Electronic Document with PCN: 30051201909032000135
        Content : Correspondence -  DCN : 30051201909032000135001
        Financial -  DCN : 30051201909032000135002

09/02/2019 06:45:06 p.m. ET Chryse Hausenfluck Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

        sent request for MR's

```
Report: E401773R                    The Hartford - Benefit Management Services
Office: Minneapolis Claim Office         Comments: Summary Detail Report
Date Of Report:08/26/2022                Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
                        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                          Case: Northwest Permanente, P.C.
                        Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

08/26/2019 05:15:11 p.m. ET Chryse Hausenfluck Examiner Minneapolis   PHONE CALL
Type of Call: Outgoing        Date of Call: 08/26/2019                Call To/From: Claimant
Name: Jennifer Mueller                                                Conversation with:
Phone: (218) 428-0953        Extension:        Fax Number:

        c.o to ee to rt her vm
        ee stated her questions on why she made to much for DAW were answered by her HR
        ee had questions about LTD and if she would qualify, advised it wouldnt hurt to fill out application.
        ee thanked

08/23/2019 04:51:44 p.m. ET Elena M Roque Examiner Simsbury   PHONE CALL
Type of Call: Incoming        Date of Call: 08/23/2019                Call To/From: Claimant
Name: Jennifer Mueller                                                Conversation with:
Phone: (218) 428-0953        Extension:        Fax Number:

        ee c/i to rcvd call from aa adv denied
        ee adv is not understanding how the determination was made, ee adv left VM for aa
        ee inquired about LTD, adv ee ltd app can be mailed out, adv ee ltd aa will be assigned after app rcvd
        ee adv will wait for aa to c/b
        ee thanked

08/23/2019 04:20:36 p.m. ET Chryse Hausenfluck Examiner Minneapolis   PHONE CALL
Type of Call: Outgoing        Date of Call: 08/23/2019                Call To/From: Claimant
Name: Jennifer Mueller                                                Conversation with:
Phone: (218) 428-0953        Extension:        Fax Number:            Not Contacted: Left Message

        c/o to ee as she had questions regaurding DAW
        advised it looks like she made too much money, didnt qualify.
        no answer, lft vm.

06/21/2019 07:05:50 a.m. ET Jennifer Bergeson Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                   Sign off required: N

        sp; tc's rec'd, current aed 5/19, ee rtw PT on 5/20, not elig for daw from 5/20 thru 6/15

        ap; term claim

        Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your Weekly Benefit and
        Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Your Weekly
        Benefit by the amount of the excess.

```
Report: E401773R                    The Hartford - Benefit Management Services                        Page 10
Office: Minneapolis Claim Office         Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                         For business Role: Examiner
                    Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                     Case: Northwest Permanente, P.C.
                        Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

```
        Benefit Effective Date:
        Date Ill Bank (sick pay) Expired: 6/3/2018
        Date of Partial Return to Work: 5/20/2019
        Date of Full Return to Work:
```

```
        Documentation of Earnings Received after Ill Bank Expiration
        Pay Period Number of hours worked Gross Pay less Vacation*        Calculated Earnings
        6/2-6/15         44                                          $7,683.65              $2,926.28
        $4,757.37
        5/19-6/1         37                                $7,683.65    $2,403.73    $5,279.92
        5/5-5/18          8                                $3,255.30    $1,567.65    $1,687.65
```

06/20/2019 04:49:09 p.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Financial-EDM

        20-JUN-19: Received Electronic Document with PCN: 30051201906202001341
        Content : Correspondence -  DCN : 30051201906202001341001
        Financial -  DCN : 30051201906202001341002


06/19/2019 06:34:29 a.m. ET Claim A Batch N/A Simsbury  EMAILRECEIPT-EDM
Type: Financial-EDM

        18-JUN-19: Received Electronic Document with PCN: 30051201906182001732
        Content : Correspondence -  DCN : 30051201906182001732001
        Financial -  DCN : 30051201906182001732002


06/17/2019 02:51:11 p.m. ET Vanessa Z Jones MANAGER Maitland   GENERAL
Type: Miscellaneous

        From: Jones, Vanessa (GB and WC Claims)
        Sent: Monday, June 17, 2019 2:51 PM
        To: 'Jenna G Larsen'
        Cc: Bergeson, Jen (GB and WC Claims)
        Subject: Earnings for Dr Mueller [CONFIDENTIAL]

        Hi Jenna,

        Are you able to complete the attached spreadsheet for Dr Mueller please?

        She began working part time effective 5/20/2019. If you can complete as much as you can, so we can review for additiona
        benefits beyond 5/19.

Report: E401773R                          The Hartford - Benefit Management Services                          Page 11
Office: Minneapolis Claim Office                 Comments: Summary Detail Report
Date Of Report:08/26/2022                     Date Range: 03/29/2019 - 02/02/2022
                                                 For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                          Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

        Thanks!


06/17/2019 11:27:24 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                         Sign off required: N

        email sent to AM to help obtain tcs, pushing out f/u task


06/09/2019 08:38:14 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                         Sign off required: N

        f/u email sent to er for tc's


05/31/2019 07:13:07 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                         Sign off required: N

        email to er for tc's:

        'Jenna.G.Larsen@kp.org' Fri 5/31/2019 7:13 AM

        Good morning Jenna,

        Can you please fill out the spreadsheet for the part-time hours worked for this employee:

        JENNIFER E MUELLER, 9005440032

        We are in need of 5/20 ? current.

        Thank you,

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST

        The Hartford Financial Services Group, Inc.
        PO Box 14302
        Lexington, KY 40512-4302

        W: 800-707-5333 ext. 2308113
        F 866-411-5613 (Please include Insured ID # on all correspondence)
        jennifer.bergeson@thehartford.com

Report: E401773R                        The Hartford - Benefit Management Services                              Page 12
Office: Minneapolis Claim Office                 Comments: Summary Detail Report
Date Of Report:08/26/2022                    Date Range: 03/29/2019 - 02/02/2022
                                               For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                         Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

05/31/2019 07:08:39 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                       Sign off required: N

        email from ee:

        Jennifer Mueller <madamezola@gmail.com> Thu 5/30/2019 12:43 PM

        Hi Jennifer,

        I wanted to touch base about my return to work. I am back to work half time right now and my schedule is ramping up
        slowly over the next several weeks. I don't know if you need the specific schedule or if you'll just use my paystubs to
        figure out how much I'm working or not working. Here is the tentative return to work schedule at this time.

        Restrictions:
        5/20-6/1: Work 4 hours per day x4 days a week. Patient appointments limited to 2 per hour.
        6/2-6/8: Work 4 hours per day x5 days a week. Patient appointments limited to 2 per hour (virtual visits limited to 3
        per hour).
        6/9-6/15: Increase to 6 sessions per week (4 hours per session). Patient appointments limited to 2 per hour (virtual
        visits limited to 3 per hour).
        6/16-6/22: Increase to 7 sessions per week (4 hours per session). Patient appointments limited to 2 per hour (virtual
        visits limited to 3 per hour).
        6/23-6/29: Increase to 8 sessions per week (4 hours per session). Patient appointments limited to 2 per hour (virtual
        visits limited to 3 per hour).
        6/30 onward:  Continue 8 sessions per week. Return to regular templated scheduled.
        This is return to full duty 6/30/2019.

        I'm available today (Thursday) and tomorrow morning if we need to chat.
        Jennifer Mueller


05/13/2019 07:43:06 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-05-13 15:52:41 CENTRAL TIME: RTW AM: RETURN: EMAIL


05/13/2019 03:38:08 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-05-13 10:28:52 CENTRAL TIME: RTW AM: Sent: EMAIL


05/07/2019 10:13:54 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT

```
Report: E401773R                    The Hartford - Benefit Management Services                        Page 13
Office: Minneapolis Claim Office           Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                            For business Role: Examiner
                   Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                     Case: Northwest Permanente, P.C.
                   Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

Recommendation/Plan: Examiner Claim Management Plan                              Sign off required: N

        ext email:

        'Jennifer Mueller' <madamezola@gmail.com> Tue 5/7/2019 10:14 AM

        Good morning Jen,

        I have reviewed a recent medical update from your Physician and have extended your claim through 05/19/19. I will send
for timecards for the period of 5/20 through 6/2 once we reach the date that you return to work part-time. I find that
your claim is medically supported through 6/2 and I do not need any additional medical information at this time. A new
medical update will be needed for any duration beyond 6/2.

        Best regards,

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST


05/07/2019 10:09:58 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                              Sign off required: N

        so, med and aps rec'd 5/6, current aed 5/12; ap indicates ee rrtw PT for 5/20 thru 6/2, r/l's: can work no more than 4
hrs per day due to ongoing fatigue / photophobia / reduced tolerance to read or screen time and vertigo with getting up
quickly, physical exam findings: hallpike produces vertigo and brief nystagmus with left ear dependant / II-12 intacct
to bedside esophoria OD, ee to continue symmetrel 100 mg and desyrel 100 mg / PT / ST / OT / eye care / PHY / and ENT,
LOV 5/2, NOV 5/21

        ap; ext thru 5/19, will ext thru 6/2 with tc's, set task to obtain tc's


05/06/2019 06:49:21 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: APS-EDM

        06-MAY-19: Received Electronic Document with PCN: 30051201905061003312
        Content : APS -  DCN : 30051201905061003312001
        Medical Records -  DCN : 30051201905061003312002
        Claim Form - Authorizations DCN : 30051201905061003312003


05/06/2019 02:18:57 p.m. ET Jennifer Bergeson Examiner Minneapolis  PHONE CALL
Type of Call: Incoming          Date of Call: 05/06/2019                    Call To/From: Claimant

Report: E401773R                    The Hartford - Benefit Management Services                    Page 14
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022             Date Range: 03/29/2019 - 02/02/2022
                                      For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                          Case: Northwest Permanente, P.C.
              Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

Name: Jennifer Mueller                                          Conversation with:
Phone: (218) 428-0953      Extension:      Fax Number:

        ibc from ee to return aa's req for c/i, aa advised will need med to ext thru PT rtw, will ext thru 5/12 while waiting
        for med, ee to email aa additional providers and thanked

05/06/2019 09:50:57 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        email to ee:

        'Jennifer Mueller' <madamezola@gmail.com> Mon 5/6/2019 9:51 AM

        Good morning Jennifer,

        I received your voicemail regarding your part-time return to work dates, 5/20 through 6/1, but I have still not receive
        a medical update from your Physician. I asked Jenna Larsen to help investigate the request for records and she responde
        that your Physician is not responding to the request. Please contact me today to discuss how to obtain the information
        needed to get your claim extended for you.

        Best regards,

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST

05/03/2019 05:27:26 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-05-03 12:38:26 CENTRAL TIME: RTW AM: STAY: EMAIL

04/29/2019 02:45:20 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-04-29 10:08:34 CENTRAL TIME: RTW AM: Sent: EMAIL

04/19/2019 08:00:59 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

Report: E401773R                     The Hartford - Benefit Management Services                              Page 15
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022                 Date Range: 03/29/2019 - 02/02/2022
                                              For business Role: Examiner
                  Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                        Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

response from er:

Hi Jennifer,


ROI did get the request for the Jennifer Mueller. The issue is the doctor is not responding to the request. They are working to get this completed.


Thanks,


Jenna




From: TAMI T TORREY
Sent: Wednesday, April 17, 2019 9:26 AM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org>
Subject: RE: Jennifer Mueller (phi)


Hi Jenna,


I sent a message to our specialist on this one and she just sent a reminder to the doctor on it. I hope this does it.



Tami T. Torrey
 Customer Service Liaison
 Release of Information

Kaiser Permanente
 Regional Process Center
 10220 SE Sunnyside Road
 Clackamas, OR 97015

Report: E401773R                    The Hartford - Benefit Management Services                          Page 16
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                      For business Role: Examiner
         Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                          Case: Northwest Permanente, P.C.
         Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

```
        503-571-5001 (office)
        31-5001 (tie-line)
        855-414-2288 (fax)
        Health Information Management logo
         Please visit us at our new website: kp.org/releaseofinformation
```

```
        From: Jenna G Larsen
        Sent: Wednesday, April 17
```

04/18/2019 01:59:43 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: Medical Records-EDM

```
        18-APR-19: Received Electronic Document with PCN: 30051201904181001869
        Content : Correspondence -  DCN : 30051201904181001869001
        Claim Form - Authorizations DCN : 30051201904181001869002
        Medical Records -  DCN : 30051201904181001869003
```

04/17/2019 02:49:08 p.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

```
        ext approval, email to ee:
```

'Jennifer Mueller' <madamezola@gmail.com> Wed 4/17/2019 2:48 PM

Good news!

I received a medical update on you an hour ago. I?ve extended your claim through 5/5. There was no mention of returning
to work part-time on the statement. Do you think you?ll return full-time on the 6th?

Jen

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Wednesday, April 17, 2019 11:34 AM
To: Bergeson, Jennifer (GB and WC Claims)
Subject: Re: Your STD claim 9005440032 [CONFIDENTIAL]

Thanks for the update Jen. Last I talked with them they said they needed the signed ROI, which I told them and already
been submitted. She said she would recheck and email me if I needed to resend it directly to them and I didn?t hear bac
from her. If you need something directly from my physician, when I last talked to her 4/11 she said she hadn?t received

Report: E401773R
Office: Minneapolis Claim Office
Date Of Report:08/26/2022
The Hartford - Benefit Management Services                              Page 17
Comments: Summary Detail Report
Date Range: 03/29/2019 - 02/02/2022
For business Role: Examiner
Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
Case: Northwest Permanente, P.C.
Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

any forms yet, but that was a week ago so not sure now. Let me know if I need to light a fire under someone.

Jennifer
Sent from my iPhone, so there's probably a bunch of typos and grammatical errors.

On Apr 17, 2019, at 6:15 AM, Bergeson, Jennifer (GB and WC Claims) <Jennifer.Bergeson@thehartford.com> wrote:
Good morning Jennifer,

I still have not received any medical information from the medical records department. I sent an email over to Jenna Larsen this morning to see if she can help assist. I?ll keep you updated as I know more.

Best regards,

JEN BERGESON
Sr. Ability Analyst
Short Term Disability, Group Benefits Claims
Normal Business Hours: M-F 7am to 3:30pm EST <image001.gif>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: 800-707-5333 ext. 2308113
F 866-411-5613 (Please include Insured ID # on all correspondence)
jennifer.bergeson@thehartford.com

<image002.png> Named one of the World?s Most Ethical Companies for the 9th time by the Ethisphere? Institute.
www.thehartford.com
www.facebook.com/thehartford
twitter.com/thehartford

*************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
***************************

04/17/2019 02:46:12 p.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

Report: E401773R                    The Hartford - Benefit Management Services                    Page 18
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022            Date Range: 03/29/2019 - 02/02/2022
                                      For business Role: Examiner
          Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                              Case: Northwest Permanente, P.C.
              Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

so; aps rec'd 4/17, current aed 5/2, ap indicates ee in need of addtional recovery from postconcussion syndrome / insomnia / mild cog impairment, current tx plan: med, rest, PT, OT, speech and lang therapy, eye care, physiatry, ENT; ap indicates unable to work thru ertw 5/6

ap; reasonable to ext thru ertw att to allow ee to finsh tx needed to regain normal cog as ee unable to perform fjd's o a physician att

04/17/2019 01:45:47 p.m. ET Claim A Batch N/A Simsbury  FAXRECEIPT-EDM
Type: APS-EDM

    17-APR-19: Received Electronic Document with PCN: 30051201904171001855
    Content : APS -  DCN : 30051201904171001855001

04/17/2019 09:15:53 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

    email to ee:

    'MADAMEZOLA@GMAIL.COM' Wed 4/17/2019 9:16 AM

    Good morning Jennifer,

    I still have not received any medical information from the medical records department. I sent an email over to Jenna Larsen this morning to see if she can help assist. I?ll keep you updated as I know more.

    Best regards,

    JEN BERGESON
    Sr. Ability Analyst
    Short Term Disability, Group Benefits Claims
    Normal Business Hours: M-F 7am to 3:30pm EST

04/17/2019 09:13:41 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

    email to er:

    Jenna G Larsen <Jenna.G.Larsen@kp.org>
    Jones, Vanessa (GB and WC Claims) <vanessa.jones1@thehartford.com>
    Wed 4/17/2019 9:13 AM

Report: E401773R                          The Hartford - Benefit Management Services                          Page 19
Office: Minneapolis Claim Office                  Comments: Summary Detail Report
Date Of Report:08/26/2022                    Date Range: 03/29/2019 - 02/02/2022
                                               For business Role: Examiner
              Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                          Case: Northwest Permanente, P.C.
              Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis


        Good morning Jenna,

        I?ve sent several ROI requests for: JENNIFER E MUELLER, 9005440032 but have not gotten anything back yet. My last
        attempt was on 4/12. Are you able to assist?

        Thank you!

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST



04/12/2019 12:48:11 p.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        'NW.ROI@kp.org' Fri 4/12/2019 12:48 PM

        2nd request ? please respond

        ***ATHORIZATION ATTACHED***

        JENNIFER E MUELLER, DOB **REDACTED**, Kaiser Med rec# 73745976 - Twallaton office

        Please send all records from 3/18/19 through present from treating provider: DR. KATHLEEN LAUGHLIN

        Please have Physician complete attached form.

        PLEASE FAX BACK TO 866-411-5613 include Insured ID # 9005440032

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST



04/12/2019 12:45:14 p.m. ET Jennifer Bergeson Examiner Minneapolis  PHONE CALL
Type of Call: Outgoing            Date of Call: 04/12/2019                    Call To/From: Claimant
Name: Jennifer Mueller                                                        Conversation with:
Phone: (218) 428-0953      Extension:        Fax Number:

        obc to ee to return ee's vm, ee states 1st OT session on 4/8, ee found session difficult, continues nausea when reading

Report: E401773R                          The Hartford - Benefit Management Services                              Page 20
Office: Minneapolis Claim Office                  Comments: Summary Detail Report
Date Of Report:08/26/2022                   Date Range: 03/29/2019 - 02/02/2022
                                              For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                      Case: Northwest Permanente, P.C.
                  Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

        and viewing computer screens, is mentally exhausted  / feels motion sickness when scrolling through screens or while
        reading, experiences letter shaddowing, and continues dizziness, LOV 4/11, NOV with opthomarist on 5/2, will need prizi
        glasses to correct symptoms, would like to rtw PT at some point, aa advised still awaiting med, will send 2nd req,
        advised will ext thru 5/5 att considering contiued symptoms and need for f/u with specialist, please c/i to update aa
        after NOV 5/2, ee is agreeable and thanked


04/11/2019 04:42:43 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-04-11 10:07:08 CENTRAL TIME: RTW AM: STAY: EMAIL


04/10/2019 01:12:09 p.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        pushing out f/u med task, req on 4/4


04/08/2019 05:04:44 p.m. ET Claim A Batch N/A Simsbury  EMAIL/TEXT
Type: Alerts

        2019-04-08 10:10:09 CENTRAL TIME: RTW AM: Sent: EMAIL


04/04/2019 03:46:47 p.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                          Sign off required: N

        email to ROI:

        'NW.ROI@kp.org' Thu 4/4/2019 3:44 PM

        ***ATHORIZATION ATTACHED***

        JENNIFER E MUELLER, DOB **REDACTED**, Kaiser Med rec# 73745976 - Twallaton office

        Please send all records from 3/18/19 through present from treating provider: DR. KATHLEEN LAUGHLIN

        Please have Physician complete attached form.


        PLEASE FAX BACK TO 866-411-5613 include Insured ID # 9005440032


04/04/2019 03:46:07 p.m. ET Jennifer Bergeson Examiner Minneapolis  PHONE CALL
Type of Call: Incoming        Date of Call: 04/04/2019                  Call To/From: Claimant

```
Report: E401773R                    The Hartford - Benefit Management Services                    Page 21
Office: Minneapolis Claim Office           Comments: Summary Detail Report
Date Of Report:08/26/2022             Date Range: 03/29/2019 - 02/02/2022
                                          For business Role: Examiner
                   Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                    Case: Northwest Permanente, P.C.
                   Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis
```

Name: Jennifer Mueller                                              Conversation with:
Phone: (218) 428-0953      Extension:      Fax Number:

        ibc from ee, ee states: NOV 4/11, dizziness continues, may be referred to occ therapy, unsure if ext needed, please fax
        request in case, aa advised will email ROI / please f/u with aa after 4/11 OV, advised will ext if needed while waiting
        for med, ee thanked


04/04/2019 03:27:02 p.m. ET Amber Morris Examiner Minneapolis   PHONE CALL
Type of Call: Incoming          Date of Call: 04/04/2019              Call To/From: Claimant
Name: Jennifer Mueller                                              Conversation with:
Phone: (218) 428-0953      Extension:      Fax Number:

        EE c/i req for APS to be sent to ROI depatmnt. Prov F: 503-571-2624. EE also req to spk to AA.
        Faxed Caps, xfr to AA with vm expectations.
        'Release_of_Information_Department._.5035712624@fax2mail.com'


04/02/2019 10:56:30 a.m. ET Jennifer Bergeson Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                  Sign off required: N

        email to ee:

        'MADAMEZOLA@GMAIL.COM' Tue 4/2/2019 10:56 AM

        Good morning,

        I am writing to advise you that I am approving your STD claim. Your Date of Disability is 03/18/19. Your claim has been
        approved through 04/14/19. Please reach out to me approximately two weeks prior to that date if you think that you?ll
        need an extension. I would be happy to fax the appropriate forms to your Physician on your behalf. Once a medical updat
        is received and reviewed I will reach out to you to advise of the extension decision.

        Please note:

        1. Do not respond to this email for extension requests, please reach me at the phone number listed below or you may als
        request an extension online;
        2. A return to work note cannot be accepted as medical evidence that disability is supported beyond your current
        Authorized End Date.

        Your Gross Weekly Benefit is: $2278.39. Your benefits became payable on 03/25/19. This is due to having to satisfy the
        waiting period on your policy. Your first payment will be issued today in the amount of $2998.18. This payment is good
        for the following dates: From 03/25/19 through 04/07/19.  Please don?t forget that for Direct Deposit, it can take up t
        two business days to receive the funds from the date that they were released; it can take up to eight business days to
        receive paper checks in the mail.

        Please note the following:

Report: E401773R                                                   The Hartford - Benefit Management Services                                    Page 22
Office: Minneapolis Claim Office                                          Comments: Summary Detail Report
Date Of Report:08/26/2022                                              Date Range: 03/29/2019 - 02/02/2022
                                                                                  For business Role: Examiner
                                      Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                                                          Case: Northwest Permanente, P.C.
                                      Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

1. Some payments may be prorated depending on what day of the week the payment is released;
2. 2. Your benefit may be subject to taxation.

To set up Direct Deposit or for other claim information please visit: https://mybenefits.thehartford.com/login

For any questions regarding your claim I would like to kindly ask you to call me during my normal business hours. Pleas do not respond  to this email directly as I would like to address any questions or concerns as quickly as possible.

You will find my contact information below. Please note that my normal business hours are M-F from 7am ? 3:30pm EST. If you ever have to leave me a voicemail or send me an email, please always be sure to include your Insured ID # 9005440032.

You may also receive a survey from the Hartford to this email address. Would you mind taking a few minutes to complete it? Please let me know how I?m doing for you, I would really appreciate your feedback!

Best regards,


JEN BERGESON
Sr. Ability Analyst
Short Term Disability, Group Benefits Claims
Normal Business Hours: M-F 7am to 3:30pm EST

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: 800-707-5333 ext. 2308113
F 866-411-5613 (Please include Insured ID # on all correspondence)
jennifer.bergeson@thehartford.com



04/02/2019 10:47:48 a.m. ET Jennifer Bergeson Examiner Minneapolis   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                                        Sign off required: N

        response from er: no salcon paid beyond EP, BEFD 3/25

        HI,

        Her sick time ended on Friday 3/22. After that date no more sick time

        From: Bergeson, Jennifer (GB and WC Claims) <Jennifer.Bergeson@thehartford.com>
        Sent: Monday, April 1, 2019 4:20 AM
        To: Jenna G Larsen <jenna.g.larsen@kp.org>
        Subject: Sick pay confirmation 9005440032 [CONFIDENTIAL]

Report: E401773R                    The Hartford - Benefit Management Services                    Page 23
Office: Minneapolis Claim Office              Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                        For business Role: Examiner
             Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                              Case: Northwest Permanente, P.C.
             Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

Importance: High

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sender.
_____

Good morning Jenna,

Can you please confirm the dates that sick pay was used for: JENNIFER E MUELLER, 9005440032.

Thank you!

JEN BERGESON
Sr. Ability Analyst
Short Term Disability, Group Benefits Claims
Normal Business Hours: M-F 7am to 3:30pm EST



04/02/2019 03:00:32 a.m. ET Claim A Batch  Simsbury  CLAIM MANAGEMENT
Recommendation/Plan: Claim Analytics Report                              Sign off required: N

    The state this claimant resides in requires written confirmation when verbal consent was obtained to initiate, modify o
    terminate an EFT. Review the recent EFT activity and send a letter to the claimant advising of the type of verbal EFT
    change that occurred.


04/01/2019 05:18:23 p.m. ET Claim A Batch N/A Simsbury  MAILRECEIPT-EDM
Type: Claim Form-EDM

    01-APR-19: Received Electronic Document with PCN: 30051201904013000968
    Content : Correspondence -  DCN : 30051201904013000968001
    Claim Form - Authorizations DCN : 30051201904013000968002


04/01/2019 07:23:30 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation              Sign off required: N

    ***claim approved, payment on hold pending salcon confirmation, DO NOT ADVISE EE***

    SO:  ee oow due to fractured maxilla/concussion, hit by another biker and fell fracturing and maxilla and sustained a
    concussion (accident form sent),no sx performed att, ertw unk
    Causality: A
    Functional Requirements: sit, stand, walk, lift up to 20 lbs
    Job Class: 2
    Standard Duration:
    LDW: 3/16

Report: E401773R                              The Hartford - Benefit Management Services                              Page 24
Office: Minneapolis Claim Office                    Comments: Summary Detail Report
Date Of Report:08/26/2022                       Date Range: 03/29/2019 - 02/02/2022
                                                  For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                          Case: Northwest Permanente, P.C.
                   Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

```
        DOD: 3/18
        GAP: nswd
        BEFD: 3/25
        BEND: 9/15
        ER reported ERTW: unk
        EE Group/Class: 1
        DOH:  9/20/16
        ER Reported EDOC: 9/20/16
        Prior coverage? unk
        PDE: $3797.31
        Salcon? TBC
        Stat Offset: n/a
        FICA Threshold: n/a
        Benefit Amt: $2278.39
        Insured amount: $
        Taxability: 100
        Communication: eob
        Pre-x: n/a
        A; considering nature of fx and head injury along with need for recovery and f/u care from ap, it would be appropriate
        to approve claim thru 28 days att
        STP: approve thru 4/14
        LTP: mu to ext
```

04/01/2019 07:20:22 a.m. ET Jennifer Bergeson Examiner Minneapolis  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                           Sign off required: N

        email to er:

        'Jenna G Larsen' <Jenna.G.Larsen@kp.org> Mon 4/1/2019 7:20 AM

        Good morning Jenna,

        Can you please confirm the dates that sick pay was used for: JENNIFER E MUELLER,  9005440032.

        Thank you!

        JEN BERGESON
        Sr. Ability Analyst
        Short Term Disability, Group Benefits Claims
        Normal Business Hours: M-F 7am to 3:30pm EST

03/29/2019 04:49:07 p.m. ET Marie Chouest Nurse Sacramento  CLAIM MANAGEMENT

Report: E401773R                          The Hartford - Benefit Management Services                          Page 25
Office: Minneapolis Claim Office                   Comments: Summary Detail Report
Date Of Report:08/26/2022                     Date Range: 03/29/2019 - 02/02/2022
                                                For business Role: Examiner
               Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                                         Case: Northwest Permanente, P.C.
               Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis


Recommendation/Plan: Clinical Impression                                    Sign off required: N

        IF DEEMED ELIGIBLE, SYSTEM GUIDELINES SUPPORT 1 DAY D/T FUNCTIONAL REQUIREMENTS OF JOB DUTIES. ANY FURTHER TIME NEEDED
        BEYOND THIS WILL REQUIRE AN APS INCLUDING A PE AND FUNCTIONAL LIMITATIONS OF JOB DUTIES.


03/29/2019 04:43:06 p.m. ET Marie Chouest Nurse Sacramento  TELEPHONIC
Statement: Physician              Type Of Intake: Phone


        FT - AP  Intake  Auto completed


03/29/2019 04:43:06 p.m. ET Marie Chouest Nurse Sacramento  TELEPHONIC
Statement: Employer               Type Of Intake: Phone


        Feed - ER Intake Auto completed


03/29/2019 04:43:06 p.m. ET Marie Chouest Nurse Sacramento  GENERAL
Type: Initial Decision Tracker

        EE Statement: 29-MAR-19
        ER Statement: 29-MAR-19
        AP Statement: 29-MAR-19
        1st Erisa Date: 13-MAY-19
        2nd Erisa Date: 12-JUN-19
        3rd Erisa Date: 12-JUL-19


03/29/2019 04:43:05 p.m. ET Marie Chouest Nurse Sacramento  GENERAL
Type: Electronic Funds Transfer

        Is there anyone else that is authorized to use this account? If yes, note person's name. :YES  JONATHAN NELSON

        Do you understand that you are responsible to inform The Hartford immediately of any address changes or changes to your
        [bank or credit union] account information? :YES

        Do you understand that the Hartford must receive a notice from you if you want to terminate this electronic transfer of
        funds into your account?  This will allow The Hartford and the [bank or credit union] reasonable opportunity to act on
        your request :YES


03/29/2019 04:43:04 p.m. ET Marie Chouest Nurse Sacramento  GENERAL
Type: Causality

Report: E401773R                    The Hartford - Benefit Management Services                           Page 26
Office: Minneapolis Claim Office           Comments: Summary Detail Report
Date Of Report:08/26/2022              Date Range: 03/29/2019 - 02/02/2022
                                         For business Role: Examiner
        Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
                          Case: Northwest Permanente, P.C.
          Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

MAIN QUESTIONS:

What were you doing at the time the injury occurred?
(Max limit 2000 characters - approximately 50 lines) : EE WAS RIDING HER BIKE TO WORK AND WAS HIT BY ANOTHER BIKER AND
SUSTAINED A CONCUSSION AND A FRACTURED MAXILLA

Where were you when the injury occurred?(List) : OTHER-HIGHWAY

Were you working when the injury occurred?(List) : NO

Were you driving or in a vehicle at the time of the accident?(List) : NO

Did something or someone contribute to your injury/accident?(List) : YES

*********************************************************************************************************************************
***********

ADDITIONAL INFORMATION:

ThirdParty : Lawsuit or other claim filed against a third party(List) : NO

*********************************************************************************************************************************
***********

CAUSALITY REVIEW STATUS : Open

REFERRED TO RECOVERY SPECIALIST : No


03/29/2019 04:43:04 p.m. ET Marie Chouest Nurse Sacramento  TELEPHONIC
Statement: Employee              Type Of Intake: Phone


MEDICAL CONDITIONS: fractured maxilla/concussion
History of Medical Condition: EE was riding her bike to work and was hit by another biker and fell fracturing and
maxilla and sustained a concussion. ERTW date is unknown.
Current Symptoms: dizziness, fatigue, brain fogginess, light sensitivity
Comorbidity: hypothyroidism, depression
Current Medications: sllep supplements

JOB FUNCTIONS:

Report: E401773R
Office: Minneapolis Claim Office
Date Of Report:08/26/2022

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 03/29/2019 - 02/02/2022
For business Role: Examiner
Claimant: Jennifer Mueller Insured Id : 9005440032 Claim Event Id: 16465740
Case: Northwest Permanente, P.C.
Claim Owner: Chryse Hausenfluck Role: Examiner Office: Minneapolis

Functional Requirements: walking, standing, bending,

EMPLOYMENT DETAILS:
HR Contact Name/Phone Number:
Pay Type: salary
Hours Worked: 40
Days Worked: Mon -Fri - Thurs off
Shift Details: 8:00am - 5:00pm

EXPLAIN GAP (Date Last Worked to Date of Disability): EE was not scheduled to work on March 17

ADDITIONAL INFO: Kaiser Med rec# 73745976 - Twallaton office

STD AR 000027



**THE HARTFORD**

April 2, 2019

Jennifer E. Mueller
4404 Sw Carson St
Portland, OR  972193537


Plan Sponsor:      Northwest Permanente, P.C.
Claimant:          Jennifer E. Mueller
Insured ID:        9005440032
Plan Number:       GRH 072800


Dear Ms. Mueller:

This letter is to inform you that Direct Deposit was set up for you to receive your Short Term Disability benefit. If you did not authorize this please contact us as soon as possible.

If you have any questions, please call Customer Service at 800-549-6514. Our hours are Monday through Friday, between 6:00 AM - 6:00 PM PST.

Sincerely,

*Jennifer Bergeson*

Jennifer Bergeson, Senior Ability Analyst
Hartford Life and Accident Insurance Co.
Administrator of the Short Term Disability plan for
Northwest Permanente, P.C.

Benefit Management Services
Sacramento Disability Claim Office
The Hartford
P.O. Box 14302
Lexington, KY 40512-4302
800-549-6514
Fax (866) 411-5613

STD AR 000028

Subject: [External] - FW: The file "JMueller Combined ROI--
9005440032.zip" has been downloaded by permit (Encrypted Delivery)
From: Shallu.Kakkar@thehartford.com
To: GBInformationUpload (Claims Solutions and Analytics)
<GBInformationUpload@thehartford.com>

This email is from an external source.  Use caution responding to it,
opening attachments or clicking links.

From: noreplymft@thehartford.com <noreplymft@thehartford.com>
Sent: Friday, January 14, 2022 4:33 PM
To: Kakkar, Shallu (Claims Solutions and Analytics)
<Shallu.Kakkar@thehartford.com>
Subject: The file "JMueller Combined ROI--9005440032.zip" has been
downloaded by permit

The file "JMueller Combined ROI--9005440032.zip" has been downloaded by
using a permit issued to "madamezola@gmail.com
<mailto:madamezola@gmail.com> ".

File:

JMueller Combined ROI--9005440032.zip

Permit creator:

SK00319

Permit recipient:

madamezola@gmail.com <mailto:madamezola@gmail.com>

Folder:

/My Files/Outgoing/JMueller Combined ROI--9005440032.zip

Expiration date:

STD AR 000029

2022-01-21 08:58:58 AM EST

Permit usage:

1 of 1 download(s) used

Link:

https://mft.thehartford.com/portal-seefx/app/?my-files=Outgoing/JMueller⑤
鮑瞔邏-9005440032.zip
<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmft.th
ehartford.com%2Fportal-seefx%2Fapp%2F%3Fmy-
files%3DOutgoing%2FJMueller%2BCombined%2BROI--
9005440032.zip&data=04%7C01%7CGBDEdmProd%40conduent.com%7C4c2f29479fcb4d6
cf7f708d9dab42ccc%7C1aed4588b8ce43a8a775989538fd30d8%7C0%7C0%7C6377812903
73821227%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJB
TiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&sdata=obt9Y7ZaIL4naDN44aOy0N4UGGWQF4b0G
uKR2e%2FjtPo%3D&reserved=0>

**************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
***************************

**************************************************************************
***************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited. If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.

**************************************************************************
***************************

STD AR 000030

Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Tuesday, March 3, 2020 6:03:11 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Tuesday, March 03, 2020 2:55 PM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
Subject: RE: Jennifer Mueller - 9005440032


Hi Chryse,


It looks like we had provided Jennifer Soyke's information in error of
Jennifer Mueller.  I have attached Jennifer Mueller's calculation.


Also, I had a discussion with her today. She wanted to know if her LTD is
approved and her FTE changes officially from a .9 to a .5 would she lose
the LTD benefit since she goes permanently part time?


Thank you,


Tammy Kilmer ("she/her")

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  NWP-BenefitsTeam@kp.org <mailto:NWP-BenefitsTeam@kp.org>

Email: tamison.a.kilmer@kp.org <mailto:May.y.lee@kp.org>

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From: Tammy Kilmer
Sent: Thursday, February 13, 2020 9:20 AM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Subject: RE: Jennifer Mueller - 9005440032

Hi Chryse,

That is correct.

Thank you,

Tammy Kilmer ("she/her")

Senior Benefit Analyst

Human Resources

Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  NWP-BenefitsTeam@kp.org <mailto:NWP-BenefitsTeam@kp.org>

Email: tamison.a.kilmer@kp.org <mailto:May.y.lee@kp.org>



NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


From: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Monday, February 10, 2020 12:26 PM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org
<mailto:Tamison.A.Kilmer@kp.org> >
Subject: RE: Jennifer Mueller - 9005440032


Good afternoon,

I had the chance to review the pay you sent over for Jennifer. If I am reading it correctly she received her full from 8/11/19 through 9/21/19 with the combination of her worked hours and sick time?


Thank you,



Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation


<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!45SDD6RutOXSzpbPlQF9qTygWSWjer6XH_4fcFX4GYClosaeCKxQYpPiepkOOMxXVGE$>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613


<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!45SDD6RutOXSzpbPlQF9qTygWSWjer6XH_4fcFX4GYClosaeCKxQYpPiepkOOMxXVGE$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a36bapWJ!45SDD6RutOXSzpbPlQF9qTygWSWjer6XH_4fcFX4GYClosaeCKxQYpPiepkOwKWvm90$> www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a36bapWJ!45SDD6RutOXSzpbPlQF9qTygWSWjer6XH_4fcFX4GYClosaeCKxQYpPiepkOlWxrl3U$> www.twitter.com/thehartford



The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Wednesday, February 05, 2020 9:14 AM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Subject: RE: Jennifer Mueller - 9005440032 [CONFIDENTIAL]


Hi Chryse,


Here you go.


Thank you,


Tammy Kilmer ("she/her")

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  NWP-BenefitsTeam@kp.org <mailto:NWP-BenefitsTeam@kp.org>

Email: tamison.a.kilmer@kp.org <mailto:May.y.lee@kp.org>

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From: Hausenfluck, Chryse (GB and WC Claims) <Chryse.Hausenfluck@thehartford.com <mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Tuesday, February 4, 2020 3:13 PM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org <mailto:Tamison.A.Kilmer@kp.org> >
Subject: Jennifer Mueller - 9005440032 [CONFIDENTIAL]

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sender.

_____

Good afternoon,

Can you please fill out the attached template for Jennifer covering 8/12/19 through 9/15/19 for her part time work?

Thank you,

Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!
-OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2moVeYSqM$>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!
-OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2moVeYSqM$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a
36bapWJ!-
OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2m4CkKy-M$>
www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a3
6bapWJ!-
OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2mDW3pWoY$>
www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

Plan Provisions

**Current Weekly Earnings means weekly earnings You receive from:**

1) Your Employer; and

2) any other work for pay or profit;

while You are Disabled and eligible for the Disabled and Working Benefit. Current Weekly Earnings will i
and Commissions and will be pro-rated as necessary.

**Disabled and Working means that You are prevented by:**

1) Injury;

2) Sickness;

3) Mental Illness;

4) Substance Abuse; or

5) pregnancy

from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-tim
basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80
Earnings.

**Pre-disability Earnings means Your regular weekly rate of pay from Your Employer, not counting Bonu**
Commissions, in effect during the last full calendar month that You were Actively at Work before You be
Pre-disability Earnings does not include any other fringe benefits or extra compensation. In addition, ea
overtime or on-call hours are not included unless regularly scheduled.

However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:

1) the average number of hours You worked per week, including hours from paid vacation, sick time, ov
regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 montl
immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by

2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.

Pre-disability Earnings includes contributions You make through a salary reduction agreement with the

1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;

2) an executive non-qualified deferred compensation arrangement; or

3) a salary reduction arrangement under an IRC Section 125 plan,

for the same period as above.

**Disabled and Working Benefits: How are benefits paid when I am Disabled and Working?**

If, while covered under this benefit, You are Disabled and Working, as defined, the following calculation
determine Your Weekly Benefit:

1) multiply Your Pre-disability Earnings by the Benefit Percentage; and

2) compare the result with the Maximum Benefit; and

3) from the lesser amount deduct Other Income Benefits.

Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your W
Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Yo
Benefit by the amount of the excess.

Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

nclude Bonuses

e or limited duty
)% of Your Predisability

uses and
ecame Disabled.
rnings from

ertime (if
n period
:

Employer to:

will be used to

Veekly Benefit and
our Weekly

STD AR 000041

Name:                                                    Jennifer Mueller

Date of Disability:
Benefit Effective Date:
Date Ill Bank (sick pay) Expired:
Date of Partial Return to Work:
Date of Full Return to Work:

## Documentation of Earnings Received after Ill Bank Expiration

| Pay Period | Number of hours worked | Gross Pay |
|---|---|---|
| 8/11/2019 - 8/24/2019 | 72 hours (23.5 bereavement, 4 hours sick, 15.5 hours) | $7,683.65 |
| 8/25/2019 - 9/7/2020 | 72 hours ( 4 hours sick, 16 hours vacation) | $7,683.65 |
| 9/8/2019 - 9/21/2019 | 72 hours (11.5 unpaid, 8.5 hours vacation) | $6,323.41 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Vacation time is subtracted if earned prior to the Date of Disability*

STD AR 000042

| less Vacation* | Calculated Earnings |
|---|---|
|  | $7,683.65 |
|  | $7,683.65 |
|  | $6,323.41 |
|  | $0.00 |
|  | $0.00 |
|  | $0.00 |
|  | $0.00 |
|  | $0.00 |

Name:
Class:
Benefit %
Pay Basis:

Pre Disability Earnings:
Weekly Benefit Amount:

| For the pay period | 8/11/2019 - 8/24/2019 |
| --- | --- |
| Total Days in pay period | 14 |
| Weekly Earnings: | |
| Percentage: | #DIV/0! |
| Weekly Benefit + CWE: | $0.00 |
| Weekly Offset is the Excess: | $0.00 |

Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Tuesday, March 3, 2020 6:03:11 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Wednesday, February 5, 2020 11:15:41 AM (UTC-05:00) Eastern Time
(US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]


Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Tammy Kilmer [mailto:Tamison.A.Kilmer@kp.org]
Sent: Wednesday, February 05, 2020 9:14 AM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
Subject: RE: Jennifer Mueller - 9005440032 [CONFIDENTIAL]


Hi Chryse,


Here you go.


Thank you,


Tammy Kilmer ("she/her")

Senior Benefit Analyst

Human Resources


Permanente Medicine

Northwest Permanente, PC

500 NE Multnomah Street, Ste. 100, 15th Floor

Portland, OR 97232-2023


503-813-2235 (office)

49-2235 (tie-line)

503-813-4412 (Benefit Department Group Line)

49-4412 (Benefit Department Group tie-line)

Fax: 503-813-2395

Email:  NWP-BenefitsTeam@kp.org <mailto:NWP-BenefitsTeam@kp.org>

Email: tamison.a.kilmer@kp.org <mailto:May.y.lee@kp.org>

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Tuesday, February 4, 2020 3:13 PM
To: Tammy Kilmer <Tamison.A.Kilmer@kp.org
<mailto:Tamison.A.Kilmer@kp.org> >
Subject: Jennifer Mueller - 9005440032 [CONFIDENTIAL]

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sender.

_____

Good afternoon,

Can you please fill out the attached template for Jennifer covering 8/12/19 through 9/15/19 for her part time work?

Thank you,

Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!
-OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2moVeYSqM$>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

<https://urldefense.com/v3/__http:/www.thehartford.com/__;!!BZ50a36bapWJ!
-OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2moVeYSqM$>
www.thehartford.com

<https://urldefense.com/v3/__http:/www.facebook.com/thehartford__;!!BZ50a
36bapWJ!-
OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2m4CkKy-M$>
www.facebook.com/thehartford

<https://urldefense.com/v3/__http:/www.twitter.com/thehartford__;!!BZ50a3
6bapWJ!-
OjwuJHR5ok9Sm7E57XXlgyYhFx8MmUFA5YhWZAnKFfw4ggX_dZeGjEVnk2mDW3pWoY$>
www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
**************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


**************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
**************************************************************

STD AR 000050

## Plan Provisions

**Current Weekly Earnings means weekly earnings You receive from:**
1) Your Employer; and
2) any other work for pay or profit;
while You are Disabled and eligible for the Disabled and Working Benefit. Current Weekly Earnings will i
and Commissions and will be pro-rated as necessary.

**Disabled and Working means that You are prevented by:**
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-tim
basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80
Earnings.

**Pre-disability Earnings means Your regular weekly rate of pay from Your Employer, not counting Bonu**
Commissions, in effect during the last full calendar month that You were Actively at Work before You be
Pre-disability Earnings does not include any other fringe benefits or extra compensation. In addition, ea
overtime or on-call hours are not included unless regularly scheduled.
However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per week, including hours from paid vacation, sick time, ov
regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 montl
immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.
Pre-disability Earnings includes contributions You make through a salary reduction agreement with the I
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Disabled and Working Benefits: How are benefits paid when I am Disabled and Working?**
If, while covered under this benefit, You are Disabled and Working, as defined, the following calculation
determine Your Weekly Benefit:
1) multiply Your Pre-disability Earnings by the Benefit Percentage; and
2) compare the result with the Maximum Benefit; and
3) from the lesser amount deduct Other Income Benefits.
Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your W
Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Yo
Benefit by the amount of the excess.
Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

nclude Bonuses

e or limited duty
)% of Your Predisability

uses and
ecame Disabled.
rnings from

ertime (if
n period
:

Employer to:

will be used to

Veekly Benefit and
ur Weekly

STD AR 000052

Name:
Class:
Benefit %
Pay Basis:

Pre Disability Earnings:
Weekly Benefit Amount:

| For the pay period | 8/11/2019 - 8/24/2019 |
|---|---|
| Total Days in pay period | 14 |
| Weekly Earnings: | |
| Percentage: | #DIV/0! |
| Weekly Benefit + CWE: | $0.00 |
| Weekly Offset is the Excess: | $0.00 |

Name:        Jennifer Soyke

Date of Disability:
Benefit Effective Date:
Date Ill Bank (sick pay) Expired:
Date of Partial Return to Work:
Date of Full Return to Work:

**Documentation of Earnings Received after Ill Bank Expiration**

| Pay Period | Number of hours worked | Gross Pay | less Vacation* | Calculated Earnings |
|---|---|---|---|---|
| 8/11/2019 - 8/24/2019 | 40 hours (32 hours sick) | $7,556.42 | | $7,556.42 |
| 8/25/2019 - 9/7/2020 | 0 (72 hours sick) | $7,983.92 | | $7,983.92 |
| 9/8/2019 - 9/21/2019 | 30 hours (42 hours sick) | $7,257.17 | | $7,257.17 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

*Vacation time is subtracted if earned prior to the Date of Disability*

Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com

_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Wednesday, February 5, 2020 11:15:41 AM (UTC-05:00) Eastern Time
(US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller - 9005440032 [CONFIDENTIAL]

Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford

The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 08/25/2019 |
| Period End Date | 09/07/2019 |
| Pay Date | 09/13/2019 |
| Document | 157408 |
| Net Pay | $5,121.50 |

...dical

...)

...ometrist

...ton

| | |
|---|---|
| Federal Income Tax | M 3 |
| OR State Income Tax (Residence) | M 3 |
| OR State Income Tax (Work) | M 3 |

| Current | YTD |
|---|---|
| $7,523.38 | $142,982.22 |

| | Employer | |
|---|---|---|
| YTD | Current | YTD |
| $10.45 | $0.00 | $0.00 |
| $788.88 | $0.00 | $0.00 |
| $41.61 | $0.00 | $0.00 |
| $1,256.28 | $0.00 | $0.00 |
| $903.26 | $872.51 | $16,577.69 |
| $0.00 | $151.89 | $2,743.20 |
| $0.00 | $1.73 | $32.87 |
| $0.00 | $0.46 | $8.74 |
| $0.00 | $683.51 | $12,344.46 |
| $0.00 | $10.38 | $197.22 |
| $0.00 | $75.19 | $1,428.61 |
| $0.00 | $27.60 | $524.40 |
| $0.00 | $1.65 | $31.35 |

| Current | YTD |
|---|---|
| $1,061.69 | $19,165.10 |

$7,523.38   $142,982.22

| | Current | YTD |
|---|---|---|

Federal Income Tax   M 3

OR State Income Tax   M 3
(Residence)

OR State Income Tax (Work)   M 3

**Pay Statement**

Period Start Date   08/25/2019

Period End Date   09/07/2019

Pay Date   09/13/2019

Document   157408

Net Pay   $5,121.50

# Page 1 of 2

STD AR 000058

Subject: FW: Jennifer Mueller-9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


 _____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Friday, September 20, 2019 3:54:13 PM (UTC-05:00) Eastern Time (US
& Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller-9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Wednesday, September 18, 2019 1:05 PM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
Subject: RE: Jennifer Mueller-9005440032 [CONFIDENTIAL]


Hi,


$418.04 per day


From: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
<mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Wednesday, September 18, 2019 12:57 PM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>
Subject: RE: Jennifer Mueller-9005440032 [CONFIDENTIAL]


Thank you,


On the days she worked 4 hours at salary, how much did she make?


Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiBO7a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=p3sH3lTWqVnU7tld7FFAn0P-
Ypx7c1P_XsXn0em0V7Y&s=iNr4cNUWMHu_XDoTWwtBup_oOG6mOg05UNtS-48HtG0&e=>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=p3sH3lTWqVnU7tld7FFAn0P-
Ypx7c1P_XsXn0em0V7Y&s=iNr4cNUWMHu_XDoTWwtBup_o0G6mOg05UNtS-48HtG0&e=>
www.thehartford.com
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.facebook.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=p3sH3lTWqVnU7tld7FFAn0P-
Ypx7c1P_XsXn0em0V7Y&s=61gz54kcT7UvQ2ry8a0ytfFWzeCYqUq1zq061e1961A&e=>
www.facebook.com/thehartford
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.twitter.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=p3sH3lTWqVnU7tld7FFAn0P-
Ypx7c1P_XsXn0em0V7Y&s=C54vy05bbEWLdGzP9CyGGqk-cm0zLRP-Ez7RkTyZs5Q&e=>
www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Wednesday, September 18, 2019 12:53 PM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
<mailto:Chryse.Hausenfluck@thehartford.com> >
Subject: RE: Jennifer Mueller-9005440032 [CONFIDENTIAL]

8/12-9/15?

8/12-4 salary

8/13 4 salary

8/14 4 salary

8/15 4 salary

8/16-0

8/17-0

8/18-0

8/19-0

8/20-0

8/21-0

8/22-0

8/23-0

8/24-0

8/25- 0

8/26- 4 salary

8/27-4 salary

8/29-4 salary

8/30-4 salary

8/31-0

9/1-4

9/2-4

9/5-4

9/6-4

9/7-0

STD AR 000062

9-8-9/15= I'll be able to provide on Monday when we process payroll for
9/8-9/20 dates


From: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Wednesday, September 18, 2019 12:46 PM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>
Subject: RE: Jennifer Mueller-9005440032 [CONFIDENTIAL]


Thank you! When I spoke with her last she mentioned she is still working
part time. Can you please send me her hours from 8/12-9/15?


Thank you,


Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=rSr2oag1WjsL-
JANLigoLeaQ0Pcvg5OQNflQcQUgG5U&s=xltin8C2hHBlP5gV6CJrBty8RDYN3iRo-
F57FbW5kKI&e=>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=rSr2oag1WjsL-
JANLigoLeaQ0Pcvg5OQNflQcQUgG5U&s=xltin8C2hHBlP5gV6CJrBty8RDYN3iRo-
F57FbW5kKI&e=> www.thehartford.com
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.facebook.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=rSr2oag1WjsL-

JANLigoLeaQ0Pcvg5OQNflQcQUgG5U&s=zE0Lhg5xA3QD5EREqUeYKx4H7xB30yD9ikQWJu3K
PMg&e=> www.facebook.com/thehartford
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.twitter.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=rSr2oag1WjsL-JANLigoLeaQ0Pcvg5OQNflQcQUgG5U&s=vIg-
knMVR6rAj2IMJUvom8WDpi5vkEzhPBNfgbX17go&e=> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Wednesday, September 18, 2019 12:44 PM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >; Ashley R Koski
<Ashley.R.Koski@kp.org <mailto:Ashley.R.Koski@kp.org> >
Subject: RE: Jennifer Mueller-9005440032


Hi,


Here is here last paycheck from September.


Thanks,


Jenna

From: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> >
Sent: Wednesday, September 18, 2019 11:47 AM
To: Jenna G Larsen <Jenna.G.Larsen@kp.org <mailto:Jenna.G.Larsen@kp.org>
>; Ashley R Koski <Ashley.R.Koski@kp.org <mailto:Ashley.R.Koski@kp.org> >
Subject: Jennifer Mueller-9005440032


Caution: This email came from outside Kaiser Permanente. Do not open
attachments or click on links if you do not recognize the sender.

    _____

Good afternoon,


I received the medical update from Dr. Mueller's doctor and am ready to
issue her a check for her part time work. Before I do so, can you please
advise if/when she hit the FICA threshold? I don't want to withhold extra
taxes from her check if I don't have to.


Thank you,



Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=iL8kcRkNC_0A6pvfpGfEZwzzEvrSmBiN7lvBVzsikwo&s=qZh8kkb4P8
AbOF6EEK68O0RzNGBUuXRxhtcOGpJ8sjw&e=>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.thehartford.com_&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6

PCFo63idchAOOk&m=iL8kcRkNC_0A6pvfpGfEZwzzEvrSmBiN7lvBVzsikwo&s=qZh8kkb4P8
AbOF6EEK68O0RzNGBUuXRxhtcOGpJ8sjw&e=> www.thehartford.com
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.facebook.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=iL8kcRkNC_0A6pvfpGfEZwzzEvrSmBiN7lvBVzsikwo&s=XZHQ8zicbJ
AQ_Bd2dqPVx7LmTofrgTx4ISJqktTi8_c&e=> www.facebook.com/thehartford
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.twitter.com_thehartford&d=DwMFAg&c=V-
WiB07a9ZG9AUogGPqIYBXfVnjryhYX1W_SjITv1Oo&r=U2PyorWD58Sg6XNw8ydP_cJ6UQYD6
PCFo63idchAOOk&m=iL8kcRkNC_0A6pvfpGfEZwzzEvrSmBiN7lvBVzsikwo&s=Zexpd_-
kVwJQhQGlafu4WLuzFnUfHsHlOID9yP33ptY&e=> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged

information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
************************************************************

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
************************************************************



Business Insurance
Employee Benefits
Auto
Home

STD AR 000068

Subject: FW: Jennifer Mueller-9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


———

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Friday, September 20, 2019 3:54:13 PM (UTC-05:00) Eastern Time (US
& Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Jennifer Mueller-9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

Subject: FW: Contact information- 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____


From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Wednesday, September 18, 2019 3:42:02 PM (UTC-05:00) Eastern Time
(US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Contact information- 9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

From: Jennifer Mueller [mailto:madamezola@gmail.com]
Sent: Wednesday, September 18, 2019 12:28 PM
To: Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com>
Subject: Re: Contact information- 9005440032

Hi Chryse,

I've attached screenshots. Let me know if you can't read them and I'll
fax them over for you.

Jennifer

Sent from my iPhone, so there's probably a bunch of typos and grammatical
errors.

On Sep 18, 2019, at 12:06 PM, Hausenfluck, Chryse (GB and WC Claims)
<Chryse.Hausenfluck@thehartford.com
<mailto:Chryse.Hausenfluck@thehartford.com> > wrote:

Good afternoon,

Thank you for taking my call this afternoon. If you are able to access
you most recent paystub, please email me a copy.

Thank you,

Chryse Hausenfluck
Short Term Disability Analyst

Group Benefits Operation

 <http://www.thehartford.com/> <image001.png>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.


If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you

are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

STD AR 000073



Business Insurance
Employee Benefits
Auto
Home

STD AR 000074

$7,523.38   $142,982.22

| Current | YTD |
|---------|-----|

Federal Income Tax   M 3

OR State Income Tax   M 3
(Residence)

OR State Income Tax (Work)   M 3

**Pay Statement**

Period Start Date   08/25/2019
Period End Date   09/07/2019
Pay Date   09/13/2019
Document   157408
Net Pay   $5,121.50

Page 1 of 2

STD AR 000075

| | Employer | |
|---|---|---|
| YTD | Current | YTD |
| $10.45 | $0.00 | $0.00 |
| $788.88 | $0.00 | $0.00 |
| $41.61 | $0.00 | $0.00 |
| $1,256.28 | $0.00 | $0.00 |
| $903.26 | $872.51 | $16,577.69 |
| $0.00 | $151.89 | $2,743.20 |
| $0.00 | $1.73 | $32.87 |
| $0.00 | $0.46 | $8.74 |
| $0.00 | $683.51 | $12,344.46 |
| $0.00 | $10.38 | $197.22 |
| $0.00 | $75.19 | $1,428.61 |
| $0.00 | $27.60 | $524.40 |
| $0.00 | $1.65 | $31.35 |

| Current | YTD |
|---|---|
| $1,061.69 | $19,165.10 |

Subject: FW: Contact information- 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


    ‐‐‐‐‐

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Wednesday, September 18, 2019 3:42:02 PM (UTC-05:00) Eastern Time
(US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: Contact information- 9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-4    Filed 02/23/23    Page 78 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 16, 2019 10:49:05 AM EDT | KPRFN001 | 192 | 4 | Received |

KPRFN001            9/16/2019 7:45:54 AM  PAGE   1/004    Fax Server



## KAISER PERMANENTE.

---

**To:**  **The Hartford**

Company:

Fax:  918664115613

Phone:


**From:**  **Martin R McCray    ROIS**

Fax:  503-571-2624

Phone:  503-571-5051

E-mail:  Martin.R.Mccray@kp.org

---

**Subject:**

---



## KAISER PERMANENTE.

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD-AR-000078

08-30-19                                                                      7374-59-76

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301
Email: APSupload@thehartford.com



**THE
HARTFORD**

## ATTENDING PHYSICIAN'S STATEMENT - PROGRESS REPORT

### To be completed by the Employee

| Patient Name:   JENNIFER mUELLER | Date of Birth: REDACTED | Insured ID Number: |
|---|---|---|

| Patient Address: (Street, City, State & Zip Code) |
|---|

**To be completed by the Provider  -  Use current information from your patient's most recent office visit or examination to complete this form.**  (The patient is responsible for the completion of this form without expense to the Company.)

### Medical Conditions Impacting Activity

Primary condition:   POSTCONCUSSION SYNDROME
ICD-9 Code: ☐
ICD-10 Code: ☒  F07.81

Secondary condition(s): MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE
ICD-9 Code: ☐
ICD-10 Code(s): ☒  F33.42

Subjective symptoms: Symptoms include fatigue, photophobia, headache, word finding, decreased interest in reading.

Objective Physical Findings (Please include office notes for date(s): _____ to _____
Jennifer is being treated for light sensitivity, impaired reading and screen use, fatigue, decreased concentration and processing speed, concern for convergence insufficiency s/p concussion 3/18/19. Jennifer is making slow steady gains with improved ability to read and use computer before being limited by her symptoms. Moderate improvement with dizziness and nausea during activities. Jennifer will benefit from continued skilled OT intervention to advance visual skills, utilize compensatory strategies, being independent with HEP in order to facilitate graded return to functional activity in order to be able to resume I/ADLs without or with fewer limitations.

### Pertinent Test Results (list all results or attach test results):

Test: _____  Date: _____  Results: _____

Test: _____  Date: _____  Results: _____

Condition(s) Specific Medications, Dosage and Frequency:   (WELLBUTRIN XL) 150 mg , DULOXETINE 30 MG

### TREATMENT PLAN

Current Treatment Plan:  CLINICIAN SUPERVISION, PRESCRIPTION MEDS, PHYSICAL THERAPY ,

REDUCED WORK HOURS OF 4 HOURS PER DAY, 5 DAYS PER WEEK STARTING 10-01-19 THRU 12-31-19

What is the Frequency / Duration of Treatment? AS DIRECTED   Dates of Treatment: 07-31-19, 05-21-19, 05-14-19, 05-08-19
                                                                            05-02-19, 04-29-19, 04-25-19, 04-17-19

First Office Visit for this condition:  03-18-19   Last Office Visit:  07-31-19   Next Scheduled Office Visit:  09-11-19

Has Surgery been performed since last report? ☐ Yes ☒ No   If "Yes," on what Date(s): _____

Procedure(s): _____   CPT Code(s): _____

Was patient hospitalized since last report? ☐ Yes ☒ No   If "Yes," Hospital name and Phone Number: _____

_____   Admission date: _____   Discharge date: _____

Has patient been referred to other physicians? ☐ Yes ☒ No   If "Yes," Date of Referral(s): _____

Other Physician Name _____  Phone Number: (___)____   Specialty: _____

Other Physician Name _____  Phone Number: (___)____   Specialty: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

STD AR 000079

Patient Name: JENNIFER MUELLER          Date of Birth: REDACTED     Insured ID Number:

Please complete this section to the best of your ability. Generalized comments such as "unable to work" may delay your patient's disability benefits.

Based on your most recent medical findings and opinion, address the full range of restrictions/limitations, noting that we will conclude there are no restrictions on function unless specified below.

Restrictions/Limitations based on office visit dated: _____     Expected Return to Work date: _____
In an 8 hour period the patient is able to: (select either continuous or intermittent)

| | Continuously with standard breaks | | Intermittently with standard breaks | If intermittent circle time for each section below | |
|---|---|---|---|---|---|
| | | | | Hours at one time | Total hours/8 hours |
| Sit | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Stand | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Walk | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |

Provide medical findings/rationale for your opinion if patient is unable to continuously sit, stand or walk: _____

| Activity Ability (with normal breaks) | Never 0 hours | Occasionally up to 2.5 hours | Frequently 2.5 to 5.5 hours | Constantly 5.5 to 8 hours | Please indicate diagnosis, symptoms, exam findings, and/or imaging that supports the restrictions/limitations |
|---|---|---|---|---|---|
| Bend at waist | ☐ | ☐ | ☐ | ☐ | |
| Kneel/crouch | ☐ | ☐ | ☐ | ☐ | |
| Climb | ☐ | ☐ | ☐ | ☐ | |
| Balance | ☐ | ☐ | ☐ | ☐ | |
| Drive | ☐ | ☐ | ☐ | ☐ | |
| Lift - Indicate weight in pounds | | lbs. | lbs. | lbs. | |
| Other Restrictions (if any) _____ | ☐ | | | | |

Hand Dominance: ☐ Right  ☐ Left

Upper Extremity Activity (not load bearing) Specify right (R) or left (L) if not bilateral

| | | | | | |
|---|---|---|---|---|---|
| Fine manipulation (fingering, keyboard) | ☐ | ☐ | ☐ | ☐ | |
| Gross manipulation (grip/grasp handle) | ☐ | ☐ | ☐ | ☐ | |
| Reach (extend arms) above shoulder | ☐ | ☐ | ☐ | ☐ | |
| Reach (extend arms) below shoulder at desk or workbench level | ☐ | ☐ | ☐ | ☐ | |

Please attach copies of imaging results/tests

Expected duration of any restriction(s) or limitation(s) listed above: _____
Current Status (Please check one): ☐ Recovered  ☐ Improved  ☒ Unchanged  ☐ Retrogressed
Additional Comments (If Necessary): _____

Does the patient have a psychiatric / cognitive impairment? ☐ Yes  ☒ No   If "Yes," please describe the extent of the impairment and its etiology: _____

In your opinion is the patient competent to endorse checks and direct the use of the proceeds? ☒ Yes  ☐ No

Provider's Name: (please print or type)          EIN Number: REDACTED     License Number:
KATHLEEN M LAUGHLIN, MD

Telephone Number: ( 503 ) 571-5051   Fax Number: ( 503 ) 571-2624   Degree: MD   Specialty: FP

Street Address (Street, City, State & Zip Code): 10220 SE SUNNYSIDE RD, CLACKAMAS, OR 97015

Office Contact and Telephone Number: RELEASE OF INFORMATION 503-571-5051

Provider's Signature: _(signature)_          Date signed: 9/13/2019

KPRFN001          9/16/2019 7:45:54 AM  PAGE   4/004    Fax Server
Sep/13/2019 4:33:36 PM          Kaiser Permanente 5038857377     Page 81 of 131    4/4

Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 81 of 131

201.9040120002G1

## 🪷 KAISER PERMANENTE₀

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

## Authorization for Kaiser Permanente to
## Use/Disclose Protected Health Information

**1** PATIENT: Jennifer E Mueller
NICKNAME / MAIDEN NAME / OTHER:
KP/A THE RECORD NUMBER: 737 459 76
DATE OF BIRTH: 09/08      TELEPHONE NUMBER: 503-217-1161
ADDRESS STREET OR PO NUMBER: 4404 SW Carson St
CITY: Portland   STATE: OR   ZIP: 97219

**2** I authorize Kaiser Permanente to release the following information for: _verification of medical condition qualifying for short term disability_

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford
TITLE (PHYSICIAN, ATTORNEY, ETC.)
PHONE NO.: 866-945-7801
STREET ADDRESS:          CITY:          STATE:   ZIP:

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;   (2) Summarize treatment and/or;   (3) Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
☒ All records
☐ X-ray films (describe):
☒ Other (describe): _Include dental and OHSU records available through Care Everywhere_
☐ Dental Only:

**6** Media Type:    Delivery Preference:
☒ Electronic   ☐ Email/Secure Portal (Email address: _____ )
☐ Paper   ☐ Pickup   ☐ Mail   ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information       _____ HIV/AIDS information

_____ Mental Health information - including provider notes       _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _[signature]_
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE

**10** X 3/29/2019
DATE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

CD34 1736 3.17 Privacy & Security   ©2017 Kaiser Foundation Health Plan of the Northwest

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 82 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 16, 2019 10:49:05 AM EDT | KPRFN001 | 192 | 4 | Received |

KPRFN001              9/16/2019 7:45:54 AM  PAGE   1/004    Fax Server



# KAISER PERMANENTE.

---

**To:**   **The Hartford**
Company:
Fax:   918664115613
Phone:

**From:**   **Martin R McCray   ROIS**
Fax:   503-571-2624
Phone:   503-571-5051
E-mail:   Martin.R.Mccray@kp.org

---

**Subject:**



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD_AR_000082

Subject: FW: DAW Template- Mueller 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Monday, September 2, 2019 6:32:07 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Subject: FW: DAW Template- Mueller 9005440032 [CONFIDENTIAL]




Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



The Hartford® is The Hartford Financial Services Group, Inc. and its
subsidiaries, including underwriting companies Hartford Life and Accident
Insurance Company and Hartford Fire Insurance Company. Home Office is
Hartford, CT. The Hartford is the administrator for certain group
benefits business written by Aetna Life Insurance Company and Talcott
Resolution Life Insurance Company (formerly known as Hartford Life
Insurance Company). The Hartford also provides administrative and claim
services for employer leave of absence programs and self-funded
disability benefit plans.

If you are submitting information for a claim, please email it to
<mailto:informationupload@thehartford.com>
informationupload@thehartford.com or fax it to 866-411-5613.  Please be
sure to include the claimant's name and insured ID number on your
correspondence.

From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Tuesday, August 27, 2019 8:00 AM
To: Jones, Vanessa (GB and WC Claims); Hausenfluck, Chryse (GB and WC
Claims)
Subject: DAW Template- Mueller.xlsx

Hi,

Thank you for helping me look into this. Attached is the template for
Mueller. If you need more information from me please let me know.

Thanks,

Jenna

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.

***********************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
***********************************************************

## Plan Provisions

**Current Weekly Earnings means weekly earnings You receive from:**
1) Your Employer; and
2) any other work for pay or profit;
while You are Disabled and eligible for the Disabled and Working Benefit. Current Weekly Earnings will i
and Commissions and will be pro-rated as necessary.

**Disabled and Working means that You are prevented by:**
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-tim
basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80
Earnings.

**Pre-disability Earnings means Your regular weekly rate of pay from Your Employer, not counting Bonu**
Commissions, in effect during the last full calendar month that You were Actively at Work before You be
Pre-disability Earnings does not include any other fringe benefits or extra compensation. In addition, ea
overtime or on-call hours are not included unless regularly scheduled.
However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per week, including hours from paid vacation, sick time, ov
regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 month
immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.
Pre-disability Earnings includes contributions You make through a salary reduction agreement with the
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Disabled and Working Benefits: How are benefits paid when I am Disabled and Working?**
If, while covered under this benefit, You are Disabled and Working, as defined, the following calculation
determine Your Weekly Benefit:
1) multiply Your Pre-disability Earnings by the Benefit Percentage; and
2) compare the result with the Maximum Benefit; and
3) from the lesser amount deduct Other Income Benefits.
Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your W
Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Yo
Benefit by the amount of the excess.
Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

nclude Bonuses

e or limited duty
)% of Your Predisability

uses and
ecame Disabled.
rnings from

ertime (if
n period
:

Employer to:

will be used to

Veekly Benefit and
our Weekly

Name:    **Jennifer E Mueller**

| | |
|---|---|
| Date of Disability: | 3/18/2019 |
| Benefit Effective Date: | 3/25/2019 |
| Date Ill Bank (sick pay) Expired: | 3/22/2019 |
| Date of Partial Return to Work: | 5/20/2019 |
| Date of Full Return to Work: | |

**Documentation of Earnings Received after Ill Bank Expiration**

| Pay Period | Number of hours worked | Gross Pay | less Vacation* | Calculated Earnings |
|---|---|---|---|---|
| 7/28-8/10 | 40 | $7,683.65 | $2,403.73 | $5,279.92 |
| 7/14-7/27 | 40 | $7,683.65 | $3,344.32 | $4,339.33 |
| 6/30-7/13 | 36 | $8,018.11 | $2,090.20 | $5,927.91 |
| 6/16-6/29 | 40 | $7,683.65 | $2,508.24 | $5,175.41 |
| 6/2-6/15 | 36 | $7,683.65 | $2,926.28 | $4,757.37 |
| 5/19-6/1 | 29 | $7,683.65 | $2,821.77 | $4,861.88 |
| 5/5-5/18 | 0 | $3,255.30 | $2,194.71 | $1,060.59 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

*Vacation time is subtracted if earned prior to the Date of Disability*

STD AR 000087

Name:
Class:
Benefit %
Pay Basis:

Pre Disability Earnings:
Weekly Benefit Amount:

| | |
|---|---|
| For the pay period | 7/28-8/10 |
| Total Days in pay period | 14 |
| Weekly Earnings: | |
| Percentage: | #DIV/0! |
| Weekly Benefit + CWE: | $0.00 |
| Weekly Offset is the Excess: | $0.00 |

STD AR 000088

Subject: FW: DAW Template- Mueller 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Hausenfluck, Chryse (GB and WC Claims)
Sent: Monday, September 2, 2019 6:32:07 PM (UTC-05:00) Eastern Time (US & Canada)
To: informationupload (GB and WC Claims)
Subject: FW: DAW Template- Mueller 9005440032 [CONFIDENTIAL]


Chryse Hausenfluck
Short Term Disability Analyst
Group Benefits Operation

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

W: (800) 549-6514 ext. 2303794
F: (866) 411-5613

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford


The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

Subject: FW: Jennifer Muller [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Jones, Vanessa (GB and WC Claims)
Sent: Thursday, June 20, 2019 4:08:10 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Cc: Bergeson, Jen (GB and WC Claims)
Subject: FW: Jennifer Muller [CONFIDENTIAL]


Insured id 9005440032


Please let me know if you need anything else to process.



Vanessa Jones

Specialist, Claim Customer Support
Commercial Markets - Group Benefit Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
W: 407-562-3197
F: 855-286-6884

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



        Visit us online at  <http://www.employerview.com/>
www.employerview.com for real-time, on demand claim status

        Preserve. Protect. Prevail. With The Hartford.SM



The Hartford® is underwriting companies Hartford Life and Accident
Insurance Company and Hartford Life Insurance Company.

From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Thursday, June 20, 2019 12:21 PM
To: Jones, Vanessa (GB and WC Claims)
Subject: FW: Jennifer Muller


Hi Vanessa,


Here is the updated excel chart.


Thanks,


Jenna


From: Jenna G Larsen
Sent: Monday, June 17, 2019 3:03 PM
To: Jones, Vanessa (GB and WC Claims) <vanessa.jones1@thehartford.com>
Subject: Jennifer Muller


Hi Vanessa,


I'll be able to provide the last two weeks of pay this Wednesday. Payroll
is still in the middle of being processed. I do show how many hours she
has worked, but the gross pay I can show on Wednesday.


Thanks,


Jenna


From: Jenna G Larsen
Sent: Monday, June 10, 2019 7:02 AM

To: Bergeson, Jen (GB and WC Claims) <Jennifer.Bergeson@thehartford.com
<mailto:Jennifer.Bergeson@thehartford.com> >
Subject: DAW Template (002).xlsx

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-
mail, you are prohibited from sharing, copying, or otherwise using or
disclosing its contents.  If you have received this e-mail in error,
please notify the sender immediately by reply e-mail and permanently
delete this e-mail and any attachments without reading, forwarding or
saving them.  Thank you.


*************************************************************
This communication, including attachments, is for the exclusive use of
addressee and may contain proprietary, confidential and/or privileged
information.  If you are not the intended recipient, any use, copying,
disclosure, dissemination or distribution is strictly prohibited.  If you
are not the intended recipient, please notify the sender immediately by
return e-mail, delete this communication and destroy all copies.
*************************************************************

Plan Provisions

**Current Weekly Earnings means weekly earnings You receive from:**
1) Your Employer; and
2) any other work for pay or profit;
while You are Disabled and eligible for the Disabled and Working Benefit. Current Weekly Earnings will i
and Commissions and will be pro-rated as necessary.

**Disabled and Working means that You are prevented by:**
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-tim
basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80
Earnings.

**Pre-disability Earnings means Your regular weekly rate of pay from Your Employer, not counting Bonu**
Commissions, in effect during the last full calendar month that You were Actively at Work before You be
Pre-disability Earnings does not include any other fringe benefits or extra compensation. In addition, ea
overtime or on-call hours are not included unless regularly scheduled.
However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per week, including hours from paid vacation, sick time, ov
regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 montl
immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.
Pre-disability Earnings includes contributions You make through a salary reduction agreement with the
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Disabled and Working Benefits: How are benefits paid when I am Disabled and Working?**
If, while covered under this benefit, You are Disabled and Working, as defined, the following calculation
determine Your Weekly Benefit:
1) multiply Your Pre-disability Earnings by the Benefit Percentage; and
2) compare the result with the Maximum Benefit; and
3) from the lesser amount deduct Other Income Benefits.
Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your W
Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Yo
Benefit by the amount of the excess.
Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

nclude Bonuses

e or limited duty
)% of Your Predisability

uses and
ecame Disabled.
rnings from

ertime (if
n period
:

Employer to:

will be used to

Veekly Benefit and
our Weekly

Name:    Jennifer E Mueller

| | |
|---|---|
| Date of Disability: | 5/19/2019 |
| Benefit Effective Date: | |
| Date Ill Bank (sick pay) Expired: | 6/3/2018 |
| Date of Partial Return to Work: | 5/20/2019 |
| Date of Full Return to Work: | |

**Documentation of Earnings Received after Ill Bank Expiration**

| Pay Period | Number of hours worked | Gross Pay | less Vacation* | Calculated Earnings |
|---|---|---|---|---|
| 6/2-6/15 | 44 | $7,683.65 | $2,926.28 | $4,757.37 |
| 5/19-6/1 | 37 | $7,683.65 | $2,403.73 | $5,279.92 |
| 5/5-5/18 | 8 | $3,255.30 | $1,567.65 | $1,687.65 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

*Vacation time is subtracted if earned prior to the Date of Disability*

Name:
Class:
Benefit %
Pay Basis:

Pre Disability Earnings:
Weekly Benefit Amount:

For the pay period  5/19-6/1
Total Days in pay period            14
Weekly Earnings:
Percentage:      #DIV/0!
Weekly Benefit + CWE:      $0.00
Weekly Offset is the Excess:      $0.00

STD AR 000096

Subject: FW: Jennifer Muller [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


———

From: Jones, Vanessa (GB and WC Claims)
Sent: Thursday, June 20, 2019 4:08:10 PM (UTC-05:00) Eastern Time (US &
Canada)
To: informationupload (GB and WC Claims)
Cc: Bergeson, Jen (GB and WC Claims)
Subject: FW: Jennifer Muller [CONFIDENTIAL]


Insured id 9005440032


Please let me know if you need anything else to process.



Vanessa Jones

Specialist, Claim Customer Support
Commercial Markets – Group Benefit Claims

 <http://www.thehartford.com/>


The Hartford Financial Services Group, Inc.
W: 407-562-3197
F: 855-286-6884

 <http://www.thehartford.com/> www.thehartford.com
 <http://www.facebook.com/thehartford> www.facebook.com/thehartford
 <http://www.twitter.com/thehartford> www.twitter.com/thehartford



        Visit us online at  <http://www.employerview.com/>
www.employerview.com for real-time, on demand claim status

        Preserve. Protect. Prevail. With The Hartford.SM



The Hartford® is underwriting companies Hartford Life and Accident
Insurance Company and Hartford Life Insurance Company.

Subject: FW: Jennifer Muller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Jones, Vanessa (GB and WC Claims)
Sent: Tuesday, June 18, 2019 4:45:13 PM (UTC-05:00) Eastern Time (US & Canada)
To: Bergeson, Jen (GB and WC Claims)
Cc: informationupload (GB and WC Claims)
Subject: FW: Jennifer Muller - 9005440032 [CONFIDENTIAL]


From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Monday, June 17, 2019 6:03 PM
To: Jones, Vanessa (GB and WC Claims)
Subject: Jennifer Muller


Hi Vanessa,


I'll be able to provide the last two weeks of pay this Wednesday. Payroll is still in the middle of being processed. I do show how many hours she has worked, but the gross pay I can show on Wednesday.


Thanks,


Jenna


From: Jenna G Larsen
Sent: Monday, June 10, 2019 7:02 AM
To: Bergeson, Jen (GB and WC Claims) <Jennifer.Bergeson@thehartford.com>
Subject: DAW Template (002).xlsx

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.


*************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
*************************************************************

## Plan Provisions

**Current Weekly Earnings means weekly earnings You receive from:**
1) Your Employer; and
2) any other work for pay or profit;
while You are Disabled and eligible for the Disabled and Working Benefit. Current Weekly Earnings will i
and Commissions and will be pro-rated as necessary.

**Disabled and Working means that You are prevented by:**
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-tim
basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80
Earnings.

**Pre-disability Earnings means Your regular weekly rate of pay from Your Employer, not counting Bonu**
Commissions, in effect during the last full calendar month that You were Actively at Work before You be
Pre-disability Earnings does not include any other fringe benefits or extra compensation. In addition, ea
overtime or on-call hours are not included unless regularly scheduled.
However, if You are an hourly paid Employee, Pre-disability Earnings means the product of:
1) the average number of hours You worked per week, including hours from paid vacation, sick time, ov
regularly scheduled) and other paid time off, not including on-call hours, over the most recent 12 month
immediately prior to the last day You were Actively at Work before You became Disabled, multiplied by:
2) Your hourly wage in effect on the last day You were Actively at Work before You became Disabled.
Pre-disability Earnings includes contributions You make through a salary reduction agreement with the I
1) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
2) an executive non-qualified deferred compensation arrangement; or
3) a salary reduction arrangement under an IRC Section 125 plan,
for the same period as above.

**Disabled and Working Benefits: How are benefits paid when I am Disabled and Working?**
If, while covered under this benefit, You are Disabled and Working, as defined, the following calculation
determine Your Weekly Benefit:
1) multiply Your Pre-disability Earnings by the Benefit Percentage; and
2) compare the result with the Maximum Benefit; and
3) from the lesser amount deduct Other Income Benefits.
Current Weekly Earnings will not be used to reduce Your Weekly Benefit. However, if the sum of Your W
Your Current Weekly Earnings exceeds 100% of Your Pre-disability Earnings, the Employer will reduce Yo
Benefit by the amount of the excess.
Days which You are Disabled and Working may be used to satisfy the Benefits Commence Period.

STD AR 000100

nclude Bonuses

e or limited duty
)% of Your Predisability

ases and
ecame Disabled.
rnings from

ertime (if
n period
:

Employer to:

will be used to

Veekly Benefit and
our Weekly

Name:    Jennifer E Mueller

Date of Disability:    5/19/2019
Benefit Effective Date:
Date Ill Bank (sick pay) Expired:    6/3/2018
Date of Partial Return to Work:    5/20/2019
Date of Full Return to Work:

## Documentation of Earnings Received after Ill Bank Expiration

| Pay Period | Number of hours worked | Gross Pay | less Vacation* | Calculated Earnings |
|---|---|---|---|---|
| 5/19-6/1 | 37 | $7,683.65 | $2,403.73 | $5,279.92 |
| 5/5-5/18 | 8 | $3,255.30 | $1,567.65 | $1,687.65 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

*Vacation time is subtracted if earned prior to the Date of Disability*

STD AR 000102

Name:
Class:
Benefit %
Pay Basis:

Pre Disability Earnings:
Weekly Benefit Amount:

For the pay period  5/19-6/1
Total Days in pay period                14
Weekly Earnings:
Percentage:          #DIV/0!
Weekly Benefit + CWE:          $0.00
Weekly Offset is the Excess:          $0.00

Subject: FW: Jennifer Muller - 9005440032 [CONFIDENTIAL]
From: informationupload@thehartford.com
To: shared.eligib@hartfordlife.com


_____

From: Jones, Vanessa (GB and WC Claims)
Sent: Tuesday, June 18, 2019 4:45:13 PM (UTC-05:00) Eastern Time (US &
Canada)
To: Bergeson, Jen (GB and WC Claims)
Cc: informationupload (GB and WC Claims)
Subject: FW: Jennifer Muller - 9005440032 [CONFIDENTIAL]




From: Jenna G Larsen [mailto:Jenna.G.Larsen@kp.org]
Sent: Monday, June 17, 2019 6:03 PM
To: Jones, Vanessa (GB and WC Claims)
Subject: Jennifer Muller


Hi Vanessa,


I'll be able to provide the last two weeks of pay this Wednesday. Payroll
is still in the middle of being processed. I do show how many hours she
has worked, but the gross pay I can show on Wednesday.


Thanks,


Jenna


From: Jenna G Larsen
Sent: Monday, June 10, 2019 7:02 AM
To: Bergeson, Jen (GB and WC Claims) <Jennifer.Bergeson@thehartford.com>
Subject: DAW Template (002).xlsx

STD AR 000104

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 105 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| May 6, 2019 4:51:49 PM EDT | KPRFC001 | 233 | 5 | Received |

KPRFC001          5/6/2019 1:48:02 PM   PAGE   1/005    Fax Server



### To: **Hartford**
Company: Hartford
Fax: 918664115613
Phone:

### From: **Brandie Sims, ROI Trainer; KPNW ROI Dept**
Fax: 855-414-2792
Phone: 503-571-5083
E-mail: Brandie.M.Sims@kp.org

## Subject:



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD CAR 000105

Please fax the completed form to:
Fax Number: 866-411-5613
The Hartford
P.O.Box 14301
Lexington, KY 40512-4301
Email: APSupload@thehartford.com

HR# 7374-59-76


THE HARTFORD

## ATTENDING PHYSICIAN'S STATEMENT - PROGRESS REPORT

**To be completed by the Employee**

| Patient Name: | Date of Birth: | Insured ID Number: |
|---|---|---|
| Jennifer Mueller | **REDACTED** | 9005440032 |

Patient Address: (Street, City, State & Zip Code)

4404 SW Carson St Portland, OR 97219

**To be completed by the Provider - Use current information from your patient's most recent office visit or examination to complete this form.** (The patient is responsible for the completion of this form without expense to the Company.)

### Medical Conditions Impacting Activity

Primary condition: Post-concussion Syndrome
ICD-9 Code: ☐
ICD-10 Code: ☒ F07.81

Secondary condition(s): Nausea; Visual Disturbance; Cognitive Linguistic Dysfunction
ICD-9 Code: ☐
ICD-10 Code(s): ☒ R11.0;H53.9;R41.841

Subjective symptoms: ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over.

Objective Physical Findings (Please include office notes for date(s): _____ to _____

Hallpike produces vertigo and brief nystagmus with left ear dependant

II-12 intact to bedside exam except esophoria OD

Pertinent Test Results (list all results or attach test results):

| Test: | Date: | Results: |
|---|---|---|
| Test: | Date: | Results: |

Condition(s) Specific Medications, Dosage and Frequency:

Symmetrel 100 mg ; Desyrel 100 mg

## TREATMENT PLAN

Current Treatment Plan: Clinician Supervision, Rest, Prescription Medication, PT, ST, OT, Eye Care, PHY, ENT

Unable to work 3/18 to 5/19/19, then Reduced Work hours of 4 hrs per day, 4 days per week 5/20-6/2/19

What is the Frequency / Duration of Treatment? weekly     Dates of Treatment: 4/29,4/25,4/18 Telephone, 4/17,4/11

First Office Visit for this condition: 03/18/19     Last Office Visit: 05/02/19     Next Scheduled Office Visit: 05/21/19

Has Surgery been performed since last report: ☐ Yes ☒ No   If "Yes," on what Date(s): _____

Procedure(s): _____     CPT Code(s): _____

Was patient hospitalized since last report? ☐ Yes ☒ No   If "Yes," Hospital name and Phone Number: _____

Admission date: _____     Discharge date: _____

Has patient been referred to other physicians? ☐ Yes ☒ No   If "Yes," Date of Referral(s): _____

Not anyone new since last form

Other Physician Name _____     Phone Number: ( )     Specialty: _____

Other Physician Name _____     Phone Number: ( )     Specialty: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

STD AR 000106

LC-7137.11                    Page 1 of 2                    08/2016

**REDACTED**

Patient Name: _Mueller, Jennifer_          Date of Birth: _____    Insured ID Number: _____

Please complete this section to the best of your ability. Generalized comments such as "unable to work" may delay your patient's disability benefits.

Based on your most recent medical findings and opinion, address the full range of restrictions/limitations, noting that we will conclude there are no restrictions on function unless specified below.

Restrictions/Limitations based on office visit dated: _05/02/19_    Expected Return to Work date: _05/20/19_

In an 8 hour period the patient is able to:  (select either continuous or intermittent)

| | Continuously with standard breaks | | Intermittently with standard breaks | If intermittent circle time for each section below | |
|---|---|---|---|---|---|
| | | | | Hours at one time | Total hours/8 hours |
| Sit | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Stand | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Walk | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |

Provide medical findings/rationale for your opinion if patient is unable to continuously sit, stand or walk:
   See DX

| Activity Ability (with normal breaks) | Never 0 hours | Occasionally up to 2.5 hours | Frequently 2.5 to 5.5 hours | Constantly 5.5 to 8 hours | Please indicate diagnosis, symptoms, exam findings, and/or imaging that supports the restrictions/limitations |
|---|---|---|---|---|---|
| Bend at waist | ☐ | ☐ | ☐ | ☐ | |
| Kneel/crouch | ☐ | ☐ | ☐ | ☐ | |
| Climb | ☐ | ☐ | ☐ | ☐ | |
| Balance | ☐ | ☐ | ☐ | ☐ | |
| Drive | ☐ | ☐ | ☐ | ☐ | |
| Lift – Indicate weight in pounds | | _____ lbs. | _____ lbs. | _____ lbs. | |
| Other Restrictions (if any) | ☐ | ☐ | ☐ | ☐ | |

Hand Dominance: ☐ Right   ☐ Left

**Upper Extremity Activity (not load bearing)  Specify right (R) or left (L) if not bilateral**

| | | | | |
|---|---|---|---|---|
| Fine manipulation (fingering, keyboard) | ☐ | ☐ | ☐ | ☐ |
| Gross manipulation (grip/grasp, handle) | ☐ | ☐ | ☐ | ☐ |
| Reach (extend arms) above shoulder | ☐ | ☐ | ☐ | ☐ |
| Reach (extend arms) below shoulder at desk or workbench level | ☐ | ☐ | ☐ | ☐ |

Please attach copies of imaging results/tests

Expected duration of any restriction(s) or limitation(s) listed above: _____

Current Status (Please check one):  ☐ Recovered   ☒ Improved   ☐ Unchanged   ☐ Retrogressed

Additional Comments (If Necessary): _May work 4 hours per day, 4 days a week from  05/20-06/2/19_

Does the patient have a psychiatric / cognitive impairment? ☒ Yes  ☐ No    If "Yes," please describe the extent of the impairment and its etiology: _Mild Cognitive Impairment_

In your opinion is the patient competent to endorse checks and direct the use of the proceeds?  ☐ Yes  ☐ No

Provider's Name: (please print or type)                                    EIN Number:                    License Number:
Abstracted by Brandie Sims on behalf of Kathleen M Laughlin, MD **REDACTED**          MD168044

Telephone Number:      Fax Number:           Degree:              Specialty:
(503) 571-5051        (503) 571-2624           MD                    FP

Street Address (Street, City, State & Zip Code):
10220 SE Sunnyside Rd Clackamas, OR 97015

Office Contact and Telephone Number:

Brandie M Sims  Digitally signed by Brandie M
ROI Trainer     Sims ROI Trainer
                Date: 2019.05.06 13:46:54
                -07'00'

Provider's Signature: _____                    Date signed: _____          STD-AR-000107



Kathleen M. Laughlin, MD
19185 Sw 90th Ave
Tualatin OR 97062
503-813-2000

**Patient Name:** Mueller,Jennifer E
**Patient Address:** 4404 SW CARSON ST
                    PORTLAND, OR 97219
**Encounter Date:** 5/6/2019

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**Reason for Off Work:** Incapacitating Injury or Pain
**Off Work**
This patient is placed off work from 3/18/2019 through 5/19/2019

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 5/20/2019 through 6/2/2019.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**This patient's activity is modified as follows:**
Allowed to:
- Work no more than 4 hour(s) per workday.

**Other needs and/or restrictions:**
May work 4 hours per day, 4 days a week from 05/20/19 through 06/02/19

**Full Duty:**
The patient was evaluated and deemed able to return to work at full capacity on 6/3/2019

This form has been electronically signed and authorized by Kathleen M. Laughlin, MD

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

201904012000261

### 🜲 KAISER PERMANENTE.

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

## Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**1** | **PATIENT** Jennifer E Mueller

NICKNAME / MAIDEN NAME / OTHER:

HEALTH RECORD NUMBER 737459 76

DATE OF BIRTH (MO/DAY/YR) 09/08/ [REDACT]   TELEPHONE NUMBER 503-217-9 [REDA]

ADDRESS STREET OR BOX NUMBER 4404 SW Carson St

CITY Portland   STATE OR   ZIP + 4 97219

**2** I authorize Kaiser Permanente to release the following information for: *verification of medical condition qualifying for short term disability*

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford

TITLE (PHYSICIAN, ATTORNEY, ETC.):

PHONE NO. 866-945-7801

STREET ADDRESS:   CITY:   STATE:   ZIP:

**4** The purpose or need for the exchange and disclosure of this information is to:

1. Facilitate treatment;   (2) Summarize treatment and/or;   (3.) Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
- ☒ All records
- ☐ X-ray films (describe): _____
- ☒ Other (describe): Include dental and OHSU records available through CareEverywhere
- ☐ Dental Only: _____

**6** Media Type:   Delivery Preference:
- ☒ Electronic   ☐ Email/Secure Portal (Email address: _____ )
- ☐ Paper   ☐ Pickup   ☐ Mail   ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information   _____ HIV/AIDS information

_____ Mental Health information - including provider notes   _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign this authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____   **10** X 3/29/2019
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE   DATE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

CC04 1736 3-17 Privacy & Security 🜂   ©2017 Kaiser Foundation Health Plan of the Northwest

STD AR 000109

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-4    Filed 02/23/23    Page 110 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 6, 2019 4:51:49 PM EDT | KPRFC001 | 233 | 5 | Received |

KPRFC001           5/6/2019 1:48:02 PM  PAGE   1/005    Fax Server



## KAISER PERMANENTE®

**To:** **Hartford**
Company: Hartford
Fax: 918664115613
Phone:

**From:** **Brandie Sims, ROI Trainer; KPNW ROI Dept**
Fax: 855-414-2792
Phone: 503-571-5083
E-mail: Brandie.M.Sims@kp.org

**Subject:**



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD_AR_000110

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB    Document 14-4    Filed 02/23/23    Page 111 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 18, 2019 1:24:50 PM EDT | KPRFC003 | 438 | 12 | Received |

KPRFC003                4/18/2019 10:17:38 AM  PAGE  1/012   Fax Server



**KAISER PERMANENTE**®

**To:** **THE HARTFORD ATTN JEN BERGESON**

Company:

Fax: 91866-411-5613

Phone:

**From:** **Monica McGee-Stopper**

Fax:

Phone:

E-mail: erin.m.kepfer@kp.org

**Subject:**



**KAISER PERMANENTE**®

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD AR 000111

From:    Bergeson, Jennifer (GB and UC Claims)
Date Sent:      Thu, 04 Apr 2019 12:44:17 -07:00
To:      NU.ROI@kp.org
Subject:      (PHI)NUPerm MD Form [CONFIDENTIAL]
Attachments:   aps_progress_report_lc-7137_10.pdf; JENNIFER E MUELLER 9005440032.pdf

Caution: This email came from outside Kaiser Permanente. Do not open attachments or click on links if you do not recognize the sende

---

***ATHORIZATION ATTACHED***

JENNIFER E MUELLER, DOB REDACTED  Kaiser Med rec# 73745976 - Twallaton office

Please send all records from 3/18/19 through present from treating provider: DR. KATHLEEN LAUGHLIN

Please have Physician complete attached form.


PLEASE FAX BACK TO 866-411-5613 include Insured ID # 9005440032


Jen Bergeson
Sr. Ability Analyst
Short Term Disability, Group Benefits Claims
Normal Business Hours: M-F 7am to 3:30pm EST

[The Hartford]<https://www.thehartford.com/>

The Hartford Financial Services Group, Inc.
PO Box 14302
Lexington, KY 40512-4302

U: 800-707-5333 ext. 2308113
F 866-411-5613 (Please include Insured ID # on all correspondence)
jennifer.bergeson@thehartford.com<mailto:jennifer.bergeson@thehartford.com>


[2016 World's Most Ethical Companies]

Named one of the World's Most Ethical Companies for the 9th time by the Ethisphere(r) Institute.

www.thehartford.com<https://www.thehartford.com/>
www.facebook.com/thehartford<https://www.facebook.com/thehartford>
twitter.com/thehartford<https://twitter.com/thehartford>



************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or pr
************************************************************

201.90401.2000261

**KAISER PERMANENTE.**

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

**1** | PATIENT: Jennifer E Mueller

NICKNAME / MAIDEN NAME / OTHER:

HEALTH RECORD NUMBER: 737459716

DATE OF BIRTH (MO/DAY/YR): 09/08/    REDACTED

TELEPHONE NUMBER: 503-217-4161

ADDRESS STREET OR BOX NUMBER: 4464 SW Corson St

CITY: Portland    STATE: OR    ZIP+4: 97219

## Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**2** I authorize Kaiser Permanente to release the following information for: *verification of medical condition qualifying for short term disability*

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford

TITLE (PHYSICIAN, ATTORNEY, ETC.): ___

PHONE NO.: 866-945-7801

STREET ADDRESS:          CITY:          STATE:          ZIP:

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;    (2) Summarize treatment and/or;    (3.) Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
- ☒ All records
- ☐ X-ray films (describe): ___
- ☒ Other (describe): *Include dental and OHSU records available through CareEverywhere*
- ☐ Dental Only: ___

**6** Media Type:
- ☒ Electronic    Delivery Preference: ☐ Email/Secure Portal (Email address: ___ )
- ☐ Paper    ☐ Pickup    ☐ Mail    ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

_____ Drug/Alcohol diagnosis, treatment or referral information    _____ HIV/AIDS information

_____ Mental Health information – including provider notes    _____ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign this authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _____
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE

X _____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

**10** X 3/29/2019
DATE

CD34 1756 1:17 Privacy & Security    ©2017 Kaiser Foundation Health Plan of the Northwest

 **KAISER PERMANENTE.**

Kaiser Foundation Health Plan of the Northwest
Toll Free: (800) 813-2000

**RELEASE OF INFORMATION DEPARTMENT**
Telephone: **(503) 571-5051** / Fax: (503) 571-2624

4/18/2019

THE HARTFORD
PO BOX 14302
LEXINGTON KY 40512-4302

RE:    **JENNIFER E MUELLER [7374-59-76]**
                          ATTENTION

❑ This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

❑ It is the policy of Kaiser Permanente to require a specific authorization for certain confidential information.  This authorization was not provided, therefore some information has not been included.

☒ Enclosed is the patient's health information  you have requested.  The enclosed information is all that is releasable by law and is not for redisclosure.  Sensitive information has not been included unless specifically requested and authorized.

❑ This information is not to be redisclosed without the express authorization of the patient.

❑ There are no records for this patient within the time frame you have requested.

❑ Patient is deceased.  If you are still in need of records please re-submit your request with the proper Personal Representation paperwork.

❑ Information requested for third party liability claim.

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E     **REDACTED**
MRN: 7374-59-76, DOB:          Sex: F

## Office Visit
### 3/22/2019

### Encounter Information

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/22/2019 1:00 PM | Laughlin, Kathleen M, MD | Tua-Fp | 949376557 | TUA |

### Reason for Visit

| **HOSPITAL FOLLOW UP** | bicycle accident 3/18/19 |
|---|---|

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary | F07.81 |  |
| **SCREENING MAMMOGRAM FOR BREAST CANCER** | Z12.31 |  |
| **FACIAL BONE FX, INIT** | S02.92XA |  |
| **VERTIGO** | R42 |  |
| **RIGHT SHOULDER JOINT PAIN** | M25.511 |  |
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL PATTERN** | F33.42 |  |

### Progress Notes

Laughlin, Kathleen M, MD at 3/22/2019 8:20 PM

    Status   Signed

S> 46 yrs female here for evaluation of:
Chief Complaint
Patient presents with

- HOSPITAL FOLLOW UP
    *bicycle accident 3/18/19*

Bike versus bike accident 3-18 - another bike T-boned her bike and she flew off bike landing on face the right side of body - loss of consciousness at scene, quite a bit of amnesia in the hours after the accident - transported to OHSU for further evaluation - diagnosed with concussion, right maxillary fracture, contusions. Kept overnight for observation.

Postconcussion syndrome - still very tired, notes decreased concentration. " decreased brain power"  Couldn't knit easily today.  Continues to have vertigo, especially movement related.  Worse when rolling over in bed. Taking Meclizine regularly which seems to help with vertigo.  Walking around by herself.  Patient wonders about postconcussion program - we discussed that many patients have symptoms for first 6 weeks, but tend to do quite well after that point

Some headaches in the evening.  Taking a fair amount of Aleve.

Right shoulder - quite bruised - one spot is quite tender to palpation but has good range of motion of right shoulder - doesn't think it's broken

Depression - patient started taking husband's Cymbalta 30 mg several weeks ago because of persistent depression  - notes marked improvement in symptoms - seems to be a bit more antsy on both the Wellbutrin and Cymbalta - wants to decrease Wellbutrin to 150 mg

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E    **REDACTED**
MRN: 7374-59-76, DOB:        Sex: F

### Progress Notes (continued)

#### Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM (continued)

| | |
|---|---|
| 1. How often do you have a drink containing alcohol? | 2) 2 to 4 times a month |
| 2. How many drinks containing alcohol do you have on a typical day when you are drinking? | 0) 0 to 2 |
| 3. How often do you have four or more drinks on one occasion? | 0) Never |
| 4. How often during the last year have you found that you were not able to stop drinking once you had started? | 0) Never |
| 5. How often during the last year have you failed to do what was normally expected from you because of drinking? | 0) Never |
| 6. How often during the last year have you needed a first drink in the morning to get yourself going after a heavy drinking session? | 0) Never |
| 7. How often during the last year have you had a feeling of guilt or remorse after drinking? | 0) Never |
| 8. How often during the last year have you been unable to remember what happened the night before because you had been drinking? | 0) Never |
| 9. Have you or someone else been injured as a result of your drinking? | 0) No |
| 10. Has a relative or friend or a doctor or another health worker been concerned about your drinking or suggested you cut down? | 0) No |
| Record total of specific items here | 2 |

Alcohol - drinks 1-2 drinks a few times monthly

**Active Medications as of 03/22/2019:**
**CLINDAMYCIN HCL 150 MG ORAL CAP,  Sig: Take 3 capsules by mouth every 8 hours for 4 days**
**CHLORHEXIDINE GLUCONATE 0.12 % MM MOUTHWASH,  Sig: Take 15ml by mouth two times daily.**
**Swish undiluted oral rinse around in mouth for 30 seconds, then spit. Do not swallow.**
**LEVOTHYROXINE 100 MCG ORAL TAB,  Sig: Take 1 tablet by mouth 1 time a day on an empty stomach**
**for thyroid hormone replacement**
**BUPROPION 300 MG (XL) ORAL 24HR SR TAB,  Sig: Take 1 tablet by mouth daily**


Problem List reviewed.yes

**Habits:**
Social History

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

O>    Young Caucasian female , no acute distress

STD AR 000116   Page 2

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E          **REDACTED**
MRN: 7374-59-76, DOB:          Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 3/22/2019  6:20 PM (continued)

BP 97/72 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult)  | Pulse 88  | Temp 97.9 °F (36.6 °C) (Oral)  | Resp 16  | Ht 5' 7.5" (1.715 m)  | Wt 168 lb 6.4 oz (76.4 kg)  | LMP 01/08/2019 | SpO2 100%  | BMI 25.99 kg/m²

Exam: General appearance: alert, well appearing, and in no distress
Mental status: alert, oriented to person, place, and time
Eyes: pupils equal and reactive, extraocular eye movements intact, subconjunctival hemorrhage noted right eye
Neurological: alert, oriented, normal speech, no focal findings or movement disorder noted, screening mental status exam normal, cranial nerves II through XII intact, moves all 4 extremities equally
Musculoskeletal: abnormal exam of right shoulder/ clavicle - tenderness to palpation over right AC joint
Skin: bruised over right side of face
Psych - appropriate, articulate, no evidence of thought disorder


**A/P>**

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: fatigue, vertigo, decreased concentration  - already improving
Plan: REFERRAL THERAPY, SPEECH AND LANGUAGE, REFERRAL
    PHYSIATRY, CHART REVIEW
We discussed that current symptoms will likely improve over next 6 weeks


(Z12.31) SCREENING MAMMOGRAM FOR BREAST CANCER
Comment: due for screening
Plan: MAMMOGRAPHY, SCREENING DIRECT DIGITAL IMAGE,
    BILATERAL, ALL VIEWS


(S02.92XA) FACIAL BONE FX, INIT
Comment: minimal discomfort
Plan:gave patient copy of referral / follow up with trauma surgeon


(R42) VERTIGO
Comment: positional
Plan: REFERRAL PHYSICAL THERAPY SPECIALTY SERVICES,
    REFERRAL PHYSIATRY, CHART REVIEW
    Try ginger tablets / may be able to wean Meclizine ( likely contributing some to fatigue )


(M25.511) RIGHT SHOULDER JOINT PAIN
Comment: suspect sprain of R AC joint
Plan: XR RIGHT CLAVICLE COMPLETE


(F33.42) MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, IN FULL REMISSION W SEASONAL PATTERN

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E          **REDACTED**
MRN: 7374-59-76, DOB:          Sex: F

Progress Notes (continued)

Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM (continued)

Comment: improved with addition of Cymbalta
Plan: DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap
    Wean Wellbutrin - alternate 150 and 300 mg every other day for 1-2 weeks, then take 150 mg daily
Call if problems
Telephone appointment or video visit in ~ 1 month

Electronically signed by Laughlin, Kathleen M, MD at 3/22/2019  8:20 PM

Nursing Notes

Ramirez, April, MA at 3/22/2019  1:12 PM

    Status:  Signed

Home Phone    503-217-9161
Work Phone    999-999-9999
Mobile    503-217-9161
Home Phone    218-428-0953
BP Method: dinamap
Weight: without shoes
Estimated body mass index is 25.99 kg/m² as calculated from the following:
  Height as of this encounter: 5' 7.5" (1.715 m).
  Weight as of this encounter: 168 lb 6.4 oz (76.4 kg).
Medications Reviewed: Yes
Patient Prefers: mail order pharmacy
Patient Support Tool Reviewed: The following care gaps have been identified: • AUDIT screening (office visit in-reach only)
• Mammogram.
Visit preparation completed, including updating Care Everywhere outside medical records.

April Ramirez, MA

Vitals

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                  Mueller, Jennifer E        REDACTED
10220 S E Sunnyside Rd                   MRN: 7374-59-76, DOB:        Sex: F
Clackamas OR 97015

## Vitals (continued)

| BP | Pulse | Temp | Resp | Ht |
|----|-------|------|------|-----|
| 97/72 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 88 | 97.9 °F (36.6 °C) (Oral) | 16 | 5' 7.5" (1.715 m) |

| Wt | LMP | SpO2 | BMI |
|----|-----|------|-----|
| 168 lb 6.4 oz (76.4 kg) | 01/08/2019 | 100% | 25.99 kg/m² |

## Vitals Recorded in This Encounter

|  | 3/22/2019 1306 |
|--|----------------|
| BP: | 97/72 |
| Cuff Size: | Standard Adult |
| BP Location | LA-LEFT ARM |
| Pulse: | 88 |
| Resp: | 16 |
| Temp: | 97.9 °F (36.6 °C) |
| Temp src: | Oral |
| SpO2: | 100 % |
| Weight: | 168 lb 6.4 oz (76.4 kg) |
| Height: | 5' 7.5" (1.715 m) |

## Medications Ordered

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| **DULoxetine (CYMBALTA) 30 mg Oral CPDR SR Cap** | 90 capsule | PRN | 3/22/2019 | 3/21/2020 |
| Sig · Route: Take 1 capsule by mouth daily - Oral | | | | |

## We Performed the Following

**REFERRAL PHYSIATRY, CHART REVIEW**
**REFERRAL PHYSICAL THERAPY SPECIALTY SERVICES**
**REFERRAL THERAPY, SPEECH AND LANGUAGE**

## Encounter Messages

No messages in this encounter

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E          REDACTED
MRN: 7374-59-76, DOB:          Sex: F

---

### Video Visit
**4/11/2019**

**Encounter Information**

|  | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/11/2019 8:45 AM | Laughlin, Kathleen M, MD | Tua-Fp | 949421855 | TUA |

**Diagnoses**

|  |  | Codes | Comments |
|---|---|---|---|
| **POSTCONCUSSION SYNDROME** - Primary |  | F07.81 |  |

**Progress Notes**

Laughlin, Kathleen M, MD at 4/11/2019 9:33 AM

Status: Signed

S> 46 yrs female here for evaluation of: No chief complaint on file.

- video visit

Follow up on postconcussion syndrome - patient with improved energy over the weekend, but went to occupational therapy on Monday and had difficulty with testing and had double vision. Realizes that she is still quite fatigued and has trouble concentrating. Tried to do inbox work and didn't get much done in 2 hours.

Rare headaches, mood good - hasn't experienced depression - combination of Cymbalta and Wellbutrin working well - not as irritable

Imbalance just in the mornings briefly - then does fine during the day

**No active medications on file as of 04/11/2019**

Problem List reviewed.yes

**Habits:**
Social History

| Tobacco Use | |
|---|---|
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

O>    Young Caucasian female , no acute distress
There were no vitals taken for this visit.

Exam: General appearance: alert, well appearing, and in no distress
Mental status: alert, oriented to person, place, and time
Psych - appropriate, articulate, no evidence of thought disorder
Talkative, bruising essentially gone
Two spots above right upper lip - patient says she got a couple of small rocks out of skin - will let me know if

# KAISER PERMANENTE

REGIONAL PROCESS CENTER
10220 S E Sunnyside Rd
Clackamas OR 97015

Mueller, Jennifer E
MRN: 7374-59-76, DOB:       Sex: F   **REDACTED**

Progress Notes (continued)

Laughlin, Kathleen M, MD at 4/11/2019 9:33 AM (continued)

more come out

**A/P>**

(F07.81) POSTCONCUSSION SYNDROME  (primary encounter diagnosis)
Comment: improving, but not ready to go back to work
Plan: see physiatry this afternoon - will discuss time frame with them
Follow up with occupational therapy - gradually increase activity
Offered support - discussed may have energy every other day / need to pace herself

Let me know if she has further foreign bodies and I will refer to plastics

Electronically signed by Laughlin, Kathleen M, MD at 4/11/2019 9:33 AM

Vitals Recorded in This Encounter
  No data found in the last 1 encounters.

Medications Ordered
  None

Encounter Messages
  No messages in this encounter

## XR RIGHT CLAVICLE COMPLETE [73000B] (Order 381077592)
Order

Status: **Final result**
**(Exam End: 3/22/2019  2:12 PM)**

3/24/2019  1:35 PM - Interface, Powerscribe360

Narrative
```
      PATIENT NAME: JENNIFER E MUELLER
      PATIENT MRN: 73745976

      EXAM:  XR RIGHT CLAVICLE COMPLETE
      EXAM DATE AND TIME:  3/22/2019 2:05 PM

      HISTORY: Views needed: AP AND AXIAL
      CLINICAL CONCERN: recent trauma - pain over R AC joint  (differential diagnosis or
      r/o).

      COMPARISON:  None.

      FINDINGS:Anatomic alignment, no evidence of fracture.  AC joint looks normal.
      Incidental note is made of a benign lucent focus in the proximal clavicular head.

      Electronically signed by Marla K Gardner, MD. 3/24/2019 1:33 PM
```
Lab and Collection

# KAISER PERMANENTE

REGIONAL PROCESS CENTER                    Mueller, Jennifer E        **REDACTED**
10220 S E Sunnyside Rd                     MRN: 7374-59-76, DOB:          Sex: F
Clackamas OR 97015

3/24/2019  1:35 PM - Interface, Powerscribe360 (continued)

   XR RIGHT CLAVICLE COMPLETE - 3/22/2019


Result History

   XR RIGHT CLAVICLE COMPLETE on 3/24/2019



**END OF REPORT**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 18, 2019 1:24:50 PM EDT | KPRFC003 | 438 | 12 | Received |

KPRFC003                    4/18/2019 10:17:38 AM  PAGE  1/012   Fax Server



## KAISER PERMANENTE.

**To:** **THE HARTFORD ATTN JEN BERGESON**

Company:

Fax: 91866-411-5613

Phone:

**From:** **Monica McGee-Stopper**

Fax:

Phone:

E-mail: erin.m.kepfer@kp.org

**Subject:**



## KAISER PERMANENTE.

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD-AR-000123

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 124 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| April 17, 2019 1:02:06 PM EDT | KPRFN003 | 181 | 4 | Received |

KPRFN003              4/17/2019 9:59:10 AM  PAGE    1/004   Fax Server



# KAISER PERMANENTE®

**To:** **Hartford**
Company: Hartford
Fax: 918664115613
Phone:

**From:** **Brandie Sims, ROI Trainer; KPNW ROI Dept**
Fax: 855-414-2792
Phone: 503-571-5083
E-mail: Brandie.M.Sims@kp.org

**Subject:**



THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD_CAR_000124

Apr 04 2019 15:28:56 EDT  FROM: F2M/64357417503      MSG# 1716399754-006-1   PAGE 002 OF 003

Please fax the completed form to:
Fax Number: 866-411-5613          HR# 7374-59-76
The Hartford
P.O. Box 14301
Lexington, KY 40512-4301
Email: APSupload@thehartford.com



**THE HARTFORD**

## ATTENDING PHYSICIAN'S STATEMENT - PROGRESS REPORT

**To be completed by the Employee**

| Patient Name: | Date of Birth: | Insured ID Number: |
|---|---|---|
| Jennifer E Mueller | **REDACTED** | 9005440032 |

Patient Address: (Street, City, State & Zip Code)

4404 SW Carson St Portland, OR 97219

**To be completed by the Provider** - **Use current information from your patient's most recent office visit or examination to complete this form.** (The patient is responsible for the completion of this form without expense to the Company.)

### Medical Conditions Impacting Activity

Primary condition: Postconcussioin Syndrome
ICD-9 Code: [ ]
ICD-10 Code: [XX] F07.81

Secondary condition(s): Insomnia; Mild Cognitive Impairment; L Peripheral Veritgo
ICD-9 Code: [ ]
ICD-10 Code(s): [XX] G47.00; G31.84; H81.392

Subjective symptoms: ongoing fatigue, photophobia, reduced tolerance to read or screen time and vertigo with getting up quickly or rolling over. She has been unable to drive and unable to return to work

Objective Physical Findings (Please include office notes for date(s): _____ to _____

3/22/19 XR Right Clavicle Complete

Mild to moderate soft tissue swelling about the right cheek

Pertinent Test Results (list all results or attach test results):

Test: _____ Date: _____ Results: _____

Test: _____ Date: _____ Results: _____

Condition(s) Specific Medications, Dosage and Frequency: _____

### TREATMENT PLAN

Current Treatment Plan: Clinician Supervision, Rest, Prescription Medication, Referral to Physical Therapy, Eye Care, Occupational Therapy, Speech and Language, Physiatry, ENT, Unable to work 3/18 to 5/5/19

What is the Frequency / Duration of Treatment? as needed/directed   Dates of Treatment: 03/22, 03/26, 04/08/19

First Office Visit for this condition: 03/18/19   Last Office Visit: 04/11/19   Next Scheduled Office Visit: 4/17, 4/18, 4/25, 4/29, 4/30, 5/2, 5/21/19

Has Surgery been performed since last report: [ ] Yes [XX] No   If "Yes," on what Date(s): _____

Procedure(s): _____ CPT Code(s): _____

Was patient hospitalized since last report? [XX] Yes [ ] No   If "Yes," Hospital name and Phone Number: _____

OHSU Portland, OR   Admission date: 03/18/19 Discharge date: 03/19/19

Has patient been referred to other physicians? [XX] Yes [ ] No   If "Yes," Date of Referral(s): _____

Other Physician Name: Kaiser Clinicians   Phone Number: ( ) 503-813-2000   Specialty: _____

Other Physician Name: _____   Phone Number: ( )   Specialty: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

STD.AR.000125

KPRFN003    4/17/2019 9:59:10 AM   PAGE   3/004   Fax Server
Apr/17/2019 9:48:34 AM
Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 126 of 131   2/2
Kaiser Permanente 5035718976

Apr 04 2019 15:29:24 EDT  FROM: F2M/64357417503   MSG# 1716399754-006-1   PAGE 003 OF 003

Patient Name: _____   Date of Birth: _____   Insured ID Number: _____

Please complete this section to the best of your ability. Generalized comments such as "unable to work" may delay your patient's disability benefits.

Based on your most recent medical findings and opinion, address the full range of restrictions/limitations, noting that we will conclude there are no restrictions on function unless specified below.

Restrictions/Limitations based on office visit dated: 04/11/19   Expected Return to Work date: 05/06/19 est
In an 8 hour period the patient is able to: (select either continuous or intermittent)

| | Continuously with standard breaks | | Intermittently with standard breaks | If intermittent circle time for each section below | |
|---|---|---|---|---|---|
| | | | | Hours at one time | Total hours/8 hours |
| Sit | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Stand | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |
| Walk | ☐ | or | ☐ | 1 2 3 4 5 6 7 8 | 1 2 3 4 5 6 7 8 |

Provide medical findings/rationale for your opinion if patient is unable to continuously sit, stand or walk:
See DX

| Activity Ability (with normal breaks) | Never 0 hours | Occasionally up to 2.5 hours | Frequently 2.5 to 5.5 hours | Constantly 5.5 to 8 hours | Please indicate diagnosis, symptoms, exam findings, and/or imaging that supports the restrictions/limitations |
|---|---|---|---|---|---|
| Bend at waist | ☐ | ☐ | ☐ | ☐ | |
| Kneel/crouch | ☐ | ☐ | ☐ | ☐ | |
| Climb | ☐ | ☐ | ☐ | ☐ | |
| Balance | ☐ | ☐ | ☐ | ☐ | |
| Drive | ☐ | ☐ | ☐ | ☐ | |
| Lift - Indicate weight in pounds | ▓ | ___ lbs. | ___ lbs. | ___ lbs. | |
| Other Restrictions (if any) ___ | ☐ | ☐ | ☐ | ☐ | |

Hand Dominance: ☐ Right   ☐ Left

Upper Extremity Activity (not load bearing) Specify right (R) or left (L) if not bilateral

| | | | | |
|---|---|---|---|---|
| Fine manipulation (fingering, keyboard) | ☐ | ☐ | ☐ | ☐ |
| Gross manipulation (grip/grasp, handle) | ☐ | ☐ | ☐ | ☐ |
| Reach (extend arms) above shoulder | ☐ | ☐ | ☐ | ☐ |
| Reach (extend arms) below shoulder at desk or workbench level | ☐ | ☐ | ☐ | ☐ |

Please attach copies of imaging results/tests

Expected duration of any restriction(s) or limitation(s) listed above: RTW 05/06/19 est
Current Status (Please check one): ☐ Recovered  ☒ Improved  ☐ Unchanged  ☐ Retrogressed
Additional Comments (If Necessary): _____

Does the patient have a psychiatric / cognitive impairment? ☒ Yes ☐ No  If "Yes," please describe the extent of the impairment and its etiology. Mild Cognitive Impairment

In your opinion is the patient competent to endorse checks and direct the use of the proceeds? ☒ Yes ☐ No

Provider's Name: (please print or type)
Bruce M Stelmack, DO
EIN Number: REDACTED
License Number: DO162043

Telephone Number: (503) 571-5051   Fax Number: (503) 571-2624   Degree: DO   Specialty: PHYSIATRY

Street Address (Street, City, State & Zip Code):
10220 SE Sunnyside Rd Clackamas, OR 97015
Office Contact and Telephone Number:

Bruce Stelmack Digitally signed by Bruce Stelmack Date: 2019.04.15 14:30:55 -07'00'

Provider's Signature: _____   Date signed: _____



**THE HARTFORD**

## *Request for Information*

---

Date:        04/04/19 03:28:16 PM

To:          Release of Information Department
Fax:         5035712624
Subject:     Jennifer E Mueller 9005440032 - CAPS [HIGHLY RESTRICTED]

From:        The Hartford
Fax:         Please see attached form for fax number

Total Pages:  3  including cover page

---

This facsimile message is intended ONLY FOR the use of the INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, and
MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE under
applicable law. IF the reader of this message is NOT THE INTENDED RECIPIENT, nor the employee or agent responsible for
delivering the message to the intended recipient, you are hereby notified that any DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error,
PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE [confirm that telephone is provided on the communication], and return
the original message.

---

We are faxing this form on behalf of your patient. Please complete the form in its entirety and fax it
back to The Hartford. If you have any questions, please contact our office at 800-445-9057.

A decision is pending until this information is received so your prompt response is appreciated.

Thank you!

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance
Company.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 3:22-cv-01132-SB   Document 14-4   Filed 02/23/23   Page 128 of 131

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| April 17, 2019 1:02:06 PM EDT | KPRFN003 | 181 | 4 | Received |

KPRFN003                    4/17/2019 9:59:10 AM   PAGE     1/004    Fax Server



# KAISER PERMANENTE®

---

**To:**  **Hartford**
Company:  Hartford
Fax:  918664115613
Phone:

**From:**  **Brandie Sims, ROI Trainer; KPNW ROI Dept**
Fax:  855-414-2792
Phone:  503-571-5083
E-mail:  Brandie.M.Sims@kp.org

---

**Subject:**



---

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY

STD-AR-000128

| | |
|---|---|
| **From:** | informationupload@thehartford.com |
| **Sent:** | Monday, April 01, 2019 12:45 AM |
| **To:** | shared.eligib@hartfordlife.com |
| **Subject:** | FW: Kaiser authorization (ROI) |
| **Attachments:** | JMueller.Kaiser.Auth.pdf; ATT00001.htm |

**From:** Jennifer Mueller
**Sent:** Monday, April 1, 2019 12:44:25 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** informationupload (GB and WC Claims)
**Subject:** Kaiser authorization (ROI)

Attached is the signed Kaiser authorization form. Please let me know if you need anything else.

Jennifer Mueller
Claim 9005440032

Begin forwarded message:

> **From:** Jon Nelson <postconsumer01@yahoo.com>
> **Date:** March 31, 2019 at 1:07:39 PM PDT
> **To:** Jennifer Mueller <madamezola@gmail.com>
> **Subject: your Kaiser Authorization form scan**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STD AR 000129

201804012000261

**KAISER PERMANENTE.**

All plans offered and underwritten by Kaiser Foundation Health Plan of the Northwest.
500 NE Multnomah St., Suite 100, Portland, OR 97232.

## Authorization for Kaiser Permanente to Use/Disclose Protected Health Information

**1** PATIENT: Jennifer E Mueller
NICKNAME / MAIDEN NAME / OTHER:
HEALTH RECORD NUMBER: 7374 59 76
DATE OF BIRTH (MO/DAY)YR: 09/08/ REDACTED
TELEPHONE NUMBER: 503-217-9161
ADDRESS STREET OR BOX NUMBER: 4404 SW Carson St
CITY: Portland    STATE: OR    ZIP+4: 97219

**2** I authorize Kaiser Permanente to release the following information for: _verification of medical condition qualifying for short term disability_

**3** NAME OF PERSON TO RECEIVE INFORMATION: The Hartford
TITLE (PHYSICIAN, ATTORNEY, ETC.): ___
PHONE NO.: 866-945-7801
STREET ADDRESS: ___    CITY: ___    STATE: ___    ZIP: ___

**4** The purpose or need for the exchange and disclosure of this information is to:
1. Facilitate treatment;    (2)  Summarize treatment and/or;    (3)  Facilitate billing/reimbursement from insurance carriers.

**5** Description of information to be used/disclosed (Be as specific as possible):
☒ All records
☐ X-ray films (describe): ___
☒ Other (describe): _Include dental and OHSU records available through Care Everywhere_
☐ Dental Only: ___

**6** Media Type:    Delivery Preference:
☒ Electronic    ☐ Email/Secure Portal (Email address: ___ )
☐ Paper    ☐ Pickup    ☐ Mail    ☐ CD (Dental only)

**7** If the information to be used/disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be used or disclosed if I place my initials in the applicable space next to the type of information:

___ Drug/Alcohol diagnosis, treatment or referral information    ___ HIV/AIDS information

___ Mental Health information - including provider notes    ___ Genetic testing information

**8** I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

Kaiser Permanente will not condition treatment, payment, enrollment, or eligibility for benefits on providing, or refusing to provide this authorization. Refusal to sign the authorization will not adversely affect your ability to receive health care services or reimbursement for services. The only circumstance when refusal to sign means you will not receive health care service is if the health care services are solely for the purpose of providing health information to someone else and the authorization is necessary to make that disclosure.

You may revoke this authorization in writing at any time. If you revoke your authorization, the information described above may no longer be used or disclosed for the purposes described in this written authorization. Any use or disclosure already made with your permission cannot be undone. To revoke this authorization, please send a written statement to Kaiser Permanente, Release of Information Department at 10220 SE Sunnyside Rd., Clackamas, Oregon 97015 and state that you are revoking this authorization. To revoke this authorization orally, please call Release of Information Department at 503-571-5051 and state that you are orally revoking this authorization.

I have read this authorization and understand it. Unless revoked, this authorization expires in 12 months. In Washington, this authorization shall expire 90 days after the date signed if disclosure is to a financial institution or an employer for purposes other than payment.

A copy of this authorization is valid as an original. Member/patient has a right to a copy of this authorization.

**9** X _[signature]_
SIGNATURE OF INDIVIDUAL OR PERSONAL REPRESENTATIVE

X ___
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

**10** X 3/29/2019
DATE

C034 1736 3-17 Privacy & Security    ©2017 Kaiser Foundation Health Plan of the Northwest

STD AR 000130

| | |
|---|---|
| **From:** | informationupload@thehartford.com |
| **Sent:** | Monday, April 01, 2019 12:45 AM |
| **To:** | shared.eligib@hartfordlife.com |
| **Subject:** | FW: Kaiser authorization (ROI) |
| **Attachments:** | JMueller.Kaiser.Auth.pdf; ATT00001.htm |

**From:** Jennifer Mueller
**Sent:** Monday, April 1, 2019 12:44:25 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** informationupload (GB and WC Claims)
**Subject:** Kaiser authorization (ROI)

Attached is the signed Kaiser authorization form. Please let me know if you need anything else.

Jennifer Mueller
Claim 9005440032

Begin forwarded message:

> **From:** Jon Nelson <postconsumer01@yahoo.com>
> **Date:** March 31, 2019 at 1:07:39 PM PDT
> **To:** Jennifer Mueller <madamezola@gmail.com>
> **Subject: your Kaiser Authorization form scan**

*************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
*************************************************************

STD AR 000131